United States District Court
Southern District of Texas
FILED

AUG 1 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ | § § § | |
| VS. | § § | C. A. NO. B-04-141 |
| STATE FARM LLOYDS' ET AL. | § § § | JURY DEMANDED |

### DEFENDANT STATE FARM LLOYDS' PETITION FOR REMOVAL

Defendant State Farm Lloyds files this Petition for Removal to remove from the 357th Judicial District Court of Willacy County, Texas to this Court that suit styled "*Luis C. Munoz and Carmela Munoz v. State Farm Lloyds, Mark Brown, Tom Reed, Lee Olivo, Greg Drott and Brian Robinson, as Individuals and Agents of State Farm Lloyds*" docketed under Cause No. 04-164.

### STATEMENT OF JURISDICTIONAL BASIS FOR REMOVAL

This Court has original diversity jurisdiction under 28 U.S.C.A. Section 1331(a)(1). Thus, this Court has removal jurisdiction. 28 U.S.C.A. Section 1441(a).

### TIMELINESS OF PETITION FOR REMOVAL

This Petition for Removal is being filed within thirty (30) days after the earliest date of service of the original state court petition. 28 U.S.C.A. 1446(b). Plaintiffs' Original Petition was filed in state court on May 11, 2004; however, that Petition was never served. Plaintiffs then filed an Amended Petition on July 13, 2004. That Petition was served on Defendant State Farm Lloyds on July 30, 2004. Nominal defendant Mark Brown was served on July 19, 2004. He was the first person served and his service was State Farm's first notice of suit. This Petition for Removal is filed less than thirty (30) days after State Farm's first notice of the suit, and is therefore timely.

Petition for Removal
#24,343

Page 1

## NATURE OF PLAINTIFFS' CASE AGAINST PETITIONER

This is an arson case arising out of an intentionally set fire in Raymondville, Texas, on or about January 1, 2003. Following the fire, Plaintiffs sought insurance policy benefits from their insurer, State Farm Lloyds. Plaintiffs now seek actual, statutory and punitive damages for State Farm's alleged breach of the insurance contract, breach of the common law duty of good faith and fair dealing, and alleged violations of Article 21.21 and Article 21.55 of the Texas Insurance Code and Article 17.46 of the Texas Business and Commerce Code. *See generally*, Plaintiffs' First Amended Original Petition (Exhibit 1).

## DIVERSITY JURISDICTION PERMITS REMOVAL

This court has diversity jurisdiction under 28 U.S.C.A. Section 1331(a)(1). Plaintiffs' First Amended Petition (Attachment A) states a claim for contract benefits of $244,300.00 in actual damages and also requests various additional damages. The amount in controversy thus exceeds the jurisdictional minimum. State Farm Lloyds is an unincorporated association whose underwriters are citizens of the State of Illinois. Therefore, State Farm Lloyds is not a citizen of Texas for purposes of federal diversity jurisdiction. *See Royal Ins. Co. of America v. Quinn-L Capital Corp.*, 3 F.3d 877, 882-883 (5th Cir. 1993), *cert. den.*, 511 U.S.1032, 114 S. Ct. 1541, 128 L.Ed2d 193 *(1994)*. Plaintiffs are citizens of Texas.

## FRAUDULENT JOINDER OF NOMINAL DEFENDANTS

Plaintiffs' petition purports to name Mark Brown, Tom Reed, Lee Olivo, Greg Drott and Brian Robinson as "defendants." These persons are Texas citizens whose presence in the suit is solely designed to defeat State Farms' right to defend this claim in federal court.

However, these "defendants" are named only in the caption and in the service of process paragraph. They are not even mentioned anywhere else in the Petition. Nowhere in the Petition are there any allegations against any of them individually, nor to them as group. In fact, throughout the Petition, Plaintiffs complain only of the "defendant," who is described as State Farm Lloyds. No cause of action has been plead against these Defendants; therefore, their joinder is fraudulent. *Griggs v. State Farm Lloyds*, 181 F. 3d 694 (5th Cir. 1999); *Cavallini v. State Farm Mutual Auto Insurance*, 44 F.3d 256, 258 (5th Cir. 1995).

## CONCLUSION

Removal is therefore proper under 28 U.S.C.A. Section 1441(a) and (b).

## STATE COURT PLEADINGS FILED WITH PETITION

Pursuant to 28 U.S.C. 1146(a) and Local Rule 81 of the United States District Court for the Southern District of Texas, filed with this Petition for Removal are an Index of Attachments, a List of Parties and Counsel, and copies of all of the instruments filed in the state court suit at the time of the filing of this petition for removal, as follows:

(1) Plaintiffs' Original Petition;

(2) Plaintiffs' First Amended Original Petition;

(3) Citation issued to Defendant State Farm Lloyds with officer's return thereon;

(4) Defendant State Farm Lloyds' Original Answer, and

(5) Notice of Removal filed with the 357th Judicial District Court, for the County of Willacy, Texas.

## AGREEMENT OF NOMINAL DEFENDANTS

All of the nominal defendants Mark Brown, Tom Reed, Lee Olivo, Greg Drott and Brian Robinson, agree with and join in the foregoing Joint Petition for Removal.

WHEREFORE, PREMISES CONSIDERED, Defendant State Farm Lloyds prays this Petition for Removal be granted, that Plaintiffs' suit against it proceed before this Court pursuant to this Court's diversity jurisdiction, that the nominal defendants Mark Brown, Tom Reed, Lee Olivo, Greg Drott and Brian Robinson be dismissed, that upon final trial, judgment be rendered that Plaintiffs take nothing by their suit against Defendant State Farm Lloyds, and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

**OF COUNSEL: TAYLOR & TAYLOR**
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
713/615-6060 (Telephone)
713/615-6070 (Facsimile)

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
956)/542-5666 (Telephone)
956/542-0016 (Facsimile)

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

By:_____
Rene O. Oliveira
State Bar No. 15254700/Federal I.D. No. 4033

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Petition for Removal has been forwarded to all counsel of record by certified mail, return receipt requested, on this 17th day of August, 2004, as follows:

Gustavo Ch. Garza
847 East Harrison Street
Brownsville, Texas 78520

_____
Rene O. Oliveira