United States District Court
Southern District of Texas
FILED

AUG 1 7 2004

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | § § § | |
| VS. | § § | C.A. NO. **B-04-141** |
| STATE FARM LLOYDS, et al. | § § | **JURY DEMANDED** |

## INDEX OF ATTACHMENTS

Attached to the Petition for Removal of Defendant State Farm Lloyds are the following:

1. Copy of Plaintiffs' Original Petition;

2. Copy of Plaintiffs' First Amended Original Petition;

3. Copy of Citations issued to Fred J. Marsh, Leo Olivo, Brian Robinson, Mark Brown, Greg Drott, and Tom Reed with officer's return thereon;

4. Copy of Original Answer of Defendant State Farm Lloyds, Defendant Mark Brown, Defendant Tom Reed and Defendant Greg Drott;

5. State Court's Docket Sheet;

6. Copy of Notice of Removal filed with Willacy County Clerk;

7. List of All Parties and Counsel; and

8. Civil Cover Sheet.

Respectfully submitted,

**OF COUNSEL: TAYLOR & TAYLOR**
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
713/615-6060 (Telephone)
713/615-6070 (Facsimile)

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
956/542-5666 (Telephone)
956/542-0016 (Facsimile)

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

By:_____

       Rene O. Oliveira
       State Bar No. 15254700
       Federal I.D. No. 4033

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Index of Attachments has been forwarded to all counsel of record by certified mail, return receipt requested, on this 17th day of August, 2004, as follows:

Gustavo Ch. Garza
847 East Harrison Street
Brownsville, Texas 78520

_____
Rene O. Oliveira

Index of Attachments
#24,343

Page 2