# CITATION

THE STATE OF TEXAS

To Brian Robinson
505 South P Street   P.O. Nox 531768
Harlingen, Texas 78553

Defendant____, in the hereinafter styled and numbered cause: 04-164

YOU ARE HEREBY COMMANDED to appear before the __District__ Court __357th__ of __Willacy__ County, Texas, to be held at the courthouse of said county in the City of Raymondville, __Willacy__ County, Texas, by filing a written answer to the petition of plaintiff ___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number __04-164__, styled First Amended Original Petition & Original Petition

Luis C. Munoz and Carmela Munoz, Plaintiff____,

vs. State Farm LLoyds, Mark Brown Tom Reed, Leo Olivo Greg Drott and Brian ETAL, Defendant____,

filed in said court on the __13th__ day of __July__, 20__04__.

Plaintiff is represented by Gustavo Garza, whose address is __847 E. Harrison St.__   __Brownsville__   __Texas__   __78520__.
                street                         city         state      zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the __13th__ day of __July__, 20__04__.

Gilbert Lozano

__District__ Clerk of __Willacy__ County, Texas

546 West Hidalgo
Clerk's address
Raymondville, Texas 78580

By _[signature]_ Deputy.

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Ex. 3

Reproduction of this form by any person or party is prohibited.

# CITATION

THE STATE OF TEXAS

To __Mark Brown__

   __389 West Hidalgo Avenue__

   __Raymondville, Texas Willacy County__

Defendant_____, in the hereinafter styled and numbered cause: __04-164__

YOU ARE HEREBY COMMANDED to appear before the __District__ Court __357th__ of __Willacy__ County, Texas, to be held at the courthouse of said county in the City of __Raymondville__, __Willacy__ County, Texas, by filing a written answer to the petition of plaintiff ___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number __04-164__, styled __First Amended Original Petition & Original Petition__ __Luis C. Munoz and Carmela Munoz__, Plaintiff____, vs. __State Farm LLoyds, Mark Brown Tom Reed, Leo Olivo Greg Drott and Brian ETAL__, Defendant____, filed in said court on the __13th__ day of __July__, 20__04__.

Plaintiff is represented by __Gustavo Garza__, whose address is __847 E. Harrison St.__ __Brownsville__ __Texas__ __78520__.
   street                              city                     state         zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the __13th__ day of __July__, 20__04__.

   __Gilbert Lozano__

   __District__ Clerk of __Willacy__ County, Texas

   __546 West Hidalgo__
   Clerk's address
   __Raymondville, Texas 78580__

   By __[signature]__ Deputy.

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

.\L SERVICE—DISTRICT OR 'INTY COURT (Revised 8/90) © Class 3-3                              Hart InterCivic

# CITATION

THE STATE OF TEXAS

To Greg Drott

Park Green TSO  4444 Corona Suite 140

Corpus Christi, Texas 78411

Defendant_____, in the hereinafter styled and numbered cause:   04-164

YOU ARE HEREBY COMMANDED to appear before the __District__ Court __357th__ of __Willacy__ County, Texas, to be held at the courthouse of said county in the City of __Raymondville__, __Willacy__ County, Texas, by filing a written answer to the petition of plaintiff ___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number __04-164__, styled __First Amended Original Petition  & Original Petition__

__Luis C. Munoz and Carmela Munoz__, Plaintiff____,

vs. __State Farm LLoyds, Mark Brown Tom Reed, Leo Olivo Greg Drott and Brian ETAL__, Defendant____,

filed in said court on the __13th__ day of __July__, 20__04__.

Plaintiff is represented by __Gustavo Garza__, whose address is __847 E. Harrison St.__  __Brownsville__  __Texas__  __78520__.
   street                                            city                        state             zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the __13th__ day of __July__, 20__04__.

__Gilbert Lozano__

__District__ Clerk of __Willacy__ County, Texas

__546 West Hidalgo__
Clerk's address
Raymondville, Texas 78580

By _[signature]_ Deputy.


NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

# CITATION

THE STATE OF TEXAS

To  Tom Reed

   Park Green TSO 4444 Corona Suite 140

   Corpus Christi, Texas 78411

Defendant____, in the hereinafter styled and numbered cause:  04-164

YOU ARE HEREBY COMMANDED to appear before the __District__ Court __357th__ of __Willacy__ County, Texas, to be held at the courthouse of said county in the City of __Raymondville__, __Willacy__ County, Texas, by filing a written answer to the petition of plaintiff___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number __04-164__, styled __First Amended Original Petition & Original Petition__ __Luis C. Munoz and Carmela Munoz__, Plaintiff____, vs. __State Farm LLoyds, Mark Brown Tom Reed, Leo Olivo Greg Drott and Brian ETAL__, Defendant____, filed in said court on the __13th__ day of __July__, 20__04__.

Plaintiff is represented by __Gustavo Garza__, whose address is __847 E. Harrison St.__   __Brownsville__   __Texas__   __78520__.
                             street                      city              state       zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the __13th__ day of __July__, 20 __04__

   __Gilbert Lozano__

   Di__strict__ Clerk of __Willacy__ County, Texas

   546 West Hidalgo
   Clerk's address
   Raymondville, Texas 78580

   By _[signature]_ Deputy.

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Reproduction of this form by any person or party is prohibited.

# CITATION

THE STATE OF TEXAS

To  Fred J. Marsh
    17301 Preston Road
    Dallas, Texas 75252

Defendant____, in the hereinafter styled and numbered cause: 04-164

YOU ARE HEREBY COMMANDED to appear before the __District__ Court __357th__ of __Willacy__ County, Texas, to be held at the courthouse of said county in the City of __Raymondville__, __Willacy__ County, Texas, by filing a written answer to the petition of plaintiff ___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number __04-164__, styled
First Amended Original Petition

Luis C. Munoz and Carmela Munoz _____, Plaintiff____,

vs. __State Farm LLoyds, Mark Brown Tom Reed, Leo Olivo, Greg Drott ETAl__, Defendant____,

filed in said court on the __13th__ day of __July__, 20__04__.

Plaintiff is represented by __Gustavo Ch. Garza__, whose address is __847 E. Harrison St.__    __Brownsville__    __Texas__    __78520__.
                            street                 city              state       zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the __26th__ day of __July__, 20__04__.

            Gilbert Lozano
            __District__ Clerk of __Willacy__ County, Texas
            546 WEst Hidalgo
            Clerk's address
            Raymondville, Texas 78580
            By [signature] _____ Deputy.

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Reproduction of this form by any person or party is prohibited.

SERVICE—DISTRICT OR ___ COURT (Revised 8/90) © Class 3-3                                   Hart InterCivic

# CITATION

THE STATE OF TEXAS

To Leo Olivo

P.O. Box 3278        7801 Expressway 83

McAllen, Texas 78501

Defendant____, in the hereinafter styled and numbered cause:   04-164

YOU ARE HEREBY COMMANDED to appear before the __District__ Court __357th__ of __Willacy__ County, Texas, to be held at the courthouse of said county in the City of __Raymondville__, __Willacy__ County, Texas, by filing a written answer to the petition of plaintiff ___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number __04-164__, styled __First Amended Original Petition & Original Petition__ __Luis C. Munoz and Carmela Munoz__, Plaintiff____, vs. __State Farm LLoyds, Mark Brown Tom Reed, Leo Olivo Greg Drott and Brian ETAL__, Defendant____, filed in said court on the __13th__ day of __July__, 20__04__.

Plaintiff is represented by __Gustavo Garza__, whose address is __847 E. Harrison St.__     __Brownsville__     __Texas__     __78520__
                  street                      city               state         zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the __13th__ day of __July__, 20__04__.

__Gilbert Lozano__

__District__ Clerk of __Willacy__ County, Texas

546 West Hidalgo
Clerk's address
Raymondville, Texas 78580

By _(signature)_ Deputy.

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Reproduction of this form by any person or party is prohibited.