# CIVIL DOCKET
## 357th District Court

Case No. 04-164

| Number of Case | NAMES OF PARTIES | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | Month | Day | Year |
| 04-164 | Luis C. Munoz and Carmela Munoz VS State Farm Lloyds, Mark Brown, Tom Reed Lee Olivo and Brian Robinson as Individuals and Agents of State Farm Lloyds | Gustavo Garza — Pltf. Warren Taylor 815 Walker, Suite 250 Houston, Texas 77002 — Deft. | Damages (House) | 5 | 11 | 04 |

Jury Fee, $
Paid by
Jury No.

### ORDERS OF COURT

| PROCESS | Minute Book Vol. / Page |
|---|---|
| Plaintiff's Original Petition Filed 5/11/04 | |
| First Amended Original Petition Filed 7/13/04 | |
| Citations Issued 7/13/04 | |
| Mark Brown Ser. 7/19/04  Fil. 7/19/04 | |
| Leo Olivo Ser. N/S  Fil. 7/19/04 | |
| Tom Reed Ser. 7/19/04 Fil. 7/21/04 | |
| Brian Robinson Ser. N/S  Fil. 7/21/04 | |
| Greg Drott Ser. 7/19/04  Fil. 7/26/04 | |
| Citation Issued 7/26/04 | |
| Fred J. Marsh SER. 7/3N04 Fil. 8/2/04 | |
| Defendant State Farm Lloyds Original Answer Filed 8/9/04 | |
| Defendant Mark Brown's Original Answer Filed 8/9/04 | |
| Defendant Tom Reed's Original Answer Filed 8/9/04 | |
| Defendant Greg Drott's Original Answer Filed 8/9/04 | |

DATE OF ORDERS: No. / Day / Year