# UNITED STATES DISTRICT COURT * SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND | § | |
| CARMELA MUNOZ | § | |
| *Plaintiffs* | § | |
| | § | CIVIL ACTION NO: B-04-141 |
| VS. | § | |
| STATE FARM LLOYDS *et al.* | § | |
| *Defendants* | § | |

FILED
AUG 27 2004
Michael N. Milby
Clerk of Court

## NOTICE OF CHANGE OF ADDRESS

Please be advised this notice is to inform all representatives involved in the case named above that I hereby give notice of change of address, which is now 363 West Kimball Ave, Raymondville, Texas 78580.

Date: 8/25/2004

Gustavo Ch. Garza
Attorney for Plaintiff's
363 West Kimball Ave.
Raymondville, Texas 78580
State Bar: 0773170
Phone: (956)689-9040
Fax: (956) 689-6468