IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | C.A. NO. B-04-141 |
| VS. | §<br>§ | |
| STATE FARM LLOYDS | § | JURY DEMANDED |

### CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify compliance with the Court's Order entered upon filing of the petition for removal of this action.

On August 23, 2004, I served copies of the Order for Conference and Court Procedures on all other parties.

Respectfully submitted,

OF COUNSEL:

**TAYLOR & TAYLOR**

By: _Warren Taylor_
Warren Taylor
State Bar No. 19727200
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

        Rene O. Oliveira
        State Bar No. 15254700
        Federal I.D. No. 4033
        Roerig, Oliveira & Fisher, L.L.P.
        855 West Price Road, Suite 9
        Brownsville, Texas 78520-8718
        (956) 542-5666 Telephone
        (956) 542-0016 Facsimile

**ATTORNEY FOR DEFENDANT STATE FARM LLOYDS AND NOMINAL DEFENDANTS MARK BROWN, TOM REED, LEE OLIVO, GREG DROTT AND BRIAN ROBINSON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Service in Removed Action has been forwarded to all counsel of record by certified mail, return receipt requested on this 25th day of August, 2004 as follows:

Gustavo Ch. Garza
363 West Kimball
Raymondville, Texas 78580

_____
Warren Taylor