

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | C.A. NO. B-04-141 |
| VS. | §<br>§<br>§ | |
| STATE FARM LLOYDS | § | JURY DEMANDED |

## LIST OF PERSONS WITH FINANCIAL INTEREST

In compliance with this Court's Order of Conference, the following parties have a financial interest in this litigation:

Plaintiffs:   Luis C. Munoz and Carmela Munoz

Attorney:   Gustavo Ch. Garza
    363 West Kimball
    Raymondville, Texas 78580
    (956) 689-9040 Telephone
    (956) 689-6468 Facsimile

Defendants:   Actual Defendant: State Farm Lloyds;
    Nominal Defendants: Mark Brown, Tom Reed, Lee Olivo, Greg Drott and Brian Robinson

Attorneys:   Warren Taylor
    State Bar No. 19727200
    Fed. I.D. No. 1354
    Taylor & Taylor
    815 Walker Street, Suite 250
    Houston, Texas 77002
    (713) 615-6060 Telephone
    (713) 615-6070 Facsimile

    Rene O. Oliveira
    State Bar No. 15254700
    Federal I.D. No. 4033
    Roerig, Oliveira & Fisher, L.L.P.
    855 West Price Road, Suite 9
    Brownsville, Texas 78520-8718
    (956) 542-5666 Telephone
    (956) 542-0016 Facsimile

Respectfully submitted,

**OF COUNSEL:**

**TAYLOR & TAYLOR**

By: *Warren Taylor*
Warren Taylor
State Bar No. 19727200
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEY FOR DEFENDANT
STATE FARM LLOYDS AND
NOMINAL DEFENDANTS MARK
BROWN, TOM REED, LEE OLIVO,
GREG DROTT AND BRIAN ROBINSON

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing List of Persons with Financial Interest has been forwarded to all counsel of record by certified mail, return receipt requested on this 25th day of August, 2004 as follows:

Gustavo Ch. Garza
363 West Kimball
Raymondville, Texas 78580

*/s/ Warren Taylor*
Warren Taylor