IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | C.A. NO. B-04-141 |
| VS. | §<br>§ | |
| STATE FARM LLOYDS | § | JURY DEMANDED |

## ORDER

On this day, the Court considered Defendant's Motion to Dismiss Fraudulently Joined Nominal Defendants and after review and consideration is of the opinion that Defendant State Farm Lloyds' Motion to Dismiss Fraudulently Joined Nominal Defendants should be GRANTED.

Therefore, be it ORDERED, ADJUDGED, and DECREED, that Defendants Mark Brown, Tom Reed, Lee Olivo, Greg Drott and Brian Robinson are dismissed as Defendants in this suit.

This case will proceed between Luis C. Munoz, Carmela Munoz and State Farm Lloyds.

Signed _____, 2004.

_____
JUDGE PRESIDING