United States District Court
Southern District of Texas
FILED

SEP 0 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ<br>*Plaintiff's*<br>VS.<br><br>STATE FARM LLOYDS'<br>ET AL.<br>*Defendant's* | § § § § § § § § | C.A. NO: <u>B-04-141</u> |

## MOTION TO REMAND

LUIS CARLOS AND CARMELA MUNOZ, plaintiffs in this action, pursuant to 28 U.S.C. § 1447 (c), moves this Court for an order remanding this action to the 357th Judicial District, of the State of Texas, County of Willacy, on the grounds that removal was improperly made and this Court lacks jurisdiction over the subject of this action. In support of this motion, plaintiff shows:

I

Removal of this action was not timely in that defendant's Notice of Removal was filed more than 30 days after the time the initial pleadings was severed on defendant. Defendant was served on May 13, 2004 by US mail return receipt requested while the Notice of Removal is dated August 17, 2004. An Original petition Filed May 11, 2004 in the 357th Judicial District Court of Willacy County was sent by certified mail return receipt requested to Mr. Laurence Kurth, attorney for State Farm Lloyds. Please see exhibit A- original petition, exhibit B- letter to Laurence Kurth, and exhibit C- copy of certified mail receipt.

II

Removal is not complete in that defendant failed to give prompt written notice of the filing of the Notice of Removal to all the adverse parties, including plaintiff. Prompt notice of filing is required by 28 U.S.C. § 1446 (d) before removal is complete. The Notice was returned to the defendant as per the affidavit of Monica Cole see Exhibit D. Exhibit E is the affidavit of Gustavo Ch. Garza.

III

Removal is improper under 28 U.S.C. § 144 (b), in that removal is said to be based on diversity of citizenship, but defendants, Tom Reed, Mark Brown, Lee Olivio and Greg Drott, are citizens of the State of Texas, the state where the action was brought. State Farm Lloyds is incorporated in Illinois, but has principal place of

business in Dallas, Texas. Joinder of Tom Reed, Mark Brown, Lee Olivio and Greg Drott was not a fraudulent Joinder and the plaintiff will allege and prove separate causes of action against all or one or more of the agents. In particular, plaintiffs will allege slander, malicious prosecution and abuse of process against Tom Reed, Lee Olivio and Greg Drott.

## IV

This Court should impose an appropriate sanction upon defendant since there was no plausible basis for claiming that this court has jurisdiction on any basis over the causes of action asserted in plaintiff's petition. As such, the notice of removal has the purpose and effect of causing unnecessary delay and a needless increase in the cost of litigation. Plaintiff alleges that an appropriate sanction would include an order to pay the amount of the reasonable expenses incurred by plaintiff in preparing and presenting this motion, including reasonable attorney's fee.

Luis C. Munoz and Carmela S. Munoz, Plaintiff's in this action, further moves the Court to order State Farm Lloyds, defendant in this action, to pay all costs and expenses, including attorney's fees, incurred by plaintiff as a result of the removal.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff's, Luis C. Munoz and Carmela S. Munoz pray this Motion to Remand be granted, that plaintiffs' cause of action be transferred to the 357th Judicial District Court of Willacy County, Texas and that this Court assess reasonable attorney's fees against State Farm Lloyds and award the same to plaintiffs.

Respectfully submitted,

GUSTAVO CH. GARZA
Attorney for Plaintiff's
363 WEST Kimball ST.
Raymondville, Texas 78580
Phone: (956)689-9040
Fax:(956)689-6468
State Bar: 07731700

## CERTIFICATE OF SERVICE

I, GUSTAVO CH. GARZA, certify that a true and correct copy of the foregoing has been delivered to:

Warren Taylor and Beth Taylor
815 Walker, Suite 250
Houston, Texas 77002

Rene O. Oliveira
855 West Price Rd. Ste 9
Brownsville, Texas 78520

On this the 3rd, day of Sept. /2004.

Gustavo Ch. Garza