# EXHIBIT B

**GUSTAVO CH. GARZA**
**ATTORNEY AT LAW**
363 WEST KIMBALL
RAYMONDVILLE, TEXAS 78580
PHONE (956)689-9040 FAX (956)689-6468
EMAIL: GUSTAVO@JUSTICE.COM

---

May 5, 2004

Lawrence S. Kurth
Jones Kurth, Andrews & Ortiz
10100 Reunion Place, Suite 600
San Antonio, TX 78216

**CERTIFIED MAIL- RETURN RECEIPT REQUEST:**
Receipt Number: 7099 3220 0002 2239 3788

RE:   Insured: Luis & Carmela Munoz
      Claim No: 53-Q606-916
      Policy No: 83-J4-5564-2
      Date of Fire: Jan 1, 2003
      Location: 829 West White Ave. Raymondville, TX

**Dear Mr. Kurth;**

    Mr. and Mrs. Munoz suffered a tremendous loss on Jan 1, 2003 where in their home burned. They have faithfully paid their insurance premiums to State Farm Lloyds. The Munoz insurance policy includes loss by fire. At the time of the fire Mrs. Carmela Munoz and her son, Carlos were vacationing in Florida. Mr. Luis Munoz was in his office with several of his employees. State Farm adjusters have interviewed the employees of Munoz Roofing and Construction. Further more State Farm Lloyds has also traced the bar-b-que pit used to its original owner. Mr. and Mrs. Munoz do not know who set the fire to their home. Mr. and Mrs. Munoz own their home free and clear and did not set fire to it or have anyone do the same.

    Since the date of the fire, both Mr. and Mrs. Munoz have fully cooperated with every request made by State Farm Lloyds. All authorizations requested by State Farm Lloyds have been signed by the Munoz's. All pertinent records in the possession of the Munoz's have been made available to State Farm, and both have submitted to an examination under oath. Mr. and Mrs. Munoz have complied with all requirements under the policy.

    Included herein are three different estimates of the cost of repairs to the Munoz's home for your review.

    The acts, mishandling, and misrepresentations of State Farm Lloyds are in violation of the Deceptive Trade Practices Act, consumer law, negligence, negligence per se, fraud laws, and insurance laws of Texas. Your failure to respond within 10 days from the receipt of this letter will commence service of process on all

*exhibit B*

Act. Mr. and Mrs. Munoz have undergone through a great deal of stress and mental anguish over the mishandling of this matter.

At this point resolution of this matter would require State Farm Lloyds tender the policy limits of Two hundred and forty four thousand ($244,000.00). In exchange for the policy limits Mr. and Mrs. Munoz would provide State Farm Lloyds a full and final release of any and all claims arising from this loss. If I do not hear from you within the next ten days, we will amend the petition and proceed with the lawsuit.

Respectfully,

Gustavo Ch. Garza
Attorney At Law