# EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LAURENCE S. KURTH
   JONES KURTH, ANDREWS & ORTIZ
   10100 REUNION PLACE, STE.600
   SAN ANTONIO, TX 78216

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _E A Brewer_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): E.A. Brewer
C. Date of Delivery: 5-13-4

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7099 3220 0002 2239 3788

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
Laurence S. Kurth

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Postmark Here

Name (Please Print Clearly) (To be completed by mailer):
Laurence S. Kurth
Street, Apt. No. or PO Box No.:
10100 Reunion Place Ste. 600
City, State, ZIP+4:
San Antonio Tx 78216

PS Form 3800, July 1999   See Reverse for Instructions

7099 3220 0002 2239 3788

_exhibit C_