# EXHIBIT D

Case 1:04-cv-00141    Document 7-6    Filed in TXSD on 09/03/2004    Page 1 of 2

# AFFIDAVIT

I, Monica L. Cole hereby work for the Law Office of Guadalupe Olvera, III., 847 E. Harrison, St., Brownsville, Texas 78520. Back in April 2004, Mr. Gustavo Ch. Garza leased an office space from Mr. Guadalupe Olvera, III. On June 2004, Mr. Gustavo Ch. Garza, shut down because of lack of business. Correspondence was still being received at 847 E. Harrison St., Brownsville, Texas 78520 but none of his correspondence was being opened. On August 23, 2004, all of Mr. Gustavo Ch. Garza's correspondence was being returned to sender with Mr. Gustavo Ch. Garza's new address known as 363 W. Kimball St., Raymondville, Texas 78580.

_____
Monica L. Cole

Sworn and subscribed to before me by **MONICA L. COLE** on this 27th day of August, 2004.



_____
**NOTARY PUBLIC, STATE OF TEXAS**

ANA I. RUIZ
Notary Public, State of Texas
My Commission Expires
September 08, 2007

exhibit D