IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ<br>*Plaintiff's*<br>VS.<br><br>STATE FARM LLOYDS' ET AL.<br>*Defendant's* | § § § § § § § | C.A. NO: <u>B-04-141</u> |

## REMAND ORDER

  This cause having come on for hearing on the motion of Plaintiff to Remand this action to the 357th Judicial District Court of Willacy County, Texas, and the court having considered the arguments of counsel and affidavits submitted in support of and against this motion, it appears to the court that this action was removed improperly and this court is without jurisdiction over the subject matter of this action, in that 1) removal was not timely 2) removal was without notice to Plaintiff and 3) no defendant was fraudulently joined.

  FOR THE REASONS, it is ordered that the plaintiff's motion is granted, and that this action is remanded to the 357th Judicial District Court of Willacy County, Texas, on receipt of which that court may proceed with the action according to the laws and procedures of the courts of the State of Texas.

  FURTHER, it is ordered that plaintiff's have from defendant payment for all costs and expenses, including reasonable attorney's fees, incurred as a result of the removal of this action, in the amount of $_____.

Signed: _____

_____
Judge of the United States
District Court for the Southern District of Texas
District, Brownsville Division