United States District Court
Southern District of Texas
FILED

SEP 27 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ | § § § | C.A. NO. B-04-141 |
| VS. | § § § | |
| STATE FARM LLOYDS | § | JURY DEMANDED |

## DEFENDANT STATE FARM LLOYDS' RESPONSE
## TO PLAINTIFFS' MOTION TO REMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant State Farm Lloyds files its Response to Plaintiffs' Motion to Remand[1] and in support of the Court's jurisdiction shows the Court as follows:

### A. INTRODUCTION

Removal of the case to this Court was proper and Remand should be denied because:

1. Removal was timely;

2. Notice of Removal was proper; and

3. The non-diverse Defendants were fraudulently joined.

### B. BACKGROUND FACTS

Plaintiffs filed suit in the 357th Judicial District Court of Willacy County, Texas on July 13, 2004. Defendants Mark Brown, Gregg Drott, and Tom Reed were served with notice of the suit on July 19, 2004. Defendant State Farm Lloyds was served with notice of the suit on July 30, 2004.

---

[1] After preparation of this Response, Plaintiffs filed a "Verified Plea to the Jurisdiction and Amended Motion to Remand." State Farm files this response out of an abundance of caution, and with time responded to the "Verified Plea" as well.

Defendant filed its Notice of Removal on August 17, 2004, within 30 days of service on the first Defendant. On September 1, 2004, Defendant also filed a Rule 12(b)(6) Motion to Dismiss Fraudulently Joined Nominal Defendants to which Plaintiffs have not responded. On September 3, 2004, Plaintiff filed a Motion to Remand, raising three grounds. Defendant State Farm Lloyds files this response

## C. RESPONSE TO PLAINTIFFS' ARGUMENTS

1. <u>State Farm's Notice of Removal was timely filed within thirty days of service of process.</u>

Plaintiffs assert that State Farm's removal was not timely since Plaintiffs' counsel provided a courtesy copy of the Petition to prior counsel for State Farm more than thirty days before removal. Plaintiffs' Original Petition was filed on May 11, 2004. On May 13, 2004 Plaintiffs mailed a file-stamped copy of the petition to Mr. Lawrence Kurth, who was a prior counsel for State Farm, but who was not an agent for service of process and who did not have authority to accept service. Plaintiffs did not seek to actually attempt to serve process on State Farm at that time. Plaintiffs did not "serve" Mr. Kurth with the citation and never served process on State Farm. *See* TEX. R. CIV. PROC.106(a)(2) (authorizing service by mailing the defendant's registered agent a true copy of the citation with a copy of the petition attached thereto). Then, Plaintiffs filed their First Amended Original Petition on July 13, 2004. Defendants Mark Brown, Gregg Drott and Tom Reed were served by certified mail on July 19, 2004. **(See Exhibit A for a copy of the citation issued to these defendants)**. Plaintiffs properly served Defendant State Farm by certified mail on July 30, 2004. **(See Exhibit B for a copy of the citation issued to State Farm)**.

The United States Supreme Court has held that deadline for removal runs from actual service, not from receipt of a courtesy copy. This is because a defendant is not obliged to engage in litigation unless notified of the action and brought under a court's authority by formal process. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999). "Accordingly, we hold that a named defendant's time to remove is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, 'through service or otherwise,' after and apart from service of the summons, **but not by mere receipt of the complaint unattended by any formal service.**" *Id.* at 347-48. Plaintiff did not serve the first defendant in this suit until July 19, 2004. Defendant State Farm filed its Petition for Removal on August 17, 2004. Defendant's Petition for Removal was timely filed within thirty days of formal service. *See Id.* at 348.

2. State Farm properly gave Plaintiff prompt written notice of its filing of the Notice of Removal.

Plaintiffs contend that removal was defective because State Farm failed to give prompt written notice of the filing of the Notice of Removal to all adverse parties, as required by 28 U.S.C. § 1446(d) (2004). However, Defendant timely provided Notice of Removal to Plaintiffs' counsel's last known address. Any delay in receiving the notice was due to Plaintiffs' counsel's failure to provide a change of address as required by U.S. DIST. CT. (S.D. TEX.) LOC. R. 83.4.

In support of Plaintiffs' assertion that State Farm failed to notify Plaintiffs of its intention to remove the suit from state court, Plaintiffs submitted the Affidavit of Monica Cole. In her affidavit, Ms. Cole states that Plaintiff's counsel's office was shut down in June 2004. Ms. Cole swears that though correspondence was being received at counsel's East Harrison office, none of this

correspondence was being opened. Ms. Cole further states that all of counsel's correspondence was returned to sender on August 23, 2004, with notice of his new address.

State Farm sent Plaintiffs' counsel a written copy of the Notice of Removal by certified mail, return receipt requested on August 17, 2004, the same day that the Notice was filed. The Notice was sent to Plaintiffs' counsel's address of record. The return receipt ("green card") for this mailing was returned to State Farm signed by Monica Cole (Plaintiffs' Affidavit) and indicated delivery on August 19, 2004. **(See Exhibit C for a copy of the return receipt).**

State Farm clearly fulfilled its responsibility of giving prompt written notice of the filing of the Notice of Removal to Plaintiff. 28 U.S.C. § 1446(d) (2004). As State Farm received the green card indicating delivery of the Notice of Removal to Plaintiffs' counsel, State Farm had no reason to conclude that Plaintiff's counsel did not receive the notice. Furthermore, though Ms. Cole states that Plaintiffs' counsel shut down his business in June 2004, counsel did not inform the court clerk or State Farm of his change of address until August 25, 2004. **(See Exhibit D Notice of Change of Address).** *See* U.S. DIST. CT. (S.D. TEX.) LOC. R. 83.4 (stating that notices will be sent only to the address on file and that a lawyer is responsible for keeping the clerk advised in writing of the current address). On August 17, 2004, State Farm sent proper written notice of the filing of the Notice of Removal to Plaintiffs' counsel's address on file in accordance with 28 U.S.C. §1 1446(d).

3.  <u>Plaintiffs' fraudulent joinder of Mark Brown, Tom Reed, Lee Olivio, Greg Drott, and Brian Robinson does not defeat diversity jurisdiction.</u>

Finally, Plaintiffs contend removal was improper because they "named" individual in state defendants. However, as pointed out in Defendant's Rule 12(b)(6) Motion to Dismiss Fraudulently Joined Nominal Defendants, to which Plaintiffs have yet to respond, these individuals are

4

"defendants" in name only: they literally are named only in the caption and in the service of process paragraph. They are not mentioned anywhere else in the Petition. At no point in the Petition are there allegations against any of them individually or as a group. Throughout the Petition, Plaintiffs complain only of the "defendant," who is described as State Farm Lloyds. In fact, Lee Olivio and Brian Robinson have never even been served with process by Plaintiffs in this case. Joinder of the in state Defendants is fraudulent as a matter of law. *Griggs v. State Farm Lloyds*, 181 F. 3d 694 (5th Cir. 1999); *Cavallini v. State Farm Mutual Automobile Ins. Co.*, 44 F.3d 256, 259 (5th Cir. 1995).

### D. PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant State Farm prays that Plaintiffs' Motion to Remand be denied.

Respectfully submitted,

**TAYLOR & TAYLOR**

By: *[signature]*
Warren Taylor
State Bar No. 1972720
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

        Rene O. Oliveira
        State Bar. No. 15254700
        Federal I.D. No. 4033
        Roerig, Oliveira, & Fisher, L.L.P.
        855 West Price Road, Suite 9
        Brownsville, Texas 78520-8718
        (956) 542-5666 Telephone
        (956) 542-0016 Facsimile

        ATTORNEYS FOR DEFENDANT
        STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant State Farm Lloyds' Response to Plaintiffs' Motion to Remand has been forwarded to all counsel of record by certified mail, return receipt requested, on this 23rd day of September, 2004.

Gustavo Ch. Garza
363 West Kimball
Raymondville, Texas 78580

_____
Warren Taylor

ISSUE CITATION—PERSONAL SERVICE—DISTRICT / COUNTY COURT (Revised 8/90) IS CRCS 5-3                                                                              Has Interest

# CITATION

**THE STATE OF TEXAS**

To __Mark Brown_____

    __389 West Hidalgo Avenue_____

    __Raymondville, Texas Willacy County_____

Defendant_____, in the hereinafter styled and numbered cause: __04-164__

    YOU ARE HEREBY COMMANDED to appear before the __District_____ Court __357th___

of __Willacy_____ County, Texas, to be held at the courthouse of said county in the City of

__Raymondville_____, __Willacy_____ County, Texas, by filing a written answer to the

petition of plaintiff___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof,

a copy of which accompanies this citation, in cause number __04-164_____, styled

__First Amended Original Petition__,

__Luis C. Munoz and Carmela Munoz_____, Plaintiff____

vs. __State Farm Lloyds, Mark Brown Tom Reed, Leo Olivo Greg Drott and Brian ETAL__, Defendant___,

filed in said court on the __13th__ day of __July_____, 20_04_.

    Plaintiff is represented by __Gustavo Garza_____, whose

address is __847 E. Harrison St._____ __Brownsville____ __Texas____ __78520___
                street                                                                  city                   state           zip code

    ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the ___13th___ day of

__July_____, 20_04_.

                                        __Gilbert Lozano_____

                                          District Clerk of ___Willacy_____, County, Texas

                                          __546 West Hidalgo_____
                                          Clerk's address
                                          Raymondville, Texas 78580
                                          By _[signature]_____, Deputy.

## NOTICE

    You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Reproduction of this form by any person or party is prohibited.        DEFENDANT(S) COPY



EXHIBIT A

# CITATION

THE STATE OF TEXAS

To **Greg Drott**

    **Park Green TSO  4444 Corona Suite 140**

    **Corpus Christi, Texas 78411**

TEXAS LITIGATION

JUL 22 2004

RECEIVED

Defendant_____, in the hereinafter styled and numbered cause: **04-164**

YOU ARE HEREBY COMMANDED to appear before the **District** Court **357th** of **Willacy** County, Texas, to be held at the courthouse of said county in the City of **Raymondville**, **Willacy** County, Texas, by filing a written answer to the petition of plaintiff___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **04-164**, styled **First Amended Original Petition**

**Luis C. Munoz and Carmela Munoz**, Plaintiff____,

vs. **State Farm LLoyds, Mark Brown Tom Reed, Leo Olivo Greg Drott and Brian ETAL**, Defendant____,

filed in said court on the **13th** day of **July**, 20**04**.

Plaintiff is represented by **Gustavo Garza**, whose address is **847 E. Harrison St.**   **Brownsville**   **Texas**   **78520**.
              street                           city                  state            zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the **13th** day of **July**, 20**04**.

    **Gilbert Lozano**

**District** Clerk of **Willacy** County, Texas

**546 West Hidalgo**
Clerk's address

**Raymondville, Texas 78580**

By _____ Deputy.

NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Reproduction of this form by any person or party is prohibited.

DEFENDANT(S) COPY

# CITATION

THE STATE OF TEXAS

To **Tom Reed**
**Park Green TSO 4444 Corona Suite 140**
**Corpus Christi, Texas 78411**

Defendant_____, To the hereinafter styled and numbered cause: **04-164**

YOU ARE HEREBY COMMANDED to appear before the **District** Court **357th**
of **Willacy** County, Texas, to be held at the courthouse of said county in the City of **Raymondville** **Willacy** County, Texas, by filing a written answer to the petition of plaintiff___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **04-164**, styled **First Amended Original Petition**
**Luis C. Munoz and Carmela Munoz**, Plaintiff
vs. **State Farm Lloyds, Mark Brown Tom Reed, Leo Olivo Greg Drott and Brian ET AL**, Defendant
filed in said court on the **13th** day of **July**, 20**04**.

Plaintiff is represented by **Gustavo Garza**, whose address is **847 E. Harrison St.** **Brownsville** **Texas** **78520**
                                                                              street                                    city                       state                    zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the **13th** day of **July**, 20**04**.

**Gilbert Lozano**
**District** Clerk of **Willacy** County, Texas
**546 West Hidalgo**
Clerk's address
**Raymondville, Texas 78580**

By _____ Deputy.

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Reproduction of this form by any person or party is prohibited.

DEFENDANT(S) COPY

# CITATION

**RECEIVED**
JUL 3 0 2004
Lobby - Exec
Restricted Delivery

THE STATE OF TEXAS

To **Fred J. Marsh**

  **17301 Preston Road**

  **Dallas, Texas 75252**

Defendant_____, in the hereinafter styled and numbered cause: **04-164**

YOU ARE HEREBY COMMANDED to appear before the **District** Court **357th** of **Willacy** County, Texas, to be held at the courthouse of said county in the City of **Raymondville**, **Willacy** County, Texas, by filing a written answer to the petition of plaintiff ___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **04-164**_____, styled **First Amended Original Petition**

**Luid C. Munñz and Carmela Munoz**_____, Plaintiff____,

vs. **State Farm Lloyds, Mark Brown Tom Reed, Leo Olivo, Greg Drott ETAl**_____, Defendant____, filed in said court on the **13th** day of **July**_____, 20 **04**.

Plaintiff is represented by **Gustavo Ch. Garza**_____, whose address is **847 E. Harrison St.**   **Brownsville**   **Texas**   **78520**.
  street            city             state      zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the **26th** day of **July**_____, 20 **04**.

  **Gilbert Lozano**
  **District** Clerk of **Willacy** County, Texas

  **546 WEst Hidalgo**
  Clerk's address
  **Raymondville, Texas 78580**
  By _[signature]_ _____ Deputy.

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

EXHIBIT B

Reproduction of this form by any person or party is prohibited.    DEFENDANT(S) COPY



UNITED STATES DISTRICT COURT * SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ<br>*Plaintiffs*<br><br>VS.<br>STATE FARM LLOYDS *et al.*<br>*Defendants* | §<br>§<br>§<br>§ CIVIL ACTION NO: B-04-141<br>§<br>§<br>§<br>§ |

## NOTICE OF CHANGE OF ADDRESS

Please be advised this notice is to inform all representatives involved in the case named above that I hereby give notice of change of address, which is now 363 West Kimball Ave, Raymondville, Texas 78580.

Date: 8/25/2004

*Gustavo Ch. Garza*
Gustavo Ch. Garza
Attorney for Plaintiff's
363 West Kimball Ave.
Raymondville, Texas 78580
State Bar: 0773170
Phone: (956)689-9040
Fax: (956) 689-6468

EXHIBIT D