United States District Court
Southern District of Texas
FILED

OCT - 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| LUIS C. MUNOZ AND | § | CAUSE NO B-04-141 |
| CARMELA MUNOZ | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| STATE FARM LLOYDS | § | JURY DEMANDED |

### JOINT DISCOVERY/CASE MANAGEMENT PLAN
### UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    **The meeting of the parties was conducted by telephone on September 30, 2004. Gustavo Garza participated on behalf of Plaintiffs Munoz, and Warren Taylor participated on behalf of Defendant State Farm Lloyds.**

2.  List the cases related to this one that are pending in state or federal court with the case number and court.

    **None.**

3.  <u>Briefly</u> describe what this case is about.

    **This case arises out of a fire at the home of Luis and Carmela Munoz on January 1, 2003, and their subsequent insurance claim. Plaintiffs contend State Farm Lloyds breached the contract and the duty of good faith and fair dealing, and violated Article 21.21 of the Insurance Code and the Deceptive Trade Practices Act. Defendant contends the fire was intentionally set by Mr. Munoz for the purpose of collecting insurance proceeds.**

4.  Specify the allegation of federal jurisdiction.

    **Diversity by removal.**

5.  Name the parties who disagree and the reasons.

    **Plaintiffs contend removal was untimely, without notice to Plaintiffs, and that there was no fraudulent joinder, therefore diversity does not exist. Plaintiffs intend to amend their petition to raise abuse of process, malicious prosecution, liable and slander against the Defendants, and other allegations against the Defendants.**

**Defendant contends the removal was timely and that the resident defendants were fraudulently joined solely for the purpose of defeating diversity jurisdiction.**

6.  List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

    **None.**

7.  List anticipated interventions.

    **None.**

8.  Describe class action issues.

    **Plaintiffs' proposed response:  Undetermined at this time.**

    **Defendant's proposed response:  None.**

9.  State whether each party represents that it has made the initial disclosures required by Rule 26(a).  If not, describe the arrangements that have been made to complete the disclosures.

    **The parties anticipate making initial disclosures to each other by November 1, 2004.**

10. Describe the proposed agreed discovery plan, including:

    A.  Responses to the matters raised in Rule 26(f).

        **Completed.**

    B.  When and to whom the plaintiff anticipates it may send interrogatories.

        **State Farm Lloyds by November 30, 2004.**

    C.  When and to whom the defendant anticipates it may send interrogatories.

        **Luis and Carmela Munoz by November 30, 2004.**

    D.  Of whom and by when the plaintiff anticipates taking oral depositions.

        **Mark Brown, Lee Olivo, Tom Reed, Chief Ubaldo Zamora, Detective Sam Adame, Detective Armin Martinez, Omel Munoz, Jose Trevino, Ramon Garcia, Juan Angel Guerra, Carlos Martinez, Alex Martinez, Pedro Suarez, Humberto Rodriguez, Raul Gonzalez, Edward Quintania, Ruben Perez, Robert Perez, Leon Cisneros, Mario Tijerina, Moises Torres, Joe Silva,**

**Maria Vera, Larry Wright, Juan Salinas, and Andy Maldonado, and possibly other fact witnesses.**

**Plaintiffs anticipates they will be able to complete all depositions in this case by September 2, 2005.**

E.      Of whom and by when the defendant anticipates taking oral depositions.

**Luis Munoz, Carmela Munoz, Fire Department personnel, Police Department personnel, Deputy State Fire Marshal, neighbors of Plaintiffs, including but not limited to Harry and Minerva Cavazos, Barbara Kiefer, and Ben Capetillo, Karen Barnett, and any expert designated by Plaintiffs.**

**Defendant anticipates being able to complete these depositions no later than September 2, 2005.**

F.      When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

**Plaintiffs anticipate designating experts and providing requisite reports on or before April 30, 2005.**

**Defendant anticipates designating experts and providing requisite reports on or before May 31, 2005.**

G.      List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date.   See Rule 26(a)(2)(B)(expert report).

**Plaintiffs anticipate taking the depositions of any expert designated by Defendant.  Plaintiffs anticipate completing these depositions by September 2, 2005.**

H.      List experts depositions the opposing party anticipates taking and their anticipated completion date.  See Rule 26(a)(2)(B)(expert report).

**Defendant anticipates taking the depositions of any experts Plaintiffs designate. These depositions can be conducted before September 2, 2005.**

11.    If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**Agreed.**

12.    Specify the discovery beyond initial disclosures that has been undertaken to date.

**No other discovery has been conducted to date.**

13.    State the date the planned discovery can reasonably be completed.

**Planned discovery can be reasonably completed on or before September 2, 2005.**

14.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**Plaintiffs are willing to mediate.  Due to the nature of State Farm's defense, State Farm does not agree to mediation.**

15.    Describe what each party has done or agreed to do to bring about a prompt resolution.

**The parties have discussed settlement and report that due to the nature of the allegations it does not appear settlement is probable.**

16.    From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

**Plaintiffs made initial demand for settlement, Defendant did not respond.  Plaintiffs are willing to mediate.**

**Due to the nature of State Farm's defense, State Farm does not agree to mediation.**

17.    Magistrate judges may now hear jury and non-jury trials.  Indicate the parties' joint position on a trial before a magistrate judge.

**Plaintiffs are not opposed to trial by Magistrate.**

**State Farm does not agree to trial by a Magistrate.**

18.    State whether a jury demand has been made and if it was made on time.

**State Farm timely demanded a jury.**

19.    Specify the number of hours it will take to present the evidence in this case.

**The parties anticipates that it will take approximately 80 hours.**

20.    List pending motions that could be ruled on at the initial pre-trial and scheduling conference.

**Defendant State Farm Lloyds' Rule 12(b)(6) Motion to Dismiss Fraudulently Joined Nominal Defendants; Plaintiffs' Motion to Remand; Plaintiffs' Verified Plea to Jurisdiction and Amended Motion to Remand; and Defendant's Motion for Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims.**

21.    List other pending motions.

**None.**

22.    Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

**None.**

23.    Certify that all parties have filed Disclosure of Interested Persons as directed in the Order for Conference and Disclosure of Interested Persons, listing the dates of filing for original and any amendments.

**No.**

24.    List the names, bar numbers, addresses and telephone numbers of all counsel.

<u>Attorneys for Plaintiffs:</u>
Gustavo Ch. Garza
State Bar No. 0773170
Federal I.D. No. 3946
363 West Kimball Avenue
Raymondville, Texas 78580
(956) 689-9040 Telephone
(956) 689-6468 Facsimile

<u>Attorneys for Defendant:</u>
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth McCahill Taylor
State Bar No. 13336787
Federal I.D. No. 14601
Taylor & Taylor
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

Respectfully submitted,

By_____

Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
TAYLOR & TAYLOR
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

By_____

Gustavo Ch. Garza
State Bar No. 0773170
Federal I.D. No. 3946
363 West Kimball Avenue
Raymondville, Texas 78580
(956) 689-9040 Telephone
(956) 689-6468 Facsimile

ATTORNEY FOR PLAINTIFFS

Respectfully submitted,

By_____
            Warren Taylor
            State Bar No. 19727200
            Federal I.D. No 1354
            Beth M. Taylor
            State Bar No. 13336787
            Federal I.D. No. 14601
            TAYLOR & TAYLOR
            815 Walker, Suite 250
            Houston, Texas 77002
            (713) 615-6060 Telephone
            (713) 615-6070 Facsimile

            Rene O. Oliveira
            State Bar No. 15254700
            Federal I.D. No. 4033
            Roerig, Oliveira & Fisher, L.L.P.
            855 West Price Road, Suite 9
            Brownsville, Texas 785. 2-8718
            (956) 542-5666 Telephone
            (956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

By_____
            Gustavo Ch. Garza
            State Bar No. 0773170
            Federal I.D. No. 3946
            363 West Kimball Avenue
            Raymondville, Texas 78580
            (956) 689-9040 Telephone
            (956) 689-6463 Facsimile

ATTORNEY FOR PLAINTIFFS