UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS C. MUNOZ and CARMELA MUNOZ, Plaintiffs § § § | |
| V. § § | CASE NO. B-04-141 ~~B-04-092~~ |
| STATE FARM LLOYDS, et al., Defendant § § § | |

United States District Court
Southern District of Texas
FILED
SEP 21 2004
Michael N. Milby
Clerk of Court

### PLAINTIFFS' VERIFIED PLEA TO THE JURISDICTION AND AMENDED MOTION TO REMAND (WITH AUTHORITIES).

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Plaintiffs, and file their verified Plea to the jurisdiction and amended Motion to remand the above-styled and –numbered federal case, and, for cause, would show as follows:

### A. INTRODUCTION.

1. On 11 May 2004, Plaintiffs timely-filed with the Willacy County District Clerk's Office a original Petition, styled and numbered as "Luis C. Munoz and Carmela Munoz v. State Farm Lloyds, Mark Brown, Tom Reed, Lee Olivo, Greg Drott, and Brian Robinson, as Individuals and Agents of State Farm Lloyds," Cause No. 04-164, wherein Plaintiffs sued Defendants for having committed numerous violations of State civil law and sought damages within the jurisdiction of the State District Court.

2. On 13 July 2004, Plaintiffs timely-filed with said District Clerk's Office a first amended original Petition, styled and numbered as stated in Para. 1.

3. On 17 August, Defendants untimely-filed with the State and federal District Clerks' Offices instruments to remove Plaintiffs' State case to federal court. 28 U.S.C. §1446(a).

4. On 3 September, Plaintiffs filed a Motion to remand Defendants' case to State court.

5. There has been no ruling on said Notice and Motion as of the date this Plea was delivered to this Court for filing.

### B. ARGUMENTS.

1. <u>28 U.S.C. §1446(b)</u>: states that:

   The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.
   If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, except that a case may not be removed on the basis of jurisdiction conferred by section 1332 of this title more than 1 year after commencement of the action.

2. The Fifth Circuit has held that the first paragraph of <u>§1446(b)</u>, *supra*, applies to State cases that are removable when filed, and the second paragraph applies to State cases that are not removable when filed but become so later, and the one-year limitation on removals applies only to the second paragraph of <u>§1446(b)</u>, *supra*. <u>New York Life Ins. Co. v. Deshotel</u>, *et al.*, 142 F.3d 873, 886 (5th Cir. 1998). In none of its State and federal removal instruments did Defendants allege that all or more than one of them were entitled to the one-year limitation period referenced in the second paragraph of <u>§1446(b)</u>, *supra*, and, therefore, this Court does not have jurisdiction over the above-styled and –numbered cause of action, and can properly remand the same to the State court in which Plaintiffs filed it. Accord <u>Reece v. Wal-Mart Stores, Inc.</u>, 98 F.3d 839, 841 (5th Cir., Tex.,

1996), overruled, o.g., <u>Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.</u>, 526 U.S. 344, 199 S. Ct. 1322, 143 L.Ed.2d 448 (1999).

For all of the foregoing reasons, Plaintiffs submits that this Court should grant their verified Plea, and remand this case to the State court in which they filed it.

Respectfully Submitted By:

Gustavo Ch. Garza
363 W. Kimball St.
Raymondville   TX   78580
Telephone: 956.689.9040
Facsimile: 956.689.6468
Tex. Bar No. 07731700
FederalID No. 3946
Plaintiffs' Attorney of Record

## CERTIFICATE OF SERVICE.

I certify that on Sept. 20, 2004 a true and correct copy of Plaintiffs' verified Plea to the Jurisdiction and amended Motion to remand was mailed to Defendants' Counsel, Mr. Warren Taylor and Ms. Beth McCahill Taylor, 815 Walker, Ste 250, Houston TX 77002 and Mr. Rene O. Oliviera, c/o Oliviera & Fischer, L.L.P., 855 W. Price Rd., Ste 9, City TX 78520-8718, by certified mail/return receipt requested.

Gustavo Ch. Garza

## CERTIFICATE OF CONFERENCE.

I hereby certify that on 10th September 2004, I informed Defendants' counsel by telephone that Plaintiffs intended to file a verified Plea to the Jurisdiction and amended Motion to remand the above-styled and –numbered federal cause of action to the State court in which Plaintiffs filed it, and Mr. Warren Taylor stated that he would (not) oppose it, and Ms. Beth McCahill Taylor stated that she would (not) oppose it, and Mr. Rene O. Oliviera stated that he would (not) oppose it.

Gustavo Ch. Garza

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and CARMELA MUNOZ,<br>Plaintiffs | § § § | |
| V. | § | CASE NO. B-04-092 |
| STATE FARM LLOYDS, *et al.*,<br>Defendants | § § § § | |

### VERIFICATION

STATE OF TEXAS   ][

COUNTY OF CAMERON   ][

Before me, the undersigned authority personally appeared Gustavo Ch. Garza, who, upon oath, deposed as follows

My name is Gustavo Ch. Garza. I am of sound mind, and am capable of making this statement, and personally acquainted with the facts herein stated and aware of the penalty for perjury.

I reviewed the Defendants' State and federal removal instruments on file with the State and federal District Clerks' Offices to remove Plaintiffs' first amended original Petition to federal court, and then researched, prepared, and filed with the federal Clerk Plaintiffs' verified Plea to the Jurisdiction and amended Motion to remand the above-styled and –numbered federal cause of action to State court, and attest that the information contained therein is true and correct according to my knowledge, information, and belief.

_____
Gustavo Ch. Garza

Sworn to and subscribed before me on this 20 day of September 2004 to which witness my hand and seal of Office.

_____
Veronica Coronado
NOTARY PUBLIC

[SEAL: VERONICA ANN CORONADO, NOTARY PUBLIC-STATE OF TEXAS, COMMISSION EXPIRES: SEPTEMBER 2, 2007]

My Commission expires on:
9/2/2007