UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and CARMELA MUNOZ,<br>Plaintiffs | § § § | |
| V. | § | CA NO: B-04-141 ~~B-04-097~~ |
| | § § § | |
| STATE FARM LLOYDS, et al.,<br>Defendants | § § | |

### ORDER ON PLAINTIFFS' VERIFIED PLEA TO THE JURISDICTION AND AMENDED MOTION TO REMAND (WITH AUTHORITIES).

ON THIS DAY, came on to be considered Plaintiffs' verified Plea to the jurisdiction and amended Motion to remand the above-styled and –numbered federal case to the State Court in which Plaintiffs filed it, and this Court, having considered the same:

_____ GRANTS said Plea and, therefore, ORDERS Defendants' cause be remanded to the State Court in which Plaintiffs filed it, for all of which let notice hereof issue to the parties' attorneys of record named herein below.

_____ DENIES said Plea pending a hearing thereon and, therefore, ORDERS the parties to appear before this Court at _____ \_\_\_\_.M. on _____ 2004, for all of which let notice hereof issue to the parties' attorneys of record named herein below.

Signed for entry on _____ 2004.

_____
JUDGE PRESIDING

C:    Mr. Gustavo Ch. Garza    Mr. Warren Taylor and
363 W. Kimball St.    Ms. Beth McCahill Taylor
Raymondville TX 78580    815 Walker, Ste 250
Plaintiffs' Attorney of Record    Houston TX 77002
    Defendants' Attorney of Record

Mr. Rene O. Oliviera
c/o Oliviera, & Fischer, L.L.P.
855 W. Price Rd., Ste 9
City TX 78520-8718
Defendants' Attorney of Record