# CITATION

**THE STATE OF TEXAS**

To __Mark Brown__
    __399 West Hidalgo Avenue__
    __Raymondville, Texas Willacy County__

Defendant_____, in the hereinafter styled and numbered cause: __04-164__

YOU ARE HEREBY COMMANDED to appear before the __District__ Court __357th__ of __Willacy__ County, Texas, to be held at the courthouse of said county in the City of __Raymondville__, __Willacy__ County, Texas, by filing a written answer to the petition of plaintiff___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number __04-164__, styled __First Amended Original Petition__

__Inis C. Munoz and Carmela Munoz__ _____Plaintiff_____

vs. __Stark Farm Lloyds, Mark Brown, Tom Read, Lee Olive, Greg Durr, and Brian Kay__, Defendant

filed in said court on the __13th__ day of __July__, 20__04__.

Plaintiff is represented by __Genaro Garza__ _____, whose address is __867 E. Harrison St.__      __Brownsville__      __Texas__      __78520__

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the __12th__ day of __July__, 20__04__.

__Gilbert Lozano__
District Clerk of __Willacy__ County, Texas
__346 West Hidalgo__
__Raymondville, Texas 78580__

By _____ Deputy.

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

DEFENDANT(S) COPY


EXHIBIT A

16-2100—CITATION—PERSONAL SERVICE—DISTRICT OR COUNTY COURT (Revised 8/90) © Class 3-3    Hart InterCivic

# CITATION

THE STATE OF TEXAS

TEXAS LITIGATION

To Greg Drott

Park Green TSO 4444 Corona Suite 140

Corpus Christi, Texas 78411

JUL 22 2004

RECEIVED

Defendant_____, in the hereinafter styled and numbered cause: 04-164

YOU ARE HEREBY COMMANDED to appear before the __District__ Court __357th__ of __Willacy__ County, Texas, to be held at the courthouse of said county in the City of __Raymondville__, __Willacy__ County, Texas, by filing a written answer to the petition of plaintiff___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number __04-164__, styled __First Amended Original Petition__

__Luis C. Munoz and Carmela Munoz__, Plaintiff____,

vs. __State Farm LLoyds, Mark Brown Tom Reed, Leo Olivo Greg Drott and Brian ETAL__, Defendant____,

filed in said court on the __13th__ day of __July__, 20__04__.

Plaintiff is represented by __Gustavo Garza__, whose address is __847 E. Harrison St.__   __Brownsville__   __Texas__   __78520__
                              street                   city              state        zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the __13th__ day of __July__, 20__04__.

__Gilbert Lozano__
__District__ Clerk of __Willacy__ County, Texas

__546 West Hidalgo__
Clerk's address:
__Raymondville, Texas 78580__

By _____ Deputy.

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Reproduction of this form by any person or party is prohibited.

**DEFENDANT(S) COPY**

# CITATION

THE STATE OF TEXAS

To Don Reed

[address illegible]

Defendant, in the hereinafter styled and numbered cause: 04-164

YOU ARE HEREBY COMMANDED to appear before the District Court 197th of Willacy County, Texas, to be held at the courthouse of said county in the City of Raymondville, Willacy County, Texas, by filing a written answer to the petition of plaintiff at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number 04-164, styled

First Amended Original Petition

Lydia C. Munoz and Gonzalo Munoz, Plaintiff

vs. State Farm Lloyds, Mark Brown, Don Reed, [illegible], and [illegible], Defendant

filed in said court on the 13th day of July, 2004.

Plaintiff is represented by Gustavo Burns, whose address is 847 E. Harrison St., Brownsville, Texas 78520.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the 13th day of July, 2004.

Gilbert Lozano
District Clerk of Willacy County, Texas
144 West Harrison
Raymondville, Texas 78580

By [signature], Deputy

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

DEFENDANT'S COPY