16-2108—CITATION—PERSONAL SERVICE—DISTRICT OR COUNTY COURT (Revised 8/90) © Class 3-3

# CITATION

**RECEIVED**
JUL 30 2004
Lobby - Exec
Restricted Delivery

**THE STATE OF TEXAS**

To __Fred J. Marsh__

__17301 Preston Road__

__Dallas, Texas 75252__

Defendant_____, in the hereinafter styled and numbered cause: __04-164__

YOU ARE HEREBY COMMANDED to appear before the __District__ Court __357th__ of __Willacy__ County, Texas, to be held at the courthouse of said county in the City of __Raymondville__, __Willacy__ County, Texas, by filing a written answer to the petition of plaintiff ___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number __04-164__, styled

__First Amended Original Petition__

__Luis C. Munoz and Carmela Munoz__, Plaintiff____,

vs. __State Farm Lloyds, Mark Brown, Tom Reed, Leo Olivo, Greg Drott ETA1__, Defendant____,

filed in said court on the __13th__ day of __July__, 20__04__.

Plaintiff is represented by __Gustavo Ch. Garza__, whose address is __847 E. Harrison St.__ __Brownsville__ __Texas__ __78520__.
                street                     city           state    zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the __26th__ day of __July__, 20__04__.

__Gilbert Lozano__
__District__ Clerk of __Willacy__ County, Texas
__546 West Hidalgo__
Clerk's address
__Raymondville, Texas 78580__
By _[signature]_ Deputy.

### NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

EXHIBIT B

Reproduction of this form by any person or party is prohibited.

**DEFENDANT(S) COPY**