UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 12 2004 1:15 P

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| LUIS C. MUNOZ and CARMELA MUNOZ, Plaintiffs | § § § | |
| V. | § § | CASE NO. B-04-141 |
| STATE FARM LLOYDS, et al., Defendant | § § § | |

## PLAINTIFFS' MOTION FOR CONTINUANCE OF INITIAL PRETRIAL CONFERENCE.

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Plaintiffs, and file their Motion for continuance of the Initial Pre-trial Conference for the above-styled and numbered federal case, and for cause would show as follows;

1. This case was removed by defendant to Federal Court and the initial Pre-trial conference is set for 10/18/2004 @ 10:30 a.m. in Brownsville, Texas.

2. Plaintiffs Attorney is set to appear in State District Court in Willacy County, Raymondville, Texas on 10/18/2004 @ 9:00 a.m. on the following criminal cases:

    | Cause | Name | Offense |
    |---|---|---|
    | 4773-C | Manuel Hernandez Jr. | Evading Arrest w/a motor vehicle |
    | 4825-B | Thomas K. Penland | Possession of Marijuana |
    | 4852-B | Juanita Cruz | Attempted Murder |
    | 4852-B | Felix Castillo | Attempted Murder |
    | 4852-B | Ricardo Garcia Jr. | Attempted Murder |
    | 4853-B | Ricardo Garcia Jr. | Attempted Murder |
    | 4853-B | Juanita Cruz | Attempted Murder |
    | 4853-B | Felix Castillo | Attempted Murder |
    | 4854-B | Juanita Cruz | Deadly Conduct |
    | 4854-B | Felix Castillo | Deadly Conduct |
    | 4854-B | Ricardo Garcia | Deadly Conduct |
    | 4857-B | Ray Ramon Mendez | Agg. Sexual Assault & Ind. w/ a child |
    | 4864-B | Jose G. Argello | Possession of Marijuana |
    | 4864-B | David Perez | Possession of Marijuana |
    | 4889-C | Martin Gonzalez | Possession of Controlled substance |
    | 4893-C | Jose J. Velasquez | Possession of Marijuana |
    | 4894-C | Cayetano Vela | Injury to an Elder |
    | 4895-C | Jose L. Quintero | Evading Arrest w/a motor vehicle |

| 4896-C | Richard Vela | Assault & Agg. Assault w/deadly weapon |
| 4897-C | Rafael Loredo | Evading arrest w/ motor vehicle |

3. Plaintiffs attorney has on 10/11/2004 and 10/12/2004 conferred with Warren Taylor, attorney for defendant.

For all the foregoing reasons plaintiffs submits that this court should grant their Motion for Continuance and reset the initial pre-trial conference.

Respectfully Submitted By:

Gustavo Ch. Garza
363 W. Kimball St.
Raymondville TX    78580
Telephone: 956.689.9040
Facsimile: 956.689.6468
Tex. Bar No. 07731700
Fed.No.3946

Plaintiffs' Attorney of Record

### CERTIFICATE OF SERVICE

I certify that on __Oct. 12, 2004__ 2004 a true and correct copy of Plaintiffs' Motion for Continuance of Initial Pre-trial Conference was mailed to Defendants' Counsel, Mr. Warren Taylor and Ms. Beth McCahill Taylor, 815 Walker, Ste 250, Houston TX 77002 and Mr. Rene O. Oliviera, c/o Oliviera, & Fischer, L.L.P., 855 W. Price Rd., Ste 9, City TX 78520-8718.

Gustavo Ch. Garza

## CERTIFICATE OF CONFERENCE.

I hereby certify that on 12 October 2004, I informed Defendants' counsel by telephone that Plaintiffs intended to file a Motion for Continuance of Initial Pre-trial Conference on above-styled and —numbered federal cause of action, and Mr. Warren Taylor stated that he would **not** oppose it.

Gustavo Ch. Garza