UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUIS C. MUNOZ and CARMELA MUNOZ, Plaintiffs | § § § |
| V. | § § CASE NO. B-04-141 |
| STATE FARM LLOYDS, et al., Defendants | § § § |

### ORDER ON PLAINTIFFS' MOTION FOR CONTINUANCE OF INITIAL PRE-TRIAL CONFERENCE.

ON THIS DAY, came on to be considered Plaintiffs' Motion for Continuance of Initial Pre-trial Conference on above-styled and numbered federal case, and this Court, having considered the same: _Denies the motion_.

_____ GRANTS said Continuance and sets this case for initial pre-trial conference on _____ day of _____ 2004.

Signed for entry on _October 12_ 2004.

JUDGE PRESIDING

C: Mr. Gustavo Ch. Garza
363 W. Kimball St.
Raymondville TX 78580
Plaintiffs' Attorney of Record

Mr. Rene O. Oliviera
c/o Oliviera, & Fischer, L.L.P.
855 W. Price Rd., Ste 9
City TX 78520-8718
Defendants' Attorney of Record

Mr. Warren Taylor and
Ms. Beth McCahill Taylor
815 Walker, Ste 250
Houston TX 77002
Defendants' Attorney of Record