United States District Court
Southern District of Texas
FILED

OCT 13 2004 9:15A

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LUIS C. MUNOZ and CARMELA MUNOZ, §
      Plaintiffs §
       §
       §
V.            §   CASE NO. B-04-141
       §
STATE FARM LLOYDS, et al.,   §
      Defendant §

## PLAINTIFFS' MOTION FOR CONTINUANCE OF INITIAL PRETRIAL CONFERENCE.

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Plaintiffs, and file their Motion for continuance of the Initial Pre-trial Conference for the above-styled and numbered federal case, and for cause would show as follows;

1. This case was removed by defendant to Federal Court and the initial Pre-trial conference is set for 10/18/2004 @ 10:30 a.m. in Brownsville, Texas.

2. Plaintiffs Attorney is set to appear in State District Court in Willacy County, Raymondville, Texas on 10/18/2004 @ 9:00 a.m. on the following criminal cases:

| Cause | Name | Offense | Plea |
|---|---|---|---|
| 4773-C | Manuel Hernandez Jr. | Evading Arrest w/a motor vehicle | Jury trial |
| 4825-B | Thomas K. Penland | Possession of Marijuana | Jury trial |
| 4852-B | Juanita Cruz | Attempted Murder | Jury trial |
| 4852-B | Felix Castillo | Attempted Murder | Jury trial |
| 4852-B | Ricardo Garcia Jr. | Attempted Murder | Jury trial |
| 4853-B | Ricardo Garcia Jr. | Attempted Murder | Jury trial |
| 4853-B | Juanita Cruz | Attempted Murder | Jury trial |
| 4853-B | Felix Castillo | Attempted Murder | Jury trial |
| 4854-B | Juanita Cruz | Deadly Conduct | Jury trail |
| 4854-B | Felix Castillo | Deadly Conduct | Jury trial |
| 4854-B | Ricardo Garcia | Deadly Conduct | Jury trial |
| 4857-B | Ray R. Mendez | Agg. Sexual Assault & Ind. w/ a child | |
| 4864-B | Jose G. Argello | Possession of Marijuana | Prob. Plea |
| 4864-B | David Perez | Possession of Marijuana | Prob. Plea |
| 4889-C | Martin Gonzalez | Possession of Controlled substance | |
| 4893-C | Jose J. Velasquez | Possession of Marijuana | Prob. Plea |
| 4894-C | Cayetano Vela | Injury to an Elder | Plea |
| 4895-C | Jose L. Quintero | Evading Arrest w/a motor vehicle | Plea |

| | | |
|---|---|---|
| 4896-C | Richard Vela | Assault & Agg. Assault w/deadly weapon--Prob. Plea |
| 4897-C | Rafael Loredo | Evading arrest w/ motor vehicle------------Plea |

Docket call is at 9:00 a.m.. Most pleas are heard during the morning before jury selection. Jury selection is scheduled for 1:30 p.m. on Monday. Because I am under contract with Willacy County to represent the indigents defendants my presence is required on Monday.

It is very likely that several if not most cases will plea in the morning, however Mr. Penland will require a jury. I am a solo practitioner; therefore I need to select his jury.

Jury selection in Willacy County is held once per month and the panel is called to report at 1:30 p.m. on Monday. For this month its on the 18th.

3. Plaintiffs attorney has on 10/11/2004 and 10/12/2004 conferred with Warren Taylor, attorney for defendant.

For all the foregoing reasons plaintiffs submits that this court should grant their Motion for

Continuance and reset the initial pre-trial conference.

Respectfully Submitted By:

Gustavo Ch. Garza
363 W. Kimball St.
Raymondville TX    78580
Telephone: 956.689.9040
Facsimile: 956.689.6468
Tex. Bar No. 07731700
Fed.No.3946

Plaintiffs' Attorney of Record

CERTIFICATE OF SERVICE

I certify that on ___Oct  12,___ 2004 a true and correct copy of

Plaintiffs' Motion for Continuance of Initial Pre-trial Conference was mailed to Defendants'

Counsel, Mr. Warren Taylor and Ms. Beth McCahill Taylor, 815 Walker, Ste 250, Houston TX 77002 and Mr. Rene O. Oliviera, c/o Oliviera, & Fischer, L.L.P., 855 W. Price Rd., Ste 9, City TX 78520-8718.

*(signature)*
Gustavo Ch. Garza

### CERTIFICATE OF CONFERENCE.

I hereby certify that on 12 October 2004, I informed Defendants' counsel by telephone that Plaintiffs intended to file a Motion for Continuance of Initial Pre-trial Conference on above-styled and –numbered federal cause of action, and Mr. Warren Taylor stated that he would **not** oppose it.

*(signature)*
Gustavo Ch. Garza

C: Mr. Gustavo Ch. Garza
363 W. Kimball St.
Raymondville TX 78580
Plaintiffs' Attorney of Record

Mr. Rene O. Oliviera
c/o Oliviera, & Fischer, L.L.P.
855 W. Price Rd., Ste 9
City TX 78520-8718
Defendants' Attorney of Record

Mr. Warren Taylor and
Ms. Beth McCahill Taylor
815 Walker, Ste 250
Houston TX 77002
Defendants' Attorney of Record

# GUSTAVO CH. GARZA ATTORNEY AT LAW
## 363 WEST KIMBALL
## RAYMONDVILLE, TEXAS 78580
### PHONE (956) 689-9040
### FAX (956) 689-6468
### EMAIL: GUSTAVO@JUSTICE.COM

United States District Court
Southern District of Texas
RECEIVED

OCT 13 2004

Michael N. Milby, Clerk

---

**FACSIMILE TRANSMITTAL SHEET**

| ATTENTION: | FROM: |
|---|---|
| Estella Cavazos | Gustavo Garza |
| COMPANY | DATE |
|  | 10/13/2004 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER |
| (956) 574-7416 | 6 |
|  | SENDER'S PHONE NUMBER |
|  | (956) 689-9040 |
| RE | CASE # |
| Munoz vs. State Farm Lloyds | B-04-141 |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☒ PLEASE REPLY  ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Dear Ms. Cavazos;

If you have any questions in reference to this facsimile, please call the office. The original has been mailed for filing. Thank you.

Respectfully,
Veronica Coronado

**Confidential**
The information in this facsimile message is confidential information intended only for the use of the individual or entity name above. If the reader is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via postal service. Thank you.