United States District Court
Southern District of Texas
ENTERED

OCT 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LUIS C. MUNOZ and CARMELA MUNOZ, §
　　　　　　　　　　Plaintiffs §
　　　　　　　　　　　　　　　　§
V. 　　　　　　　　　　　　　　§　　CASE NO. B-04-141
　　　　　　　　　　　　　　　　§
STATE FARM LLOYDS, et al., 　　§
　　　　　　　　　　Defendants §

### ORDER ON PLAINTIFFS' MOTION FOR CONTINUANCE OF INITIAL PRE-TRIAL CONFERENCE.

ON THIS DAY, came on to be considered Plaintiffs' Motion for Continuance of Initial Pre-trial Conference on above-styled and numbered federal case, and this Court, having considered the same:

____✓____ GRANTS said Continuance and sets this case for initial pre-trial conference on _25th_ day of _October_, 2004, @ _10:00 Am_.

Signed for entry on _October 13_ 2004.

_____
JUDGE PRESIDING