United States District Court
Southern District of Texas
ENTERED

OCT 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS C. MUNOZ and CARMELA MUNOZ, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. B-04-141 |
| § | |
| STATE FARM LLOYDS, et al. § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on October 14, 2004, the Court considered an incorrect filing by the plaintiffs in the above styled case. The plaintiffs incorrectly filed their "Plaintiff's Verified Plea to the Jurisdiction and Amended Motion to Remand (With Authorities)" under Civil Case No. B-04-092 [Dkt. Nos. 14 and 15] instead of Civil Case No. B-04-141. The Clerk of Court, noticing the mistake, has entered these motions under both Civil Case numbers [see Civil Case No. B-04-141 Dkt Nos. 10 and 11]. In order to prevent future mistakes, the Court hereby **ORDERS** all parties to the above styled case to utilize the Civil Case No. B-04-141 on all future filings concerning the above styled case. Additionally, the Court hereby **ORDERS** the Clerk of Court to delete the "Plaintiff's Verified Plea to the Jurisdiction and Amended Motion to Remand (With Authorities)" [Dkt. Nos. 14 and 15] from the Docket Report of Civil Case No. B-04-092.

DONE this 14 day of October, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge