# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

NOV 0 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Kovacevic    ■ Levesque |
| DATE | 10 / 25 / 04 |
| TIME | 10:05 a.m. — 10:45 a.m. |
| CIVIL ACTION | B / 04 / 141 |
| STYLE | LUIS C. MUNOZ AND CARMELA MUNOZ *versus* STATE FARM LLOYDS, ET AL. |

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;        (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):         Gustavo C. Garza
Attorney(s) for Defendant(s):
State Farm Lloyds                    Warren Taylor & Rene O. Oliveira

---

Comments:

Individual Defendants:

Mark Brown: local agent who sold policy when he (Brown) saw that the house was remodeled and he (Brown) suggested the policy should be upgraded.

Tom Reed: lead investigator of claim

Lee Olivo: first adjuster appearing at scene of fire and dealt with Munoz previously he investigated and resolved one or two of Munoz's claims before

Greg Dott: Supervising the claim, out of Corpus Christi

Brian Robinson: once Olivo was replaced by Reed, Robinson was another agent who questioned Munoz.

Miscellaneous Info:

1. There is no formal prosecution pending in Willacy Co, but an informal investigation is underway.

2. Pl says State Farm was served, but Pl told State Farm that if they settled, Pl would not serve the

others. State Farm's position was the police were going to arrest Munoz for arson, so they weren't going to settle.

3. Claims against Mr. Reed include Slander, malicious prosecution, and abuse of process.

4. Plaintiff has not abandoned the argument that notice of removal was untimely.

5. Fred Marsh: Pl says this was the service agent in the records for State Farm.

6. Def says Mr. Karuth was an atty retained by State Farm for limited purpose b/c policy has a provision in which an examination under oath occurs and they atty for State Farm will often request certain docs

7. Atty Garza did not receive the Motion to Dismiss, so he was provided a copy and given the usual 20 days to respond – No later than Nov. 15.

8. Pls are now divorced. Att'y does not see any conflict of interest b/c evidence shows no wrong doing on the part of Munoz.

**Court took Motions to Remand and Dismiss under advisement and will rule after Pl has an opportunity (after Nov. 15).**