United States District Court
Southern District of Texas
FILED

NOV 1 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS C. MUNOZ AND  CARMELA MUNOZ | § § § |
| VS. | § CAUSE NO. B-04-141 § § |
| STATE FARM LLOYDS, et al | § |

### PLIANTIFFS' LUIS C. MUNOZ AND CARMELA MUNOZ RESPONSE TO DEFENDANT STATE FARM LLOYD'S RULE 12 (b) (6) MOTION TO DISMISS FRAUDULENTLY JOINED NOMINAL DEFENDANTS

TO THE HONORABLE JUDGE:

Plaintiffs Luis C. Munoz and Carmela Munoz files its response to defendant's, State Farm Lloyds rule 12 (b) (6) motion to dismiss Fraudulently Joined Nominal Defendants.

**A.**

This cause arises out of the January 1, 2003 fire to Plaintiff's home at 829 W. White Street in Raymondville, Texas and subsequent investigation by defendant State Farm Lloyds and its agents Tom Reed, Brian Robinson, Greg Drott and Lee Olivo. Plaintiff's, pursuant to their insurance policy made a claim to State Farm Lloyds. The plaintiffs insurance claim number is 53-Q606-916, (please refer letter from Laurence Kurth dated 5/14/2003 attached here to as exhibit A). Defendant State Farm Lloyds has not made a decision on Plaintiff's claim.

This lawsuit arises out of the malicious conduct of State Farm Lloyds and its agents Tom Reed, Brian Robinson, Mark Brown, Greg Drott and Lee Olivo. Plaintiffs will allege and prove that agent Tom Reed slandered plaintiff Luis C. Munoz (please see exhibit B, Affidavit of Carmela Munoz); that agent Tom Reed, Lee Olivo and Brian Robinson instigated the Raymondville Police department to investigate Luis C. Munoz for arson. State Farm Lloyds and its agents Tom Reed, Lee Olivo and Brian Robinson were seeking a criminal indictment of arson against Mr. Luis Munoz (please see exhibit C,D and E affidavits of Luis C. Munoz, Police Chief Uvaldo Zamora and a letter from county and district attorney, Juan Angel Guerra); that agent Tom Reed met with IRS agent Pedro Suarez and shared information with Mr. Suarez pertaining to plaintiffs insurance claim which was used by Mr. Suarez to the detriment of plaintiff, (please see notice of levy on claim # 53-Q606-916, attached here to as Exhibit F). This alleged conduct on the part of Tom Reed, Lee Olivo, Brian Robinson and Greg Drott acting as agents of State Farm Lloyds was beyond the authorization provided by Plaintiffs. Please see authorization

attached hereto as exhibit G. These causes of action are more fully outlined in Plaintiffs' Second Amended Original Petition which plaintiffs' intend to file with the court; the same is attached to this motion.

### Response to Defendants "Background Fact"

1. The Willacy County Grand Jury has no billed Mr. Luis C. Munoz on the criminal accusation of arson of his home on January 1, 2003.

2. The Willacy County District Attorney's Office has concluded that "No evidence" existed to show that Mr. Luis Munoz burned his house.

3. Mrs. Carmela Munoz divorced Mr. Luis Munoz on 4/19/2004, sixteen months after the fire mainly due to the intentional and slanderous statements of Tom Reed.

4. Mr. Luis C. Munoz did not call agent Mark Brown and ask about how much would be made from burning the home.

5. Mr. Munoz did not cancel his vacation to Florida. Mr. Capetillo and his family invited Mrs. Carmela Munoz and her son, Carlos.

6. On the day of the fire, Mr. Munoz went to his house to turn on the outside lights and feed the dogs. Mr. Munoz, his brother and employee, Joe Trevino got ropes to tie the dogs.

7. Mr. Munoz's truck was a 2000 model Ford F250 diesel with headache rack, front grill and big rear bumper, and a tool box on the bed. The Expedition was a 2003 model and the lien on the Expedition was greater than the lien on the truck. Mr. Munoz had more equity in the truck than in the Expedition.

8. Mr. Munoz' tax problem became known to him after February 12, 2004, when he learned that his 1040 income tax returns had not been prepared or filed. Prior to May 2004, the bookkeeper, Karen Barnett was receiving Mr. Munoz's tax and bank correspondence at her P.O. Box address. These tax problems were not a factor prior to January 1, 2003.

9. Ben Capetillo was Mr. Munoz's friend who invited Mrs. Munoz and Carlos to Florida. The money problem between Mr. Munoz and Mr. Capetillo did not arise until late summer of 2003. This circumstance was not a factor prior to January 1, 2003.

10. Plaintiffs filed their original petition in the Willacy County District Court and extended defendant State Farm Lloyds an opportunity to resolve this dispute without further litigation. Defendant State Farm Lloyds although having been served on May 13, 2004 through its attorney Lawrence Kurth, did not respond. Plaintiff's intention at that time was to take several depositions of agent Tom Reed, Lee Olivo, Greg Drott Brian Robinson and amend their

petition. At the time of filing the original petition, Plaintiffs were not aware of the agents conduct involving the police department and the efforts to have Mr. Munoz indicted for arson. Plaintiffs were aware of slander by Tom Reed but did not suspect that the IRS levies were connected to agent Tom Reed. Since the filing of the original petition, plaintiffs have learned of the different causes of action and have obtained the affidavits of chief Uvaldo Zamora and letter from Willacy County District Attorney Juan Angel Guerra, Omel Munoz, Carmela Munoz, Luis Munoz and Mario Tijerina, all of which are attached to this motion. These affidavits support Plaintiffs Second Amended Original Petition which is attached to this motion. Naming agents, Tom Reed, Mark Brown, Lee Olivo, Brian Robinson and Greg Drott was not fraudulent; it is a case that went from being unresolved to bad to unconscionable.

## B. ARGUMENT

The Defendant, State Farm Lloyds assumes a heavy burden of establishing fraudulent joinder because it must show there is no possibility the plaintiff would be able to establish a cause of action against the nondiverse defendant in state court. *Hart v. Bayer*, 199 F.3d 239, 246 (5th Cir.2000); *Pampillonia*, 138 F.3d at 461. To resolve this issue, the district court may use a summary-judgment-like procedure and consider affidavits and other evidence outside the pleadings. *Hart*, 199 F.3d at 246-47; see *Ritchey v. Upjohn Drug Co.*, 139 F.3d 1313, 1318 (9th Cir. 1998); *Pampillonia*, 138 F.3d at 461. The court must resolve all disputed questions of fact and all ambiguities in the controlling state law in favor of the nonremoving party. *Hart*, 199 F.3d at 246; *Perez v. AT&T Co.*, 139 F.3d 1368, 1380 (11th Cir. 1998).

## C. PRAYER

Wherefore premises considered, Plaintiffs Luis C. Munoz and Carmela Munoz pray that this Honorable Court deny Defendants State Farm Lloyds Motion to Dismiss Fraudulently Joined Defendants as State Farm has not met its burden of showing that plaintiffs have "NO POSSIBILITY" of succeeding on the causes of action against Tom Reed, Mark Brown, Lee Olivo, Greg Drott or Brian Robinson. Furthermore Plaintiff pray leave of the Court to allow Plaintiffs to amend their petition as reflected on Plaintiffs Second Amended Original Petition and to have their complaint heard by a jury.

Respectfully Submitted,

Gustavo Ch. Garza
Attorney for Plaintiff
State Bar No. 07731700
Fed. Id No. 3946
363 W. Kimball St.
Raymondville, TX 78580
Tel: (956)689-9040
Fax:(956)689-6468

## VERIFICATION

STATE OF TEXAS        §
COUNTY OF WILLACY     §

   BEFORE ME, the undersigned authority, on this day, personally appeared GUSTAVO CH. GARZA, who being duly sworn stated that he has read the foregoing Plaintiffs Luis C. Munoz and Carmela Munoz's Response to Defendant State Farm Lloyds Motion to Dismiss Fraudulently Joined Nominal Defendants, and the allegations contained are true and correct.



_____
Gustavo Ch. Garza

   BEFORE ME, a notary public, on this day personally appeared GUSTAVO CH. GARZA, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein are true and correct.

   Given under my hand and seal of office this  11  day of  November , 2004.

_____
Notary Public, State of Texas

[Notary Seal: VERONICA ANN CORONADO, NOTARY PUBLIC STATE OF TEXAS, COMMISSION EXPIRES: SEPTEMBER 2, 2007]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs Luis C. Munoz and Carmela Munoz response to defendant State Farm Lloyd's rule 12(b) (6) Motion to Dismiss Fraudulently Joined Nominal Defendants has been forwarded to all counsel of record by certified mail, return receipt requested on this ___ day of November, 2004 as follows:

Warren and Beth Taylor
815 Walker St. Suite 250
Houston, Texas 77002

Rene Oliveira
855 West price Rd. Suite 9
Brownsville, Texas 78520

_____
Gustavo Ch. Garza