# EXHIBIT C

STATE OF TEXAS

WILLACY COUNTY

## AFFIDAVIT

My name is Luis C. Munoz, I am 40 years old with a date of birth of 02/01/1964. I reside in Willacy County, Texas with my 12 year old son, Carlos Munoz. I am divorced, from Carmela Munoz as of April 19, 2004. I am the owner of Munoz Roofing and Construction in Raymondville, Texas.

On March, 1990 I married Carmela Munoz, later in 1992 Carmela and I bought a small wood frame home located at 829 W. White St., Raymondville, Texas. I began to remodel our home and in 2002 I had completed all the remodeling. Our house was approximately 1000 square feet living area and I enlarged it to approximately 3400 square feet with central air and heating. I redesigned the entire roof and added a second floor. The exterior was bricked and the garage was enlarged. Attached to my affidavit is a photo of the home before and after. Our home was also completely refurnished. The electrical and plumbing were completely redone. In 2002, Carmela and I paid off the house and finished the remodeling. The release of lien was signed in October 2004, (see Release of Lien).

On December of 2002, I had several roofing jobs to finish and I decided to stay and finish the roofing jobs for the Quintanilla's, the pharmacy and the Methodist Church instead of going to Florida with my wife and son. This trip was originated by Ben Capetillo and his family and they invited my son and wife. Prior to this "vacation" the extent of our trips were to Houston or San Antonio on the weekends.

On January 1, 2003, I finished a roofing job for Mr. Quintanilla. The house is located in Willamar, approximately 15 miles east of Raymondville. Later in the afternoon, I watched a movie and grilled with my brother Omel and my employee Joe Trevino. Omel, Joe and I were at my shop at 363 W. Kimball St., Raymondville, Texas.

Late in the afternoon I left the shop and went home to turn on the outside lights and feed the dogs. When I got home I fed and watered the dogs, however by the time I left the house both dogs were out of the back yard. I was driving my pick up an F250 diesel extra cab model 2000. I left my truck and drove my wife's Expedition, a 2003 model. I owed more on the Expedition than on the truck. Upon returning to the shop and after the cook out, Omel, Joe and I searched for ropes to tie the dogs. It was at this time that the sirens were heard and afterwards I was told that my house was on fire. I did not set fire to my home nor did have any one burn my home. At no time did I call the office of Mark Brown to inquire about my home owner policy. I did not ask Mr. Brown to upgrade my home owner's policy after the remodeling. My insurance policy was upgraded on the suggestion of Mr. Mark Brown. He visited my home and took pictures and I agreed.

State Farm alleges that I burned my home because of tax problems and money that I owed to Mr. Ben Capetillo. This is not true. The difference between Mr. Capetillo and I arose after the fire. Our dispute began in the late summer of 2003. Furthermore of the 70,000.00 dollars in question, I have paid $ 50,000.00 and we have settled our differences. Regarding the tax liens and tax levies, these problems arose in the spring of 2004 approximately sixteen (16) months after the 1/1/2003 fire. Furthermore my bookkeeper was receiving my notices from IRS at her P.O. Box and I was not aware until early May of 2004. Since I became aware of my IRS problems, I have terminated Ms. Karen Barnett as my bookkeeper and hired a CPA to help me. I will have prepared and filed all my delinquent tax returns in the near future and have reduced my tax liability by approximately $20,000.00.

As of January 1, 2003, my business was profitable, my wife was employed and my bills were minimal. My house was paid off, I owed $18,000.00 on my truck and $27,000.00 on the Expedition. My wife had several credit cards and my business was paying for the building at 363 W. Kimball St. I was not under any financial stress, nor did I have a motive to have my home burned.

On or before February 12, 2004 my attorney Gustavo Ch. Garza with my consent, drove agent Tom Reed to the office of my bookkeeper, Karen Barnett. The purpose was to obtain copies of my IRS 1040's for 1999, 2000, 2001 and 2002. At that time, Mr. Tom Reed, Gustavo Ch. Garza and later I learned that the 1040's had not been prepared or filed. Previously I had signed tax authorization forms for use by Tom Reed, and after knowing that my 1040's had not been filed, Mr. Tom Reed met with IRS agent, Pedro Suarez. A consequence of that meeting is that IRS levied on my additional living expense of $2400.00 per month paid to me by State Farm.

I have fully cooperated with State Farm and they had all my trust. I have learned that Tom Reed suggested to my ex-wife that I burned our house, that State Farm has instigated the Raymondville Police Department to have me indicted for arson and has given IRS agent Pedro Suarez information about my insurance claim. I resent State Farms conduct and malice in attempting to create a false situation simply to avoid keeping its promise, I have been threatened with arrest and indictment and I believe that Tom Reed and Brian Robinson are responsible. Mr. Reed and Mr. Robinson investigated the insurance claim and interviewed my employees. Mr. Greg Drott acted as Mr. Reed's supervisor. Mr. Lee Olivo was the first insurance adjuster to investigate the fire of January 1, 2003. Mr. Olivo was the adjuster when my new oven had an electrical short and burned and when my shed in the back yard was burned. Mr. Olivo knew that the oven was new and had been purchased at the local store. He also knew that at the time of the shed fire, I was asleep with my wife and child in my home. This statement is true and to the best of my knowledge.

_Luis C. Munoz_
Luis C. Munoz

SWORN TO AND SUBSCRIBED BEFORE ME by Luis C. Munoz on this the 10th day of November, 2004.

_Juanita V. Madrigal_
Notary Public:
Commission Expires:

Juanita V. Madrigal
Commission # DD287779
Expires February 19, 2008

BEFORE



AFTER







Prepared by the State Bar of Texas for use by lawyers only.
Revised 10-85.
© 1985 by the State Bar of Texas

# RELEASE OF LIEN

Date: SEPTEMBER 28, 2004

Note
  Date: MARCH 27, 1992

  Original Amount: NINETEEN THOUSAND AND 00/100 (19,000.00) DOLLARS

  Maker: LUIS C. MUNOZ AND CARMELA MUNOZ

  Payee: IRWIN GROTZINGER AND GRACE GROTZINGER

  Date of Maturity: MARCH 27, 2002

Holder of Note and Lien: ANNA M. HENSLEY, PURSUANT TO A TRANSFER OF LEIN
                        DATED APRIL 16, 1996
Holder's Mailing Address (including county): 116 CHESTERNA, BOERNE, TEXAS 78006
                        KENDALL COUNTY

Note and Lien Are Described in the Following Documents, Recorded in:
  DEED OF TRUST DATED MARCH 27, 1992 EXECUTED BY LUIS C. MUNOZ
  PAYABLE TO IRWIN GROTZINGER AND GRACE GROTZINGER AS RECORDED
  IN VOLUME 49, PAGE 239, OF THE OFFICIAL RECORDS OF WILLACY
  COUNTY.

  * IRWIN GROTZINGER AND GRACE GROTZINGER TRANSFERED THE LIEN
    AND NOTE TO ROBERT T. HENSLEY AND ANNA M. HENSLEY ON
    APRIL 16, 1996.

Property (including any improvements) Subject to Lien:
  LOTS TWENTY-FIVE (25), TWENTY-SIX (26) AND TWENTY-SEVEN (27),
  BLOCK NO: (3), PARK TERRACE SUBDIVISION, A RESUBDIVISION OF
  THE SOUTH 18.63 ACRES OF OUTLOT "P" TOWNSITE OF RAYMONDVILLE.



*Anna M. Hensley*

ANNA M. HENSLEY, INDIVIDUALLY AND
EXECUTRIX OF ROBERT T. HENSLEY

(Acknowledgment)

**STATE OF TEXAS**
**COUNTY OF** Kendall

This instrument was acknowledged before me on the 4TH day of OCTOBER, 2004,
by



*Shirley Steitle*
Notary Public, State of Texas
Notary's name (printed):
SHIRLEY STEITLE
Notary's commission expires: 03/31/2005

(Corporate Acknowledgment)

**STATE OF TEXAS**
**COUNTY OF**

This instrument was acknowledged before me on the         day of         , 19    ,
by
of
a                    corporation, on behalf of said corporation.

_____
Notary Public, State of Texas
Notary's name (printed):

Notary's commission expires:

AFTER RECORDING RETURN TO:            PREPARED IN THE LAW OFFICE OF:
LUIS C. MUNOZ AND                     GUSTAVO CH. GARZA
CARMELA MUNOZ AT                      363 WEST KIMBALL ST.
363 WEST KIMBALL AVE.                 RAYMONDVILLE, TEXAS 78580
RAYMONDVILLE, TEXAS 78580