# EXHIBIT D

STATE OF TEXAS

WILLACY COUNTY

## AFFIDAVIT

My name is Uvaldo Zamora. I am the Police Chief for the city of Raymondville, Texas. My office is located at 523 W. Hidalgo St, Raymondville, Texas 78580. My office number is (956) 689-2441. I am married and have three school age children. I have lived and worked most of any adult life in Raymondville, Texas. I have been a peace officer for 20 years.

This statement is regarding the fire at 829 W. White St., on January 1, 2003 and the subsequent investigation. After reviewing the criminal investigation and interviewing my investigators, I can relate the following:

1. On several occasions our department was visited by different personnel from the insurance company.
2. These agents provided information, photos, lab reports and brought a canine to the scene of the fire.
3. The information that Mr. Luis Munoz had established a pattern of filing insurance claims arose from the insurance company through its agents. The agents also injected the idea that Mr. Munoz had a monetary motive to burn his house.

This criminal investigation was presented to the Willacy County District Attorney, Mr. Juan Angel Guerra and he presented the arson investigation to a Willacy County Grand Jury. Mr. Munoz was no billed, that is the Grand Jury decided that no probable cause existed that Mr. Munoz set his house on fire.

After eliminating the allegation of motive and pattern which were provided by the insurance co., there is no evidence that Mr. Munoz was involved in any way in the arson of his home. The evidence showed that Mr. Munoz was away from the house barbequing with his brother and employees at his shop.

_____
Uvaldo Zamora

SWORN TO AND SUBSCRIBED BEFORE ME by Uvaldo Zamora on this the 14th day of October, 2004.

_____
Notary Public:
Commission Expires: 9-2-07

VERONICA ANN CORONADO
NOTARY PUBLIC-STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 2, 2007