# EXHIBIT E



Juan Angel Guerra Osuna
District and County Attorney

# County of Willacy

2nd Floor Courthouse
Raymondville, Texas 78580
Off (956) 689-2164
(956) 689-3343
Fax (956) 689-5280
guerra@willacycounty.org

October 4, 2004

Gustavo Garza,
Attorney-at-Law

Raymondville, Texas 78580

    Re:   Luis Munoz

Dear Mr. Garza:

    This letter is to inform you that I reviewed the offense report on your client Luis Munoz, and it is my opinion that there is no evidence against your client. It was my decision to present the Arson charge to the Grand Jury on June 24, 2004, at which time the Grand Jurors came back with a "No Bill".

    Thank you for your attention in this matter.

                                Sincerely,

                                Juan Angel Guerra

JAG/hr