# EXHIBIT G



# AUTHORIZATION

SCOTT KEMP
STATE FARM FIRE CLAIMS
CORPUS CHRISTI TEXAS

JUN 1 0 2003
Barcode Only

Claim Number: 53-Q606-916

I / We, the undersigned, authorize the release of any financial, employment, claim, credit, indebtedness, or telephone documents and/or records, either originals or photocopies, by any employer, bank, savings institution, creditor, credit bureau, financial institution, consumer reporting agency as defined in the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), insurance company, mortgagee, real estate agent, utility company, pawn shop, pawn dealer or broker, retail/wholesale business, or governmental agency to State Farm Mutual Automobile Insurance Company, its subsidiaries and affiliates, or their authorized claim or legal representatives, pertaining to:

NAME: Luis C. Muñoz
SOCIAL SECURITY NUMBER: 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
ADDRESS: 829 W. White, Raymondville TX 78580
FORMER ADDRESS: 829 W. White / Raymondville TX   my bad address PO Box 1090 it was me former mt 1990   Lacs Fresnos TX
BUSINESS ADDRESS: 363 W. Kimball Av, Raymondville TX 78580

NAME: Carmela S. Muñoz
SOCIAL SECURITY NUMBER: 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
ADDRESS: 829 W. White
FORMER ADDRESS: 829 W. White, Watson City Drug
BUSINESS ADDRESS: 192 S. 7th Raymondville

When this authorization is used to obtain a "consumer credit report" for the above listed person(s), it is intended by the undersigned to comply with the consent requirement of the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.).

The undersigned authorizes to State Farm Mutual Automobile Insurance Company, its subsidiaries and affiliates, or their authorized claim or legal representatives, to obtain and use this information and/or a "consumer credit report" for the purpose of processing a claim submitted to State Farm Mutual Automobile Insurance Company, and / or its subsidiaries and / or affiliates, arising out of any

Loss on: 01/01/03
(Date)

This authorization is valid for the duration of the claim, and a photocopy is as valid as the original.

I / We have read this authorization and acknowledge that I / we or my / our authorized representative may receive a copy of material obtained pursuant to this authorization upon request.

Date _____, _____ Year

Signature(s) of Above Named: Luis C. Muñoz
Signature(s) of Above Named: Carmela S. Muñoz

STATE FARM INSURANCE COMPANIES

JUN 0 9 2003
PARK GREEN CSO
CORPUS CHRISTI, TX.

1067.1 Rev. 10-26-2001

Munoz 53-Q606-916
SF 22