UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and CARMELA MUNOZ,<br>Plaintiffs | § § § | |
| V. | § § | CASE NO. B-04-141 |
| STATE FARM LLOYDS, *et al.*,<br>Defendants | § § § | |

## ORDER ON PLAINTIFFS' MOTION TO DISMISS FRAUDULENTLY JOINED NOMINAL DEFENDANTS

ON THIS DAY, came on to be considered Plaintiffs' Motion to Dismiss Fraudulently Joined Nominal Defendants in the above numbered federal case, and this Court, having considered the evidence submitted in Plaintiffs' Response, is of the opinion that Defendants' Motion to Dismiss Fraudulently Joined Nominal Defendants should be dismissed.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Fraudulently Joined Nominal Defendants is dismissed.

Signed for entry on _____ 2004.

_____
JUDGE PRESIDING