

**STATE FARM INSURANCE COMPANIES**

State Farm Lloyds
A LLOYDS COMPANY IN DALLAS, TEXAS
8900 Amberglen Boulevard
Austin, Tx 78729-1110

# DECLARATIONS PAGE

**POLICY NUMBER**

**HOMEOWNERS POLICY**
DEC 29 2002 TO DEC 29 2003 — The policy period begins and ends at 12:01 am standard time at the residence premises.

6935-F116  S

MUNOZ, LUIS C & CARMELA S

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| | BILLED THROUGH SFPP |

**Coverages and Limits**
**Section I**

| | | |
|---|---|---|
| A Dwelling | | $139,600 |
| Dwelling Extension | Up To | 13,960 |
| B Personal Property | | 104,700 |
| C Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**

| | | |
|---|---|---|
| Other Losses | | 1,500 |
| Wind or Hail    1% | | 1,396 |

**Section II**

| | | |
|---|---|---|
| L  Personal Liability | | $100,000 |
| Damage to Property of Others | | 500 |
| M  Medical Payments to Others (Each Person) | | $1,000 |

Location:    Same as Mailing Address

SFPP NO:    0384918425

**Annual Premium**    $    1,005.00

**Loss Settlement Provisions (See Policy)**
A1: Replacement Cost - Similar Construction
B1: Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**

| | |
|---|---|
| Homeowners Policy | FP-7955.TX |
| Fungus (Including Mold) Excl | FE-5398 |
| Ordinance/Law 10%/$13,960 | OPT  OL |
| Dwelling Foundation Endorsement | FE-5368 |
| Water Damage Endorsement | FE-5369 |
| Increase Dwelling up to $27,920 | OPT  ID |
| Special Limits Endorsement | FE-5258 |

**Premium Reductions**
Your premium has already been reduced
by the following:

| | |
|---|---|
| Renewal Discount | 221.00 |
| Utility Rating Cr | 251.00 |

Inflation Coverage Index: 150.2

\* Effective:DEC 29 2002

NOTICE: Information concerning changes in your coverage is included.  Please call your
agent if you have any questions.

Please read the enclosed Policy Booklet and inserts.

*Thanks for letting us serve you . . .*

Agent   MARK BROWN
Telephone 956-689-6463

*See reverse side for important information*
*Please keep this part for your record.*

Prepared FEB 24 2003

-------------------- Cut on this line and mail the portion below with your payment --------------------

IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.       6935-F116  S       NOTE: DO NOT PAY - PREMIUM BILLED



**STATE FARM INSURANCE COMPANIES**
State Farm Lloyds
A LLOYDS COMPANY IN DALLAS, TEXAS
8900 Amberglen Boulevard
Austin, Tx 78729-1110

| POLICY NUMBER | 83-J4-5565-2 |
|---|---|
| | |
| | |

6935-F116  S

MUNOZ, LUIS C & CARMELA S

A new State Farm policy similar to the one we sell in most other states has been approved by the Texas Department of Insurance for use as a replacement of your current policy referenced above. Consequently, the policy shown above will be non-renewed as the date shown below. Coverage provided by your current policy will not extend beyond that date.

However, we are offering the new State Farm policy as a replacement of your current policy.

The coverage provided by the new policy is different than that provided by your current policy. Some coverages have been eliminated, some have been restricted, and some have been broadened. And, new coverages have been added. Please review the enclosed Important Notice About Changes To Your Coverage and messages pertaining to specific endorsements attached to your current policy. These messages describe the important differences between coverages provided by your current policy and the new one being offered.

This change in policy contract will not affect the "Good Neighbor" service you have come to know. Because you are a valued policyholder, we have developed a packet of information to help you purchase the new policy. This packet includes:

- A premium bill for your new policy
- The new policy booklet with Important Notice About Changes To Your Coverage
- A declarations page indicating the coverage, limits and deductibles offered
- Any endorsements applicable to the new policy
- Offers to tailor your coverage to meet your needs (see the lower left hand side of the Declaration Page, messages which accompany certain endorsements, and enclosed inserts)
- A notice that the Fungus (Including Mold) Limited Coverage Endorsement is available

To accept the new policy, review all of the enclosed information, and take note of the left hand side of the premium billing notice section of the Declarations Page to determine whether an offer for broader coverage has been made.

If you pay your premium, simply pay the premium by the due date shown. Payment by that date will indicate your acceptance of the new policy. If an offer for broader coverage has been made your payment of the premium stated in the offer by the due date will indicate your acceptance of the new policy along with the broader coverage.

If your mortgagee pays your insurance premium, payment by the mortgagee of the annual premium amount shown in the billing by the due date will indicate your acceptance of the new policy. If an offer for broader coverage has been made, you may purchase it by paying the premium amount shown in the offer.

If you make payment through the State Farm Payment Plan (SFPP), continued payment of your SFPP installments will indicate acceptance of the new policy. If an offer for broader coverage has been made, you may purchase the broader coverage by returning the bottom portion of the Declarations Page as instructed, and the amount of your monthly payment will be adjusted.

If you wish to delete the Water Damage Endorsement or the Dwelling Foundation Endorsement for a premium credit please contact your State Farm agent.

If the Fungus (Including Mold) Limited Coverage Endorsement is not listed on the enclosed Declarations Page under Forms, Options and Endorsements, mold remediation coverage is not provided by the new policy. If you want more information about mold remediation coverage or wish to purchase it please contact your State Farm agent.

Thank you for allowing us to provide you with insurance protection.

If you have questions about your insurance, please contact your State Farm agent.

Agent  MARK BROWN
Telephone 956-689-6463

CONTINUED ON BACK SIDE

# TABLE OF CONTENTS

## DECLARATIONS
Your Name
Location of Your Residence
Policy Period
Coverages
Limits of Liability
Deductibles

**Begins on Page**

DECLARATIONS CONTINUED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

DEFINITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

SECTION I - YOUR PROPERTY
   COVERAGES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
      Coverage A - Dwelling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
      Coverage B - Personal Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
      Coverage C - Loss of Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
      Additional Coverages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
      Inflation Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
   LOSSES INSURED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
   LOSSES NOT INSURED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   LOSS SETTLEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
   CONDITIONS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

SECTION II - YOUR LIABILITY
   COVERAGES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
      Coverage L - Personal Liability. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
      Coverage M - Medical Payments to Others . . . . . . . . . . . . . . . . . . . . . . 16
      Additional Coverages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
   EXCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
   CONDITIONS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

SECTION I AND SECTION II - CONDITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

OPTIONAL POLICY PROVISIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Includes copyrighted material of State Farm Fire and Casualty Company.
Copyright, State Farm Fire and Casualty Company, 1983.

FP-7955-TX

Printed in U.S.A.

6.a. or 6.b. A person or organization using or having custody of these animals or watercraft in the course of a **business**, or without permission of the owner, is not an **insured**; and

d. with respect to any vehicle to which this policy applies, any person while engaged in your employment or the employment of a person included in 6.a. or 6.b.

7. "**Insured location**" means:

a. the **residence premises**;

b. the part of any other premises, other structures and grounds used by you as a residence. This includes premises, structures and grounds you acquire while this policy is in effect for your use as a residence;

c. any premises used by you in connection with the premises included in 7.a. or 7.b.;

d. any part of a premises not owned by an **insured** but where an **insured** is temporarily residing;

e. land owned by or rented to an **insured** on which a one or two family dwelling is being constructed as a residence for an **insured**;

f. individual or family cemetery plots or burial vaults owned by an **insured**;

g. any part of a premises occasionally rented to an **insured** for other than **business** purposes;

h. vacant land owned by or rented to an **insured**. This does not include farm land; and

i. farm land (without buildings), rented or held for rental to others; but not to exceed a total of 500 acres, regardless of the number of locations.

8. "**motor vehicle**", when used in Section II of this policy, means:

a. a motorized land vehicle designed for travel on public roads or subject to motor vehicle registration. A motorized land vehicle in dead storage on an **insured location** is not a **motor vehicle**;

b. a trailer or semi-trailer designed for travel on public roads and subject to motor vehicle registration. A boat, camp, home or utility trailer not being towed by or carried on a vehicle included in 8.a. is not a **motor vehicle**;

c. a motorized golf cart, snowmobile, motorized bicycle, motorized tricycle, all-terrain vehicle or any other similar type equipment owned by an **insured** and designed or used for recreational or utility purposes off public roads, while off an **insured location**. A motorized golf cart while used for golfing purposes is not a **motor vehicle**; and

d. any vehicle while being towed by or carried on a vehicle included in 8.a., 8.b. or 8.c.

9. "**occurrence**", when used in Section II of this policy, means an accident, including exposure to conditions, which results in:

a. bodily injury; or

b. property damage;

during the policy period. Repeated or continuous exposure to the same general conditions is considered to be one occurrence.

10. "**property damage**" means physical damage to or destruction of tangible property, including loss of use of this property. Theft or conversion of property by any **insured** is not property damage.

11. "**residence employee**" means an employee of an **insured** who performs duties, including household or domestic services, in connection with the maintenance or use of the **residence premises**. This includes employees who perform similar duties elsewhere for you. This does not include employees while performing duties in connection with the **business** of an **insured**.

12. "**residence premises**" means:

a. the one, two, three or four family dwelling, other structures and grounds; or

b. that part of any other building;

where you reside and which is shown in the Declarations.

FP-7955 TX

d. $1,000 on watercraft of all types and outboard motors, including their trailers, furnishings and equipment;

e. $1,000 on trailers not used with watercraft;

f. $2,500 on stamps, trading cards and comic books, including any of these that are a part of a collection;

g. $2,500 for loss by theft of firearms;

h. $2,500 for loss by theft of silverware and goldware;

i. $5,000 on electronic data processing system equipment and the recording or storage media used with that equipment. There is no coverage for said equipment or media while located away from the **residence premises** except when said equipment or media are removed from the **residence premises** for the purpose of repair, servicing or temporary use. An **insured** student's equipment and media are covered while at a residence away from home; and

j. $5,000 on any one article and $10,000 in the aggregate for loss by theft of any rug, carpet (except wall-to-wall carpet), tapestry, wall-hanging or other similar article.

2. **Property Not Covered.** We do not cover:

   a. articles separately described and specifically insured in this or any other insurance;

   b. animals, birds or fish;

   c. any engine or motor propelled vehicle or machine, including the parts, designed for movement on land. We do cover those not licensed for use on public highways which are:

      (1) used solely to service the **insured location**; or

      (2) designed for assisting the handicapped;

   d. devices or instruments for the recording or reproduction of sound permanently attached to an engine or motor propelled vehicle. We do not cover tapes, wires, records or other mediums that may be used with these devices or instruments while in the vehicle;

e. aircraft and parts, except model or hobby aircraft not used or designed to carry people or cargo;

f. property of roomers, boarders, tenants and other residents not related to an **insured**. We do cover property of roomers, boarders and other residents related to an **insured**;

g. property regularly rented or held for rental to others by an **insured**. This exclusion does not apply to property of an **insured** in a sleeping room rented to others by an **insured**;

h. property rented or held for rental to others away from the **residence premises**;

i. any citizens band radios, radio telephones, radio transceivers, radio transmitters, radar or laser detectors, antennas and other similar equipment permanently attached to an engine or motor propelled vehicle;

j. books of account, abstracts, drawings, card index systems and other records. This exclusion does not apply to any recording or storage media for electronic data processing. We will cover the cost of blank books, cards or other blank material plus the cost of labor you incur for transcribing or copying such records; or

k. recording or storage media for electronic data processing that cannot be replaced with other of like kind and quality on the current retail market.

**COVERAGE C - LOSS OF USE**

1. **Additional Living Expense.** When a Loss Insured causes the **residence premises** to become uninhabitable, we will cover the necessary increase in cost you incur to maintain your standard of living for up to 24 months. Our payment is limited to incurred costs for the shortest of: (a) the time required to repair or replace the premises; (b) the time required for your household to settle elsewhere; or (c) 24 months. This coverage is not reduced by the expiration of this policy.

2. **Fair Rental Value.** When a Loss Insured causes that part of the **residence premises** rented to others or held for rental by you to become uninhabitable, we will cover its fair rental value. Payment shall be for the shortest time required to repair or replace the part of

4

c. Defense:

(1) We may make any investigation and settle any claim or suit that we decide is appropriate. Our obligation to defend claims or suits ends when the amount we pay for the loss equals our limit of liability.

(2) If claim is made or a suit is brought against an **insured** for liability under the Credit Card or Bank Fund Transfer Card coverage, we will provide a defense. This defense is at our expense by counsel of our choice.

(3) We have the option to defend at our expense an **insured** or an **insured's** bank against any suit for the enforcement of payment under the Forgery coverage.

6. **Power Interruption.** We cover accidental direct physical loss caused directly or indirectly by a change of temperature which results from power interruption that takes place on the **residence premises.** The power interruption must be caused by a Loss Insured occurring on the **residence premises.** The power lines off the **residence premises** must remain energized. This coverage does not increase the limit applying to the damaged property.

7. **Refrigerated Products.** Coverage B is extended to cover the contents of deep freeze or refrigerated units on the **residence premises** for loss due to power failure or mechanical failure. If mechanical failure or power failure is known to you, all reasonable means must be used to protect the property insured from further damage or this coverage is void. Power failure or mechanical failure shall not include:

a. removal of a plug from an electrical outlet; or

b. turning off an electrical switch unless caused by a Loss Insured.

This coverage does not increase the limit applying to the damaged property.

8. **Arson Reward.** We will pay $1,000 for information which leads to an arson conviction in connection with a fire loss to property covered by this policy. This coverage may increase the limit otherwise applicable. How-

ever, the $1,000 limit shall not be increased regardless of the number of persons providing information.

9. **Volcanic Action.** We cover direct physical loss to a covered building or covered property contained in a building resulting from the eruption of a volcano when the loss is directly and immediately caused by:

a. volcanic blast or airborne shock waves;

b. ash, dust or particulate matter; or

c. lava flow.

We will also pay for the removal of that ash, dust or particulate matter which has caused direct physical loss to a covered building or covered property contained in a building.

One or more volcanic eruptions that occur within a 72-hour period shall be considered one volcanic eruption.

This coverage does not increase the limit applying to the damaged property.

10. **Collapse.** We insure only for direct physical loss to covered property involving the sudden, entire collapse of a building or any part of a building.

Collapse means actually fallen down or fallen into pieces. It does not include settling, cracking, shrinking, bulging, expansion, sagging or bowing.

The collapse must be directly and immediately caused only by one or more of the following:

a. perils described in **SECTION I - LOSSES INSURED, COVERAGE B - PERSONAL PROPERTY.** These perils apply to covered building and personal property for loss insured by this Additional Coverage;

b. hidden decay of a supporting or weight-bearing structural member of the building;

c. hidden insect or vermin damage to a structural member of the building;

d. weight of contents, equipment, animals or people;

e. weight of ice, snow, sleet or rain which collects on a roof; or

6

FP-7955 TX

Property of a student who is an insured is covered while located at a residence away from home, if the theft is committed by a person who is not an insured;

(2) in or to a dwelling under construction or of materials and supplies for use in the construction until the dwelling is completed and occupied; or

(3) from the part of a residence premises rented to others:

(a) caused by a tenant, members of the tenant's household, or the tenant's employees;

(b) of money, bank notes, bullion, gold, goldware, silver, silverware, pewterware, platinum, coins and medals;

(c) of securities, checks, cashier's checks, traveler's checks, money orders and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets and stamps; or

(d) of jewelry, watches, fur garments and garments trimmed with fur, precious and semi-precious stones;

c. loss caused by theft that occurs away from the residence premises of:

(1) property while at any other residence owned, rented to, or occupied by an insured, except while an insured is temporarily residing there. Property of a student who is an insured is covered while at a residence away from home;

(2) watercraft of all types, including their furnishings, equipment and outboard motors; or

(3) trailers and campers designed to be pulled by or carried on a vehicle.

If the residence premises is a newly acquired principal residence, property in the immediate past principal residence shall not be considered property away from the residence premises for the first 30 days after the inception of this policy.

10. **Falling objects.** This peril does not include loss to property contained in a building unless the roof or an exterior wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

12. **Sudden and accidental discharge or overflow** of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or from within a household appliance.

This peril does not include loss:

a. to the system or appliance from which the water or steam escaped;

b. caused by or resulting from freezing;

c. caused by or resulting from water or sewage from outside the residence premises plumbing system that enters through sewers or drains, or water which enters into and overflows from within a sump, pump, sump pump well or any other system designed to remove subsurface water which is drained from the foundation area; or

d. caused by or resulting from continuous or repeated seepage or leakage of water or steam which occurs over a period of time and results in deterioration, corrosion, rust, mold, or wet or dry rot.

13. **Sudden and accidental tearing asunder, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

This peril does not include loss:

a. caused by or resulting from freezing; or

b. caused by or resulting from continuous or repeated seepage or leakage of water or steam which occurs over a period of time and results in deterioration, corrosion, rust, mold, or wet or dry rot.

14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or of a household appliance.

8

FP-7955 TX

l.  settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundation, walls, floors, roofs or ceilings;

m.  birds, vermin, rodents, insects, or domestic animals. We do cover the breakage of glass or safety glazing material which is a part of a building, when caused by birds, vermin, rodents, insects or domestic animals; or

n.  pressure from or presence of tree, shrub or plant roots.

However, we do insure for any resulting loss from items a. through m. unless the resulting loss is itself a Loss Not Insured by this Section.

2.  We do not insure under any coverage for any loss which would not have occurred in the absence of one or more of the following excluded events. We do not insure for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

a.  Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure.

b.  Earth Movement, meaning the sinking, rising, shifting, expanding or contracting of earth, all whether combined with water or not. Earth movement includes but is not limited to earthquake, landslide, mudflow, mudslide, sinkhole, subsidence, erosion or movement resulting from improper compaction, site selection or any other external forces. Earth movement also includes volcanic explosion or lava flow, except as specifically provided in **SECTION I - ADDITIONAL COVERAGES, Volcanic Action.**

However, we do insure for any direct loss by fire resulting from earth movement, provided the resulting fire loss is itself a Loss Insured.

c.  **Water Damage,** meaning:

(1) flood, surface water, waves, tidal water, tsunami, seiche, overflow of a body of water, or spray from any of these, all whether driven by wind or not;

(2) water or sewage from outside the **residence premises** plumbing system that enters through sewers or drains, or water which enters into and overflows from within a sump pump, sump pump well or any other system designed to remove subsurface water which is drained from the foundation area; or

(3) water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

However, we do insure for any direct loss by fire, explosion or theft resulting from water damage, provided the resulting loss is itself a Loss Insured.

d.  **Neglect,** meaning neglect of the **insured** to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.

e.  **War,** including any undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

f.  **Nuclear Hazard,** meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion or smoke.

However, we do insure for any direct loss by fire resulting from the nuclear hazard, provided the resulting fire loss is itself a Loss Insured.

3.  We do not insure under any coverage for any loss consisting of one or more of the items below. Further, we do not insure for loss described in paragraphs 1. and 2. immediately above regardless of whether one or more of the following: (a) directly or indirectly cause,

10

FP-7955 TX

**COVERAGE B - PERSONAL PROPERTY**

1. **B1 - Limited Replacement Cost Loss Settlement.**

   a. We will pay the cost to repair or replace property covered under **SECTION I - COVERAGES, COVERAGE B - PERSONAL PROPERTY**, except for property listed in item b. below, subject to the following:

      (1) until repair or replacement is completed, we will pay only the cost to repair or replace less depreciation;

      (2) after repair or replacement is completed, we will pay the difference between the cost to repair or replace less depreciation and the cost you have actually and necessarily spent to repair or replace the property; and

      (3) if property is not repaired or replaced within two years after the date of loss, we will pay only the cost to repair or replace less depreciation.

   b. We will pay market value at the time of loss for:

      (1) antiques, fine arts, paintings, statuary and similar articles which by their inherent nature cannot be replaced with new articles;

      (2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs and collectors items; and

      (3) property not useful for its intended purpose.

   However, we will not pay an amount exceeding the smallest of the following for items a. and b. above:

      (1) our cost to replace at the time of loss;

      (2) the full cost of repair;

      (3) any special limit of liability described in the policy; or

      (4) any applicable Coverage B limit of liability.

2. **B2 - Depreciated Loss Settlement.**

   a. We will pay the cost to repair or replace less depreciation at the time of loss for property covered under **SECTION I - COVERAGES, COVERAGE B - PERSONAL PROPERTY**, except for property listed in item b. below.

   b. We will pay market value at the time of loss for:

      (1) antiques, fine arts, paintings, statuary and similar articles which by their inherent nature cannot be replaced with new articles;

      (2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs and collectors items; and

      (3) property not useful for its intended purpose.

   However, we will not pay an amount exceeding the smallest of the following for items a. and b. above:

      (1) our cost to replace at the time of loss;

      (2) the full cost of repair;

      (3) any special limit of liability described in the policy; or

      (4) any applicable Coverage B limit of liability.

## SECTION I - CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we shall not be liable:

   a. to the insured for an amount greater than the insured's interest; or

   b. for more than the applicable limit of liability.

Article 6.13. Policy A Liquidated Demand. A fire insurance policy, in case of a total loss by fire of property insured, shall be held and considered to be a liquidated demand against the company for the full amount of such policy. The provisions of this article shall not apply to personal property.

2. **Your Duties After Loss.** After a loss to which this insurance may apply, you shall see that the following duties are performed:

12

FP-7955 TX

6. **Suit Against Us.** No action shall be brought unless there has been compliance with the policy provisions and the action is started within two years and one day after the date of loss or damage.

7. **Our Option.** We may repair or replace any part of the property damaged or stolen with similar property. Any property we pay for or replace becomes our property.

8. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment.

   If we notify you that we will pay your claim, or part of your claim, we must pay within 5 **business days** after we notify you. If payment of your claim or part of your claim requires the performance of an act by you, we must pay within 5 **business days** after the date you perform the act.

9. **Abandonment of Property.** We need not accept any property abandoned by an insured.

10. **Mortgage Clause** (without contribution).

    a. The word "mortgagee" includes trustee.

    b. We will pay for any covered loss of or damage to buildings or structures to the mortgagee shown in the Declarations as interests appear.

    c. The mortgagee has the right to receive loss payment even if the mortgagee has started foreclosure or similar action on the building or structure.

    d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgagee has the right to receive loss payment if the mortgagee:

       (1) at our request, pays any premiums due under this policy, if you have failed to do so;

       (2) submits a signed, sworn statement of loss within 91 days after receiving notice from us of your failure to do so; and

       (3) has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgagee.

       All of the terms of this policy will then apply directly to the mortgagee.

Failure of the mortgagee to comply with d.(1), d.(2) or d.(3) above shall void this policy as to the interest of the mortgagee.

e. If we pay the mortgagee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

   (1) the mortgagee's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) the mortgagee's right to recover the full amount of the mortgagee's claim will not be impaired.

   At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If this policy is cancelled, we will give the mortgagee specifically named in the Declarations written notice of cancellation.

   If we cancel the policy, we will give the mortgagee the same number of days notice of cancellation we give to you.

   If you cancel the policy, we will give the mortgagee notice of cancellation to be effective on the date stated in the notice. The date of cancellation cannot be before the 10th day after the date we mail the notice.

   We will not give notice of cancellation to any successor or assignee of the mortgagee named in this policy.

g. If the property described under Coverage A (Dwelling) is foreclosed upon under the deed of trust, the mortgagee may cancel this policy of insurance and will be entitled to any unearned premiums from this policy.

   The mortgagee must credit any unearned premium against any deficiency owed by the borrower and return any unearned premium not so credited to the borrower. The unearned premium will be figured using the customary pro rata procedures.

14                                          FP-7955 TX

tion to defend any claim or suit ends when the amount we pay for damages, to effect settlement or satisfy a judgment resulting from the **occurrence**, equals our limit of liability.

## COVERAGE M - MEDICAL PAYMENTS TO OTHERS

We will pay the necessary medical expenses incurred or medically ascertained within three years from the date of an accident causing **bodily injury**. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage applies only:

1. to a person on the **insured location** with the permission of an **insured**;

2. to a person off the **insured location**, if the **bodily injury**:

   a. arises out of a condition on the **insured location** or the ways immediately adjoining;

   b. is caused by the activities of an **insured**;

   c. is caused by a **residence employee** in the course of the **residence employee's** employment by an **insured**; or

   d. is caused by an animal owned by or in the care of an **insured**; or

3. to a **residence employee** if the **occurrence** causing **bodily injury** occurs off the **insured location** and arises out of or in the course of the **residence employee's** employment by an **insured**.

## SECTION II - ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

1. **Claim Expenses**. We pay:

   a. expenses we incur and costs taxed against an **insured** in suits we defend;

   b. premiums on bonds required in suits we defend, but not for bond amounts greater than the Coverage L limit. We are not obligated to apply for or furnish any bond;

   c. reasonable expenses an **insured** incurs at our request. This includes actual loss of earnings (but

not loss of other income) up to $100 per day for aiding us in the investigation or defense of claims or suits;

   d. prejudgment interest awarded against the **insured** on that part of the judgment we pay; and

   e. interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

2. **First Aid Expenses**. We will pay expenses for first aid to others incurred by an **insured** for **bodily injury** covered under this policy. We will not pay for first aid to **you** or any other **insured**.

3. **Damage to Property of Others.**

   a. We will pay for **property damage** to property of others caused by an **insured**.

   b. We will not pay more than the smallest of the following amounts:

      (1) replacement cost at the time of loss;

      (2) full cost of repair; or

      (3) $500 in any one **occurrence**.

   c. We will not pay for **property damage**:

      (1) if insurance is otherwise provided in this policy;

      (2) caused intentionally by an **insured** who is 13 years of age or older;

      (3) to property, other than a rented golf cart, owned by or rented to an **insured**, a tenant of an **insured**, or a resident in **your** household; or

      (4) arising out of:

         (a) **business pursuits**;

         (b) any act or omission in connection with a premises, an **insured** owns, rents or controls, other than the **insured location**; or

         (c) the ownership, maintenance, or use of a motor **vehicle**, aircraft, or watercraft, including airboat, air cushion, personal watercraft, sail board or similar type watercraft.

16

FP-7955 TX

(3) any liability statutorily imposed on any insured; or

(4) any liability assumed through an unwritten or written agreement by any insured;

with regard to the ownership, maintenance or use of any aircraft, watercraft, or motor vehicle which is not covered under Section II of this policy;

g. **bodily injury or property damage** caused directly or indirectly by war, including undeclared war, or any warlike act including destruction or seizure or use for a military purpose, or any consequence of these. Discharge of a nuclear weapon shall be deemed a warlike act even if accidental;

h. **bodily injury** to you or any **insured** within the meaning of part a. or b. of the definition of **insured.**

This exclusion also applies to any claim made or suit brought against you or any **insured** to share damages with or repay someone else who may be obligated to pay damages because of the **bodily injury** sustained by you or any **insured** within the meaning of part a. or b. of the definition of **insured;**

i. any claim made or suit brought against any **insured** by:

(1) any person who is in the care of any **insured** because of child care services provided by or at the direction of:

(a) any **insured;**

(b) any employee of any **insured;** or

(c) any other person actually or apparently acting on behalf of any **insured;** or

(2) any person who makes a claim because of **bodily injury** to any person who is in the care of any **insured** because of child care services provided by or at the direction of:

(a) any **insured;**

(b) any employee of any **insured;** or

(c) any other person actually or apparently acting on behalf of any **insured.**

This exclusion does not apply to the occasional child care services provided by any **insured,** or to the part-time child care services provided by any insured who is under 19 years of age; or

j. **bodily injury** or **property damage** arising out of an **insured's** participation in, or preparation or practice for any prearranged or organized race, speed or demolition contest, or similar competition involving a motorized land vehicle or motorized watercraft. This exclusion does not apply to a sailing vessel less than 26 feet in overall length with or without auxiliary power.

2. Coverage L does not apply to:

a. liability:

(1) for your share of any loss assessment charged against all members of an association of property owners; or

(2) assumed under any unwritten contract or agreement, or by contract or agreement in connection with a **business** of the **insured;**

b. **property damage** to property currently owned by any insured;

c. **property damage** to property rented to, occupied or used by or in the care of any insured. This exclusion does not apply to **property damage** caused by fire, smoke or explosion;

d. **bodily injury** to a person eligible to receive any benefits required to be provided or voluntarily provided by an insured under a workers' compensation, non-occupational disability, or occupational disease law;

e. **bodily injury** or **property damage** for which an insured under this policy is also an insured under a nuclear energy liability policy or would be an insured but for its termination upon exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada, or any of their successors.

18

FP-7955 TX

6. **Suit Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions.

No one shall have the right to join us as a party to an action against an **insured**. Further, no action with respect to Coverage L shall be brought against us until the obligation of the **insured** has been determined by final judgment or agreement signed by us.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an **insured** shall not relieve us of our obligation under this policy.

8. **Other Insurance - Coverage L.** This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

9. **Notice of Settlement of Liability Claim.**

a. We will notify the **insured** in writing of any initial offer to compromise or settle a claim against the **insured**. We will give the **insured** notice within 10 days after the date the offer is made.

b. We will notify the **insured** in writing of any settlement of a claim against the **insured**. We will give the insured notice within 30 days after the date of the settlement.

## SECTION I AND SECTION II - CONDITIONS

1. **Policy Period.** This policy applies only to loss under Section I or bodily injury or property damage under Section II which occurs during the period this policy is in effect.

2. **Concealment or Fraud.** This policy is void as to you and any other **insured**, if you or any other **insured** under this policy has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss.

3. **Liberalization Clause.** If we adopt any revision which would broaden coverage under this policy without additional premium, within 60 days prior to or during the period this policy is in effect, the broadened coverage will immediately apply to this policy.

4. **Waiver or Change of Policy Provisions.** A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights.

5. **Cancellation.**

a. You may cancel this policy at any time by notifying us of the date cancellation is to take effect. We will send you any refund due when the policy is returned to us.

b. We may cancel this policy for the reasons stated in this condition by mailing you notice in writing of the date cancellation takes effect.

(1) If this policy has been in effect for less than 90 days and is not a renewal policy, we may cancel for any reason.

The effective date of cancellation cannot be before:

(a) the 10th day after we mail notice if we cancel for nonpayment of premium;

(b) the 30th day after we mail notice if we cancel for any other reason.

(2) If this policy has been in effect 90 days or more, we may not cancel this policy unless:

(a) you do not pay the premium or any portion of the premium when due;

(b) the State Board of Insurance determines that continuation of the policy would violate the Texas Insurance Code or any other laws governing the business of insurance in this state;

(c) you submit a fraudulent claim;

(d) there is an increase in the hazard covered by this policy that is within your control and that would produce an increase in the premium/rate of this policy.

FP-7965 TX

d. warrant that conditions comply with laws, regulations, codes or standards.

This condition applies not only to us but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## OPTIONAL POLICY PROVISIONS

Each Optional Policy Provision applies only as shown in the **Declarations** and is subject to all the terms, provisions, exclusions and conditions of this policy.

**Option AI - Additional Insured.** The definition of insured is extended to include the person or organization shown in the Declarations as an Additional Insured or whose name is on file with us. Coverage is with respect to:

1. Section I - Coverage A; or

2. Section II - Coverages L and M but only with respect to the residence premises. This coverage does not apply to bodily injury to an employee arising out of or in the course of the employee's employment by the person or organization.

This option applies only with respect to the location shown in the Declarations.

**Option BP - Business Property.** The **COVERAGE B - PERSONAL PROPERTY, Special Limits of Liability, item b.**, for property used or intended for use in a business, including merchandise held as samples or for sale or for delivery after sale, is changed as follows:

The $1,000 limit is replaced with the amount shown in the Declarations for this option.

**Option BU - Business Pursuits. SECTION II - EXCLUSIONS, item 1.b. is modified as follows:**

1. Section II coverage applies to the business pursuits of an insured who is a:

    a. clerical office employee, salesperson, collector, messenger; or

    b. teacher (except college, university and professional athletic coaches), school principal or school administrator;

while acting within the scope of the above listed occupations.

2. However, no coverage is provided:

    a. for bodily injury or property damage arising out of a business owned or financially controlled by the **insured** or by a partnership of which the **insured** is a partner or member;

    b. for bodily injury or property damage arising out of the rendering of or failure to render professional services of any nature (other than teaching or school administration). This exclusion includes but is not limited to:

        (1) computer programming, architectural, engineering or industrial design services;

        (2) medical, surgical, dental or other services or treatment conducive to the health of persons or animals; and

        (3) beauty or barber services or treatment;

    c. for bodily injury to a fellow employee of the insured injured in the course of employment; or

    d. when the **insured** is a member of the faculty or teaching staff of a school or college:

        (1) for bodily injury or property damage arising out of the maintenance, use, loading or unloading of:

            (a) draft or saddle animals, including vehicles for use with them; or

            (b) aircraft, motor vehicles, recreational motor vehicles or watercraft, airboats, air cushions or personal watercraft which use a water jet pump powered by an

22

data processing system equipment or the recording or storage media used with that equipment or merchandise held as samples or for sale or for delivery after sale.

The Option IO limits are shown in the **Declarations**. The first limit applies to property on the **residence premises**. The second limit applies to property while off the **residence premises**. These limits are in addition to the **COVERAGE B - PERSONAL PROPERTY, Special Limits of Liability** on property used or intended for use in a **business**.

3. Under Section II, the **residence premises** is not considered **business** property because an **insured** occupies a part of it as an incidental **business**.

4. **SECTION II - EXCLUSIONS**, item 1.b. of Coverage L and Coverage M is replaced with the following:

   b. **bodily injury** or **property damage** arising out of **business** pursuits of an **insured** or the rental or holding for rental of any part of any premises by an **insured**. This exclusion does not apply:

      (1) to activities which are ordinarily incident to non-business pursuits or to **business** pursuits of an **insured** which are necessary or incidental to the use of the **residence premises** as an incidental **business**;

      (2) with respect to Coverage L to the occasional or part-time **business** pursuits of an **insured** who is under 19 years of age;

      (3) to the rental or holding for rental of a residence of yours:

         (a) on an occasional basis for exclusive use as a residence;

         (b) in part, unless intended for use as a residence by more than two roomers or boarders; or

         (c) in part, as an incidental **business** or private garage;

      (4) when the dwelling on the **residence premises** is a two family dwelling and you occupy one part and rent or hold for rental the other part; or

(5) to farm land (without buildings), rented or held for rental to others, but not to exceed a total of 500 acres, regardless of the number of locations.

5. This insurance does not apply to:

   a. **bodily injury** to an employee of an **insured** arising out of the **residence premises** as an incidental **business** other than to a **residence employee** while engaged in the employee's employment by an **insured**;

   b. **bodily injury** to a pupil arising out of corporal punishment administered by or at the direction of the **insured**;

   c. liability arising out of any acts, errors or omissions of an **insured**, or any other person for whose acts an **insured** is liable, resulting from the preparation or approval of data, plans, designs, opinions, reports, programs, specifications, supervisory inspections or engineering services in the conduct of an **insured's** incidental **business** involving data processing, computer consulting or computer programming; or

   d. any claim made or suit brought against any **insured** by:

      (1) any person who is in the care of any **insured** because of child care services provided by or at the direction of:

         (a) any **insured**;

         (b) any employee of any **insured**; or

         (c) any other person actually or apparently acting on behalf of any **insured**; or

      (2) any person who makes a claim because of **bodily injury** to any person who is in the care of any **insured** because of child care services provided by or at the direction of:

         (a) any **insured**;

         (b) any employee of any **insured**; or

         (c) any other person actually or apparently acting on behalf of any **insured**.

24

### 4. Building Ordinance or Law Coverage Limitations.

We will not pay more under this coverage than:

a. the reasonable and necessary increased cost to repair or rebuild the dwelling at the same premises, or if relocation is required by ordinance or law, at another premises in the same general vicinity; and

b. the reasonable and necessary cost to demolish and clear the site of the undamaged portions of the dwelling caused by enforcement of building, zoning or land use ordinance or law.

We will never pay for more than a dwelling of the same height, floor area and style on the same or similar premises as the dwelling, subject to the limit provided in paragraph 1. **Coverage Provided** of this option.

If the dwelling is located in an area which is eligible for coverage through the Texas Windstorm Insurance Association, the coverage described above, also applies to the increased cost you incur due to repair, replacement or demolition required for the dwelling to comply with the building specifications contained in the Texas Windstorm Insurance Association's plan of operation.

**Option SG - Silverware and Goldware Theft.** The **COVERAGE B - PERSONAL PROPERTY, Special Limits of Liability,** item h., for theft of silverware and goldware is increased to be the amount shown in the **Declarations** for this option.

SERVICE OF PROCESS - Service of Process may be had upon the State Official duly designated for such purpose in the state in which the property insured hereunder is located if State Farm Lloyds, Inc. is licensed in such state; or upon the duly appointed Attorney-in-Fact for State Farm Lloyds, Inc. at Dallas, Texas. Underwriters at State Farm Lloyds, Inc. have complied with the laws of the State of Texas regulating Lloyds plan insurance and said statutes are hereby made a part of the policy. The entire assets of State Farm Lloyds, Inc. supports its policies, but each individual underwriter's liability is several and not joint and is limited by law to the amount fixed by his/her underwriter's contract and subscription and no underwriter is liable as a partner. This policy is made and accepted subject to the foregoing stipulations and conditions together with such other provisions, agreements or conditions as may be endorsed hereon or added hereto, and no agent or other representative of State Farm Lloyds, Inc. shall have the power to waive any provision or condition of this policy. This policy is non-assessable and no contingent liability of any kind and character attaches to the insured named herein.

IN WITNESS WHEREOF, the Company has executed and attested these presents.

State Farm Lloyds

By:    *Laura P. Sullivan*                    *Edward B Rust, Jr*

Secretary
State Farm Lloyds, Inc.
Attorney-in-Fact

President
State Farm Lloyds, Inc.
Attorney-in-Fact

26

FP-7955 TX

# IMPORTANT NOTICE. . . .



## About Changes To Your Coverage
### PLEASE READ ALL INFORMATION



Enclosed with this message is your new State Farm Homeowners Policy which replaces your current Texas Homeowners Policy. We strongly encourage you to carefully review the new policy, and the endorsements included with it, and familiarize yourself with the new policy.

You will notice the format and design of the new policy are quite different from the Texas Homeowners Policy. More significant, however, are the many differences in coverage between the two policies. While a careful review of the new policy is critical for a thorough understanding of the coverage provided, we are providing the following summary, which highlights some of the changes to the coverage provided in your Homeowners Policy. We have tried to itemize the differences in coverage between the two policies, but may not have identified every instance where, depending on individual circumstances, the change in language could have coverage implications.

It's important to review each of the following sections:

- IMPORTANT INFORMATION ABOUT YOUR POLICY DEDUCTIBLE
- FUNGUS (INCLUDING MOLD) EXCLUSION ENDORSEMENT
- COVERAGES MOVED FROM THE BASIC TEXAS HOMEOWNERS POLICY TO AN ENDORSEMENT
- REDUCTIONS OR ELIMINATIONS OF COVERAGE
- NOTABLE DIFFERENCES IN CONTRACT LANGUAGE
- BROADENINGS OR ADDITIONS OF COVERAGE

Also please review the messages included with the new policy pertaining to specific endorsements attached to your current policy. These messages describe the important differences between coverages provided by your current policy, including the endorsements attached to it, and the new policy being offered.

We encourage you to review these changes in coverage and examine other insurance policies you have to ensure your overall package of protection meets your insurance needs. If you have any questions, please contact your State Farm agent.

## IMPORTANT INFORMATION ABOUT YOUR POLICY DEDUCTIBLE

The deductible applicable to the new policy you received may be different than the deductible applicable to your current policy. Please refer to the enclosed Declarations to determine the deductibles that will now apply. The minimum deductibles available under the new policy are:

- for wind and hail losses, 1% of the COVERAGE A - DWELLING limit of liability (but not less than $500) stated in the Declarations; and
- $500 for all perils other than wind and hail.

If your previous deductibles were smaller than these new minimums, they have been increased.

FP-7955 TX
R

(CONTINUED INSIDE)

Printed in U.S.A.

2. The new policy covers wall-to-wall carpeting only when attached to the insured dwelling. The Texas Homeowners Policy included coverage for wall-to-wall carpeting attached to any building on the residence premises.

3. Language in COVERAGE A - DWELLING, Dwelling Extension of the new policy:

   a. requires other structures be permanently attached to the realty for Coverage A to apply; and

   b. states we do not cover other structures rented or held for rental to a person not a tenant of the dwelling, unless used solely as a private garage. The Texas Homeowners Policy excluded other structures wholly rented to any person, unless used solely as a private garage.

4. In the COVERAGE B - PERSONAL PROPERTY, Special Limits of Liability of the new policy:

   a. the limit for business property on the residence premises is $1,000. While the amount of coverage is less than the $2,500 available in the Texas Homeowners Policy, the new policy includes coverage for samples and merchandise held for sale or delivery. Please see item 4.b. that follows in BROADENINGS OR ADDITIONS OF COVERAGE regarding coverage for business property off premises;

   b. coverage for watercraft, outboard motors, their trailers, furnishings and equipment is limited to $1,000. While your Texas Policy did not include a specific coverage limit for watercraft and boat trailers on the residence premises, your coverage now also applies off premises for all perils other than theft;

   c. trailers not used with watercraft are covered up to $1,000. Previously, trailers designed for use principally off public roads were covered up to the Coverage B limit of liability. The new limit applies to all trailers, however trailers and campers away from the residence premises are not covered for loss by theft;

   d. a $2,500 limit now applies to trading cards and comic books, including those that are part of a collection;

   e. a $2,500 limit applies to loss by theft of firearms;

   f. a $2,500 limit applies to loss by theft of silverware and goldware;

   g. electronic data processing equipment and recording or storage media used with that equipment is limited to $5,000. This limit applies to all computer equipment whether or not it is used in a business. The Texas Homeowners Policy did not contain a special limit of liability for data processing equipment; and

   h. a limit has been added for loss by theft of any rug, carpet (except wall-to-wall carpet), tapestry, wall-hanging or similar article. A $5,000 limit applies to any one article, and $10,000 is the aggregate limit.

5. In COVERAGE B - PERSONAL PROPERTY, Property Not Covered, the new policy:

   a. provides property coverage for an engine or motor propelled vehicle, including a golf cart, not licensed for use on public highways if used solely to service the insured location, or designed for assisting the handicapped. The Texas Homeowners Policy provided property coverage for golf carts as long as they are not subject to motor vehicle registration;

   b. provides property coverage for recreational vehicles and farm equipment only if they are used solely to service the insured location, and not licensed for use on public highways;

   c. does not cover property regularly rented or held for rental to others by an insured. We will cover property of an insured in a sleeping room rented to others;

   d. excludes coverage for books of account, abstracts, drawings, card index systems and other records. We will cover the cost of blank materials plus the cost of labor for transcribing or copying such records; and

   e. does not cover recording or storage media for electronic data processing that cannot be replaced with other of like kind and quality on the current retail market.

(CONTINUED ON REVERSE)

17. The SECTION I - LOSSES NOT INSURED of the State Farm policy contains new language which excludes losses caused by the conduct, act, or decision of any person, group, or governmental body whether intentional, wrongful, negligent, without fault. The new policy also excludes defects or weaknesses in planning, zoning, design, workmanship, material used in construction or repair and maintenance. The policy will cover any resulting loss unless the resulting loss is itself a Loss Not Insured.

18. The SECTION I - EXCLUSIONS of the Texas Homeowners Policy excluded losses caused by dampness of atmosphere and extremes of temperature. The new policy contains an exclusion for weather conditions.

19. New Loss Settlement Provision A2 - Replacement Cost Loss Settlement - Common Construction, if indicated on the Declarations of the new policy, provides for repair or replacement with common construction. This means the use of common construction techniques and materials commonly used by the building trades in standard new construction. We will not pay the cost to repair or replace obsolete, antique or custom construction with like kind and quality.

20. The new policy contains an Intentional Acts Condition. If any person insured under the policy causes or procures a loss to covered property, for the purpose of obtaining insurance benefits, the policy is void as to any other insured that caused or contributed to the loss or its procurement.

21. In the SECTION II - ADDITIONAL COVERAGE, Damage to Property of Others, the new policy excludes property damage to property owned by or rented to an insured. It does, however, provide coverage for a rented golf cart. The Texas Homeowners Policy excluded only property owned by an insured.

22. In SECTION II - EXCLUSIONS of the new policy, watercraft powered by one or more outboard motors with more than 25 total horsepower owned by any insured are excluded. The Texas Homeowners Policy provided coverage for these watercraft for the policy period if specified conditions were met.

23. The SECTION II - EXCLUSION in the new policy for watercraft specifically excludes coverage for watercraft designated as an airboat, air cushion, or similar type of craft, or personal watercraft owned by any insured. These types of watercraft are not specifically excluded in the Texas Homeowners Policy.

24. The SECTION II - EXCLUSION in the new policy for bodily injury or property damage arising out of the entrustment or supervision by any insured of any person with regard to the ownership, maintenance or use of any aircraft, watercraft, or motor vehicle not covered under Section II of the policy, also excludes any liability statutorily imposed on any insured, or any liability assumed through an unwritten or written agreement by any insured. The Texas Homeowners Policy excluded only the entrustment or supervision exposures. The Texas Policy also contained an exception to this exclusion for bodily injury to a residence employee.

25. The new policy contains specific SECTION II - EXCLUSIONS for:

    a. bodily injury or property damage arising out of an insured's participation in, preparation or practice for, any prearranged or organized race, speed or demolition contest or similar competition involving a motorized land vehicle or motorized watercraft. There is no similar exclusion in the Texas Policy; and

    b. liability for the insured's share of any loss assessment charged against all members of an association of property owners. The Texas Homeowners Policy makes no reference to loss assessments.

## NOTABLE DIFFERENCES IN CONTRACT LANGUAGE

Some provisions in the new Homeowners Policy are unique to State Farm Homeowners Policies. Some coverages contained in the policy are similar to those found in other Homeowners Policies, including the Texas Homeowners Policy, but the language used is different. While it is not practicable to outline every difference in language between the two policies, we have identified situations where the potential for reductions or elimination of coverage, and the potential broadening of coverage, exist and may occur within the same policy provision, depending on individual circumstances. We encourage you to review the following items to better understand the differences in contract language found in the new Homeowners Policy.

(CONTINUED ON REVERSE)

14. The theft peril in the new policy specifically states property of a student who is an insured is covered while at a residence away from home.

15. Exclusions of coverage were shown in the SECTION I - EXCLUSIONS of the Texas Homeowners Policy. Please review the SECTION I - LOSSES NOT INSURED Section of the new policy. Excluded perils are broken down into three groups, and the lead-in paragraph for each defines the coverage limitations for listed perils. Also, please note the references to losses resulting from the perils shown. Differences in coverage, between the two policies, may result from perils that were covered for ensuing loss in the Texas Homeowners Policy.

16. While the exclusions in both policies for settling, cracking, shrinking, bulging or expansion include foundations, walls, floors, ceilings and roofs, the Texas Homeowners Policy also excluded loss to walks, drives, curbs, fences and swimming pools. The new policy does not include this property in the settling, cracking exclusion, but does exclude coverage for freezing, thawing, pressure or weight of water or ice. Any damage caused by earth movement will be subject to the earth movement exclusion.

17. Language in SECTION I - LOSSES NOT INSURED excludes coverage for loss caused by vermin, rodents and insects. The Texas Homeowners Policy excluded rats, mice, termites, moths or other insects.

18. The new policy will not cover losses caused by the insured's neglect to use all reasonable means to save and preserve property at and after the time of loss, or when property is endangered.

19. The Texas Homeowners Policy contained an exclusion for loss caused by the destruction of property by order of governmental authority. The new policy contains no similar exclusion. The Texas Homeowners Policy did allow coverage for loss caused by acts of destruction ordered at the time of a fire to prevent its spread, if the fire would otherwise be covered. State Farm's policy provides coverage for a covered loss not otherwise excluded that results from destruction of property by order of governmental authority.

20. The Section I Loss Settlement Provisions of the new policy are no longer part of the SECTION I - CONDITIONS, they are a separate policy section, SECTION I - LOSS SETTLEMENT. Both COVERAGE A - DWELLING and COVERAGE B - PERSONAL PROPERTY have two Loss Settlement Provisions shown. The policy states only the Loss Settlement provisions shown in the Declarations apply.

21. The new policy's Coverage A - Dwelling, Loss Settlement Provision A1 - Replacement Cost Loss Settlement - Similar Construction, if indicated on the Declarations of the new policy, provides for repair or replacement with similar construction. The Texas Homeowners Policy covered the cost to repair or replace with property of like kind and quality.

22. The new Coverage B - Personal Property Loss Settlement Provision B1 - Limited Replacement Cost Loss Settlement, if indicated on the Declarations of the new policy, pays only the cost to repair or replace the property less depreciation until repair or replacement is completed. We will then pay the difference between the cost to repair or replace, less depreciation, and the cost actually and necessarily spent to repair or replace the property. The additional benefits apply if the property is repaired or replaced within two years after the date of loss. Endorsement HO 101, if endorsed to your Texas Homeowners Policy, provided replacement cost coverage for personal property up to the first $1,500, and actual cash value on the remaining damaged property. If the property was repaired, restored, or replaced within 365 days of the loss, it qualified for replacement cost benefits.

23. The new Coverage B - Personal Property Loss Settlement Provisions, B1 - Limited Replacement Cost Loss Settlement and B2 - Depreciated Loss Settlement, include:

    a. payment at market value at the time of loss for antiques, fine arts, memorabilia, souvenirs, collectors items, or property not useful for its intended purpose; and

    b. language stating we will not pay an amount exceeding our cost to replace an item at the time of loss.

24. The Duties After Loss provisions of the new policy, in both Section I and Section II, require you give immediate notice to us or our agent. The Texas Homeowners Policy required prompt written notice.

**(CONTINUED ON REVERSE)**

36. The Texas Homeowners Policy contained a specific Medical Payments to Others limit for expenses payable to two or more persons injured in one accident. The new policy references only the limit shown on the Declarations for one person as the result of one accident.

37. The Section II Duties After Loss provision of the new policy, under Damage to Property of Others, requires the insured to exhibit the damaged property if within the insured's control.

38. The Section II Suit Against Us provision of the new policy states no action with respect to Coverage L - Personal Liability shall be brought against us until the obligation of the insured has been determined by final judgment or agreement signed by us. The Texas Homeowners Policy required only that the obligation has been determined by final judgment or agreement.

39. The Section II Suit Against Us provision of the Texas Homeowners Policy required under Medical Payments to Others, that no action can be brought until 30 days after the required proofs of claim have been filed with us. There is no similar provision in the new policy.

40. The Waiver or Change of Policy Provisions Condition of the new policy states a waiver or change of any provision must be in writing by us to be valid. The Texas Homeowners Policy required changes be made and perils added only by attaching a written endorsement properly executed by our authorized agent. The Texas Policy also required no provision be waived unless the terms of the policy allowed the provision to be waived.

41. The Subrogation Condition of the new policy states an insured shall do nothing after a loss to prejudice the right of recovery. There is no similar language in the Texas Policy.

42. The Death Condition of the new policy states when any person shown in the Declarations or the spouse, if a resident of the same household, dies the definition of insured, with respect to your property, will include the person having proper temporary custody of the property until appointment and qualification of a legal representative. There is no similar language in the Texas Homeowners Policy.

43. The new policy contains two Conditions not found in the Texas Homeowners Policy:

    a. the Conformity to State Law Condition states when a policy provision is in conflict with the applicable law of the State in which the policy is issued, the law of the State will apply; and

    b. the Right to Inspect Condition states we have the right, but are not obligated, to make inspections and surveys at any time, give you reports on conditions we find and recommend changes.

44. The new policy contains Option OL - Building Ordinance or Law. This coverage pays the increased costs, up to the limit of liability shown on the Declarations, incurred by the enforcement of a building, zoning or land use ordinance or law. This coverage was previously added to your Texas Homeowners Policy by endorsement.

45. The new policy contains 10 Optional Policy Provisions. Each Optional Policy Provision applies only as shown in the Declarations. The Optional Policy Provisions are subject to all the terms, provisions, exclusions and conditions of the new policy.

## BROADENINGS OR ADDITIONS OF COVERAGE

1. Your new policy includes up to 500 acres of farm land, without buildings, rented or held for rental to others, as an insured location.

2. COVERAGE A - DWELLING includes materials and supplies to be used in the construction, alteration or repair of the dwelling or other structures on the residence premises.

3. COVERAGE B - PERSONAL PROPERTY owned or used by an insured is now covered up to the Coverage B limit of liability while it is anywhere in the world. Personal property usually situated at an insured's residence, other than the residence premises, is covered up to $1,000 or 10% of the Coverage B limit, whichever is greater. The Texas Homeowners Policy applied the $1,000 or 10% limit to all personal property off premises.

(CONTINUED ON REVERSE)

16. New Coverage B - Personal Property perils cover:

    a. weight of ice, snow or sleet which causes damage to property contained in a building;

    b. sudden and accidental tearing asunder, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water; and

    c. breakage of glass, meaning damage to personal property caused by breakage of glass which is part of a building on the residence premises.

17. Coverage is now provided up to $1,000 per item for sudden and accidental damage to electrical appliances, devices, fixtures and wiring from an increase or decrease of artificially generated electrical current.

18. The SECTION I - EXCLUSIONS section of the Texas Homeowners Policy excluded loss caused by windstorm, hurricane or hail to cloth awnings, greenhouses, buildings or structures located wholly or partially over water, radio and television towers, satellite dishes, masts and antennas, windchargers and windmills. No similar exclusion applies in the new Homeowners Policy.

19. The new policy's Coverage A - Dwelling, Loss Settlement Provisions, A1 - Replacement Cost Loss Settlement - Similar Construction, and A2 - Replacement Cost Loss Settlement - Common Construction, provide:

    a. replacement cost coverage for wall-to-wall carpeting in the basic policy. The Texas Homeowners Policy provided only actual cash value coverage, and required the purchase of Endorsement HO 101, Replacement of Personal Property, to provide replacement cost coverage for wall-to-wall carpeting;

    b. replacement cost coverage for fences other than wood fences. Wood fences are covered at actual cash value. The Texas Homeowners Policy paid actual cash value for losses to fences, without reference to how they are constructed; and

    c. coverage without a coinsurance provision. The Texas Homeowners Policy based loss settlement on the relationship the limit of liability at the time of loss bears to the full replacement cost of the dwelling.

20. New Coverage B - Personal Property Loss Settlement Provision B1 - Limited Replacement Cost Loss Settlement, if indicated on the Declarations of the new policy, provides coverage for the cost to repair or replace personal property. The Texas Homeowners Policy required the purchase of Endorsement HO 101 to provide replacement cost coverage.

21. The Vacancy Condition of the Texas Homeowners Policy suspended coverage that applied under Coverage A (Dwelling) effective 60 days after the dwelling became vacant. Coverage remained suspended during the vacancy. There is no similar condition in the new policy, however we do exclude coverage for vandalism or malicious mischief or breakage of glass if the dwelling has been vacant for more than 30 consecutive days immediately before the loss.

22. SECTION II - ADDITIONAL COVERAGES of the new policy provides payment for loss of earnings up to $100 per day for aiding in the investigation or defense of claims or suits. The Texas Homeowners Policy paid up to $50 per day.

23. The SECTION II - EXCLUSION of the new policy which excludes coverage for business pursuits of any insured, contains an exception to that exclusion for:

    a. occasional or part-time business pursuits of an insured under 19 years of age. The Texas Homeowners Policy did not contain an exception for these business pursuits;

    b. when the dwelling on the residence premises is a two, three or four-family dwelling and you occupy one part and rent or hold for rental the other part. The Texas Homeowners Policy has no similar exception, however the definition for residence premises includes only one and two family dwellings; and

    c. up to 500 acres of farm land (without buildings) rented or held for rental to others, regardless of the number of locations. The Texas Homeowners Policy did not contain an exception for farm land.

(CONTINUED ON REVERSE)

53-Q606-916
March 11, 2003
Page 2

unforeseen factors which would delay the reconstruction. Once you have hired the contractor of your choice, it will be your responsibility to see that the contractor completes the repairs efficiently and meets the completion date without delays, and make final approval of the completed work. Your policy limits (maximum payment) for the structure is $139,600.

## Contents

State Farm has provided a number of Personal Property Inventory forms to assist you in documenting your claim. State Farm has received your completed Personal Property Inventory forms. Upon review of these forms it may become necessary to request additional information and/or clarification on some of the items listed on the Personal Property Inventory forms. As with the structure, it is your responsibility to protect your contents from further damage. Any further damage to property due to exposure to elements where no effort is made to remove and store or cover the involved property, may not be a covered loss. Service Master will be assisting us in the evaluation of your contents to determine if any of the items are repairable. It is my understanding Service Master made arrangements and moved the items they felt were repairable. On January 06, 2003, State Farm Lloyd's issued an advance payment to you under the Contents Coverage of your policy in the amount of $2,500. Your policy limits (maximum payment) for the contents is $104,700.

## Loss of Use (Additional Living Expenses)

In the Extensions of Coverage in your policy, there is coverage for your Additional Living Expenses. When a loss insured causes the residence premises to become uninhabitable, we will cover the necessary increase in cost you incur to maintain your standard of living. Our payment will be for the shortest of (a) the time required to repair or replace the premises; (b) the time require for your household to settle elsewhere; or (c) 24 months.

Additional Living Expenses means we will pay for those reasonable and necessary expenses incurred over and above what would normally be spent because you can no longer live in your home. These expenses must be documented with original receipts. Rental expenses will be included in your Additional Living Expenses. Items such as food and utilities or any other items for which you would normally incur expenses, but discontinue due to the fire, will be deducted. For instance, if your new utility bills are more than what you normally pay, then the difference would be included in your Additional Living Expense coverage.

On January 16, 2003, State Farm Lloyd's issued a draft in the amount of $5,000 to you under the Loss of Use Coverage of your policy. Enclosed is a draft in the amount of $2,024.42 in payment of the incurred expenses under the Loss of Use Coverage of your policy.

FE-5368

# DWELLING FOUNDATION ENDORSEMENT

**CTION I - ADDITIONAL COVERAGES**

e following is added:

**Dwelling Foundation Coverage.** We cover settling, cracking, shrinking, bulging, or expansion of the foundation, floor slab or footings that support the dwelling caused by seepage or leakage of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system.

This coverage includes the cost of tearing out and replacing any part of the building necessary to repair the system from which the leakage or seepage occurred.

We do not cover loss to the system from which the water or steam escaped.

**Limit of Liability.** Our limit of liability for this coverage will not exceed an amount equal to 15% of the **COVERAGE A - DWELL-ING** limit applicable on the date of the loss.

**CTION I - LOSSES NOT INSURED**

e following revisions are made for the purposes of this endorse-nt only.

m 1.f. is replaced with the following:

f.  except as specifically provided by this endorsement, continu-ous or repeated seepage or leakage of water or steam from a:

(1) heating, air conditioning or automatic fire protective sprin-kler system;

(2) household appliance; or

(3) plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumb-ing fixture, including their walls, ceilings or floors;

which occurs over a period of time. If loss to covered property is caused by water or steam not otherwise excluded, we will cover the cost of tearing out and replacing any part of the building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which the water or steam escaped;

Item 1.l. is replaced with the following:

l.  except as specifically provided by this endorsement, settling, cracking, shrinking, bulging, or expansion of pavements, patios, walls, floors, roofs or ceilings;

Except as stated in this endorsement we do not provide coverage for any loss described in **SECTION I - LOSSES NOT INSURED.**

All other policy provisions apply.

-5368

Printed in U.S.A.

FE-5398

# FUNGUS (INCLUDING MOLD) EXCLUSION ENDORSEMENT

**DEFINITIONS**

The following definition is added:

"fungus" means any type or form of fungus, including mold, mildew, mycotoxins, spores, scents or byproducts produced or released by fungi.

**SECTION I - LOSSES INSURED**

Item 12.d. is replaced with the following:

d. caused by or resulting from continuous or repeated seepage or leakage of water or steam which occurs over a period of time and results in deterioration, corrosion, rust, or wet or dry rot.

Item 13.b. is replaced with the following:

b. caused by or resulting from continuous or repeated seepage or leakage of water or steam which occurs over a period of time and results in deterioration, corrosion, rust, or wet or dry rot.

**SECTION I - LOSSES NOT INSURED**

Item 1.i. is replaced with the following:

i. wet or dry rot;

In item 2., the following is added as item g.:

g. Fungus. We also do not cover:

(1) any loss of use or delay in rebuilding, repairing or replacing covered property, including any associated cost or expense, due to interference at the residence premises or location of the rebuilding, repair or replacement, by fungus;

(2) any remediation of fungus, including the cost to:

(a) remove the fungus from covered property or to repair, restore or replace that property; or

(b) tear out and replace any part of the building or other property as needed to gain access to the fungus; or

(3) the cost of any testing or monitoring of air or property to confirm the type, absence, presence or level of fungus, whether performed prior to, during or after removal, repair, restoration or replacement of covered property.

All other policy provisions apply.

FE-5398

Printed in U.S.A.

FE-5258
(8/96)

## SPECIAL LIMITS ENDORSEMENT

**SECTION I - COVERAGES, COVERAGE B - PERSONAL PROPERTY**

**Special Limits of Liability**

1. Item a. is changed to read:

    a. $200 on money, coins and medals, including any of these that are a part of a collection, bank notes, bullion, gold other than goldware, silver other than silverware, and platinum.

2. The following item is added:

    $1,000 for loss by theft of jewelry, watches, fur garments and garments trimmed with fur, precious and semi-precious stones.

All other policy provisions apply.

FE-5258
(8/96)

Printed in U.S.A.

FE-5369

# WATER DAMAGE ENDORSEMENT

## DEFINITIONS

The following definition is added:

"fungus" means any type or form of fungus, including mold, mildew, mycotoxins, spores, scents or byproducts produced or released by fungi.

## SECTION I - ADDITIONAL COVERAGES

The following is added:

**Water Damage Coverage.**

1. We cover the deterioration, wet rot or dry rot of property described in Coverage A and Coverage B caused by the continuous or repeated seepage or leakage of water or steam from a:

   a. heating, air conditioning or automatic fire protective sprinkler system;

   b. household appliance; or

   c. plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings or floors.

   This coverage includes the cost of tearing out and replacing any part of the building necessary to repair the system or appliance from which seepage or leakage occurred.

2. We do not cover:

   a. loss to the system or appliance from which the water or steam escaped;

   b. loss caused by, consisting of, or resulting from fungus; or

   c. fungus which is the result of continuous or repeated seepage or leakage of water or steam from a:

      (1) heating, air conditioning or automatic fire protective sprinkler system;

      (2) household appliance; or

      (3) plumbing system, including from, within, or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings or floors.

## SECTION I - LOSSES INSURED

## COVERAGE B - PERSONAL PROPERTY

The following revisions are made for the purpose of this endorsement only.

Item 12. is replaced with the following:

12. Sudden and accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or from within a household appliance.

   Except as specifically provided by this endorsement, this peril does not include loss:

   a. to the system or appliance from which the water or steam escaped;

   b. caused by or resulting from freezing;

   c. caused by or resulting from water or sewage from outside the residence premises plumbing system that enters through sewers or drains, or water which enters into and