## THE STATE FIRE MARSHAL
## SUBPOENA

TO:___RAMON GARCIA JR._____DEPUTY STATE FIRE MARSHAL or

TO: ANY TEXAS PEACE OFFICER IN HIDALGO, WILLACY, COUNTY.


GREETINGS:


YOU ARE HEREBY COMMANDED TO SUBPOENA:_____STATE FARM INSURANCE COMPANY_____

(to be and appear before )— or —(deliver by certified mail or in person)to the undersigned at the Texas State Fire Marshal's Office,____801 W. NOLANA MCALLEN, TEXAS 78504____ _____on or before 5:00 P.M., on the____10____day of JANUARY 2003, and to bring with him/her or thereby produce certain records and documents, as follows:


*Any and all insurance records including, but not limited to payment arrangement, claims submitted, claims paid off on Luis Carlos Montes (02-01-64) who resides at 902 W. White St. Raymondville, Tx.*


then and there to testify or provide records in an investigation conducted by the undersigned in accordance with Vernon's Texas Codes Annotated, Government Code Section 417.007. You are not to disclose the existence of this request . Any such disclosure could impede the investigation now being conducted and thereby interfere with the enforcement of the law.


HEREIN FAIL NOT, but have you this writ, with your return thereon, showing that you executed the same on or before said date.


IN TESTIMONY WHEREOF, I have hereunto set my official signature, this the ___07___ day of _____JANUARY_____, 2003 .


G. Mike Davis
State Fire Marshal


By
Deputy State Fire Marshal
RAMON GARCIA JR.

INV13 (Rev. 9/96)


EXHIBIT
"A"

_Daniel Longoria 1-7-03_

IN RE
INVESTIGATION BY
STATE OF TEXAS
STATE FIRE MARSHAL

SUBPOENA

RAMON GARCIA JR
DEPUTY STATE FIRE MARSHAL

03-156-01
CASE NUMBER

RETURN

Received the within writ at 2:10 (am) (pm) this 07
the ____ day of   JANUARY        2003
, and executed by reading the within personally in the
presence and within the hearing of each of the within
named witness or electronically transmitting a copy
of the subpoena, acknowledgement of receipt
requested, (TCCP Art. 24.04 (a)(3) or by postal
delivery to one or more of the within named
witnesses on the dates as specified below:

Witness my hand this  07 day 06  JANUARY
2003

SIGNATURE

Deputy State Fire Marshal
TITLE

(Rev. 9/96)