| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
DEC 1 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| LUIS C. MUNOZ and CARMELA MUNOZ | § | |
|---|---|---|
| vs. | § | Civil Action No. B- 04-141 |
| STATE FARM LLOYDS, ET AL | § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: __12-13__ days.    ☐ Bench   ■ Jury

2. New parties must be joined by:    12/30/2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    4/29/2005

4. The defendant's experts must be named with a report furnished by:    5/31/2005

5. Discovery must be completed by:    9/2/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:    9/12/2005

7. Joint pretrial order is due:    11/15/2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    11/29/2005

9. Jury Selection is set for 9:00 a.m. on:    12/5/2005
   *(The case will remain on standby until tried)*

Signed __December 16__, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge