IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| LUIS C. MUNOZ AND | § | |
| CARMELA MUNOZ | § | |
| *Plaintiff's* | § | |
| VS. | § | C.A. NO: B-04-141 |
| | § | |
| STATE FARM LLOYDS' | § | |
| ET AL. | § | |
| *Defendant's* | | |

United States District Court
District of Texas
FILED

JAN 1 0 2005

Michael ___ by
Clerk of Court

PLAINTIFF'S MOTION FOR VOLUNTARY DISSMISSAL

Plaintiff's files their notice of dismissal under Federal Rule of civil Procedure 41 (a) (2).

1. Plaintiffs are Luis C. Munoz and Carmela Munoz; defendants, are State Farm Lloyds, Tom Reed, Lee Olivo, Greg Drott, Mark Brown and Brain Robinson.

2. On May 11, 2004, plaintiff sued defendant. Amended original petition filed on July 13, 2004 in the District Court of Willacy County, Texas.

3. Defendant has been served with process and has filed an answer. A motion for summary judgment has not been filed by defendants. Defendants removed plaintiff's case to the U.S. District Court. Plaintiff's motion to remand is pending.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statue that requires an order of the court for dismissal for the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This suit is without prejudice.

9. Plaintiffs ask the court to dismiss their suit because plaintiffs plan to pursue common law claims, Malicious Prosecution, Abuse of Process and Slander in the Willacy County, Texas, District Court.

Respectfully Submitted,

_____
Gustavo Ch. Garza
363 W. Kimball St.
Raymondville, TX 78580
Phone No. 956-689-9040
Fax No. 956-689-6468
State Bar No. 07731700
Fed Id. 3946
ATTORNEY FOR PALINTIFFS

CERTIFICATE OF SERVICE

I certify that on Jan. 10, _____, 2005 a true and correct copy of Plaintiff's Motion for Voluntary Dismissal was mailed to Defendant's Counsel, Mr. Warren Taylor and Ms. Beth McCahill Taylor, 815 Walker, Ste. 250, Houston, Texas 77002 and Mr. Rene O. Oliviera, c/o Oliviera & Fischer, L.L.P., 855 W. Price Rd., Ste 9, Brownsville, Texas 78520-8718, by certified mail, return receipt requested.