IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ<br>   *Plaintiff's*<br>VS.<br><br>STATE FARM LLOYDS'<br>ET AL.<br>   *Defendant's* | §<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO: B-04-141 |

## ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

After considering Plaintiff's Motion for Voluntary Dismissal, the Court;

DENIES the motion.

GRANTS the motion and dismisses *without* prejudice.

SIGNED on _____, 2005.

_____
U.S. District Judge