United States District Court
Southern District of Texas
FILED

JAN 1 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| LUIS C. MUNOZ AND | § | |
| CARMELA MUNOZ | § | |
| *Plaintiff's* | § | |
| VS. | § | C.A. NO: B-04-141 |
| | § | |
| STATE FARM LLOYDS' | § | |
| ET AL. | § | |
| *Defendant's* | | |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs files their notice of dismissal under Federal Rule of Civil Procedure 41(a)(2).

### A. INTRODUCTION

1. Plaintiffs are Luis Carlos Munoz and Carmela Munoz; defendants are State Farm Lloyds, Tom Reed, Greg Drott, Brian Robinson, Mark Brown and Lee Olivo.

2. On May 11, 2004, plaintiff sued defendant for Breach of Contract, Duty of Good Faith and Unfair Settlement Practice and Deceptive Trade Practices Act.

3. Plaintiffs ask the court to dismiss their suit because plaintiffs plan to pursue common law claims in state court.

### B. ARGUMENT

3. The court may grant a motion for voluntary dismissal if the dismissal will not unfairly prejudice the nonmovant. Fed.R. Civ.P.41(a)(2); *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002).

4. Plaintiff seeks a dismissal because plaintiffs' plans to pursue common-law claims in state court and plaintiffs need to pursue their common-law claims before the statutes of limitation expire.

5. Plaintiffs requests that the dismissal be without prejudice to refiling the suit because defendant's common law defenses are available to them.

6. Defendant will not be prejudiced by the dismissal. *Elbaor*, 279 F. 3d at 317. The dismissal will not deny defendant any defense to which it is entitled. See, e.g., Ikospentakis v. Thalassic S.S. Agency, 915 F.2d 176, 177 (5th Cir. 1990).

7. Defendant has not filed a counterclaim.

8. Plaintiff has not been granted a dismissal of an action based on or including the same claims as those presented in this suit.

Respectfully Submitted,

Gustavo Ch. Garza
363 W. Kimball St.
Raymondville, TX 78580
Phone: 956-689-9040
Fax: 956-689-6468
State Bar: 07731700
Fed Id: 3946
ATTORNEY OF PLAINTIFFS

CERTIFICATE OF SERVICE.

I certify that on ___JAN. 10___, 2005 a true and correct copy of Plaintiffs' Memorandum Support of Motion for Voluntary Dismissal was mailed to Defendants' Counsel, Mr. Warren Taylor and Ms. Beth McCahill Taylor, 815 Walker, Ste. 250, Houston TX 77002 and Mr. Rene O. Oliviera, c/o Oliviera, & Fischer, L.L.P., 855 W. Price Rd., Ste 9, Brownsville, TX 78520-8718, by certified mail, return receipt requested.