IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ<br>*Plaintiff's*<br>VS.<br><br>STATE FARM LLOYDS' ET AL.<br>*Defendant's* | § § § § § § § § | C.A. NO: B-04-141 |

ORDER ON PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL

After considering Plaintiff's Memorandum in support of Motion for Voluntary Dismissal, the Court;

GRANTS the motion and Dismisses *without* prejudice.

SIGNED on _____, 2005.

_____
U.S. District Judge

APPROVED & ENTRY REQUESTED:

_____
Gustavo Ch. Garza