IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | |
| VS. | §<br>§ | CAUSE NO B-04-141 |
| STATE FARM LLOYDS | §<br>§ | |

## ORDER ON DEFENDANT STATE FARM LLOYDS' RESPONSE TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

On this day, the Court considered Plaintiffs' Motion for Voluntary Dismissal and, after review and consideration, is of the opinion that Plaintiffs' Motion for Voluntary Dismissal should be DENIED.

Signed _____, 2005.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

**TAYLOR & TAYLOR**
Warren Taylor
State Bar No. 19727200/Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 1336787/Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002-6707
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

By: *[signature]*
    Rene O. Oliveira
    State Bar. No. 15254700
    Federal I.D. No. 4033

*Attorneys for Defendant*
*STATE FARM LLOYDS*