IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO. B-04-141 |
| VS. | §<br>§<br>§ | |
| STATE FARM LLOYDS, ET AL. | § | |

## ORDER ON DEFENDANT STATE FARM LLOYDS' RESPONSE TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

On this day, the Court considered Plaintiffs' Motion for Voluntary Dismissal and, after review and consideration, is of the opinion that Plaintiffs' Motion for Voluntary Dismissal should be GRANTED. However, this Court has determined that Plaintiffs' claims should be dismissed with prejudice to protect the interests of Defendant.

It is therefore ordered that Plaintiffs' Motion for Voluntary Dismissal be GRANTED and Plaintiffs' claims against Defendants be DISMISSED WITH PREJUDICE.

Signed _____, 2005, in Brownsville, Texas.


_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

**TAYLOR & TAYLOR**
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 1336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002-6707
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

_____
Rene O. Oliveira
State Bar. No. 15254700
Federal I.D. No. 4033

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

2