United States District Court
Southern District of Texas
**FILED**
MAR 0 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | § § § | C.A. NO. B-04-141 |
| VS. | § § | |
| STATE FARM LLOYDS | § | JURY DEMANDED |

## AFFIDAVIT

STATE OF TEXAS     §
                   §
COUNTY OF HARRIS   §

My name is Warren Taylor. I am over the age of eighteen years and am fully competent to make this affidavit of my own personal knowledge.

I am one of the attorneys of record for State Farm Lloyds in this case. I am licensed to practice law in the State of Texas, having been admitted to the State Bar in 1981. I am also admitted to practice before the Supreme Court of the United States of America, the Fifth Circuit Court of Appeals, and the United States District Courts for the Southern, Eastern and Western Districts of Texas. I am certified by the Texas Board of Legal Specialization in both Personal Injury Law and in Civil Trial Law. I graduated from the University of Texas in 1978 and from the University of Michigan Law School in 1981.

I have personally tried sixteen fire loss cases, five of which were tried in the Southern District of Texas. I have also handled a number of removals to Federal Court, including contested removals based on fraudulent joinder. I was lead counsel for State Farm in the case of *Griggs v. State Farm Lloyds*, 181 F.3d 694 (5th Cir. 1999); which is a leading case in the Fifth Circuit on fraudulent joinder.

Based on my experience in the fire cases and the removals referenced above, as well as my twenty-three years' experience as an attorney, I am familiar with the reasonable rates for handling a matter such as this case. I am also familiar with the preparation, research and writing necessary to handle a contested removal, as well as the time necessary to properly address these issues.

My usual rate on insurance cases is $205.00 per hour, which is the rate I charge State Farm on all matters, including this case. That is a reasonable fee for this case, particularly in light of my unique experience on contested fraudulent joinder issues. My associate attorneys are billed at $130.00 per hour, which is also a reasonable fee for the services they provide. My paralegals are billed at $75.00 per hour, which is likewise a reasonable fee.

My co-counsel in this case is Rene Oliveira, who graduated from University of Texas in 1976, and from University of Texas Law School in 1979. His rate is $175.00, which is a reasonable rate for an attorney of his experience.

State Farm Lloyds has incurred $15,806.50 in fees and $1,258.72 in expenses as indicated on Exhibit B. These fees and expenses are reasonable and necessary for the removal, matters unique to federal court (such as the Joint Case Management Plan) and the removal and opposition to remand and nonsuit.

Attached as Exhibit A is my Curriculum Vitae, which fairly and accurately summarizes my qualifications. Attached as Exhibit B is a copy of the billing in this case related only to the removal to federal court and proceedings unique to federal court practice, the removal, and the opposition to remand and nonsuit. This does not include any time for addressing the merits of the case, such as file review and meetings with witnesses.

FURTHER AFFIANT SAYETH NOT.

_____
WARREN TAYLOR

SWORN TO and SUBSCRIBED before me by WARREN TAYLOR on February 28, 2005.



_____
Notary Public, State of TEXAS

2