# WARREN TAYLOR
### ATTORNEY AT LAW

## PROFESSIONAL QUALIFICATIONS

### Courtroom Experience
Twenty three years of defense practice, with more than fifty jury and nonjury trials concerning a broad range of cases, including first party "bad faith" insurance claims, arson claims, products liability, medical malpractice, legal malpractice, commercial litigation and personal injury cases.

### Appellate Experience
First chair on more than thirty appeals, including numerous appeals that resulted in published opinions, and several frequently cited published opinions.

### Certifications and Honors
| | | |
|---|---|---|
| Board Certified: | Civil Litigation, Texas Board of Legal Specialization | 1992-present |
| Board Certified: | Personal Injury Trial, Texas Board of Legal Specialization | 1992-present |
| Named: | Texas Monthly Super Lawyer | 2003 |

## MEMBERSHIPS AND ADMISSIONS

### Admitted to
The Supreme Court of the United States of America
The United States Fifth Circuit Court of Appeals
The United States District Court for the Southern, Eastern and Western Districts of Texas
The State Bar of Texas

### Member
State Bar of Texas; Houston Bar Association; Texas Association of Defense Counsel; Defense Research Institute; Houston Medical-Legal Society; Texas Bar Foundation; Houston Bar Foundation; Sports Law Association; Litigator, Unauthorized Practice of Law Committee (1989-1996); Investigator, Unauthorized Practice of Law Committee (1989-1996); Texas Association of Defense Counsel

## EMPLOYMENT

Taylor & Taylor, Founding Partner, May, 1995
Floyd, Taylor & Riley, Founding Partner, July, 1986-May, 1995
Butler & Binion, Associate attorney, May, 1981-July, 1986

## EDUCATION

University of Michigan, J.D., May 1981; Licensed October, 1981
University of Texas, B.A., Liberal Arts (Honors Program), May 1978, with Honors



## ARTICLES AND PRESENTATIONS

Speaker:   Medicine and Law Committee of the ABA Tort Trial and Insurance Practice Section: "Toxic Mold: Myth or Mayhem?" — May 2003
Texas Insurance Law Symposia: "Challenging Experts in Insurance Claims" — 2003
Texas Insurance Law Symposia: "Homeowner Coverage Issues" — 2002
Texas Insurance Law Symposia: "Witness Preparation" — 2000
Texas Insurance Law Symposia: "The Proper Defendants" — 1999
Texas Insurance Law Symposia: "How to Win Your Case In Voir Dire" — 1998
Wearing the Bull's Eye — 1999
Texas Automobile Insurance Law Seminar — 1998
Texas Insurance Law Seminar – From Nuts and Bolts to Tips and Tricks — 1997, 1998
Texas Insurance Law Bad Faith Claims Seminar — 1994 & 1995

Author:    "'Toxic' Mold: Defense Perspective" — May 2003
"Homeowner Coverage Issues (Or, How the Texas Supreme Court Accidentally Slew the Golden Goose, Opened Pandora's Box and Changed the Nature of Insurance in Texas)" — 2002
"Good Faith Witness Preparation in a Bad Faith Age" — November 2000
"Identifying the Proper Defendants" — November 1999
"10 Cases Every Adjuster Should Know" — June 1999
"Alternatives to Suit: Judicial Interpretation of the Appraisal Clause" — June 1999
"When Is It Over? Statutes of Limitations on Insurance Claims" — June 1999
"How to Win Your Case In Voir Dire - A Defense Perspective" — November 1998
"Defending an "Evil Empire"? Seven Steps to Courtroom Success in Defending Insurance Companies," The Texas Lawyer — September 1997
"Appellate Review of Jury Verdicts Finding a Breach of Duty of Good Faith and Fair Dealing" — 1995
"Deceptive Trade Practices Act and Insurance Code Update" — 1995
"The Third Party Extra-Contractual Cause of Action in Texas: Does One Exist?" — 1994
"Appellate Review of Jury Verdicts Finding a Breach of Duty of Good Faith and Fair Dealing" — 1994

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | § § § | C.A. NO. B-04-141 |
| VS. | § § | |
| STATE FARM LLOYDS | § § | JURY DEMANDED |

### ACCOUNTING OF ATTORNEYS' FEES RELATED TO REMOVAL AND OPPOSITION TO REMAND

**Taylor & Taylor Billing:**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 1/30/05 | L. Tsai | Draft Supplemental Response to Plaintiffs' Motion to Dismiss. | 1.9 | $247.00 |
| 1/27/05 | W. Taylor | Review Plaintiff's Response to Defendant's Opposition regarding Motion for Non Suit. | .1 | $20.50 |
| 1/24/05 | W. Taylor | Review Plaintiff's new Petition (.2); brief review of statute of limitation issue and federal court's power to stay (.4). | .6 | $123.00 |
| 1/19/05 | W. Taylor | Prepare Response to Motion to Dismiss (.3). | .3 | $61.50 |
| 1/18/05 | W. Taylor | Review memorandum and order granting 12b6 and denying remand (.2); prepare Response to Motion to Dismiss (.3). | .5 | $102.50 |
| 1/17/05 | L. Tsai | Draft Response to Plaintiff's Motion for Voluntary Dismissal. | 4.9 | $637.00 |
| 1/16/05 | W. Taylor | Additional research regarding dismissal. | .4 | $82.00 |
| 1/14/05 | W. Taylor | Review Plaintiff's Motion to Dismiss and research regarding same. | .6 | $123.00 |
| 12/20/04 | L. Tsai | Draft responses/answers to interrogatories. | 3.9 | $507.00 |
| 12/18/04 | W. Taylor | Prepare Answers to Interrogatories for Drott, Reed, Brown and State Farm Lloyds. | .6 | $123.00 |



| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 12/17/04 | W. Taylor | Review scheduling order. | .1 | $20.50 |
| 12/08/04 | W. Taylor | Review Plaintiff's Interrogatories to State Farm. | .2 | $41.00 |
| 11/18/04 | W. Taylor | Review Plaintiff's Initial Disclosures and affidavits (.3); review Plaintiff's Response to 12b6 Motion and prepare Reply (.6). | .9 | $184.50 |
| 11/18/04 | L. Tsai | Check and enter cites for responses to Plaintiff's Reply to State Farm's 12b6 Motion. | .4 | $52.00 |
| 10/26/04 | W. Taylor | Review and approve Initial Disclosures. | .1 | $20.50 |
| 10/25/04 | W. Taylor | Conference with Mr. Oliveira and attend hearing on 12b6 Motion for Remand (2.4); return travel from Brownsville (3.3); telephone conference with client regarding results of hearing (.1). | 5.8 | $1,189.00 |
| 10/24/04 | W. Taylor | Travel to Brownsville, Texas and prepare for hearing on 12b6 Motion and Plaintiff's Motion for Remand. | 5.2 | $1,066.00 |
| 10/13/04 | W. Taylor | Review Order Denying Continuance and Amended Order Granting Continuance (.1); prepare for hearing on Remand (.6). | .7 | $143.50 |
| 10/12/04 | S. Winn | Continue preparation of Initial Disclosures. | .7 | $52.00 |
| 10/07/04 | W. Taylor | Review research regarding 1 year rule as cited by Plaintiff as well as waiver of four defects (.2); prepare Response to Verified Plea (.2). | .4 | $82.00 |
| 10/07/04 | L. Tsai | Research claimed defects in notice of removal and waiver. | 1.7 | $221.00 |
| 10/06/04 | L. Tsai | Research response deadline for Motion for Remand. | .2 | $26.00 |
| 9/30/04 | W. Taylor | Telephone conference with Gustavo Garza regarding Joint Case Management Plan (.3); revise plan per conference (.1). | .4 | $82.00 |

2

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 9/29/04 | W. Taylor | Prepare Response to Verified Plea. | .2 | $41.00 |
| 9/28/04 | L. Tsai | Revise Joint Case Management Plan. | .8 | $104.00 |
| 9/24/04 | L. Tsai | Draft Response to Plaintiff's Amended Motion to Remand (2.1); research post-Griggs cases (1.2). | 3.3 | $429.00 |
| 9/23/04 | W. Taylor | Review Plaintiff's Verified Plea to the Jurisdiction (.1); complete Response to Motion to Remand and outline Response to Verified Plea (.2). | .3 | $61.50 |
| 9/23/04 | L. Tsai | Draft Joint Case Management Discovery Plan. | 1.3 | $169.00 |
| 9/23/04 | S. Winn | Assist in preparing Joint Case Management Plan. | .2 | $15.00 |
| 9/21/04 | L. Tsai | Revise Response to Plaintiff's Motion to Remand. | .4 | $52.00 |
| 9/20/04 | W. Taylor | Prepare Response to Motion to Remand. | .3 | $61.50 |
| 9/17/04 | L. Tsai | Finish drafting Response to Plaintiff's Motion to Remand. | 3.8 | $494.00 |
| 9/16/04 | L. Tsai | Prepare Response to Plaintiff's Motion to Remand. | 2.7 | $351.00 |
| 9/15/04 | W. Taylor | Review service information on Notice of Removal (.1); continue preparation of Response to Motion to Remand (.2). | .3 | $61.50 |
| 9/15/04 | L. Tsai | Researching time period for response to Motion for Remand. | .3 | $39.00 |
| 9/13/04 | W. Taylor | Review plaintiff's Motion to Remand and outline Response. | .2 | $41.00 |
| 9/1/04 | W. Taylor | Complete and file 12b6 Motion. | .3 | $61.50 |
| 9/1/04 | S. Winn | Assist with preparation of Motion to Dismiss, including review statements for accurate facts. | 2.5 | $187.50 |
| 8/31/04 | W. Taylor | Review Request for Production and Request for Admissions to State Farm and prepare responses (.3); telephone conference with client regarding 12b6 Motion (.2). | .5 | $102.50 |

3

# TAYLOR & TAYLOR
## ATTORNEYS AT LAW
815 WALKER STREET, SUITE 250
HOUSTON, TEXAS 77002
(713) 615-6060

## TELECOPY TRANSMITTAL LETTER

Total number of pages, including this cover letter: __16__

**DATE:**        March 1, 2005

**FROM:**        Warren Taylor — Beth M. Taylor
**FAX NO.:**     (713) 615-6070

**TO:**          Judge Tagle's office
**FAX NO.:**     (956) 574-7416

**RE:**          *Munoz v. State Farm*

**NOTE:**        **Original to follow via U.S. Express Mail.**

**CONFIDENTIALITY NOTICE:** The information contained in this message and the accompanying documents is confidential information that is legally privileged and intended only for the use of the above-named recipient. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this telecopy to the named recipient, please notify us immediately to arrange for the return of the original documents to us. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

If you do not receive all the pages, please contact sender at (713) 615-6060