UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 8 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LUIS C. MUNOZ and § | |
| CARMELA MUNOZ, § | |
| Plaintiffs § | |
| V. § | CASE NO. B-04-141 |
| § | |
| STATE FARM LLOYDS, *et al.*, § | |
| Defendant § | |

### ELECTION TO WITHDRAW MOTION FOR VOLUNTARY DISMISSAL BY LUIS C. MUNOZ AND CARMELA MUNOZ

TO THE HOROABLE COURT;

COMES NOW, Petitioner Luis C. Munoz and Carmela Munoz by and through their attorney, Gustavo Ch. Garza and file their Election to Withdraw their Motion for Voluntary Dismissal.

Respectfully Submitted,

_____
Gustavo Ch. Garza
705 W. Hwy 100 Ste. "A"
Los Fresnos, Texas 78566
Phone no. 956-233-5614
Fax no. 956-233-6596
State Bar No. 07731700
Fed Id no. 3946

CERTIFICATE OF SERVICE

I certify that on __MAR 8__, 2005 a true and correct copy of Plaintiffs Election to Withdraw their Motion for Voluntary Dismissal was mailed to defendant's counsel, Mr. Warren Taylor and Ms. Beth Taylor at 815 Walker, Ste.250, Houston, Texas 77002 and Mr. Rene Oliviera, c/o Oliviera & Fisher, L.L.P., 855 W. Price Rd. Ste. 9, Brownsville, Texas 78520-8718, by U.S. Mail.

Gustavo Ch. Garza