IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS | §<br>§ | |
| Defendant. | §<br>§ | |

### ORDER

BE IT REMEMBERED that on March 9, 2005, considered plaintiffs' "Election to Withdraw Motion for Voluntary Dismissal," Dkt. No. 31. The motion seeks withdrawal of the plaintiffs' motion to voluntarily dismiss, Dkt. No. 23 & 24.

The Court **GRANTS** the plaintiffs' motion to withdraw, Dkt. No. 31. Accordingly, plaintiffs' motion to voluntarily dismiss, Dkt. Nos. 23 & 24, is therefore **MOOTED**.

This case shall proceed as scheduled. See Dkt. No. 22 (scheduling order).

DONE at Brownsville, Texas, this 9 day of March, 2005.

Hilda G. Tagle
United States District Judge

1