IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO. B-04-141 |
| VS. | §<br>§ | |
| STATE FARM LLOYDS | §<br>§ | |

### ORDER ON DEFENDANT STATE FARM LLOYDS'
### AGREED MOTION TO WITHDRAW ALL PENDING
### REQUESTS FOR SANCTIONS AND/OR COSTS AS MOOT

On this day, the Court considered Defendant's Motion to Withdraw all Pending Requests for Sanctions and/or Costs as Moot and, after review and consideration, is of the opinion that Defendant's Motion should be GRANTED.

All pending requests for sanctions and/or costs are denied as MOOT.

Signed _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

**TAYLOR & TAYLOR**

*/s/ Warren Taylor*

Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 1336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002-6707
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar. No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira, & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS