United States District Court
Southern District of Texas
ENTERED

MAR 1 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and CARMELA MUNOZ, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS | § § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on March 17, 2005, the Court considered defendant State Farm Lloyds' ("State Farm") "Agreed Motion to Withdraw All Pending Requests for Sanctions and/or Costs as Moot." Dkt. No. 34.

On March 9, 2005, the Court ordered plaintiffs' attorney, Mr. Gustavo Ch. Garza, to submit a brief by March 16, discussing the propriety of his filing duplicate actions in state and federal court against State Farm and why sanctions should not be levied against him personally pursuant to FRCP Rule 11 and 28 U.S.C. § 1927. The day before Mr. Garza's brief was due, State Farm filed the motion before the Court. Dkt. No. 34. Therein, State Farm states that its counsel has conferred with Mr. Garza and reached the following agreement:

    a.    The Munozes agree to dismiss the State Court action and that the dismissal is with prejudice as to the Munozes' claims against Mark Brown, Greg Drott, Tom Reed, Lee Olivo, and Brian Robinson;

    b.    The Munozes agree to pursue claims against only State Farm Lloyds and to proceed in the Federal case; and

    c.    In exchange, State Farm will file a Motion to Withdraw all pending requests for sanctions, attorney's fees, costs, etc.

Dkt. No. 34.

1

State Farm's motion to withdraw all pending requests for sanctions and/or costs is hereby **GRANTED**. Dkt. No. 34. Therefore, State Farm's motion for sanctions, Dkt. No. 28, is **MOOT**. This case shall proceed as ordered. See Dkt. No. 22 (scheduling order).

DONE at Brownsville, Texas, this 17 day of March, 2005.

Hilda G. Tagle
United States District Judge