**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
FILED

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

APR 1 3 2005

Michael N. Milby
Clerk of Court

| | Brownsville | | B-04-141 |
|---|---|---|---|

Luis C. Munoz and Carmela Munoz

State Farm Lloyds

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| | David L. Rusnak, Esq. |
|---|---|
| | Scoggins & Goodman, P.C. |
| | 245 Peachtree Center Ave, NE, Ste. 2800 |
| | Atlanta, GA 30303-1227 |
| | 404-659-1000 |
| | TX Bar No. 17404500; GA Bar No. 620170 |
| | NDTX; ND GA; MD GA |

**Seeks to appear as the attorney for this party:**

Luis C. Munoz and Carmela Munoz



**Dated:** 04/01/2005     **Signed:**

**ORDER**

**This lawyer is admitted *pro hac vice*.**

**Signed on** _____, _____.     _____
                                              **United States District Judge**

SDTX (d_prohac.ord)
02/03/98