UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Southern District of Texas
ENTERED
APR 1 5 2005

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | Brownsville | | B-04-141 |
|---|---|---|---|

Luis C. Munoz and Carmela Munoz

State Farm Lloyds

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

David L. Rusnak, Esq.
Scoggins & Goodman, P.C.
245 Peachtree Center Ave, NE, Ste. 2800
Atlanta, GA 30303-1227
404-659-1000
TX Bar No. 17404500; GA Bar No. 620170
NDTX; ND GA; MD GA

Seeks to appear as the attorney for this party:

Luis C. Munoz and Carmela Munoz

Dated: 04/01/2005     Signed: _____

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on April 15, 2005     _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98

