United States District Court
Southern District of Texas
FILED

JUN 0 3 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ | § § § | C.A. NO. B-04-141 |
| VS. | § § § | |
| STATE FARM LLOYDS | § | JURY DEMANDED |

### CERTIFICATE OF WRITTEN DISCOVERY

I hereby certify that a copy of the following discovery:

**Defendant State Farm Lloyds' Rule 26(A)(2) Expert Disclosures.**

was served on the Plaintiffs, by and through their attorney of record, on this 31st day of May, 2005.

Respectfully submitted,

OF COUNSEL:

**TAYLOR & TAYLOR**

Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Kristie E. Johnson
State Bar No. 24038382
Federal I.D. No. 35405
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Defendant's Certificate of Written Discovery has been forwarded to all counsel of record by facsimile and/or hand delivery and/or certified mail, return receipt requested on this 31st day of May, 2005.

*[signature]*

Warren Taylor