IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and <br> CARMELA MUNOZ <br> Plaintiffs, <br> <br> v. <br> <br> STATE FARM LLOYDS, <br> <br> Defendants, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. B-04-141 <br> <br> <br> <br> <br> JURY DEMANDED |

## PLAINTIFF LUIS C. MUNOZ'S RESPONSES AND OBJECTIONS TO DEFENDANT STATE FARM LLOYD'S FIRST SET OF INTERROGATORIES TO PLAINTIFF LUIS C. MUNOZ

COMES NOW the Plaintiff Luis C. Munoz ("Munoz") and serves his response to Defendant State Farm Lloyd's First Set of Interrogatories to Plaintiff Luis C. Munoz ("Interrogatories") as follows:

## AGREEMENT OF COUNSEL GOVERNING TIME PERIOD FOR REQUESTS FOR PRODUCTION OF DOCUMENTS

Counsel for Munoz, Defendant Carmela Munoz and Defendant State Farm Lloyd ("Defendant") have agreed that the applicable time period for the Interrogatories shall be five (5) years preceding the date of the Interrogatories.

## GENERAL OBJECTIONS

Munoz objects to each of the Interrogatories and definitions to the Interrogatories to the extent that the Interrogatories and definitions to the Interrogatories: (a) seek information

regarding communications between Munoz and his legal counsel on the grounds that such communications are privileged an are not subject to discovery; (b) seek information regarding materials prepared by or for Munoz or his representatives in anticipation of litigation or for trial on the grounds that Defendant has not made the required showing for the discovery of such work product material under Rule 26(b)(3); and (c) impose duties and obligations upon Munoz that exceed the requirements of Rules 26, 34 and 37.

RESPONSES

Subject to the foregoing General Objections, which are specifically incorporated herein as if set forth verbatim in each of the following responses, Munoz responds as follows:

INTERROGATORY NO. 1: State your full name, age, date and place of birth, social security number, driver's license number, whether there are any restrictions on such license or licenses, and whether you have ever used any other name. If so, give the other name(s).

ANSWER:  Luis C. Munoz;
41 yrs old; DOB: 2/1/1964;
Matamoros, Tamp., Mexico
SS #: 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;
FL DL: M520523640410, with no restrictions
I have not used any other names.

INTERROGATORY NO. 2: Give your present address and all other addresses where you have lived during the past five (5) years and identify by name, present telephone number, present address and relationship to you, each and every individual living with you at each such address.

ANSWER:  1.) P.O. Box 1095
Wells St.
Lasara, TX 78594
Carlos Munoz, son
Santos and Maria Munoz, parents

2.) 27457 Voyager Dr.
Punta Gorda, FL 33983
Lived with employee.

3.) Dewitt House
Humphrey Rd.
Raymondville, TX 78580
Carmela Villarreal, ex-wife
Carlos Munoz, son

4.) Best Western Motel
118 N. Exp. 77
Raymondville, TX 78580
Carmela Villarreal, ex-wife
Carlos Munoz, son

5.) 188 Texas Drive
Raymondville, TX 78580
Carmela Villarreal, ex-wife
Carlos Munoz, son

6.) 829 W. White St.
Raymondville, TX 78580
Carmela Villarreal, ex-wife
Carlos Munoz, son

**INTERROGATORY NO. 3:** State what education you have had, including the names and addresses of the school s you have attended and list all diplomas or degrees you have received.

ANSWER: 1983 Graduate of Lyford High School, P.O. Box 220, Lyford, TX 78569

1984-1985; Texas State Technical College: Associate Degree in Building Construction and Technology.

**INTERROGATORY NO. 4:** State your marital history, (whether common-law or not) including in your answer, the following information:

    a.    The name of your present spouse and the date of your marriage;
    b.    Whether or not you are now living with your spouse, and if not, your spouse's present address; and
    c.    The name and address of any previous spouse, the date of all previous marriages, and when the marriage took place. If divorced, give the year of divorce and the court, county, and state in which the divorce action was filed and granted.

**ANSWER:** I am not presently married. I was previously married to Carmela S. Munoz. We were divorced on 4/19/04 by order of the 357 District Court, Willacy County, Texas.

**INTERROGATORY NO. 5:** State the following information regarding your employment history for the five (5) years prior to the date of the accident made the basis of this suit to the present:

    a.    The name and address of each employer for whom you worked;
    b.    The period of time you worked for each employer and the reason each employment terminated.
    c.    The name of your immediate supervisor while working for each employer;
    d.    What you earned per hour in each employment and your average weekly wage in each employment; and
    e.    The nature of your duties in each employment.

**ANSWER:** For the past five years I have been self-employed. I own and operate a sole proprietorship doing business under the trade name Munoz Roofing and Construction.

**INTERROGATORY NO. 6:** Identify by name each person associated with State Farm Lloyds or any related State Farm company with whom you have had any contact (verbal or written)

regarding this claim, state the nature and extend of the contacts, and identify, by names and addresses, all witnesses to any such contact between you and any employee, agent or representative of the company.

ANSWER:   1.) Mark Brown; I reported the fire to Mr. Brown over the telephone. I know of no witnesses to that telephone conversation.

2.) Lee Olivo; I met with Mr. Olivo regarding the claim. Carmela Villarreal was present during this meeting.

3.) Mack L. Fuller; Mr. Fuller interviewed me concerning the claim. There were no witnesses to that interview.

4.) Tom Reed and Brian Robinson; Messers. Reed and Robinson corresponded with me by letters regarding the claim.

5.) Larry Kurth; Mr. Kurth took a sworn statement under oath from me. I know of no witnesses to that interview.

INTERROGATORY NO. 7: Identify, by names and addresses, all persons with whom you discussed the fire in question within 72 hours of the time you first became aware of it.

ANSWER:   I discussed the fire with various officers of the Raymondville Police Department and the Raymondville Fire Department (but I do not recall the names of the officers). ; Fred Ramirez; Carmela Munoz; Employees of Munoz Roofing & Construction

including Ruben Perez, Raul Gonzalez, Humberto Rodriguez, Joe Trevino, Robert Perez, Eduardo Quintanilla (painter); Omel Rodriguez; State Farm representatives Lee Olivo, Mark Brown, Tom Reed, and State Fire Marshall Investigator R. Garcia.

**INTERROGATORY NO. 8:** If you or any member of your family is claiming bodily injury or mental anguish inn this lawsuit, please identify every counselor, psychiatrist, psychologist, doctor, or other practitioners of the healing or counseling arts that you saw or were treated by and all hospitals or institutions on which you sought treatment during the ten (10) years prior to the incident giving rise to this suit to the present, and list the name, address, telephone number and the dates and type of treatment received from each such provider. This includes both your physical medical care and your mental/emotional health care.

**ANSWER:**   None.

**INTERROGATORY NO. 9:** Please identify every counselor, psychiatrist, psychologist, doctor, or other practitioners of the healing or counseling arts that you saw or were treated by and all hospitals or institutions on which you sought treatment since the incident giving rise to this suit to the present, and list the name, address, telephone number and the dates and type of treatment received from each such provider. This includes both your physical medical care and your mental/emotional health care.

ANSWER:   None.

INTERROGATORY NO. 10: State whether you have ever been convicted of or pleaded guilty to any felony offence or misdemeanor involving moral turpitude, and whether you have ever been in any jail or prison and, if so, give the name and location of any jail or prison in which you have been confined and the date, nature, and ultimate disposition of the offence you were charged with. State whether you are presently on probation in connection with any conviction and, if so, the name and location of your probation officer.

ANSWER:   None.

INTERROGATORY NO. 11: State the amount of taxable income that you reported for the past ten years. If you will do so without a formal request for production, attach to your answers to these interrogatories a copy of your income tax return for each of the aforesaid years.

ANSWER:   Please see copies of my Tax Returns for the years 1999- 2003 which are being produced to Defendant in response to Defendants First Requests for Production of Documents to me.

INTERROGATORY NO. 12: State the name and address of each bank, savings and loan, credit union, trust company or other savings, banking or investment institution, with whom you have had accounts in the past five (5) years, including the account numbers and the type of account.

ANSWER: Texas State Bank, Raymondville, TX. At Texas State Bank I had the following accounts: Checking; Savings;

INTERROGATORY NO. 13: Identify by name, telephone number and address, each creditor to whom you have owed money in the past five (5) years. This includes individuals, banks, savings and loans, credit card companies, retail suppliers or any other institutions or entities, and whether or not the transaction was legal or illegal.

ANSWER: Rodriguez Ford; 363 W. Kimball Ave., Raymondville, TX 78580

Ben Capetillo

Ford Motor Credit Company

All such transactions were legal.

INTERROGATORY NO. 14: Identify each expense incurred by you on a monthly basis in the six months preceding the fire. Your answer should include the type of expense (e.g. mortgage payment or rent), the entity to whom paid, and the amount of the expense.

ANSWER: Automobile Loan Payment for Ford Expedition: $563.00; Automobile Loan Payment for Ford 250, Ford Motor Credit; Electricity: $150.00; Water: $60.00; Phone: $120.00; Insurance: (Home) $120.00; State Farm Insurance, Agent Mark Brown, 839 W. Hidalgo Ave., Raymondville, TX 7850; Insurance (Medical): $56.00 Work Insurance; Credit Cards: $150.00

INTERROGATORY NO. 15: State whether any of the expenses identified in Interrogatory No. 18 were not timely paid. Include in your answer the expense not timely paid, the length of the delay, and the reason for the delay.

ANSWER: We occasionally paid bills between 5 to 10 days late.

INTERROGATORY NO. 16: Identify each and every piece of real property which you have owned, owned an interest to, and/or upon which you have executed a purchase contract on in the past five years, including a statement of the size and location of the property and the nature and extent of your interest.

ANSWER:   1.) 829 W. White St.
              Raymondville, TX 78580
          2.) 363 W. Kimball St.
              Raymondville, TX 78580

3.) 5 ½ lots immediately adjacent to 363 W. Kimball St., Raymondville, Tx. 78580

**INTERROGATORY NO. 17:** Identify by name and address any and all insurance carriers with which you have applied for and/or with which you have carried and homeowner's policy of insurance within the last six (6) years, and if your application was turned down or an issued policy was terminated from any such carrier, please state the date and reason any such application was turned down or policy terminated.

ANSWER:   State Farm Insurance, Mark Brown Insurance Agency
389 W. Hidalgo Ave.
Raymondville, TX 78580

**INTERROGATORY NO. 18:** State whether you or any members of your family (or household) have ever made a claim under an insurance policy or any other type of claim and/or lawsuit for personal injury or property damage against any person, firm, corporation, insurance company, or governmental agency and, if so, give the dates of such claims or lawsuits and the details surrounding such claims or lawsuit, including the damages alleged and the result of the claim.

ANSWER:   1.) Fire loss of shed located at 829 W. White St. in 2/2000

2.) Stove Fire at 829 W. White St. in 11/1998

3.) Fire loss of home at 829 W. White on 1/1/2003

4.) Auto accident in 2/2004

5.) Auto accident in 2000.

6.) Auto accident in 1999.

INTERROGATORY NO. 19: Identify any photographs or other tangible evidence which you may have in your possession or constructive possession or of which you may be aware, which would in any way depict, reflect, or relate to any matters which may be at issue in this lawsuit. Identify these photographs or other tangible evidence by description, name, and address of present custodian, and summary of the contents of such photographs or other tangible evidence. If you will do so without a formal request for production, please attach copies of such photographs or other tangible evidence to your answers.

ANSWER: Photographs and videos of Carmela Munoz and Carlos Munoz in Orlando, FL; Photographs of 829 W. White St. before and after the fire.

INTERROGATORY NO. 20: Identify with specificity any damages you allege were incurred by you as a result of any conduct by Defendant. Include in your answer the dollar amount of each claim and the reason you believe the damage was incurred.

ANSWER: 1.) I have incurred damages for failure of Defendant to pay living expenses in the amount of $2400.00; failure of Defendant to pay for damage to personal property in an amount not less than $104,700; failure of Defendant to pay for damage to the structure at 829 W. White St. in an amount not less than $153,560; loss of business revenue in an amount not yet to be determined; reasonable and necessary attorneys fees and costs as provided by Tex. Civ. Prac. & Rem. Code § 38.001, et seq.; reasonable and necessary attorneys fees and costs and additional damages as provided by Article 21.21 of the Texas Insurance Code and Section 17.50

of the Deceptive Trade Practices-Consumer Protection Act; and, exemplary damages as provided by Section 41.003 of the Civil Practice and Remedies Code.

INTERROGATORY NO. 21: Identify every statement you contend was a defamatory remark or slander by Defendant. Include in your answer the substance of the statement, the name and address of the person who made the statement, the name and address of the person to whom the statement was made, and the date and place the statement was made.

ANSWER: Tom Reed stated to Carmela Munoz, "What makes you so sure that your husband didn't burn down your house?"

INTERROGATORY NO. 22: Identify the ways you contend you have been "injured in your business reputation, good name, and/or standing in the community," or been "exposed to the hatred, contempt, and ridicule of the public in general as well as of [your] clients, friends, and relatives."

ANSWER: My wife came to doubt my honesty and integrity which led to our divorce, many of my friends, acquaintances, and clients now think that I am an arsonist and have stopped socializing with me or doing business with Munoz Roofing and Construction.

<u>**INTERROGATORY NO. 23:**</u> With regard to your allegation that Defendant surreptitiously sought in the indictment of Plaintiff Luis C. Munoz, please state the facts upon which you base such an allegation, and identify all documents which you believe would support your allegation.

<u>**ANSWER:**</u>   Without notice of Defendants actions or intent to obtain an indictment against me, Defendant's representatives repeatedly met with officers of the Raymondville Police Department and provided that police department with certain information concerning my actions immediately prior to the fire and my personal affairs intended to incriminate me to the exclusion of other more likely suspects.

AS TO OBJECTIONS:

*[signature]*

Gustavo Ch. Garza
705 W. Hwy. 100, Ste. A
Los Fresnos, TX 78566
(956) 233-5614 Tel.
(956) 233-6596 Fax.
State Bar No. 07731700
Federal Id No. 3946

David L. Rusnak
Of Counsel
Scoggins & Goodman, P.C.
2800 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1227
(404) 659-1000 Tel.
(404) 659-3021 Fax.
Texas Bar No. 17404500
Georgia Bar No. 620170
Admitted Pro Hoc Vice

AS TO ANSWERS:

*[signature]*

Luis C. Munoz

## VERIFICATION

Before me, the undersigned notary public, personally appeared Luis C. Munoz, being first duly sworn, who stated as follows:

Exhibit A, Page 14

138478v1 097-24101

My name is Luis C. Munoz. I am over the age of 18 years and competent to make this verification. I have personal knowledge of all facts stated in these responses, and all such facts are true and correct to the best of my knowledge, information and belief.

By: _____

Sworn to and subscribed before me this the ____ ~~day of July 2005.~~ August 1, 2005

_____
Notary Public

My Commission Expires:

(AFFIX NOTARIAL SEAL)

> SEAN OSBORN
> Notary Public
> STATE OF TEXAS
> My Comm. Exp. 05-06-2006