IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND | § | CAUSE NO B-04-141 |
| CARMELA MUNOZ | § | |
| | § | |
| VS. | § | |
| | § | |
| STATE FARM LLOYDS | § | |

### AFFIDAVIT OF TOM REED

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF NUECES | § |

On this day, TOM REED appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

1. "My name is Tom Reed. I am over the age of eighteen, I have never been convicted of a felony or crime involving moral turpitude, and I am otherwise competent to make this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an insurance adjuster licensed to handle claims in Texas, and have been since 1986.

3. I am a State Farm Claim Representative. On January 3, 2003, I began working on behalf of State Farm Lloyds on Mr. and Mrs. Munoz's claim resulting from the January 1, 2003, fire at 829 West White Avenue, Raymondville, Texas 78580.

4. During the time I worked on the Munozes' claim, I documented my meetings with Mr. and Mrs. Munoz. Throughout the handling of the claim, I dealt mainly with Mr. Munoz. I met in person with Mrs. Munoz on two occasions. On February 11, 2003, Mrs. Munoz stopped by the house while I was there for an interior inspection of the home. On February 24, 2003, I met with Mrs. Munoz in order to obtain her recorded statement.

5. On August 5, 2003, I attended Mrs. Munoz's Examination Under Oath. However, I did not speak to Mrs. Munoz outside the presence of other persons.

6. I do not believe I had any further conversations with Mrs. Munoz."

FURTHER AFFIANT SAYETH NOT.

Exhibit D, Page 1



_____ Tom Reed _____
Tom Reed

SUBSCRIBED AND SWORN TO BEFORE ME by Tom Reed on this 2nd day of September, 2005, to certify which witness my hand and seal of office.

_____ Annabelle Maldonado _____
Notary Public, State of Texas

My Commission Expires: 3/25/08