IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO B-04-141 |
| VS. | §<br>§ | |
| STATE FARM LLOYDS | §<br>§ | |

## ORDER GRANTING
## DEFENDANT STATE FARM LLOYDS' MOTION FOR PARTIAL SUMMARY
## JUDGMENT ON PLAINTIFF LUIS C. MUNOZ'S CLAIM FOR SLANDER PER SE

On this day, the Court considered Defendant State Farm Lloyds' Motion for Partial Summary Judgment, Plaintiff's response, and the arguments of counsel. The Court finds that State Farm Lloyds is entitled to judgment as a matter of law on Plaintiff Luis C. Munoz's claim for slander per se. Therefore, the Court **GRANTS** Defendant State Farm Lloyds' Motion for Partial Summary Judgment on Plaintiff Luis C. Munoz's Claim for Slander Per Se.

It is therefore **ORDERED** that Plaintiff Luis C. Munoz's claim in the above-captioned matter for slander per se is hereby dismissed with prejudice.

SIGNED _____, 2005.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

**TAYLOR & TAYLOR**

*[signature: Warren Taylor]*

Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS