IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO B-04-141 |
| VS. | §<br>§<br>§ | |
| STATE FARM LLOYDS | § | |

## APPENDIX TO
## DEFENDANT STATE FARM LLOYDS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' EXTRA-CONTRACTUAL CLAIMS AND SUPPORTING BRIEF

Exhibit A:   Affidavit of Tom Reed

Exhibit B:   Raymondville Police Department, dispatch log.

Exhibit C:   Raymondville Police Department, Offense Report I

Exhibit D:   Raymondville Police Department, Offense Report II of Marco A. Castillo

Exhibit E:   Raymondville Police Department, Offense Report II of J.J. Garcia

Exhibit F:   Fire Origin and Cause Investigation Report, National Loss Consultants

Exhibit G:   Armstrong Forensic Laboratory Report

Exhibit H:   State Fire Marshal's Office, Investigation Report of Ramon Garcia, Jr.

Exhibit I:   January 15, 1992, State of Texas, Abstract of Judgment

Exhibit J:   January 3, 1996, State of Texas, State Tax Lien

Exhibit K:   February 15, 2001, Texas Workforce Commission, State Tax Lien

Exhibit L:   November 21, 2002, Internal Revenue Service Notice of Federal Tax Lien

Exhibit M:   April 30, 2002, Texas Workforce Commission Abstract of Assessment

| | |
|---|---|
| Exhibit N: | April 2, 2004, Letter from Internal Revenue Service to State Farm |
| Exhibit O: | *Ben Capetillo v. Luis Munoz*, Cause No. 03-346, Rule 11 Settlement Agreement |
| Exhibit P: | *In the Matter of the Marriage of Carmela S. Munoz and Luis Carlos Munoz, and in the Interest of Carlos Munoz, Minor Child*, Cause No. 04-15, Final Decree of Divorce |
| Exhibit Q: | January 24, 2003, State Farm letter to Mr. and Mrs. Munoz |
| Exhibit R: | March 29, 2004, Internal Revenue Service Notice of Levy |
| Exhibit S: | Affidavit of Lee Olivo |
| Exhibit T: | Residential Lease Agreement between Omel Munoz and Luis and Carmela Munoz |
| Exhibit U: | Residential Lease Agreement between Curtis Shed and Luis and Carmela Munoz |
| Exhibit V: | Excerpts from August 5, 2003, Examination Under Oath of Luis Munoz |
| Exhibit W: | Affidavit of Bryan Robinson |
| Exhibit X: | Section 19.4.3 "Indications of Financial Stress" from National Fire Protection Association (NFPA) 921 Guide for Fire and Explosion Investigations, 2001 Edition |
| Exhibit Y: | "Original Petition" in Cause No. 03-346, *Benino Capetillo v. Luis C. Munoz and Munoz Roofing Co.*, In the 357th District Court of Willacy County, Texas (Produced by Plaintiffs on August 17, 2005) |
| Exhibit Z: | "Plaintiff's Motion for Sanctions" in Cause No. 03-346, *Benino Capetillo v. Luis C. Munoz and Munoz Roofing Co.*, In the 357th District Court of Willacy County, Texas (Produced by Plaintiffs on August 17, 2005) |
| Exhibit AA: | "Memorandum and Opinion" in Civil Action No. B-03-057, *Harry J. Cavazos and Minerva Cavazos v. Luis Munoz d/b/a Munoz Roofing and Construction*, in the United States District Court for the Southern District of Texas, Brownsville Division (Produced by Plaintiffs on August 17, 2005) |