# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO: 005

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| 2003 JAN 1 PM @ 49 | 2003 JAN 1 PM @ 49 | 2003 JAN 1 PM @ 54 | |

| PERSON REPORTING | VICTIM | PHONE NO | ☐ INSIDE ☐ OUTSIDE |
|---|---|---|---|

ADDRESS OF ☒ PERSON REPORTING ☐ VICTIM ☐ COMP: Hans Guerra — 6900361

| HOW RECEIVED | DISPATCHED BY | OFFICER(S) ASSIGNED | NATURE OF CALL | LOCATION OF CALL | BACK-UP OFFICER(S) |
|---|---|---|---|---|---|
| ☐ PHONE ☐ RADIO ☒ 911 ☐ PERSON | 201 | (illegible) | Fire | 829 W White | 849 W White |

VEHICLE INFO: ☐ TRF ☐ IMP ☐ STOLEN ☐ RECOVERED ☐ MISSING ☐ OTHER

| YEAR | COLOR | MAKE | MODEL |
|---|---|---|---|

PERSON: ☐ WANTED ☐ OTHER

| RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|

| YEAR | STATE | STYLE | LICENSE NO |
|---|---|---|---|

ADDITIONAL INFORMATION: House Fire

Received stamp: 2005 JAN 23 PM @ 49

SF000172

Exhibit B, Page 1