STATE FARM FIRE CLAIMS
CORPUS CHRISTI TEXAS

JUN 1 0 2003

| JUVENILE INVOLVED<br>Suspect ☐ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT<br>Offense Report I | CASE NUMBER<br>03-0006 |
|---|---|---|

| 1. TYPE OF OFFENSE | | | FELONY ☒ | 3. UCR CLASSIFICATION |
|---|---|---|---|---|
| P.C. 28.02 ARSON | | | MISDEMEANOR | |
| 2. TYPE OF OFFENSE | | | FELONY | 4. TYPE OF CRIME (UCR) |
| | | | MISDEMEANOR | |

| 5. DATE OFFENSE REPORTED | 6. TIME OFFENSE REPORTED | 7. OFFENSE OCCURRED | |
|---|---|---|---|
| 01-01-03 | 0847 PM | EARLIEST | LATEST |
| 8. LOCATION OF OFFENSE (STREET ADDRESS) | | DATE | DATE |
| 829 W. WHITE      SW | | 01-01-03 | 01-01-03 |
| 9. FIRM NAME (IF COMMERCIAL) | | TIME | TIME |
| | | 0630 PM | 0847 PM |
| 10. SCHOOL NAME | | 11. DAY(S) OF WEEK OF OCCURRENCE | |
| | | S M T ☒ T F S | |

| 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 13. RESIDENCE ADDRESS | 14. RES. PHONE |
|---|---|---|
| MUNOZ, LUIS | 829 W. WHITE | |
| 15. VICTIM DOB | 16. SEX | 17. RACE | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |
| 2-1-64 | M | W | | | |
| 21. V  RP | 22. NAME (LAST, FIRST, MIDDLE) | 23. RESIDENCE ADDRESS | 24. RES. PHONE |
| ☒ | CAVAZOS HENRY | 847 W. WHITE | 690-0361 |
| 25. DOB | 26. SEX | 27. RACE | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |
| 08-11-56 | M | W | | | |

| 31. VICTIM/SUSPECT | | | 32. PLACE OF ATTACK | | OTHER: |
|---|---|---|---|---|---|
| I II STRANGER | I II AQUAINTANCE | | UNKNOWN | BUSINESS | VEHICLE |
| I II RELATIVE | ☒ OTHER | | ☒ RESIDENCE | OTHER STRUCT | STREET/ALLEY |

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| ☒E S<br>☒R D | 1 | LIGHTER FLUID | HEB | — | BLUE | — | — |
| E S<br>R ☒D | 1 | RESIDENCE | — | — | — | — | — |
| E S<br>R D | | | | | | | |
| E S<br>R D | | | | | | | |

| 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|

| 48. VIN NUMBER | 49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS | 50. CHECK IF OTHER ITEMS ON OR III ☐ |
|---|---|---|

**51. NARRATIVE OF OFFENSE (BRIEF)**
THE RESIDENCE AT 829 W. WHITE HAD BEEN DESTROYED BY FIRE WHICH HAD INTENTIONALLY BEEN SET.

| 52. EVIDENCE DISPOSITION | 53. DO NOT WRITE IN THIS SPACE | 54. DISPOSITION |
|---|---|---|
| SEE PHOTOS / SHOTGUN R<br>A<br>CK | INITIALS | PENDING<br>CLEARED-ADULT ARREST |
| 55. REPORTING OFFICER<br>M.A. CASTILLO | REVIEWED<br>CLASSIFIED | CLEARED-EXCEPTION<br>CLEARED-JUV. DET. |
| 56. DATE OF REPORT  57. RPD ID NO<br>01-01-03         108 | INDEXED<br>FILED | SF003365 | CLEARED-EXCEPTION/JUV.<br>UNFOUNDED |
| 58. DETECTIVE ASSIGNED | 59. DATE/TIME ASSIGNED | OTHER CLEARED EXCEPT.<br>SUSPENDED/CLOSED |
| 60. ATTACHMENT<br>☒ OR II   ☐ OR III   ☐ CUSTODY REPORT   ☒ OTHER | 61. DATE OF DISPOSITION | 62. CLEARED BY: (ID NO.) |

M.O. USE OF HANDS BODY TO ENTER A RESIDENCE AND THEN INTENTIONALLY SET IT ON FIRE.

Exhibit C, Page 1