SCOTT KEMP
STATE FARM FIRE CLAIMS
CORPUS CHRISTI TEXAS

JUN 1 0 2003

RAYMONDVILLE POLICE DEPARTMENT    03-0006
OFFENSE REPORT II    01-01-03

P.C. 28.02 ARSON

R.P.: CAVAZOS, HENRY 08-11-56
847 W. WHITE 690-0361

VICTIM: MUNOZ, LUIS 02-01-64
829 W. WHITE

      ON 01-01-03 AT 0847PM I, OFFICER CASTILLO, ALONG WITH OFFICER GARCIA WERE DISPATCHED TO THE 800 BLOCK OF W. WHITE IN REGARDS TO A HOUSE FIRE. I AND OFFICER GARCIA ARRIVED AT 0848PM AND OBSERVED A LARGE AMOUNT OF SMOKE COMING FROM A RESIDENCE LOCATED AT 829 W. WHITE. WE WERE DIRECTED TO THE REAR OF THE RESIDENCE BY THE REPORTING PARTY WHO ADVISED US THAT THE BACK OF THE HOUSE WAS ON FIRE. I AND OFFICER GARCIA GAINED ENTRY INTO THE BACK YARD AND MADE OUR WAY TO THE BACK DOOR. WE OBSERVED BROKEN WINDOWS ON THE SOUTH SIDE OF THE HOUSE TO THE EAST OF THE BACK DOOR. WE OBSERVED WHAT APPEARED TO BE A TREE OR PLANT ON FIRE IN PROXIMITY TO THE WINDOW. WE ADVISED DISPATCH TO SEND OUT THE FIRE DEPARTMENT.
    SOME FIREFIGHTERS ARRIVED IN THEIR PERSONAL VEHICLES AND BEGAN TO FIGHT THE FIRE WITH THE ONLY AVAILABLE WATER SOURCE, THAT BEING THE WATER HOSE ON THE SOUTH SIDE OF THE HOUSE. THEY WERE ABLE TO EXTINGUISH THE FIRE BUT COULD NOT ENTER THE RESIDENCE. THEY WAITED UNTIL THE FIRE TRUCKS COULD ARRIVE.
    I AND OFFICER GARCIA THEN BEGAN TO CHECK AROUND THE RESIDENCE TO SEE IF ANYONE WERE INSIDE. WE WALKED TO THE EAST SIDE OF THE HOUSE WHERE WE DISCOVERED AN OPEN WINDOW. WE LOOKED INTO THE RESIDENCE AND OBSERVED THAT THERE WAS VERY LITTLE IN THE WAY OF FURNITURE AND THAT THE FIRE SEEMED TO HAVE BEEN CONTAINED IN THE AREA ON THE SOUTH SIDE OF THE HOUSE. THERE WAS HEAVY SMOKE THROUGHOUT THE INTERIOR AND VISIBILITY WAS LIMITED. WE WAITED FOR THE FIREFIGHTERS TO GAIN ENTRY INTO THE HOUSE AND DETERMINE IF NO ONE HAD BEEN TRAPPED INSIDE. THEY CAME OUT SOON AFTER AND ADVISED THAT THE HOUSE WAS EMPTY AND THAT THEY WOULD BE CONTAINING THE FIRE WHICH HAD REACHED THE SECOND FLOOR. OFFICER GARCIA THEN BEGAN TO INTERVIEW THE BYSTANDERS WHILE I CHECKED THE RESIDENCE.
    I MADE CONTACT WITH THE FIRE CHIEF FRED RAMIREZ AND ADVISED HIM OF THE OPEN WINDOW. HE THEN ADVISED ME THAT A CHRISTMAS TREE HAD BEEN THE POINT OF IGNITION AND THEN STATED THAT IN HIS OPINION THE FIRE HAD BEEN SET.

REPORTING OFFICER: MARCO A. CASTILLO #108     PAGE 1 OF 3     PENDING

*[signature]*

SF003366

Exhibit D, Page 1

SCOTT KEMP
STATE FARM FIRE CLAIMS
CORPUS CHRISTI TEXAS

JUN 1 0 2003

I ASKED HIM WHY AND HE STATED THAT THE CHRISTMAS TREE WAS NOT PLUGGED IN AND THAT ELECTRICITY WAS NOT THE SOURCE OF THE FIRE. ( SEE THE PHOTOS OF THE ELECTRICAL OUTLETS)

I THEN WENT BACK TO THE WINDOWS ON THE EAST SIDE AND TOOK A CLOSER LOOK. I OBSERVED FINGERPRINTS ON ALL OF THE WINDOWS ON THE EAST SIDE THAT MADE IT APPARENT THAT SOMEONE HAD PUSHED UP ON ALL THE WINDOWS IN AN ATTEMPT TO FIND AN OPEN ONE.

I THEN CONTACTED DETECTIVE MARTINEZ AND ADVISED HIM OF THE POSSIBILITY THAT THE FIRE HAD BEEN INTENTIONALLY SET. DETECTIVE MARTINEZ STATED THAT HE WOULD COME TO THE SCENE.

UPON HIS ARRIVAL HE CONFERRED WITH THE FIRE CHIEF WHO ADVISED HIM THAT HE WOULD BE CONTACTING THE STATE FIRE MARSHALL WITH HIS SUSPICIONS ABOUT THE FIRE. WE THEN BEGAN TO CHECK THE INTERIOR OF THE RESIDENCE AFTER THE SMOKE HAD CLEARED SOMEWHAT. DETECTIVE MARTINEZ NOTED THAT THE CHRISTMAS TREE WAS NOT PLUGGED IN, I OBSERVED THAT THE TREE WAS ARTIFICIAL PRIMARILY PLASTIC AND METAL.

ARTIFICIAL CHRISTMAS TREES ARE MANUFACTURED TO BE FIRE RESISTANT AND WOULD NEED A DIRECT FLAME OR ACCELERANT FOR IT TO BE CONSUMED.

OFFICER GARCIA THEN POINTED OUT WHAT APPEARED TO BE A PATH FROM THE OPEN WINDOW INTO THE SOUTH ROOM. THE CARPET WAS OF DEEP PILE AND THE IMPRESSIONS WERE OBVIOUS. SOMEONE OR MULTIPLE PERSONS HAD WALKED THROUGH THE AREA. WE THEN OBSERVED A BOTTLE OF LIGHTER FLUID IN THE CENTER OF THE SOUTHEASTERN ROOM STILL WRAPPED IN AN H.E.B. PLASTIC BAG. UPON CLOSER INSPECTION WE DETERMINED THAT IT WAS H.E.B. BRAND LIGHTER FLUID AND THAT IT HAD BEEN SQUEEZED EMPTY.

DETECTIVE MARTINEZ BEGAN TO TAKE PHOTOGRAPHS OF THE INTERIOR AND EXTERIOR OF THE RESIDENCE AND THEN DIRECTED ME TO COLLECT THE BOTTLE AND LOOK FOR VIABLE FINGERPRINTS ON THE EXTERIOR WINDOWS. I COLLECTED THE ITEMS ,WHILE WEARING RUBBER GLOVES, AND TAGGED THEM AS EVIDENCE. IT WAS AN UNUSUAL ITEM TO FIND IN THE CENTER OF A ROOM OF A RESIDENCE THAT HAD CAUGHT FIRE. I PLACED THE ITEM IN ANOTHER SEPARATE PLASTIC BAG SO THAT IT WOULD NOT BE CONTAMINATED BY OUR FINGERPRINTS SHOULD IT BE DETERMINED THAT THE ITEM HAS POSSIBLE SUSPECT FINGERPRINTS.

I THEN PLACED THE ITEM IN THE TRUNK OF MY CAR AND RETURNED TO THE RESIDENCE TO BEGIN SEARCHING FOR FINGERPRINTS. I CHECKED ALL FOUR WINDOWS ON THE EAST SIDE AND FOUND THREE SEPARATE FINGERPRINTS THAT WERE WORTH LIFTING. I THEN COLLECTED THE FINGERPRINTS AS EVIDENCE. I AM CERTAIN THAT I NOR OFFICER GARCIA HAD TOUCHED THE WINDOW AND ALSO THE FIREFIGHTERS DID NOT COME NEAR THE EAST SIDE OF THE RESIDENCE. THE FINGERPRINTS COULD ONLY BELONG TO THE RESIDENTS OF THE HOUSE OR THE SUSPECT.

REPORTING OFFICER: MARCO A. CASTILLO #108         PAGE 2 OF 3         PENDING

SF003367

Exhibit D, Page 2

SCOTT KEMP
STATE FARM FIRE CLAIMS
CORPUS CHRISTI TEXAS
JUN 1 0 2003

I THEN RETURNED TO THE STATION TO PHOTOGRAPH AND TAG THE EVIDENCE. THE EVIDENCE WAS PLACED IN THE SHOTGUN RACK AS THE EVIDENCE LOCKERS WERE ALL FULL.

OFFICER GARCIA ALSO COMPLETED A SUPPLEMENT TO THE ORIGINAL REPORT TO DOCUMENT THE STATEMENTS THAT HE HAD OBTAINED FROM VARIOUS INDIVIDUALS TO INCLUDE THE VICTIM, THE REPORTING PARTY, AND OTHER PERSONS.

FIRE CHIEF FRED GARCIA REQUESTED ALL THE REPORT FILES FOR THE LOCATION THAT COULD SOMEHOW POINT TOWARDS A POSSIBLE SUSPECT. HE STATED THAT HE WOULD COMPLETE HIS REPORT AND INDICATE THAT IT HAD BEEN ARSON. HE STATED THAT HE WOULD CONTACT THE STATE FIRE MARSHALL AND HE WOULD DO HIS PART TO ASSIST IN THE INVESTIGATION INTO THE FIRE.

DETECTIVE MARTINEZ ADVISED ME TO COMPLETE AN ARSON REPORT AS IT WAS OBVIOUS THAT THE FIRE WAS NOT OF AN ACCIDENTAL NATURE.

REPORTING OFFICER: MARCO A. CASTILLO #108    PAGE 3 OF 3    PENDING

SF003368

Exhibit D, Page 3

SCOTT KEMP
STATE FARM FIRE CLAIMS
CORPUS CHRISTI TEXAS
JUN 10 2003

# RAYMONDVILLE POLICE DEPARTMENT
## PHOTO EXHIBIT FORM

EXHIBIT G          CASE 03-0006



**DESCRIPTION OF PHOTO:** VIEW OF COLLECTED BAG AND LIGHTER FLUID. TAGGED AS EVIDENCE.

**DATE:** 01-01-03

**TIMES:** 0630P- 0847P

**OFFENSE:** ARSON

**LOCATION OF OFFENSE:** 829 W. WHITE

**VICTIM:** LUIS MUNOZ

**SUSPECT:** UNKNOWN

**OFFICER:** M.A. CASTILLO #108

SF003379

Exhibit D, Page 4