SCOTT KEMP
STATE FARM FIRE CLAIM
CORPUS CHRISTI TEXAS

JUN 1 0 2003

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

03-0006
01/01/03

SUPPLEMENT REPORT: POSSIBLE ARSON

VICTIM: LUIS MUNOZ
ADDRESS: 829 W . WHITE ST.
RAYMONDVILLE, TX. 78580

SUSPECT(S): UNKNOWN

ON 01/01/03 AT 8:47 P.M. OFFICER M. CASTILLO AND MYSELF WERE RADIO DISPATCHED TO THE 800 BLOCK OF W. WHITE IN REFERENCE TO A POSSIBLE HOUSE ON FIRE.

UPON MY ARRIVAL AT THE 800 BLOCK OF E. WHITE I OBSERVED, BY SMELL, A STRONG ODOR OF BURNING LUMBER. I THEN OBSERVED A THICK CLOUD OF GRAY SMOKE EMITTING FROM THE ROOF OF 829 E. WHITE RESIDENCE I ADVISED COMMUNICATIONS TO DISPATCH THE FIRE DEPARTMENT TO THE LOCATION.
I THEN EXITED MY UNIT AND ATTEMPTED TO MAKE CONTACT WITH THE OWNERS OF THE RESIDENCE BY KNOCKING ON THE WINDOWS AND DOOR LOCATED AT THE NORTH OF THE HOUSE. AFTER SEVERAL ATTEMPTS OF KNOCKING , I MADE MY WAY TO REAR OF THE HOUSE. I OBSERVED OFFICER M. CASTILLO MAKING HIS WAY TO THE REAR AND I FOLLOWED.

OFFICER M. CASTILLO AND MYSELF ENCOUNTERED A LOCKED CIDER DOOR PREVENTING US FROM ENTERING THE REAR OF THE RESIDENCE. AT THAT TIME, THE NEIGHBOR, HARRY CAVASOS, JUMPED THE FENCE TO OPEN THE DOOR TO GAIN ACCESS.

ONCE AT THE REAR OF THE HOUSE, I OBSERVED ALL THE WINDOWS BLACK FROM THE INSIDE AND FLAMES EMITTING FROM A CHRISTMAS TREE ON FIRE POSSIBLY THE LIVING ROOM AREA. AT THAT TIME FIRE FIGHTERS ARRIVED ON THE SCENE IN THEIR PERSONAL VEHICLES AND STATED TO EXTINGUISH THE FLAMES WITH A WATER HOSE LOCATED AT THE REAR OF THE RESIDENCE.

REPORTING OFFICER: _____ BADGE# _105_ 01/01/02  1 OF 3
J. J. GARCIA                              1 0 5

SF003369

Exhibit E, Page 1

SCOTT KEMP
STATE FARM FIRE CLAIMS
CORPUS CHRISTI TEXAS

JUN 1 0 2003

OFFICER M. CASTILLO AND MY SELF CONTINUED TO CHECK THE EAST SIDE OF THE HOUSE FOR POSSIBLE CIVILIANS IN THE RESIDENCE. FIRE DEPARTMENT PERSONAL ARRIVED AT THE SCENE AND CONDUCTED SEARCH AND RESCUE INSIDE THE RESIDENCE. FIRE FIGHTERS GAVE AN ALL CLEAR OF CIVILIANS INSIDE OF THE RESIDENCE.

I THEN APPROACHED THE REPORTING PARTY WHO IDENTIFIED HIMSELF AS HARRY CAVASOS.

HARRY STATED THAT HE WAS ON HIS WAS TO H.E.B. TO BUY SOME GROCERIES WHEN HE NOTICED A CLOUD OF SMOKE RISING FROM THE REAR OF LUIS MUNOZ HOME. HARRY THEN STATED THAT HE WENT OVER TO THE HOUSE TO SEE IF LUIS WAS HOME AT THE TIME . HARRY STATED THAT HE RETURNED TO HIS HOUSE AND CALLED THE POLICE. HARRY ALSO STATED THAT HE NOTICED THE WINDOWS IN THE REAR OF THE HOUSE BROKEN DUE TO THE HEAT INSIDE. HARRY STATED THAT HE WAS GOING TO ATTEMPT TO EXTINGUISH THE FLAMES BY BRAKING A WINDOW AND USING A NEAR BY WATER HOSE BUT HE WAS ADVISED BY A FIRE FIGHTER THAT AIR WILL ENTER AND CAUSE GREATER HARM TO THE DWELLING.

AT THAT TIME I OBSERVED A MALE ARRIVING AT THE SCENE. THE MALE WAS MAKING HIS WAY INTO THE DWELLING WHEN I ADVISED HIM TO RETURN TO THE STREET. THE MALE IDENTIFIED HIMSELF AS OMEL MUNOZ. OMEL STATED THAT HE WAS THE OWNERS BROTHER. I ASKED OMEL IF HE KNEW WHERE HIS BROTHER COULD BY LOCATED. OMEL STATED THAT HIS BROTHER IS AT THEIR ROOFING SHOP DOING A B.B.Q. I ASKED OMEL WHAT BROUGHT HIM TO COME TO THE HOUSE. OMEL STATED THAT HE JUST DECIDE TO COME BY TO CHECK UP ON THE HOUSE. OMEL ADVISED THAT HE DOES THAT ON A DAILY BASIS.

AT THAT TIME I OBSERVED A MALE ARRIVING AT THE SCENE. THE MALE WALKED TOWARDS THE NORTH MAIN DOOR. I MADE CONTACT WITH THE MALE WHO IDENTIFIED HIMSELF AS LUIS MUNOZ, THE OWNER OF THE HOUSE.

I ASKED LUIS IF HIS FAMILY WERE WITH HIM . LUIS STATED THAT HIS WIFE AND CHILDREN WERE AWAY DUE TO VACATIONING PURPOSES IN FLORIDA.

REPORTING OFFICER:_____ BADGE#____105___ 01/01/03   2 OF 3
                    J. J. GARCIA            1 0 5

SF003370

Exhibit E, Page 2

SCOTT KEMP
STATE FARM FIRE CLAIMS
CORPUS CHRISTI TEXAS

JUN 1 0 2003

I ASKED LUIS IF HE LEFT HIS RESIDENCE WITH THE LIGHTS OF HIS CHRISTMAS TREE ON .

LUIS STATE THAT HE DID NOT RECALL IF THE LIGHTS WERE EVEN ON . I THEN ASKED LUIS IF HE LEFT AN OPEN WINDOW TO HIS HOUSE.

AGAIN, LUIS STATED THAT HE DID NOT RECALL. LUIS THEN ADVISED THAT HE HAS HAD A LOT OF PROBLEMS IN THE PAST WITH HIS NEIGHBOR(HARRY).

LUIS STATED, THAT IN THE PAST FOUR(4) MONTHS, HARRY MADE A STATEMENT TOWARDS LUIS ADVISING THAT HARRY WAS GOING TO BURN HIS HOUSE DOWN .

LUIS STATED THAT ON 12/31/02 (NO TIME GIVEN) HE ALONG WITH AN EMPLOYEE WHO HE IDENTIFIED AS LEON CISNEROS WERE AT THE HOUSE. LUIS STATED THAT LEON WALKED TO THE REAR OF THE HOUSE TO CHECK ON THE DOGS. LUIS STATED THAT LEON DID NOT ADVISE THAT THE WINDOW WAS OPEN. I THEN OBSERVED THAT A DOG KENNEL WAS LOCATED NEAR THE WINDOW THAT WAS OPEN. I OBSERVED THAT LUIS SHOWED NO TYPE OF EMOTIONS OR CARE TOWARDS HIS LOSS OF PROPERTY .

LATER, LUIS MADE A COMMENT THAT HIS WIFE WAS INFORMED OF THE HOUSE BURNING BY A MALE THAT WAS WITH HER IN FLORIDA. LUIS ALSO STATED THAT SHE FOUND OUT VIA SCANNER.

AFTER LUIS WAS QUESTIONED, HE SHOWED A GREAT INTEREST IN HIS TRUCK WHICH WAS LOCATED INSIDE THE GARAGE. HE WAS ADVISED THAT NOTHING WILL BE ALLOWED TO BE REMOVED UNTIL FURTHER NOTICE.

LUIS WAS ALSO ADVISED THAT IF FOR ANY REASON HE NEEDS TO RETURN TO THIS HOUSE, HE MUST BE ACCOMPANIED BY A POLICE OFFICER.

I THEN OBSERVED A MALE MAKE HIS WAY TO MY LOCATION AND BEGAN TO SPEAK WITH LUIS. I PLACED THEM APART AND BEGAN TO QUESTION THE MALE. THE MALE IDENTIFIED HIMSELF AS RUBEN PEREZ.

RUBEN STATED THAT HE WAS THE ONE WHO CALLED LUIS TO ADVISE HIM OF THE SITUATION WITH HIS HOUSE. RUBEN STATED THAT HE WAS DRIVING BY THE AREA WHEN HE OBSERVED THE SMOKE FROM LUIS'S HOUSE.

RUBEN STATED THAT HE RETURNED TO HIS HOUSE AND CALLED LUIS. RUBEN THEN ADVISED THAT HE RETURNED TO THE LOCATION TO SEE IF LUIS NEEDED ANYTHING. I OBSERVED THAT ALL THREE (3) MEN WERE ALWAYS TOGETHER THROUGHOUT THE TIME THAT THEY SPENT THERE.

REPORTING OFFICER: _J. Garcia_ BADGE# _1 0 5_ 01/01/03  3 OF 3
J.J. GARCIA                    1 0 5

SF003371

**Exhibit E, Page 3**