# NATIONAL
∎
# LOSS
∎
# CONSULTANTS

## FIRE ORIGIN AND CAUSE INVESTIGATION

**LUIS AND CARMELA MUNOZ**
**829 WEST WHITE AVENUE**
**RAYMONDVILLE, TEXAS**

**MR. LEE OLIVO**
**STATE FARM INSURANCE COMPANY**
**MCALLEN, TEXAS**

P.O. BOX 65005 ∎ SAN ANTONIO, TEXAS 78265-5005
(210) 308-0373 ∎ FAX: (210) 308-0456 ∎ TOLL FREE: (800) 621-5114
HOUSTON ∎ DALLAS ∎ SAN ANTONIO
www.nationalloss.com

SF001488

Exhibit F, Page 1

## NATIONAL
■
## LOSS
■
## CONSULTANTS

January 20, 2003

Mr. Lee Olivo
State Farm Insurance Company
701 East Expressway 83
McAllen, Texas 78502

RE:  Insured:          Luis and Carmela Munoz
     Claim No.:        53-Q606-916
     Date of Loss:     01/01/03
     NLC File No.:     303-CO-0102-01

Dear Mr. Olivo:

On December 2, 2002, we received your assignment, requesting the origin and cause of a residential fire, located at 829 West White Avenue in Raymondville, Texas.

Enclosed is a report of our findings and conclusion.

If you require additional information or if we can be of further assistance, please do not hesitate to contact us. It is a pleasure to be of service.

Sincerely yours,

*Mack L. Fuller*

Mack L. Fuller, CFI/CFEI/CVFI
Fire Consultant

MLF/ksb
Enclosure

SF001489

Exhibit F, Page 2

# TABLE OF CONTENTS

**I.    FIRE ORIGIN AND CAUSE REPORT**

       INTRODUCTION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1

       PROPERTY DESCRIPTION . . . . . . . . . . . . . . . . . . . . . . . . . . .    1

       ORIGIN AND CAUSE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1

       INVESTIGATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    2

       INTERVIEWS/WITNESS . . . . . . . . . . . . . . . . . . . . . . . . . . . .    4

       CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    6

**II.    PHOTOGRAPHS**

**III.    DIAGRAMS**

       1: FIRST LEVEL FLOOR PLAN WITH AREA OF FIRE ORIGIN
       2: SECOND LEVEL FLOOR PLAN
       3: FLOOR PLAN WITH HEAT AND FLAME VECTORS
       4: FIRST LEVEL FLOOR PLAN WITH PHOTOGRAPH ANGLES
       5: 3-D PERSPECTIVE

**IV.    APPENDIX**

       RAYMONDVILLE POLICE DEPARTMENT INCIDENT REPORT
       RAYMONDVILLE FIRE DEPARTMENT RUN LOG
       RAYMONDVILLE POLICE DEPARTMENT OFFENSE REPORT I
       RAYMONDVILLE POLICE DEPARTMENT OFFENSE REPORT II
       RAYMONDVILLE POLICE DEPARTMENT SUPPLEMENT REPORT
       WEATHER REPORT
       CONSENT TO SEARCH FORM SIGNED BY LUIS C. MUNOZ
       ARMSTRONG FORENSIC LABORATORY REPORT
       TRANSCRIBED INTERVIEW WITH LUIS MUNOZ

SF001490

Exhibit F, Page 3

Luis and Carmela Munoz
**Fire Origin and Cause Investigation**
Page 1

## INTRODUCTION:

On January 2, 2003, National Loss Consultants received an assignment from Mr. Lee Olivo of State Farm Insurance Company, to investigate and determine the origin and cause of a residential fire, located at 829 West White Avenue in Raymond, Texas. Contact with the Raymondville Fire Department revealed the fire occurred on January 1, 2003, at approximately 8:49 P. M.    Following are the findings and conclusion of this investigation:

## PROPERTY DESCRIPTION:

The risk involved is a two-story, wood frame, single-family dwelling.  It is positioned upon a concrete slab and pier and beam foundation and faces a northerly direction. The exterior is constructed of brick veneer walls, with a composition shingle roof.

The interior construction consists of wood paneled and sheetrock walls, with sheetrock ceilings.  The floor coverings consist of carpet over underlying padding and ceramic tile. The first level consists of a living room, den, kitchen, dining area, two (2) bedrooms, two (2) bathrooms, utility room, and a two-car attached garage.  The second level consists of one (1) bedroom, one (1) bathroom, and a playroom.  The risk is serviced by electricity, which was reported "on" at the time of the fire.  No gas service was noted.

## ORIGIN AND CAUSE:

The fire originated in the southeast corner of the den and was the result of the intentional distribution and subsequent ignition of an ignitable liquid **(RE: Diagram No. 1)**. The fire was intentionally set.

SF001491

**Exhibit F, Page 4**

Luis and Carmela Munoz
Fire Origin and Cause Investigation
Page 2

## INVESTIGATION:

On January 6, 2003, Mack Fuller, Fire Consultant, and Joseph Valenzuela, both with National Loss Consultants, traveled to the aforementioned address to investigate and determine the origin and cause of the fire. Present during our investigation was the insureds, Mr. and Mrs. Munoz, the adjuster with State Farm Insurance Company, Mr. Lee Olivo, and Mr. Cory Martin with Scentech Detection Canines. An interview with Mr. Luis Munoz is presented in the **Appendix** of this report.

Exterior examination revealed soot settlement to the interior surfaces of the windows and at the rear (south) side of the house, where the smoke had vented itself through the den window **(RE: Photograph No. 5)**. Just outside the den windows were items of fire debris, including carpeting and Christmas gifts that had been removed by fire department personnel during their suppression and overhaul activities **(RE: Photograph No. 6)**.

Inspection of all areas of access (i.e., doors and windows) revealed no evidence of forced entry **(RE: Photograph Nos. 7 - 9)**.

The electrical service entered the residence via an overhead service drop at the right rear (southwest) exterior corner **(RE: Photograph No. 10)**. Examination of the same revealed the meter had been removed. Two (2) branch circuit panels were located on the south wall of the utility room. Examination of the same revealed all the circuit breakers were in the "on" position in both circuit panels **(RE: Photograph Nos. 11 and 12)**. The electrical service was properly grounded.

SF001492

Exhibit F, Page 5

**Luis and Carmela Munoz**
**Fire Origin and Cause Investigation**
**Page 3**

Interior examination revealed heavy soot/smoke damage throughout both levels of the house.  The primary fire damage (i.e., direct flame impingement) was confined to the southeast corner of the den  **(RE:  Photograph Nos. 13 and 16)**.  The analysis of the fire patterns (i.e., movement and intensity patterns) indicated substantial, low-level burning had occurred in the southeast corner of the den and along the west side of the stairway in the den  **(RE:  Photograph Nos. 17 - 20)**.

According to the insured, Mr. Luis Munoz, an artificial Christmas tree was located in the southeast corner of the den.  Mr. Munoz said the Christmas tree lights were "on" when he left the house just prior to the fire.   Mr. Samuel Adame, a detective with the Raymondville Police Department, took me to his office to examine the evidence they secured from the scene.  The items examined were the base and first section of the Christmas tree, the wall receptacles from the east and south walls of the den (nearest the Christmas tree), a cord with the insulation burned off, and the remains of a video game stuck to a portion of the Christmas tree skirting  **(RE:  Photograph Nos. 21 - 28)**.  Examination of the wall receptacles, which are shown in Photograph Nos. 22 – 24, revealed nothing was plugged into them at the time of the fire.  Examination of the wiring the receptacles were attached to in the southeast corner of the den revealed no fire-related damage  **(RE:  Photograph Nos. 29 and 30)**.

Further examination of the fire patterns observed on the stairway, the carpeting in the southeast corner of the den, and the carpeting on the east side of the stairwell were

**Luis and Carmela Munoz**
**Fire Origin and Cause Investigation**
**Page 4**

consistent with those caused by the distribution and subsequent ignition of an ignitable liquid **(RE:  Photograph Nos. 31 - 34).**

Mr. Cory Martin with Scentech Detection Canines worked his canines through the scene.  The canines alerted in several areas.

Fire debris samples were collected and forwarded to Armstrong Forensic Laboratory for analysis.  The results of the lab tests revealed Sample Nos. 1 and 2 were negative and Sample Nos. 3 and 4 were positive, containing a medium range isoparaffinic solvent (i.e., charcoal starter, copier fluids, and some paint thinners).  According to the Raymondville Police Department's report, an empty container of H.E. B. brand lighter fluid wrapped in an H. E. B. plastic bag was found in the southeast room.

**INTERVIEWS/WITNESSES:**

An interview with the insured, Mr. Luis Munoz, was recorded during our investigation. The transcribed interview is presented in the **Appendix** of this report.

**Ms. Minnie Cavazos (neighbor)**
**847 West White**
**Raymondville, Texas**
**(956) 690-0361**

An interview with the neighbor/reportee, Ms. Minnie Cavazos, was conducted on the telephone and revealed she and her husband, Harry, have been in a legal battle with Mr. Munoz over their house.  Ms. Cavazos stated that Mr. Munoz was supposed to

**Luis and Carmela Munoz**
**Fire Origin and Cause Investigation**
**Page 5**

remodel their house for twenty-three thousand, five hundred dollars($23,500).  They moved out of their house in January 1999 so Mr. Munoz could work on it.  She further stated that they moved into a trailer belonging to Mr. Munoz in January 2000.  Mr. Munoz forced them to move out of his trailer in July 2000.  Mr. Munoz had not completed the work on their house and now wanted forty-three thousand dollars ($43,000) to do the work.  They told him that was not the agreement and they were not going to pay that amount.   Mr. Munoz told them he had eighty-five thousand dollars($85,000) worth of insurance on their house and he knew someone that would burn it down for them.  They refused his offer.  Ms. Cavazos said that they came home from a Christmas vacation after this to discover that Mr. Munoz had ran an advertisement in the newspaper to sell their house.   She went on to say that in November 2002 they received a telephone call from their attorney telling them they won their case against Mr. Munoz.  Both the Munoz's and Cavazos' had security cameras to watch each other.  Mr. Munoz had also installed security lights around his house.  Ms. Cavazos said a few days before the fire at the Munoz residence they noticed that the light bulbs were removed from the security lights on their side of the Munoz house.  She went on to say that when Ms. Munoz was leaving on vacation she backed her Expedition into the garage to load it, which was out of the ordinary.  On New Year's Eve, Ms. Cavazos said that she was looking at a new car she was thinking about buying.  En route to her house to show her husband the vehicle, she saw Mr. Munoz and one of his employees pulling into his business with his son's four-wheeler on a trailer.

**Luis and Carmela Munoz**
**Fire Origin and Cause Investigation**
**Page 6**

The night the fire occurred, Ms. Cavazos said that she had been outside taking her Christmas lights down and saw Mr. Munoz come home about dark, which was about 7:15 P. M.  Mr. Cavazos, his son, and brother-in-law, Mr. Elroy Cavazos, were playing basketball in the front of their house.  They had eaten earlier, but decided they were hungry again.  Mr. Elroy Cavazos was going to H. E. B. about 8:30 P. M. when he saw smoke coming out the eaves of the Munoz residence.  Ms. Cavazos called 9-1-1 and Mr. Cavazos knocked on the door because they had not seen Mr. Munoz leave the house.  Mr. Cavazos jumped over the fence with the waterhose to try and extinguish the fire.  Mr. Terry White, a volunteer firefighter, came up and took the waterhose to spray water through the back window.  Ms. Cavazos said that when she discovered Mr. Munoz parked his truck in the garage and had taken his wife's new vehicle out, she felt he did that because he leases his truck.  She went on to say that it was time for Mr. Munoz to turn his truck in and it was over the allowed mileage.  Ms. Cavazos believes that Mr. Munoz is having financial problems.  She was told that he sold half of his business to someone and that some of his employees have not been paid.  She also heard that the bricklayers were not paid for laying the bricks on his house.  Ms. Cavazos said that Mr. Munoz has also had two (2) small fires at his business.

## CONCLUSION:

Examination of the fire scene revealed a single area of fire origin, located at floor level in the southeast corner of the den.  Evidence indicated the fire was the result of the intentional distribution and subsequent ignition of an ignitable liquid.  No evidence was found to indicate the fire was related to an accidental or natural source of ignition.  Based on the above analysis, it is my opinion the fire was intentionally set.

SF001496

Exhibit F, Page 9

**Luis and Carmela Munoz**
**Fire Origin and Cause Investigation**
**Page 7**

The above opinion is given with respect to the origin and cause of the fire only. It does not infer the existence or non-existence of a particular party involved, nor does it suggest a motive for this intentional act.

The investigation and analysis of this fire loss was performed in accordance with the Scientific Method as prescribed in the *National Fire Protection Association National Fire Codes NFPA 921 - Guide for Fire and Explosion Investigations and NFPA 1033 - Standard for Professional Qualifications for Fire Investigator.*

At this point, we are closing our file. If you have any questions, please do not hesitate to contact our office.

Respectfully submitted,
NATIONAL LOSS CONSULTANTS

*Mack L. Fuller*

Mack L. Fuller, CFI/CFEI/CVFI
Fire Consultant

MLF/ksb
Enclosure

## TRANSCRIBED INTERVIEW WITH MR. LUIS MUNOZ

(MF) = Mack Fuller      (LM) = Luis Munoz

MF:    Okay. My name's Mack Fuller. I'm with National Loss Consultants. Interviewing Mr. Luis Munoz concerning a fire at 829 West White Avenue, Raymondville, Texas, which occurred on January the 1st of 2003. What is your full name and spell your last please?

LM:    My full name is Luis, middle initial C, last name Munoz. M-u-n-o-z.

MF:    Okay. The time right now is 1:24. Uh..are you aware that we are recording this statement?

LM:    Uh…yes, sir.

MF:    Is it being made with your permission?

LM:    Yes, sir.

MF:    Mr. Munoz what is your age and date of birth?

LM:    My date of birth is 2-1-64. Thirty-eight (38) years old.

MF:    And your social security number?

LM:    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

MF:    466-

LM:    15…2084

MF:    2084? Okay. Thank you. Are you married?

LM:    Yes, sir.

MF:    What's your wife's name?

LM:    My wife's name is Carmello Munoz. M-u-n-o-z.

MF:    Do ya'll have any children?

LM:    Yes, sir. One (1) son. His name is Carlos Munoz.

MF:    Junior?

SF001498

Exhibit F, Page 11

Luis Munoz
Transcribed Interview
Page 2

LM:    No, he's not a Junior.

MF:    Oh, okay.  How old is he?

LM:    Twelve (12).

MF:    Twelve (12)?  Are you the owner of the house at 829 West White Avenue?

LM:    Yes, me and my wife.

MF:    When did you purchase the house?

LM:    I purchased this house…1992…and around February or March of '92.

MF:    Do you remember who you bought it from?

LM:    I bought it from the Grossingers.

MF:    Grossingers?

LM:    Yes.

MF:    What was the purchase price?

LM:    Purchase price of the house.  I think it was 20…24…20…$24,000…$24 or $25,000.

MF:    Where did you live prior to living here?

LM:    I live in La Serra with my parents.

MF:    Is that a town close to here?

LM:    Yes, there's a…. west from here about ten (10) miles west from here.

MF:    Okay. Where are you living at right now?

LM:    Right now..uh ..I'm staying…um…for a few days at my brother's house. His wife's out-of-town and his family's not at the house right now so that's where I'm staying.

MF:    Do you have any other names or nicknames you go by?

LM:    Uh…no, sir.

SF001499

Luis Munoz
**Transcribed Interview**
**Page 3**

MF:    Have you made any additions or major changes to the house since you bought it?

LM:    Yes, sir.

MF:    Would you give me a brief idea of what you've done?

LM:    Um...I completely...um...the old part of the house I completely took off all the sheetrock, rewired it, re-did all the sheetrock, taped, float, replaced all the windows on all the house. I tore off the old structure of the roof. I tore it all off and I extended the room on the south side. I extend about five (5), five (5), five (5) to six (6) feet to the east side and I extend about twenty (20) feet toward the south side and I restructured the whole frame of the roof completely and extend the garage. The whole garage is new. I added two (2) bedrooms upstairs with a full bath....um...new kitchen, cabinets, plumbing...I mean everything. I rewired the whole thing.

MF:    You're still in the process of doing work on the house?

LM:    Uh...I just had...I was just finishing...uh...the master bedroom. I was going to put the doors where the bathroom is and the closet door and took the toilet and the shower and then we would have been finished with the whole thing.

MF:    I probably need to get you to face this way whenever you talk...

LM:    Oh, okay.

MF:    ....so that the recorder picks it up. Uh...do we have your permission to enter your property at 829 West White Avenue for the purpose of investigating the fire?

LM:    Yes, sir.

MF:    Do we have your permission to remove any items that we may need that would lead to the origin and cause of the fire?

LM:    Yes, sir.

MF:    Can you tell me the date and time of the fire?

LM:    Uh...the date..the date and time...the day was...um...January 1st of the year 2003...um...I was at my place of business. I was over there with my brother and one of my employees. We were barbequing and it was about 9:00 o'clock when they called me on my cell phone and said that the house was on fire.

**SF001500**

**Exhibit F, Page 13**

Luis Munoz
Transcribed Interview
Page 5

through...in...the house so he called his son because he couldn't remember my cell phone and his son called me.

MF:   Okay and just so everyone understands, First Street is right...

LM:   Is right here.

MF:   ...right...you live two (2) houses away from First Street and that was how he was able to see it?

LM:   Yes, sir.

MF:   Uh...do you own any other properties?

LM:   Uh..I own...uh...I'm buying where I'm at where I have my business. I'm buying there and then east of my of the place I'm buying it's three and one-half (3 ½) lots. I bought that.

MF:   This is on the same street where your shop is at?

LM:   Yes, sir.

MF:   Do ya'll own any pets?

LM:   We have two (2) dogs. Jack and Jill. They got out.

MF:   They got out of the house?

LM:   Well, yeah I had them in the yard.

MF:   Are they yard dogs?

LM:   Yeah.

MF:   Okay. You don't have any pets you keep inside the house?

LM:   Uh...no, sir. We did find Jack.

MF:   Do you remember about what time during the day of the 1st that you left?

LM:   The day that I left the house?

MF:   Yes, sir.

LM:   Okay. On that day we worked. We worked for about two and one-half (2 ½) to three (3) hours. Uh...my employees were doing a job out of Welmar

Luis Munoz
Transcribed Interview
Page 5

through…in…the house so he called his son because he couldn't remember my cell phone and his son called me.

MF:    Okay and just so everyone understands, First Street is right…

LM:    Is right here.

MF:    …right…you live two (2) houses away from First Street and that was how he was able to see it?

LM:    Yes, sir.

MF:    Uh…do you own any other properties?

LM:    Uh..I own…uh…I'm buying where I'm at where I have my business.  I'm buying there and then east of my of the place I'm buying it's three and one-half (3 ½) lots.  I bought that.

MF:    This is on the same street where your shop is at?

LM:    Yes, sir.

MF:    Do ya'll own any pets?

LM:    We have two (2) dogs.  Jack and Jill.  They got out.

MF:    Got out of the house?

LM:    Well, we had them in the yard.

MF:    Are they yard dogs?

LM:    Yeah.

MF:    Okay.  You don't have any pets you keep inside the house?

LM:    Uh…no, sir.  We did find Jack.

MF:    What…do you remember about what time of the day on the 1st that you left?

LM:    The day that I left the house?

MF:    Yes, sir.

SF001502

Luis Munoz
Transcribed Interview
Page 6

LM:    Okay. On that day we worked. We worked for about two and one-half (2
½) to three (3) hours. Uh...my employees were doing a job out of Welmar
and we were supposed to just go finish that job and then ya know take the
day off and we went and we worked for about two and one-half (2 ½) to
three hours. We ran out of shingles and uh...so we didn't quite complete
the project. So I told the guys just call it a day ya know and...uh...take the
day off ya know. So we came back to the shop. Everybody went home. I
stayed there. I cleaned the... I started cleaning some office. Vacuuming
and going over some paperwork and then...um...my brother wanted to
barbeque and...um...then he left to go to his house and then he went to
go pick up some meat at I think Edinburg. Yes. The thing is that I...uh..
before it got dark I came to the house approximately about little bit right
before 6:00 P. M. around 6:00 P. M. I came here. I opened the
garage...uh...I pulled my wife's Expedition out and I pulled my truck in. I
went in side and turned off those porch...the outside lights...I turned them
on and I was coming out. I was getting ready to leave and close the
garage so I remembered to feed the dogs. So I went back inside the
garage. Got the dog for the foods and I started going around so I opened
the gate. Went in. Put the dog's food down and then by the time I knew
the dogs ran right next to me and they got out. So I come on out and start
chasing the dogs and starting going into everybody's yard and but I
chased them for about fifteen (15) or twenty (20) minutes. And...uh...the
last time I chased them was around the stop sign was my neighbor was
coming around the corner in her vehicle so they started running that way.
So I just came back. Went inside. I went over to the water spicketeds and
I turned on the water spickett and put some water in the dog's. I was
going to leave the gate open in case they came back. And...uh...as I was
putting water in the bucket, Jack came around, the dog, the boy, he
started drinking water. So I said well atleast I got Jack inside. I'll keep
him inside maybe Jill will come back. So I came out. I closed the gate. I
put something in the gate and then...uh...I left. I went to the office
and...uh...we were barbequing there. We were eating and chatting ya
know.        And...uh...then another friend came by and well another
employee of mine that that was leaving to go to Dallas. He was suppose
to leave on Monday because Monday was the last day and it was
Wednesday and I...he passed by there so I said well I thought he was
suppose to leave. He said well my ride left and I'm going to catch another
ride. So I said oh okay. So and then I told my brother and Joe I said let's
get a rope. Why don't we just go to the house and ya'll help me catch the
Jill. I said get some rope. So we got the rope and everything and then I
went I said are ya'll ready? He said yeah okay and so they got in the car
and I said hey wait a minute let me go to the front of the office and make
sure the front door is locked. I'll leave my wife's vehicle here. So I go to
the front. I lock the door. I come back. Get everybody together in the car
and my cell phone rings and it was Robert. He said boss your house is on
fire. So I opened the car and my brother and my car and my brother is

Luis Munoz
Transcribed Interview
Page 7

already in the car saying hey your house is on fire. I close the door. He takes off this way and I go and get my wife's Expedition and I start coming this way. So I stopped right there and they say no move it because...uh...you're going to block the traffic from someone else. So I drove and I park right next to my neighbor's house and I got off and...uh...I came into the yard and one of the...uh...one of the...police...officers said Mr. Munoz ya know just calm down I know it's your house that got on fire, but don't go inside because there is a lot of smoke and we're not allowed to let nobody go inside. I said oh okay and that's how I find out.

MF:   When you went into the house earlier, did you smell or see anything unusual?

LM:   Uh...no...no...I know that I did have the Christmas tree on but it was on the corner of the of the very back family room. The Christmas tree was right in the corner and we still had all the presents there. My wife, my kids haven't opened none of the presents. I left all the presents there and we were going to wait until they came back and we were all going to open them ya know.

MF:   Oh ya'll didn't open them Christmas day before they left?

LM:   Well...they had the the there was a lot of games for my little boy. Like the x-box games. Christmas presents they gave us ya know and we put them under the tree and we didn't open them.

MF:   Do you keep any flammable materials inside the house like gasoline, kerosene, diesel or anything?

LM:   Uh...Well...gasoline we usually keep it over here in the garage when we ya know like when we do the yard work. I have one of my guys come and do the yard work. Sometimes we'll keep gas there in the garage. We'll keep...uh...lighter fluid. We barbeque. That's about it as far as...

MF:   On the outside not inside the house. What is the room called where the fire started?

LM:   Um...which room?

MF:   Where the fire started in there. What is it? What room is that? What do ya'll call it?

LM:   Where the...

MF:   A living room or a den, or what?

SF001504

Luis Munoz
Transcribed Interview
Page 8

LM:   I don't know.  Well, the back room over there is a family room.

MF:   Okay.  A family room.

LM:   Yeah. The big room like that.

MF:   um...and you don't store any of the lighter fluids or any of the gasoline or anything in that room?

LM:   Oh no, sir.  I...uh...not in that room.

MF:   Do you know who called the fire department?

LM:   I sure don't sir.  I sure don't.  I sure don't.  I asked that to the gentlemen. They said that they were going to look into so we don't know who called.

MF:   Do have (honk) Do have an idea approximately what time it was the last time you left?

LM:   What time it was when I left....when I left the house?

MF:   The last time after feeding the dogs.

LM:   Probably about 6:00...6:15...6:20 P. M.

MF:   Who all has keys to your house?

LM:   Uh...my father-in-law (inaudible).   The last time I knew he had a key...um...I don't know if he still has a key or not.  He's the only one.  My wife and me that's it.

MF:   Just the three (3) of you?

LM:   Yes, sir.

MF:   Have you had any recent work done on the (honk) air-conditioner or heater?

LM:   Air-conditioner or heater...uh...I had I had a guy that did the air-conditioner I had him extend put some...uh...air ducts air-conditioner ducts on the big family room.  I mean on the master bedroom.

MF:   So on the unit itself you haven't had any problems with anything going out and having to have it fixed?

SF001505

**Luis Munoz**
**Transcribed Interview**
**Page 9**

LM:    Oh no, sir.  Not to the air-conditioner.

MF:    What about your electrical wiring or your lights, any problem with any of that?

LM:    Uh...No...I don't I don't recall.

MF:    When you left the house to go back to the...your office, did you lock it up?

LM:    Uh...The thing I don't remember...I don't remember when that one...I went back to feed the dogs.  I don't remember if I got out to this front door or the garage.  Usually, everytime we leave we lock it.

MF:    How did the fire department get in?

LM:    I don't know.  When I got here they were already inside.

MF:    Because it doesn't look like there is any forced entry in the house and I was wondering how they may have gotten in.

LM:    I...I don't know sir.  I really don't know how they got in because when I got ...when I got here that door the front door was wide open like it is right now.

MF:    So you're not sure whether you locked it or not?

LM:    Uh...I am more than sure I did, but...it's happened before that...that...that ya know that we had left it open before   well unlocked...I mean unlocked...not wide open.  I mean unlocked.

MF:    Do you smoke?

LM:    Oh no, sir.

MF:    Was anyone else come here visiting you prior to the fire that day?

LM:    That day?  No.  No.

MF:    Have you had any problems with any burglaries or prowlers?

LM:    Uh...I had a burglar coming in.  We did.  We did.  Oh maybe about less than a year.

MF:    How did they get in the house?

SF001506

Luis Munoz
Transcribed Interview
Page 10

LM:    Um...they got in the house...I had...I was doing the painting on the back on the back of the house inside in the big family room we were just finishing up. I had my painter doing the painting there and...uh...at one time I gave him the remote ya know to go into the garage. He left and he left the garage open. So I come and the garage is wide open and he's not here. So ya know next day I tell him I said look why did you leave the garage open? Ya know. I had go find my wife so she can ya know give me the thing to close it. I said and open it because I need to go in and out and I cannot closet it through the inside and I said I tell you what go in through the back door where the sliding door is. I said when you go to lunch just close the sliding door and leave it like that and nobody will bother it because we never had nobody breaking in on us. So he was going in and out through the back sliding door. Well, eventually...uh...this guy ya know close the door and I guess maybe somebody watched him ya know that he was coming in out coming in and out and it was unlocked. So one day I come in and yeah sure enough he went to the shop for me to pay him that day and my wife was working and...uh...I come in and...uh...when I was walking in the front door ya know I heard a noise. And then ya know I was heading to go inside and then I opened the door and when I opened the door I saw a guy running through the back door and pshooo he was out. Then I went to the back and I saw two (2) of my little boy's games ya know in the yard. So I picked them up.

MF:    Was this an adult or a kid?

LM:    Um...eighteen (18) years old or up. Eighteen (18) up.

MF:    Did you make a report on it?

LM:    Well, I started coming back inside the house and I heard a noise like somebody was upstairs. So I go...I wanted to go up stairs and I said no I better call the police. So I come outside and get my cell phone. I shouldn't be using the phone inside...I get my cell phone and I didn't want to stay inside the house so I call the police. So they said okay. We'll be right out there. So they come and show up. I said there's somebody inside the house. I think he's upstairs. So the guy says okay. We went inside. He says ya know what I think there is somebody in there. Let's go back outside and I need to call for back up. So he calls for back up. He comes back up. We go back inside the house and then they go upstairs. Nobody there. There's stuff thrown there and then they come back downstairs and...um...we heard noises up there and I said well he's not upstairs maybe I think he's up in the attic. So we go around to the big family room and we go in there and I got an opening there where the closet is and...um...we gotta get something to stand up either a flashlight...he says. I think there he is. He shines the flashlight and says Raymondville Police come on out. Come out. Raymondville Police come

Luis Munoz
Transcribed Interview
Page 11

on out. Nobody came out. I backed down. He says well I'm gonna have to go up so he goes up there. Ya know starts looking around, looking around, looking around. Nothing. He comes back down and he says there's nothing. I said well we heard him up there. You said Raymondville Police come on out so the guys gotta be up there somewhere. I mean where is he. He says well I don't know. There's nobody there. I said and I said well I had some stuff missing ya know. He said well just another officer will come. He'll take the report. So my little boy goes to school in La Serra...La Serra. So my wife says let's go pick up...let's go pick up Buddy. His name is Carlos and I said oh let's wait for the officer to come back so we can...so he can take the report. So we waited for a few minutes. Nobody came. I said well let me lock up. I go back to the door and lock up and I hear a real loud noise...boom...I said okay what was that. So I go back inside my house. Well, the guy was still up there. He was trying to get out where that hole was, but it was too high so he fell and he fell right there on the closet, but we didn't have anything in the closet and when I got to the room I just saw him...when the time I saw him he was already out and he was jumping that fence. By the time I run that way he probably went run through that alley over there so. He was gone.

MF:    Have you ever had a previous fire?

LM:    Good question. We had a fire on the back. We had a storage...we had a storage in the back full of clothing...stuff...ya know from the house. Ya know we had a storage there. There was probably tools there too. And one night we were already asleep about 9:00 o'clock in the morn...9:30 at night and our little boy that night he stayed with us here in the room and uh...I heard somebody screaming my name ya know....screaming my name...Luis, Luis, Luis and I told my wife do you hear somebody screaming my name. And then I heard somebody in the door ringing the door bell...ding, ding, ding, ding, ding...and knocking real hard. So we get up and I start walking toward the door. I open the door. It's my neighbor. Said hey the back is on the back of your house is on fire. I said what. So I look up to...I turn around and look straight to the back where the big windows are. Yeah sure enough that big storage was in fire. It was in flames.

MF:    Did you have the same insurance company?

LM:    Yes, sir.

MF:    Okay. Did someone come out and look at the fire?

LM:    Um...the fire department came. They turned it off and then uh...State Farm adjuster came and went over the stuff ya know. And also ya know

Luis Munoz
Transcribed Interview
Page 12

normal procedure that he does ya know.  He went over the stuff.  What stuff was burned, what damage was to the storage and and looked for the damage and that's it.

MF:   Do you have insurance on this property with anyone else other than State Farm?

LM:   Uh…no, sir.

MF:   Are you planning on selling the property?

LM:   Uh…was I planning to sell it or…

MF:   Yes, sir.

LM:   …or am I planning now?

MF:   Are you planning on selling your property?

LM:   Uh…uh…I really don't want to sell.  I don't because…uh…I don't think I will sell because I put a lot into this house ya know and and I worked on it a little bit at a time ya know and uh…everything else put on ya know and it will…it will be paid for ya know.  And no.  No.

MF:   So you owe no money on the house?

LM:   No, sir.

MF:   Okay.  Do you have an idea how the fire started?

LM:   I sure don't sir.

MF:   You had talked about the Christmas tree back there.  Did did ya'll leave that on twenty-four (24) hours a day seven (7) days a week?

LM:   Well, see my wife left.  When she left I think it was…I had it on for…I think I turned it on…I would turn it on when I would get home….I would turn it on and leave the lights on because it was on…they left on the 26th on the 26th I have it on.  I leave it on at night and then in the morning I would get up, take a shower, ya know I would unplug it. But I know I had it on…I know I told the fire department that I had it on for atleast three (3) days.

MF:   Without turning it off?

LM:   Without turning it off.

Luis Munoz
Transcribed Interview
Page 13

MF:    And you had an artificial Christmas tree?

LM:    Yes, sir.

MF:    Where did you purchase it at?

LM:    We purchased this tree...purchased it in Harlingen...uh...I don't know if we purchased it in....uh...my wife would be the person to answer that one when we purchased it. I know we purchased it in Harlingen.

MF:    How long ago?

LM:    We had this tree for about...at least eight (8) years.

MF:    Did you start the fire in your house?

LM:    Excuse me?

MF:    Did you start the fire in your house?

LM:    Did I start the fire in my house?

MF:    Yes, sir.

LM:    No, sir.

MF:    Do you know anyone that would want to burn your property?

LM:    Uh...I had a threat about two (2) months ago...two (2) months ago...they threatened us. Me and my wife...uh...we've being having a lot of problems with our neighbors...uh...on the east side. I mean on the west side. I'm sorry.

MF:    Tell me what there names are?

LM:    Uh...there name is...the gentleman's name is Harry Cavazos. His wife's name is Minerva Cavazos. I'm not saying that they did it or...but I did have a threat from the lady.

MF:    What did she say?

LM:    We had a...she had a little accident in her house and um we've been...um...this thing has been a dispute in court for uh...for the...been going on for the...since '99. I'll tell you from day one how everything started.

SF001510

Exhibit F, Page 23

Luis Munoz
Transcribed Interview
Page 14

MF:   She's got a judgment or suit against you?

LM:   Uh…um…no.  No.  Uh…what it is is that I'm in the construction business. I known these people since we move here.  A year later ya know since we move hear ya know.  We're neighbors.  We started getting along.  I have a little boy.  They have a boy.  So they will play together.  We'll barbeque together so we became friends ya know.  And I'm in the construction business.  So they wanted to remodel their house 'cause I was doing my own work here at the house.  So they liked the way I was doing my house so they wanted to figure their own house.  So got me to do an estimate on their…what would do…what it would cost to remodel…completely remodel their home.  So I did this and then ya know a proposal everything and they provided that to the mortgage company to see if they could go through a loan.    Well, they went through the loan.  Their loan was prequalified.  They notify me that they were prequalified.  They gave me a letter of commitment to start on the work.  And….(end of side A).

(Start of side B)

MF:   I turned the tape over.  The time now is 1:56.  You can go ahead Mr. Munoz.

LM:   And…um…so we did the normal procedures of….of going to the title company ya know.  Doing all the paperwork ya know.  Doing a contractor of mechanics lien.  Ya know all the legal procedures that needed to be done before we started the work.  So we got that and we started the work. As we were working in the house, they ran into a lot of problems with their financing.   So the loan was stopping and going stopping and going stopping and going.  So the project was taking so long.  So I kept telling Mr. Cavazos, I said well we need to get this thing finished ya know.  I have all my mo…I have a lot of money tied up into this project and I'm not gonna get paid until this project is completed.   And this thing is just dragging.  He lost his job so they had a stop on the loan because they couldn't close the loan because…he wasn't working.  So I gave him a job. So we could go ahead and continue the project.  Then he hire…he looked for another job.  So he got another job and then she lost her job.  So they fought our conflict issues again so it just dragged, dragged, dragged, dragged.  So it means they have to reapply again and do a lot of work.  So the mortgage company said okay go ahead and continue the project.  So we continued the project and it went on and went on.  As we were going on the project, one day I go to the mortgage company and I said well we're getting ready to complete this project.  We're getting really close. He said oh no Mr. Munoz Mr. Cavazos pulled his loan out.  I said what. Yeah he pulled his loan.  So I finally confront Mr. Cavazos.  I said wait a minute.  We're doing this work.  We've been working at your house.  You haven't tell me anything.  You already pulled your loan out.  How am I

SF001511

Luis Munoz
Transcribed Interview
Page 15

going to get paid with this. He says well that's your problem. I said no, no, no, no, no. That's not right. So I go back to the mortgage company. The mortgage company advise me they said Mr. Munoz we believe you better get some legal advice on this. So I go into my attorney and he says well this is what we have to do. We have to follow the regular procedures on what the contract says. So that's what we did. He filed bankrupt. He filed bankrupt and he just dropped the whole thing. He's been in bankrupt court since that day. And I don't....

MF:    So what are they upset at you about?

LM:    Well, they're upset at me because I'm taking their house away. I'm foreclosing on them.

MF:    When she threatened you, did she give any specific type of a threat?

LM:    Well...and then how they started getting worse is that one night last year on Halloween we were giving out candy...we had...I had the family doing a fish fry there at my house. That same night somebody poured something on her new car on the front. I don't know what they poured. Something. They poured something that removed the paint that damaged her car. So as I was coming out, me and a friend of mine, a partner of mine, we were getting in the truck getting ready to drive back. An officer was at their house taking a report. So he comes over where I'm at and he says stop. So I stop. He said uh...well something happened over there. Somebody poured something on their car and they're blaming your. I said blaming me. I said I didn't do anything. I've been inside the house. I says I said if you want sir to you can check my truck if you want to look for anything. He says do you have any kind of paint remover with you. I said I don't and if like you...you will be more than glad to go inside my truck. Check my truck inside. Check in the back. If you want you're more than glad to go inside my house. Inside my garage and check for anything. I didn't have nothing to do with it. They were real mad. They were so mad that I went back inside the house...a few minutes later...a few minutes later the Raymondville Police department called and said Mr. Munoz you got two (2) broken windows on your business. I go over there the same cops are over there. I had two (2) big broken windows on my business. Okay. That's fine. I said I don't want to blame anybody, but I have an idea who did this. I said just take the report. So they took the report and did this and did that. Okay. My wife goes over there and then I said just go back home to my wife. She goes back home. She parks the vehicle right there in the driveway. Five (5) minutes later, Minevera Cavazos and her sister are driving in. And they get off and then yell at my wife. D-mn we already got even we f-cked up your d-mn husband's windows. So my wife calls the cops and says look they broke the windows. They just admitted it to me right now. Cops goes over there and ask them did you break their

Luis Munoz
Transcribed Interview
Page 16

windows. No. No. We didn't break their windows. She's lying. So I told my wife you know what just leave it alone. Just leave it alone. Ya know. Okay. Well after that day, things just exploded. She was chasing me everywhere. She was harassing me. Going by my jobsites. Flipping the finger at my employees. Going by my front office. Flipping the finger at me. Cussing at me. She was calling my wife at her work. Harassing her. Her and her sister. They were harassing them. That's the only time I would call the police department. Sir Ms. Cavazos is going by my jobsite. She's taking picture of us. Taking picture of our employees. She's passing by flipping the finger at us. I mean it's gotta stop...I mean. So they sent an officer over there and that's what... this is what's going on sir. Well, the next time she passes ya know call us over. I said well the next time she passes by I'll take a picture of her passing by so you will know that it. Well ten (10) minutes later she passes by. So I got a cam...I mean a camcorder camera so I take a picture. And I call the cops. Same officer comes by. Here's a picture. She just passed by right now and flipped the finger. I said this is just getting ridiculous. Okay...and then my wife she called me and she said Luis you got to do something this lady is just calling me, harassing me, threatened that they're gonna do something to our house. They're gonna do something to our vehicles ya know. So I went to the cops. I went to the district attorney's office and talked to them. I said sir this is what's going on. I mean something's gonna have to be done. Somebody's gonna get hurt.

MF:    Did they give you a specific uh...thing that they were going to do to your house or your car or...

LM:    Well, they said they were going to do something to the car...to my wife's vehicle. Okay. Well, I told my wife look this is what you ought to do get a tape recorder. Whenever they call you at work record it. That's what I'm gonna have to do. Whenever they do something I'm gonna have to record it. I went to talk to the district attorney that's what they advised me.

MF:    But did they tell specifically what they were going to do to your house or car?

LM:    Well...one day Ms. Cavazos called me at my office. I have a cordless phone. I was in the back. There was one, two, there was three (3) guys there with me outside. My cordless phone rings and I have caller I.D. I looked at it and it says Harry Cavazos. I tell the guys look this lady never gives up. She keeps on. Look. So they saw it and then I got flipped the phone. Answer it. Then she says she tells me I gonna need it now. I'm going to need a whole f-cking paint job on my d-mn car or I'm gonna burn your d-mn house.

MF:    When was this?

SF001513

Exhibit F, Page 26

Luis Munoz
Transcribed Interview
Page 17

LM:   It has the…it has the the report there at the police.

MF:   I mean about how long ago?

LM:   Two (2) months.

MF:   Two (2) months.  Prior to the fire, did you take any of your contents out?

LM:   No, sir.

MF:   Have you taken anything out after the fire?

LM:   No, sir.

MF:   Can you think of anything that that we need to put in this statement in regards to your fire?  Do you have an idea…what do you think caused it?

LM:   Well…the last time that we had the fire it was in the back in the storage. There was no electricity to it.  I mean…the State Farm adjuster came by and he asked me the same questions.  He said do you have anybody that your…doesn't like you or so and I told him the same thing.  I said sir we're having a lot of problems with the next door neighbor.  It is an ongoing dispute with these people and I'm trying to collect this money ya know. And they're…they're just pissed.

MF:   Do you have an idea how the fire started?

LM:   I sure don't sir.

MF:   Do you think it was accidental?

LM:   They…that night that I came that the fire department was here…the fire chief told me we think it was the Christmas tree that started the fire. That's what he told me.

MF:   Okay.

LM:   Other than that, I don't know.  I couldn't answer it.

MF:   Has any investigator or anything with the city come out and looked at the fire?

LM:   Uh…the…the fire marshal came and and did an inspection.  It was Friday. I think it was Friday.  I will tell you exactly the name of the person.  I should have his card here.  Armond Garcia, Jr. from the State Fire Marshal.

SF001514

Exhibit F, Page 27

**Luis Munoz**
**Transcribed Interview**
**Page 18**

MF:  And he came out and did an investigation on the fire?

LM:  Yes, sir.

MF:  Do you...did he tell you what he thought happened?

LM:  Uh..no, sir.  He sure didn't.

MF:  Have you...uh...has he interviewed you or anything after the fire?

LM:  He interviewed me before...before he even come here to the house at the police department.  He asked me some questions.

MF:  Before he looked at the fire?

LM:  Yes, sir.

MF:  He never told you what he thought may have caused it?

LM:  No, sir.

MF:  Other than the fire in the shed, have you ever had a fire before?

LM:  One time, we had a little accident with a new oven we bought.  It just caught fire on the inside.

MF:  This house?

LM:  Yes.

MF:  Okay.  Is there anything else that you'd like to add concerning this interview?

LM:   No.

MF:  Have all your answers been correct and true?

LM:  Yes, sir.

MF:  Okay.  Will you state your name and address to end this recording?

LM:  My name is Luis, middle initial C, last name Munoz. M-u-n-o-z.  My address is 829 West White, Raymondville, Texas, zip code 78580.

MF:  Okay.  We're ending this tape.  It's 2:09 P.M.

SF001515

**Exhibit F, Page 28**