# Armstrong
*Forensic Laboratory*



330 Loch'n Green Trail   Arlington, Texas 76012-3458
817-275-2691   Fax: 817-275-1883

Andrew T. Armstrong, PhD
John M. Corn, MS, RS
Marion K. Armstrong, MSPH, CIH

January 14, 2003

Mr. Ray Padillo
State Farm Insurance Company
4400 NW Loop 410 # 300
San Antonio, TX  78329-5178

Invest:   Mack L. Fuller                              Insured: Munoz, Luis & Carmela
          National Loss Consultants                            829 West White Avenue
File:     303-0102-01                                          Raymondville, TX
DOL:      01/01/03

LABORATORY REPORT: A3FR0074
RECOVERY AND IDENTIFICATION OF IGNITABLE LIQUIDS

Four samples of fire debris were received on January 8, 2003, for laboratory recovery and identification of ignitable liquids.  The samples were from a fire loss as indicated above.

| Laboratory ID | Client ID | Sample Description |
|---|---|---|
| A3-0074A-001A | 1 | Carpet and padding from south exterior of living room |
| A3-0074A-002A | 2 | Carpet and padding from southeast corner of living room |
| A3-0074A-003A | 3 | Wood and fire debris from lower stairway |
| A3-0074A-004A | 4 | Carpet and padding from southeast corner of love seat in living room |

*Methods of Analyses:*

All samples were examined in accordance with ASTM E1412-00 and ASTM E1387-01. Recovery was by charcoal absorption with analysis by high resolution capillary column gas chromatography with cross column confirmation and gas chromatography/mass spectrometry with computer comparison to the EPA/NIST Database.

*Data Analysis:*

A3-0074A-003A and A3-0074A-004A contained a medium range, isoparaffinic solvent in the boiling range of $nC_8$-$nC_{13}$.  This range and mixture of product is found in some charcoal starters, copier fluids and some paint thinners.

A3-0074A-001A and A3-0074A-002A contained no components which could be exclusively associated with any of the common hydrocarbon ignitable liquids and is negative for identifiable ignitable liquids.

SF001479

*✼ Providing a World of Services ✼*
*Page one of two*

**Exhibit G, Page 1**

Armstrong Forensic Laboratory, Inc.
Report No: A3FR0074
Page 2 of 2

*Summary:*
A3-0074A-001A, carpet and padding from south exterior of living room – negative for identifiable ignitable liquids.

A3-0074A-002A, carpet and padding from southeast corner of living room - negative for identifiable ignitable liquids.

A3-0074A-003A, wood and fire debris from lower stairway - contained a medium range isoparaffinic solvent.

A3-0074A-004A, carpet and padding from southeast corner of love seat in living room - contained a medium range isoparaffinic solvent.

Respectfully submitted,
ARMSTRONG FORENSIC LABORATORY, INC.

Andrew T. Armstrong, PhD, CPC
Fellow, American Board of Criminalistics
AIHA Accreditation No: 363

John M. Corn, MS, RS
Laboratory Director
AIHA ELLAP Accredited

cc: Mack L. Fuller, San Antonio, TX
//A3-0074.doc /jt

SF001480

Exhibit G, Page 2