

**Texas Department of Insurance**
State Fire Marshal's Office, Mail Code 108-FM
333 Guadalupe • P. O. Box 149221, Austin, Texas 78714-9221

STATE FARM INSURANCE
COMPANIES

AUG 1 2 2004

PARK GREEN CSO
CORPUS CHRISTI, TX.

August 6, 2004

Tom Reed
State Farm Lloyds
4444 Corona, suite 140
Corpus Christi, Texas 78411

Re:   Case no. 03-156-01
      Open Records Request 43888

Dear Mr. Reed:

We received your request of August 3, 2004 for a copy of the entire file from the above-referenced case. Pursuant to this request, enclosed are:

  Request and assignment
  Investigation report (5 pp.), with portions redacted
  Diagram
  Supplements of R. Garcia (2 pp.)
  Consent to search
  Raymondville Police Department report card
  Raymondville Fire Department run log

Redaction is pursuant to Chapter 5.46(D), Texas Insurance Code; sections 552.108 and 552.130, Texas Government Code; 42 U.S.C. §405(c)(2)(C)(vii)(1); and Attorney General's previous determination OR 95-642.

If you have any questions concerning this matter, please feel free to contact me.

Sincerely,

*Carolyn Pursley*

Carolyn Pursley
State Fire Marshal's Office
Open Records Liaison

Enclosure

SF004539

Exhibit H, Page 1

## REQUEST AND ASSIGNMENT

STATE FARM INSURANCE COMPANIES

AUG 1 2 2004

PARK GREEN CSO
CORPUS CHRISTI, TX.

| | |
|---|---|
| Date Received: | JANUARY 02, 2003 |
| Received By: | CHIEF INVESTIGATOR DEAN SHIRLEY |
| Assigned to: | RAMON GARCIA JR. |
| Assignment Date: | JANUARY 02, 2003 |
| Investigation Date: | JANUARY 03, 2003 |
| Desc. of Property: | TWO STORY DWELLING |
| Date of Fire: | JANUARY 01, 2003 |
| Time of Fire: | 8:47 P.M. |
| Location of Fire: | 829 W. WHITE STREET |
| City or Co. of Fire: | RAYMONDVILLE, TEXAS WILLACY COUNTY |
| Owner Information: | LUIS CARLOS MUNOZ |
| Occupant Info.: | LUIS CARLOS MUNOZ |
| Insurance Info.: | STATE FARM INSURANCE |
| Fatality: (yes or no) | NO |
| Site Secured By: | YES |

### REQUESTERS INFORMATION

| | |
|---|---|
| First Name: | RONNIE |
| Last Name: | RAMIREZ |
| Title: | ASST. FIRE MARSHAL |
| Agency: | RAYMONDVILLE FIRE DEPT. |
| Address: | 565 W. HIDALGO STREET RAYMONDVILLE, TX. |
| Phone: | 956-689-2441 |

### ADDITIONAL INFORMATION

SF004540

Exhibit H, Page 2




# STATE FIRE MARSHAL'S OFFICE
### INVESTIGATION REPORT
TEXAS DEPARTMENT OF INSURANCE
## SENSITIVE

| Case # | 03-156-01 | Priority | 1 | Investigator | Ramon Garcia Jr. | | Status | Active |
|---|---|---|---|---|---|---|---|---|
| Day of Fire | Friday | Date of Fire | 01-01-03 | Time of Fire | 8:47 p.m. | Cause of Fire | | Incendiary |
| Date of Request | 01-02-03 | Date Case Assigned | 01-02-03 | | | Date of Investigation | | 01-03-03 |
| City of Fire | Raymondville | | | County of Fire | Willacy | | | |
| Location of Fire | 829 W. White Street Raymondville, Texas 78580 | | | | | | | |
| Type of Fire Investigation | Residential | | | Injuries | No | # 0 | Deaths No | # 0 |

### OWNER

| Full Name | Luis Carlos Munoz | | | | | Phone # | (956) 689-0830 |
|---|---|---|---|---|---|---|---|
| Address | 829 W. White Street Raymondville, Texas 78580 | | | | | | |
| Race | White | Other | Hispanic | Sex | Male | Age 39 | Date of Birth 02-01-64 |
| Social Security # | | | | Driver's License # | | | |
| Insurance | Yes | Insurance Company Name | State Farm Insurance | | | | |
| Policy # | | | | Effective Dates | | | |
| Amount of Policy: | Structure $ | | | Contents $ | | | |
| Adjusters Name | | | | Adjusters Phone # | ( ) | | |
| Agents Name | | | | Agents Phone # | | | |
| Agents Address | | | | | | | |

### OCCUPANT

| Full Name | Luis Carlos Munoz | | | | | Phone # | (956) 689-0830 |
|---|---|---|---|---|---|---|---|
| Address | 829 W. White Street Raymondville, Texas 78580 | | | | | | |
| Race | White | Other | Hispanic | Sex | Male | Age 39 | Date of Birth 02-01-64 |
| Social Security # | | | | Driver's License # | | | |
| Insurance | Yes | Insurance Company Name | State Farm Insurance | | | | |
| Policy # | | | | Effective Dates | | | |
| Amount of Policy: | Structure $ | | | Contents $ | | | |
| Adjusters Name | | | | Adjusters Phone # | ( ) | | |
| Agents Name | | | | Agents Phone # | | | |
| Agents Address | | | | | | | |

### DISCOVERED FIRE

| Full Name | Harry Cavazos | | | | | Phone # | (956) 689-0361 |
|---|---|---|---|---|---|---|---|
| Address | 847 W. White Street Raymondville, Texas 78580 | | | | | | |
| Race | White | Other | Hispanic | Sex | Male | Age | Date of Birth |
| Social Security # | - - | | | Driver's License # | | | |

### REPORTED FIRE

| Full Name | Harry Cavazos | | | | | Phone # | (956) 689-0361 |
|---|---|---|---|---|---|---|---|
| Address | 847 W. White Street Raymondville, Texas 78580 | | | | | | |
| Race | White | Other | Hispanic | Sex | Male | Age | Date of Birth |
| Social Security # | - - | | | Driver's License # | | | |

### MOTOR VEHICLE

| Type of Vehicle | | Year | | Make | | Model | |
|---|---|---|---|---|---|---|---|
| Vehicle Use | | Color | | V.I.N. # | | L.P. # | |

### OTHER INFORMATION

| Other Investigating Agencies | Raymondville Police Department | | | |
|---|---|---|---|---|
| Responding Fire Departments | Raymondville Volunteer Fire Department | | | |
| Weather Conditions | clear | Wind Direction | To | Velocity | 4.6 mph |

### ADMINISTRATIVE SECTION

| Approved By | | | Date |
|---|---|---|---|

Exhibit H, Page 3




# STATE FIRE MARSHAL'S OFFICE
### INVESTIGATION REPORT
### TEXAS DEPARTMENT OF INSURANCE
## SENSITIVE

Case #  03-156-01                                Investigator: Ramon Garcia Jr.
**Continuation:**

---

## REQUEST AND ASSIGNMENT

On Wednesday, January 01, 2003 at approximately 8:47 p.m. the Raymondville Volunteer Fire Department responded to a structure fire located at 829 West White Street in Raymondville, Texas. The fire involved a two story family dwelling and the first responding officers reported the fire was observed to be located at the south side of the residence. Raymondville Assistant Fire Marshal Ronnie Ramirez contacted the State fire Marshal's Office on Thursday, January 2, 2003 and requested assistance in the investigation of the cause of the fire. Deputy State Fire Marshal Chief Investigator Dean Shirley assigned the case to Deputy State Fire Marshal Ramon Garcia Jr. to conduct an origin and cause examination of the scene.

## DISCOVERY OF FIRE

A neighbor Harry Cavazos who resides at 847 West White Street in Raymondville, Texas 78580 apparently discovered the fire. Mr. Cavazos reported the fire to the Raymondville Police Department via telephone.

## CONSENT TO SEARCH

Contact was made with the victim Luis Carlos Munoz at the Raymondville Police Department where he signed a consent to search form after it was explained by Deputy State Fire Marshal Ramon Garcia Jr.

## PROPERTY DESCRIPTION

The property is a two-story brick veneer family dwelling, which is located at 847 West White Street inside the City of Raymondville, Texas. The dwelling is located at the south side of the street and the main entry is facing the north side of the street. The structure is approximately ( 2,310 square feet ) and has two bedrooms, two bathrooms and a one vehicle garage. The dwelling is constructed of brick veneer and regular roof shingles. The electrical is attached by above ground wire to the meter and the main load center is located on the south side of the structure.

## INTERVIEWS

An interview was conducted on Luis Carlos Munoz (victim) who stated that he was at his shop, Munoz Roofing and Construction, located at 363 Kimbal St., in Raymondville, Texas 78580. 956-689-3591.
The victim stated he was bar-b-queing with his brother Omel Munoz and friend Joe Trevinor when one of his workers' (Robert Perez) son Robert Jr. called him via telephone and told him that his house was on fire. The victim stated he then proceeded to his residence where he made contact with fire and police officials.

SF004542                                                                 Page 2

Exhibit H, Page 4




# STATE FIRE MARSHAL'S OFFICE
### INVESTIGATION REPORT
### TEXAS DEPARTMENT OF INSURANCE
## SENSITIVE

Case #  03-156-01                               Investigator:  Ramon Garcia Jr.

**Continuation:**

An interview was conducted at the Raymondville P.D. with Robert Perez who is employed by Luis Munoz. Perez stated he was at his girlfriend's house from around 5:00 p.m. to 8:30 p.m. when he passed the Munoz residence and noticed the fire/police department at location, and black smoke coming out of Munoz's residence. Perez further stated he then called his son Robert Jr. to try to contact Luis Munoz and advise him of the situation.

## INVESTIGATION NARRATIVE

**Exterior Examination**
The examination of the fire scene began on the North side of the dwelling where no smoke damage was seen.

The East Side of the structure showed no signs of heat or smoke damage.

The south side of the structure showed heat and smoke damage to the rear entry and window.

The West Side of the structure showed no signs of heat or smoke damage. The Northwest side of the structure had an opening on the second floor which appeared to be under construction.

**Interior examination**

The interior examination began at the front entry door, which led to a small living room, which sustained smoke damage. A small hallway was located to the left of the living room which sustained smoke damage and led to a bedroom which showed minor smoke damage.

The kitchen and dining room area showed severe smoke damage.

The living room area sustained the most heat and smoke damage. The Southwest corner of the living room sustained the most heat damage where the remains of a Christmas tree was found. A stairway that is located north of where the Christmas tree is located showed severe fire damage leading upward toward the second floor. A pillar that is located adjacent to the stairway shows heat and smoke damage from southwest to northeast.

A big screen television set, video cassette recorder, sofas, living room furniture, pictures in picture frames and items wrapped in gift wrapping paper were destroyed by the fire.

A door that was located on the west side of the living room led into a small hallway where the utility room (southwest corner), restroom (west side) and garage (northwest corner) were located.

Utility room:  A washer, dryer, clothes and several items were found inside the utility room, which had sustained smoke damage.




# STATE FIRE MARSHAL'S OFFICE
### INVESTIGATION REPORT
#### TEXAS DEPARTMENT OF INSURANCE
## SENSITIVE

Case #   03-156-01                                    Investigator :   Ramon Garcia Jr.

**Continuation:**

Restroom: The restroom consists of a sink, toilet with several small items inside, and sustained smoke damage.

Garage: The garage had a red Ford F-150 pickup truck displaying Texas L. P. ▮▮▮▮ parked inside. Several miscellaneous items were observed against the wall.

Another door was located on the East side of the living room that led into a large carpeted room which was empty except for a few furniture items and pictures frames on the floor. A ceiling fan was located in the center of the room and showed the blades severely damaged by the heat. Raymondville P.D. found a blue plastic bottle with an HEB label in the front inside a plastic bag near the northeast window. The window was found partially open at the time of the fire. Raymondville P.D collected the items as evidence and submitted them to the Texas State Fire Marshal Arson Lab for analysis.

A small closet was located on the northeast section of the large room with a small opening in the ceiling that led to a second floor under construction. The closet sustained smoke damage.

A small hallway is located on the northeast section of the large room that led to a small room where the Central Heat/Air Conditioner is located. This area sustained smoke damage.

**All of these areas appeared to be under construction.**

A stairway was located on the southwest corner of the residence that led up to a second floor bedroom which sustained heavy smoke damage. The bedroom had a bathroom on the southeast corner and a small room next to it on the northeast corner.

The bathroom consisted of a sink, toilet, shower and misc. items.

The small room consisted of a small dining table located in the middle of the room with several toys scattered on top of the table and around the floor.






# STATE FIRE MARSHAL'S OFFICE
### INVESTIGATION REPORT
### TEXAS DEPARTMENT OF INSURANCE
## SENSITIVE

Case #   03-156-01                                    Investigator :   Ramon Garcia Jr.
**Continuation:**

## ORIGIN AND CAUSE SUMMARY

By observing the fire scene from the least damaged to the most damaged areas it was determined that the Area of Origin of this fire was on the west side section of the living room where the Christmas tree was found. The cause of this fire has been determined to be **incendiary** and this case is to remain active pending further investigation.

 

# STATE FIRE MARSHAL'S OFFICE
### INVESTIGATION REPORT
#### TEXAS DEPARTMENT OF INSURANCE
## SENSITIVE

**Case #** 03-156-01                    **Investigator:** RAMON GARCIA JR.
**Diagram Document # 1**        Page 9



 

# STATE FIRE MARSHAL'S OFFICE
### INVESTIGATION REPORT
### TEXAS DEPARTMENT OF INSURANCE
## SENSITIVE

| Case # | 03-156-01 | Investigator: | Ramon Garcia Jr. | Date of Report: | 07-16-03 |

**Continuation:**

On March 04, 2003 and March 20, 2003 I received records from State Farm Insurance regarding this case involving Luis Munoz.

[redacted]

THIS CASE IS STILL ACTIVE PENDING FURTHER INVESTIGATION.

SF004547

Page 2

Form REP2, rev 5/22/03

Exhibit H, Page 9



## STATE FIRE MARSHAL'S OFFICE
### INVESTIGATION REPORT
### TEXAS DEPARTMENT OF INSURANCE
## SENSITIVE

Case #   03-156-01        Investigator :    Ramon Garcia Jr.         Date of Report:   07-12-04

### Supplement Report

On Tuesday, June 01, 2004 I met with Raymondville Police investigators regarding new leads on this case.

█████████████████████████████████████████████████████████████████

**THIS CASE IS STILL ACTIVE PENDING FURTHER INVESTIGATION.**

SF004548

Page 1

Form SUP, rev 5/22/.

Exhibit H, Page 10

# STATE FIRE MARSHAL'S OFFICE
## CONSENT TO SEARCH
### (FIRE INCIDENT)

STATE OF TEXAS
COUNTY OF __Willacy County__

I, __Luis C. Munoz__ Have been informed by the hereafter named **DEPUTY STATE FIRE MARSHAL**, who is a Texas Peace Office, to wit:

That I have a constitutional right to be free from having him/her make a warrantless search of the hereafter described property or place under my control and supervision; a constitutional right to refuse to give him and any assisting officer(s) consent to make a search of that kind; that those rights are guaranteed by both the Texas and Federal Constitutions; and that, if granted, anything of evidentiary value seized in the course of the search can and will be introduced into evidence in court against me, if deemed necessary. **HAVING READ AND ACKNOWLEDGED THESE RIGHTS, I DO HEREBY AUTHORIZE:**

__Ramon Garcia Jr__
**DEPUTY STATE FIRE MARSHAL**

And any assisting officer(s) to conduct a complete search of the following described property, including any and all structures, improvements and other fixtures or materials thereon, if necessary, in order to establish the cause of the fire incident that occurred on or about, __Jan 01, 2003__ At __8:47 p.m.__, 200_3_, in __Willacy__ County, at: __829 W White St. Raymondville, Texas__

AND I HEREBY AUTHORIZE HIM AND ANY ASSISTING OFFICER(S) TO SEIZE AND TAKE THEREFROM ANY ITEM THEY BELIEVE TO BE OF EVIDENTIARY VALUE IN THIS FIRE INCIDENT.

I GIVE THIS CONSENT VOLUNTARILY AND OF MY OWN FREE WILL AND ACCORD, WITHOUT BEING SUBJECTED TO ANY COMPULSION, THREATS, PROMISES, OR PERSUASION OF ANY KIND.

I KNOW THAT ANY ITEMS OF PROPERTY OR MATERIALS SEIZED BY THE ABOVE NAMED OFFICER OR ANY ASSISTING OFFICER(S) OR K-9 UNITS AND TAKEN BY THEM FROM SUCH PROPERTY OR PLACE CAN AND WILL BE USED AGAINST ME AS EVIDENCE IN A CRIMINAL PROCEEDING, IF DEEMED NECESSARY.

Witness: __Samuel Adame__   Signature: __Luis C. Munoz__
Witness: _____   Date/Time: __1-3-2003__   Time __11:15__

(Rev 9/01)

SF004549

Exhibit H, Page 11

# RAYMONDVILLE POLICE DEPARTMENT

**52122**

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED | OFFENSE NO |
|---|---|---|---|---|
| 2003 JAN 1 PM 8:47 | 2003 JAN 1 PM 8:47 | 2003 JAN 1 PM 8:48 | 2003 JAN 1 PM 10:33 | 03-0006 |

| PERSON REPORTING | ☐ VICTIM | PHONE NO | ☐ INSIDE | ☐ OUTSIDE |
|---|---|---|---|---|

Henry Lavertez  690036/

ADDRESS OF ☒ PERSON REPORTING ☐ VICTIM ☐ COMP: 829 white

LOCATION OF CALL: 829 white

NATURE OF CALL: House of fire / ARSON

| HOW RECEIVED | DISPATCHED BY: | OFFICER(S) ASSIGNED | BACK-UP OFFICER(S) |
|---|---|---|---|
| ☒ PHONE ☐ RADIO ☐ PERSON ☒ 911 | 201 | 105  10Y | |

| VEHICLE INFO: | ☐ TRF | ☐ IMP | ☐ STOLEN | ☐ RECOVERED | ☐ OTHER |
|---|---|---|---|---|---|

| YEAR | COLOR | MAKE | PERSON: ☐ WANTED ☐ MISSING ☐ OTHER |
|---|---|---|---|

| STYLE | | MODEL | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|

| YEAR | | STATE | LICENSE NO | ADDITIONAL INFORMATION |
|---|---|---|---|---|

SF004550

**Exhibit H, Page 12**

# Raymondville Fire Department

## Run Log

RPD Call Card # __52123__
Date __01/01/03__
Officer In Charge __F. Ramirez__

Nature of Call __House Fire__

Time Dispatched __8:49 pm__    Time Arrived __8:54 pm__    Time Completed __10:05 pm__

Location __829 W. White   Raymondville, TX__

Owner Information (optional)

Name __Luis C. Munoz__
Address __829 W. White__
City/State __Raymondville__
Telephone (H) _____ (B) __689-3591__ (O) __232-0031__
License Plate # _____

__✓__ 1421  __ __ 1422  __✓__ 1453  __✓__ 1461

| Check | Name | Check | Name |
|---|---|---|---|
| ✓ | Fred Ramirez | ✓ | Mario Tijerina |
|   | Frank Torres | ✓ | Oscar Rodriguez |
|   | Ernest Hernandez | ✓ | Roland Longoria |
| ✓ | Jim Kirman | ✓ | Robert Supulver |
|   | David Wittenbach | ✓ | Eloy Zamorano |
| ✓ | Pablo Sanchez | ✓ | Ronnie Ramirez |
|   | Cliff Fambrough | ✓ | John Rodriguez |
| ✓ | Zeke Cavazos |   | Hector Tijerina |
| ✓ | Rick Gonzales |   | Oscar Rivera |
|   | Oscar Gutierrez |   | Randy Salinas |
|   | Lalo Moreno |   | Art Rodriguez |
| ✓ | Lonnie Correa | ✓ | Robert Hernandez |
| ✓ | Terry White |   |   |

SF004551

Exhibit H, Page 13

08/13/2004 FRI 15:36 [TX/RX NO 5473] ☒041