| WILLACY | | | REG. 01/10/92 |
|---|---|---|---|
| THE STATE OF TEXAS<br>COUNTY OF TRAVIS | 257433 ABSTRACT OF JUDGMENT | | VCL 017 PAGE 169 |

## OFFICIAL RECORDS

I, the undersigned, hereby verify in accordance with Sec. 52.002 of the Texas Property Code that the following is true and correct to the best of my knowledge and belief: In the COUNTY COURT AT LAW NO. 1 of Travis County, Texas in a certain suit pending in said Court, Cause No. 194,470, wherein THE STATE OF TEXAS, plaintiff, and LUIS C MUNOZ, defendant, WHOSE SOCIAL SECURITY NUMBER IS: G 466 15 2084 018, whose birthdate and drivers license number is not available to the clerk, who was served with a citation at:

C/O SANTOS MUNOZ
P.O. BOX 1095
LASARA TX 78561

the said plaintiff, THE STATE OF TEXAS recovered judgment against said defendant LUIS C MUNOZ on the 3RD of DECEMBER, 19 91; for the sum of $ 5,104.71; FIVE THOUSAND ONE HUNDRED FOUR AND 71/100 DOLLARS

with interest on said amount from the 3RD day of DECEMBER, 19 91, at the rate per annum as listed hereinafter:

| 1. 484.83 | .09 | 8. |
|---|---|---|
| 2. 558.00 | .09 | 9. |
| 3. 558.00 | .09 | 10. |
| 4. 558.00 | .09 | 11. |
| 5. 685.00 | .09 | 12. |
| 6. 685.00 | .09 | 13. |
| 7. | | 14. |

and $ 150.00 costs of suit. Said judgment is on record of said Court. Said judgment is entitled to following credits, to-wit: $ $0.00 as of the 10TH day of JANUARY, 19 92. There is still due on said judgment the amounts as hereinabove set out, with interest on said amounts as hereinabove set out, and $ 150.00 costs of suit.

Return to:
Tx. Higher Education
Coordinating Board
P.O. Box 12788
Austin, Tx. 78711
(512) 483-6340

ACKNOWLEDGED BEFORE ME BY DAWN PARMA, LEGAL CLERK, TEXAS HIGHER EDUCATION COORDINATING BOARD ON _____ day of JAN 15, 19 92.

GRACE K. STIH
NOTARY PUBLIC
State of Texas
Comm. Exp. 4/03/93

SF001892

Exhibit I, Page 1

VOL. 017 PAGE 170

257433

FILED FOR RECORD
AT 11:37 O'CLOCK A M
MAR 20 1992
TERRY FLORES, CLERK
COUNTY COURT, WILLACY COUNTY
TEXAS, BY S. Sanger DEPUTY

$8.00

STATE OF TEXAS
COUNTY OF WILLACY

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and page of the named RECORDS of Willacy County, Texas as stamped hereon by me.



Terry Flores
County Clerk
Willacy County, Texas

SF001893

Exhibit I, Page 2