**ORIGINAL INSTRUMENT** 268312  **OFFICIAL RECORDS**  VOL **042** PAGE **147**
02-174741-6  20-001
T.E.C. Tax Account No.  **NOTICE OF STATE TAX LIEN**

Know all men by these presents, that the employing unit named below is subject to the provisions of the Texas Unemployment Compensation Act and is indebted to the State of Texas, through the Texas Employment Commission, for Unemployment Taxes, Interest Taxes, and other charges, in the current amount of $ 149.18 as scheduled below; plus any indebtedness of the same nature which may accrue or be incurred subsequent to the filing of this notice. The amounts shown below in the column headed "TAX" are tax exclusively and do not include penalty, interest, or any other charge.

LUIS C MUNOZ
MUNOZ ROOFING
829 W WHITE AVE
RAYMONDVILLE TX  78580-2824

| QUARTER OR DATE | TAX | OTHER CHARGES | QUARTER OR DATE | TAX | OTHER CHARGES | QUARTER OR DATE | TAX | OTHER CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3-95 | 137.00 | 6.18 | | | | | | |
| 01-03-96 LIEN FEE | | 6.00 | | | | | | |

This indebtedness consists of unpaid contributions (taxes), interest and penalty and other charges which are delinquent under the terms of said Act (and Commission Rules) and for which a lien is established under the provisions of the Texas Unemployment Compensation Act, Labor Code, as amended (Chapter 201 et seq), and Subchapter A of Chapter 113, Tax Code. Notice of the attachment of said lien upon all property, both real and personal, belonging to such employing unit or to any individual so indebted is herewith made pursuant to the Texas Unemployment Compensation Act, Labor Code, as amended (Chapter 201 et seq), and Subchapter A of Chapter 113, Tax Code.

Given under my hand and official seal of the Texas Employment Commission on the 3rd day of JANUARY, 1996



TEXAS EMPLOYMENT COMMISSION by
Steve Riley, Tax Department

| WILLACY | County Clerk certification and recording information |
|---|---|
| | |

101 E. 15th Street, Austin, TX 78778-0001
C1165R(1293)

SF001867

Exhibit J, Page 1

VOL **042** PAGE **148**

268312

FILED FOR RECORD
AT 11:20 O'CLOCK A.M.
JAN - 5 1996
TERRY FLORES, CLERK
COUNTY COURT, WILLACY COUNTY
TEXAS, BY _____ DEPUTY

6.00

STATE OF TEXAS
COUNTY OF WILLACY

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and page of the named RECORDS of Willacy County, Texas as stamped hereon by me.

Terry Flores
County Clerk
Willacy County, Texas