**OFFICIAL RECORDS**

VOL. **276** PAGE **175**

| Form 668 (Y)(c) (Rev. October 2000) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #10<br>Lien Unit Phone: (512) 499-5231 | Serial Number<br>740210159 | For Optional Use by Recording Office<br>**290276** | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  LUIS C MUNOZ

Residence  829 W WHITE
RAYMONDVILLE, TX 78580-2824

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 940 | 12/31/1999 | 74-2744588 | 03/13/2000 | 04/12/2010 | 514.24 |
| 940 | 12/31/2001 | 74-2744588 | 04/29/2002 | 05/29/2012 | 409.55 |
| 941 | 09/30/1999 | 74-2744588 | 12/13/1999 | 01/12/2010 | 4584.87 |
| 941 | 12/31/1999 | 74-2744588 | 03/13/2000 | 04/12/2010 | 2671.01 |
| 941 | 03/31/2000 | 74-2744588 | 09/18/2000 | 10/18/2010 | 5579.57 |
| 941 | 06/30/2000 | 74-2744588 | 09/11/2000 | 10/11/2010 | 3753.11 |
| 941 | 09/30/2000 | 74-2744588 | 12/18/2000 | 01/17/2011 | 2519.86 |
| 941 | 12/31/2001 | 74-2744588 | 04/01/2002 | 05/01/2012 | 4237.17 |

Place of Filing  Personal Property
Willacy County
Raymondville, TX 78580

Total  $  24269.38

This notice was prepared and signed at  Austin, TX  , on this, the  21st  day of  November , 2002 .

Signature  for PEDRO  *(signed)*

Title  REVENUE OFFICER  (956) 632-3320      30-15-3736

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X

SF001837

Exhibit L, Page 1

VOL. **276** PAGE **176**



290276

$13.00  on File

STATE OF TEXAS
COUNTY OF WILLACY

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the named RECORDS of Willacy County Texas as stamped hereon by me.



*Terry Flores*

County Clerk
Willacy County, Texas

SF001838

**Exhibit L, Page 2**