**OFFICIAL RECORDS** VOL. 252 PAGE 188

ABSTRACT OF ASSESSMENT

02-174741-6-001
TWC ASSESSMENT NO. 288664

TEXAS WORKFORCE COMMISSION
AUSTIN, TEXAS 78778-0001

02-174741-6
TWC ACCOUNT NO.
27-001

The undersigned Custodian-Tax Records of the Texas Workforce Commission (TWC), Austin, Travis County, Texas, hereby certifies: that a Notice of Assessment was issued to LUIS CARLOS MUNOZ

that said Notice of Assessment No. 02-174741-6-001 was served on LUIS CARLOS MUNOZ WHOSE ADDRESS APPEARS AS 363 W KIMBALL AVE RAYMONDVILLE TX 78580-3515 (whose birthdate and driver's license are not reasonably available) on 26th day of February, 2002; that on 29th day of March, 2002, pursuant to T.U.C.A., LABOR CODE, Sec. 213.031, said assessment became final and shall be treated as if it were the final judgment of a district court; that said executed Notice of Assessment is of record with the TWC; that the assessment was for $ 2,028.56, this representing contributions, interest and penalties as of 31st day of January, 2002, as shown by the following schedule:

| PERIOD (CALENDAR QUARTER) | TOTAL TAXABLE WAGES | TAX RATE (%) | CONTRIBUTION DUE | DELINQUENCY DATE | INT RATE (%) | CURRENT INTEREST DUE | PENALTY & OTHER CHARGES |
|---|---|---|---|---|---|---|---|
| 4-00 | $ 3,608.72 | 0.90 | $ 32.48 | 2-01-01 | 18.0 | $ 5.88 | $ 65.41 |
| 1-01 | 16,220.53 | 4.64 | 752.63 | 5-01-01 | 13.5 | 101.61 | 146.77 |
| 2-01 | 15,418.80 | 4.64 | 715.43 | 8-01-01 | 9.0 | 64.38 | 143.97 |
| xxx | xxx | xx | $ 1,500.54 | xxx | x | $ 171.87 | $ 356.15 |

**TOTAL AMOUNT DUE AS OF** January, 2002 **FOR PERIODS SHOWN ABOVE** $ 2,028.56

that said assessment provides that late payment interest on contributions or taxes (1.5% per month) and interest on contributions or taxes reduced to final assessment (1% per month) shall be due until paid as imposed by Sec. 213.021 and 213.025, T.U.C.A., LABOR CODE, and for $ 55.00 costs. After all credits and offsets there is still due on said assessment $ 2,096.09 with accrued interest imposed by said Sections 213.021 and 213.025, T.U.C.A., LABOR CODE, through the 30th day of April, 2002; together with $ 55.00 costs and all fees for filing and recording the abstract as imposed by Sec. 213.036, T.U.C.A., LABOR CODE.

I hereby verify in accordance with Section 52.002 of the Texas Property Code, that the foregoing is true and correct to the best of my knowledge and belief.

H. Ingram, Custodian-Tax Records, Texas Workforce Commission

This instrument was acknowledged before me on the 22nd day of May, 2002 by H. Ingram, Custodian-Tax Records, Texas Workforce Commission

Return to Plaintiff:
TEXAS WORKFORCE COMMISSION
COLLECTION SECTION
TWC BUILDING
AUSTIN, TEXAS 78778-0001

Connie Avery
Notary Public, State of Texas
My Commission Expires
MARCH 28, 2005

C-33SPR (1299

CLERK'S MEMO:
PORTIONS OF THIS DOCUMENT
NOT LEGIBLE WHEN RECORDED

SF001834

Exhibit M, Page 1

VOL 252 PAGE 189

288664



$8.00

STATE OF TEXAS
COUNTY OF WILLACY

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the named RECORDS of Willacy County Texas as stamped hereon by me.



*Terry Flores*
County Clerk
Willacy County, Texas

SF001835

**Exhibit M, Page 2**