**IRS** Department of the Treasury
Internal Revenue Service

AUSTIN TX 73301-0058

In reply refer to: 0615504797
Apr. 02, 2004  LTR 1275AU
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  199912 30 000  0
                                    05253
BODC: SB

STATE FARM CLAIMS OFFICE
ATTN: TOM REED
4444 CORONA SUITE 140
CORPUS CHRISTI  TX  78411

TOM REED
STATE FARM FIRE CLAIMS
CORPUS CHRISTI TEXAS

APR 0 J 2004

Taxpayer's Name:  Luis C Munoz
Taxpayer Identification Number:  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
Tax Period:  Dec. 31, 1999 through Dec. 31, 2002
Form(s):  1040

Dear Mr. Reed:

We received the payment and request dated Jan. 22, 2004, for a copy of the tax form(s) listed above.

After a thorough search of our files, we find no record of the tax information you requested for year(s):
Dec. 31, 1999  Dec. 31, 2000  Dec. 31, 2001  Dec. 31, 2002
We can take no further action on the case.

The payment of $156.00 for the photocopies will be refunded within 14 days.

If you have any questions about this letter, you may call Olivia Flores-Duran at 512-460-2259 between the hours of 8:00 a.m. and 2:30 p.m. CT. If the number is outside your local calling area there will be a long-distance charge to you.

A copy of this letter and any referenced enclosures have been forwarded to your authorized representative(s).

SF000324

Exhibit N, Page 1

```
                                              0615504797
                            Apr. 02, 2004    LTR 1275AU
                            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   199912 30 000   0
                                                     05254
```

STATE FARM CLAIMS OFFICE
ATTN:  TOM REED
4444 CORONA SUITE 140
CORPUS CHRISTI   TX   78411


If you write, please include your telephone number, the hours you can
be reached, and this letter.  You may also want to keep a copy of this
letter for your records.

Telephone Number (    ) _____ Hours_____

                              Sincerely yours,

                              *Debi Vaughn* (signature)

                              Debi Vaughn
                              Operations Mgr., Post Processing

Enclosure(s):
Notice 363

```
                    TOM REED
              STATE FARM FIRE CLAIMS
               CORPUS CHRISTI TEXAS
                   APR 0 5 2004
```

SF000325

Exhibit N, Page 2