Jan. 8, 2004

Ca. No. 03-346
Ben Capetillo vs Luis Muñoz

   Offer by Luis Muñoz to settle this Lawsuit & dismiss the Same per Rule 11.

  Luis Muñoz will build the garage as per the original agreement and to build it within 45 days of ~~this date~~ offer accepted by Ben Capetillo.

  Luis Munoz will pay to Ben Capetillo $43,000.⁰⁰ US currency with $10,000.⁰⁰ on Jan 27, 2004, $10,000.⁰⁰ on February 7, 2004 and the balance of $23,000.⁰⁰ on or before March 28, 2004 for the agreed total of Forty three thousand dollars.

  Ben Capetillo agrees to dismiss his Cause of action Against Luis Muñoz filed in Case # 03-346 in Willacy County, Texas upon the garage being built and the money paid.

1:11pm

FILED
FEB 10 2004
Gilbert Lozano, Dist. Clerk, Willacy Co
By _____ Deputy

Luis Muñoz

ORIGINAL    Ben Capetillo    Exhibit O, Page 1
COPY        Capetillo

SF004514