IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | § § § | CAUSE NO B-04-141 |
| VS. | § § § | |
| STATE FARM LLOYDS | § | |

### AFFIDAVIT OF LEE OLIVO

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF HIDALGO | § |

On this day, LEE OLIVO appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

1. "My name is Lee Olivo. I am over the age of eighteen, I have never been convicted of a felony or crime involving moral turpitude, and I am otherwise competent to make this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an insurance adjuster licensed to handle claims in Texas.

3. I am a State Farm Claim Representative. On January 2, 2003, I began working on behalf of State Farm Lloyds on Mr. and Mrs. Munoz's claim resulting from the January 1, 2003, fire at 829 West White Avenue, Raymondville, Texas 78580.

4. Prior to January 1, 2003, the Munozes had filed three previous claims with State Farm. One claim was made several years ago for a fire in the kitchen. Two claims were made in February 2002, one for a fire in the Munozes' backyard shed, and one for a theft. I was one of the Claim Representatives handling the Munozes' February 2002 fire claim. During the investigation of the 2002 fire claim, Mr. Munoz claimed that he was being threatened by Mr. Harry Cavazos.

5. On January 2, 2003, I spoke with State Farm agent Mark Brown. Mr. Luis Munoz had notified Mr. Brown of a fire at his residence that occurred the night before. During our conversation, Mr. Brown told me that two weeks before the 2003 fire, Mr. Munoz had telephoned his office and asked how much he would receive in insurance proceeds if his house burned down.

6. After the fire, Mr. Munoz represented to me that he and Mrs. Munoz were now living with

his brother, Omel Munoz. Mr. Munoz provided me with a copy of the lease agreement between he and his brother. The lease indicated a monthly rental fee of $2,400. A true and correct copy of the Residential Lease Agreement is attached as Exhibit T.

7. All of the above-referenced Exhibits are true and correct copies of documents obtained during my investigation of the Munozes' claim. These documents were kept in the course of State Farm's regularly conducted business activity, and it is the regular practice of State Farm's business activity to make an accurate record of such documents."

FURTHER AFFIANT SAYETH NOT.

_____
Lee Olivo

SUBSCRIBED AND SWORN TO BEFORE ME by Lee Olivo on this 9th day of September, 2005, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas
My Commission Expires: 4-2-2006

2