## SHORT FORM RESIDENTIAL LEASE

Short Form, Term or month-to-month Where Owner Requires Minimum Protective Provisions. One to Four Family Residential Property. Not Suitable for Condominiums.

1. **PARTIES.** This agreement between _____CHARLOTTE DEWITT_____
_____LUIS MUNOZ_____ hereinafter called Owner, and _____
_____ herinafter called Resident.
(the Parties), whereby Owner leases to Resident, the

2. **PROPERTY** described as_____
Lot_____Block_____Subdivision_____located
within the city of_____Address_____
County of__WILLACY_____State of__TEXAS_____,with improvements presently thereon, and person property_____
_____
and __Furniture as shown on attached Schedule A, all of the above herinafter called Property,

3. **PERIOD,** For a Period of X__month-to-month beginning on the_____
___1___day of__FEB_____19_2003___ or _____,
beginning on the_____day of_____19_____
(the Term).

4. **RENTAL** of $__2400.00____per month (Rental), payable to _____
__CURTIS SHED__at_464 EWST HIDALGO__in advance without demand or a grace period, on or before the__5th_____day (Due Date) of each month during the Term of his lease. Receipt is hereby acknowledged of the pro-rated Rental in the sum of $_0__
_____, for Rental to the first Due Date. Rental paid after Due Date is delinquent, and Default provisions herein shall apply At the option of the Owner, Resident shall additionally pay (i) a late charge of $_25.00_____per day for payments received after the Due Date, until Rental is paid in full (ii) $_____

SF002053

**Exhibit U, Page 1**

$25.00 for each [che]ck dishonored by Resident[']s bank for any reason (iii) $ 0 per day charge, payable daily, for any pet the Resident permits on the Property without Owner's written consent.

5. **CLEANING CHARGE.** Resident agrees to pay on execution hereof a non-refundable cleaning charge of $ 100.00. The charge does not relieve the Resident of the responsibility to maintain and clean the Property.

6. **SECURITY DEPOSIT.** Resident agrees to pay on execution herof a security deposit (Deposit) of $ 2400.00, without interest thereon, for the faithful performance of the terms and conditions of this agreement by Resident. Such deposit shall not be construed as rent, and any attempt by Resident to withhold the payment of Rental on the grounds the Deposit serves as security for unpaid rent, shall immediately be deemed a violation of this lease.

7. **DEPOSIT DEDUCTIONS.** There shall be deducted from the Deposit unpaid (i) sums due under the lease (ii) Rental (iii) utilities (iv) damages of required repairs to the Property or its contents beyond reasonable wear and tear (v) cost of removing unauthorized locks (vi) removing and storing Abandoned property (vii) removing abandoned and improperly parked vehicles in violation of Owner's rules (vii) replacing unreturned keys and unauthorized change of locks (viii) cost of extermination of the property if unauthorized pet has been present on the propery (ix) other charges provided for herein or agreed to by the parties. The balance of the Deposit shall be refunded to Resident by mail within 30 days of the date Resident surrenders the Property and delivers Resident's forwarding address to Owner in writing. Owner shall provide Resident a written report of any deductions.

8. **NOTICE REQUIRED.** Resident agrees to give Owner at least 30 days WRITTEN notice prior to the expiration of the Term of this lease or any extension thereof of intent to vacate the premises. Failure to do so shall entitle Owner to retain the entire amount of the Deposit.

9. **ABANDONMENT.** If Resident (i) is absent from the Property for five consecutive days while any sums of money due hereunder are unpaid, (ii) had been evicted by judicial process (iii) leaves personal property on the Property after the termination of this lease, the Property and all personal property found thereon may be deemed by Owner to be abandoned (Abandoned), and Owner or their agents may peaceably enter, remove and stor same, Owner shall be entitled to reasonable charges for removal, packing and storage of Abandoned property.

10. **LIEN.** An express contractural lien is hereby granted Owner on all personal property of Resident, except that property exempt by law, to secure the payment of the Rental. Owner or his agent may peacefully enter the Property to remove and store such property.

11. **DEFAULT.** If Resident shall (i) default in the prompt payment of the Rental or any other sums due hereunder, or (ii) Abandon the Property, or (iii) fails to occupy the Property within five days of the beginning date of this lease, or (iv) violate any of the terms of this lease; all future Rental shall be accelerated and become immediately due and payable, and Owner at their option may terminate Residents right to occupancy by giving Resident a three day written notice to vacate, delivered either in person or by first class mail, and shall have the right to file a Forcile Entry and Detainer suit in the proper court for possession. After giving such notice, or filing suit for possession, Owner

may accept payment for sums due hereunder ...
diminishing Owner's right to proceed against Resident for eviction, property damages, past or future Rentals, or other sums due hereunder. Owner may report any unpaid sums due hereunder, breaches of this lease or damages to the Property, to credit reporting agencies for addition to Resident's credit files.

12. USE OF PROPERTY. The Property shall be used as a single family private dwelling only, with a maximum of __2__ adults and __1__ children residing therein. Resident shall not (i) sublet or assign any part of the Property (ii) repair any motor vehicle on the premises without permission in writing (iii) conduct any business of any type, including child care, on the Property. Conduct or Resident. members of their family and other occupants shall not be unlawful, disorderly or create a nuisance.

13. CARE AND MAINTENANCE. Resident accepts the Property in its present condition, including all fixtures and furniture if any, except for conditions materially affecting health or safety of ordinary persons. Resindent agrees that they have examined the existing locks and agree that same are safe and acceptable. Resident agrees to use reasonable diligence in the care of the Property and agrees to not (i) make any alterations or repairs, or paint, wallpaper or carpet the Property without written permission of Owner (ii) remove any part of the Property for any purpose (iii) add, remove, change or re-key any lock (iv) make any holes in the woodwork, floors or walls, except a reasonable number of small nail holes for picture hanging is permitted in sheetrock walls and grooves of paneling.

Resident shall be responsible for (i) sewer stoppage chargeable to Resident's use (ii) broken water pipes due to freezing (iii) supplying and changing heating and air conditioning filters at

SF002056

Exhibit U, Page 4

proper intervals (iv) <u>mage to heating and air conditioning equipment caused by failure to temely change air filters (v) damage to doors, windows or screens (vi) supplying and replacing light bulbs (vii) maintaining the yard by watering and mowing, and trimming shrubs and trees (viii) cost of pest extermination (ix) replacing smoke detector batteries (x) trach removal including keeping the property, alley (if any) and cub area, free of trash. Abandoned autos; or conditions dangerous to health and safety. At the termination of this lease Resident agrees to surrender the Property in the same condition as when received, reasonable wear and tear excepted.</u>

14. **REPAIRS.** Resident shall maintain the following portions of the Property and its fixtures in good working order at Residents expense __ALL._____

_____

_____

Owner shall be responsible only for repairing __NONE_____

_____

15. **UTILITIES.** Unless otherwise specified herein, all charges and deposits for utilities will be paid by Resident._____

_____

16. **LIABILITY.** Owner or Owner's agents shall not be liable to Resident, their guests, invitees or other occupants, for any damages, injuries, or losses to person or property from any cause Owner suggests that Resident should secure insurance coverage for protection against above liabilities and losses.

17. **INSPECTION.** Owner, Owner's agents and employees, may enter the Property by any reasonable means at all reasonable times without notice to (i) inspect the Property (ii) make repairs (iii) show the Property to prospective tenants or purchasers

(iv) exercise a contractual lien (v) such other reasons as Owner shall elect.

18. PETS. Resident shall not permit any pet on the Property, even temporarily, unless otherwise agreed to in writing.

THIS IS INTENDED TO BE A LEGALLY BINDING CONTRACT, IF NOT UNDERSTOOD, SEEK COMPETENT ADVICE. The Parties hereto agree that this lease contains all the agreements between them, that no oral agreements have been made and this agreement may be altered only by an agreement in writing signed by all Parties hereto. Resident acknowledges a receipt of a copy of this lease.

Executed in multiple originals this the __31__ day of __JANUARY__ __2003__

_____     _____
Owner                          Resident

_____     _____
BY                             Resident

_____     _____
Address for Owner's notices    Address for resident's
                               notices

LANDLORD'S RULES
CURTIS SHED RENTALS
ALL LOCATIONS

1. NO PETS, INSIDE OR OUTSIDE.

2. NO EXCESSIVE DRINKING ON PREMISES.

3. NO EXCESSIVE LOUD NOISE.

4. NO LIVE-IN BOYFRIENDS OR GIRLFRIENDS.

5. NO MORE RESIDENTS THAN STATED ON APPLICATION.

6. MUST KEEP HOUSE AND YARD CLEAN. WILL BE INSPECTED MONTHLY.

7. DO NOT DRIVE NAILS IN WALLS OR USE DOUBLE SIDED TAPE TO HANG PICTURES ON WALLS. CONTACT CURTIS SHED AND HE WILL ARRANGE TO HAVE IT DONE FOR YOU.

8. YOU ARE NOT ALLOWED TO WORK ON YOUR VEHICLE ON THE PREMISES THAT DOES NOT RUN.

9. YOU ARE NOT ALLOWED TO PARK A CAR ON THE PREMISES THAT DOES NOT RUN.

10. AFTER MONTHLY INSPECTION ANY REPAIR WORK WILL BE TAKEN OUT OF YOUR DEPOSIT AND YOU WILL HAVE TO BRING THE REMAINDER UP TO WHAT IT WAS ORIGINALLY.

11. NO CLENAING OF GAME INCLUDING FISH, BIRDS, DEER, HOGS, ETC... ON PREMISES.

12. DO NOT PARK CAR IN YARD.

13. NO DRUGS OF ILLEGAL ACTIVITIES; IF SO, IMMEDIATE EVICTION.

************************************************************
FIRST INFRACTION--------WARNING
SECOND INFRACTION------EVICTION


CHECKLIST
1. ____ NO TORN SCREENS
2. ____ NO BROKEN WINDOWS
3. ____ NO HOLES IN THE WALLS
4. ____ INSIDE PAINT IN GOOD CONDITION
5. ____ ALL DRAINS WORKING
6. ____ ALL FAUCETS NOT LEAKING
7. ____ FRONT DOOR CLOSES AND LOCKS PROPERLY
8. ____ FLOOR CLEAN AND IN GOOD SHAPE
9. ____ STOVE AND RPFRIGERATOR IN GOOD CONDITION
10. ____ SMOKE DETECTOR IN WORKING CONDITION
11. ____ NO WRITING ON OUTSIDE OR INSIDE WALLS
12. ____ TOILET IN GOOD WORKING CONDITION
13. ____ SHOWER IN GOOD WORKING CONDITION

I _____ HAVE READ THE RULES FOR THE RENTING FROM CURTIS SHED AND WILL ABIDE BY THE RULES OR VOLUNTARILY MOVE OUT.

SIGNED X _[signature]_
DATE 1-31-2003

RENT LOCATION _____
_____

LANDLORD NOTES: