*114,477*            1

Sworn Statement - Luis Muñoz
*August 5, 2003*

**SWORN STATEMENT OF**

STATE FARM INSURANCE CO.

**JUN 1 8 2004**

PARK GREEN CSO
CORPUS CHRISTI, TX.

**LUIS MUÑOZ**

AUGUST 5, 2003

SWORN STATEMENT OF LUIS MUÑOZ, produced as a witness at the instance of the State Farm Insurance Companies and duly sworn, was taken on August 5, 2003, from 10:25 a.m. to 5:24 p.m., before BRECK C. RECORD, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the Willacy County Courthouse, Raymondville, Texas.

SF002346

HILL & ROMERO
CERTIFIED SHORTHAND REPORTERS


ORIGINAL

Exhibit V, Page 1

## APPEARANCES

*FOR STATE FARM:*

   MR. LAURENCE S. KURTH
   Jones Kurth, Andrews & Ortiz, P.C.
   10100 Reunion Place, Ste 600
   San Antonio, TX  78216
   Telephone: (210)344-3900 - Fax: (210)366-4301
   E-mail: lsk@jka-law.com

*FOR MR. & MRS. MUNOZ:*

   MR. GUSTAVO GARZA
   Law Office of Gustavo Garza
   646 W. Hidalgo
   Raymondville, Texas  78580
   Telephone: (956)689-9040 - Fax: (956)689-6468

*ALSO PRESENT:*

   Tom Reed
   Carmela Muñoz

| | | |
|---|---|---|
| 14:55 1 | MR. GARZA: | How hungry are you, my friend? |
| 14:56 2 | MR. KURTH: | Not very hungry. |
| 14:56 3 | MR. GARZA: | How about 45 minutes. |
| 14:56 4 | MR. KURTH: | Okay. 45 minutes we'll be back |
| 14:56 5 | here. | |

14:56 6    Q    (BY MR. KURTH)  Is that all right with you,
14:56 7  Mr. ~~Cavazos~~ [Muñoz dv,m] -- I mean, Mr. Muñoz?
14:56 8    A    That's fine.
14:56 9    Q    Okay.
14:56 10              VIDEOGRAPHER:  Off the record at 2:56.
      11              *(Recess taken.)*
15:51 12              VIDEOGRAPHER:  Back on the record at 3:58.
15:52 13    Q    (BY MR. KURTH)  Going back on the record,
15:52 14  Mr. Muñoz, after our lunch break, you understand you're
15:52 15  still under oath?
15:52 16    A    Yes, sir.
15:52 17    Q    Okay.  In connection with -- you were talking
15:52 18  about the day of the fire and what was going at the time of
15:52 19  the fire and I had a few questions about the day before the
15:52 20  fire, all right, sir?
15:52 21          The day before the fire, I think you told
15:52 22  Mr. Reed that you removed the four-wheeler from the garage?
15:52 23    A    Yeah, it was --
15:52 24    Q    Is that the Grizzly; is that what they --
15:52 25    A    Yeah.

Luis Munoz - August 5, 2003
*Examination by Mr. Kurth*

```
15:52  1      Q    Okay.
15:52  2      A    They had two flat tires; so, me and one of my
15:53  3  employees went and got it out, brought it so -- to the shop
15:53  4  so we could get it repaired over at Mr. Pena's tire shop.
15:53  5      Q    All right.  And you had told Mr. Reed that you
15:53  6  would get him some documentation on fixing the tires.  Did
15:53  7  Mr. Pena bill you or did he do it for free?
15:53  8      A    Who does it for free?
15:53  9      Q    I don't know.  Did he do it for free?
15:53 10      A    Who, Mr. Pena?
15:53 11      Q    Si. [handwritten]
15:53 12      A    Oh, no, he doesn't do it for free.
15:53 13      Q    What, do you have -- did you write him a check
15:53 14  or --
15:53 15      A    No, I paid him every month, you know, every month.
15:53 16  When he sends me a bill and then I can pay him.  I believe
15:53 17  one of the State Farm employees went by there and questioned
15:53 18  him and I don't know if they got any kind of documents,
15:53 19  papers from them or not.
15:53 20      Q    Okay.  But there should be some kind of paper,
15:53 21  right?
15:53 22      A    Yeah.
15:53 23      Q    Okay.  What -- and why would you pick the day
15:53 24  before New Year's to go and get the four-wheeler fixed?
15:54 25      A    Why?
```

*Sworn Statement - Luis Muñoz*
*August 5, 2003*

1  I, LUIS MUÑOZ, have read the foregoing examination
2  under oath and hereby affix my signature that same is true
3  and correct, except as noted above.
4
5                                        _____
6                                        LUIS MUÑOZ
7  THE STATE OF Texas       )
8  COUNTY OF Willacy        )
9
10     Before me, Luis Munoz_____, on this day
11 personally appeared LUIS MUÑOZ, known to me or proved to me
12 on the oath of _____ or through
13 Drivers license_____ (description of identity card or
14 other document) to be the person whose name is subscribed to
15 the foregoing instrument and acknowledged to me that he/she
16 executed the same for the purpose and consideration therein
17 expressed.
18     Given under my hand and seal of office on this
19 _3_ day of November_____, 2003.
20
21                                  _____
22                                  NOTARY PUBLIC IN AND FOR
                                    THE STATE OF Texas
23 My Commission Expires: Sep 2, 2007

[SEAL: VERONICA ANN CORONADO, NOTARY PUBLIC STATE OF TEXAS, COMMISSION EXPIRES: SEPTEMBER 2, 2007]

24
25

HILL & ROMERO
CERTIFIED SHORTHAND REPORTERS

SF002525

Exhibit V, Page 5

01-26-04   11:06   From-jones,kurth.&andrews   +2103664301   T-380   P.005/005   F-283

*Sworn Statement - Luis Muñoz*
*August 5, 2003*

```
 1              REPORTER'S CERTIFICATE
 2           SWORN STATEMENT OF LUIS MUÑOZ
 3                  August 5, 2003
 4
 5      I, BRECK C. RECORD, Certified Shorthand Reporter in and
 6  for the State of Texas, hereby certify to the following:
 7      That the witness, LUIS MUÑOZ, was duly sworn and that
 8  the transcript of the deposition is a true record of the
 9  testimony given by the witness;
10      Certified to by me on this  23  day of
11  September, 2003.
12
13                              _____
14                              BRECK C. RECORD, CSR
                                Texas CSR 2406
15                              Expiration: 12/31/2004
                                Hill & Romero
16                              10125 N. 10th, Suite B
                                McAllen, Texas  78504
17                              Tel: (956)287-8898
                                Fax: (956)287-2279
18
19
20
21
22
23
24
25
```

HILL & ROMERO
CERTIFIED SHORTHAND REPORTERS

SF002526

Exhibit V, Page 6