IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO B-04-141 |
| VS. | §<br>§<br>§ | |
| STATE FARM LLOYDS | § | |

### AFFIDAVIT OF BRYAN ROBINSON

| | |
|---|---|
| STATE OF TEXAS | §<br>§ |
| COUNTY OF HIDALGO | § |

On this day, BRYAN ROBINSON appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

1. "My name is Bryan Robinson. I am over the age of eighteen, I have never been convicted of a felony or crime involving moral turpitude, and I am otherwise competent to make this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an insurance adjuster licensed to handle claims in Texas since 1981.

3. I am a State Farm Claim Representative. On or about December 2, 2003, Mr. Tom Reed requested I assist him with the investigation of Mr. and Mrs. Munoz's claim resulting from the January 1, 2003, fire at 829 West White Avenue, Raymondville, Texas 78580.

4. On December 2, 2003, I met with Mr. Ben Capetillo and obtained his recorded statement. Mr. Capetillo stated that he and his family, along with Mrs. Munoz and the Munozes' son, had left on December 26, 2002 for a holiday vacation to Disneyworld in Florida. Mr. Capetillo stated that Mr. Munoz was originally supposed to accompany his family, but at the last minute backed out, saying that he had something to do. Mr. Capetillo stated that approximately eight months earlier, he had entered into an agreement with Mr. Munoz to establish a roofing and construction company. Mr. Capetillo stated he had given Mr. Munoz approximately $93,000, but Mr. Munoz did not honor the agreement. Mr Capetillo also stated that he had obtained an attorney to file suit against Mr. Munoz for the money."

FURTHER AFFIANT SAYETH NOT.

Exhibit W, Page 1

_____
Bryan Robinson

SUBSCRIBED AND SWORN TO BEFORE ME by Bryan Robinson on this 6th day of September, 2005, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

My Commission Expires: 5-7-09

[Notary Seal: EDITH RAMIREZ, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 05-07-2009]

Exhibit W, Page 2