IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO B-04-141 |
| VS. | §<br>§ | |
| STATE FARM LLOYDS | §<br>§ | |

## APPENDIX TO DEFENDANT STATE FARM LLOYDS'
## MOTION FOR SUMMARY JUDGMENT AND SUPPORTING BRIEF

Exhibit A:   Affidavit of Tom Reed

Exhibit B:   January 24, 2003, State Farm letter to Mr. and Mrs. Munoz regarding duties after loss

Exhibit C:   January 28, 2003, State Farm letter to Mr. and Mrs. Munoz regarding reservation of rights

Exhibit D:   March 18, 2003, State Farm letter to Mr. and Mrs. Munoz

Exhibit E:   April 14, 2003, State Farm letter to Mr. and Mrs. Munoz

Exhibit F:   April 25, 2003, State Farm letter to Mr. and Mrs. Munoz

Exhibit G:   May 5, 2003, State Farm letter to Mr. and Mrs. Munoz

Exhibit H:   May 14, 2003, Jones Kurth, Andrews & Ortiz letter to Mr. and Mrs. Munoz

Exhibit I:   May 28, 2003, State Farm letter to Mr. and Mrs. Munoz

Exhibit J:   June 5, 2003, Laurence Kurth letter to Mr. and Mrs. Munoz

Exhibit K:   June 11, 2003, Gustavo Garza letter to Laurence Kurth

Exhibit L:   June 18, 2003, State Farm letter to Mr. and Mrs. Munoz

Exhibit M:   June 27, 2003, Laurence Kurth letter to Gustavo Garza

Exhibit N:     July 1, 2003, State Farm letter to Mr. and Mrs. Munoz (c/o Gustavo Garza)

Exhibit O:     August 26, 2003, Laurence Kurth letter to Gustavo Garza

Exhibit P:     September 29, 2003, Laurence Kurth letter to Gustavo Garza

Exhibit Q:     October 9, 2003, Laurence Kurth letter to Gustavo Garza

Exhibit R:     October 14, 2003, Gustavo Garza letter to Laurence Kurth

Exhibit S:     December 9, 2003, Laurence Kurth letter to Gustavo Garza

Exhibit T:     December 17, 2003, Laurence Kurth letter to Mr. and Mrs. Munoz (c/o Gustavo Garza)

Exhibit U:     January 6, 2004, Gustavo Garza facsimile to Laurence Kurth

Exhibit V:     January 20, 2004, Laurence Kurth letter to Gustavo Garza

Exhibit W:     January 26, 2004, Laurence Kurth letter to Gustavo Garza sending tax authorization forms

Exhibit X:     January 26, 2004, Laurence Kurth letter to Gustavo Garza advising receipt of signed Examination Under Oath of Mr. Munoz

Exhibit Y:     February 2, 2004, Gustavo Garza letter to Laurence Kurth

Exhibit Z:     February 24, 2004, Laurence Kurth letter to Gustavo Garza

Exhibit AA:    March 16, 2004, Gustavo Garza facsimile to Laurence Kurth

Exhibit BB:    April 5, 2004, Laurence Kurth letter to Gustavo Garza

Exhibit CC:    April 2, 2004,[5] Gustavo Garza letter to Laurence Kurth

Exhibit DD:    January 11, 1005, State Farm letter to Mr. and Mrs. Munoz

Exhibit EE:    State Farm Lloyds Policy No. 83-J4-5565-2

---

[5] Exhibit CC, the letter from Gustavo Garza to Laurence Kurth appears to have mistakenly been dated; though the letter is dated April 2, 2004, it is in response to Mr. Kurth's letter of April 5, 2004.

2