# State Farm Insurance Companies®

January 24, 2003

Park Green CSO
4444 Corona, Suite 140
Corpus Christi, Texas 78411

**CERTIFIED MAIL-Return Receipt Requested**
Receipt Number: 7002 0460 0002 0934 1602
(Copy via Regular First Class Mail)

Luis C. Munoz
Carmela S. Munoz
829 W White Ave
Raymondville, Texas 78413-4338

**Personal and Confidential**

RE:  Policy Number: 83-J4-5565-2
     Claim Number: 53-Q606-916
     Our Insured: Luis C. Munoz & Carmela S. Munoz
     Date of Loss: 01/01/2003

Dear Mr. & Mrs. Munoz:

This letter is to advise you that your claim has been reassigned to me for further investigation and resolution. I tried to contact you by telephone but was unsuccessful. I have not had the opportunity to review your file. As soon as I have thoroughly reviewed your file I will be requesting additional documents and information necessary to the investigation of your claim.

To assist you I have included the duties of an insured after a loss has occurred which is found in Section I Conditions of your policy.

```
Section I  - Conditions:

3. Duties After Loss.

    a.   Your Duties After Loss. In case of a loss to covered
         Property caused by a peril insured against, you must:

            (1)   give prompt written notice to us of the facts relating
                  the claim.

            (2)   notify the police in case of loss by theft.

            (3)   (a)  protect the property from further damage.

                  (b)  make reasonable and necessary repairs to protect
                       the property.

                  (c)  keep an accurate record of repair expenses.

            (4)   furnish a complete inventory of damaged personal
                  property showing the quantity, description and amount
                  of loss. Attach all bills, receipts and related
```

January 24, 2003
53-Q606-916
Page 2

                documents which you have that justify the figures in the inventory.

    (5)  as often as we reasonably require:

        (a)  provide us access to the damaged property.

        (b)  provide us with pertinent records and documents we request and permit us to make copies.

        (c)  submit to examination under oath and sign and swear to it.

    (5)  send to us if we request, your signed sworn proof of loss within 91 days of our request on a standard form supplied by us. We must request a signed sworn proof of loss within 15 days after we receive your written notice, or we waive our right to require a proof of loss. Such waiver will not waive our other rights under this policy.

        (a)  This proof of loss shall state, to the best of your knowledge and belief:

           (i)   the time and cause of loss.

           (ii)  the interest of the <insured> and all others in the property involved including all liens on the property.

           (iii) other insurance which may cover the loss.

           (iv)  the actual cash value of each item of property and the amount of loss to each item.

**EXTENSIONS OF COVERAGE.**

2.  LOSS OF USE. If a loss caused by a Peril Insured Against under Section I makes the residence premises wholly or partially untenantable, we cover:

    a.  additional living expense, meaning any necessary and reasonable increase in living expense you incur so that your household can maintain its normal standard of living.

    b.  fair rental value, meaning the fair rental value of that part of the residence premises usually rented to others by you, less any expenses that do not continue.

January 24, 2003
53-Q606-916
Page 3

```
The total limit of liability for all loss of use is 20% of the
Coverage A (Dwelling) limit of liability. This is additional
insurance and does not reduce the Coverage A (Dwelling) limit of
liability. The deductible clause does not apply to loss of use
coverage.

Payment will be for the reasonable time required to repair or
replace the damaged property. If you permanently relocate, payment
will be for the reasonable time required for your household to
become settled.

The periods of time for loss of use are not limited by expiration
of this policy.
```

The Company has not made a decision to pay or deny your claim. As the investigation continues it may be necessary to request additional documents, information, records or statements, which may include Examination Under Oath. State Farm does not intend, by this letter, to imply that it will make payment or deny this claim, and does not wish to waive any of its rights it has previously reserved and specifically reserves the right to assert additional defenses at any time.

If you should have any questions or would like to discuss your claim further please contact me toll free at 877-301-2330 or collect at 361-878-4429. If I am not available when you call leave a message and I will return your call as soon as possible.

Sincerely,


Tom Reed
Special Investigative Unit
State Farm Lloyds

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

7002 0460 0002 0934 1602

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Luis + Carmela Munoz
Street, Apt. No.; or PO Box No. 829 W White
City, State, ZIP+4 Raymondville TX 78413

53066916

PS Form 3800, January 2001    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Carmela Munoz
C. Date of Delivery: 7-7-03

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:
Luis C Munoz
Carmela S Munoz
829 W White Ave.
Raymondville, Tx.
78580-4338

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. 7002 0460 0002 0934 1602

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

SF000582

Exhibit B, Page 4