# State Farm Insurance Companies®

January 28, 2003

**CERTIFIED MAIL-Return Receipt Requested**
Receipt Number: 7002 0460 0002 0934 1640
(Copy via Regular First Class Mail)
(Copy Hand Delivered – January 28, 2003)

Park Green CSO
4444 Corona, Suite 140
Corpus Christi, Texas 78411

Luis C. Munoz
Carmela S. Munoz
829 W. White Ave
Raymondville, Texas 78580-2824

**Personal and Confidential**

RE: Policy Number: 83-J4-5565-2
    Claim Number: 53-Q606-916
    Our Insured: Luis C. Munoz & Carmela S. Munoz
    Date of Loss: 01/01/2003

Dear Mr. & Mrs. Munoz:

There is a question whether or not this company is obligated under the policy for a loss which is alleged to have occurred on or about January 01, 200 at 829 W. White Ave in Raymondville, Texas because:

1. Our preliminary investigation leads us to conclude the fire was intentionally set.

For this reason and for other good and valid reasons which may be discovered later, you are hereby notified that any action taken by the Company or its authorized representatives to investigate the cause of the loss or damage or to attempt to adjust any claim arising out of the loss shall not give up any of our rights under the terms or conditions of the policy of insurance described above, nor shall such action cause you to give up any of your rights under the policy.

The Company has not made a decision to pay, nor a decision to deny, additional items under this claim. This letter is to notify you of our intent to investigate fully the circumstances surrounding this claim. The Company has an obligation to the public and to all its policyholders to investigate fully this claim. If you have any information that would assist in the investigation, we request that it be provided to us as soon as possible.

If the investigation determines that you or any other insured under the policy has intentionally concealed or misrepresented any material fact or circumstance, made false statements or committed fraud relating to this insurance, whether before or after the loss, the policy may be void.

SF000574

January 28, 2003
53-Q606-916
Page 2

The Company does not intend, by this letter, to imply that it will make payment or deny this claim, but specifically reserves its rights to assert policy defenses at any time.

If you do not understand any part of this letter, please let us know and we will attempt to clarify State Farm's position. You may call Tom Reed at 361-878-4429 (collect) or me at 210-522-8308 (collect).

Sincerely,


Greg Drott
Team Manager
Special Investigative Unit
State Farm Lloyds


cc:   Tom Reed
      Claim Specialist
      Special Investigative Unit
      State Farm Lloyds



# State Farm Insurance Companies



January 28, 2003

**CERTIFIED MAIL-Return Receipt Requested**
Receipt Number:
(Copy via Regular First Class Mail)
(Copy Hand Delivered – January 28, 2003)

PARK GREEN CLAIMS SERVICE OFFICE
4444 Corona, Suite 140
Corpus Christi, Texas 78411

Luis C. Munoz
Carmela S. Munoz
829 W. White Ave
Raymondville, Texas 78413-4338

**Personal and Confidential**

RE:  Policy Number:  83-J4-5565-2
     Claim Number:   53-Q606-916
     Our Insured:    Luis C. Munoz & Carmela S. Munoz
     Date of Loss:   01/01/2003

Dear Mr. & Mrs. Munoz:

There is a question whether or not this company is obligated under the policy for a loss which is alleged to have occurred on or about January 01, 200 at 829 W. White Ave in Raymondville, Texas because:

1. Our preliminary investigation leads us to conclude the fire was intentionally set.

For this reason and for other good and valid reasons which may be discovered later, you are hereby notified that any action taken by the Company or its authorized representatives to investigate the cause of the loss or damage or to attempt to adjust any claim arising out of the loss shall not give up any of our rights under the terms or conditions of the policy of insurance described above, nor shall such action cause you to give up any of your rights under the policy.

The Company has not made a decision to pay, nor a decision to deny, additional items under this claim. This letter is to notify you of our intent to investigate fully the circumstances surrounding this claim. The Company has an obligation to the public and to all its policyholders to investigate fully this claim. If you have any information that would assist in the investigation, we request that it be provided to us as soon as possible.

If the investigation determines that you or any other insured under the policy has intentionally concealed or misrepresented any material fact or circumstance, made false statements or committed fraud relating to this insurance, whether before or after the loss, the policy may be void.

SF000577

January 28, 2003
53-Q606-916
Page 2


The Company does not intend, by this letter, to imply that it will make payment or deny this claim, but specifically reserves its rights to assert policy defenses at any time.

If you do not understand any part of this letter, please let us know and we will attempt to clarify State Farm's position. You may call Tom Reed at 361-878-4429 (collect) or me at 210-522-8308 (collect).

Sincerely,

Greg Drott
Team Manager
Special Investigative Unit
State Farm Lloyds


cc:  Tom Reed
     Claim Specialist
     Special Investigative Unit
     State Farm Lloyds

SF000578

Exhibit C, Page 5