# State Farm Lloyds



March 18, 2003

Park Green CSO
4444 Corona, Suite 140
Corpus Christi, Texas 78411
361-878-4429
361-878-4420 (Fax)

Luis C. Munoz
Carmela S. Munoz
829 W White Ave
Raymondville, Texas 78413-4338

**CERTIFIED MAIL-Return Receipt Requested**
Receipt Number: 7001 0360 0002 9113 9660
(Copy via Regular First Class Mail)

**Personal and Confidential**

RE:  Policy Number:   83-J4-5565-2
     Claim Number:    53-Q606-916
     Our Insured:     Luis C. Munoz & Carmela S. Munoz
     Date of Loss:    01/01/2003

Dear Mr. & Mrs. Munoz:

This letter is to let you know the investigation of your claim is ongoing. A review of the Loss of Use payments issued by State Farm Lloyd's indicates I issued two drafts in the amount of $2,400 for the rental expense for the month of March 2003 (drafts dated 02/25/2003 and 03/11/2003). The draft issued on March 11, 2003, draft number 125779779J, will be considered as an advance payment under the Loss of Use Coverage for the month of April 2003. Once you receive the invoice from Curtis Shed for the rental expense for the month of April 2003, please forward the original invoice to me for our records.

Based on all drafts issued to date, State Farm Lloyd's has paid $11,824.42 under the Loss of Use Coverage on your policy under claim number 53- Q606-916.

Based on the investigation to date I am requesting that you provide the following documents and/or information.

1. The signed Authorization previously provided.
2. Complete name, address and phone number of your personal cellular service provider.
3. Complete name, address and phone number of your business cellular service provider.
4. Complete name, address and phone number of the service provider for the following cellular service providers if different from those requested in items 2 and 3 above:
   a. 956-232-0029
   b. 956-232-0031

March 17, 2003
53-Q606-916
Page 2

5. All cellular phone records, including but not limited to, local service detailed call records, local service detailed billing records, long distance service detailed call records and long distance service detailed billing statement records for the following cellular phone numbers:
   a. 956-232-0029
   b. 956-232-0031
6. Complete name, address and phone number for the local telephone service provider for your home located at 829 W, White Ave in Raymondville, Texas.
7. Complete name, address and phone number for the long distance telephone service provider for your home located at 829 W, White Ave in Raymondville, Texas.
8. Complete name, address and phone number for the local telephone service provider for Munoz Roofing.
9. Complete name, address and phone number for the long distance telephone service provider for Munoz Roofing.
10. All phone records for all phone numbers, including but not limited to, local service detailed call records, local service detailed billing statement records for your home located at 829 W, White Ave in Raymondville, Texas.
11. All Phone records for all phone numbers, including but not limited to, long distance service detailed call records and long distance service detailed billing statement records for your home located at 829 W, White Ave in Raymondville, Texas.
12. All phone records for all phone numbers, including but not limited to, local service detailed call records, local service detailed billing statement records for Munoz Roofing.
13. All Phone records for all phone numbers, including but not limited to, long distance service detailed call records and long distance service detailed billing statement records for Munoz Roofing.
14. Complete name, address and phone number of your personal accountant.
15. Complete name, address and phone number of your business accountant, if different than the accountant identified in item 14 above.
16. All Internal Revenue Tax Records, including but not limited to, all tax return forms, notices, extensions, packages, disclosures, schedules, etc. for your personal income return for the tax years of 1998, 1999, 2000, 2001 and 2002 (if filed). If you filed separately this request will be for your respective personal income tax returns for the same years.
17. All Internal Revenue Tax Records, including but not limited to, all tax return forms, notices, extensions, packages, disclosures, schedules, etc. for your business income return for the tax years of 1998, 1999, 2000, 2001 and 2002 (if filed). If you filed more than one business tax return for Munoz Roofing and/or any other business you are involved in, this request is for all businesses you filed a tax return for and includes the same respective years.
18. List of all employees doing work for you at your home located at 829 W, White Ave in Raymondville, Texas for a period from January 01, 2002 to the present date. This list should identify the person by complete name, address, phone number, title, rate of pay and job description.

SF000528

**Exhibit D, Page 2**

March 17, 2003
53-Q606-916
Page 3

> 19. List of all employees doing work for Munoz Roofing for a period from January 01, 2002 to the present date (even if no longer employed by Munoz Roofing). This list should identify the person by complete name, address, phone number, title, rate of pay and job description.
> 20. Complete name, address and phone number for the girlfriend of Ruben Perez.
> 21. Complete name, address and phone number for Juaquina and her daughter Orlanda.
> 22. Complete address and phone number for Hector Rodriguez.

I am enclosing an Authorization for both of you to complete and return. This will allow me the opportunity to verify the documents and information you provide, as well as, allow me the opportunity to assist you in obtaining any additional documents and information necessary to the investigation of your claim.

The Company has not made a decision to pay or deny your claim. As the investigation continues it may be necessary to request additional documents, information, records or statements, which may include Examination Under Oath. State Farm does not intend, by this letter, to imply that it will make payment or deny this claim, and does not wish to waive any of its rights it has previously reserved and specifically reserves the right to assert additional defenses at any time.

If you should have any questions or would like to discuss your claim further please contact me toll free at 877-301-2330 or collect at 361-878-4429. If I am not available when you call leave a message and I will return your call as soon as possible.

Sincerely,


Tom Reed
Special Investigative Unit
State Farm Lloyds

SF000529

Exhibit D, Page 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Luis C Munoz
Carmela S Munoz
829 W White Ave
Raymondville, TX
78413-4334

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   [RAYMONDVILLE MAR 20]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. 7001 0360 0002 9113 9660

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 0360 0002 9113 9660

OFFICIAL USE  53-0606-916

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To: Luis Munoz Carmela Munoz
Street, Apt. No.; or PO Box No. 829 W White
City, State, ZIP+4 Raymondville TX 78413

PS Form 3800, January 2001    See Reverse for Instructions