# State Farm Lloyds



April 14, 2003

Park Green CSO
4444 Corona, Suite 140
Corpus Christi, Texas 78411
361-878-4429
361-878-4420 (Fax)

Luis C. Munoz
Carmela S. Munoz
829 W White Ave
Raymondville, Texas 78413-4338

**CERTIFIED MAIL-Return Receipt Requested**
Receipt Number: 7001 0360 0002 9113 9851
(Copy via Regular First Class Mail)

**Personal and Confidential**

RE:  Policy Number:  83-J4-5565-2
     Claim Number:   53-Q606-916
     Our Insured:    Luis C. Munoz & Carmela S. Munoz
     Date of Loss:   01/01/2003

Dear Mr. & Mrs. Munoz:

This letter will confirm the receipt of the Curtis Shed Rentals & Real Estate invoice (invoice 2371) for the rental expense for the month of April 2003. As mentioned in my letter dated March 17, 2003, I had issued two drafts in the amount of $2,400 for the rental expense for the month of March 2003 (drafts dated 02/25/2003 and 03/11/2003). The draft issued on March 11, 2003, draft number 125779779J, has been credited for the rental expense for the month of April 2003.

Also in my letter dated March 17, 2003 I requested various documents and information necessary to the investigation of your claim. As of this date I have not received any of the requested items or heard from you regarding the status of my request. Please forward the requested documents and information to me as soon as possible. I have listed the items previously requested for your convenience.

1. The signed Authorization previously provided.
2. Complete name, address and phone number of your personal cellular service provider.
3. Complete name, address and phone number of your business cellular service provider.
4. Complete name, address and phone number of the service provider for the following cellular service providers if different from those requested in items 2 and 3 above:
   a. 956-232-0029
   b. 956-232-0031

April 14, 2003
53-Q606-916
Page 2

5. All cellular phone records, including but not limited to, local service detailed call records, local service detailed billing records, long distance service detailed call records and long distance service detailed billing statement records for the following cellular phone numbers:
   a. 956-232-0029
   b. 956-232-0031
6. Complete name, address and phone number for the local telephone service provider for your home located at 829 W, White Ave in Raymondville, Texas.
7. Complete name, address and phone number for the long distance telephone service provider for your home located at 829 W, White Ave in Raymondville, Texas.
8. Complete name, address and phone number for the local telephone service provider for Munoz Roofing.
9. Complete name, address and phone number for the long distance telephone service provider for Munoz Roofing.
10. All phone records for all phone numbers, including but not limited to, local service detailed call records, local service detailed billing statement records for your home located at 829 W, White Ave in Raymondville, Texas.
11. All Phone records for all phone numbers, including but not limited to, long distance service detailed call records and long distance service detailed billing statement records for your home located at 829 W, White Ave in Raymondville, Texas.
12. All phone records for all phone numbers, including but not limited to, local service detailed call records, local service detailed billing statement records for Munoz Roofing.
13. All Phone records for all phone numbers, including but not limited to, long distance service detailed call records and long distance service detailed billing statement records for Munoz Roofing.
14. Complete name, address and phone number of your personal accountant.
15. Complete name, address and phone number of your business accountant, if different than the accountant identified in item 14 above.
16. All Internal Revenue Tax Records, including but not limited to, all tax return forms, notices, extensions, packages, disclosures, schedules, etc. for your personal income return for the tax years of 1998, 1999, 2000, 2001 and 2002 (if filed). If you filed separately this request will be for your respective personal income tax returns for the same years.
17. All Internal Revenue Tax Records, including but not limited to, all tax return forms, notices, extensions, packages, disclosures, schedules, etc. for your business income return for the tax years of 1998, 1999, 2000, 2001 and 2002 (if filed). If you filed more than one business tax return for Munoz Roofing and/or any other business you are involved in, this request is for all businesses you filed a tax return for and includes the same respective years.
18. List of all employees doing work for you at your home located at 829 W, White Ave in Raymondville, Texas for a period from January 01, 2002 to the present date. This list should identify the person by complete name, address, phone number, title, rate of pay and job description.

April 14, 2003
53-Q606-916
Page 3

19. List of all employees doing work for Munoz Roofing for a period from January 01, 2002 to the present date (even if no longer employed by Munoz Roofing). This list should identify the person by complete name, address, phone number, title, rate of pay and job description.
20. Complete name, address and phone number for the girlfriend of Ruben Perez.
21. Complete name, address and phone number for Juaquina and her daughter Orlanda.
22. Complete address and phone number for Hector Rodriguez.

In addition to the above items previously requested I am now requesting that you provide the following identified items.

1. Any and all documents pertaining to the roof repair/replacement and/or remodeling contract between Munoz Roofing & Contracting and the Raymondville Independent School District.
2. Any and all documents pertaining to any accounts receivable for any outstanding balances owed to Munoz Roofing & Contracting by the Raymondville Independent School District.
3. Any and all documents pertaining to any accounts payable for any outstanding balances owed by Munoz Roofing & Contracting to the Raymondville Independent School District.
4. Any and all documents pertaining to any legal proceedings involving items 1 through 3 above.
5. Any and all documents pertaining to the remodeling contract between Munoz Roofing & Contracting and Harry & Minerva Cavazos.
6. Any and all documents pertaining to any accounts receivable for any outstanding balances owed to Munoz Roofing & Contracting by Harry & Minerva Cavazos.
7. Any and all documents pertaining to any accounts payable for any outstanding balances owed by Munoz Roofing & Contracting to Harry & Minerva Cavazos.
8. Any and all documents pertaining to any unfinished remodeling operations not completed by Munoz Roofing & Contracting dealing with the remodeling contract between Munoz Roofing & Contracting and Harry & Minerva Cavazos.
9. Any and all documents pertaining to any legal proceedings, judgments, negotiated settlements, foreclosures, etc. involving items 5 through 8 above.
10. Any and all records, credit card statements, cancelled checks, hotel receipts, hotel folios, gas receipts, restaurant receipts, etc. for your vacation to and from Orlando, Florida during the end of December 2002 and the beginning of January 2003.

I am enclosing an Authorization for both of you to complete and return. This will allow me the opportunity to verify the documents and information you provide, as well as, allow me the opportunity to assist you in obtaining any additional documents and information necessary to the investigation of your claim.

April 14, 2003
53-Q606-916
Page 4

The Company has not made a decision to pay or deny your claim. As the investigation continues it may be necessary to request additional documents, information, records or statements, which may include Examination Under Oath. State Farm does not intend, by this letter, to imply that it will make payment or deny this claim, and does not wish to waive any of its rights it has previously reserved and specifically reserves the right to assert additional defenses at any time.

If you should have any questions or would like to discuss your claim further please contact me toll free at 877-301-2330 or collect at 361-878-4429. If I am not available when you call leave a message and I will return your call as soon as possible.

Sincerely,


Tom Reed
Special Investigative Unit
State Farm Lloyds



SF000524

Exhibit E, Page 5



# AUTHORIZATION

Barcode Only

_____
Claim Number

I / We, the undersigned, authorize the release of any financial, employment, claim, credit, indebtedness, or telephone documents and/or records, either originals or photocopies, by any employer, bank, savings institution, creditor, credit bureau, financial institution, consumer reporting agency as defined in the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), insurance company, mortgagee, real estate agent, utility company, pawn shop, pawn dealer or broker, retail/wholesale business, or governmental agency to State Farm Mutual Automobile Insurance Company, its subsidiaries and affiliates, or their authorized claim or legal representatives, pertaining to:

NAME_____           NAME_____

SOCIAL SECURITY                                         SOCIAL SECURITY
NUMBER _____           NUMBER _____

ADDRESS _____           ADDRESS _____

_____           _____

FORMER                                                  FORMER
ADDRESS_____           ADDRESS _____

_____           _____

BUSINESS                                                BUSINESS
ADDRESS _____           ADDRESS _____

When this authorization is used to obtain a "consumer credit report" for the above listed person(s), it is intended by the undersigned to comply with the consent requirement of the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.).

The undersigned authorizes to State Farm Mutual Automobile Insurance Company, its subsidiaries and affiliates, or their authorized claim or legal representatives, to obtain and use this information and/or a "consumer credit report" for the purpose of processing a claim submitted to State Farm Mutual Automobile Insurance Company, and / or its subsidiaries and / or affiliates, arising out of any

loss on _____
                                              (Date)
This authorization is valid for the duration of the claim, and a photocopy is as valid as the original.

I / We have read this authorization and acknowledge that I / we or my / our authorized representative may receive a copy of material obtained pursuant to this authorization upon request.

Date _____ , _____   _____
                                            Year        Signature(s) of Above Named

                                                        _____
                                                        Signature(s) of Above Named

SF000525

104067.1 Rev. 10-26-2001

**Exhibit E, Page 6**