# State Farm Lloyds

**STATE FARM INSURANCE**

April 25, 2003

Park Green CSO
4444 Corona, Suite 140
Corpus Christi, Texas 78411
361-878-4429
361-878-4420 (Fax)

**CERTIFIED MAIL-Return Receipt Requested**
Receipt Number: 7001 0360 0002 9113 9967
(Copy via Regular First Class Mail)

Luis C. Munoz
Carmela S. Munoz
829 W White Ave
Raymondville, Texas 78413-4338

**Personal and Confidential**

RE:   Policy Number:   83-J4-5565-2
      Claim Number:    53-Q606-916
      Our Insured:     Luis C. Munoz & Carmela S. Munoz
      Date of Loss:    01/01/2003

Dear Mr. & Mrs. Munoz:

This letter will confirm the receipt of various documents from you on April 22, 2003. Per your request these documents have been photocopied and I am now returning the originals to you. I have not had the opportunity to review all items submitted as yet, however one item listed in your letter as being enclosed was the signed authorization. I did not find that document contained in the envelope with the documents submitted. I have enclosed another Authorization for your convenience. Please complete and return the Authorization.

The Company has not made a decision to pay or deny your claim. As the investigation continues it may be necessary to request additional documents, information, records or statements, which may include Examination Under Oath. State Farm does not intend, by this letter, to imply that it will make payment or deny this claim, and does not wish to waive any of its rights it has previously reserved and specifically reserves the right to assert additional defenses at any time.

If you should have any questions or would like to discuss your claim further please contact me toll free at 877-301-2330 or collect at 361-878-4429. If I am not available when you call leave a message and I will return your call as soon as possible.

Sincerely,

Tom Reed
Special Investigative Unit
State Farm Lloyds

enclosure:   Original Documents Received on April 22, 2003
             Authorization

SF000515

HOME OFFICE: DALLAS, TEXAS 75379-9100

Exhibit F, Page 1



SF000516

Exhibit F, Page 2