# State Farm Lloyds



May 05, 2003

**CERTIFIED MAIL-Return Receipt Requested**
Receipt Number: 7002 3150 0003 2051 2841
(Copy via Regular First Class Mail)

Luis C. Munoz
Carmela S. Munoz
829 W White Ave
Raymondville, Texas  78413-4338

Park Green CSO
4444 Corona, Suite 140
Corpus Christi, Texas 78411
361-878-4429
361-878-4420 (Fax)

**Personal and Confidential**

RE:   Policy Number:   83-J4-5565-2
      Claim Number:    53-Q606-916
      Our Insured:     Luis C. Munoz & Carmela S. Munoz
      Date of Loss:    01/01/2003

Dear Mr. & Mrs. Munoz:

This letter is to advise you the investigation of your claim is still ongoing. We have been working to evaluate and obtain the current prices the items you listed on the personal property inventory forms. There are several items we need more information on or clarification regarding the item description. I have listed the items separately and the information needed for each one. I have also enclosed a copy of the inventory forms for your convenience.

| Page 1 | | Information Needed |
|---|---|---|
| Item 1 | Table chairs/china | Documentation. |
| Item 4 | Refrigerator | Model and description. |
| Item 7 | Microwave | Model and description. |
| | | |
| Page 2 | | |
| Item 1 | Big Screen TV | Documentation. |
| Item 11 | Leather sofa set | Documentation. |
| Item 13 | Casa Blanca | Can not read item description. |
| Item 14 | Gold Fixtures | Can not read item description. Need date of purchase or age. |
| | | |
| Page 9 | | |
| Item 10 | Western jacket | Size, age, brand and description. |
| Item 11 | Graduation Suite | Size, age, brand and description. |
| Item 12 | Uniforms white & blue | Size, age, brand and description. |
| Item 13 | Dressy dress | Size, age, brand and description. |
| Item 14 | Sweaters | Size, age, brand and description. |

May 05, 2003
53-Q606-916
Page 2

**Page 11**

| | | |
|---|---|---|
| Item 1 | Bed set | Size, price, brand and description. |
| Item 2 | Recliner brown | Brand. |
| Item 3 | Stereo | Documentation. |

**Page 16**

| | | |
|---|---|---|
| Item 1 | 61" RCA big screen | Documentation. |
| Item 2 | VCR | Documentation. |
| Item 3 | DVD | Documentation. |
| Item 6 | Family sofa set | Documentation. |
| Item 7 | Wall tables | Documentation. |
| Item 8 | Round tables | Documentation. |
| Item 9 | Big center tables | Documentation. |
| Item 13 | Christmas Gifts | List and description of the Christmas gifts. |

**Page 17**

| | | |
|---|---|---|
| Item 7 | Earphones | Age or date of purchase. |
| Item 8 | Racing cars | Age or date of purchase. |
| Item 9 | Small motorcycles | Age or date of purchase. |
| Item 10 | Playing games | Age or date of purchase. |
| Item 11 | Map mundo | Age or date of purchase. |
| Item 12 | Control car | Age or date of purchase. |
| Item 13 | Stuff animals | Age or date of purchase. |
| Item 14 | Poster board frame card | Age or date of purchase. |

**Page 19**

| | | |
|---|---|---|
| Item 1 | Lamp | Price. |
| Item 2 | Wood drawers | Brand, description, documentation. |
| Item 5 | Set of curtains | Price. |

**Page 21**

| | | |
|---|---|---|
| Item 29 | Leopard clock | Age or date of purchase. |
| Item 30 | Leopard frame | Age or date of purchase. |
| Item 31 | Charger | Age or date of purchase. |
| Item 32 | Small leopard frame | Age or date of purchase. |
| Item 33 | Colorful car | Age or date of purchase. |
| Item 34 | Leopard spider | Age or date of purchase. |
| Item 35 | Mirror with picture frame | Age or date of purchase. |

**Page 22**

| | | |
|---|---|---|
| Item 16 | Jose Maria | Age or date of purchase. |
| Item 27 | Sets of china dishes | Pattern, brand and age or date of purchase. |
| Item 28 | Sets china ceramic dish | Pattern, brand and age or date of purchase. |

May 05, 2003
53-Q606-916
Page 3

Normally the items listed on the inventory forms require documentation for verification of the purchase, ownership, possession and price being claimed. However in this instance most of the items were still in the home after the loss. Documentation for the above items is being requested to determine the brand, manufacturer, replacement values, etc. for the higher dollar items and/or for the items purchased within the last year. Documentation can be in the form of receipts, invoices, cancelled checks, bills, credit card receipts, credit card statements, photographs, warranty books, owners manuals, repair tickets, salvage receipts, etc. Stores and businesses, where items were purchased, should still have a record of the purchase and would be able to reprint or copy a receipt or purchase order for the purchase of the respective item.

I appreciate you providing the information in your handwritten letter which I received on April 22, 2003. Upon review of your handwritten letter I need to request the following information.

1. The current street, mailing address and phone number for Barrett's Bookkeeping.
2. The street address for Ruben Perez.
3. The street address for Robert Perez.
4. The street address and phone number for Raul Gonzales.
5. The street address and phone number for Jose Trevino.
6. The street address and phone number for Santos Arroyo.
7. The residential street address and phone number for Hector Rodriguez. I assume the address provided (7100 Old Alice Road, Olmito, Texas) is where the county jail is located.
8. The street address and phone number for Leon Cisneros.
9. The street address and phone number for Juan Cisneros.
10. The last name, street address and phone number for Juaquin R.
11. The street address and phone number for Hilario Tamez.
12. The street address and phone number for Eduardo Quintanilla.

Based on the investigation to date the following information is being requested at this time.

1. Who is Gustavo Chavira Garza?
2. Current address and phone number for Gustavo Chavira Garza.
3. Who is Humberto Rodriguez?
4. Current address and phone number for Humberto Rodriguez.
5. Who is Alfredo Hernandez and Alfredo Hernandez, Jr.?
6. Current address and phone number for Alfredo Hernandez and Alfredo Hernandez, Jr.
7. The name, address and phone number for your Home Interior sales representative.
8. Address and phone number for the Lack's Furniture store where your purchases were made.
9. Address and phone number for the Jano's Furniture store where your purchases were made.
10. Address and phone number for the Ken's Furniture store where your purchases were made.

May 05, 2003
53-Q606-916
Page 4

    11. Address and phone number for the Edelstein's Furniture store where your purchases were made.

The Company has not made a decision to pay or deny your claim. As the investigation continues it may be necessary to request additional documents, information, records or statements, which may include Examination Under Oath. State Farm does not intend, by this letter, to imply that it will make payment or deny this claim, and does not wish to waive any of its rights it has previously reserved and specifically reserves the right to assert additional defenses at any time.

If you should have any questions or would like to discuss your claim further please contact me toll free at 877-301-2330 or collect at 361-878-4429. If I am not available when you call leave a message and I will return your call as soon as possible.

Sincerely,


Tom Reed
Special Investigative Unit
State Farm Lloyds

enclosure:    Personal Property Inventory Forms

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Luis C. Munoz
Carmela S. Munoz
829 W White Ave
Raymondville, Texas 78413-4338

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _C. Munoz_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7002 3150 0003 2051 2841

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

7002 3150 0003 2051 2841

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Munoz
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Postmark Here

PS Form 3800, June 2002   See Reverse for Instructions

---

SF000505

**Exhibit G, Page 5**