STATE FARM INSURANCE
COMPANIES

MAY 1 6 2003

PARK GREEN CSO
CORPUS CHRISTI, TX.

# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216

TELEPHONE 210/344-3900           TELECOPY 210/366-4301

WRITER'S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

May 14, 2003

**PERSONAL & CONFIDENTIAL**
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**AND VIA REGULAR MAIL**

Luis C. Munoz
Carmela S. Munoz
829 W. White Avenue
Raymondville, Texas 78413-4338

RE:   Insured:     Luis and Carmela Munoz
      Claim No.:   53-Q606-916
      Policy No.:  Unknown
      Date/Loss:   01/01/03
      Location:    829 West White Avenue, Raymondville, TX
      Our File:    114.477

Dear Mr. and Mrs. Munoz:

    The Law Firm of Jones Kurth, Andrews & Ortiz has been retained by State Farm Lloyds ("State Farm") in relation to the above-referenced claim. You have already spoken with Tom Reed from the Company, and we will be working with State Farm on your claim. The Company has already advised the insured of policy conditions. Among those conditions is the Company's right to an examination under oath. State Farm is requesting you appear, submit to an examination under oath, and sign and swear to it.

    Also, pursuant to the conditions contained within the subject insurance policy, State Farm is requesting that you provide the following documents and information, if you have not already provided it to the Company:

1. Copies of any police reports concerning this loss;

2. Any appraisals, receipts or copies of receipts for the lost or damaged property;

SF000491

Exhibit H, Page 1

Luis C. Munoz
Carmela S. Munoz
Page 2

STATE FARM INSURANCE COMPANIES

MAY 1 6 2003

PARK GREEN CSO
CORPUS CHRISTI, TX.

3.  Any appraisals, receipts, purchase orders, invoices or copies of same for items purchased to replace those lost;

4.  Any photographs in your possession which depict the property which was lost;

5.  Copies of any correspondence or documentation which you have received from or sent to State Farm Lloyds regarding this loss;

6.  Bank statements and credit card statements for the period between and including January 2000 to the present for any accounts in which you have or have had any financial interest;

7.  Copies of other insurance policies which may be applicable to this loss;

8.  Any personal or business financial statements, balance sheets of assets and liabilities, credit applications, or other documents reflecting, in whole or in part, your financial condition during the period between and including January 2000 to the present;

9.  Proof of your income during 2000, 2001, and 2002. You may choose to provide your tax returns, but it is not required; and

10. Any other documents you would like State Farm to consider in evaluating your claim.

This letter is to formally request that you appear and give a statement under oath pursuant to the terms of the policy of insurance. It is important that you contact this office at your earliest convenience to schedule a date, time and place for these examinations under oath. Please feel free to talk to me or my secretary, Cyndi Johnson. Please be advised that it is not unusual for a sworn statement to take several hours to complete. Therefore, we would appreciate your setting aside sufficient time to fully explain all the matters related to the claim.

At the time you give your sworn statement, we will ask you a series of questions and a competent court reporter will be present to record the proceedings. You have the right to have an attorney present if you desire. However, please be informed that a sworn statement is not taken pursuant to the Texas Rules of Civil Procedure and any attorney you hire will be at your own expense. A statement under oath is an important tool that is utilized by an insurance company in the investigation and evaluation of claims. If you do not appear to give your sworn statement, State Farm will be unable to properly investigate and evaluate this claim.

F:\LSK\114-477\EUO DEMAND.DOC

SF000492

Exhibit H, Page 2

STATE FARM INSURANCE
COMPANIES

Luis C. Munoz
Carmela S. Munoz
Page 3

MAY 1 6 2003

PARK GREEN CSO
CORPUS CHRISTI, TX.

    We request that you bring with you at the time of the examination under oath any of the above referenced documents which have not been produced to State Farm Lloyds by the time the examinations under oath occur. We also urge you to bring to the sworn statements any other documents which you believe support the claim. State Farm is more than willing to review any other information you believe is pertinent to this matter.

    As State Farm's investigation continues, I would again remind you of the information provided to you that State Farm Lloyds specifically reserves its right to deny coverage for reasons known or unknown pursuant to policy conditions or exclusions.

    I look forward to hearing from you and receiving the above requested items and documents in the very near future. Additionally, I am hopeful that we can mutually agree to a date, time and location for the examinations under oath in a prompt manner so that State Farm can continue and complete its investigation of this claim. If you should have any questions regarding the contents of this correspondence, please feel free to call me at your convenience.

Very truly yours,

Laurence S. Kurth

LSK/clj

F:\LSK\114-477\EUO DEMAND.DOC

SF000493

Exhibit H, Page 3

STATE FARM INSURANCE
COMPANIES

MAY 1 6 2003

PARK GREEN CSO
CORPUS CHRISTI, TX.

# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216

TELEPHONE 210/344-3900        TELECOPY 210/366-4301

WRITER'S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

May 14, 2003

**PERSONAL & CONFIDENTIAL**
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**AND VIA REGULAR MAIL**

Luis C. Munoz
Carmela S. Munoz
829 W. White Avenue
Raymondville, Texas 78413-4338

RE:   Insured:      Luis and Carmela Munoz
      Claim No.:    53-Q606-916
      Policy No.:   Unknown
      Date/Loss:    01/01/03
      Location:     829 West White Avenue, Raymondville, TX
      Our File:     114.477

Dear Mr. and Mrs. Munoz:

      The Law Firm of Jones Kurth, Andrews & Ortiz has been retained by State Farm Lloyds ("State Farm") in relation to the above-referenced claim. You have already spoken with Tom Reed from the Company, and we will be working with State Farm on your claim. The Company has already advised the insured of policy conditions. Among those conditions is the Company's right to an examination under oath. State Farm is requesting you appear, submit to an examination under oath, and sign and swear to it.

      Also, pursuant to the conditions contained within the subject insurance policy, State Farm is requesting that you provide the following documents and information, if you have not already provided it to the Company:

1. Copies of any police reports concerning this loss;

2. Any appraisals, receipts or copies of receipts for the lost or damaged property;

SF000494

Exhibit H, Page 4

STATE FARM INSURANCE
COMPANIES

Luis C. Munoz
Carmela S. Munoz
Page 2

MAY 1 6 2003

PARK GREEN CSO
CORPUS CHRISTI, TX.

3. Any appraisals, receipts, purchase orders, invoices or copies of same for items purchased to replace those lost;

4. Any photographs in your possession which depict the property which was lost;

5. Copies of any correspondence or documentation which you have received from or sent to State Farm Lloyds regarding this loss;

6. Bank statements and credit card statements for the period between and including January 2000 to the present for any accounts in which you have or have had any financial interest;

7. Copies of other insurance policies which may be applicable to this loss;

8. Any personal or business financial statements, balance sheets of assets and liabilities, credit applications, or other documents reflecting, in whole or in part, your financial condition during the period between and including January 2000 to the present;

9. Proof of your income during 2000, 2001, and 2002. You may choose to provide your tax returns, but it is not required; and

10. Any other documents you would like State Farm to consider in evaluating your claim.

This letter is to formally request that you appear and give a statement under oath pursuant to the terms of the policy of insurance. It is important that you contact this office at your earliest convenience to schedule a date, time and place for these examinations under oath. Please feel free to talk to me or my secretary, Cyndi Johnson. Please be advised that it is not unusual for a sworn statement to take several hours to complete. Therefore, we would appreciate your setting aside sufficient time to fully explain all the matters related to the claim.

At the time you give your sworn statement, we will ask you a series of questions and a competent court reporter will be present to record the proceedings. You have the right to have an attorney present if you desire. However, please be informed that a sworn statement is not taken pursuant to the Texas Rules of Civil Procedure and any attorney you hire will be at your own expense. A statement under oath is an important tool that is utilized by an insurance company in the investigation and evaluation of claims. If you do not appear to give your sworn statement, State Farm will be unable to properly investigate and evaluate this claim.

F:\LSK\114-477\EUO DEMAND.DOC

SF000495

Exhibit H, Page 5

STATE FARM INSURANCE
COMPANIES

Luis C. Munoz
Carmela S. Munoz
Page 3

MAY 1 6 2003

PARK GREEN CSO
CORPUS CHRISTI, TX.

    We request that you bring with you at the time of the examination under oath any of the above referenced documents which have not been produced to State Farm Lloyds by the time the examinations under oath occur. We also urge you to bring to the sworn statements any other documents which you believe support the claim. State Farm is more than willing to review any other information you believe is pertinent to this matter.

    As State Farm's investigation continues, I would again remind you of the information provided to you that State Farm Lloyds specifically reserves its right to deny coverage for reasons known or unknown pursuant to policy conditions or exclusions.

    I look forward to hearing from you and receiving the above requested items and documents in the very near future. Additionally, I am hopeful that we can mutually agree to a date, time and location for the examinations under oath in a prompt manner so that State Farm can continue and complete its investigation of this claim. If you should have any questions regarding the contents of this correspondence, please feel free to call me at your convenience.

Very truly yours,

Laurence S. Kurth

LSK/clj

F:\LSK\114-477\EUO DEMAND.DOC

SF000496

Exhibit H, Page 6

Luis C. Munoz
Carmela S. Munoz
Page 4

STATE FARM INSURANCE
COMPANIES

MAY 1 6 2003

PARK GREEN CSO
CORPUS CHRISTI, TX.

bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas 78411

F:\LSK\114-477\EUO DEMAND.DOC

SF000497

Exhibit H, Page 7