# State Farm Lloyds



May 28, 2003

Park Green CSO
4444 Corona, Suite 140
Corpus Christi, Texas 78411
361-878-4429
361-878-4420 (Fax)

Luis C. Munoz
Carmela S. Munoz
829 W White Ave
Raymondville, Texas 78413-4338

**CERTIFIED MAIL-Return Receipt Requested**
Receipt Number: 7002 3150 0003 2051 2988
(Copy via Regular First Class Mail)

**Personal and Confidential**

RE:   Policy Number:   83-J4-5565-2
      Claim Number:    53-Q606-916
      Our Insured:     Luis C. Munoz & Carmela S. Munoz
      Date of Loss:    01/01/2003

Dear Mr. & Mrs. Munoz:

On 02/18/2003, 03/17/2003, 04/14/2003 and 04/25/2003 I requested you execute and return a Authorization form. In my letter(s) to you, I included the appropriate form. I also requested various other documents and information, not all of the requested items have been submitted. I still need the information, documents and completed Authorization. I am enclosing a duplicate Authorization form with this letter. Your policy of insurance provides the company may request relevant documents be provided. Please sign and return the Authorization no than June 07, 2003.

The Company has not made a decision to pay or deny your claim. As the investigation continues it may be necessary to request additional documents, information, records or statements, which may include Examination Under Oath. State Farm does not intend, by this letter, to imply that it will make payment or deny this claim, and does not wish to waive any of its rights it has previously reserved and specifically reserves the right to assert additional defenses at any time.

If you should have any questions or would like to discuss your claim further please contact me toll free at 877-301-2330 or collect at 361-878-4429. If I am not available when you call leave a message and I will return your call as soon as possible.

Sincerely,

Tom Reed
Special Investigative Unit
State Farm Lloyds

SF000486

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Munoz
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4:

7002 3150 0003 2051 2988

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Luis C. Munoz
   Carmela S. Munoz
   829 W White Ave
   Raymondville, Texas  78413-4338

2. A... 7002 3150 0003 2051 2988

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Carmela Muniz
C. Date of Delivery: 6-3-03

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

SF000487

Exhibit I, Page 2



# AUTHORIZATION

Barcode Only

_____
Claim Number

I / We, the undersigned, authorize the release of any financial, employment, claim, credit, indebtedness, or telephone documents and/or records, either originals or photocopies, by any employer, bank, savings institution, creditor, credit bureau, financial institution, consumer reporting agency as defined in the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), insurance company, mortgagee, real estate agent, utility company, pawn shop, pawn dealer or broker, retail/wholesale business, or governmental agency to State Farm Mutual Automobile Insurance Company, its subsidiaries and affiliates, or their authorized claim or legal representatives, pertaining to:

NAME_____    NAME_____

SOCIAL SECURITY                            SOCIAL SECURITY
NUMBER_____    NUMBER_____

ADDRESS_____    ADDRESS_____

_____    _____

FORMER                                     FORMER
ADDRESS_____    ADDRESS_____

_____    _____

BUSINESS                                   BUSINESS
ADDRESS_____    ADDRESS_____

When this authorization is used to obtain a "consumer credit report" for the above listed person(s), it is intended by the undersigned to comply with the consent requirement of the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.).

The undersigned authorizes to State Farm Mutual Automobile Insurance Company, its subsidiaries and affiliates, or their authorized claim or legal representatives, to obtain and use this information and/or a "consumer credit report" for the purpose of processing a claim submitted to State Farm Mutual Automobile Insurance Company, and / or its subsidiaries and / or affiliates, arising out of any

loss on _____
                                    (Date)
This authorization is valid for the duration of the claim, and a photocopy is as valid as the original.

I / We have read this authorization and acknowledge that I / we or my / our authorized representative may receive a copy of material obtained pursuant to this authorization upon request.

Date _____, _____    _____
                                          Year         Signature(s) of Above Named

                                                       _____
                                                       Signature(s) of Above Named

SF000488

104067.1 Rev. 10-26-2001                               Exhibit I, Page 3