06-16-03   01:43pm   From-jones,kurth  andrews        +2103664301        T-938  P.003/003  F-745

# GUSTAVO Ch. GARZA

ATTORNEY AT LAW
646 W. HIDALGO
RAYMONDVILLE, TEXAS 78580
956-689-9040
FAX: 956-689-5468

114.477
**RECEIVED**
JUN 11 2003

June 11, 2003

Laurence S. Kurth
Attorney at Law
10100 Reunion Place, Suite 600
San Antonio, TX 78216

Re:   Claim Number:    53-Q606-916
      Date of Loss:    January 1, 2003
      Your Insured:    Luis Munoz
      My Client:       Luis Munoz

Dear Mr. Kurth;

    Please be advised that I am now representing Mr. Luis Munoz and am requesting that all communication be directed to me. I have received your letter dated May 12, 2003 and currently my client and I are gathering the documents you have requested. I am also requesting that you provide me with a transcribed written copy of all of the tape recorded statements provided by Mr. Munoz and by Mrs. Munoz to the different State Farm investigators and adjusters, in particular the lengthy statement taken by Mr. Tom Reed..

    Thank you very much for your cooperation.

Respectfully,

Gustavo Ch. Garza

SF000477

Exhibit K, Page 1