# State Farm Lloyds

June 18, 2003

Park Green CSO
4444 Corona, Suite 140
Corpus Christi, Texas 78411
361-878-4429
361-878-4420 (Fax)

Gustavo Garza
Attorney
646 W. Hidalgo
Raymondville, Texas  78580

**CERTIFIED MAIL-Return Receipt Requested**
Receipt Number: 7002 3150 0003 2051 3121

**Personal and Confidential**

RE:  Policy Number: 83-J4-5565-2
     Claim Number: 53-Q606-916
     Our Insured:  Luis C. Munoz & Carmela S. Munoz
     Date of Loss: 01/01/2003

Dear Mr. Garza:

Per your request enclosed are copies of the recorded interviews conducted with Luis Munoz and Carmela Munoz. The recorded interviews include the following.

1. Recorded interview conducted by Lee Olivo with Luis Munoz.
2. Recorded interview conducted by Tom Reed with Luis Munoz.
3. Recorded interview conducted by Tom Reed with Carmela Munoz.

Sincerely,


Tom Reed
Special Investigative Unit
State Farm Lloyds

HOME OFFICE: DALLAS, TEXAS 75379-9100

SF000473

Exhibit L, Page 1




SF000474

Exhibit L, Page 2