# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELECOPY 210/366-4301

TELEPHONE 210/344-3900

WRITER'S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

June 27, 2003

Mr. Gustavo Ch. Garza
Attorney at Law
646 W. Hidalgo
Raymondville, Texas 78580

RE:  Insured:     Luis and Carmela Munoz
     Claim No.:   53-Q606-916
     Policy No.:  Unknown
     Date/Loss:   01/01/03
     Location:    829 West White Avenue, Raymondville, TX
     Our File:    114.477

Dear Mr. Garza:

I have advised State Farm you informed me your client does not wish to give another statement concerning the fire, because he gave two. State Farm's position is that the Examination Under Oath is a condition precedent in the homeowner's policy, and the Company continues to require it of your clients. Additionally, please make available the documents previously requested.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Laurence S. Kurth

LSK/clj

SF000469

Exhibit M, Page 1

06-27-03    03:34pm    From-jones,kur" &andrews         +2103664301           T-334   P.003/003   F-104

Mr. Gustavo Ch. Garza
Page 2


bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas  78411

F:\LSK\114-477\ATTORNEY LETTER2.DOC