# State Farm Lloyds



July 01, 2003

Park Green CSO
4444 Corona, Suite 140
Corpus Christi, Texas 78411
361-878-4429
361-878-4420 (Fax)

Luis C. Munoz
Carmela S. Munoz
C/O Gustavo Garza
646 W. Hidalgo
Raymondville, Texas  78580

**CERTIFIED MAIL-Return Receipt Requested**
Receipt Number: 7002 3150 0003 2051 3213

**Personal and Confidential**

RE:   Policy Number:   83-J4-5565-2
      Claim Number:    53-Q606-916
      Our Insured:     Luis C. Munoz & Carmela S. Munoz
      Date of Loss:    01/01/2003

Dear Mr. & Mrs. Munoz:

A draft in the amount of $2,400.00 is enclosed in payment of the July 2003 rental expense as documented by the Curtis Shed Rentals & Real Estate invoice received by facsimile.

As of this date State Farm has paid $19,024.42 under the Loss of Use Coverage on your policy under claim number 53- Q606-916.

Also enclosed are two forms, form 4506 Request for Copy or Transcript of Tax Form. Please complete one form that will allow State Farm to request a copy of your personal IRS tax returns and one that will allow State Farm to request a copy of your business IRS tax returns. We would also ask that you obtain a current credit report for you both personally and also one for your business. When you receive the respective credit reports we would ask that you review each report and comment and/or provide details on any entries or information you feel is inaccurate. We will reimburse you for any expense you incur in obtaining the requested credit reports.

The Company has not made a decision to pay or deny your claim. As the investigation continues it may be necessary to request additional documents, information, records or statements, which may include Examination Under Oath. State Farm does not intend, by this letter, to imply that it will make payment or deny this claim, and does not wish to waive any of its rights it has previously reserved and specifically reserves the right to assert additional defenses at any time.

HOME OFFICE:  DALLAS, TEXAS 75379-9100

SF000464

Exhibit N, Page 1

July 01, 2003
53-Q606-916
Page 2

If you should have any questions or would like to discuss your claim further please contact me toll free at 877-301-2330 or collect at 361-878-4429. If I am not available when you call leave a message and I will return your call as soon as possible.

Sincerely,

Tom Reed
Special Investigative Unit
State Farm Lloyds

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

7002 3150 0003 2051 3213

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Munoz
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
[illegible]                      7-7-0[?]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Luis C. Munoz
Carmela S. Munoz
C/O Gustavo Garza
646 W. Hidalgo
Raymondville, Texas 78580

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Tr.) 7002 3150 0003 2051 3213

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

| Form **4506** (Rev. May 1997) Department of the Treasury Internal Revenue Service | **Request for Copy or Transcript of Tax Form** ► Read instructions before completing this form. ► Type or print clearly. Request may be rejected if the form is incomplete or illegible. | OMB No. 1545-0429 |
|---|---|---|

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| 1a | Name shown on tax form. If a joint return, enter the name shown first. | 1b | First social security number on tax form or employer identification number (see instructions) |
|---|---|---|---|
| 2a | If a joint return, spouse's name shown on tax form | 2b | Second social security number on tax form |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4  Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5  If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address
   STATE FARM CLAIMS OFFICE
   ATTN: Tom Reed
   4444 Corona, Suite #140
   Corpus Christi, Texas 78411

6  If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . ► ☒

7  If name in third party's records differs from line 1a above, enter that name here (see instructions) ►

8  Check only one box to show what you want. There is **no charge** for items 8a, b, and c:
   a ☐ Tax return transcript of Form 1040 series filed during the **current calendar year** and the **3 prior calendar years** (see instructions).
   b ☐ Verification of nonfiling.
   c ☐ Form(s) W-2 information (see instructions).
   d ☒ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). **The charge is $23 for each period requested.**
      Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ► ☐

9  If this request is to meet a requirement of one of the following, check all boxes that apply.
   ☐ Small Business Administration   ☐ Department of Education   ☐ Department of Veterans Affairs   ☐ Financial institution

| 10 | Tax form number (Form 1040, 1040A, 941, etc.) | 12 | Complete only if **line 8d** is checked. Amount due: | |
|---|---|---|---|---|
| 11 | Tax period(s) (year or period ended date). If more than four, see instructions. | a | Cost for each period | $ 23.00 |
|    | 1999  2000  2001  2002 | b | Number of tax periods requested on line 11 | |
|    | | c | Total cost. Multiply line 12a by line 12b. | $ |

*Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."*

**Caution:** *Before signing, make sure all items are complete and the form is dated.*
I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**
► Signature. See instructions. If other than taxpayer, attach authorization document.     Date
► Title (if line 1a above is a corporation, partnership, estate, or trust)
► Spouse's signature     Date

Telephone number of requester ( )
Best time to call
**TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions)

**Instructions**

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.**—Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

**Do not** use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?**—You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.**—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.**—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

SF000467

Exhibit N, Page 4

| Form **4506** (Rev. May 1997) Department of the Treasury Internal Revenue Service | **Request for Copy or Transcript of Tax Form** ▶ Read instructions before completing this form. ▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible. | OMB No. 1545-0429 |
|---|---|---|

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| 1a | Name shown on tax form. If a joint return, enter the name shown first. | 1b | First social security number on tax form or employer identification number (see instructions) |
|---|---|---|---|
| 2a | If a joint return, spouse's name shown on tax form | 2b | Second social security number on tax form |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4  Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5  If copy of form or a tax return transcript is to be mailed to a third party, enter the third party's name and address
   **STATE FARM CLAIMS OFFICE**
   **ATTN: Tom Reed**
   **4444 Corona, Suite #140**
   **Corpus Christi, Texas 78411**

6  If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . . ▶ ☒

7  If name in third party's records differs from line 1a above, enter that name here (see instructions) ▶

8  Check only one box to show what you want. There is **no charge** for items 8a, b, and c:
   a ☐ Tax return transcript of Form 1040 series filed during the **current calendar year** and the **3 prior calendar years** (see instructions).
   b ☐ Verification of nonfiling.
   c ☐ Form(s) W-2 information (see instructions).
   d ☒ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). **The charge is $23 for each period requested.**
       **Note:** *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ▶ ☐

9  If this request is to meet a requirement of one of the following, check all boxes that apply.
   ☐ Small Business Administration   ☐ Department of Education   ☐ Department of Veterans Affairs   ☐ Financial institution

10 Tax form number (Form 1040, 1040A, 941, etc.)

11 Tax period(s) (year or period ended date). If more than four, see instructions.
   1999  2000  2001  2002

12 Complete only if line 8d is checked. Amount due:
   a Cost for each period . . . . . . . $ 23.00
   b Number of tax periods requested on line 11
   c Total cost. Multiply line 12a by line 12b . . $
   *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."*

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**
▶ Signature. See instructions. If other than taxpayer, attach authorization document.   Date
▶ Title (if line 1a above is a corporation, partnership, estate, or trust)
▶ Spouse's signature   Date

Telephone number of requester ( )
Best time to call
**TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions)

## Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.**—Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2 information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?**—You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.**—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.**—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

For Privacy Act and Paperwork Reduction Act Notice...

SF000468

Exhibit N, Page 5