08-26-03   03:26pm   From-jones,kurth &andrews                    +2103664301           T-059  P.002/005  F-559

# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELECOPY 210/366-4301

TELEPHONE 210/344-3900

WRITER'S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

August 26, 2003

Mr. Gustavo Ch. Garza
Attorney at Law
646 W. Hidalgo
Raymondville, Texas 78580

RE:  Insured:      Luis and Carmela Munoz
     Claim No.:    53-Q606-916
     Policy No.:   Unknown
     Date/Loss:    01/01/03
     Location:     829 West White Avenue, Raymondville, TX
     Our File:     114.477

Dear Mr. Garza:

State Farm has requested a number of documents from your clients in order to properly evaluate their claim. Please ask Mr. and Mrs. Munoz to provide the documents and information requested below as soon as possible:

**Items Requested:**

1. Current credit report.
2. Current address and phone number for Ornel Munoz.
3. Current address and phone number for Mario Munoz.
4. All receipts for expenses during the Florida trip. Carmela stated she keeps all of her receipts and never throws any away.
5. Last name for "Chewy," person that called Ben Capetillo.
6. Address for the house in Wilemar.
7. Name, address and phone number for the owner of the Wilemar house.
8. Contract for the house in Wilemar.
9. Contracts for all jobs estimated, started and/or completed during the months of December 2002 and January 2003.
10. Partnership agreement between Luis Munoz and Ben Capetillo.
11. Partnership contract between Luis Munoz and Ben Capetillo.
12. Documentation for investment payment(s) received from Ben Capetillo in Munoz Roofing and any other business venture.

SF000414

Exhibit O, Page 1

08-26-03   03:26pm   From-jones,kurth &andrews                +2103664301           T-059   P.003/005   F-558

Mr. Gustavo Ch. Garza
Page 2

13. Documentation for payment(s) made to Ben Capetillo for return of investments made in Munoz Roofing and any other business venture.
14. All contracts and agreements between Luis Munoz and Ben Capetillo regarding repayment of investments.
15. Complete name, address and phone number for David Joe, attorney for Ben Capetillo.
16. Complete address and phone number for their yard man, Noe Ochoa.
17. Complete name, address and phone number for Tall Palms Motel.
18. County, court, date and any and all documents pertaining to the Tall Palms Motel lawsuit.
19. Any and all documents pertaining to the bankruptcy court case involving Harry and Minerva Cavazos.
20. Provide any and all contracts and documents pertaining to the Tall Palms Motel lawsuit.
21. Complete name, address and phone number of the person Luis Munoz gave the BBQ pit to that was being used the day of the fire.
22. Complete name, address and phone number of the person having the garage sale where Luis Munoz purchased the replacement BBQ for the one he gave away that was being used on the day of the fire.
23. Complete name, address and phone number of any other person who has seen the $46,000 in cash in his safe.
24. Complete name, address and phone number for the commercial agent and commercial insurer providing coverage for any and all commercial insurance policies for Munoz and his businesses. Identify the insurer and the commercial property they insure.

**Previously Requested Items Still Outstanding:**

1. All Internal Revenue Tax Records, including but not limited to, all tax return forms, notices, extensions, packages, disclosures, schedules, etc. for Mr. and Mrs. Munoz's personal income tax return for the tax years of 1998, 1999, 2000, 2001 and 2002 (if filed). If they filed separately this request will be for their respective personal income tax returns for the same years.
2. All Internal Revenue Tax Records, including but not limited to, all tax return forms, notices, extensions, packages, disclosures, schedules, etc. for the business income tax return for the tax years of 1998, 1999, 2000, 2001 and 2002 (if filed). If they filed more than one business tax return for Munoz Roofing and/or any other business they are involved in, this request is for all businesses they filed a tax return for and includes the same respective years.
3. Any and all remodeling contracts between Munoz Roofing & Contracting and the Raymondville Independent School District.

F:\LSK\114-477\ATTORNEY LETTERS.DOC

SF000415

Exhibit O, Page 2

08-26-03    03:26pm    From-jones,kurth &andrews    +2103664301    T-059  P.004/005  F-558

Mr. Gustavo Ch. Garza
Page 3

4. Any and all documents pertaining to any accounts receivable for any outstanding balances owed to Munoz Roofing & Contracting by the Raymondville Independent School District.
5. Any and all documents pertaining to any accounts payable for any outstanding balances owed by Munoz Roofing & Contracting to the Raymondville Independent School District.
6. Any and all documents pertaining to any legal proceedings involving items 3 through 5 above.
7. Any and all documents pertaining to the remodeling contract between Munoz Roofing & Contracting and Harry & Minerva Cavazos.
8. Any and all documents pertaining to any accounts receivable for any outstanding balances owed to Munoz Roofing & Contracting by Harry & Minerva Cavazos.
9. Any and all documents pertaining to any accounts payable for any outstanding balances owed by Munoz Roofing & Contracting to Harry & Minerva Cavazos.
10. Any and all documents pertaining to any unfinished remodeling operations not completed by Munoz Roofing & Contracting dealing with the remodeling contract between Munoz Roofing & Contracting and Harry & Minerva Cavazos.
11. Any and all documents pertaining to any legal proceedings, judgments, negotiated settlements, foreclosures, etc. involving items 7 through 10 above.
12. Any and all records, credit card statements, cancelled checks, hotel receipts, hotel folios, gas receipts, restaurant receipts, etc. for your vacation to and from Orlando, Florida during the end of December 2002 and the beginning of January 2003.
13. Any and all phone records that were previously requested.

Thank you for your prompt attention to this matter. If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

Laurence S. Kurth

LSK/clj

F:\LSK\114-477\ATTORNEY LETTERS.DOC

SF000416

Exhibit O, Page 3

08-26-03   03:27pm   From-jones,kurth *andrews                              +2103664301          T-059   P.005/005   F-558

Mr. Gustavo Ch. Garza
Page 4


bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas 78411

F:\LSK\114-477\ATTORNEY LETTERS.DOC

SF000417

Exhibit O, Page 4