# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELECOPY 210/366-4301

TELEPHONE 210/344-3900

WRITER'S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

September 29, 2003

Mr. Gustavo Ch. Garza
Attorney at Law
646 W. Hidalgo
Raymondville, Texas 78580

RE:     Insured:      Luis and Carmela Munoz
        Claim No.:    53-Q606-916
        Policy No.:   Unknown
        Date/Loss:    01/01/03
        Location:     829 West White Avenue, Raymondville, TX
        Our File:     114.477

Dear Mr. Garza:

In our correspondence of August 26, 2003, we advised you State Farm has requested a number of documents from your clients in order to properly evaluate their claim. To date we have not received the requested information. Please provide this documentation at your earliest convenience.

Thank you for your prompt attention to this matter. If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

Laurence S. Kurth

LSK/clj

SF000409

Exhibit P, Page 1

09-29-03   10:11am   From-jones,kurth  andrews                +2103664301           T-029   P.003/003   F-411

Mr. Gustavo Ch. Garza
Page 2


bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas  78411

F:\LSK\114-477\ATTORNEY LETTER9.DOC

SF000410

Exhibit P, Page 2