# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216

TELEPHONE 210/344-3900         TELECOPY 210/366-4301

WRITER'S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

October 9, 2003

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Mr. Gustavo Ch. Garza
Attorney at Law
646 W. Hidalgo
Raymondville, Texas  78580

RE:   Insured:     Luis and Carmela Munoz
      Claim No.:   53-Q606-916
      Policy No.:  Unknown
      Date/Loss:   01/01/03
      Location:    829 West White Avenue, Raymondville, TX
      Our File:    114.477

Dear Mr. Garza:

I have sent to you at least three (3) letters requesting pertinent documents on this claim. This is in addition to the request at the time of the examinations under oath of Mr. and Mrs. Munoz. The policy in place at the time of the fire specifies the following requirements of your clients, among others:

(5)   as often as we reasonably require:

      (a)   provide us access to the damaged property.

      (b)   provide us with pertinent records and documents we request and permit us to make copies.

      (c)   submit to examination under oath and sign and swear to it.

My client needs a response to its legitimate request for information. If these documents are available from a third party, please direct us to the source and provide an authorization. If your clients do not respond to these requests by October 20, 2003, State Farm will have no option but to assume Mr. and Mrs. Munoz have decided not to comply with this provision of the policy and act accordingly.

SF000403

Exhibit Q, Page 1

Mr. Gustavo Ch. Garza
Page 2

If you have any questions, please feel free to call.

Very truly yours,

*[signature]*

Laurence S. Kurth

LSK/clj

F:\LSK\14-477\ATTORNEY LETTER10.DOC

Mr. Gustavo Ch. Garza
Page 3


bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas 78411

F:\LSK\114-477\ATTORNEY LETTER10.DOC

SF000405

Exhibit Q, Page 3