10-28-03  04:30pm  From-jones,kurth &andrews                +2103664301           T-049  P.003/003  F-220

# GUSTAVO CH. GARZA
## ATTORNEY AT LAW
646 WEST HIDALGO RAYMONDVILLE, TEXAS 78580
PHONE (956)689-9040 FAX (956)689-6468
EMAIL: GUSTAVO@JUSTICE.COM

October 14, 2003

Laurence S. Kurth
Jones Kurth, Andrews, & Ortiz
10100 Reunion Place, Suite 600
San Antonio, Texas 78216

RE:   Insured: Luis and Carmela Munoz
      Claim No: 53-Q606-916
      Date of Loss: 01/01/03

Dear Larry:

My clients and I have received your fax letters, your certified mail and the original deposition. Mr. and Mrs. Munoz are carefully considering the depositions. I expect that within two weeks I have the signed deposition mailed to you.

Mr. and Mrs. Munoz have no problem if you want to visit their burned home. Regarding the pertinent records, Mr. and Mrs. Munoz have already provided those to you.

Mr. Kurth keep in mind that Mr. and Mrs. Munoz already have been very cooperative with you and all you're many agents.

Respectfully,

Gustavo Ch. Garza

CCRR: 7099 3220 0002 2239 3603

SF000399

Exhibit R, Page 1