# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELECOPY 210/366-4301

TELEPHONE 210/344-3900

WRITER=S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

December 9, 2003

Mr. Gustavo Ch. Garza
Attorney at Law
646 W. Hidalgo
Raymondville, Texas 78580

RE:  Insured:      Luis and Carmela Munoz
     Claim No.:    53-Q606-916
     Policy No.:   Unknown
     Date/Loss:    01/01/03
     Location:     829 West White Avenue, Raymondville, TX
     Our File:     114.477

Dear Mr. Garza:

We are in receipt of the signed examination under oath of Ms. Carmela Munoz regarding the above-referenced claim. In my review of the transcript, I note there were two blanks left for Ms. Munoz to fill in, but she did not do so. On page 14, I asked that she provide the amount she made in 2002. On page 34, Ms. Munoz was to fill in the date of the fire as noted on her calendar. Please have your client provide this information at your earliest convenience.

Thank you for your assistance in this matter. If you have any questions, please feel free to call.

Very truly yours,

Laurence S. Kurth

LSK/clj

SF000373

Exhibit S, Page 1

Mr. Gustavo Ch. Garza
Page 2

bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas 78411