# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216

TELEPHONE 210/344-3900
TELECOPY 210/366-4301

WRITER=S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

December 17, 2003

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Mr. and Mrs. Luis Munoz
c/o Mr. Gustavo Ch. Garza
Attorney at Law
646 W. Hidalgo
Raymondville, Texas 78580

RE:  Insured:      Luis and Carmela Munoz
     Claim No.:    53-Q606-916
     Policy No.:   Unknown
     Date/Loss:    01/01/03
     Location:     829 West White Avenue, Raymondville, TX
     Our File:     114.477

Dear Mr. and Mrs. Munoz:

In response to your attorney's letter of November 14, 2003, received November 21, 2003, please find enclosed 383 pages of documents which comprise the entire "Documents Received" file from State Farm. Likewise, the recorded statements of Mr. and Mrs. Munoz and the examination under oath transcripts have already been provided to you and your lawyer. All photographs were made available at the Examination Under Oath and the only videotape available is the copy Mr. Munoz provided, which I assume he viewed.

Both my office as well as Mr. Reed of State Farm have written you on more than one occasion requesting you comply with conditions precedent in your policy, and provide pertinent records. The documents demanded have been listed for you repeatedly. You will see from these enclosed documents, returned to you, you have not complied with these requests.

In your lawyer's letter, he apparently complains that you have had more than one adjuster on the claim, but it is clear that since at least January 23, 2003, Mr. Tom Reed has been your claims representative available to answer any questions you had on your claim. You cannot really be saying your lawyer was confused as to whom with State Farm you could communicate. Mr. Reed has dealt with you extensively. If, however, you are claiming this is a problem, then in the future Mr. Garza may communicate exclusively with me.

SF000370

Exhibit T, Page 1

Mr. and Mrs. Luis Munoz
c/o Mr. Gustavo Ch. Garza
Page 2

     You should review the letters to you or Mr. Garza from Mr. Reed which list what documents the Company still requires, and simply comply with the request. State Farm does not waive its request. Additionally, although not exhaustive a listing, Mr. Reed believes you have to date failed to comply with your requirements under the policy in the following further respects:

1. Mr. Munoz has failed to complete, sign and return his examination under oath.

2. Mr. Munoz has failed to fill in the blanks on the missing items in his examination under oath.

3. Mr. Munoz has failed to provide tax returns.

4. Mr. Munoz has failed to provide records from his roofing company showing any type of income.

5. Mr. Munoz has failed to provide copies of contracts for roofing jobs he claims to have had in 2002 and 2003. .

6. Mr. Munoz has failed to allow access to his bookkeeper to determine his personal and business income.

7. Mr. and Mrs. Munoz have failed to produce any documentation to prove the family was in Orlando, Florida at the time of the file.

     Although the Company has already discussed a deadline with your attorney once, it has agreed to once again request you provide this information, or a reason why the documents do not exist, no later than 5:00 p.m. on January 6, 2004 to the law firm of Jones Kurth, Andrews & Ortiz. If the documents are not tendered, then State Farm will have no choice but to conclude you refuse to cooperate further under the policy, and decide your claim accordingly. State Farm has been requesting some of these documents since February 2003. It has now been almost one year since the fire. The Company has faithfully paid additional living expenses to you and your family all these months. It is time you, too, complied with the policy.

     If you have any questions, please feel free to call.

                                 Very truly yours,

                                 Laurence S. Kurth

LSK/clj
Enclosures

Mr. and Mrs. Luis Munoz
c/o Mr. Gustavo Ch. Garza
Page 3


bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas 78411