114, 477
**RECEIVED**

# GUSTAVO CH. GARZA ATTORNEY AT LAW
## 646 WEST HIDALGO
## RAYMONDVILLE, TEXAS 78580
## PHONE(956)689-9040
## FAX(956)689-6468
## EMAIL:GUSTAVO@JUSTICE.COM

### FACSIMILE TRANSMITTAL SHEET

| TO: Larry Kurth | FROM: Gustavo Ch. Garza |
|---|---|
| COMPANY: | DATE: 1/6/2004 |
| FAX NUMBER: (210)366-4301 | TOTAL NO. OF PAGES INCLUDING COVER: 1 |
| | SENDER'S PHONE NUMBER: (956)689-9040 |
| RE: Luis and Carmela Munoz | CAUSE #: 53-Q606-916 |

☐ URGENT    ☑ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Mr. Kurth:

I will need ten more days for your response because of the holidays. Thank you, if you have any questions please feel free to call me.

*Veronica Coronado*
Veronica Coronado

**Confidential**
The information in this facsimile message is confidential information intended only for the use of the individual or entity name above. If the reader is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via postal service. Thank you.

Exhibit U, Page 1