# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELECOPY 210/366-4301

TELEPHONE 210/344-3900

WRITER=S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

January 20, 2004

Mr. Gustavo Ch. Garza
Attorney at Law
646 W. Hidalgo
Raymondville, Texas 78580

RE:   Insured:      Luis and Carmela Munoz
      Claim No.:    53-Q606-916
      Policy No.:   Unknown
      Date/Loss:    01/01/03
      Location:     829 West White Avenue, Raymondville, TX
      Our File:     114.477

Dear Mr. Garza:

In response to your letter of January 13, 2004, received today, we have never received the signed and notarized examination under oath of Mr. Munoz, and neither has State Farm. If you have a copy of the executed signature pages, and the corrections, then please fax these to me.

Regarding your claim that Mr. and Mrs. Munoz have already signed a tax authorization, that also is untrue. Attached you will see a copy of a letter from Mr. Reed asking your client to sign the tax authorization back in July of 2002. Your clients never did so, and now you must realize this simply adds delay. It is much faster for Mr. Munoz to simply provide this material. Please sign and return the form at your very earliest convenience.

Mr. Reed and the accountant very much need to review the bookkeeper's records. Please suggest three (3) dates in the next 30 days and we will select an agreeable date.

If you have any other questions, please feel free to call.

Very truly yours,

Laurence S. Kurth

LSK/clj
Attachment

Exhibit V, Page 1

SF000356

Mr. Gustavo Ch. Garza
Page 2

bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas 78411

# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELECOPY 210/366-4301

TELEPHONE 210/344-3900

WRITER=S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

January 20, 2004

Mr. Gustavo Ch. Garza
Attorney at Law
646 W. Hidalgo
Raymondville, Texas 78580

RE:  Insured:     Luis and Carmela Munoz
     Claim No.:   53-Q606-916
     Policy No.:  Unknown
     Date/Loss:   01/01/03
     Location:    829 West White Avenue, Raymondville, TX
     Our File:    114.477

Dear Mr. Garza:

In response to your letter of January 13, 2004, received today, we have never received the signed and notarized examination under oath of Mr. Munoz, and neither has State Farm. If you have a copy of the executed signature pages, and the corrections, then please fax these to me.

Regarding your claim that Mr. and Mrs. Munoz have already signed a tax authorization, that also is untrue. Attached you will see a copy of a letter from Mr. Reed asking your client to <u>sign the tax authorization back in July of 2002.</u> Your clients never did so, and now you must realize this simply adds delay. It is much faster for Mr. Munoz to simply provide this material. Please sign and return the form at your very earliest convenience.

Mr. Reed and the accountant very much need to review the bookkeeper's records. Please suggest three (3) dates in the next 30 days and we will select an agreeable date.

If you have any other questions, please feel free to call.

Very truly yours,

Laurence S. Kurth

LSK/clj
Attachment

Exhibit V, Page 3

SF000358

Mr. Gustavo Ch. Garza
Page 2

bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas 78411

# JONES KURTH, ANDREWS & ORTIZ
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELECOPY 210/366-4301

TELEPHONE 210/344-3900

WRITER=S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

January 20, 2004

Mr. Gustavo Ch. Garza
Attorney at Law
646 W. Hidalgo
Raymondville, Texas 78580

| | | |
|---|---|---|
| RE: | Insured: | Luis and Carmela Munoz |
| | Claim No.: | 53-Q606-916 |
| | Policy No.: | Unknown |
| | Date/Loss: | 01/01/03 |
| | Location: | 829 West White Avenue, Raymondville, TX |
| | Our File: | 114.477 |

Dear Mr. Garza:

In response to your letter of January 13, 2004, received today, we have never received the signed and notarized examination under oath of Mr. Munoz, and neither has State Farm. If you have a copy of the executed signature pages, and the corrections, then please fax these to me.

Regarding your claim that Mr. and Mrs. Munoz have already signed a tax authorization, that also is untrue. Attached you will see a copy of a letter from Mr. Reed asking your client to <u>sign the tax authorization back in July of 2002.</u> Your clients never did so, and now you must realize this simply adds delay. It is much faster for Mr. Munoz to simply provide this material. Please sign and return the form at your very earliest convenience.

Mr. Reed and the accountant very much need to review the bookkeeper's records. Please suggest three (3) dates in the next 30 days and we will select an agreeable date.

If you have any other questions, please feel free to call.

Very truly yours,

Laurence S. Kurth

LSK/clj
Attachment

Exhibit V, Page 5

SF000360

Mr. Gustavo Ch. Garza
Page 2

bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas 78411