# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELECOPY 210/366-4301

TELEPHONE 210/344-3900

TOM REED
STATE FARM FIRE CLAIMS
CORPUS CHRISTI TEXAS

JAN 2 6 2004

WRITER=S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

January 26, 2004

**VIA FAX AND CERTIFIED MAIL**

Mr. Gustavo Ch. Garza
Attorney at Law
646 W. Hidalgo
Raymondville, Texas 78580

RE:   Insured:      Luis and Carmela Munoz
      Claim No.:    53-Q606-916
      Policy No.:   83-J4-5564-2
      Date/Loss:    01/01/03
      Location:     829 West White Avenue, Raymondville, TX
      Our File:     114.477

Dear Mr. Garza:

Enclosed please find two Requests for Copy or Transcript of Tax Form. Please have Mr. and Mrs. Munoz sign these authorizations and return them to us at your earliest possible convenience.

Thank you for your assistance in this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Laurence S. Kurth

LSK/clj
Enclosures

Exhibit W, Page 1

SF000354

Mr. Gustavo Ch. Garza
Page 2


bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas  78411

r