# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELECOPY 210/366-4301

TELEPHONE 210/344-3900

WRITER=S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

January 26, 2004

Mr. Gustavo Ch. Garza
Attorney at Law
646 W. Hidalgo
Raymondville, Texas 78580

TOM REED
STATE FARM FIRE CLAIMS
CORPUS CHRISTI TEXAS

JAN 2 6 2004

| RE: | Insured: | Luis and Carmela Munoz |
|---|---|---|
| | Claim No.: | 53-Q606-916 |
| | Policy No.: | 83-J4-5564-2 |
| | Date/Loss: | 01/01/03 |
| | Location: | 829 West White Avenue, Raymondville, TX |
| | Our File: | 114.477 |

Dear Mr. Garza:

This will confirm we have <u>today</u> received via Federal Express from the court reporter, Hill & Romero, the signed and notarized transcript of the examination under oath of Luis Munoz.

As we advised you last week, Mr. Reed and the accountant very much need to review the bookkeeper's records. Please suggest three (3) dates as soon as possible in the next 30 days and we will select an agreeable date. Additionally, please comply with those other requests in our letter of January 20, 2004.

Thank you for your assistance in this matter. I look forward to hearing from you in the near future.

Very truly yours,

Laurence S. Kurth

LSK/clj

Exhibit X, Page 1

SF000352

SF000353

Mr. Gustavo Ch. Garza
Page 2

bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas  78411

Exhibit X, Page 2

C:\WINNT\PROFILES\BGML\TEMPORARY INTERNET FILES\OLK50\ATTORNEY LETTER15.DOC

SF000353