02-06-04    15:26    From-Jones,Kurth &andrews    +2103664301    T-770    P.002/004    F-642

RECEIVED

# GUSTAVO CH. GARZA
## ATTORNEY AT LAW
646 WEST HIDALGO RAYMONDVILLE, TEXAS 78580
PHONE (956)689-9040 FAX (956)689-6468
EMAIL: GUSTAVO@JUSTICE.COM

February 2, 2004

Jones Kurth, Andrews & Ortiz
Attorneys At Law
10100 Reunion Place, Suite 600
San Antonio, Texas 78216

**CERTIFIED MAIL – RETURN RECEIPT REQUEST**
Receipt Number: 7099 3220 0002 2239 3733

    Re:    Luis And Carmela Munoz
            Policy No. 83-J4-5564-2
            Date of Loss: January 1, 2003

Dear Mr. Kurth:

    As per your request, I have selected three dates in which Tom Reed and the accountant may review the bookkeeper's records of Mr. Munoz business. The dates I have selected are the following: February 4th, 2004 at 1:00pm, February 9th, 2004 at 9:00am, and February 12, 2004 at 11:00am. Please inform me of the date you select, included you will also find the tax authorization signed by Mr. Munoz. Thank you.

                                                Gustavo Ch. Garza

02-06-04  15:26  From-jones,kurth &andrews  +2103664301  T-770  P.003/004  F-642

**Form 4506** (Rev. May 1997)
Department of the Treasury
Internal Revenue Service

## Request for Copy or Transcript of Tax Form

▶ Read instructions before completing this form.
▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible.

OMB No. 1545-0429

Note: *Do not use this form to get tax account information. Instead, see instructions below.*

1a. Name shown on tax form. If a joint return, enter the name shown first.
1b. First social security number on tax form or employer identification number (see instructions)

2a. If a joint return, spouse's name shown on tax form
2b. Second social security number on tax form

3. Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4. Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5. If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address.
STATE FARM CLAIMS OFFICE
Ad J Nelson Reed
4444 Corona, Suite #140
Corpus Christi, Texas 78411

6. If we cannot find a record of your tax form and you want the payment refunded to the third party, check here ▶ ☒

7. If name in third party's records differs from line 1a above, enter that name here (see instructions) ▶

8. Check only one box to show what you want. There is no charge for items 8a, b, and c:
   a. ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).
   b. ☐ Verification of nonfiling.
   c. ☐ Form(s) W-2 information (see instructions).
   d. ☒ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested. Note: If these copies must be certified for court or administrative proceedings, see instructions and check here ▶ ☐

9. If this request is to meet a requirement of one of the following, check all boxes that apply.
   ☐ Small Business Administration  ☐ Department of Education  ☐ Department of Veterans Affairs  ☐ Financial institution

10. Tax form number (Form 1040, 1040A, 941, etc.)

11. Tax period(s) (year or period ended date). If more than four, see instructions.
1999 | 2000 | 2001 | 2002

12. Complete only if line 8d is checked. Amount due:
   a. Cost for each period — $23.00
   b. Number of tax periods requested on line 11
   c. Total cost. Multiply line 12a by line 12b — $

Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."

Caution: Before signing, make sure all items are complete and the form is dated.

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

Please Sign Here
▶ Signature. See instructions. If other than taxpayer, attach authorization document.  Date: 1-22-2004
▶ Title (if line 1a above is a corporation, partnership, estate, or trust)
▶ Spouse's signature  Date

Telephone number of requester: ( )
Best time to call:
TRY A TAX RETURN TRANSCRIPT (see line 8a instructions)

### Instructions

Section references are to the Internal Revenue Code.

TIP: If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

Purpose of Form.—Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6...

...information. Wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1998 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get those items.

Note: Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.

How Long Will It Take?—You can get a tax return transcript or verification of nonfiling...

...days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

Forms 1099.—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

Tax Account Information.—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account...

SF000345

Exhibit Y, Page 2

02-06-04   15:26   From-Jones,kurth &andrews                +2103664301        T-770   P.004/004   F-642

| Form **4506** (Rev. May 1997) Department of the Treasury Internal Revenue Service | **Request for Copy or Transcript of Tax Form** ► Read instructions before completing this form. ► Type or print clearly. Request may be rejected if the form is incomplete or illegible. | OMB No. 1545-0429 |

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| 1a | Name shown on tax form. If a joint return, enter the name shown first. | 1b | First social security number on tax form or employer identification number (see instructions) |
|---|---|---|---|
| 2a | If a joint return, spouse's name shown on tax form | 2b | Second social security number on tax form |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4  Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5.  If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address
    **STATE FARM CLAIMS OFFICE**
    ATTN: Lora Hood
    **4444 Corona, Suite #140**
    **Corpus Christi, Texas 78411**

6  If we cannot find a record of your tax form and you want the payment refunded to the third party, check here ► ☒
7  If name in third party's records differs from line 1a above, enter that name here (see instructions) ►
8  Check only one box to show what you want. There is no charge for items 8a, b, and c:
   a ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).
   b ☐ Verification of nonfiling.
   c ☐ Form(s) W-2 information (see instructions).
   d ☒ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested.
   Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here* ► ☐
9  If this request is to meet a requirement of one of the following, check all boxes that apply.
   ☐ Small Business Administration  ☐ Department of Education  ☐ Department of Veterans' Affairs  ☐ Financial institution

| 10 | Tax form number (Form 1040, 1040A, 941, etc.) | 12 | Complete only if line 8d is checked. Amount due: | |
|---|---|---|---|---|
| 11 | Tax period(s) (year or period ended date). If more than four, see instructions. | a | Cost for each period | $ 23.00 |
| | 1999 \| 2000 \| 2001 \| 2002 | b | Number of tax periods requested on line 11 | |
| | | c | Total cost. Multiply line 12a by line 12b. | $ |
| | | Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service." | | |

**Caution:** *Before signing, make sure all items are complete and the form is dated.*
I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information

Please Sign Here ► Signature. [signed] _Lora C. Wilson_   Date 7-27-200_
Title (If line 1a above is a corporation, partnership, estate, or trust)
Spouse's signature   Date

Telephone number of requester ( )
Best time to call
TRY A TAX RETURN TRANSCRIPT (see line 8a instructions)

**Instructions**
*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.**—Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2 information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

Note: Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.

**How Long Will It Take?**—You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.**—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.**—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

For Privacy Act and Paperwork Reduction Act Notice, see back of form.   Cat. No. 41721E   Fo  **Exhibit Y, Page 3**

SF000346