03-0?-04  10:21   From-jones,kurth,&andrews          +2103664301         T-654  P.002/002  F-401

# GUSTAVO CH. GARZA
## ATTORNEY AT LAW
646 WEST HIDALGO RAYMONDVILLE, TEXAS 78580
PHONE (956)689-9040 FAX (956)689-6468
EMAIL: GUSTAVO@JUSTICE.COM

---

February 24, 2004

RECEIVED

Mr. Laurence Kurth
Jones Kurth, Andrews & Ortiz
Attorneys At Law
10100 Reunion Place, Suite 600
San Antonio, Texas 78216

**CERTIFIED MAIL- RETURN RECEIPT REQUEST**
Receipt Number: 7099 3220 0002 2239 3740

　　　Re:　Client:　　　Luis and Carmela Munoz
　　　　　Claim No:　　53-Q606-916
　　　　　Policy No:　　83-J4-5564-2
　　　　　Date of Loss: 01/01/03

Dear Mr. Kurth:

　　　I received you letter dated Feb 24, 2004, and yes Tom Reed and I traveled to Barnett's Bookkeeping and were disappointed to learn that the bookkeeper was not prepared.
　　　The records available have been recovered, an accountant has been retained and as soon as practical the business records will be available for your agents review. In the mean time please help me explain to my client the relevance of his business records to the fire of Jan 1, 2003. As you know the policy is in Mr. and Mrs. Luis Munoz name not Munoz Roofing and Construction. The fire was to the Munoz home not the business. The claim is made by Mr. & Mrs. Luis C Munoz not by the Munoz Roofing and Construction, hence my client thinks that his business records have no bearing on his claim. At the very minimum your client has an obligation to be reasonable and request that which is relevant. I don't see any relevance, but rest assured that I will provide you a date and hour certain within the near future for your agent to review Munoz Roofing & Construction Business records. Thank you.

Respectfully,

Gustavo Ch. Garza

Exhibit Z, Page 1

SF000338