03-23-04   09:04   From-jones,kurth,Andrews   +2103664301   T-080   P.003/003   F-765

114.474

# GUSTAVO CH. GARZA ATTORNEY AT LAW  RECEIVED
## 646 WEST HIDALGO
## RAYMONDVILLE, TEXAS 78580
## PHONE (956) 689-9040
## FAX (956) 689-6468
## EMAIL: GUSTAVO@JUSTICE.COM

### FACSIMILE TRANSMITTAL SHEET

| TO: Laurence Kurth | FROM: Gustavo Ch. Garza |
|---|---|
| COMPANY: | DATE: 3/16/2004 |
| FAX NUMBER: 210-366-4301 | TOTAL NO. OF PAGES INCLUDING COVER: 1 |
| | SENDER'S PHONE NUMBER: (956) 689-9040 |
| RE: Luis Munoz and Carmela Munoz | CLAIM #: 53-Q606-916 |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Mr. Kurth;

We are now in possession of the financial records of Munoz Roofing. Please schedule a date and hour we can meet together, just give me sufficient notice.

Please call me when you will be coming to ~~pick up~~ Review the records. Thank you.

Gustavo Ch. Garza

**Confidential**
The information in this facsimile message is confidential information Intended only for the use of the individual or entity name above. If the reader is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via postal service. Thank you.

Exhibit AA, Page 1

SF000335