# JONES KURTH, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216

TELEPHONE 210/344-3900   TELECOPY 210/366-4301

WRITER=S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:
(210) 308-4666
lsk@jkao.com

April 5, 2004

Mr. Gustavo Ch. Garza
Attorney at Law
646 W. Hidalgo
Raymondville, Texas 78580

RE:     Insured:     Luis and Carmela Munoz
        Claim No.:    53-Q606-916
        Policy No.:    83-J4-5564-2
        Date/Loss:    01/01/03
        Location:     829 West White Avenue, Raymondville, TX
        Our File:     114.477

Dear Mr. Garza:

      Mr. Reed attempted to photocopy pertinent records concerning the Munoz' finances which you had in your office; however, you refused. Mr. Munoz continues to not cooperate on this claim and not provide records which are clearly relevant, and required by his policy. It is unreasonable for you to require Mr. Reed to memorize the contents of these documents. Accordingly, please furnish copies of all IRS 1040 Tax Returns of Mr. and Mrs. Munoz, including but not limited to all schedules, worksheets, tables, W-2s, and all supporting documents (bank statements, accounts receivable, accounts payable, employee records, etc.) used in the preparation of any IRS Tax Returns for tax periods 1999, 2000, 2001, 2002 and 2003. Mr. Reed requests copies of the materials from the brown box including but not limited the Munoz Roofing ledger, and those items attached as Exhibit "A" to this correspondence. State Farm agrees to pay reasonable photocopy charges.

      Thank you for your assistance in this matter. If you have any questions, please feel free to contact me. By making this request State Farm does not intend to waive any of its rights under the policy.

Very truly yours,

Laurence S. Kurth

LSK/clj

SF000328

Exhibit BB, Page 1

Mr. Gustavo Ch. Garza
Page 2

bcc:

Mr. Tom Reed
State Farm Insurance Company
4444 Corona, Suite 140
Corpus Christi, Texas 78411