04-20-04   15:09   From-jones,kurth *andrews   +2103664301   T-990  P.003/004  F-504

114.477
RECEIVED

# GUSTAVO CH. GARZA
## ATTORNEY AT LAW
363 WEST KIMBALL
RAYMONDVILLE, TEXAS 78580
PHONE (956)689-9040  FAX (956)689-6468
EMAIL: GUSTAVO@JUSTICE.COM

April 2, 2004

Laurence Kurth
Jones Kurth, Andrews & Ortiz
Attorneys At Law
10100 Reunion Place, Suite 600
San Antonio, Texas 78216

**CERTIFIED MAIL-RETURN RECEIPT REQUEST**
Receipt Number: 7099 3220 0002 2239 3757

Re:   Insured:       Luis and Carmela Munoz
      Claim No:      53-Q606-916
      Policy No:     83-J4-5564-2
      Date of Loss:  01/01/03
      Location:      829 W. White Ave, Raymondville, Texas

Dear Mr. Kurth;

Regarding your letter dated 4/5/2004, you well know that since I have been involved with this case nothing has been refused. Your records also reflect that neither have the Munoz's refused any of your request, not withstanding how irrelevant or slanderous.

Your agent, Tom Reed was late for the second time and I waited without a problem. If I wanted to refuse any thing, I would have sent him back and request that he keep his appointment. He took all the time he needed with all the financial records of Munoz Roofing and Construction. He never asked that any record be copied. He took notes and most of the time he was alone with the records. When Tom returned the financial records of Munoz Roofing and Construction to me, I asked him if he needed anything else. At that point he flippantly said that he was going to need a copy of everything. I told him that he and State Farm were jerking with my client. I asked what was the purpose and relevance of all of Munoz Roofing and Construction's financial records. He answered financial. I responded that he had started with two questions 1) was Luis Munoz in the Roofing and Construction business and 2) did Munoz Roofing and Construction work on a roofing job on January 1st, 2003? Both were amply answered, so what was the materiality of all the other business records? I repeated myself that State Farm was abusing and jerking my clients.

I promised Tom Reed, that neither the Munoz or I were going to refuse anything that State Farm was entitled to, however I was not about to copy two boxes full of receipts. I instructed Tom to inform you, that the records were available, to bring your own copier and personnel, someone reliable and trustworthy and he and State Farm would have a copy of every receipt for lumber, nails, roofing shingles and

Exhibit CC, Page 1

SF000318

04-20-04    15:09    From-jones,kurth &andrews    +2103664301    T-880    P.004/004    F-504

other construction materials that Munoz Roofing and Construction bought for the years of 1999, 2000, 2001, 2002 and 2003. Regarding your request for tax returns for the years 1999, 2000, 2001, 2002 and 2003, Tom Reed and you know that Mr. Munoz's bookkeeper had not prepared the same, hence Mr. Munoz collected all his records and hired another accountant. State Farm knows through Tom Reed and you, that their tax returns as of this date are not prepared. As soon as the new accountant prepares these tax returns and files the same a copy will be presented to you.

When you have your copy person, and copy machine come on in and I will show you the boxes that Tom Reed reviewed on April 2004 in my office. These documents have already been organized for the tax return preparation, so I will insist on keeping them in the same order. Please advise me.

Respectfully,

*[signature]*

Gustavo Ch. Garza

SF000319

Exhibit CC, Page 2