# State Farm Lloyds



January 11, 2005

Park Green CSO
4444 Corona, Suite 140
Corpus Christi, Texas 78411
361-878-4400
361-878-4501 (Fax)

Luis Munoz
Carmela S. Munoz
C/O Gustavo Garza
646 W. Hidalgo
Raymondville, Texas 78580

**CERTIFIED MAIL-Return Receipt Requested**
Receipt Number: 7002 0510 0004 4099 5927

**Personal and Confidential**

RE:   Policy Number:   83-J4-5565-2
      Claim Number:    53-Q606-916
      Our Insured:     Luis C. Munoz & Carmela S. Munoz
      Date of Loss:    01/01/2003

Dear Mr. & Mrs. Munoz:

This letter will serve as formal notification that State Farm Lloyds has after careful consideration, decided to deny recovery of the proceeds under the above policy of insurance on account of the fire which occurred at the described premises on January 01, 2003.

As you know, State Farm was investigating this claim and had requested documents and information to assist in our evaluation. Since suit was filed and the documents and information requested was not provided, we were forced to make a decision based on the documents and information we had. The investigation included the Examination Under Oath of Luis Munoz and Carmela Munoz. A qualified fire investigator was also employed to examine the fire scene, and that investigator determined that the fire was intentionally set.

On the basis of this investigation, State Farm Lloyds has concluded that the fire in question was incendiary in origin, not accidental, and that Luis Munoz and/or Carmela Munoz intentionally or at their direction was responsible for the setting of the fire. As an additional ground for denial, State Farm Lloyds has elected to rely upon the failure to comply with policy conditions in providing pertinent documents and information, arson against public policy and the Concealment, Fraud and Misrepresentation provision in the policy. The Concealment, Fraud and Misrepresentation provision in the policy states:

> *Concealment or Fraud. This policy is void as to you and any other **insured**, if you or any other **insured** under this policy has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss.*

SF004973

January 11, 2005
53-606-916
Page 2

The Section I – Conditions, Your Duties After Loss provision in the policy states:

**Section I - Conditions:**

2. *Your Duties After Loss. After a loss to which this insurance may apply, you shall see that the following duties are performed:*

    a. *give immediate notice to us or our agent. Also notify the police if the loss is caused by theft. Also notify the credit card company or bank if the loss involves a credit card or bank fund transfer card;*

    b. *protect the property from further damage or loss, make reasonable and necessary temporary repairs required to protect the property, keep an accurate record of repair expenditures;*

    c. *prepare an inventory of damaged or stolen personal property. Show in detail the quantity, description, age, replacement cost and amount of loss. Attach to the inventory all bills, receipts and related documents that substantiate the figures in the inventory;*

    d. *as often as we reasonably require:*

        (1) *exhibit the damaged property;*

        (2) *provide us with records and documents we request and permit us to make copies;*

        (3) *submit to and subscribe, while not in the presence of any other insured:*

            (a) *statements; and*

            (b) *examinations under oath; and*

        (4) *produce employees, members of the insured's household or others for examination under oath to the extent it is within the insured's power to do so; and*

    e. *submit to us, within 91 days after the loss, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:*

        (1) *the time and cause of loss;*

SF004974

January 11, 2004
53-Q606-916
Page 2

    *(2) interest of the insured and all others in the property involved and all encumbrances on the property;*

    *(3) other insurance which may cover the loss;*

    *(4) changes in title or occupancy of the property during the term of this policy;*

    *(5) specifications of any damaged building and detailed estimates for repair of the damage;*

    *(6) an inventory of damaged or stolen personal property described in 2.c.;*

    *(7) receipts for additional living expenses incurred and records supporting the fair rental value loss; and*

    *(8) evidence or affidavit supporting a claim under the Credit Card, Bank Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.*

By specifying the above grounds for denial, State Farm Lloyds does not intend to waive any of its rights, but rather specifically reserves all of its rights including other defenses which may be applicable to this claim.

Sincerely,


Carrie Tousant
Team Manager
Special Investigative Unit
State Farm Lloyds


cc:    Warren Taylor
       Attorney for State Farm


       Tom Reed                                              SF004975
       Special Investigative Unit
       State Farm Lloyds



SF004976

Exhibit DD, Page 4