IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and | ) | |
| CARMELA MUNOZ | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. B-04-141 |
| | ) | |
| STATE FARM LLOYDS, | ) | |
| | ) | |
| Defendants, | ) | JURY DEMANDED |

## ORDER GRANTING PLAINTIFFS' MOTION TO STIKE AND OBJECTIONS TO DEFENDANT STATE FARM LLOYDS' EVIDENCE FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' EXTRA-CONTRACTUAL CLAIMS

On this day, the court considered Plaintiff's, Luis C. Munoz and Carmela S. Munoz's Motion to Strike and Objections to Defendant State Farm Lloyds' Evidence for Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims and ORDERS the following matters stricken.

_____   Paragraph 6,7,10 of Tom Reed's affidavit marked as exhibit A.

_____   Paragraph 5, Exhibit S, affidavit of Lee Olivo.

_____   Paragraph 4, affidavit of Brian Robinson marked as exhibit W.

_____   Exhibit X the NFPA 921 guide.

_____   Exhibit G, Armstrong Forensic Laboratory Report

_____   Exhibits B, C, D, E, H, I, J, K, L, M, N, O and P

_____   Exhibit Y, Z and AA

SO ORDERED this _____ day of _____, 2005.

_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and | ) | |
| CARMELA MUNOZ | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. B-04-141 |
| | ) | |
| STATE FARM LLOYDS, | ) | |
| | ) | |
| Defendants, | ) | JURY DEMANDED |

### ORDER GRANTING PLAINTIFFS' MOTION TO STIKE AND OBJECTIONS TO DEFENDANT STATE FARM LLOYDS' EVIDENCE FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' EXTRA-CONTRACTUAL CLAIMS

On this day, the court considered Plaintiff's, Luis C. Munoz and Carmela S. Munoz's Motion to Strike and Objections to Defendant State Farm Lloyds' Evidence for Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims and ORDERS the following matters stricken.

_____ Paragraph 6,7,10 of Tom Reed's affidavit marked as exhibit A.

_____ Paragraph 5, Exhibit S, affidavit of Lee Olivo.

_____ Paragraph 4, affidavit of Brian Robinson marked as exhibit W.

_____ Exhibit X the NFPA 921 guide.

_____ Exhibit G, Armstrong Forensic Laboratory Report

_____ Exhibits B, C, D, E, H, I, J, K, L, M, N, O and P

_____ Exhibit Y, Z and AA

SO ORDERED this _____ day of _____, 2005.

_____
JUDGE PRESIDING