IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 29 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS C. MUNOZ and | ) | |
| CARMELA MUNOZ | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. B-04-141 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM LLOYDS, | ) | |
| | ) | JURY DEMANDED |
| Defendants, | ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANT STATE FARM LLYODS' PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' EXTRA-CONTRACTUAL CLAIMS SUBJECT TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT STATE FARM LLOYDS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs Luis C. Munoz and Carmela Munoz ("Munoz"), subject to their motion to extend time to respond to Defendant State Farm Llyods' Motion for Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims ("State Farm's Motion"), state as follows:

1.  The critical summary judgment evidence submitted by Defendant State Farm Lloyds ("State Farm") in support of this motion is flatly incompetent[1]. Such incompetent summary judgment evidence does not negate any essential element of Munoz's claim nor shift the burden of proof to Munoz to go beyond the pleadings and produce evidence raising a genuine issue for trial.

2.  The attached affidavits of non-parties, Luis and Carmela Munoz, and additional persons, which are respectively Exhibits A through O, raise material fact questions concerning State Farm's unsupported conclusion that it statutory and contractual obligation to attempt, in

---

[1] See Plaintiffs' Objections to Defendant State Farm Lloyds' Evidence for Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims, a true and correct copy of which is attached as Exhibit A.

145481v1  097/24101

good faith, to effectuate a prompt, fair and equitable settlement of Munoz's claim never became reasonably clear. Said affidavits show that: (a) the lead investigator for State Farm, Tom Reed, has willfully fabricated material portions of State Farm's purported investigation of the fire and has falsely sworn under oath as to such fabrications in his affidavit submitted as Exhibit A to State Farm's Motion[2]; (b) State Farm failed to determine if the debts alleged to be the basis of a financial motivation were known to Munoz at the time of the fire; (c) State Farm failed to interview key witnesses to whereabouts of Munoz on day of fire; (d) State Farm failed to interview key creditors of Munoz to determine his financial condition; (e) Munoz was not in poor financial condition at the time of the fire; (e) Munoz fully cooperated with all reasonable requests for existing financial documentation requested by State Farm; (f) State Farm denied Munoz's claim, without any reference to this civil action, after two years of investigation, and after the State of Texas had determined that there was no probable cause to indict Luis C. Munoz for arson.

3. Plaintiffs request oral arguments.

Respectfully submitted,

*[signature]*

Gustavo Ch. Garza
705 West Highway 100
Suite A
Los Fresnos, Texas 78566
(956) 233-5614 Tel.
(956) 233-6596 Fax.
State Bar No. 07731700
Federal Id No. 3946

---

[2] Non-parties Raul Pena, Sr. ("Pena"), Karen Barnett of Barnett's Bookkeeping ("Burnett"), and Detective Armin Martinez of the Raymondville Police Department ("Detective Martinez") all deny that the purported interviews and events alleged by Tom Reed in paragraphs 6, 7, and 10 of the Affidavit of Tom Reed ("Reed Affidavit") occurred.

145481v1 097/24101

                                            David L. Rusnak
                                            Of Counsel
                                            Scoggins & Goodman, P.C.
                                            2800 Marquis One Tower
                                            245 Peachtree Center Avenue, N.E.
                                            Atlanta, Georgia 30303-1227
                                            (404) 659-1000 Tel.
                                            (404) 659-1000 Fax
                                            TX State Bar No. 17404500
                                            GA State Bar No. 620170
                                            Admitted Pro Hoc Vice

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the PLAINTIFFS' RESPONSE TO DEFENDANT STATE FARM LLYODS' PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' EXTRA-CONTRACTUAL CLAIMS SUBJECT TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT STATE FARM LLOYDS' MOTIONS FOR SUMMARY JUDGMENT upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

> Warren Taylor, Esq.
> Taylor & Taylor
> 815 Walker Street
> Suite 250
> Houston, TX 77002-6707
>
> Rene O. Oliveira
> Roerig, Oliveira & Fisher, LLP
> 855 West Price Road
> Suite 9
> Brownsville, TX 78250-8718

This 29th day of September 2005.

Gustavo Ch. Garza
705 West Highway 100
Suite A
Los Fresnos, Texas 78566

(956) 689-9040 Tel.
(956) 689-6468 Fax.
State Bar No. 07731700
Federal Id No. 3946

145481v1   097/24101