IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ<br>　　　Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>　　　Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. B-04-141<br><br><br><br>JURY DEMANDED |

## ORDER DENYING DEFENDANT STATE FARM LLOYDS' PARTIAL MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' EXTRA-CONTACTUAL CLAIMS

On this day, the Court considered the Defendant State Farm Lloyd's Motion for Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims, Plaintiffs Luis C. Munoz and Carmela Munoz's response subject to the motion to extend time to responds to Defendant State Farm Lloyds Motions for Summary Judgment, and the arguments of counsel. The Court finds that Defendant State Farm Lloyds is not entitled to partial summary judgment. Therefore, the Court denies Defendant State Farm Lloyd's Motion for Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims.

SO ORDERED this _____ day of _____, 2005.


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JUDGE PRESIDING

145486v1   097/24101

Presented and Prepared by:

_____
David L. Rusnak
Of Counsel, Scoggins & Goodman, P.C.
2800 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1227
(404) 659-1000 Tel.
(404) 659-1000 Fax.
TX State Bar No. 17404500
GA State Bar No. 620170
Admitted Pro Hoc Vice

145486v1   097/24101