**INDEX OF AFFIDAVITS ATTATCHED TO PLAINTIFFS RESPONSE TO DEFENDANTS STATE FARM LLOYDS PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS EXTRA-CONTRACTUAL CLAIM**

Exhibit A:   Affidavit of Luis Munoz
Exhibit B:   Affidavit of Carmela Munoz
Exhibit C:   Affidavit of Amador Quintanilla
Exhibit D:   Affidavit of Yvette Hernandez
Exhibit E:   Affidavit of Israel Quintanilla
Exhibit F:   Affidavit of Omel Munoz
Exhibit G:   Affidavit of Martha Galarza
Exhibit H:   Affidavit of Yolanda Perez
Exhibit I:   Affidavit of Homer Rodriguez
Exhibit J:   Affidavit of Karen Barnett
Exhibit K:   Affidavit of Mario Tijerina
Exhibit L:   Affidavit of Raul Pena, Sr.
Exhibit M:   Affidavit of Armin Martinez
Exhibit N:   Affidavit of Veronica Coronado
Exhibit O:   Affidavit of Juan Angel Guerra