# EXHIBIT F

STATE OF TEXAS

WILLACY COUNTY

## AFFIDAVIT

My name is Omel Munoz, I am 34 years old with a date of birth of 11/30/1969. My social security number is 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 and my address is 188 Texas Drive, Raymondville, Texas 78580, cell phone number is (956) 357-3731. I am employed with Pool Oil Well Service at 438 Flournoy Rd., Alice, Texas 78333.

To the best of my knowledge on January 1st, 2003, I met with my brother Luis Munoz on or about 12:00 p.m. I met with him at his shop, he had just returned back from a job site. I mentioned to Luis that I was going to Edinburg to make a payment on my car at Bargain Car mart. I asked Luis if he would like bar-b-que that night and that I could stop by Vela's Meat market in Edinburg and buy the meat. Luis agreed. Before I left his shop I let Luis borrow a movie.

I recall that the Bargain Car Mart was closed because it was New Years Day. Bargain Car Mart is where I make my car payments. After this I headed to Vela's Meat Market and bought the meat, I bought beef ribs and beef fajitas and chicken. After I bought the meat I came back to Raymondville and went home. At about 5:00 p.m. I came back to Luis's shop, Munoz Roofing and Construction. Luis was at the shop, I started to gather everything I was going to need for the bar-b-que and I also told Luis that I needed seasoning for the ribs.

I started the fire about 5:30 p.m. and about 6:00 p.m. Luis left to his house to bring the seasoning and he also mentioned that he needed to feed the dogs and turn on the outside lights. About 20 minutes later Luis arrived with his wife's expedition and seasoning, Luis mentioned that his dogs got loose. I kept on cooking and Luis went inside his office. At about 6:35 p.m. I remember Luis was outside calling Joe, which is one of his employees. Joe and his wife were at HEB shopping and Joe was walking over to the shop to speak with Luis but for some reason Joe turned back to HEB, at that time Luis saw him and went outside calling him back. Later on I saw Joe's wife pull up to pick up Joe, I remember Joe telling his wife that he was going to stay because he was going to help Luis catch and tie up the dogs. During the time I was grilling, Joe and Luis would come in and out to check how I was doing. We ate about 8:00 p.m., also about the same time one of Luis's ex-employees (Bert) stopped by the shop to say hi and mentioned that he was going to Dallas and move in with his ex-wife and daughters. I remember Bert was walking, I also recall watching him walk to HEB. Once the ex-employee left we were all looking for ropes to tie up the dogs. We found ropes and me and Joe closed the back garage and Luis went to lock the front door to the shop and at the same time we all heard sirens from the fire trucks. When Luis was walking to the back of the garage where Joe and I were at, someone called Luis's cell phone. I believe it was Ruben, one of Luis's employees and told him his home was on fire.

Luis got on his expedition and took off toward his home. Me and Joe took off in my car also heading toward his home. Me and Luis arrived at his home at the same time. We got off our vehicles and a fire fighter told us we could not get near the house. So we went around to the back of the house and I remember seeing several fire fighters around the electric box one of the fire fighters detached the eclectic box from the house. However, we still could not get near the house. Once the fire was under control we started getting closer to the house, we went around to the front of the house, we were trying to get in through the front door. I remember looking over to Luis's neighbors "Harry Cavazos, Minerva Cavazos, Harry's brother, Harry's son and a little girl" were all laughing including Harry's son and the little girl. I then looked at my brother and I saw a face that I had never seen on him before. My brother was about to cry.

I also remember that Minerva Cavazos was talking to one of the fire fighters; I don't know what they were talking about. About 45 minutes later the fire was put out, I remember seeing a lot of smoke. At this time one of the fire fighters was considering whether Luis should go in his home. Luis was asking one of the fire fighters to give him permission to board up the window and door the fire fighters had broken to get in the home. However, another fire fighter warned us again that we were to close and we needed to get away from the house. The firefighter Luis was talking to about boarding his home confronted Luis and told him he needed to talk to the chief of fire fighters. We waited about 10 to 15 minutes and Chief Ramirez came to talk to Luis and gave him permission to board up the house, after that we all came in the Expedition to the shop and gathered plywood and panels and loaded them up in one of Luis's company trucks and returned to the house. When we arrived at Luis's home everyone was gone, other than a police officer that was going to have to stay at the scene all night.

We started to board up the back door and window where the fire fighters had broken to get in the home. We finished boarding up and left to my house and my brother stayed at my home.

I cannot remember if Luis called his wife or how she found out their house had caught on fire, but I do clearly remember seeing my brother with a face I had never seen on him before, he looked like he wanted to cry.

This is my recollection to the best of my knowledge.

_____
Omel Munoz

SWORN TO AND SUBSCRIBED BEFORE ME by *Omel Munoz* on this the 22 day of October, 2004.

_____
Notary Public:
Commission Expires:
9-2-2007

VERONICA ANN CORONADO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 2, 2007