# EXHIBIT K

STATE OF TEXAS

WILLACY COUNTY

## AFFIDAVIT

My name is Mario Tijerina. I am over the age of twenty-one having been born on August 29, 1963. I reside at 450 E. Van Eaton St., Raymondville, Texas 78580. I am married and have one child in high school. I am currently employed at the Willacy County Regional Detention Center. Prior to this employment, I was the branch manager for Alamo Lumber Co. in Raymondville, Texas. I have lived in Willacy County all of my life and also serve as a volunteer firefighter.

This statement is regarding Luis C. Munoz and the house fire of January 1, 2003 at 829 W. White St., Raymondville, Texas. I responded to the fire call and recall that Mr. Munoz was summoned to the location. Mr. Munoz had been cooking-out with his employees at 363 W. Kimball St. I remember when Mr. Munoz arrived at the scene of the fire, he was very surprised and asking the firefighters what had happened.

As branch manager for Alamo Lumber Co. I was aware of a large job that Munoz Roofing and Construction did for Mr. Harry Cavazos on White St. Mr. Munoz completely remolded the Cavazos house, his neighbors. The account for all the material was more than twenty thousand $20,000.00 dollars, and on numerous occasions when I would ask Mr. Munoz about his account he would tell me that he was having a problem with Mr. Cavazos paying him for the materials and labor. Mr. Luis Munoz still paid off the entire account.

I was impressed that Mr. Munoz never attempted to avoid his obligation even after he suffered a big loss.

If you have any questions, you can reach me at 642-6356.

_____
Mario Tijerina

SWORN TO AND SUBSCRIBED BEFORE ME by Mario Tijerina on this the 29th day of _October_, 2004.

_____
Notary Public:
Commission Expires:
9-2-07

[Notary seal: VERONICA ANN CORONADO, NOTARY PUBLIC STATE OF TEXAS, COMMISSION EXPIRES]