United States District Court
Southern District of Texas
FILED

SEP 2 9 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ<br>    Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>    Defendants, | CIVIL ACTION NO. B-04-141<br><br><br>JURY DEMANDED |

## MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT STATE FARM LLOYDS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs Luis C. Munoz and Carmela Munoz ("Munoz") move to extend the time for Munoz to respond to Defendant State Farm Lloyd's Motion for Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims, Defendant State Farm Lloyd's Motion for Partial Summary Judgment on Plaintiff Luis C. Munoz's Claim for Slander Per Se, and Defendant State Farm Lloyd's Motion for Summary Judgment (collectively, "State Farm's Motions) as follows:

1.   Pursuant to Local Rule 7.4, Munoz responses to State Farm's two partial motions for summary judgment are due on September 29, 5005. The response to State Farm's motion for summary judgment is due October 5, 2005. The trial is presently scheduled for December 5, 2005.

2.   In order to fully and fairly respond to State Farm's Motions, all of which are supported by affidavits of Tom Reed, State Farm's lead investigator, Munoz must take the

145455v1   097/24101

deposition of Mr. Reed[1] to address purported summary judgment evidence offered through his affidavit testimony in support of State Farm's Motions.

3.      Munoz must also take the deposition of two other employees of State Farm concerning a matter referenced in the affidavit of Lee Olivio, another State Farm investigator, to respond to the partial motion for summary judgment on extra-contractual claims.

4.      Munoz advised State Farm of its intent to depose Mr. Reed prior to the filing of State Farm's Motions, and requested dates for Mr. Reed's deposition immediately after receiving State Farm's Motions. State Farm advised Munoz, in response to such requests for a deposition date of Mr. Reed, that due to Mr. Reeds prior commitments, he could not be produced for deposition prior to the submission dates, and State Farm originally agreed to produce Mr. Reed and the other State Farm employees on October 7, 2005.

5.      State Farm has now advised Munoz that Mr. Reed cannot be deposed on October 7, 2005. Due to prior commitments of counsel for both parties and religious holidays in October, the earliest Mr. Reed can be deposed is October 20, 2005. The other State Farm employees remain scheduled for deposition on October 7, 2005.

6.      On September 28, 2005, despite an earlier verbal agreement between counsel to file a consent motion to change the submission date to October 21, 2005, which was amended to extend the submission date to November 4, 2005 due to the change in the date of Mr. Reed's deposition, State Farm declined to consent to a motion to change the submission date unless the trial date is continued from December 5, 2005[2]. State Farm, however, has also declined to

---

[1] State Farm has previously agreed to extend the time to complete discovery. See Defendant State Farm Lloyd's Motion for Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims, p. 2.
[2] The earlier verbal agreements between counsel to change the submission date did not include any condition that the trial date be continued.

145455v1  097/24101

consent to any motion to continue the trial date that it requires to fulfill the condition of giving its consent to the instant motion.

7. Pursuant to Local Rule 7.2, Munoz avers that their counsel have conferred with counsel for State Farm and counsel cannot agree about the disposition of the motion.

8. Accordingly, Munoz requests that the date for submission of the State Farm's Motions be continued until November 4, 2005 to permit Munoz to take the deposition of Mr. Reed on October 20, 2005, and the other employees of State Farm on October 7, 2005, and submit such summary judgment evidence they obtain from such depositions as a part of their response to the Court, in an orderly fashion, and in the interests of justice.

Respectfully submitted,

/s/ Gustavo Ch. Garza

Gustavo Ch. Garza
705 West Highway 100
Suite A
Los Fresnos, Texas 78566
(956) 233-5614 Tel.
(956) 233-6596 Fax.
State Bar No. 07731700
Federal Id No. 3946

David L. Rusnak
Of Counsel
Scoggins & Goodman, P.C.
2800 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1227
(404) 659-1000 Tel.
(404) 659-1000 Fax
TX State Bar No. 17404500
GA State Bar No. 620170
Admitted Pro Hoc Vice

145455v1   097/24101

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT STATE FARM LLOYDS' MOTIONS FOR SUMMARY JUDGMENT upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

>Warren Taylor, Esq.
>Taylor & Taylor
>815 Walker Street
>Suite 250
>Houston, TX 77002-6707
>
>Rene O. Oliveira
>Roerig, Oliveira & Fisher, LLP
>855 West Price Road
>Suite 9
>Brownsville, TX 78250-8718

This 29th day of September 2005.

_____
Gustavo Ch. Garza
705 West Highway 100
Suite A
Los Fresnos, Texas 78566
(956) 689-9040 Tel.
(956) 689-6468 Fax.
State Bar No. 07731700
Federal Id No. 3946

145455v1  097/24101