IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS C. MUNOZ and ) <br> CARMELA MUNOZ ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE FARM LLOYDS, ) <br> ) <br>     Defendants, ) <br> _____) | CIVIL ACTION NO. B-04-141 <br><br><br> JURY DEMANDED |

### ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT STATE FARM LLOYDS' MOTIONS FOR SUMMARY JUDGMENT

On this day, the Court considered the Motion of Plaintiffs Luis C. Munoz and Carmela Munoz ("Munoz") to extend to time for Munoz to respond to Defendant State Farm Lloyd's Motion for Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims, Defendant State Farm Lloyd's Motion for Partial Summary Judgment on Plaintiff Luis C. Munoz's Claim for Slander Per Se, and Defendant State Farm Lloyd's Motion for Summary Judgment (collectively, "State Farm's Motions). The Court finds that said Consent Motion should be granted.

IT IS HEREBY ORDERED that State Farm's Motions shall be submitted on November 4, 2005 and any response of Munoz to State Farm's Motions shall be filed by November 4, 2005.

SO ORDERED this \_\_\_\_ day of _____, 2005.

_____
JUDGE PRESIDING

145455v1 097/24101

Presented and Prepared by:

_____
David L. Rusnak
Of Counsel, Scoggins & Goodman, P.C.
2800 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1227
(404) 659-1000 Tel.
(404) 659-1000 Fax.
TX State Bar No. 17404500
GA State Bar No. 620170
Admitted Pro Hoc Vice

145455v1  097/24101