IN THE UNITES STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LUIS C. MUNOZ AND )
CARMELA MUNOZ )
     Plaintiffs )
)
v. )     CIVIL ACTION NO. B-04-141
)
STATE FARM LLOYDS, )
     Defendants )     JURY DEMANDED

**ORDER ON PLAINTIFFS RESPONSE TO DEFENDANT STATE FARM LLOYDS'
SUMMARY JUDGMENT SUBJECT TO MOTION TO EXTEND TIME TO RESPOND TO
DEFENDANT STATE FARM LLOYDS' MOTIONS FOR SUMMARY JUDGMENT**

On this day, the COURT considered Plaintiffs Response to Defendant State Farm Lloyds'
Summary Judgment Subject to Motion to Extend Time to Respond to Defendant State Farm
Lloyds' Motions for Summary Judgment. The Court considering Plaintiffs Summary Judgment
evidence hereby denies State Farm Lloyds' Motion for Summary Judgment.

It is the Order of this Court that: State Farm Lloyds' Motion for Summary Judgment and
Supporting Brief is DENIED.

SO ORDERED this _____ day of _____, 2005.

_____
JUDGE PRESIDING

145485v1   097/24101