# EXHIBIT B

STATE OF TEXAS

WILLACY COUNTY

## AFFIDAVIT

My name is Carmela S. Munoz. I am 36 years of age and presently reside at 772 W. Chihuahua Street in Raymondville, Willacy County, Texas 78580. I have been living at this address since March of 2004.

     Prior to this I lived at 829 W. White Ave. in Raymondville, Texas. On January 1, 2003 my home at 829 W. White was damaged by fire. When this happened I was on vacation with my son in Florida. After being notified of my home I immediately returned back to Raymondville, I saw the damages done to the house due to the fire. I was in shock and have been since then. Mr. Lee Olivio from the insurance company gave Luis Munoz, my ex-husband a check so we could stay at a motel. We ended staying at a motel in Raymondville for about 2 ½ weeks. Before the motel, we lived with my brother-in-law for approximately 2 to 3 weeks. After that we rented a house west of Raymondville on County Rd. 156. I moved out in March, but my son and ex-husband still reside there. My son, Carlos Munoz was really having a hard time dealing with all that was happening so he ended up having to see a counselor for about six months. It has been very hard for me to accept what happened to my house. I go check on my house every other day and I still feel a lot of pain inside for what happened. I feel that I have proven to my insurance company that I (we) are not responsible for any damages resulting from the fire.

     I thought that our insurance company was going to treat us better than what they have. As far as I'm concerned, we have done everything we've been asked to do in order to prove our innocence. I would also like to mention that Tom Reed was trying to convince or brainwash me that my ex-husband, Luis Munoz was guilty of the fire. He asked me several times, "what makes you so sure that your husband did not burn your house". Because of this accusations against my husband, I began to doubt him. My doubt eventually led to anger and the longer that I was out of my house the angrier I became. I took out my anger on my husband and ten or eleven months after the fire, I filed for divorce. Because I trusted my Insurance Company and Mr. Tom Reed, I allowed his statement to influence my thinking that he must know something that I don't know. I now feel that Tom Reed made this accusation just to avoid paying for the fire damages to my home.
     We are now divorced, things went different directions, our lives will never be the same again. On august 2004, I was given a copy of State Farm "Original Answer" which is accusing Luis C. Munoz and Carmela S. Munoz of causing/setting our house on fire. I feel offended and embarrassed being falsely accused of a crime I never committed. Just for the record, we slowly remodeled our home since 1992 little by little paying as we went. Our home was everything in the world to us and nothing will ever change things to the way they were. All I am asking is for what is fair. It has been almost two years now and

nothing has been settled. Mark would always tell Luis that everything would be ok. Everything is not ok because I am still homeless. I want things to be normal again. This statement is true and correct to the best of my knowledge.

*Carmela S. Munoz*
Carmela S. Munoz

SWORN TO AND SUBSCRIBED BEFORE ME by Carmela S. Munoz on this the 30 day of August 30, 2004.

*Veronica Coronado*
Notary Public:
Commission Expires:

9/2/2007

VERONICA ANN CORONADO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES
SEPTEMBER 2, 2007