# EXHIBIT C

## AFFIDAVIT

STATE OF NEW MEXICO

COUNTY OF DONA ANA                    §
                                      §
                                      §


My name is Amador Quintanilla .  I am over the age of 18 years old and reside at 6855 Villa Emma, Las Cruces, New Mexico 88007.  My phone number is (505)527-4459.

I am the owner of a home located at Rt. 1 Box 237, Raymondville, TX 78580.  This home is rented to Mr  and Mrs. Sonny and Yvette Hernandez.  The location of the home is in Willamar, Willacy Country, Texas.

On or about December 21, 2002, I contracted Mr. Luis. Munoz of Munoz Roofing and Construction to repair the roof of my rental home located in Willamar.  Mr. Munoz repaired this roof during the last days of December 2002 and the beginning of January 2003.  I belief that Mr. Munoz Construction worked on January 1, 2003   My brother Israel Quintanilla paid Mr  Munoz Two thousand dollars ($2000.00) which I gave my brother for the job.


Amador Quintanilla


Subscribed and Sworn before me by Amador Quimanilla on this 12 day of March, 2004, to certify which witness my hand and seal.


Notary Public in and for the State of Texas
Notary Public's Printed Name: D'Anna M Benavidez
My Commission Expires:  3/1-07