# EXHIBIT D

# AFFIDAVIT

STATE OF TEXAS

COUNTY OF WILLACY    §
§
§

My name is Yvette Hernandez I am over the age of 18 years old. My husband name is Sonny Hernandez. Our address is Rt. 1 Box 237, Raymondville TX 78580. We rent from Mr. Amador Quintanilla.

We rented a house located in Willamar, Willacy County, Texas from Mr. Quintanilla on November 2002. Because the roof had some leaks, Mr. Luis Munoz of Roofing and Construction was brought to repair the roof, I recall that during the last days of December 2002 and the beginning of January 2003, Mr. Munoz repaired the roof. I do not remember the exact date just that the roof was repaired rather quickly.

*[signature]*
Yvette Hernandez

Subscribed and Sworn before me by <u>Yvette Hernandez</u> on this <u>11</u> day of March, 2004, to certify which witness my hand and seal.

*[seal: VERONICA ANN CORONADO, NOTARY PUBLIC STATE OF TEXAS, COMMISSION EXPIRES: SEPTEMBER 2, 2007]*

*[signature]*
Notary Public in and for the State of Texas
Notary Public's Printed Name:

My Commission Expires: <u>9-2-07</u>