# EXHIBIT H

State of Texas          *
County of Willacy       *

## AFFADAVIT

My name is Yolanda Perez with a date of birth of 8/10/1946.  I am employed with Janos Superstore located at 350 W. Hidalgo, Raymondville, Texas 78580 since September of 1993.The phone number to the store is 956-689-3039.  I am a U.S. Citizen and have no criminal convictions.

Some of my obligations at the store is to help run the Raymondville branch, count the stores money, make deposits at the bank, open and close the doors to the store and I also help out in sales.

I have known Mr. Munoz for about 15 years and Ms. Munoz for about 20 years.  Mr. Munoz has done business with Janos Superstore about 15 years and has opened several accounts with us in the past years.

Mr. Munoz is a person I  trust on paying his accounts and had maintained an excellent record up to October 27, 2003.

I have never known or suspected that Luis Munoz or Carmela Munoz were in any financial difficulty.  I say this because on or about September 13, 2002 Mr. Munoz came in to the store and bought a big screen t.v. and paid $2,087.06 cash for it, and on September 16, 2002 the Munoz's came again and purchased a living room set in the amount of $3,905.00 dollars and on November 30, 2002 they returned and purchased a dining room set that cost $3,114.00 dollars.

Even after their home was burned, Mr. and Ms. Munoz purchased $4,900.00 dollars worth of furniture on February 14, 2003. At no time did I think Mr. and Mrs. Munoz were a bad credit risk.

I have provided a list of items that Mr. and Mrs. Munoz have purchased at our store in the past, please see Exhibit A.

As of today no State Farm representative(s) , agents or adjusters have spoken with me in reference to any accounts belonging to Mr. and Ms. Munoz.

This statement is true and correct to the best of my knowledge.



BEFORE ME, a notary public on this day personally appeared Yolanda Perez, known to me to be the person whose name is subscribed to the foregoing document and being by me first duly sworn, declared that the statements therein are true and correct.

Given under my hand and seal this ____14____ day of _September_ ____, 2005.

**Notary Public, TX**

VERONICA ANN CORONADO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 2, 2007