# EXHIBIT L

State of Texas          *

County of Willacy       *

### AFFADAVIT

My name is Raul Pena Sr., I am 67 years of age with a date of birth of 10/26/1937. I am a U.S. Citizen with no criminal convictions. My address is 871 W. Riggs, Raymondville, Texas 78580 and my phone numbers are 956-689-6633 and 956-689-3753.

I am the owner and operator of R.T. Tires. I have been in business for 33 years and located at 964 W. Hidalgo, Raymondville, Texas 78580.

I have known and done business with Luis Munoz for approximately eight (8) years. Mr. Munoz has been a good customer. I know Mr. Munoz as a reputable man.

On 12/31/2002 one of my employees at my shop repaired two rear tires on Mr. Munoz's ATV. I do not recall giving Mr. Munoz a receipt because he paid cash.

On June 23, 2003, I was at my shop. I do not know a Mr. Tom Reed. I did not speak to a Mr. Tom Reed or any one associated to State Farm on that day. Mr. Tom Reed did not visit with me at my shop on 6/23/2003 or at any other time. If Mr. Reed says that he spoke to me on 6/23/2003, that is not true. In my business I am paid with cash or with checks and receipts are not requested by all my customers.

Mr. Munoz did bring his ATV (four wheeler) for tire repairs on December 31, 2002.

This statement is true and correct to the best of my knowledge.

BEFORE ME, a notary public on this day personally appeared Raul Pena Sr., known to me to be the person whose name is subscribed to the foregoing document and being by me first duly sworn, declared that the statements therein are true and correct.

*/s/ Raul Pena*
Raul Pena Sr.

      Given under my hand and seal this \_\_\_\_14\_\_\_\_ day of September \_\_\_\_, 2005.

*Veronica Coronado*
**Notary Public, TX**

