# EXHIBIT N

STATE OF TEXAS

WILLACY COUNTY

## AFFIDAVIT

My name is Veronica Ann Coronado. I am a U.S. citizen, sound of mind and I have never been convicted of a felony or misdemeanor offense. I am employed with attorney, Gustavo Ch. Garza as his secretary. I can be reached at 956-357-0425 and my address is 695 W. Rodriguez, Raymondville, Texas 78580.

I have read the affidavit of Tom Reed dated September 9, 2005, in his item 31 his assertion is untrue. Tom Reed did not suggest through me that an outside copy service would pick up, copy and return Mr. Munoz's records from and to the office of Mrs. Barnett.

In his item number 35, Mr. Reed asserts that he requested of a copy of some records. He further asserts that Mr. Garza refused to allow him a copy of the records requested. Mr. Reed reviewed Mr. Munoz's business receipts in Mr. Garza's office. I was present during the entire time. Mr. Garza was not present during the review of Mr. Munoz's business receipts by Tom Reed. When Mr. Reed completed his review and returned the boxes to me, Mr. Garza had returned to the office with Mr. Munoz. Mr. Garza asked Mr. Reed if there was anything else he needed at the same time Mr. Garza gave three affidavits to Mr. Reed. Mr. Reed responded that he wanted a copy of everything. It was clear that Mr. Reed wanted me or Mr. Garza at Mr. Garza's expense to copy the two boxes of receipts. Mr. Reed did not mention that State Farm would copy or pay to be copied the receipts.

This statement is true and correct to the best of my knowledge.

_____
Veronica A. Coronado

SWORN TO AND SUBSCRIBED BEFORE ME by Veronica A. Coronado on this the 24th day of September, 2005.

_____
Notary Public:
Commission Expires:

SEAN OSBORN
Notary Public
STATE OF TEXAS
My Comm. Exp. 05-06-2006