United States District Court
Southern District of Texas
FILED

OCT 2 5 2005

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND | § | CAUSE NO B-04-141 |
| CARMELA MUNOZ | § | |
| | § | |
| VS. | § | |
| | § | |
| STATE FARM LLOYDS | § | |

### DEFENDANT STATE FARM LLOYDS' UNOPPOSED
### MOTION FOR LEAVE TO CONDUCT ADDITIONAL DISCOVERY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant State Farm Lloyds ("State Farm") files its Unopposed Motion For Leave to Conduct Additional Discovery, seeking permission from the Court to conduct depositions of nonparty fact witnesses after the discovery deadline and respectfully requesting the Court to stay its ruling on State Farm's Motions for Summary Judgment until after the depositions, as follows:

1.      This case is currently set for trial on December 5, 2005. State Farm filed its Motion for Partial Summary Judgment on Plaintiff Luis C. Munoz's Claim for Slander Per Se and Supporting Brief and Motion for Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims and Supporting Brief on September 8, 2005 and its Motion for Summary Judgment and Supporting Brief on September 12, 2005. The discovery deadline was September 2, 2005.

2.      Pursuant to the Court's October 5, 2005, order, Plaintiffs Luis C. and Carmela Munoz ("the Munozes") must submit responses to State Farm's motions for summary judgment no later than 5:00 p.m. on October 26, 2005. Assuming the Munozes file their responses on October 26, 2005, pursuant to the Court's Civil Procedure 5(C), State Farm's replies to the Munozes' responses are due on November 15, 2005.

3.    On September 29, 2005, Plaintiffs filed the affidavits of 13 non-party witnesses with a Response to Defendant State Farm Lloyds' Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims Subject to Motion to Extend Time to Respond to Defendant State Farm Lloyds' Motions for Summary Judgment.  Plaintiffs also cited those affidavits in its Response to Defendant State Farm Lloyds' Summary Judgment Subject to Motion to Extend Time to Respond to Defendant State Farm Lloyds' Motions for Summary Judgment filed October 3, 2005.  Many of the affidavits are misleading at best.  Some contain statements of fact that State Farm believes are demonstrably false.  State Farm seeks permission to conduct discovery after the deadline in order to challenge and demonstrate the falsity of those statements.

4.    In their responses, relying on those affidavits, the Munozes allege that Tom Reed, the State Farm Claim Representative who handled the Munozes' claim, "willfully fabricated material portions of State Farm's purported investigation of the fire and has falsely sworn under oath as to such fabrications."  Exhibit A, ¶ 2. *See Exhibits A through O to Plaintiffs' Response to Defendant's Motion for Partial Summary Judgment.*  State Farm has reason to believe that one or more of the witnesses, when confronted with its evidence, will recant or amend the statements in their affidavits. State Farm respectfully asks the Court to stay its ruling on the motions until the depositions can be completed and State Farm has the opportunity to reply to the Munozes' responses and, if appropriate, file a Motion to Strike the Affidavits.

5.    State Farm requests leave from the Court to take the depositions of Karen Barnett, Raul Peña, Sr., and Yolanda Perez.  These persons are all nonparty fact witnesses whose affidavits were submitted to this Court by the Munozes on September 29, 2005.  Exhibit B, C, and D.

6.    State Farm's failure to depose these witnesses prior to the discovery deadline was not due to State Farm's lack of diligence.  The Munozes did not file the affidavits of these witnesses until after the discovery deadline.[1]  The nonparty affidavits contain factual statements that are different from prior statements of those witnesses, and that were unknown to State Farm before the affidavits were filed on September 29, 2005.  State Farm had no reason to depose these witnesses before the discovery deadline.

7.    Assuming the Munozes file their responses on October 26, 2005, State Farm's replies would be due November 15, 2005.  If the Court grants leave to State Farm to depose the witnesses, State Farm's counsel is available for depositions October 26-28, 2005, October 31, 2005, November 2, 2005, November 8, 2005, November 10, 2005 and November 15, 2005, and will take them as soon as Plaintiffs' counsel's and the witnesses' schedules will allow.  However, in the event the depositions cannot be taken before State Farm's deadline to reply, State Farm respectfully asks the Court to delay ruling on State Farms motions for summary judgment until such time as the depositions are completed and State Farm has the opportunity to reply to the Munozes' responses.

8.    State Farm will file its Reply within 48 hours of receiving the final deposition transcripts.

---

[1]

Yolanda Perez and Raul Peña's affidavits are dated September 14, 2005.  Karen Barnett's affidavit is dated September 16, 2005.

9.    This Motion is unopposed. Plaintiffs do not oppose taking the depositions after the cutoff, nor do Plaintiffs oppose the extension on State Farm's Reply. Plaintiffs do not agree that there are any deficiencies in the affidavits they filed.

10.    WHEREFORE, Defendant State Farm Lloyds respectfully asks the Court to grant its Motion for Leave to Conduct Additional Discovery, stay its ruling on State Farm's pending summary judgment motions until State Farm files is Reply 48 hours after the depositions are received, and for all other relief to which State Farm may show itself justly entitled.

Respectfully submitted,

**OF COUNSEL:**

**TAYLOR & TAYLOR**

By:_____ for
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

4

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Plaintiffs Luis and Carmela Munoz regarding the substance of this motion. Counsel for Plaintiffs is unopposed to the relief sought, but disagrees with State Farm's characterization of Plaintiffs' evidence.

_____
Warren Taylor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant State Farm Lloyds' Motion for Leave to Conduct Additional Discovery has been forwarded to all counsel of record by certified mail, return receipt requested, on this 25 day of October, 2005.

Gustavo Ch. Garza
705 W. Highway 100, Suite A
Los Fresnos, Texas 78566

David L. Rusnak
Scoggins & Goodman, P.C.
245 Peachtree Center Ave. NE, Suite 2800
Atlanta, GA 30303-1227

_____
Warren Taylor

5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND | § | CAUSE NO B-04-141 |
| CARMELA MUNOZ | § | |
| | § | |
| VS. | § | |
| | § | |
| STATE FARM LLOYDS | § | |

APPENDIX TO
DEFENDANT STATE FARM LLOYDS'
MOTION FOR LEAVE TO CONDUCT ADDITIONAL DISCOVERY

Exhibit A    Plaintiffs' Response to Defendant State Farm Lloyds Partial Summary Judgment on Plaintiffs' Extra-Contractual Claims Subject to Motion to Extend Time to Respond to Defendant State Farm Lloyds' Motions for Summary Judgment; and Plaintiffs' Response to Defendant State Farm Lloyds' Summary Judgment to Motion to Extend Time to Respond to Defendant State Farm Lloyds' Motions for Summary Judgment

Exhibit B    Affidavit of Karen Barnett

Exhibit C    Affidavit of Raul Pena, Sr.

Exhibit D    Affidavit of Yolanda Perez

6