STATE OF TEXAS

HIDALGO COUNTY

AFFIDAVIT

    My name is Karen R Barnett; I am 53 years old with a date of birth of August 4, 1952. My social security number is 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 and my address is P.O. Box 280 Raymondville, Texas 78580, office telephone number is (956) 743-5588. I am self-employed as a bookkeeper.

    As a bookkeeper, I was employed by Munoz Roofing and Construction. I prepared his income tax returns and his quarterly payroll reports.

    During the year of 2002 Luis C Munoz's tax liens were mailed by IRS to my Post Office address. In December of 2002 when IRS filed a tax lien against Mr. Luis C Munoz, the notice came to me and as of January 2003 I had not advised him. Mr. Munoz was unaware of the tax lien IRS had filed against him.

    I have read the affidavit of Tom Reed dated 09-02-2005. I met Mr. Reed in February of 2004, when Mr. Garza brought him to my office. This was the first time that I met Mr. Reed. I did not meet with Mr. Tom Reed on August 12, 2003. I did not discuss Mr. Munoz's business with Mr. Tom Reed; I did not discuss Mr. Munoz's income taxes or payroll taxes with Mr. Tom Reed.

    This statement is true and correct to the best of my knowledge.

_Karen R Barnett_
Karen R Barnett

Before me, a notary public, on this day personally appeared Karen R Barnett, known to me to be the person whose name is subscribed to the foregoing document and being by me first duly sworn, declared that the statements therein are true and correct.

Given under my hand and seal, this the //_ day of September 2005.

_Veronica Coronado_
Notary Public in and for the State of
Texas, County of Willacy.


VERONICA CORONADO
NOTARY PUBLIC, STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 2, 2007


EXHIBIT
B