IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **LUIS C. MUNOZ AND CARMELA MUNOZ** | § § § | **CAUSE NO B-04-141** |
| **VS.** | § § § | |
| **STATE FARM LLOYDS** | § | |

## ORDER GRANTING DEFENDANT STATE FARM LLOYDS' UNOPPOSED MOTION FOR LEAVE TO CONDUCT ADDITIONAL DISCOVERY

On this day, the Court considered Defendant State Farm Lloyds' Unopposed Motion for Leave to Conduct Additional Discovery. The Court finds that State Farm Lloyds has established good cause to conduct discovery after the deadline. Therefore, the Court **GRANTS** Defendant State Farm Lloyds' Motion for Leave to Conduct Additional Discovery.

It is therefore **ORDERED** that State Farm Lloyds be allowed to conduct the depositions of Karen Barnett, Raul Pena, Sr., and Yolanda Perez after the discovery deadline. In addition, the Court will **STAY** its ruling on State Farm's pending motions for summary judgment until such time as the depositions are completed and State Farm has the opportunity to reply to Plaintiffs' responses to State Farm's summary judgment motions. State Farm is to file its reply within 48 hours of its receiving the final deposition transcripts.

SIGNED _____, 2005.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

**TAYLOR & TAYLOR**

_____
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS