United States District Court
Southern District of Texas
ENTERED

OCT 27 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS | § § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on October 26, 2005, the Court **GRANTED** the Defendant State Farm Lloyds' Unopposed Motion for Leave to Conduct Additional Discovery. Dkt. No. 50. The Defendant is hereby granted leave to depose Karen Barnett, Raul Peña, Sr., and Yolanda Perez.

The Court **ORDERS** the parties to conduct these depositions no later than November 15, 2005. Furthermore, the Court **ORDERS** Defendant to file any motions or pleadings based on, in reliance on, or emanating from these depositions no later than November 22, 2005.

Finally, the Court **ORDERS** that the current scheduling order be set aside, and informs the parties that an amended scheduling order will be forthcoming.

DONE at Brownsville, Texas, this 26th day of October, 2005.

Hilda G. Tagle
United States District Judge

1