IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ<br>    Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. B-04-141<br><br><br>JURY DEMANDED |

APPENDIX TO
PLAINTIFFS' AMENDED RESPONSE TO DEFENDANT STATE FARM LLYODS'
MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S EXTRA-
CONTRACTUAL CLAIMS

Exhibit A:    Affidavit of Luis Munoz
Exhibit AA:   Copy of Insurance Policy
Exhibit B:    Affidavit of Carmela Munoz
Exhibit C:    Affidavit of Amador Quintanilla
Exhibit D:    Affidavit of Yvette Hernandez
Exhibit E:    Affidavit of Israel Quintanilla
Exhibit F:    Affidavit of Omel Munoz
Exhibit G:    Affidavit of Martha Galarza
Exhibit H:    Affidavit of Yolanda Perez
Exhibit I:    Affidavit of Homer Rodriguez
Exhibit J:    Affidavit of Karen Barnett
Exhibit K:    Affidavit of Mario Tijerina
Exhibit L:    Affidavit of Raul Pena, Sr.
Exhibit M:    Affidavit of Armin Martinez
Exhibit N:    Affidavit of Veronica Coronado
Exhibit O:    Affidavit of Juan Angel Guerra
Exhibit P:    Certified copy of Judgment from Bankruptcy Court
Exhibit Q:    Copy of Police Reports from Raymondville PD

Attached to this motion is a copy of the Deposition of Tom Reed.