# EXHIBIT E

# AFFIDAVIT

STATE OF TEXAS

COUNTY OF WILLACY       §
§
§

    My name is Israel Quintanilla I am over the age of 18 years old and reside at 328 E. Main Raymondville, TX 78580. My phone number is 956-689-5414. I am a school teacher at Lasara school district.

    I paid Mr. Munoz of Munoz Roofing and Construction for a roofing repair job that he did at my brother's house located in Willamar. I received the money from my brother to pay for the roofing job. I met Mr. Munoz at his office the day after the fire loss of his home that happened January 1st 2003.

_____
Israel Quintanilla

    Subscribed and Sworn before me by <u>Israel Quintanilla</u> on this 1B day of March, 2004, to certify which witness my hand and seal.

_____
Notary Public in and for the State of Texas
Notary Public's Printed Name:

My Commission Expires: 9-2-2007

[SEAL: VERONICA ANN CORONADO, NOTARY PUBLIC STATE OF TEXAS, COMMISSION EXPIRES: SEPTEMBER 2, 2007]