# EXHIBIT G

STATE OF TEXAS

CAMERON COUNTY

## AFFIDAVIT

My name is Martha Galarza. I am 53 years old. I am a U.S. citizen. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I can be reached at 956-550-1368 or 956-456-9868. My address is 139 W. Calle Hermosa, Bayview, Texas 78566.

I have prepared Luis and Carmela Munoz' tax return for year ended 2002. Mr. Munoz was operating a sole proprietorship doing business as Munoz Roofing & Construction and his spouse was working at a local business in Raymondville. They had 1 dependent child and did not have any extraordinary expenses. Mr. Munoz did not have an outstanding mortgage on his personal residence. A review of his records revealed no use of charge accounts. His roofing company did not have any large debts that were not equitably collaterized. His business was able to produce enough income to keep his business solvent.

At this time, I reviewed bank statements for Munoz Roofing. Munoz Roofing was operating at a profit. This roofing business was successful and appeared to be well established in this farming community. Mr. Munoz did to have the capacity to produce a steady amount of income in his business. Mr. Munoz' deposits to his business account for the last 6 months of 2002 were as follows:

| | |
|---|---|
| July 2002 | 33,520.00 |
| August 2002 | 21,625.00 |
| September 2002 | 53,688.00 |
| October 2002 | 13,420.00 |
| November 2002 | 27,410.00 |
| December 2002 | 29,218.00 |

Total deposits for the period July 2002 thru December 2002 were $178,881.00.

His 2002 Income Statement for his business reflects the following:

| | |
|---|---|
| Gross Sales | 275,891.00 |
| Cost of Goods sold | 147,505.00 |
| Gross Income | 128,386.00 |

Munoz Roofing operating expenses for this year were 118,716.00, leaving him net income of 9,670 and with an adjusted amount of income after depreciation allowance of 12,663.00. Carmela Munoz' income from her employment was 15,870 for this year, bringing their total income to 28,533.00.

This statement is true and correct to the best of my knowledge.

*/s/ Martha Galarza*
Martha Galarza, CPA

SWORN TO AND SUBSCRIBED BEFORE ME by Martha Galarza on this the 28 day of September, 2005.

VERONICA ANN CORONADO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 2, 2007

*/s/ Veronica Coronado*
Notary Public:
Commission Expires: 9-2-07