# EXHIBIT M

State of Texas

County of Willacy

## AFFADAVIT

My name is Armin Martinez. I am a certified Texas Peace Officer employed by the city of Raymondville, Texas.

I am the head investigator of an alleged arson on January 1, 2003 at the residence of Mr. and Mrs. Munoz, located at 829 W. White St., Raymondville, Texas.

I have read the affidavit of Mr. Tom Reed dated September 2, 2005.

I met Mr. Tom Reed on one occasion and he asked about the status of the investigation of the Munoz house fire. I told him, that the investigation was ongoing.

I have not discussed any of the particulars of this investigation with Mr. Tom Reed or anyone associated with or representing State Farm Insurance.

I did not tell Mr. Tom Reed anything about a polygraph, or HEB trip, charcoal starter, a tape from Mrs. Munoz or any details, specific or otherwise.

This statement is correct and to the best of my knowledge.

_____
Armin Martinez

BEFORE ME, a notary public on this day personally appeared <u>Armin Martinez</u>, known to me to be the person whose name is subscribed to the foregoing document and being by me first duly sworn, declared that the statements therein are true and correct.

Given under my hand and seal this ___15___ day of __September__, 2005.

_____
**Notary Public, TX**

