# EXHIBIT O

STATE OF TEXAS

WILLACY COUNTY

## AFFIDAVIT

My name is Juan Angel Guerra. I am 53 years old. I am the duly elected County Attorney of Willacy County, Texas. I have the responsibility of prosecuting all felony and misdemeanor criminal cases in Willacy County. I have never been convicted of a felony or a misdemeanor involving moral turpitude.

As the county attorney for Willacy County, I know about the arson investigation of 1/1/2003 at 829 W. White St., Raymondville, Texas. This is the home of Luis Munoz.

On 6/24/2004, I presented this arson investigation to the Willacy County Grand Jury. The Grand Jury is composed of 12 citizens of Willacy County, duly empanelled and sworn to determine if probable cause exist that an offense was committed in Willacy County and probable cause that a particular person committed the said offense. On this date after the grand jury considered the evidence presented, it determined and decided not to accuse Luis C. Munoz of arson on 1/1/2003. The grand jury "NO BILLED" Mr. Luis C. Munoz. The grand jury by "No Billing" Luis C. Munoz found no probable cause that Mr. Luis C. Munoz had set his home at 829 W. White St., Raymondville, Texas on fire.

_____
Juan Angel Guerra

SWORN TO AND SUBSCRIBED BEFORE ME by Juan Angel Guerra on this the 21ST day of September, 2005.

_____
Notary Public:
Commission Expires: 12/11/2006