# EXHIBIT P

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

In Re:     HARRY JOEL CAVAZOS       *    Case No. 00-20271-B-13
           and MINERVA CAVAZOS      *
               Debtor(s)            *    CHAPTER 13
---------------------------------------------------------------
HARRY J. CAVAZOS and                *
MINERVA CAVAZOS                     *
     Plaintiffs,                    *
                                    *
                                    *
vs.                                 *    Adversary No.: 01-2101-B
                                    *
                                    *
LUIS MUNOZ, d/b/a MUNOZ             *
ROOFING AND CONSTRUCTION            *
     Defendants                     *

### JUDGMENT

This action came to trial before the Court in Brownsville, Texas, Honorable Richard S. Schmidt, Bankruptcy Judge, presiding, and the issue having been duly tried, a decision is hereby duly rendered.

Judgment is rendered in favor of Plaintiffs and against the Defendants in accordance with this Court's Findings of Fact and Conclusions of Law dated November 26, 2002; that Defendants failed to properly perfect their lien on Cavazos' homestead. Plaintiffs' Application to Remove Mechanic's Lien from 847 W. White St., Raymondville, Texas is granted and said lien is removed.

All relief not expressly granted is denied.

Ordered in Chambers in Corpus Christi, Texas on this the
\_\_\_\_ day of **JAN 1 5 2003**, 2002

BY: _____
RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

**TRUE COPY I CERTIFY
ATTEST:**
MICHAEL N. MILBY, Clerk of Court
By _____
            Deputy Clerk