# EXHIBIT Q

STATE OF TEXAS

WILLACY COUNTY

## AFFIDAVIT

My name is Mary Rubio. I am 47 years old. I am a U.S. citizen. I have never been convicted of a felony or moral turpitude. I am employed by the city of Raymondville in the Police Department at 523 W. Hidalgo, Raymondville, Texas. My duties are custodian of records and record clerk.

I have provided twenty-one (21) Raymondville Police Department offense reports to Mr. Gustavo Garza. These same reports I have provided to Mr. Tom Reed on 5/16/2003. Each report is an exact true and correct copy of the original. Each report is kept in the normal course of business and each is under my control and custody. Each of these reports were made and written or recorded by officers of the Raymondville Police Department with knowledge of the acts, events or conditions contained in the individual reports. The officer compiling the information acts, events or conditions contained in the particular report, did it at or shortly after the time of the occurrence in a reliable written form.

The reports that I have identified are identified by date, file number and offense. A list is attached along with the true and correct copies of each report.

This statement is true and correct to the best of my knowledge.

_Mary Rubio_
Mary Rubio

SWORN TO AND SUBSCRIBED BEFORE ME by Mary Rubio
on this the 23rd day of September, 2005.

Notary Public:
Commission Expires:

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE REPORT

TIME & DATE REPORTED: 2002 OCT 32 PM 4 04

HOW RECEIVED:
☐ PHONE  ☑ PHONE  ☐ RADIO
☐ PERSON  ☐ 911

PERSON REPORTING: Mrs Maire

ADDRESS OF ☐ PERSON REPORTING

VEHICLE INFO:
☐ TRAF  ☐ IMP

YEAR | STYLE | COLOR | MAKE | MODEL

DISPATCHED BY: 22

TIME & DATE DISPATCHED
☐ VICTIM

PHONE NO: 0540832

PERSON: ☐ STOLEN  ☐ WANTED  ☐ RECOVERED  ☐ MISSING  ☐ OTHER

RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB

OFFICER(S) ASSIGNED: 101

TIME & DATE ARRIVED: 2002 OCT 32

LOCATION OF CALL: 168 Texas Ave

NATURE OF CALL

BACK-UP OFFICER(S)

TIME & DATE COMPLETED
☐ INSIDE  ☐ OUTSIDE

ADDITIONAL INFORMATION

YEAR | STATE | LICENSE NO

## OFFENSE REPORT COPIES

| | | |
|---|---|---|
| 01/01/03 | 03-0006 | ARSON |
| 11/16/02 | 02-1910J | CRIMINAL MISCHIEF INCONVENIENCE |
| 11/08/02 | 02-1855 | INCONVENIENCE CRIMINAL MISCHIEF |
| 11/04/02 | 02-1832 | CRIMINAL MISCHIEF O/50 U/500 |
| 11/01/02 | 02-1814 | HARASSMENT BY PHONE |
| 11/02/02 | 02-1813 | HARASSMENT BY PHONE |
| 10/31/02 | 02-1808 | DISORDERLY CONDUCT |
| 10/31/02 | 02-1807 | CRIMINAL MISCHIEF O/500 U/1500 |
| 10/31/02 | 02-1806 | CRIMINAL MISCHIEF O/1500 U/20000 |
| 10/25/02 | 02-1759 | DISORDERLY CONDUCT |
| 10/25/02 | 02-1758 | HARASSMENT BY PHONE |
| 10/24/02 | 02-1753 | DISORDERLY CONDUCT |
| 10/23/02 | 02-1744 | AGGRAVATED ASSAULT WITH MOTOR VEHICLE/ASLT |
| 10/19/02 | 02-1700J | CRIMINAL MISCHIEF O/50 U/500 |
| 09/08/02 | 02-1438 | HARASSMENT |
| 02/21/02 | 02-0250 | BURGLARY OF HABITATION |
| 07/22/01 | 01-1111 | DISORDERLY CONDUCT |
| 05/31/01 | 01-0800 | AGG ASLT W DEADLY WEAPON(MOTOR VEHICLE) |
| 05/05/01 | 01-0654 | BURGLARY OF VEHICLE, THEFT O/50 U/500 |
| 02/05/01 | 01-0167 | CRIMINAL MISCHIEF O/50 U/500 |
| 12/31/00 | 00-2074J | CRIMINAL MISCHIEF INCONVENIENCE |
| 08/07/00 | 00-1340 | DISORDERLY CONDUCT |
| 07/31/00 | 00-1300 | AGG ASLT WITH DEADLY WEAPON |
| 06/05/00 | 00-0978J | CRIMINAL MISCHIEF O/50 U/500 |
| 03/13/00 | 00-0423 | CRIMINAL TRESPASS |
| 03/12/00 | 00-0421 | TERRORISTIC THREAT |
| 02/08/00 | 00-0224 | DISORDERLY CONDUCT |
| 12/08/99 | 99-1962 | BURGLARY OF BUILDING |
| 09/13/99 | 99-1521 | ASSAULT BY CONTACT |
| 03/30/98 | 98-0508 | CRIMINAL TRESPASS |
| 07/24/00 | 00-1272 | THEFT U/50 |

**MUNICIPAL COURT**
# CITY OF RAYMONDVILLE
**RAYMONDVILLE, TEXAS**

| Customer's Order No. | | | | Date | 05 / 14 / 20 03 | |
|---|---|---|---|---|---|---|
| Name | State Farm Lloyds | | | | | |
| Address | | | | | | |
| SOLD BY | CASH | C O D | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
| QUAN. | DESCRIPTION | | | | PRICE | AMOUNT |
| 21 | Offense Report | | | | | 84 00 |
| | | | | | | |
| | | | | | | |
| | | SF003387 | | | | |
| | | | | | TAX | |
| | | | | | TOTAL | 84 00 |

0021143   Recibió, Mary

All claims and returned goods MUST be accompanied by this bill.

GS-201-3 PRINTED IN U.S.A.        Thank You

*Raymondville Police Department*
*Alex Martinez • Chief of Police*

RAYMONDVILLE POLICE DEPARTMENT
523 W. HIDALGO AVENUE
RAYMONDVILLE, TX. 78580
(956) 689-2441
FAX: (956) 689-2811

May 16, 2003

Mr. Tom Reed
Special Investigations Unit
State Farm Lloyds
4444 Corona Suite 140
Corpus Christi, TX. 78411

Dear Mr. Reed,

    As per our city attorney, William Wepfer, enclosed are copies of the attached list of offense reports (at no extra charge). Accordingly, as mandated by Title III Juvenile Justice Code, section 58.007 of the Family Code, certain areas of the enclosed report(s) have been blackened.

    TOTAL REPORTS: 31

    If you should have any questions, please contact me at the number listed below and ask for Mary Rubio, Records Clerk or Alex Martinez, Chief of Police.

Sincerely,

Mary Rubio, Records Clerk

*523 West Hidalgo Avenue • Raymondville, TX 78580 • (956) 689-2441*

| JUVENILE INVOLVED<br>Suspect ☐ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT<br>Offense Report I | CASE NUMBER<br>03-0006 |
|---|---|---|

**1. TYPE OF OFFENSE** P.C. 28.02 ARSON

☒ FELONY   ☐ MISDEMEANOR   **3. UCR CLASSIFICATION**

**2. TYPE OF OFFENSE**

☐ FELONY   ☐ MISDEMEANOR   **4. TYPE OF CRIME (UCR)**

| 5. DATE OFFENSE REPORTED | 6. TIME OFFENSE REPORTED | 7. OFFENSE OCCURRED | |
|---|---|---|---|
| 01-01-03 | 0847 PM | EARLIEST | LATEST |

**6. LOCATION OF OFFENSE (STREET ADDRESS)** 829 W. WHITE   SW

| | DATE 01-01-03 | DATE 01-01-03 |
|---|---|---|
| | TIME 0630 PM | TIME 0847 PM |

**9. FIRM NAME (IF COMMERCIAL)**

**10. SCHOOL NAME**

**11. DAY(S) OF WEEK OF OCCURRENCE**
S M T ☒ T F S

| | 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 13. RESIDENCE ADDRESS | 14. RES. PHONE |
|---|---|---|---|
| I | MUNOZ, LUIS | 829 W. WHITE | |

| 15. VICTIM DOB | 16. SEX | 17. RACE | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |
|---|---|---|---|---|---|
| 2-1-64 | M | W | | | |

| 21. V | RP | 22. NAME (LAST, FIRST, MIDDLE) | 23. RESIDENCE ADDRESS | 24. RES. PHONE |
|---|---|---|---|---|
| II | ☒ | CAVAZOS HENRY | 847 W. WHITE | 690-0361 |

| 25. DOB | 26. SEX | 27. RACE | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |
|---|---|---|---|---|---|
| 08-11-56 | M | W | | | |

**31. VICTIM/SUSPECT**

| I | II | | | I | II | | | | | | | | OTHER: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | STRANGER | | | | AQUAINTANCE | | ☒ UNKNOWN | ☐ BUSINESS | | ☐ VEHICLE | | |
| | | RELATIVE | | | | OTHER | | ☐ RESIDENCE | ☐ OTHER STRUCT | | ☐ STREET/ALLEY | | |

| 33. STATUS | | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|---|
| ☒ E ✓ R | S O | 1 | LIGHTER FLUID | HEB | — | BLUE | — | — |
| E R | S O ☒ | 1 | RESIDENCE | — | — | — | — | — |
| E R | S O | | | | | | | |
| E R | S O | | | | | | | |
| E R | S O | | | | | | | |

| | 41. LIC. NO. | 42. STATE | 43. VEH. YR | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|---|

**48. VIN NUMBER**

**49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS**

**50. CHECK IF OTHER ITEMS ON OR III** ☐

**51. NARRATIVE OF OFFENSE (BRIEF)**
THE RESIDENCE AT 829 W. WHITE HAD BEEN DESTROYED BY FIRE WHICH HAD INTENTIONALLY BEEN SET.

PENDING

**52. EVIDENCE DISPOSITION** SEE PHOTOS / SHOTGUN R / C—

**53. DO NOT WRITE IN THIS SPACE**

| | INITIALS |
|---|---|
| REVIEWED | |
| CLASSIFIED | |
| INDEXED | |
| FILED | |

SF003388

**54. DISPOSITION**
CLEARED-ADULT ARREST
CLEARED-EXCEPTION
CLEARED-JUV. OFT.
CLEARED-EXCEPTION/JUV.
UNFOUNDED
OTHER CLEARED EXCEPT.
SUSPENDED/CLOSED

**55. REPORTING OFFICER** M.A. CASTILLO

**56. DATE OF REPORT** 01-01-03

**57. RPO ID NO** 108

**58. DETECTIVE ASSIGNED**

**59. DATE/TIME ASSIGNED**

**60. ATTACHMENT** ☐ OR II   ☐ OR III   ☐ CUSTODY REPORT   ☒ OTHER

**61. DATE OF DISPOSITION**

**62. CLEARED BY: (ID NO.)**

M.O. USE OF HANDS BODY TO ENTER A RESIDENCE AND THEN INTENTIONALLY SET IT ON FIRE.

RAYMONDVILLE POLICE DEPARTMENT      03-0006
OFFENSE REPORT II                   01-01-03

P.C. 28.02 ARSON

R.P.: CAVAZOS, HENRY 08-11-56
847 W. WHITE 690-0361

VICTIM: MUNOZ, LUIS 02-01-64
829 W. WHITE

       ON 01-01-03 AT 0847PM I, OFFICER CASTILLO, ALONG WITH OFFICER
GARCIA WERE DISPATCHED TO THE 800 BLOCK OF W. WHITE IN REGARDS TO A
HOUSE FIRE. I AND OFFICER GARCIA ARRIVED AT 0848PM AND OBSERVED A
LARGE AMOUNT OF SMOKE COMING FROM A RESIDENCE LOCATED AT 829 W.
WHITE. WE WERE DIRECTED TO THE REAR OF THE RESIDENCE BY THE
REPORTING PARTY WHO ADVISED US THAT THE BACK OF THE HOUSE WAS ON
FIRE. I AND OFFICER GARCIA GAINED ENTRY INTO THE BACK YARD AND MADE
OUR WAY TO THE BACK DOOR. WE OBSERVED BROKEN WINDOWS ON THE
SOUTH SIDE OF THE HOUSE TO THE EAST OF THE BACK DOOR. WE OBSERVED
WHAT APPEARED TO BE A TREE OR PLANT ON FIRE IN PROXIMITY TO THE
WINDOW. WE ADVISED DISPATCH TO SEND OUT THE FIRE DEPARTMENT.
       SOME FIREFIGHTERS ARRIVED IN THEIR PERSONAL VEHICLES AND BEGAN
TO FIGHT THE FIRE WITH THE ONLY AVAILABLE WATER SOURCE, THAT BEING
THE WATER HOSE ON THE SOUTH SIDE OF THE HOUSE. THEY WERE ABLE TO
EXTINGUISH THE FIRE BUT COULD NOT ENTER THE RESIDENCE. THEY WAITED
UNTIL THE FIRE TRUCKS COULD ARRIVE.
       I AND OFFICER GARCIA THEN BEGAN TO CHECK AROUND THE RESIDENCE
TO SEE IF ANYONE WERE INSIDE. WE WALKED TO THE EAST SIDE OF THE HOUSE
WHERE WE DISCOVERED AN OPEN WINDOW.  WE LOOKED INTO THE RESIDENCE
AND OBSERVED THAT THERE WAS VERY LITTLE IN THE WAY OF FURNITURE AND
THAT THE FIRE SEEMED TO HAVE BEEN CONTAINED IN THE AREA ON THE SOUTH
SIDE OF THE HOUSE. THERE WAS HEAVY SMOKE THROUGHOUT THE INTERIOR
AND VISIBILITY WAS LIMITED. WE WAITED FOR THE FIREFIGHTERS TO GAIN
ENTRY INTO THE HOUSE AND DETERMINE IF NO ONE HAD BEEN TRAPPED INSIDE.
THEY CAME OUT SOON AFTER AND ADVISED THAT THE HOUSE WAS EMPTY AND
THAT THEY WOULD BE CONTAINING THE FIRE WHICH HAD REACHED THE
SECOND FLOOR. OFFICER GARCIA THEN BEGAN TO INTERVIEW THE
BYSTANDERS WHILE I CHECKED THE RESIDENCE.
       I MADE CONTACT WITH THE FIRE CHIEF FRED RAMIREZ AND ADVISED HIM
OF THE OPEN WINDOW. HE THEN ADVISED ME THAT A CHRISTMAS TREE HAD
BEEN THE POINT OF IGNITION AND THEN STATED THAT IN HIS OPINION THE FIRE
HAD BEEN SET.

REPORTING OFFICER: MARCO A.CASTILLO #108      PAGE 1 OF 3      PENDING

I ASKED HIM WHY AND HE STATED THAT THE CHRISTMAS TREE WAS NOT PLUGGED IN AND THAT ELECTRICITY WAS NOT THE SOURCE OF THE FIRE. ( SEE THE PHOTOS OF THE ELECTRICAL OUTLETS)

I THEN WENT BACK TO THE WINDOWS ON THE EAST SIDE AND TOOK A CLOSER LOOK. I OBSERVED FINGERPRINTS ON ALL OF THE WINDOWS ON THE EAST SIDE THAT MADE IT APPARENT THAT SOMEONE HAD PUSHED UP ON ALL THE WINDOWS IN AN ATTEMPT TO FIND AN OPEN ONE.

I THEN CONTACTED DETECTIVE MARTINEZ AND ADVISED HIM OF THE POSSIBILITY THAT THE FIRE HAD BEEN INTENTIONALLY SET. DETECTIVE MARTINEZ STATED THAT HE WOULD COME TO THE SCENE.

UPON HIS ARRIVAL HE CONFERRED WITH THE FIRE CHIEF WHO ADVISED HIM THAT HE WOULD BE CONTACTING THE STATE FIRE MARSHALL WITH HIS SUSPICIONS ABOUT THE FIRE. WE THEN BEGAN TO CHECK THE INTERIOR OF THE RESIDENCE AFTER THE SMOKE HAD CLEARED SOMEWHAT. DETECTIVE MARTINEZ NOTED THAT THE CHRISTMAS TREE WAS NOT PLUGGED IN, I OBSERVED THAT THE TREE WAS ARTIFICIAL PRIMARILY PLASTIC AND METAL.

ARTIFICIAL CHRISTMAS TREES ARE MANUFACTURED TO BE FIRE RESISTANT AND WOULD NEED A DIRECT FLAME OR ACCELERANT FOR IT TO BE CONSUMED.

OFFICER GARCIA THEN POINTED OUT WHAT APPEARED TO BE A PATH FROM THE OPEN WINDOW INTO THE SOUTH ROOM. THE CARPET WAS OF DEEP PILE AND THE IMPRESSIONS WERE OBVIOUS. SOMEONE OR MULTIPLE PERSONS HAD WALKED THROUGH THE AREA. WE THEN OBSERVED A BOTTLE OF LIGHTER FLUID IN THE CENTER OF THE SOUTHEASTERN ROOM STILL WRAPPED IN AN H.E.B. PLASTIC BAG. UPON CLOSER INSPECTION WE DETERMINED THAT IT WAS H.E.B. BRAND LIGHTER FLUID AND THAT IT HAD BEEN SQUEEZED EMPTY.

DETECTIVE MARTINEZ BEGAN TO TAKE PHOTOGRAPHS OF THE INTERIOR AND EXTERIOR OF THE RESIDENCE AND THEN DIRECTED ME TO COLLECT THE BOTTLE AND LOOK FOR VIABLE FINGERPRINTS ON THE EXTERIOR WINDOWS. I COLLECTED THE ITEMS ,WHILE WEARING RUBBER GLOVES, AND TAGGED THEM AS EVIDENCE. IT WAS AN UNUSUAL ITEM TO FIND IN THE CENTER OF A ROOM OF A RESIDENCE THAT HAD CAUGHT FIRE. I PLACED THE ITEM IN ANOTHER SEPARATE PLASTIC BAG SO THAT IT WOULD NOT BE CONTAMINATED BY OUR FINGERPRINTS SHOULD IT BE DETERMINED THAT THE ITEM HAS POSSIBLE SUSPECT FINGERPRINTS.

I THEN PLACED THE ITEM IN THE TRUNK OF MY CAR AND RETURNED TO THE RESIDENCE TO BEGIN SEARCHING FOR FINGERPRINTS. I CHECKED ALL FOUR WINDOWS ON THE EAST SIDE AND FOUND THREE SEPARATE FINGERPRINTS THAT WERE WORTH LIFTING. I THEN COLLECTED THE FINGERPRINTS AS EVIDENCE. I AM CERTAIN THAT I NOR OFFICER GARCIA HAD TOUCHED THE WINDOW AND ALSO THE FIREFIGHTERS DID NOT COME NEAR THE EAST SIDE OF THE RESIDENCE. THE FINGERPRINTS COULD ONLY BELONG TO THE RESIDENTS OF THE HOUSE OR THE SUSPECT.

REPORTING OFFICER: MARCO A.CASTILLO #108      PAGE 2 OF 3         PENDING

I THEN RETURNED TO THE STATION TO PHOTOGRAPH AND TAG THE EVIDENCE. THE EVIDENCE WAS PLACED IN THE SHOTGUN RACK AS THE EVIDENCE LOCKERS WERE ALL FULL.

OFFICER GARCIA ALSO COMPLETED A SUPPLEMENT TO THE ORIGINAL REPORT TO DOCUMENT THE STATEMENTS THAT HE HAD OBTAINED FROM VARIOUS INDIVIDUALS TO INCLUDE THE VICTIM, THE REPORTING PARTY, AND OTHER PERSONS.

FIRE CHIEF FRED GARCIA REQUESTED ALL THE REPORT FILES FOR THE LOCATION THAT COULD SOMEHOW POINT TOWARDS A POSSIBLE SUSPECT. HE STATED THAT HE WOULD COMPLETE HIS REPORT AND INDICATE THAT IT HAD BEEN ARSON. HE STATED THAT HE WOULD CONTACT THE STATE FIRE MARSHALL AND HE WOULD DO HIS PART TO ASSIST IN THE INVESTIGATION INTO THE FIRE.

DETECTIVE MARTINEZ ADVISED ME TO COMPLETE AN ARSON REPORT AS IT WAS OBVIOUS THAT THE FIRE WAS NOT OF AN ACCIDENTAL NATURE.

REPORTING OFFICER: MARCO A. CASTILLO #108     PAGE 3 OF 3          PENDING

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

03-0006
01/01/03

SUPPLEMENT REPORT: POSSIBLE ARSON


VICTIM: LUIS MUNOZ
ADDRESS: 829  W . WHITE ST.
RAYMONDVILLE, TX. 78580

SUSPECT(S): UNKNOWN


ON 01/01/03 AT 8:47 P.M. OFFICER M. CASTILLO AND MYSELF WERE RADIO DISPATCHED TO THE 800 BLOCK OF W. WHITE IN REFERENCE TO A POSSIBLE HOUSE ON FIRE.

UPON MY ARRIVAL AT THE 800 BLOCK OF E. WHITE I OBSERVED, BY SMELL, A STRONG ODOR OF BURNING LUMBER. I THEN OBSERVED A THICK CLOUD OF  GRAY SMOKE EMITTING FROM THE ROOF OF 829 E. WHITE RESIDENCE
I ADVISED COMMUNICATIONS TO DISPATCH THE FIRE DEPARTMENT TO THE LOCATION.
I THEN EXITED MY UNIT AND ATTEMPTED TO MAKE CONTACT WITH THE OWNERS OF THE RESIDENCE BY KNOCKING ON THE WINDOWS AND DOOR LOCATED AT THE NORTH OF THE HOUSE. AFTER SEVERAL ATTEMPTS OF KNOCKING , I MADE MY WAY TO REAR OF THE HOUSE. I OBSERVED OFFICER M. CASTILLO MAKING HIS WAY TO THE REAR AND I FOLLOWED.

OFFICER M. CASTILLO AND MYSELF ENCOUNTERED A LOCKED CIDER DOOR PREVENTING US FROM ENTERING THE REAR OF THE RESIDENCE. AT THAT TIME, THE NEIGHBOR, HARRY CAVASOS, JUMPED THE FENCE TO OPEN THE DOOR TO GAIN ACCESS.

ONCE AT THE REAR OF THE HOUSE, I OBSERVED ALL THE WINDOWS BLACK FROM THE INSIDE AND FLAMES EMITTING FROM A CHRISTMAS TREE ON FIRE POSSIBLY THE LIVING ROOM AREA. AT THAT TIME FIRE FIGHTERS ARRIVED ON THE SCENE IN THEIR PERSONAL VEHICLES AND STATED TO EXTINGUISH THE FLAMES WITH A WATER HOSE LOCATED AT THE REAR OF THE RESIDENCE.

REPORTING OFFICER: _____ BADGE# _105_ 01/01/02  1 OF 3
J. L. GARCIA                1 0 5

OFFICER M. CASTILLO AND MY SELF CONTINUED TO CHECK THE EAST SIDE OF THE HOUSE FOR POSSIBLE CIVILIANS IN THE RESIDENCE. FIRE DEPARTMENT PERSONAL ARRIVED AT THE SCENE AND CONDUCTED SEARCH AND RESCUE INSIDE THE RESIDENCE. FIRE FIGHTERS GAVE AN ALL CLEAR OF CIVILIANS INSIDE OF THE RESIDENCE.

I THEN APPROACHED THE REPORTING PARTY WHO IDENTIFIED HIMSELF AS HARRY CAVASOS.

HARRY STATED THAT HE WAS ON HIS WAS TO H.E.B. TO BUY SOME GROCERIES WHEN HE NOTICED A CLOUD OF SMOKE RISING FROM THE REAR OF LUIS MUNOZ HOME. HARRY THEN STATED THAT HE WENT OVER TO THE HOUSE TO SEE IF LUIS WAS HOME AT THE TIME . HARRY STATED THAT HE RETURNED TO HIS HOUSE AND CALLED THE POLICE. HARRY ALSO STATED THAT HE NOTICED THE WINDOWS IN THE REAR OF THE HOUSE BROKEN DUE TO THE HEAT INSIDE. HARRY STATED THAT HE WAS GOING TO ATTEMPT TO EXTINGUISH THE FLAMES BY BRAKING A WINDOW AND USING A NEAR BY WATER HOSE BUT HE WAS ADVISED BY A FIRE FIGHTER THAT AIR WILL ENTER AND CAUSE GREATER HARM TO THE DWELLING.

AT THAT TIME I OBSERVED A MALE ARRIVING AT THE SCENE. THE MALE WAS MAKING HIS WAY INTO THE DWELLING WHEN I ADVISED HIM TO RETURN TO THE STREET. THE MALE IDENTIFIED HIMSELF AS OMEL MUNOZ. OMEL STATED THAT HE WAS THE OWNERS BROTHER. I ASKED OMEL IF HE KNEW WHERE HIS BROTHER COULD BY LOCATED. OMEL STATED THAT HIS BROTHER IS AT THEIR ROOFING SHOP DOING A B.B.Q. I ASKED OMEL WHAT BROUGHT HIM TO COME TO THE HOUSE. OMEL STATED THAT HE JUST DECIDE TO COME BY TO CHECK UP ON THE HOUSE. OMEL ADVISED THAT HE DOES THAT ON A DAILY BASIS.

AT THAT TIME I OBSERVED A MALE ARRIVING AT THE SCENE. THE MALE WALKED TOWARDS THE NORTH MAIN DOOR. I MADE CONTACT WITH THE MALE WHO IDENTIFIED HIMSELF AS LUIS MUNOZ, THE OWNER OF THE HOUSE.

I ASKED LUIS IF HIS FAMILY WERE WITH HIM . LUIS STATED THAT HIS WIFE AND CHILDREN WERE AWAY DUE TO VACATIONING PURPOSES IN FLORIDA.

REPORTING OFFICER: _____ BADGE# _105_ 01/01/03   2 OF 3
J. J. GARCIA                              1 0 5

: LEFT HIS RESIDENCE WITH THE LIGHTS OF HIS

HE DID NOT RECALL IF THE LIGHTS WERE EVEN ON . I
.EFT AN OPEN WINDOW TO HIS HOUSE.
:D THAT HE DID NOT RECALL. LUIS THEN ADVISED THAT
.OBLEMS IN THE PAST WITH HIS NEIGHBOR(HARRY).
.T IN THE PAST FOUR(4) MONTHS, HARRY MADE A
.UIS ADVISING THAT HARRY WAS GOING TO BURN HIS

ON 12/31/02 (NO TIME GIVEN) HE ALONG WITH AN
ITIFIED AS LEON CISNEROS WERE AT THE HOUSE. LUIS
.KED TO THE REAR OF THE HOUSE TO CHECK ON THE
[ LEON DID NOT ADVISE THAT THE WINDOW WAS OPEN.
A DOG KENNEL WAS LOCATED NEAR THE WINDOW
RVED THAT LUIS SHOWED NO TYPE OF EMOTIONS OR
S OF PROPERTY .
: A COMMENT THAT HIS WIFE WAS INFORMED OF THE
.LE THAT WAS WITH HER IN FLORIDA. LUIS ALSO
D OUT VIA SCANNER.
)UESTIONED, HE SHOWED A GREAT INTEREST IN HIS
.TED INSIDE THE GARAGE. HE WAS ADVISED THAT
VED TO BE REMOVED UNTIL FURTHER NOTICE.
)VISED THAT IF FOR ANY REASON HE NEEDS TO
HE MUST BE ACCOMPANIED BY A POLICE OFFICER.
A MALE MAKE HIS WAY TO MY LOCATION AND BEGAN
.ACED THEM APART AND BEGAN TO QUESTION THE
FIED HIMSELF AS RUBEN PEREZ.
AT HE WAS THE ONE WHO CALLED LUIS TO ADVISE HIM
HIS HOUSE. RUBEN STATED THAT HE WAS DRIVING BY
ERVED THE SMOKE FROM LUIS'S HOUSE.
AT HE RETURNED TO HIS HOUSE AND CALLED LUIS.
IAT HE RETURNED TO THE LOCATION TO SEE IF LUIS
SERVED THAT ALL THREE (3) MEN WERE ALWAYS
F THE TIME THAT THEY SPENT THERE.

_Garcia_ BADGE# _1 0 5_ 01/01/03  3 OF 3
1 GARCIA                1 0 5



RAYMONDVILLE POLICE DEPARTMENT          03-0006S
SUPPLEMENT REPORT                       01-06-03

P.C. 28.02 ARSON

ON 01-06-03 AT 0600PM I, OFFICER CASTILLO, IN RESPONSE TO A QUESTION FROM INVESTIGATOR ADAME COMPLETED THIS SUPPLEMENT REPORT.

INVESTIGATOR ADAME ASKED ME HOW WE (MEANING OFFICERS AND FIREFIGHTERS) GAINED ENTRY INTO THE RESIDENCE A 829 W. WHITE.

UPON ARRIVING AT THE RESIDENCE WE WERE DIRECTED TO THE REAR OF THE HOUSE BY SOME BYSTANDERS. I AND OFFICER GARCIA WENT TO THE REAR OF THE HOUSE AND OBSERVED WHAT APPEARED TO BE A TREE BURNING THROUGH A WINDOW. THE WINDOW ITSELF HAD ALREADY SHATTERED FROM THE HEAT AND FLAMES. SHORTLY AFTERWARDS TWO FIREFIGHTERS, ONE OF WHOM I RECOGNIZED AS TERRY WHITE , BEGAN TO HOSE DOWN THE TREE WITH THE WATER HOSE FROM THE HOUSE. AFTER THE FIRE HAD BEEN PUT OUT FIRE FIGHTER TERRY WHITE WAS ABLE TO KNOCK OUT THE REMAINING GLASS IN THE BROKEN WINDOW AND UNLATCH THE METAL FRAMEWORK. HE THEN ENTERED THE RESIDENCE AND UNLOCKED THE CLOSEST DOOR TO THE WINDOW, THAT BEING THE SLIDING GLASS DOOR. HE THEN EXITED THE STRUCTURE.

AFTERWARDS ALL ENTRY AND EGRESS INTO THE HOUSE WAS VIA THE SLIDING GLASS DOOR.  THE FIREFIGHTERS ENTERED THE RESIDENCE TO CONTAIN THE SMOKE AND FIRE . AFTERWARDS I, OFFICER GARCIA, AND DETECTIVE MARTINEZ ENTERED THE RESIDENCE IN ORDER TO COLLECT EVIDENCE. NO ONE ELSE WAS ALLOWED INTO THE HOUSE EXCEPT FOR THE OWNER WHO WAS ONLY ALLOWED TO ASSESS THE DAMAGE.

REPORTING OFFICER: MARCO A.CASTILLO #108      PAGE 1 OF 1          PENDING

## RAYMONDVILLE POLICE DEPARTMENT

52122

2003 JAN 1 PM 8 47

| HOW RECEIVED | | | | | | |
|---|---|---|---|---|---|---|
| ☐ PHONE | ☐ RADIO | | DISPATCHED BY: | | OFFICER(S) ASSIGNED | BACK-UP OFFICER(S) |
| ☐ PERSON | ☒ 911 | | | | 105 Loy | |

TIME & DATE REPORTED
☒ PERSON REPORTING
2003 JAN 1 PM 8 47

TIME & DATE DISPATCHED
2003 JAN 1 PM 8 47

PHONE NO
660361

TIME & DATE ARRIVED
2003 JAN 1 PM 8 48

OFFENSE NO
03-0006

TIME & DATE COMPLETED

ADDRESS OF ☒ PERSON REPORTING  ☐ VICTIM  ☐ COMP

847 W White

NATURE OF CALL
Phase of office / ARSON
829 white

☐ VICTIM  ☐ WANTED  ☐ RECOVERED  ☐ MISSING  ☐ OTHER
☐ INSIDE  ☐ OUTSIDE

| VEHICLE INFO: | ☐ TRF | ☐ IMP | | ☐ STOLEN | ☐ RECOVERED | | ☐ MISSING | | ☐ OTHER | |
|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | COLOR | MAKE | | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
| STYLE | | MODEL | | LICENSE NO | | | | | | |

ADDITIONAL INFORMATION

---

## RAYMONDVILLE POLICE DEPARTMENT

5222002 JAN 6 PM 9 10

2003 JAN 6 PM 9 1

| HOW RECEIVED | | | | | | |
|---|---|---|---|---|---|---|
| ☐ PHONE | ☐ RADIO | | DISPATCHED BY: | | OFFICER(S) ASSIGNED | BACK-UP OFFICER(S) |
| ☐ PERSON | ☐ 911 | | 703 | | 108 | |

TIME & DATE REPORTED
☐ PERSON REPORTING

TIME & DATE DISPATCHED
2003 JAN 6 PM 9 1

PHONE NO

TIME & DATE ARRIVED
☐ INSIDE  ☐ OUTSIDE

OFFENSE NO
03-00065

TIME & DATE COMPLETED
2003 JAN 6 PM 9 1

ADDRESS OF ☐ PERSON REPORTING  ☐ VICTIM  ☐ COMP

M.A. CASTILLO
C.R.

NATURE OF CALL
SUPPLEMENT
829 W. WHITE

| VEHICLE INFO: | ☐ TRF | ☐ IMP | | ☐ STOLEN | ☐ WANTED | | ☐ RECOVERED | | ☐ MISSING | | ☐ OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | COLOR | MAKE | | PERSON: | | | | | | | |

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO. 03-0036

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| | | | |

ADDRESS OF ☑ PERSON REPORTING ☐ VICTIM ☐ COMP

| HOW RECEIVED ☑ PHONE ☐ RADIO ☐ PERSON ☐ 911 | DISPATCHED BY: | OFFICER(S) ASSIGNED | BACK-UP OFFICER(S) |
|---|---|---|---|

PHONE NO    LOCATION OF CALL    NATURE OF CALL    ☐ INSIDE ☐ OUTSIDE

ARSON

**VEHICLE INFO:** ☐ TRF ☐ IMP ☐ STOLEN ☐ RECOVERED ☐ MISSING ☐ OTHER

| YEAR | STYLE | COLOR | MAKE | MODEL | LICENSE NO | STATE | PERSON: | RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION

---

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO. 03-0036

SUPPLEMENT

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| | | | |

ADDRESS OF ☐ PERSON REPORTING ☐ VICTIM ☐ COMP

| HOW RECEIVED ☐ PHONE ☐ RADIO ☐ PERSON ☐ 911 | DISPATCHED BY: | OFFICER(S) ASSIGNED | BACK-UP OFFICER(S) |
|---|---|---|---|

PHONE NO    LOCATION OF CALL    NATURE OF CALL    ☐ INSIDE ☐ OUTSIDE

**VEHICLE INFO:** ☐ TRF ☐ IMP ☐ STOLEN ☐ WANTED ☐ RECOVERED ☐ MISSING ☐ OTHER

| YEAR | STYLE | COLOR | MAKE | MODEL | LICENSE NO | STATE | PERSON: | RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION

**RAYMONDVILLE POLICE DEPARTMENT**    OFFENSE NO.

| Field | Value |
|---|---|
| TIME & DATE REPORTED | 522009 JAN 6 AM 9 10 |
| PERSON REPORTING | M.A. CASTILLO |
| ADDRESS OF ☐ PERSON REPORTING ☐ VICTIM ☐ COMP | |
| TIME & DATE DISPATCHED | |
| PHONE NO | |
| TIME & DATE ARRIVED | |
| LOCATION OF CALL | Rio w. WHITE |
| TIME & DATE COMPLETED | 2009 JAN 6 AM 9 11 |
| ☐ INSIDE ☐ OUTSIDE | |
| NATURE OF CALL | SUPPLEMENT |

HOW RECEIVED
☐ PHONE  ☐ RADIO
☐ PERSON  ☐ 911    C.P.

DISPATCHED BY: 203

OFFICER(S) ASSIGNED: 103

BACK-UP OFFICER(S)

VEHICLE INFO:  ☐ TRF  ☐ IMP  ☐ STOLEN  ☐ WANTED  ☐ RECOVERED  ☐ MISSING  ☐ OTHER

| YEAR | COLOR | MAKE | MODEL | PERSON: RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| YEAR | STYLE | STATE | LICENSE NO |
|---|---|---|---|
| | | | |

ADDITIONAL INFORMATION



RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

02-1910J
111602

OFFENSE: CRIMINAL MISCHIEF INCONVENIENCE
P.C.28.03

VICTIM/RP: MINERVA CAVAZOS
D.O.B.03-17-57
847 W. WHITE
RAYMONDVILLE, TX. 78580

SUSPECT(S): MALE JUVENILE ABOUT 10YOA
MUNOZ RESIDENCE
849 W. WHITE
RAYMONDVILLE, TX. 78580


ON SATURDAY, NOVEMBER 16, 2002 AT 9:20PM I WAS RADIO DISPATCHED TO 847
W. WHITE IN REFERENCE TO CRIMINAL MISCHIEF (INCONVENIENCE).

UPON ARRIVAL I MADE CONTACT WITH MINERVA CAVAZOS. SHE ADVISED ME
THAT HER BROTHER IN LAW ELROY CAVAZOS OBSERVED A MALE JUVENILE ON
A GO CART GO ONTO THE CAVAZOS FRONT LAWN. THIS OCCURRED AT AROUND
8:30PM. MINERVA WENT OUTSIDE TO INSPECT HER LAWN AND NOTICED THAT
THERE WAS A PIECE OF GRASS MISSING FROM HER LAWN. THERE WERE ALSO
TIRE TRACKS ON THE LAWN LEFT BY THE GO CART. IT APPEARED THAT THE
DRIVER OF THE GO CART MADE A WIDE TURN FROM THE DRIVE WAY AND
DROVE PARTIALLY ONTO THE CAVAZOS PROPERTY. A REPORT WAS TAKEN.


REPORTING OFFICER ELI CANO          PAGE 1 OF 1          PENDING

# RAYMONDVILLE POLICE DEPARTMENT

FC616

OFFENSE NO 02-1910

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| ☐ PERSON REPORTING | ☐ VICTIM | LOCATION OF CALL | ☐ INSIDE |
| 2002 NOV 16 PM 9 20 | PHONE NO | 2002 NOV 16 PM 9 24 | ☐ OUTSIDE |
| | | | 2002 NOV 16 PM |

2002 NOV 16 PM 9 20

2002 NOV 16 PM 9 20

ADDRESS OF ☒ PERSON REPORTING  ☐ VICTIM  ☐ COMP

Miraie Cavazos

347 w 6th st.

NATURE OF CALL

Criminal Mischief

| HOW RECEIVED | DISPATCHED BY: | OFFICER(S) ASSIGNED | BACK-UP OFFICER(S) |
|---|---|---|---|
| ☒ PHONE  ☐ RADIO | 803 | 101 | |
| ☐ PERSON  ☐ 911 | | | |

VEHICLE INFO:  ☐ TRF  ☐ IMP

PERSON:  ☐ STOLEN  ☐ RECOVERED

☐ WANTED  ☐ MISSING  ☐ OTHER

| YEAR | COLOR | MAKE | MODEL | LICENSE NO | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | | | | | PERSON: | | | | | | |
| YEAR | STATE | | | | | | | | | | |

ADDITIONAL INFORMATION

## RAYMONDVILLE POLICE DEPARTMENT
## OFFENSE REPORT II

*02-1855*

**INCIDENT: Inconvenience Criminal Mischief**

**CASE#02-1853**
**DATE: 110802**

**VICTIM: CAVAZOS , MINERVA    ADD: 847 W.WHITE    PH#690-0361**
**SEX/F  D.O.B: 03/15/57**

**SUSPECT: MUNOZ, CARLOS    ADD: 800 W.WHITE**

On Friday Nov. 08,2002 at approximately 8:25 p.m I was dispatched to above address in reference to victim's car being egged .

Upon arrival at the residence I made contact with Minerva Cavazos . Minerva said that at about 8:00 p.m she was in her living room watching television when she heard the dogs barking. She peeked out the front window and saw a blue van drive into the Munoz's driveway and park. She state that three males subjects exited the van. She said that she recognize one as being Carlos Munoz who was gesturing with his hand as if he was throwing something towards the Cavazos's residence. Minerva said that the boys then went inside the house . I asked her what Carlos was wearing and she said he was wearing tan color cargo pants , dark color shirt and a black jacket. She also stated that Carlos had red hair.

Minerva said that she then went back and sat down but asked her husband to keep an eye out because she was afraid that something could happen to her rental car which was parked in the driveway directly in front of the entrance door and window from where Minerva was looking out from. Minerva said that she then heard a noise she looked out side and noticed that the three male subjects were outside and when they saw her exit the house they went inside theirs . Minerva said that while doing an inspection of the rental car bearing Texas registration  S13- NWZ she noticed some egg shell and egg yoke on the left rear passengers side. The vehicle was washed to prevent any damage to the vehicle . It was also photographed and entered as exhibit's A and B.

                                                          **PENDING**

**REPORTING OFFCIER:** _____  **BAGDE: 103  DATE: 11-08-2002**
                    CARLOS  MARTINEZ

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO 02-1653

50334

2002 NOV 8 PM 8 25

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| 2002 NOV 8 PM 8 25 | 2002 NOV 8 PM 8 2002 NOV 8 PM 9 19 | | |

☐ PERSON REPORTING    ☐ VICTIM    PHONE NO    LOCATION OF CALL    ☐ INSIDE ☐ OUTSIDE

| HOW RECEIVED | DISPATCHED BY: | OFFICER(S) ASSIGNED | BACK-UP OFFICER(S) |
|---|---|---|---|
| ☐ PHONE ☐ RADIO ☐ PERSON ☐ 911 | 203 | 108 | |

ADDRESS OF ☒ PERSON REPORTING ☐ VICTIM ☐ COMP    NATURE OF CALL

Minnie Guzros

Sm    690-0561    347 W white

essing vecheice

| 'EHICLE INFO: | ☐ TRF | ☐ IMP | PERSON: | ☐ STOLEN | ☐ RECOVERED | ☐ MISSING | ☐ OTHER |
|---|---|---|---|---|---|---|---|

| YEAR | COLOR | MAKE | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|

| STYLE | MODEL | PERSON: | | | | | ☐ OTHER | | |
|---|---|---|---|---|---|---|---|---|---|

| YEAR | STATE | LICENSE NO | ADDITIONAL INFORMATION |
|---|---|---|---|

**JUVENILE INVOLVED**
Suspect ☐ Victim ☐ Witness ☐

**RAYMONDVILLE POLICE DEPARTMENT**
Offense Report I

CASE NUMBER
02.1832

1. TYPE OF OFFENSE
Criminal Mischief 0/50 4/500 P.C. 28.03

FELONY
MISDEMEANOR ☒

7. UCR CLASSIFICATION

2. TYPE OF OFFENSE
FELONY
MISDEMEANOR

4. TYPE OF CRIME (UCR)

5. DATE OFFENSE REPORTED
110402

6. TIME OFFENSE REPORTED
6:14 PM

7. OFFENSE OCCURRED

8. LOCATION OF OFFENSE (STREET ADDRESS)
100 BLK SOUTH 7th St.        (5)

EARLIEST
DATE 110402
TIME 8:00 A

LATEST
DATE 110402
TIME 5:00 P

9. FIRM NAME (IF COMMERCIAL)

10. SCHOOL NAME

11. DAY(S) OF WEEK OF OCCURRENCE
S M T W T F S

| | 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 13. RESIDENCE ADDRESS | 14. RES. PHONE |
|---|---|---|---|
| I | | | |

| 15. VICTIM DOB | 16. SEX | 17. RACE | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |
|---|---|---|---|---|---|
| | | | | | |

| 21. V | RP | 22. NAME (LAST, FIRST, MIDDLE) | 23. RESIDENCE ADDRESS | 24. RES. PHONE |
|---|---|---|---|---|
| II | | Munoz, Carmela | 829 W White | 689-6663 |

| 25. DOB | 26. SEX | 27. RACE | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |
|---|---|---|---|---|---|
| 080168 | F | W | Watson City, Org | 100 Blk S. 7th St | — |

31. VICTIM/SUSPECT
I ☐ II ☐ STRANGER    I ☐ II ☐ AQUAINTANCE
I ☐ II ☐ RELATIVE    I ☐ II ☐ OTHER

PLACE OF ATTACK
☐ UNKNOWN    ☐ BUSINESS    ☐ VEHICLE
☐ RESIDENCE  ☐ OTHER STRUCT  ☐ STREET/ALLEY

OTHER:

| 32. STATUS | 33. QTY. | 34. ARTICLE | 35. BRAND, MAKE, MANUFACTURER | 36. MODEL/NAME NUMBER | 37. COLOR/SIZE | 38. S/N | 39. VALUE |
|---|---|---|---|---|---|---|---|
| R ☐ E ☐ S ☐ | 1 | Electrical Cord w/wires | | | | | $250.00 |
| R ☐ E ☐ S ☐ | | | | | | | |
| R ☐ C ☐ S ☐ | | | | | | | |
| R ☐ E ☐ S ☐ | | | | | | | |
| R ☐ E ☐ S ☐ | | | | | | | |

| 40. LIC. NO. | 41. STATE | 42. VEH. YR. | 43. MAKE | 44. MODEL | 45. COLOR | 46. VALUE |
|---|---|---|---|---|---|---|
| UCI 141 | TX | 1996 | Chev | LL | Red | |

48. VIN NUMBER
3GNEK18R0TG170730

49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS
Wire Cord w/wires

50. CHECK IF OTHER
ITEMS ON OR III ☐

51. NARRATIVE OF OFFENSE (BRIEF)
On Monday 110402 victim, reporting party stated unknown suspects attempted to cut above item w/o consent.

Case Pending

52. EVIDENCE DISPOSITION
Mini cassette tape E. Locker #2

53. DO NOT WRITE IN THIS SPACE
INITIALS
REVIEWED
CLASSIFIED
INDEXED
FILED

SF003403

54. DISPOSITION
☐ CLEARED-ADULT ARREST
☐ CLEARED-EXCEPTION
☐ CLEARED-JUV. DET.
☐ CLEARED-EXCEPTION/JUV.
☐ UNFOUNDED
☐ OTHER CLEARED EXCEPT.
☐ SUSPENDED/CLOSED

55. REPORTING OFFICER
David Sil

56. DATE OF REPORT
110402

57. RPO ID NO
102

58. DETECTIVE ASSIGNED

59. DATE/TIME ASSIGNED

60. DATE OF DISPOSITION

61. CLEARED BY: (ID NO.)

48. ATTACHMENT
☒ OR II  ☐ OR III  ☐ CUSTODY REPORT  ☐ OTHER

M.O. unk. suspects used hands, body, and unknown object to cut above item w/o owners consent

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

CRIMINAL MISCHIEF O/50 U/500 P.C. 28.03                CASE # 02-1832
                                                       DATE:  110402

R.O. SOLIS, DANIEL

SUSPECT:      CAVAZOS, MINERVA

SUSPECT:      CAVAZOS, HARRY

VICTIM:       MUNOZ, CARMELA    829 WEST WHITE    080168    689-6663

VICTIM:       MUNOZ, LUIS       829 WEST WHITE    020164    689-6663


        ON MONDAY 110402 AT ABOUT 6:14PM I WAS DISPATCHED TO 829 WEST WHITE IN
REFERENCE TO A CRIMINAL MISCHIEF.

        UPON ARRIVAL, I MADE CONTACT WITH VICTIM, REPORTING PARTY CARMELA
MUNOZ WHOT TOLD ME THAT UNKNOWN SUSPECTS TRIED CUTTING HER BRAKE LINES
TO HER VEHICLE. I THEN LOOKED UNDERNEATH THE RIGHT TIRE FENDER WELL.
ESTIMATED PRICE ON ELECTRICAL CORD WAS $250.00. LUIS MUNOZ SAID HE HAD
CHECKED THE VEHICLE THIS MORNING PRIOR TO HIS WIFE LEAVING FOR WORK.
CARMELA SAID SHE HAD RECEIVED A PHONE CALL FROM AN UNKNOWN FEMALE TODAY,
SAYING THAT SHE BETTER WATCH OUT WHAT HAPPENS TO HER VEHICLE. CARMELA
SAID SHE RECORDED THE CONVERSATION ON A MINI-CASSETTE RECORDER. I SEIZED
THE TAPE AS EVIDENCE. I NOTICED THAT A CORD OF ELECTRICAL WIRES WAS
PARTIALLY CUT WITH A FINE OBJECT, KNIFE. THE CORD DID NOT APPEAR TO BE THE
BRAKE LINES. CARMELA SAID THAT HER VEHICLE WAS PARKED AT HER PLACE OF
EMPLOYEMENT IN THE PARKING LOT OF WATSONS CITY DRUG LOCATED ON THE 100
BLOCK SOUTH 7TH STREET BETWEEN 8AM AND 5PM. CARMELA DOES SUSPECT IT BEING
MINERVA OR HARRY CAVAZOS BECAUSE THEY HAVE HAD AN ON GOING DISPUTE
BETWEEN ONE ANOTHER.

        CARMELA OWNS A RED 1996 CHEVROLET TAHOE WITH TEXAS REGISTRATION
UC1-141. MINI-CASSETTE TAPE WAS TAGGED AS EVIDENCE AND PLACED IN EVIDENCE
LOCKER #2.


CASE PENDING

OFFICER DANIEL SOLIS    102    110402                2 OF 2

# RAYMONDVILLE POLICE DEPARTMENT

102 NOV 04? PM 6 14

2002 NOV 4 PM 6 15

2002 NOV 4 PM 6 18

OFFENSE NO: 02-1032

TIME & DATE COMPLETED PM 6 39 :

| | |
|---|---|
| **TIME & DATE REPORTED** ☐PERSON REPORTING | **TIME & DATE DISPATCHED** ☐VICTIM |
| **ADDRESS OF** ☐PERSON REPORTING ☐VICTIM ☐COMP | **PHONE NO** 694 6633 |
| | **LOCATION OF CALL** 925 W White |
| | **NATURE OF CALL** try to temp with bricks/laws |

**HOW RECEIVED**
☒PHONE ☐RADIO
☐PERSON ☐911

**DISPATCHED BY:** 2 OC

**OFFICER(S) ASSIGNED**

**BACK-UP OFFICER(S)**

**TIME & DATE ARRIVED** ☐INSIDE ☐OUTSIDE

**VEHICLE INFO:** ☐TRF ☐IMP ☐STOLEN ☐RECOVERED ☐OTHER

**PERSON:** ☐WANTED ☐MISSING ☐OTHER

| YEAR | COLOR | MAKE | MODEL | RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|---|

**ADDITIONAL INFORMATION**

| YEAR | STYLE | STATE | MODEL | LICENSE NO |
|---|---|---|---|---|

| JUVENILE INVOLVED<br>Suspect ☐ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT<br>Offense Report I | CASE NUMBER<br>02 - 1714 |

**1. TYPE OF OFFENSE** Harassment by Phone (42.07)

**2. TYPE OF OFFENSE**

FELONY
X MISDEMEANOR
FELONY
MISDEMEANOR

**3. UCR CLASSIFICATION**

**4. TYPE OF CRIME (UCR)**

| 5. DATE OFFENSE REPORTED<br>11-01-02 | 6. TIME OFFENSE REPORTED<br>4:04 Pm | 7. OFFENSE OCCURRED | | |
|---|---|---|---|---|
| 8. LOCATION OF OFFENSE (STREET ADDRESS)<br>178 Texas Drive          (SE) | | EARLIEST<br>DATE 11-01-02<br>TIME 2:29 Pm | LATEST<br>DATE 11-01-02<br>TIME 2:29 Pm |
| 9. FIRM NAME (IF COMMERCIAL) | | | |
| 10. SCHOOL NAME | 11. DAY(S) OF WEEK OF OCCURRENCE  S M T W T X S | | |

| | 12. VICTIM'S NAME (LAST, FIRST, MIDDLE)<br>Muñoz, Maria C. | 13. RESIDENCE ADDRESS<br>178 Texas Drive Raymondville, Tx. | 14. RES. PHONE<br>685-6830 |
|---|---|---|---|
| I | 15. VICTIM DOB<br>04-03-74 | 16. SEX<br>F | 17. RACE<br>W | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |
| II | 21. V      RP | 22. NAME (LAST, FIRST, MIDDLE) | 23. RESIDENCE ADDRESS | 24. RES. PHONE |
| | 25. DOB | 26. SEX | 27. RACE | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |

| 31. VICTIM/SUSPECT | | 32. PLACE OF ATTACK | | |
|---|---|---|---|---|
| I    II    STRANGER  X | AQUAINTANCE | UNKNOWN | BUSINESS | VEHICLE | OTHER: |
| I    II    RELATIVE | OTHER | RESIDENCE | OTHER STRUCT | STREET/ALLEY |

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE,<br>MANUFACTURER | 37. MODEL/NAME<br>NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E  R | S  O | | | | | | |
| E  R | S  O | | | | | | |
| E  R | S  O | | | | | | |
| E  R | S  O | | | | | | |
| E  R | S | 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |

| 48. VIN NUMBER | 49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS | 50. CHECK IF OTHER<br>ITEMS ON OR III  ☐ |
|---|---|---|

**51. NARRATIVE OF OFFENSE (BRIEF)**

On 11-01-02 I was radio dispatched to 178 Texas Drive in reference to
Phone Harassment. I made contact with Maria C. Muñoz. Report was Taken

PENDING

| 52. EVIDENCE DISPOSITION | 53. DO NOT WRITE IN THIS SPACE | | 54. DISPOSITION |
|---|---|---|---|
| | | INITIALS | CLEARED-ADULT ARREST |
| 55. REPORTING OFFICER<br>Eli Canu | REVIEWED | | CLEARED-EXCEPTION |
| | CLASSIFIED | | CLEARED-JUV. DET. |
| 56. DATE OF REPORT<br>11-01-02 | 57. RPO ID NO<br>101 | INDEXED | | CLEARED-EXCEPTION/JUV. |
| | FILED | | UNFOUNDED |
| 58. DETECTIVE ASSIGNED | 59. DATE/TIME ASSIGNED | | OTHER CLEARED EXCEPT. |
| | | | SUSPENDED/CLOSED |
| 60. ATTACHMENT<br>X OR II  ☐ OR III  ☐ CUSTODY REPORT  ☐ OTHER | 61. DATE OF DISPOSITION | 62. CLEARED BY: (ID NO.) |

m.v. use of Harm/Body with Intent to Harrass, Annoy, Alarm Another

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

02-1814
110102

OFFENSE: HARASSMENT BY PHONE P.C.42.07

VICTIM/RP: MARIA C. MUNOZ
D.O.B.09-02-74
188 TEXAS DRIVE
RAYMONDVILLE, TX. 78580
689-0830

SUSPECT: MINERVA CAVAZOS
827 W. WHITE
RAYMONDVILLE, TX. 78580

ON FRIDAY, NOVEMBER 1, 2002 AT 4:04PM I WAS RADIO DISPATCHED TO 188
TEXAS DRIVE IN REFERENCE TO HARASSMENT BY PHONE.

UPON ARRIVAL I MADE CONTACT WITH MARIA C. MUNOZ. SHE ADVISED ME
THAT MINERVA CAVAZOS CALLED HER VIA TELEPHONE TO HER RESIDENCE.
MINERVA SAID SHE WAS GOING TO GET REVENGE FROM MARIA'S SISTER AND
HER BROTHER IN LAW. MARIA'S SISTER IS CARMELA AND HER BROTHER IN LAW
IS LUIS MUNOZ. THE PHONE HARASSMENT TIES IN WITH THE ONGOING
PROBLEMS WITH THE MUNOZ FAMILY AND CAVAZOS FAMILY ON WHITE STREET.

MARIA ADVISED SHE HAS NOTHING TO DO WITH THE PROBLEMS MINERVA HAS
WITH HER SISTER AND BROTHER IN LAW. MINERVA HAS CALLED TO MARIA'S
RESIDENCE A TOTAL OF THREE TIMES (11-01-02). MARIA HAS ONE OF THE PHONE
CALLS ON HER CALLER ID. IT COMES BACK TO A HARRY CAVAZOS, 690-0361.
ONLY ONE PHONE CALL REGISTERED ON THE ID. IT CAME IN AT 2:29PM (11-01-02).

MARIA REQUESTED THAT A REPORT BE TAKEN. A CASE NUMBER WAS GIVEN TO
MARIA. REPORT WAS MADE.

REPORTING OFFICER ELI CANO　　　　PAGE 1 OF 1　　　　　　　　PENDING

| JUVENILE INVOLVED Suspect ☐ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT Offense Report I | CASE NUMBER 02 - 1813 |
|---|---|---|

| 1. TYPE OF OFFENSE Harasiment By Phone P.C. 42.07 | | FELONY | MISDEMEANOR ☒ | 3. UCR CLASSIFICATION |
|---|---|---|---|---|
| 2. TYPE OF OFFENSE | | FELONY | MISDEMEANOR | 4. TYPE OF CRIME (UCR) |

| 5. DATE OFFENSE REPORTED 11-01-02 | 6. TIME OFFENSE REPORTED 2:02 Pm | 7. OFFENSE OCCURRED | | |
|---|---|---|---|---|
| 8. LOCATION OF OFFENSE (STREET ADDRESS) 363 W. Kimball Raymonville, Tx 78580 (SW) | | EARLIEST | | LATEST |
| | | DATE 11-01-02 | | DATE 11-01-02 |
| 9. FIRM NAME (IF COMMERCIAL) Muniz Roofing | | TIME 2:02 Pm | | TIME 2:02 PM |

| 10. SCHOOL NAME | 11. DAY(S) OF WEEK OF OCCURRENCE |
|---|---|

| | | S | M | T | W | T | ☒ | S |
|---|---|---|---|---|---|---|---|---|

| I | 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) Muniz, Luis Carlos | 13. RESIDENCE ADDRESS 829 W. White Raymonville Tx 78580 | 14. RES. PHONE |
|---|---|---|---|
| | 15. VICTIM DOB 02-9-64 | 16. SEX M | 17. RACE W | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS 363 W Kimball | 20. BUS. PHONE 689-3599 |
| II | 21. V | RP | 22. NAME (LAST, FIRST, MIDDLE) | 23. RESIDENCE ADDRESS | 24. RES. PHONE |
| | 25. DOB | 26. SEX | 27. RACE | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |

| 31. VICTIM/SUSPECT | 32. PLACE OF ATTACK | | | OTHER: |
|---|---|---|---|---|
| I | II | STRANGER | ☒ II | AQUAINTANCE | ☐ UNKNOWN | ☒ BUSINESS | ☐ VEHICLE | |
| I | II | RELATIVE | I | II | OTHER | ☐ RESIDENCE | ☐ OTHER STRUCT | ☐ STREET/ALLEY | |

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E R O | S | | | | | | |
| E R O | S | | | | | | |
| E R O | S | | | | | | |
| E R O | S | | | | | | |
| E R O | S | | | | | | |

| 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|
| E R O | S | | | | | | |

| 48. VIN NUMBER | 49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS | 50. CHECK IF OTHER ITEMS ON OR III ☐ |
|---|---|---|

**51. NARRATIVE OF OFFENSE (BRIEF)**

On 11-01-02 I was dispatched to 363 W. Kimball (Muniz Roofing) In reference to Harassiment by Phone. Contact was made with Luis Muniz- Report was taken

Pending

| 52. EVIDENCE DISPOSITION | 53. DO NOT WRITE IN THIS SPACE | | 54. DISPOSITION |
|---|---|---|---|
| | | INITIALS | ☐ CLEARED-ADULT ARREST |
| 55. REPORTING OFFICER Eli Cano | REVIEWED | | ☐ CLEARED-EXCEPTION |
| | CLASSIFIED | | ☐ CLEARED-JUV. DET. |
| 56. DATE OF REPORT 11-01-02 | 57. RPD ID NO / 01 | INDEXED | | ☐ CLEARED-EXCEPTION/JUV. |
| | FILED | | ☐ UNFOUNDED |
| 58. DETECTIVE ASSIGNED | 59. DATE/TIME ASSIGNED | | ☐ OTHER CLEARED EXCEPT. |
| | | | ☐ SUSPENDED/CLOSED |

| 40. ATTACHMENT ☒ OR II | ☐ OR III | ☐ CUSTODY REPORT | ☐ OTHER | 61. DATE OF DISPOSITION | 62. CLEARED BY: (ID NO.) |
|---|---|---|---|---|---|

M. U. use of bad langs, with intent to alarm, threaten or telephono another

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

02-1813
110102

OFFENSE: HARASSMENT BY PHONE P.C.42.07

VICTIM/RP: LUIS CARLOS MUNOZ
D.O.B.02-01-64
829 W. WHITE
RAYMONDVILLE, TX. 78580
689-3594

SUSPECT: MINERVA CAVAZOS
827 W. WHITE
RAYMONDVILLE, TX. 78580
690-0361

ON FRIDAY, NOVEMBER 1, 2002 AT 2:12PM I WAS RADIO DISPATCHED TO 363 W.
KIMBALL (MUNOZ ROOFING) IN REFERENCE TO HARASSMENT BY PHONE.
UPON ARRIVAL I MADE CONTACT WITH MR. MUNOZ. HE ADVISED ME THAT
MINERVA MUNOZ CONTACTED HIM VIA TELEPHONE TO HIS BUSINESS. SHE SAID,
"THANKS A LOT, NOW I'M GOING TO NEED A NEW FUCKING PAINT JOB ON MY
CAR". "NOW I'M GOING TO BURN YOUR FUCKING HOUSE DOWN". SHE HUNG UP
THE PHONE IMMEDIATELY AFTERWARDS. MINERVA HAD PLACED THAT
TELEPHONE CALL AT 2:02PM. MR. MUNOZ HAD THE CALL LOGGED ON HIS
CALLER ID.

MR. MUNOZ SAID THAT AT 2:00PM HIS WIFE CARMELA RECEIVED THE SAME
PHONE CALL FROM MINERVA.

THE NUMBER ON MR. MUNOZ CALLER ID CAME BACK TO 690-0361 UNDER A
HARRY CAVAZOS.

ALSO, I MADE CONTACT WITH MINERVA AT 827 W. WHITE IN REFERENCE TO THE
PHONE CALL. SHE ADVISED SHE DID TELL HIM ABOUT HER CAR BUT THAT SHE
NEVER TOLD HIM SHE WOULD BURN HIS HOUSE DOWN. SHE STRONGLY
BELIEVES THAT MR. MUNOZ POURED PAINT THINNER ONTO HER CAR. REPORT
WAS MADE.

REPORTING OFFICER ELI CANO       PAGE 1 OF 1                    PENDING

# RAYMONDVILLE POLICE DEPARTMENT

**OFFENSE NO:** 62-1913

2002 OCT 32 PM 2 56

2002 OCT 32 PM 2 12

| HOW RECEIVED | | TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | |
|---|---|---|---|---|---|
| ☑ PHONE ☐ RADIO | | 2002 OCT 32 PM 2 12 | | 2002 OCT 32 PM 2 17 | |
| ☐ PERSON ☐ 911 | | | | | |

**PERSON REPORTING:** Mr. Munoz

☐ PERSON REPORTING ☐ VICTIM

**ADDRESS OF** ☐ PERSON REPORTING ☐ VICTIM ☐ COMP

**PHONE NO** 689-3594

**LOCATION OF CALL** 303 W Kimbell

☐ INSIDE ☐ OUTSIDE

**NATURE OF CALL** Disorderly Conduct

DISPATCHED BY: 203

OFFICER(S) ASSIGNED: 101

BACK-UP OFFICER(S): Jose Harms-L

| VEHICLE INFO: | ☐ TRF | ☐ IMP | PERSON: | ☐ STOLEN | ☐ RECOVERED | ☐ OTHER | |
|---|---|---|---|---|---|---|---|
| | | | | ☐ WANTED | ☐ MISSING | ☐ OTHER | |

| YEAR | COLOR | MAKE | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| YEAR | STATE | MODEL | LICENSE NO |
|---|---|---|---|
| | | | |

**STYLE**

**ADDITIONAL INFORMATION**



Raymondville Police Department
Offense Report II

Offense                                   Case # 02-1808
Disorderly Conduct P.C. 42.01             Date: 10-31-02
                                          Connecting Cases: 02-1806, 02-1807

Victim:  Mike Cavazos, D.O.B. 10-05-87, 847 W. White, 690-0361,

Victim/Suspect:  Carmela Munoz, D.O.B. 08-01-68, 829 W. White, 689-6663,

Victim/Suspect:  Minerva Cavazos, D.O.B. 03-17-57, 847 W. White, 690-0361,

Victim/Suspect:  Alicia Lopez, D.O.B. 09-28-55, 322 E. Kimball, 689-2459,

Witness:  Harry Cavazos, D.O.B. 08-11-56, 847 W. White, 690-0361,


        On 10-31-02 at 10:45p.m. I, Officer David Robles, was dispatched to 829 W.
White in reference to a disturbance.  I arrived at 10:47p.m. and made contact with an irate
female who identified herself as Carmela Munoz (victim/suspect).  Carmela stated that at
approximately 10:45p.m. her neighbor, who she identified as Minerva Cavazos
(victim/suspect), and her neighbor's sister, who she identified as Alicia Lopez
(victim/suspect), arrived at her neighbor's home at 847 W. White and began to call her a
"fucking bitch".  She said that Alicia then told her "I got even".  Carmela said that Alicia
was referring to her (Carmela) husband's office located at 363 W. Kimball which had
been vandalized, minutes before this incident occurred, by having two windows broken.
She said that after Alicia told her "I got even" her and Minerva entered Minerva's house.
Carmela said that she has been having problems with Minerva and her family for years
and that Minerva is always bothering her.
        I then walked over to Minerva's house located at 847 W. White and made contact
with a female who identified herself as Minerva Cavazos.  Mrs. Cavazos stated that she
and her neighbor Carmela have always had problems.  Minerva explained that the
problems began when Carmela's husband, Luis Munoz of Munoz Roofing, failed to
complete a job he was working on at the Cavazos' home.  She said that her husband
would not pay Mr. Munoz until the work was completed but that Mr. Munoz stated that
he was not going to work on Mr. Cavazos' home anymore.  Mrs. Cavazos stated that her
vehicle had been damaged tonight by having some kind of liquid poured on it which
caused the paint of her vehicle to come off of it.  She advised that she believes Carmela
or her husband had something to do with the incident.


                                                            Pending

Reporting Officer _____  Badge # 104  Page 1 of 2

Minerva stated that at approximately 10:30p.m. she and her sister Alicia Lopez (victim/suspect) had gone to Whataburger to buy something to eat and that her husband, who she identified as Harry Cavazos (witness), had stayed home because she was worried that her vehicle would be damaged again if no one was home. She said that as her and her sister exited her vehicle Carmela began to yell at them "I know you did it, you broke the windows".

Mr. Cavazos said that his son, who he identified as Mike Cavazos (victim), took out the trash to the trash can located at the front of their residence and was approached by Carmela. He said that his son told him that Carmela said "I know you broke the windows, I know you did." Mr. Cavazos stated that his son went into the house and told him about what he had been accused of. Mr. Cavazos said that he exited his house and heard Carmela yelling at his wife and accusing them of breaking her husband's office windows. Harry explained that his son was home all afternoon and that he does not understand why Carmela would choose to verbally attack his son and not approach him (Harry) if she has something to say. He says that at this point he fears for his family's safety because he does not trust Carmela's behavior. He said that he has heard Carmela arguing with his wife in the past and that she can go on and on yelling obscenities and vulgarities toward his family.

I made contact with Mike Cavazos who told me that he was filling the outside trash can when Carmela walked out onto her driveway and began telling him "I know you broke the windows to the office, I know you did". He said that he then ignored her and walked into the house and told his dad.

Pending

Reporting Officer _____   Badge # 104  Page 2 of 2

# RAYMONDVILLE POLICE DEPARTMENT

50094

CASE NO. 02-1808

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| 2002 OCT 31 PM 10 45 | 2002 OCT 31 PM 10 51 | 2002 OCT 31 PM 10 47 | 2002 OCT 31 PM 11 16 |

☐ PERSON REPORTING ☐ VICTIM

PERSON REPORTING: Carmela Munoz

ADDRESS OF ☐ PERSON REPORTING ☐ VICTIM ☐ COMP

PHONE NO: 689-6663

LOCATION OF CALL: 824 W White
☐ INSIDE ☐ OUTSIDE

NATURE OF CALL: Disturbance - D.C.

**HOW RECEIVED**
☐ PHONE ☐ RADIO
☐ PERSON ☑ 911

| DISPATCHED BY: | OFFICER(S) ASSIGNED | BACK-UP OFFICER(S) |
|---|---|---|
| 201 | 104 | 32 |

**VEHICLE INFO:**  ☐ TRF   ☐ IMP   ☐ STOLEN   ☐ RECOVERED   ☐ MISSING   ☐ OTHER

**PERSON:** ☐ WANTED

| YEAR | STYLE | COLOR | MAKE | MODEL | LICENSE NO |
|---|---|---|---|---|---|
| | | | | | |

| | | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|
| | | | ZHJ85D | | | | | |

| YEAR | STATE |
|---|---|
| | |

ADDITIONAL INFORMATION

| JUVENILE INVOLVED<br>Suspect ☐ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT<br>Offense Report I | CASE NUMBER<br>02-1807 |
|---|---|---|

| 1. TYPE OF OFFENSE | | 2. UCR CLASSIFICATION |
|---|---|---|
| Criminal Mischief 0 $500 u $1,500 PC28.03 | ☒ FELONY<br>☐ MISDEMEANOR | |
| 3. TYPE OF OFFENSE | ☐ FELONY<br>☐ MISDEMEANOR | 4. TYPE OF CRIME (UCR) |

| 5. DATE OFFENSE REPORTED | 6. TIME OFFENSE REPORTED | 7. OFFENSE OCCURRED | |
|---|---|---|---|
| 10-31-02 | 10:15 pm | EARLIEST | LATEST |
| 8. LOCATION OF OFFENSE (STREET ADDRESS) | | DATE<br>10-31-02 | DATE<br>10-31-02 |
| 363 W. Kimball　(SW) | | | |
| 9. FIRM NAME (IF COMMERCIAL) | | TIME<br>10:12 pm | TIME<br>10:12 pm |
| Munoz Roofing | | | |
| 10. SCHOOL NAME | | 11. DAY(S) OF WEEK OF OCCURRENCE | |

| | | | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ☒ | | |

| | 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 13. RESIDENCE ADDRESS | 14. RES. PHONE |
|---|---|---|---|
| I | Munoz Roofing | | |
| | 15. VICTIM DOB | 16. SEX | 17. RACE | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS<br>363 W Kimball | 20. BUS. PHONE<br>689-3591 |

| 21. V | RP | 22. NAME (LAST, FIRST, MIDDLE) | 23. RESIDENCE ADDRESS | 24. RES. PHONE |
|---|---|---|---|---|
| II | ☒ | Munoz, Luis | 829 W. White | 689-6663 |
| 25. DOB<br>02-01-64 | 26. SEX<br>M | 27. RACE<br>W | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |

| 31. VICTIM/SUSPECT | | | | | OTHER: |
|---|---|---|---|---|---|
| I ☒ II STRANGER | I ☐ II AQUAINTANCE | ☐ UNKNOWN | ☒ BUSINESS | ☐ VEHICLE | |
| I ☐ II RELATIVE | I ☐ II OTHER | ☐ RESIDENCE | ☐ OTHER STRUCT | ☐ STREET/ALLEY | |

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE,<br>MANUFACTURER | 37. MODEL/NAME<br>NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E ☐ R ☒ S ☐ | 2 | Windows | | | | | total<br>$500 |
| E ☐ R ☐ S ☐ | | | | | | | |
| E ☐ R ☐ S ☐ | | | | | | | |
| E ☐ R ☐ S ☐ | | | | | | | |
| E ☐ R ☐ S ☐ | | | | | | | |

| | 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|---|
| 48. VIN NUMBER | 49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS | | | | 50. CHECK IF OTHER<br>ITEMS ON OR III ☐ | | |

| 51. NARRATIVE OF OFFENSE (BRIEF) |
|---|
| On 10-31-02 I discovered above items had been damaged. Incident occurred at above date, time and location. |
| Pending |

| 52. EVIDENCE DISPOSITION<br>Photo taken will attach to report | 53. DO NOT WRITE IN THIS SPACE | | 54. DISPOSITION |
|---|---|---|---|
| 55. REPORTING OFFICER<br>Cpl. Michael A. Torres | | INITIALS | ☐ CLEARED-ADULT ARREST |
| | REVIEWED | | ☐ CLEARED-EXCEPTION |
| | CLASSIFIED | | ☐ CLEARED-JUV. DET. |
| 56. DATE OF REPORT<br>10-31-02 | 57. RPO ID NO<br>32 | INDEXED | ☐ CLEARED-EXCEPTION/JUV. |
| | | FILED | ☐ UNFOUNDED |
| 58. DETECTIVE ASSIGNED | | 59. DATE/TIME ASSIGNED | ☐ OTHER CLEARED EXCEPT.<br>☐ SUSPENDED/CLOSED |

| 60. ATTACHMENT | | | | 61. DATE OF DISPOSITION | 62. CLEARED BY: (ID NO.) |
|---|---|---|---|---|---|
| ☒ OR II | ☐ OR III | ☐ CUSTODY REPORT | ☐ OTHER | | |

No: bricks — suspect damaged above property.

*Raymondville Police Department*
*Offense Report II*

*Offense*                                              *Case #: 02-1807*
*Criminal Mischief o $500 u $1,500 PC 28.03    Date: 10-31-02*
                                              *Connected Case #'s: 02-1806 & 02-1808*

*Victim: Munoz Roofing*

*Reporting Party: Munoz, Luis*

    *On 10-31-02 at approximately 10:12 pm while on routine patrol I was at the
intersection of S. 3rd and W. Gem facing north. I heard what sounded like an alarm to
a residence or business. I was able to follow the sound to the 300 blk W. Kimball. Just
before I got there the alarm had shut off. I then began to check the buildings in the
area to see if everything was alright. Upon driving up to Munoz Roofing at 363 W.
Kimball I noticed two of the front windows, north side of the building, had been
broken. I found a piece of a red brick near the front of the building. I also noticed
farther to the north on sidewalk was a whole white brick. I looked inside the building
through one of the broken windows. Inside near a desk chair was a broken white brick
similar to the white brick outside. I had communications call Luis Munoz (owner of the
business) by phone. He shortly arrived at my location. He stated he believes someone
from the Cavazos family may have been responsible for this. I had just left from a call
for service from the Cavazos residence where they had accused Munoz of damaging
their vehicle. He stated someone from that family my have done this in retaliation.*

    *As I was speaking to Minerva Cavazos in regards to case #02-1806, her sister,
Alicia Roberts arrived. Before I left Alicia left.   She was driving a white 1998 Dodge
Neon with Texas license plates ZHJ85D. Right after I finished the call at Munoz
Roofing units were dispatched to 829 W. White (Munoz residence) in reference to a
disturbance. Officer David Robles was the officer investigating this call. He informed
me that during a verbal argument between Alicia, Harry and Minerva Cavazos and
Carmela Munoz (Luis's wife) Alicia supposedly told Carmela that she had "gotten
even". This could be interpreted as gotten even with Munoz for damaging Minerva's
vehicle.*

    *I advised Munoz to contact the police department if he had any additional
information.*

                                              *PENDING*

*Reporting
Officer* ___Cpl. Michael A. ____ ___  *Badge* 32 *Date* 10-31-02 *Page 2 of 2*

# RAYMONDVILLE POLICE DEPARTMENT

**OFFENSE NO** 02-1807

**TIME & DATE COMPLETED** 2002 OCT 31 PM 10 45

50091

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED |
| --- | --- | --- |
| 10:15 pm | 10:15 pm | 10:15 pm |

**PERSON REPORTING** ☐ VICTIM

**PHONE NO** 689-2441

**LOCATION OF CALL** Munoz Roofing ☐ INSIDE ☐ OUTSIDE

**ADDRESS OF** ☐ PERSON REPORTING ☐ VICTIM ☐ COMP

Cpl Gass

**NATURE OF CALL** Criminal Mischief

**HOW RECEIVED**
☐ PHONE ☐ RADIO
☐ PERSON ☐ 911

RPD

**DISPATCHED BY:** 201

**OFFICER(S) ASSIGNED** 32

**BACK-UP OFFICER(S)**

**PERSON:** ☐ STOLEN ☐ RECOVERED ☐ MISSING ☐ OTHER
☐ WANTED

**VEHICLE INFO:** ☐ TRF ☐ IMP

| YEAR | STYLE | COLOR | MAKE | MODEL | LICENSE NO | STATE | YEAR |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |

| RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

**ADDITIONAL INFORMATION**

**JUVENILE INVOLVED**
Suspect ☐ Victim ☐ Witness ☐

**RAYMONDVILLE POLICE DEPARTMENT**
Offense Report I

CASE NUMBER
02-1806

1. TYPE OF OFFENSE
Criminal Mischief o "1,500 u $20,000 PC28.03

☒ FELONY
☐ MISDEMEANOR
☐ FELONY
☐ MISDEMEANOR

2. UCR CLASSIFICATION

4. TYPE OF CRIME (UCR)

5. DATE OFFENSE REPORTED
10-31-02

6. TIME OFFENSE REPORTED
9:41 pm

7. OFFENSE OCCURRED

| | EARLIEST | LATEST |
|---|---|---|
| DATE | 10-31-02 | 10-31-02 |
| TIME | 9:15 pm | 9:35 pm |

8. LOCATION OF OFFENSE (STREET ADDRESS)
847 W. White (SW)

9. FIRM NAME (IF COMMERCIAL)

10. SCHOOL NAME

11. DAY(S) OF WEEK OF OCCURRENCE
S  M  T  W  ☒  F  S

12. VICTIM'S NAME (LAST, FIRST, MIDDLE)

13. RESIDENCE ADDRESS

14. RES. PHONE

15. VICTIM DOB

16. SEX

17. RACE

18. EMPLOYER/SCHOOL

19. BUS./SCHOOL ADDRESS

20. BUS. PHONE

21. V ☒  S ☒
22. NAME (LAST, FIRST, MIDDLE)
Cavazos, Minerva

23. RESIDENCE ADDRESS
847 W. White

24. RES. PHONE
690-0361

25. DOB
03-17-57

26. SEX
F

27. RACE
W

28. EMPLOYER/SCHOOL

29. BUS./SCHOOL ADDRESS

30. BUS. PHONE

31. VICTIM/SUSPECT

| I ☐ STRANGER | I  II ☐ AQUAINTANCE | ☐ UNKNOWN | ☐ BUSINESS | ☒ VEHICLE | OTHER: |
| I  II ☐ RELATIVE | I  II ☐ OTHER | ☐ RESIDENCE | ☐ OTHER STRUCT | ☐ STREET/ALLEY | |

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E  S | | | | | | | |
| R  S | | | | | | | |
| E  S | | | | | | | |
| R  S | | | | | | | |
| E  S | | | | | | | |
| R  S | | | | | | | |
| E ☒ S | | Paint | | | | | $3,000 |
| R ☒ S | 48. LIC. NO. R63 PDL | 42. STATE TX | 43. VEH. YR. 2003 | 44. MAKE mitsubishi | 45. MODEL Eclipse | 46. COLOR gray | 47. VALUE |

49. VIN NUMBER
4A3AC46E33E014943

50. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS
damaged paint

58. CHECK IF OTHER ITEMS ON OR III ☐

51. NARRATIVE OF OFFENSE (BRIEF)
On 10-31-02 I made contact with reporting party. She reported unknown suspect damaged above vehicle. Incident occurred at above date, time and location

Pending

52. EVIDENCE DISPOSITION
photos taken, attatched to report

53. DO NOT WRITE IN THIS SPACE

54. CLEARED

| | INITIALS | |
|---|---|---|
| REVIEWED | | CLEARED-ADULT ARREST |
| CLASSIFIED | | CLEARED-EXCEPTION |
| INDEXED | | CLEARED-JUV. DET. |
| FILED | | CLEARED-EXCEPTION/JUV. |

55. REPORTING OFFICER
Cpl. Michael A. Thom

56. DATE OF REPORT
10-31-02

57. RPD ID NO
32

59. DATE/TIME ASSIGNED
UNFOUNDED
OTHER CLEARED EXCEPT.
SUSPENDED/CLOSED

58. DETECTIVE ASSIGNED

60. ATTACHMENT
☒ OR II  ☐ OR III  ☐ CUSTODY REPORT  ☐ OTHER

61. DATE OF DISPOSITION

62. CLEARED BY: (ID NO.)

40: liquid - suspect applied liquid to vehicle damaging paint

*Raymondville Police Department*
*Offense Report II*

**Offense**                                              Case #: *02-1806*
Criminal Mischief o $1,500 u $20,000 PC 28.03           Date: *10-31-02*
                                                        Connected Case: *02-1807*

Victim: Cavazos, Minerva

      *On 10-31-02 at approximately 9:41 pm I was dispatched to 847 W. White in reference to criminal mischief. Upon arrival I made contact with the victim, Minerva Cavazos. She stated at approximately 9:15 pm she had received a phone call from her son to pick him up after the football game. She stated she arrived back home at around 9:25 pm. She stated as she arrived home she noticed her neighbor, Luis Munoz, standing outside his residence near the curb with another male individual she could not identify. She stated Munoz had an unidentifiable item in his hand. She stated she drove her vehicle, a gray 2003 Mitsubishi Eclipse (Texas license plates R63PDL), into her driveway (north side of residence). Cavazos stated she went inside her residence. She stated around ten minutes later she received another phone call. She stated she went outside to talk on the phone. Cavazos stated when she did she went next to her vehicle. She stated at this time she discovered someone had damaged the vehicle. She showed me some type of liquid had been poured over the hood and right side of the vehicle. I noticed the paint on the right side of the vehicle was bubbling up and some areas the paint had completely fallen off. The paint on the hood was bubbled up. There was also damage to the right side view mirror from the liquid. I noticed some of the liquid had dripped and there were splattering below the right door. The liquid was yellowish and thick. Cavazos valued the damages at around $3,000.*

      *Cavazos stated she believes Munoz did this or had someone do this to her vehicle. She stated there is a long and ongoing dispute between her family and the Munoz's.*

      *I then went to the Munoz's residence, which is next door (east of) the victim's. He stated he had been inside most of the time since 8:00 pm. He stated the only time he went outside was when on of his guests arrived at his home. He stated he went outside to help the female guest pick her purse up out of the water that was standing in the curb. I also spoke with Ben Capetillo (Rt. 1 Box 121 Raymondville, 689-9565, DOB: 08-06-60). He confirmed what Munoz had stated.*

      *I advised the victim to contact the Raymondville Police Department if she had any additional information.*

                                            *PENDING*

Reporting
Officer _Cpl. Michael A. Ros_ _____     Badge *32* Date *10-31-02* Page 2 of 2

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO __02-1004__

500888

| | | |
|---|---|---|
| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED |
| 2002 OCT 31 PM 9 41 | 2002 OCT 31 PM 9 41 | 2002 OCT 31 |

TIME & DATE COMPLETED
2002 OCT 31 PM 10 1 □ INSIDE □ OUTSIDE

PERSON REPORTING □ VICTIM
Minnie Cavazos

ADDRESS OF □ PERSON REPORTING □ VICTIM □ COMP
847 w White

PHONE NO
620-5361

LOCATION OF CALL
847 w White

NATURE OF CALL
Criminal mischirf 2/500

HOW RECEIVED
□ PHONE   □ RADIO
□ PERSON
□ 911

DISPATCHED BY:
201

OFFICER(S) ASSIGNED
32

BACK-UP OFFICER(S)

| /EHICLE INFO: | □ TRF | □ IMP | PERSON: | □ STOLEN | □ RECOVERED | □ OTHER |
| | | | | □ WANTED | □ MISSING | □ OTHER |

| YEAR | COLOR | MAKE | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| YEAR | STYLE | COLOR | MODEL | MAKE | STATE | LICENSE NO |
|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION



RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

DISORDERLY CONDUCT X 2 P.C. 42.01                    CASE # 02-1759
                                                     DATE: 102502

R.O. SOLIS, DANIEL

VICTIM:     MUNOZ, MARIA        188 TEXAS DRIVE    689-0830    090274
            F    W

WITNESS:    MUNOZ, OMEL         188 TEXAS DRIVE    689-0830    113069

SUSPECT:    CAVAZOS, MINERVA    847 WEST WHITE     690-0361    031757
            F    W

ON FRIDAY 102502 AT ABOUT 4:12PM I WAS DISPATCHED TO 188 TEXAS DRIVE IN REFERENCE TO DISORDERLY CONDUCT.

UPON ARRIVAL, I MADE CONTACT WITH VICTIM, REPORTING PARTY MARIA MUNOZ WHO TOLD ME THAT MINERVA CAVAZOS EXTENDED HER MIDDLE FINGER. MARIA SAID THAT MINERVA WAS PASSED BY AT AROUND 3:40PM IN GREY MITSUBISHI 2DR VEHICLE. MINERVA PASSED BY AGAIN AT AROUND 3:50PM AND AGAIN EXTENDED HER MIDDLE FINGER TO HER HAND. MARIA SAID SHE WAS OFFENDED AND DOES NOT KNOW WHY MINERVA IS ACTING LIKE A CHILD. MINERVA THEN DROVE OFF IN HER GREY 2DR VEHICLE. MINERVA HAS BEEN CAUSING PROBLEM IN THE PAST TO THE PRESENT. MARIA'S HUSBAND, OMEL MUNOZ SAID HE WAS OUTSIDE WASHING THE CAR WHEN MINERVA DROVE AND FLIPPED THEM OFF.

MARIA ALSO SAID THAT ON 102302 WHILE SHE WAS MAKING A REPORT FOR AGGRAVATED ASSAULT WITH A MOTOR VEHCILE AT THE POLICE STATION, MINERVA'S SON THREW HER THE FINGER. MARIA SAID SHE IS TIRED OF THE WAY MINERVA AND HER FAMILY ARE TREATING HER. MARIA WANTS IT TO STOP ALREADY. SHE WANTS TO FILE CHARGES AGAINST MINERVA.

CASE PENDING

OFFICER DANIEL SOLIS    102    102502          I OF I

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO. 02-1154

49883

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| 4:12 pm | 5:04 pm | 5:08 pm | 5:19 pm |

☐ PERSON REPORTING   ☐ VICTIM

PERSON REPORTING: Maria C. Munoz

| ADDRESS OF ☐ PERSON REPORTING ☐ VICTIM | PHONE NO | LOCATION OF CALL |
|---|---|---|
| 188 Texas Dr. | 684-0830 | 188 Texas Dr. |

☐ VICTIM   ☐ COMP   ☐ INSIDE ☐ OUTSIDE

NATURE OF CALL: Disorderly Conduct X2

| HOW RECEIVED | DISPATCHED BY: | OFFICER(S) ASSIGNED | BACK-UP OFFICER(S) |
|---|---|---|---|
| ☒ PHONE ☐ RADIO ☐ 911 | 201 | 102 | |

PERSON: ☐ STOLEN ☐ RECOVERED ☐ WANTED ☐ MISSING ☐ OTHER

| PERSON: | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

VEHICLE INFO: ☐ TRF ☐ IMP

| YEAR | STYLE | COLOR | MAKE | MODEL | STATE | LICENSE NO |
|---|---|---|---|---|---|---|
| | | | | | | |

ADDITIONAL INFORMATION