**JUVENILE INVOLVED**
Suspect ☐ Victim ☐ Witness ☐

**RAYMONDVILLE POLICE DEPARTMENT**
Offense Report I

CASE NUMBER
02-1758

| 1. TYPE OF OFFENSE | | FELONY | UCR CLASSIFICATION |
|---|---|---|---|
| Harassment by Phone P.C. 42.07 | | ✔ MISDEMEANOR | |
| 1. TYPE OF OFFENSE | | FELONY | 4. TYPE OF CRIME (UCR) |
| | | MISDEMEANOR | |

| 5. DATE OFFENSE REPORTED | 6. TIME OFFENSE REPORTED | 7. OFFENSE OCCURRED | |
|---|---|---|---|
| 102502 | 4:12pm | EARLIEST | LATEST |
| 8. LOCATION OF OFFENSE (STREET ADDRESS) | | DATE | DATE |
| 188 Texas Drive      -(SE) | | 102502 | 102502 |
| 9. FIRM NAME (IF COMMERCIAL) | | TIME | TIME |
| | | 10:00AM | 4:00PM |

| 10. SCHOOL NAME | 11. DAY(S) OF WEEK OF OCCURRENCE |
|---|---|
| | S  M  T  W  T ☒ S |

| 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 13. RESIDENCE ADDRESS | 14. RES. PHONE |
|---|---|---|
| I | | |

| 15. VICTIM DOB | 16. SEX | 17. RACE | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |
|---|---|---|---|---|---|

| 21. V | RP | 22. NAME (LAST, FIRST, MIDDLE) | 23. RESIDENCE ADDRESS | 24. RES. PHONE |
|---|---|---|---|---|
| II | ✔ | Muñoz, Maria | 188 Texas Drive | 689-0830 |

| 25. DOB | 26. SEX | 27. RACE | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |
|---|---|---|---|---|---|
| 090274 | F | W | — | — | |

| 31. VICTIM/SUSPECT | | | 32. PLACE OF ATTACK | | OTHER: |
|---|---|---|---|---|---|
| I ☒ II STRANGER | I II AQUAINTANCE | | ☐ UNKNOWN | ☐ BUSINESS | ☐ VEHICLE |
| I II RELATIVE | I II OTHER | | ☒ RESIDENCE | ☐ OTHER STRUCT | ☐ STREET/ALLEY |

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E R | S O | | | | | | |
| E R | S O | | | | | | |
| E R | S O | | | | | | |
| E R | S O | | | | | | |
| E R | S O | | | | | | |

| | 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|---|
| E R | | | | | | | |

| 48. VIN NUMBER | 49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS | 50. CHECK IF OTHER ITEMS ON OR III ☐ |
|---|---|---|

**51. NARRATIVE OF OFFENSE (BRIEF)**

On Friday 102502 unknown suspects called victim, reporting party to harass, annoy, and torment over the phone

Case Pending

| 52. EVIDENCE DISPOSITION | 53. DO NOT WRITE IN THIS SPACE | | 54. DISPOSITION |
|---|---|---|---|
| | | INITIALS | CLEARED-ADULT ARREST |
| 55. REPORTING OFFICER | REVIEWED | | CLEARED-EXCEPTION |
| Daniel Sal. | CLASSIFIED | | CLEARED-JUV. DET. |
| 56. DATE OF REPORT   57. RPO ID NO | INDEXED | | CLEARED-EXCEPTION/JUV. |
| 102502        102 | FILED | SF003423 | UNFOUNDED |
| 58. DETECTIVE ASSIGNED | 59. DATE/TIME ASSIGNED | | OTHER CLEARED EXCEPT. |
| | | | SUSPENDED/CLOSED |
| 60. ATTACHMENT | 61. DATE OF DISPOSITION | | 62. CLEARED BY: (ID NO.) |
| ☒ OR II  ☐ OR III  ☐ CUSTODY REPORT  ☐ OTHER | | | |

M.O unknown suspects) used hands, body to call over the phone to harass, annoy

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

HARASSMENT BY PHONE P.C. 42.07                     CASE # 02-1758
                                                   DATE: 102502

R.O. SOLIS, DANIEL

VICTIM:      MUNOZ, MARIA      188 TEXAS DRIVE    689-0830    090274
             F   W

WITNESS:     MUNOZ, OMEL       188 TEXAS DRIVE    689-0830    113069

SUSPECT:     CAVAZOS, MINERVA  847 WEST WHITE     690-0361    031757
             F   W


     ON FRIDAY 102502 AT ABOUT 4:12PM I WAS DISPATCHED TO 188 TEXAS DRIVE IN
REFERENCE TO HARASSMENT BY PHONE.

     UPON ARRIVAL, I MADE CONTACT WITH VICTIM, REPORTING PARTY MARIA
MUNOZ WHO TOLD ME THAT UNKNOWN SUSPECT(S) HAVE BEEN CALLING HER
RESIDENCE AND USING PROFANITIES. MARIA SAID THAT AN UNKNOWN FEMALE
CALLER CALLED TODAY AT AROUND 10:15AM TO HER RESIDENCE AND SAID, "PINCHE
PUTA TE VOY ADAR UNA PUTISA." MARIA ASKED WHO IT WAS AND THE UNKNOWN
FEMALE CALLER SAID, "NO NECESITAS SABER QUIEN ES." UNKNOWN FEMALE CALLER
THEN HUNG UP THE PHONE. MARIA SAID SHE DID NOT RECOGNIZE THE VOICE. MARIA
SAID THE UNKNOWN FEMALE CALLER CALLED AGAIN AT AROUND 10:20AM AND SAID,
"TELL YOUR FUCKING HUSBAND HE IS GOING TO GET IT BAD." MARIA DOES SUSPECT IT
BEING MINERVA CAVAZOS. MINERVA HAS BEEN CAUSING PROBLEMS FOR MARIA IN THE
PAST TO THE PRESENT. MARIA SAID SHE DID HAVE A CALLER ID, BUT THE NUMBER WAS
MARKING PRIVATE. I TOLD MARIA THAT SHE COULD CALL THE TELEPHONE COMPANY'S
HARASSMENT PHONE LINE. IT WOULD HELP HER DETERMINE WHO THE UNKNOWN
CALLER IS. SHE WOULD HAVE TO WRITE DOWN THE TIMES AND DATES UNKNOWN
CALLER IS CALLING, SO THAT SHE COULD INFORM THE PHONE COMPANY AND AT THE
END OF THE MONTH THE PHONE COMPANY WOULD FAX THE POLICE STATION HER
PHONE CALL STATEMENT. I GAVE MARIA THE CASE NUMBER TO CASE, SO THAT SHE
COULD TELL THE PHONE COMPANY OF THE CASE SHE FILED.


CASE PENDING


OFFICER DANIEL SOLIS   102   102502              2 OF 2

# RAYMONDVILLE POLICE DEPARTMENT

49872 Pending

OFFENSE NO 02-1158

**TIME & DATE REPORTED**
2002 OCT 25 PM 4:20

**TIME & DATE DISPATCHED**
2002 OCT 25 PM 5:07

**TIME & DATE ARRIVED**
2002 OCT 25 PM 5:19

**TIME & DATE COMPLETED**
☐ INSIDE  ☐ OUTSIDE

**PERSON REPORTING** ☐
Maria C. Muñoz

**ADDRESS OF** ☐ PERSON REPORTING
188 Texas Dr.

☐ VICTIM  ☐ COMP **PHONE NO**
689-0830

**HOW RECEIVED**
☒ PHONE  ☐ RADIO
☐ PERSON  ☐ 911

☐ TRF  ☐ IMP

**DISPATCHED BY:**
201

**PERSON:** ☐ STOLEN  ☐ WANTED  ☐ RECOVERED  ☐ MISSING  ☐ OTHER

**LOCATION OF CALL**
188 Texas Dr.

**NATURE OF CALL**
Harrasment by Phone
Disorderly Conduct x2

**OFFICER(S) ASSIGNED**
102

**BACK-UP OFFICER(S)**

**VEHICLE INFO:**

| YEAR | STYLE | COLOR | MAKE | MODEL | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|------|-------|-------|------|-------|------|-----|-----|------|------|------|-----|

| YEAR | STATE | LICENSE NO |
|------|-------|------------|

**ADDITIONAL INFORMATION**



RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

02-1753
102402

OFFENSE: DISORDERLY CONDUCT P.C.42.01

VICTIM/RP: LUIS MUNOZ
D.O.B.02-01-64
827 W. WHITE ST.
RAYMONDVILLE, TX. 78580
689-6663
357-2164

SUSPECT: MINERVA CAVAZOS
829 W. WHITE
RAYMONDVILLE, TX. 78580
(VICTIM'S NEIGHBOR)


ON THURSDAY, OCTOBER 24, 2002 AT 3:49PM I WAS RADIO DISPATCHED TO THE
CORNER OF 7TH AND MAIN IN REFERENCE TO DISORDERLY CONDUCT.

UPON ARRIVAL I MADE CONTACT WITH LUIS MUNOZ. HE ADVISED ME THAT HIS
NEXT DOOR NEIGHBOR MINERVA CAVAZOS PASSED BY HIS WORK SITE ABOUT
FOUR TIMES. EACH TIME SHE PASSED BY SHE WOULD DIRECT HAND GESTURES
TOWARD HIM BY EXTENDING HER MIDDLE FINGER. THIS INITIATED AROUND
3:30PM. MR. MUNOZ WAS ABLE TO TAKE A POLAROID OF MINERVA PASSING BY
HIS WORK SITE LOCATED AT 7TH AND MAIN. MR. MUNOZ STATED THAT MINERVA
ALSO PASSED BY THE WORK SITE AND TOOK PHOTOS OF MR. MUNOZ AND HIS
EMPLOYEES.

MR. MUNOZ SAID THAT SOMETIMES MINERVA CALLS HIS OFFICE AT 689-3591
AND STARTS TELLING HIM PROFANITIES OVER THE PHONE SUCH AS, "YOU AIN'T
GUNNA TAKE OUR FUCKING HOUSE AWAY". MR. MUNOZ DOES WISH TO FILE
DISORDERLY CONDUCT CHARGES ON MINERVA CAVAZOS.

MR. MUNOZ HAS A FORECLOSURE SET ON MINERVA'S RESIDENCE. HE DID SOME
REMODELING ON THE HOUSE AND NEVER GOT COMPENSATED FOR IT. MR.
MUNOZ ADVISED THE HOUSE MIGHT BE TAKEN AWAY FROM THE CAVAZOS
FAMILY SOON. HE STRONGLY BELIEVES THIS IS WHAT IS CAUSING THE
PROBLEMS BETWEEN HIS NEIGHBORS.

A CASE NUMBER WAS GIVEN TO MR. MUNOZ AND A REPORT WAS FILED.
REPORTING OFFICER ELI CANO        PAGE 1 OF 1                    PENDING

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO 02-1753

| | | |
|---|---|---|
| **HOW RECEIVED** | **TIME & DATE REPORTED** | 2002 OCT 24 PM 3 49 |
| ☑ PHONE  ☐ RADIO | ☐ PERSON REPORTING  ☐ VICTIM | |
| ☐ PERSON  ☐ 911 | **TIME & DATE DISPATCHED** | 2002 OCT 24 PM 3 49 |

**ADDRESS OF** ☐ PERSON REPORTING  ☐ VICTIM  ☐ COMP

Luis Munoz                   None Given

**PHONE NO**

**TIME & DATE ARRIVED**

**LOCATION OF CALL**  7th & Main  Nina's Auto Supply   ☐ INSIDE  ☐ OUTSIDE

**TIME & DATE COMPLETED**   2002 OCT 24 PM 3 56

**NATURE OF CALL**   Disorderly Conduct

**DISPATCHED BY:**  None Available

**PERSON:**  201

**OFFICER(S) ASSIGNED**  161

**BACK-UP OFFICER(S)**

| VEHICLE INFO.: | ☐ TRF | ☐ IMP | PERSON: | ☐ STOLEN | ☐ WANTED | ☐ RECOVERED | ☐ MISSING | ☐ OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| COLOR | MAKE | MODEL | RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |
| YEAR | | | | | | | | | |
| STYLE | | | | | | | | | |
| YEAR | STATE | LICENSE NO | | | | | | | |

**ADDITIONAL INFORMATION**

CP advised someone parked by his vehicle & blocked him in.



| JUVENILE INVOLVED Suspect ☐ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT Offense Report I | CASE NUMBER 02-1744 |
|---|---|---|

**1. TYPE OF OFFENSE** Aggravated Assault w/ Motor Vehicle P.C. 22.02  
FELONY / MISDEMEANOR  
**1. UCR CLASSIFICATION**

**2. TYPE OF OFFENSE** Assault causing Bodily Injury P.C. 22.01  
FELONY / MISDEMEANOR  
**4. TYPE OF CRIME (UCR)**

**5. DATE OFFENSE REPORTED** 102302  
**6. TIME OFFENSE REPORTED** 4:57p  
**7. OFFENSE OCCURRED**

**6. LOCATION OF OFFENSE (STREET ADDRESS)** 200 Blk S. 7th Street     (S)

| | EARLIEST | LATEST |
|---|---|---|
| DATE | 102302 | DATE 102302 |
| TIME | 4:45 pm | TIME 5:08 pm |

**9. FIRM NAME (IF COMMERCIAL)**

**10. SCHOOL NAME**

**11. DAY(S) OF WEEK OF OCCURRENCE** S M T [X] T F S

**I**
**12. VICTIM'S NAME (LAST, FIRST, MIDDLE)** Munoz, Maria Christina  
**13. RESIDENCE ADDRESS** 180 Texas Drive  
**14. RES. PHONE** 689-0830

**15. VICTIM DOB** 090274  
**16. SEX** F  
**17. RACE** W  
**18. EMPLOYER/SCHOOL** —  
**19. BUS./SCHOOL ADDRESS** —  
**20. BUS. PHONE** —

**II**
**21. V** **RP** **22. NAME (LAST, FIRST, MIDDLE)** Cavazos Minerva  
**23. RESIDENCE ADDRESS** 847 W White  
**24. RES. PHONE** 689-0361

**25. DOB** 031757  
**26. SEX** F  
**27. RACE** W  
**28. EMPLOYER/SCHOOL** —  
**29. BUS./SCHOOL ADDRESS** —  
**30. BUS. PHONE** —

**31. VICTIM/SUSPECT**
| I | II | STRANGER | | I | II | AQUAINTANCE |
| I | II | RELATIVE | | II | | OTHER |

**32. PLACE OF ATTACK**
☐ UNKNOWN ☐ BUSINESS ☐ VEHICLE  
☐ RESIDENCE ☐ OTHER STRUCT ☐ STREET/ALLEY  
OTHER:

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E R S | | | | | | | |
| R O D | | | | | | | |
| E R S | | | | | | | |
| R O D | | | | | | | |
| E R S | | | | | | | |
| R O D | | | | | | | |
| E R S | | | | | | | |
| R O D | | | | | | | |

| | 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**48. VIN NUMBER** | **49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS** | **50. CHECK IF OTHER ITEMS ON OR III** ☐

**51. NARRATIVE OF OFFENSE (BRIEF)**  
On Wednesday 102302 victims stated they were both assaulted by each other.

Case Pending

**52. EVIDENCE DISPOSITION** Photo attached to report

**53. DO NOT WRITE IN THIS SPACE** | INITIALS |
| REVIEWED | |
| CLASSIFIED | |
| INDEXED | |
| FILED | |

**54. DISPOSITION**
☐ CLEARED-ADULT ARREST  
☐ CLEARED-EXCEPTION  
☐ CLEARED-JUV. DET.  
☐ CLEARED-EXCEPTION/JUV.  
☐ UNFOUNDED  
☐ OTHER CLEARED EXCEPT.  
☐ SUSPENDED/CLOSED

**55. REPORTING OFFICER** Daniel Saenz  
**56. DATE OF REPORT** 102302  
**57. RPD ID NO** 102

**59. DETECTIVE ASSIGNED** | **59. DATE/TIME ASSIGNED**

**60. ATTACHMENT** [X] OR II ☐ OR III ☐ CUSTODY REPORT ☐ OTHER | **61. DATE OF DISPOSITION** | **62. CLEARED BY: (ID NO.)**

M.O. Suspects used hands, feet, and body to assault victim.

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

AGGRAVATED ASSAULT W/ MOTOR VEHICLE P.C. 22.02          CASE # 02-1744
ASSAULT CAUSING BODILY INJURY P.C. 22.01                DATE: 102302

R.O. SOLIS, DANIEL

SUSPECT/ VICTIM:    CAVAZOS, MINERVA   847 WEST WHITE   031757 689-0361
                    F   W   504   120   BLK   BRO   LIGHT

SUSPECT/ VICTIM:    MUNOZ, MARIA CHRISTINA   180 TEXAS DRIVE   090274
                    F   W   505   130   BLK   BRO   MEDIUM   689-0830

WITNESS:            CAVAZOS, MICHAEL   847 WEST WHITE   100587   689-0371


ON WEDNESDAY 102002 AT ABOUT 4:57PM I MET WITH VICTIM, REPORTING PARTY
MINERVA CAVAZOS AT THE POLICE STATION IN REFERENCE TO AN ASSAULT CAUSING
BODILY INJURY. MINERVA TOLD ME THAT MARIA CHRISTINA MUNOZ ASSAULTED HER
WHEN SHE WAS AT THE DOLLAR GENERAL STORE PARKING LOT LOCATED ON THE 200
BLOCK SOUTH 7TH STREET. MINERVA SAID THAT HER SON WAS INSIDE DOLLAR GENERAL
AND SHE WAS WAITING FOR HIM IN THE CAR. MINERVA OBSERVED A MALE SUBJECT BY
THE NAME OF OMEL MUNOZ WALK INTO THE STORE. MINERVA'S SON MICHAEL
CAVAZOS EXITED DOLLAR GENERAL AND STEPPED INTO THE CAR. MINERVA THEN
TURNED HER HEAD TOWARDS THE DRIVER SIDE WINDOW TO SEE IF THERE WAS ANY
TRAFFIC, SO THAT SHE COULD REVERSE. MINERVA THEN SAW MARIA STANDING IN
FRONT OF HER DOOR. MINERVA ROLLED HER WINDOW DOWN. MARIA TOLD MINERVA
SOMETHING, BUT MINERVA COULD NOT UNDERSTAND WHAT MARIA HAD SAID. MARIA
TOLD MINERVA TO GET OUT OF THE CAR TO FIGHT. MINERVA SAID NO. MINERVA SAID
SHE STARTED TO ROLL UP THE DRIVER SIDE WINDOW WHEN MARIA SWUNG HER LEFT
ARM AND STRUCK MINERVA ON THE RIGHT SIDE OF HER FACE. MINERVA SAID SHE FELT
A STINGING PAIN. MINERVA MANAGED TO CLOSE HER WINDOW. MINERVA THEN SAID
SHE CONTINUED TO REVERSE AND ATTEMPTED TO GO FORWARD WHEN MARIA WAS
STILL IN FRONT OF HER VEHICLE. MINERVA SAID SHE JUST WANTED TO LEAVE, SO THAT
SHE COULD FILE A REPORT WITH AN OFFICER. MARIA THEN RAN ACROSS THE STREET
ALMOST GETTING STRUCK BY AN UNKNOWN VEHICLE. MARIA STEPPED INTO A RED
FORD ESCORT. MINERVA SAID SHE IMMEDIATELY DROVE TO THE POLICE STATION TO
MAKE A REPORT. THERE WAS REDNESS TO THE RIGHT SIDE OF MINERVA'S FACE.
PICTURE WAS TAKEN OF THE RIGHT SIDE OF MINERVA'S FACE.


AFTER SPEAKING WITH MINERVA, MARIA CHRISTINA MUNOZ WALKED INTO THE
POLICE STATION WANTING TO FILE A REPORT FOR AGGRAVATED ASSULT WITH A MOTOR
VEHICLE. MARIA TOLD ME THAT SHE PARKED IN FRONT OF SECURITY FINANCE
LOCATED ON THE 200 BLOCK SOUTH 7TH STREET. MARIA SAID SHE WALKED ACROSS THE
STREET TO GO LOOK FOR HER HUSBAND OMEL INSIDE DOLLAR GENERAL. MARIA SAID
SHE SAW MINERVA IN HER GREY VEHICLE. MARIA SAID THAT MINERVA MOVED HER
VEHICLE FORWARD ALMOST HITTING HER. MARIA SAID SHE HAD TO JUMP BACK TO
AVOID GETTING HIT. MINERVA THEN TOLD MARIA, "MOVE OUT OF THE WAY BITCH."
MARIA ASKED MINERVA, "YOU WANT TO KILL ME OR WHAT." MINERVA THEN SAID,
"YES, I WANT TO KILL YOU AND ALL YOUR FUCKING FAMILY." MINERVA THEN

OFFICER DANIEL SOLIS   102   102302          2 OF 3

REVERSED AND AGAIN MOVED HER VEHICLE FORWARD. MARIA SAID THAT MINERVA ALMOST HIT HER AGAIN. MARIA THEN SAID THAT MINERVA DROVE HER VEHICLE FORWARD AND MINEVA REACHED OUT OF HER CAR AND STRUCK MARIA ON HER LEFT ARM. MINERVA ALSO TRIED HOLDING ON TO HER SHIRT. MARIA PULLED AWAY AND STRUCK MINERVA ON THE RIGHT SIDE OF HER FACE WITH HER LEFT ARM. MARIA SAID SHE WAS IN FEAR OF HER LIFE, SO SHE RAN ACROSS THE STREET AND STEPPED INTO HER VEHICLE. MARIA HAD NO REDNESS OR SWELLING ON HER LEFT ARM. MARIA AND MINERVA WANT TO FILE CHARGES AGAINST EACH OTHER. THIS HAS BEEN AN ONGOING DISPUTE BETWEEN THESE TWO PARTIES. BOTH PARTIES WERE REFERRRED TO CID, SO THAT THEY COULD MAKE STATEMENTS.

CASE PENDING

OFFICER DANIEL SOLIS    102    102302         3 OF 3

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE No. 023-144

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| 49806 2002 OCT 23 PM 4 57 | 2002 OCT 23 PM 4 58 | 2002 OCT 23 PM 5 00 | 2002 OCT 23 PM 5 00 |

☐ PERSON REPORTING ☐ VICTIM

**PERSON REPORTING:** Minnie Cavazos

LOCATION OF CALL: 522 W. Hidalgo

TIME & DATE COMPLETED  ☐ INSIDE  ☐ OUTSIDE

ADDRESS OF ☐ PERSON REPORTING ☐ VICTIM ☐ COMP

847 W White

NATURE OF CALL: Assault by Causing Bodily Inj.
wa to speak to Chief Muller

| HOW RECEIVED | DISPATCHED BY: | OFFICER(S) ASSIGNED | BACK-UP OFFICER(S) |
|---|---|---|---|
| ☐ PHONE ☐ RADIO ☐ 911 ☐ PERSON | 201 | Unit 102 | Unit 1 |

VEHICLE INFO: ☐ TRF ☐ IMP    PERSON: ☐ STOLEN ☐ WANTED ☐ RECOVERED ☐ MISSING ☐ OTHER

| YEAR | COLOR | MAKE | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|

| STYLE | MODEL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION: Advised she had just been assaulted

| YEAR | STATE | LICENSE NO | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

2002 OCT 23 PM 5 22
Percival

**RAYMONDVILLE POLICE DEPARTMENT**   2002 OCT 23 PM 5 58   OFFENSE NO. 6 21

2002 OCT 23 PM 5 58

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| ☐ PERSON REPORTING | ☐ VICTIM   PHONE NO | LOCATION OF CALL | ☐ INSIDE  ☐ OUTSIDE |
| ADDRESS OF ☐ PERSON REPORTING  ☐ VICTIM  ☐ COMP | | 188 Texas Drive | |

VICTIM: Christina Munoz   689-0830

ADDRESS: 188 Texas Drive

NATURE OF CALL: Aggrevated Assault - MV

| HOW RECEIVED | DISPATCHED BY: | OFFICER(S) ASSIGNED | BACK-UP OFFICER(S) |
|---|---|---|---|
| ☒ PHONE  ☐ RADIO | 201 | 102 | |
| ☐ PERSON  ☐ 911 | | | |

| VEHICLE INFO: | ☐ TRF | ☐ IMP | MAKE | PERSON: | ☐ STOLEN | ☐ RECOVERED | ☐ OTHER |
|---|---|---|---|---|---|---|---|
| | | | | | ☐ WANTED | ☐ MISSING | ☐ OTHER |

| YEAR | COLOR | | MODEL | RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|---|

| STYLE | | | | | | | ADDITIONAL INFORMATION |
|---|---|---|---|---|---|---|---|

| YEAR | STATE | LICENSE NO | | | | | |
|---|---|---|---|---|---|---|---|

*Raymondville Police Department*
*Offense Report II*

*Offense*                                                    *Case #: 02-1700J*
*Criminal Mischief o $50 u $500 PC 28.03*                    *Date: 10-19-02*

*Victim: Munoz, Luis*

*Suspects: Dominguez, Carlo, 966 W. White, 689-3731, DOB: 10-16-88, w/m*
*Medina, Macario, 794 E. Gem, 690-0299, DOB: 09-30-88, w/m*

On 10-19-02 at approximately 12:14 am I was dispatched to 829 W. White in reference to criminal mischief. Upon arrival I made contact with the victim, Luis Munoz. He stated just before 12:00 am on 10-18-02 he was arriving home. He stated as he drove up he saw three male juveniles running west away from his residence. He stated one of them was Carlo Dominguez (suspect) who lives down the street (east) from his residence. He stated the other was a male he only knew as "Mac". He stated Mac was a heavy set wearing an orange shirt. Munoz stated his children know the suspects and told him the names. Munoz stated when he got into his driveway he noticed there were eggs broken in the area in front of his front door. He also showed me a basketball hoop on a metal pole in his driveway. The backboard to the hoop was broken and bent forward over the hoop. He stated it would cost him $75 to replace the hoop and backboard.

Munoz stated that Dominguez lives on the second to the last residence on the north side of the 900 blk W. White just east of S. King. I then went to that residence, 966 W. White. There I made contact with Carlo and Macario, "Mac". Macario is heavy set and was wearing an orange shirt. They denied being at Munoz's residence. I then made contact with Anaceli Dominguez, Carlo's mother. She stated the boys had been at home alone until she arrived home from work at around 12:00 am.

Munoz stated he wishes to file charges on the suspects. I advised him to contact a detective at the police department in reference to this matter.

*PENDING*

Reporting
Officer  _____    Badge 32 Date 10-19-02 Page 2 of 2

| JUVENILE INVOLVED | RAYMONDVILLE POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| Suspect ☒ Victim ☐ Witness ☐ | Offense Report I | 02-1700J |

**1. TYPE OF OFFENSE:** Criminal Mischief 0>50 <*500 PC28.03

| | 2. UCR CLASSIFICATION |
|---|---|
| FELONY / MISDEMEANOR ☒ | 4. TYPE OF CRIME (UCR) |
| 3. TYPE OF OFFENSE: FELONY / MISDEMEANOR | |

**5. DATE OFFENSE REPORTED:** 10-18-02   **6. TIME OFFENSE REPORTED:** 11:55 pm

**9. LOCATION OF OFFENSE (STREET ADDRESS):** 829 W. white   (SW)

**9. FIRM NAME (IF COMMERCIAL):**

**10. SCHOOL NAME:**

| 7. OFFENSE OCCURRED | | |
|---|---|---|
| EARLIEST | LATEST | |
| DATE 10-18-02 | DATE 10-18-02 | |
| TIME 11:45 pm | TIME 11:45 pm | |

**11. DAY(S) OF WEEK OF OCCURRENCE:** S M T W T ☒ S

| 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 13. RESIDENCE ADDRESS | 14. RES. PHONE |
|---|---|---|
| 15. VICTIM DOB | 16. SEX | 17. RACE | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |

| 21. V ☒ RP ☒ | 22. NAME (LAST, FIRST, MIDDLE) Minez, Luis | 23. RESIDENCE ADDRESS 829 W. white | 24. RES. PHONE 689-6663 |
|---|---|---|---|
| 25. DOB 02-01-64 | 26. SEX M | 27. RACE W | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |

**31. VICTIM/SUSPECT**

| | I | II | | | I | II | |
|---|---|---|---|---|---|---|---|
| | | | STRANGER | | | ☒ | AQUAINTANCE |
| | | | RELATIVE | | | | OTHER |

**32. PLACE OF ATTACK:** ☐ UNKNOWN  ☐ BUSINESS  ☐ VEHICLE  OTHER: ☐ RESIDENCE  ☐ OTHER STRUCT  ☐ STREET/ALLEY

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E ☒ R S D | 1 | basket ball backboard | | | | | $75 |
| E R S D | | | | | | | |
| E R S D | | | | | | | |
| E R S D | | | | | | | |
| E R S D | | | | | | | |

| | 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|---|
| E R S D | | | | | | | |

**48. VIN NUMBER:**   **49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS:**   **50. CHECK IF OTHER ITEMS ON OR III** ☐

**51. NARRATIVE OF OFFENSE (BRIEF):**

On 10-19-02 I made contact with reporting party. He reported suspect, identified on OR II, damaged above item. Incident occurred at above date, time and location.

Perdina

**52. EVIDENCE DISPOSITION:**

| 53. DO NOT WRITE IN THIS SPACE | | INITIALS | 54. DISPOSITION |
|---|---|---|---|
| REVIEWED | | | ☐ CLEARED-ADULT ARREST |
| CLASSIFIED | | | ☐ CLEARED-EXCEPTION |
| INDEXED | | | ☐ CLEARED-JUV. DET. |
| FILED | | | ☐ CLEARED-EXCEPTION/JUV. |

**55. REPORTING OFFICER:** Cpl. Michael A. Foss

**56. DATE OF REPORT:** 10-19-02   **57. RPD ID NO:** 32

**58. DETECTIVE ASSIGNED:**   **59. DATE/TIME ASSIGNED:**

☐ UNFOUNDED
☐ OTHER CLEARED EXCEPT.
☐ SUSPENDED/CLOSED

**60. ATTACHMENT:** ☒ OR II  ☐ OR III  ☐ CUSTODY REPORT  ☐ OTHER

**61. DATE OF DISPOSITION:**   **62. CLEARED BY: (ID NO.)**

40: hands - Suspect damaged property without owner's consent

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO. 02-1'1003

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| 2002 OCT 19 AM 12 11 | 2002 OCT 19 AM 12 14 | 2002 OCT 19 AM 12 25 | 2002 OCT 19 AM 12 38 |

Sequence 2002 OCT 18 PM 11 55

**HOW RECEIVED**
☒ PHONE   ☐ RADIO
☐ PERSON   ☐ 911

☐ PERSON REPORTING   Mr. Munoz

ADDRESS OF ☐ PERSON REPORTING   ☐ VICTIM   ☐ COMP

☐ VICTIM   PHONE NO   689-6443

☐ INSIDE   ☐ OUTSIDE

LOCATION OF CALL   834 W. White

NATURE OF CALL   Criminal Mischief
Theft 0150-U1500

DISPATCHED BY:   201

OFFICER(S) ASSIGNED   32

PERSON: ☐ STOLEN ☐ WANTED ☐ RECOVERED ☐ MISSING ☐ OTHER

BACK-UP OFFICER(S)

**VEHICLE INFO:**   ☐ TRF   ☐ IMP

| YEAR | COLOR | MAKE | MODEL | STYLE | STATE | LICENSE NO |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

ADDITIONAL INFORMATION

| JUVENILE INVOLVED<br>Suspect ☐ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT<br>Offense Report I | CASE NUMBER<br>02 - 1438 |
|---|---|---|

**1. TYPE OF OFFENSE** HARASMENT PC. 42.07

FELONY ☐  MISDEMEANOR ☒

**3. UCR CLASSIFICATION**

**2. TYPE OF OFFENSE**

FELONY ☐  MISDEMEANOR ☐

**4. TYPE OF CRIME (UCR)**

| 5. DATE OFFENSE REPORTED<br>09-08-02 | 6. TIME OFFENSE REPORTED<br>7:03 pm | 7. OFFENSE OCCURRED | |
|---|---|---|---|

**8. LOCATION OF OFFENSE (STREET ADDRESS)** 829 W. WHITE RAYMONDVILLE, TX

| | EARLIEST | LATEST |
|---|---|---|
| DATE | 09-08-02 | DATE 09-08-02 |
| TIME | 7:03 Pm | TIME 7:24 Pm |

**9. FIRM NAME (IF COMMERCIAL)**

**10. SCHOOL NAME**

**11. DAY (S) OF WEEK OF OCCURRENCE**
S ☒ M ☐ T ☐ W ☐ T ☐ F ☐ S ☐

| | 12. VICTIM'S NAME (LAST, FIRST, MIDDLE)<br>MUNOZ, LUIS | 13. RESIDENCE ADDRESS<br>829 W. WHITE RAYMONDVILLE, TX | 14. RES. PHONE<br>689-6663 |
|---|---|---|---|
| I | 15. VICTIM DOB 08-01-69 | 16. SEX M | 17. RACE W | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |

| | 21. V ☒ W F | 22. NAME (LAST, FIRST, MIDDLE)<br>MUNOZ, CRISTINA | 23. RESIDENCE ADDRESS<br>829 W. WHITE RAYMONDVILLE, TX | 24. RES. PHONE<br>689-6663 |
|---|---|---|---|---|
| II | 25. DOB 09-02-74 | 26. SEX F | 27. RACE W | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |

**31. VICTIM/SUSPECT**

| I | II | | I | II | |
|---|---|---|---|---|---|
| ☐ | ☐ | STRANGER | ☐ | ☒ | AQUAINTANCE |
| ☐ | ☐ | RELATIVE | ☐ | ☐ | OTHER |

**32. PLACE OF ATTACK**

UNKNOWN ☐  BUSINESS ☐  VEHICLE ☐
RESIDENCE ☒  OTHER STRUCT ☐  STREET/ALLEY ☐
OTHER: 

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE,<br>MANUFACTURER | 37. MODEL/NAME<br>NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E S | | | | | | | |
| R D | | | | | | | |
| E S | | | | | | | |
| R D | | | | | | | |
| E S | | | | | | | |
| R D | | | | | | | |
| E S | | | | | | | |
| R D | | | | | | | |

| | 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|---|
| E S | | | | | | | |

**48. VIN NUMBER**

**49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS**

**50. CHECK IF OTHER ITEMS ON OR III** ☐

**51. NARRATIVE OF OFFENSE (BRIEF)**

ON SUNDAY, SEPTEMBER 8, I was AT was RADIO DISPATCHED TO 829. W. WHITE IN REFERENCE TO HARASSMENT. CONTACT WAS MADE WITH MR. & MRS. MUNOZ. THEY ADVISED THAT THEIR NEIGHBORS TAPED UP TWO STATEMENTS TO THEIR WINDOW. STATEMENTS WERE DIRECTED TOWARD THE MUNOZ FAMILY. REPORT WAS TAKEN.

**52. EVIDENCE DISPOSITION** PHOTOS TAKEN

**53. DO NOT WRITE IN THIS SPACE**

| | INITIALS | |
|---|---|---|
| REVIEWED | | |
| CLASSIFIED | | |
| INDEXED | | SF003436 |
| FILED | | |

**54. DISPOSITION**

CLEARED-ADULT ARREST ☐
CLEARED-EXCEPTION ☐
CLEARED-JUV. DET. ☐
CLEARED-EXCEPTION/JUV. ☐
UNFOUNDED ☐
OTHER CLEARED EXCEPT. ☐
SUSPENDED/CLOSED ☐

**55. REPORTING OFFICER** E. CANO

**56. DATE OF REPORT** 09-08-02

**57. RPD ID NO** 101

**58. DETECTIVE ASSIGNED**

**59. DATE/TIME ASSIGNED**

**60. ATTACHMENT**
☒ OR II  ☐ OR III  ☐ CUSTODY REPORT  ☐ OTHER

**61. DATE OF DISPOSITION**

**62. CLEARED BY: (ID NO.)**

M.O. USE OF RARMS,GOOD WITH INTENT TO HARASS,ANNOY, ALARM, EMBARRASS OTHERS, INITIATES COMMUNICATION IN

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

02-1438
090802

OFFENSE: HARASSMENT P.C.42.07

VICTIM(S)/RP: LUIS MUNOZ (D.O.B.02-01-64), CRISTINA MUNOZ(D.O.B.09-02-74)
829 W. WHITE
RAYMONDVILLE, TX.
689-6663

SUSPECT(S): HARRY AND MINERVA CAVAZOS
847 W. WHITE
RAYMONDVILLE, TX.

ON SUNDAY, SEPTEMBER 8, 2002 I WAS RADIO DISPATCHED TO 829 W. WHITE IN
REFERENCE TO HARASSMENT.

UPON ARRIVAL I MADE CONTACT WITH LUIS MUNOZ. HE ADVISED ME THAT HE
HAS BEEN HAVING PROBLEMS WITH HIS NEIGHBORS. THE NEIGHBORS
CONTINUE TO MAKE OBSCENE GESTURES DIRECTED TOWARDS LUIS AND HIS
WIFE. MRS. MUNOZ STATED THAT WHEN SHE ARRIVES HOME FROM WORK, HER
NEIGHBORS WILL THROW UP THEIR MIDDLE FINGER AND BEGIN TO YELL
PROFANITIES TOWARDS HER. THIS HAS BEEN GOING ON FOR QUITE A WHILE
ACCORDING TO MRS. MUNOZ.

THE MUNOZ' NEIGHBORS ARE IDENTIFIED AS HARRY AND MINERVA CAVAZOS.
MR. MUNOZ ADVISED ME THAT HIS NEIGHBORS RECENTLY TAPED UP TWO
PAPERS WITH WRITING ON THEM ONTO A WINDOW. THAT WINDOW, FACING THE
MUNOZ RESIDENCE. ONE OF THE PAPERS STATES, "EVERYONE KNOWS YOUR A
BITCH BUT YOUR ASS HUSBAND". THE OTHER PAPER CAN BE READ PARTIALLY.
IT PARTIALLY STATES, "EVERYONE FUCKING YOUR EX-FRIEND". MR. MUNOZ
ADVISED ME THAT THOSE STATEMENTS ARE DIRECTED TOWARDS HIM AND HIS
WIFE.

MR. MUNOZ SUSPECTS THAT THE CAUSE OF THE HARASSMENT IS PROBABLY
BECAUSE HE IS IN THE PROCESS OF TAKING THE HOUSE AWAY FROM MR.
CAVAZOS. MR. CAVAZOS OWES MR. MUNOZ $45,000 IN REFERENCE TO THE
HOUSE.

PHOTOS WERE TAKEN OF THE STATEMENTS TAPED ONTO THE CAVAZOS
RESIDENCE. REPORT WAS MADE.

REPORTING OFFICER ELI CANO #101          PAGE 1 OF 1                    PENDING

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO. U

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| 2002 SEP 8 PM 7 03 | 2002 SEP 8 PM 7 24 | 2002 SEP 8 PM 7 27 | 2002 SEP 8 PM 7 47 |

HOW RECEIVED
☑ PHONE   ☐ RADIO
☐ PERSON   ☐ 911

☐ PERSON REPORTING   ☐ VICTIM

ADDRESS OF ☐ PERSON REPORTING  ☐ VICTIM  ☐ COMP

PHONE NO.   68566 3

LOCATION OF CALL   835 W. White

NATURE OF CALL   Trouble with Neighbors/Harassment

☐ INSIDE   ☐ OUTSIDE

DISPATCHED BY:   2 Gc

OFFICER(S) ASSIGNED   101

BACK-UP OFFICER(S)

VEHICLE INFO:   ☐ TRF   ☐ IMP

PERSON:  ☐ STOLEN  ☐ WANTED  ☐ RECOVERED  ☐ MISSING  ☐ OTHER

| YEAR | COLOR | MAKE | MODEL | LICENSE NO | STATE |
|---|---|---|---|---|---|

STYLE

| YEAR | STATE | | | | |
|---|---|---|---|---|---|

| RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION

| JUVENILE INVOLVED<br>Suspect ☐ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT<br>Offense Report I | CASE NUMBER<br>02-0450 |
|---|---|---|

**1. TYPE OF OFFENSE** Burglary of Habitation PC 30.02

**2. FELONY** ☒ **MISDEMEANOR** ☐  **FELONY** ☐ **MISDEMEANOR** ☐

**3. UCR CLASSIFICATION**

**4. TYPE OF CRIME (UCR)**

| 5. DATE OFFENSE REPORTED 02-21-02 | 6. TIME OFFENSE REPORTED 6:09 pm | 7. OFFENSE OCCURRED | |
|---|---|---|---|

**8. LOCATION OF OFFENSE (STREET ADDRESS)** 829 W. White (Sjw)

**9. FIRM NAME (IF COMMERCIAL)**

| EARLIEST | LATEST |
|---|---|
| DATE 02-08-02 | DATE 02-08-02 |
| TIME 7:30 pm | TIME 7:30 pm |

**10. SCHOOL NAME**

**11. DAY(S) OF WEEK OF OCCURRENCE** S M T W T ☒ F S

| 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 13. RESIDENCE ADDRESS | 14. RES. PHONE |
|---|---|---|

| 15. VICTIM DOB | 16. SEX | 17. RACE | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |
|---|---|---|---|---|---|

| 21. V ☒ RP ☐ | 22. NAME (LAST, FIRST, MIDDLE) Munoz, Luis | 23. RESIDENCE ADDRESS 829 W. White | 24. RES. PHONE 689-6665 |
|---|---|---|---|

| 25. DOB 02-01-64 | 26. SEX M | 27. RACE W | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |
|---|---|---|---|---|---|

**31. VICTIM/SUSPECT**

| I ☒ II ☐ STRANGER | I ☐ II ☐ AQUAINTANCE | 32. PLACE OF ATTACK | | OTHER: |
|---|---|---|---|---|
| I ☐ II ☐ RELATIVE | I ☐ II ☐ OTHER | UNKNOWN ☐ / RESIDENCE ☒ | BUSINESS ☐ / OTHER STRUCT ☐ | VEHICLE ☐ / STREET/ALLEY ☐ |

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E ☒ S ☐ R ☐ D ☐ | 50 | CD Games | Playstation | various | | | $1,000 |
| E ☐ S ☐ R ☐ D ☐ | various | Jewelry | | | | | 2,400 |
| E ☐ S ☐ R ☐ D ☐ | 1 | camera | Canon | | 35 mm | | 250 |
| E ☐ S ☐ R ☐ D ☐ | | game system | Sony | Playstation | | | 199 |

| 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|

| 48. VIN NUMBER | 49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS | 50. CHECK IF OTHER ITEMS ON OR III ☐ |
|---|---|---|

**51. NARRATIVE OF OFFENSE (BRIEF)**

On 02-21-02 I made contact with reporting party. He reported unknown suspect gained entry to his residence and took property without consent. Incident occured at above date, time and location.

Pending

| 52. EVIDENCE DISPOSITION | 53. DO NOT WRITE IN THIS SPACE | | 54. DISPOSITION |
|---|---|---|---|
| | | INITIALS | CLEARED-ADULT ARREST |
| **55. REPORTING OFFICER** Cpl. Milton A. Ross | REVIEWED | | CLEARED-EXCEPTION |
| | CLASSIFIED | | CLEARED-JUV. DET. |
| **56. DATE OF REPORT** 02-21-02  **57. RPO ID NO** 107 | INDEXED | | CLEARED-EXCEPTION/JUV. |
| | FILED | SF003439 | UNFOUNDED |
| **58. DETECTIVE ASSIGNED** | **59. DATE/TIME ASSIGNED** | | OTHER CLEARED EXCEPT. |
| | | | SUSPENDED/CLOSED |

| 60. ATTACHMENT | | | | 61. DATE OF DISPOSITION | 62. CLEARED BY: (ID NO.) |
|---|---|---|---|---|---|
| OR II ☒ | OR III ☐ | CUSTODY REPORT ☐ | OTHER ☐ | | |

10: body, hands - unknown suspect gained entry to residence and took property without consent

**JUVENILE INVOLVED**
Suspect ☐ Victim ☐ Witness ☐

## RAYMONDVILLE POLICE DEPARTMENT
### Offense Report I

**CASE NUMBER** 02-0250

**1. TYPE OF OFFENSE** Burglary of Habitation PC 30.02

☐ FELONY
☐ MISDEMEANOR
☐ FELONY
☐ MISDEMEANOR

**2. TYPE OF OFFENSE**

**2. UCR CLASSIFICATION**

**4. TYPE OF CRIME (UCR)**

**5. DATE OFFENSE REPORTED** 02-21-02

**6. TIME OFFENSE REPORTED** 6:04 pm

**7. OFFENSE OCCURRED**

**8. LOCATION OF OFFENSE (STREET ADDRESS)** 849 W. White (SW)

**EARLIEST** DATE 02-15-02  TIME 7:30pm

**LATEST** DATE 02-15-02  TIME 7:30pm

**9. FIRM NAME (IF COMMERCIAL)**

**10. SCHOOL NAME**

**11. DAY(S) OF WEEK OF OCCURRENCE**
S  M  T  W  T  ☒  S

**12. VICTIM'S NAME (LAST, FIRST, MIDDLE)**

**13. RESIDENCE ADDRESS**

**14. RES. PHONE**

**15. VICTIM DOB**  **16. SEX**  **17. RACE**  **18. EMPLOYER/SCHOOL**  **19. BUS./SCHOOL ADDRESS**  **20. BUS. PHONE**

**21. V** ☒  **RP** ☒  **22. NAME (LAST, FIRST, MIDDLE)** Munoz Luis  **23. RESIDENCE ADDRESS** 849 W. White  **24. RES. PHONE** 689-6667

**25. DOB** 02-01-64  **26. SEX** M  **27. RACE** W  **28. EMPLOYER/SCHOOL**  **29. BUS./SCHOOL ADDRESS**  **30. BUS. PHONE**

**31. VICTIM/SUSPECT**
| I | II | STRANGER | I | II | AQUAINTANCE |
| I | II | RELATIVE | I | II | OTHER |

**32. PLACE OF ATTACK**
☒ UNKNOWN  ☐ BUSINESS  ☐ VEHICLE
☒ RESIDENCE  ☐ OTHER STRUCT  ☐ STREET/ALLEY
**OTHER:**

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E ☒ S / R ☐ D | 50 | CD Games | Playstation | Various | | | $2,000 |
| E ☒ S / R ☐ D | | Various jewelry | | | | | 2,400 |
| E ☒ S / R ☐ D | 1 | Camera | Canon | | 35mm | | 250 |
| E ☒ S / R ☐ D | 1 | game system | Sony | Playstation | | | 199 |
| E ☐ S / R ☐ D | | | | | | | |

**41. LIC. NO.**  **42. STATE**  **43. VEH. YR.**  **44. MAKE**  **45. MODEL**  **46. COLOR**  **47. VALUE**

**48. VIN NUMBER**

**49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS**

**50. CHECK IF OTHER ITEMS ON OR III** ☐

**51. NARRATIVE OF OFFENSE (BRIEF)**

On 02-21-02 I made contact with the reporting party. He reported unknown suspect gained entry to his residence and took property without consent. Incident occurred at above date, time and location.

Pending

**52. EVIDENCE DISPOSITION**

**53. DO NOT WRITE IN THIS SPACE**

| | INITIALS |
|---|---|
| REVIEWED | |
| CLASSIFIED | |
| INDEXED | |
| FILED | |

SF003440

**54. DISPOSITION**
CLEARED-ADULT ARREST
CLEARED-EXCEPTION
CLEARED-JUV. DET.
CLEARED-EXCEPTION/JUV.
UNFOUNDED
OTHER CLEARED EXCEPT.
SUSPENDED/CLOSED

**55. REPORTING OFFICER** Cpl Michael A. Foss

**56. DATE OF REPORT** 02-21-02  **57. RPD ID NO** 107

**58. DETECTIVE ASSIGNED**

**59. DATE/TIME ASSIGNED**

**60. DATE OF DISPOSITION**

**61. CLEARED BY: (ID NO.)**

**60. ATTACHMENT**
☒ ON II  ☐ ON III  ☐ CUSTODY REPORT  ☐ OTHER

W: body/hords — unknown suspect gained entry to residence and took property without consent

*Raymondville Police Department*
*Offense Report II*

*Offense*                                                          *Case #: 02-0250*
*Burglary of Habitation PC 30.02*                                  *Date: 02-21-02*

*Victim: Munoz, Luis*

    *On 02-21-02 at approximately 6:09 pm I was dispatched to 829 W. White in reference to a burglary. Upon arrival I made contact with the victim, Luis Munoz. He stated on 02-15-02 at approximately 7:30 pm he arrived home from work. He stated when he entered his residence he saw a young male run through his living room and out of a sliding glass door at the rear of his residence. Munoz stated he followed the male out of the house. He stated the male jumped his back fence and continued to run west down the alley. Munoz stated he went back into his house. He stated when he did he heard noises coming from his attic. He stated because the downstairs phone in his residence does not work he went out to his truck to call the police department from his cell phone. He stated Det. John Cisneros arrived. He stated Cisneros went up to the attic. He stated Cisneros told his there was someone in the attic. He stated Cisneros then called for additional units to assist him. Munoz stated Constable Mireles and another Raymondville PD officer arrived. He could not identify the other officer. He stated they went up into the attic but found no one. Munoz stated all officers then left his house.*

    *Munoz stated there were several items missing from his house. He stated fifty Playstation games (total value of $2,000) in a black briefcase were missing. He also stated missing was a lot of various jewelry (total value $2,400). He was unsure of what exactly was missing but knew the following was included: three gold woman's rings each with a clear stone, one gold female bracelet, one gold men's bracelet and about seven different pair of earrings.*

    *The victim described the male who was running out of the house as 5'04", 150 to 160 lbs, somewhere in his 20's, thin build with short black hair wearing a white T-shirt.*

*PENDING*

Reporting
Officer _____    Badge <u>107</u> Date <u>02-21-02</u> Page 2 of 2

# RAYMONDVILLE POLICE DEPARTMENT

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| 2002 FEB 8 PM 7 35 | 2002 FEB 8 PM 7 39 | 2002 FEB 8 PM 7 39 | 2002 FEB 8 PM 7 59 |

OFFENSE NO

☒ PERSON REPORTING

ADDRESS OF ☒ PERSON REPORTING

| HOW RECEIVED | | |
|---|---|---|
| ☒ PHONE | ☐ RADIO | |
| ☐ PERSON | ☐ 911 | |

VEHICLE INFO:   ☐ TRF   ☐ IMP   ☐ STOLEN   ☐ RECOVERED   ☐ OTHER

| YEAR | STYLE | COLOR | MODEL | MAKE | LICENSE NO |
|---|---|---|---|---|---|

| | STATE | | | | |

PERSON:   ☐ WANTED   ☐ MISSING   ☐ OTHER

| RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|

PHONE NO

☐ VICTIM   ☐ COMP

DISPATCHED BY:

OFFICER(S) ASSIGNED

NATURE OF CALL

LOCATION OF CALL

☐ INSIDE   ☐ OUTSIDE

BACK-UP OFFICER(S)

ADDITIONAL INFORMATION

RAYMONDVILLE POLICE DEPARTMENT

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| 2002 FEB 21 PM 6 09 | 2002 FEB 21 PM 6 09 | 2002 FEB 21 PM 6 14 | 2002 FEB 21 PM 6 25 |

OFFENSE NO. 02-0030

PERSON REPORTING

ADDRESS OF PERSON REPORTING

HOW RECEIVED
□ PHONE  □ RADIO
□ PERSON  □ 911

VEHICLE INFO:  □ TRF  □ IMP

DISPATCHED BY:

PERSON:  □ STOLEN  □ RECOVERED

□ VICTIM
□ VICTIM  □ COMP

PHONE NO

LOCATION OF CALL  □ INSIDE  □ OUTSIDE

NATURE OF CALL

OFFICER(S) ASSIGNED

BACK-UP OFFICER(S)

| YEAR | STYLE | COLOR | MAKE | MODEL | STATE | LICENSE NO |
|---|---|---|---|---|---|---|

| RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|

□ WANTED  □ MISSING  □ OTHER

ADDITIONAL INFORMATION




Raymondville Police Department
Offense Report II

Disorderly Conduct  PC 42.01                                          01-1111
R.O. Oscar Rivera Jr.                                                 0722/2001

Suspect:      Maria Cano 3617 Austin Street Corpus Christy TX
              DOB: 06/17/52  39 Y.O.A. 361 806-2256

Victim:       Carmela Munuz 829 W White Raymondville TX 78580
              DOB: 08/01/68  32 Y.O.A. 689-6663

Witness:      Carlos Munuz 829 W White Raymondville TX 78580
              DOB: 10/05/90  10 Y.O.A.

Witness:      Moises Torres 811 W White Raymondville TX 78580
              DOB: 04/29/62  39 Y.O.A. 689-1124

On 07/22/2001 at 9:28 p.m. I was dispatched to 829 W White in reference to an altercation between two subjects. Upon arrival I made contact with Carmela Munuz. Mrs. Munuz wanted to report that a female had tried to run over some children in front of her house. Mrs. Munuz pointed to a vehicle that was parked at a residence just west of hers. Mrs. Munuz said that the female was driving a blue car and had stopped in the middle of the street in front of her house. Mrs. Munuz said that her child and his friends were outside playing. Mrs. Munuz said that the female stopped and called her a bitch, then took off towards the west peeling out. Mrs. Munuz said that the vehicle then parked in the driveway of her neighbor to the west.

I made contact with Carlos Munuz, one of the children playing outside when the incident occurred. Carlos told me that he was playing with his friends outside when he noticed a blue car driving in the middle of the street. Carlos said that the vehicle stopped in front of his yard, and he and his friends got off the street. Carlos said that the female driver said "bitch" then drove off peeling out. Carlos did not mention that the female came towards he and his friends.

I then made contact with Maria Cano, the driver of the vehicle. Mrs. Cano said that she was driving in front of the Munuz residence when she had to slow for some children that were outside in the street. Mrs. Cano said that as soon as the children got out of the way, she accelerated and went into Harry Cavazos' driveway. Mrs. Cano denied calling Mrs. Munuz a bitch.

I then made contact with Moises Torres, Mrs. Munuz's neighbor. Mrs. Torres said that he and Mr. Munuz were outside talking when he noticed a dark colored vehicle approaching White St. on 1st. Mr. Torres said that the vehicle turned onto White and was traveling in the middle of the street at a very slow rate. Mr. Torres said that the vehicle stopped in front of Mr. Munuz's residence and then he heard the female driver yell "bitch" to Mrs. Munuz then drove off at a high rate of speed and parked in Mr. Cavazos' driveway.

There is an ongoing dispute between the Munuz family and the Cavazos family.

Case Pending Investigation

Officer Oscar Rivera Jr.     113     07/22/2001        page 1 of 1

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO. CI-1111

| Field | Value |
|---|---|
| TIME & DATE REPORTED | 22 JUL 9 28 PM |
| PERSON REPORTING | M Muñoz |
| ADDRESS OF PERSON REPORTING | |
| HOW RECEIVED | ☒ PHONE  ☐ RADIO  ☐ 911  ☐ PERSON |
| VEHICLE INFO: | ☐ TRF  ☐ IMP  ☐ STOLEN  ☐ RECOVERED  ☐ OTHER  ☐ WANTED  ☐ MISSING  ☐ OTHER |
| TIME & DATE DISPATCHED | 22 JUL 9 28 PM |
| ☐ VICTIM  ☐ COMP | |
| PHONE NO. | 2-6008 |
| DISPATCHED BY: | |
| TIME & DATE ARRIVED | 22 JUL 9 31 PM |
| ☐ VICTIM  ☐ COMP | |
| LOCATION OF CALL | |
| NATURE OF CALL | |
| OFFICER(S) ASSIGNED | |
| TIME & DATE COMPLETED | 22 JUL 9 49 PM  ☐ INSIDE  ☐ OUTSIDE |
| BACK-UP OFFICER(S) | |

| YEAR | STYLE | COLOR | MAKE | MODEL | LICENSE NO | STATE |
|---|---|---|---|---|---|---|
| | | Black | Buick | | | |

| PERSON: | RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION

| JUVENILE INVOLVED Suspect ☐ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT Offense Report I | CASE NUMBER 01- 0800 |

**1. TYPE OF OFFENSE** Aggravated Assault Deadly Weapon (Motor vehicle) P.C. 22.02

**FELONY** / **MISDEMEANOR**  **3. UCR CLASSIFICATION**

**2. TYPE OF OFFENSE** Aggravated Assault Deadly Weapon (motor vehicle) P.C. 22.02

**FELONY** / **MISDEMEANOR**  **4. TYPE OF CRIME (UCR)**

**5. DATE OFFENSE REPORTED** 5/31/01  **6. TIME OFFENSE REPORTED I** 4:57 pm  **7. OFFENSE OCCURRED**

**8. LOCATION OF OFFENSE (STREET ADDRESS)** 1st and Kimball (S.W)

| | EARLIEST | LATEST |
| DATE | 5/31/01 | 5/31/01 |
| TIME | 4:44 pm | 4:44 pm |

**9. FIRM NAME (IF COMMERCIAL)**

**10. SCHOOL NAME**

**11. DAY(S) OF WEEK OF OCCURRENCE**  S  M  T  W  T  F  S

| I | 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) Cavazos Eric Michael | 13. RESIDENCE ADDRESS 847 W. White | 14. RES. PHONE 690-0361 |
| | 15. VICTIM DOB 10/5/87 | 16. SEX m | 17. RACE W | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |
| II | 21. V ✓  RP | 22. NAME (LAST, FIRST, MIDDLE) Cavazos Minnie | 23. RESIDENCE ADDRESS 847 W. White | 24. RES. PHONE 690-0361 |
| | 25. DOB 3/17/57 | 26. SEX F | 27. RACE W | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |

**31. VICTIM/SUSPECT**  I  II  STRANGER  /  RELATIVE  AQUAINTANCE  /  OTHER

**32. PLACE OF ATTACK**  UNKNOWN  BUSINESS  VEHICLE  RESIDENCE  OTHER STRUCT  STREET/ALLEY ✓  OTHER

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
| E  R  S  D | | | | | | | |
| E  R  S  D | | | | | | | |
| E  R  S  D | | | | | | | |
| E  R  S  D | | | | | | | |
| E  R  S  D | | | | | | | |

| 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |

**48. VIN NUMBER**  **49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS**  **50. CHECK IF OTHER ITEMS ON OR III** ☐

**51. NARRATIVE OF OFFENSE (BRIEF)**

ON 5/31/01 I SPOKE WITH ABOVE STATED VICTIMS WHO SAID THAT, SUSPECT STATED ON OR II TRIED TO HIT THEM WITH HER VEHICLE

CASE PENDING

**52. EVIDENCE DISPOSITION**

**53. REPORTING OFFICER**

**54. DATE OF REPORT** 5/31/01  **57. RPO ID NO** 21

**56. DETECTIVE ASSIGNED**

**53. DO NOT WRITE IN THIS SPACE**

| | INITIALS |
| REVIEWED | |
| CLASSIFIED | |
| INDEXED | |
| FILED | |
| 50. DATE/TIME ASSIGNED | |

SF003446

**54. DISPOSITION**
CLEARED-ADULT ARREST
CLEARED-EXCEPTION
CLEARED-JUV. DET.
CLEARED-EXCEPTION/JUV.
UNFOUNDED
OTHER CLEARED EXCEPT.
SUSPENDED/CLOSED

**48. ATTACHMENT** ☒ OR II  ☐ OR III  ☐ CUSTODY REPORT  ☐ OTHER  **41. DATE OF DISPOSITION**  **42. CLEARED BY: (ID NO.)**

M.O. Body. Hands Vehicle / Suspect(s) Attempted to hit Victim with

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT OR II

OFFENSE: AGGRAVATED ASSAULT                          CASE: 01-0800
DEADLY WEAPON 2 COUNTS P.C. 22.02                    DATE: 05/31/01

SUSPECT: MUNOZ CARMELA SOLIS
ADDRESS: 829 W. WHITE RAYMONDVILLE TX 78580
DOB: 08/01/61   SEX F   RACE W   HAIR BLK   EYES BRO

VICTIM: CAVAZOS MINNIE
VICTIM: CAVAZOS ERIC MICHAEL

NARRATIVE

1. ON 05/31/01 AT APPROXIMATELY 4:57 P.M. I SPOKE WITH MINNIE CAVAZOS
WHO SAID THAT CARMEN MUNOZ HAD JUST TRIED TO HIT SHE AND HER SON
WITH HER VEHICLE. MINNIE SAID THAT CARMEN WAS DRIVING HER RED CHEVY
TAHOE AND HER SON CARLITOS WAS THE PASSENGER.

2. MINNIE SAID THAT SHE WAS DRIVING HER CAR AND HER SON WAS THE
PASSENGER. MINNIE SAID SHE SAW CARLITOS HANGING OUT OF THE
PASSENGER WINDOW WITH HALF HIS BODY OUTSIDE OF THE VEHICLE. MINNIE
SAID THAT CARLITOS WAS ALSO SHOOTING THE FINGER AT SHE AND ERIC.
MINNIE SAID THAT WHEN THEY REACHED 1ST AND KIMBALL CARMELA SWERVED
HER VEHICLE INTO HER LANE AND ALMOST HIT HER VEHICLE. MINNIE SAID
THAT SHE HAD NO IDEA THAT CARMELA WAS GOING TO TRY AND HIT HER SO
SHE NEVER PRESSED THE BRAKES.

3. ERIC SAID THAT HE SAW CARMELA COMING TOWARDS THEM AND CARLITOS
WAS HANGING OUT OF THE PASSENGER WINDOW. ERIC SAID THAT HE SAW
CARMELA SWERVE HER RED TAHOE INTO THEIR LANE AND THE TAHOE ALMOST
HIT THEIR CAR.

4. BOTH MINNIE AND ERIC GAVE SWORN STATEMENTS WHICH ARE ATTACHED
TO THE REPORT.

REPORTING OFFICER: _____          PAGE 2 OF 3 PAGES

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT OR II

OFFENSE: AGGRAVATED ASSAULT                     CASE: 01-0800
DEADLY WEAPON 2 COUNTS                          DATE: 06/01/01
EXECUTION OF WARRANTS

NARRATIVE

1. ON FRIDAY JUNE 1ST, 2001 AT APPROXIMATELY 6:22 P.M. I MADE CONTACT
WITH CARMELA MUNOZ AT HER RESIDENCE. I INFORMED CARMELA THAT TWO
WARRANTS OF ARREST HAD BEEN ISSUED FOR HER ARREST. I EXPLAINED TO
HER THAT THE WARRANTS WERE FOR AGGRAVATED ASSAULT DEADLY
WEAPON.

2. I PLACED CARMELA UNDER ARREST AND PLACED HER INTO MY PATROL CAR.
OFFICER ROLANDO CAVAZOS THEN ARRIVED AND I PLACED HER INTO HIS UNIT.
OFFICER CAVAZOS THEN TRANSPORTED CARMELA TO THE WILLACY COUNTY
SHERIFFS OFFICE. I THEN FILLED OUT A BOOKING SHEET WITH CARMELA'S
INFORMATION AND SHE WAS TURNED OVER TO JAIL AUTHORITIES.

CLEARED BY ARREST

REPORTING OFFICER: _____        PAGE 3 OF 3 PAGES

## RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO. CY-CPDD

33229

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| '01 May 31  PM | '01 May 31  PM 5 11 | | |

☐ PERSON REPORTING          ☐ VICTIM          ☐ COMP

ADDRESS OF ☐ PERSON REPORTING   ☐ VICTIM   ☐ COMP

Marina Cavazos

PHONE NO

LOCATION OF CALL   ☐ INSIDE   ☐ OUTSIDE
RPD

**HOW RECEIVED**
☐ PHONE   ☐ RADIO
☒ PERSON   ☐ 911

DISPATCHED BY:
203

OFFICER(S) ASSIGNED
21

NATURE OF CALL  motorvehicle
Asp. Ass.  Deads  cape

BACK-UP OFFICER(S)

**VEHICLE INFO:**   ☐ TRF   ☐ IMP   ☐ STOLEN   ☐ RECOVERED   ☐ MISSING   ☐ OTHER

| YEAR | STATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| STYLE | COLOR | MAKE | MODEL | LICENSE NO | RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |

**PERSON:**   ☐ WANTED   ☐ OTHER

ADDITIONAL INFORMATION

## RAYMONDVILLE POLICE DEPARTMENT

33270

OFFENSE NO.

# RAYMONDVILLE POLICE DEPARTMENT

33270

OFFENSE NO.

| Field | Value |
|---|---|
| TIME & DATE REPORTED | |
| PERSON REPORTING | John Ocanas (21) |
| ADDRESS OF PERSON REPORTING | |
| HOW RECEIVED: PHONE ☐ RADIO ☑ PERSON ☐ 911 ☐ | RPD |

VEHICLE INFO: ☐ TRF ☐ IMP ☐ STOLEN ☐ WANTED ☐ RECOVERED ☐ MISSING ☐ OTHER ☐ OTHER

| YEAR | STYLE | YEAR | COLOR | MODEL | MAKE | RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

STATE    LICENSE NO    PERSON:    ADDITIONAL INFORMATION

| Field | Value |
|---|---|
| TIME & DATE DISPATCHED | |
| ☐ VICTIM    PHONE NO | |
| ☐ VICTIM    ☐ COMP | |
| DISPATCHED BY | 203 |
| OFFICER(S) ASSIGNED | 21 |
| TIME & DATE ARRIVED  LOCATION OF CALL | 827 W. White |
| NATURE OF CALL | 10-95  1-Female / Execution Warrant |
| BACK-UP OFFICER(S) | |
| TIME & DATE COMPLETED  ☐ INSIDE  ☐ OUTSIDE | |

**RAYMONDVILLE POLICE DEPARTMENT**
**ARREST / BOOKING REPORT**

BOOKING DATE: 6/1/01
BOOKING TIME: 5:43 PM

INMATE NUMBER: 1430.3
CASE NUMBER: OF 0800

**PERSONAL INFORMATION**

| | |
|---|---|
| LAST NAME | Munoz |
| FIRST NAME | Carmela |
| MIDDLE NAME | Solis |
| ALIAS | |

ADDRESS: 829 W White
APT NO:
CITY: Raymondville
STATE: TX

AGE: 32
DATE OF BIRTH: 8/01/68
PLACE OF BIRTH: Mexico
SEX: F
RACE: W
HEIGHT: 411
WEIGHT: 116
HAIR: BRO
EYES: BRO
COMPLEXION: MED

OCCUPATION: Clerck Watson City Drug
EMPLOYER ADDRESS:

DRIVERS LICENSE NO: OL636612
STATE: TX
☑ OPERATOR ☐ COMMERCIAL ☐ CHAUFFEUR
SOCIAL SECURITY NO:

HOME PHONE NUMBER: 689-6663
BUSINESS PHONE NUMBER:
OTHER:
MARITAL STATUS: Married

CITIZEN OF U.S: ☑ YES ☐ NO
LEGALLY IN U.S: ☑ YES ☐ NO
NATIONALITY: U.S.

**TATTOO**

| | SCAR — MARK — TATTOO | | SCAR — MARK — TATTOO |
|---|---|---|---|
| ☐ RIGHT ☐ LEFT | | ☐ RIGHT ☐ LEFT | |
| ☐ RIGHT ☐ LEFT | | ☐ RIGHT ☐ LEFT | |

REMARKS:

**ARREST/CHARGES**

| CHARGE | CODE | BOND | MC CO DC | DOCKET NO |
|---|---|---|---|---|
| | | FK | | |

AUTH. FOR ARREST
☐ ON SIGHT
☑ WARRANT
☐ CAPIAS
☐ CAP. PRO FINE
☐ COMMITMENT
☐ FUGITIVE WRT.
☐ EXEC. ORDER
☐ OTHER
☐ OTHER

**HOLD**

| | AGENCY | CHARGE | WARRANT NUMBER | OFFICER |
|---|---|---|---|---|
| HOLD FOR | | | | |
| HOLD FOR | | | | |

**DETENTION**

INMATE CLASSIFICATION:
CELL ASSIGNMENTS:

SEARCHED BY:
FINGERPRINTED: ☐ YES ☐ NO
PHOTOGRAPHED: ☐ YES ☐ NO

RECORD CHECK: ☐ NCIC WANTED ☐ TCIC WANTED ☐ CCH (HISTORY)
SUPERVISOR:
THUMB PRINT

PHONE CALL:
PERSON CALLED:
PHONE NO:

☑ DRUNK ☐ NORMAL ☐ COMBATIVE ☐ UNCONSCIOUS ☐ BELLIGERANT ☐ OTH

BOOKING OFFICER:
BADGE: 21
SHIFT: B-Sp
SUPERVISOR: Sgt S. Adame

| BOOKING DATE | 6/1/01 | RAYMONDVILLE POLICE DEPARTMENT | INMATE NUMBER | 14303 |
| BOOKING TIME | 5:43 AM PM | ARREST / BOOKING REPORT | CASE NUMBER | 01-5666 |

**PERSONAL INFORMATION**

| LAST NAME | FIRST NAME | MIDDLE NAME | ALIAS |
| Munoz | Carmela | Solis | |

| ADDRESS | APT NO | CITY | STATE |
| 829 W White | | Raymondville | TX |

| AGE | DATE OF BIRTH | PLACE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | COMPLEXION |
| 32 | 8/01/68 | Mexico | F | W | 411 | 116 | BRO | BRO | MED |

| OCCUPATION | EMPLOYER ADDRESS |
| Clerck Watson's City Drug | |

| DRIVER'S LICENSE NO | STATE | ☑ OPERATOR | ☐ COMMERCIAL | ☐ CHAUFFEUR | SOCIAL SECURITY NO |
| OL636612 | TX | | | | |

| HOME PHONE NUMBER | BUSINESS PHONE NUMBER | OTHER | MARITAL STATUS |
| 689-6663 | | | Married |

| CITIZEN OF US | ☑ YES ☐ NO | LEGALLY IN US ☑ YES ☐ NO | NATIONALITY US |

| ☐ RIGHT SCAR — MARK — TATTOO ☐ LEFT | ☐ RIGHT SCAR — MARK — TATTOO ☐ LEFT |
| ☐ RIGHT SCAR — MARK — TATTOO ☐ LEFT | ☐ RIGHT SCAR — MARK — TATTOO ☐ LEFT |

REMARKS

**ARREST/CHARGES**

AUTH. FOR ARREST
- ☐ ON SIGHT
- ☑ WARRANT
- ☐ CAPIAS
- ☐ CAP. PRO FINE
- ☐ COMMITMENT
- ☐ FUGITIVE WRT.
- ☐ EXEC. ORDER
- ☐ OTHER
- ☐ OTHER

**HOLD**

| HOLD FOR | AGENCY | CHARGE | WARRANT NUMBER | OFFICER |
| HOLD FOR | AGENCY | CHARGE | WARRANT NUMBER | OFFICER |

**DETENTION**

| INMATE CLASSIFICATION | CELL ASSIGNMENTS | | |
| SEARCHED BY | FINGERPRINTED ☐ YES ☐ NO | PHOTOGRAPHED ☐ YES ☐ NO |
| RECORD CHECK ☐ NCIC WANTED ☐ TCIC WANTED ☐ CCH (HISTORY) | SUPERVISOR | THUMB PRINT |
| PHONE CALL | PERSON CALLED | PHONE NO. |

☐ DRUNK ☐ NORMAL ☐ COMBATIVE ☐ UNCONSCIOUS ☐ BELLIGERENT ☐ OTHER

| BOOKING OFFICER | BADGE 21 | SHIFT Ba-Sp | SUPERVISOR Sgt S. Adams |

PENAL LAWS OF THE STATE OF TEXAS

SUBSECTION 37.02 PERJURY

(A)  A PERSON COMMITS AND OFFENSE IF, WITH THE INTENT TO DECEIVE AND WITH KNOWLEDGE OF THE STATEMENT'S MEANING.

1. HE/SHE MAKES A FALSE STATEMENT UNDER OATH OR SWEARS TO TRUTH OF A FALSE STATEMENT PREVIOUSLY MADE; AND

2. THE STATEMENT IS REQUIRED OR AUTHORIZED BY LAW TO BE MADE UNDER OATH.

(B) AN OFFENSE UNDER THIS SECTION IS A CLASS A MISDEMEANOR.

---

PUNISHMENTS FOR CLASS A MISDEMEANOR

SUBSECTION 12.21 CLASS A MISDEMEANOR

AN INDIVIDUAL ADJUDGED GUILTY OF A CLASS A MISDEMEANOR SHALL BE PUNISHED BY:

1. A FINE NOT TO EXCEED $4,000.00
2. CONFINEMENT IN JAIL FOR A TERM NOT TO EXCEED ONE YEAR; OR
3. BOTH SUCH FINE AND IMPRISONMENT.

MY SIGNATURE BELOW IS MEANT TO INDICATE THAT I HAVE READ, AND THAT I FULLY UNDERSTAND THE MEANING OF ALL INFORMATION ABOVE, DEALING WITH PERJURY AND WITH THE PUNISHMENTS FOR A CLASS A MISDEMEANOR.

*Michael Cavazos*
SIGNATURE

01- 0800
RPD CASE

5/31/01          5:38 pm
DATE             TIME

COUNTY OF WILLACY )
STATE OF TEXAS )

*MC* BEFORE ME THE UNDERSIGNED AUTHORITY ON THIS DAY PERSONALLY APPEARED, ERIC MICHAEL CAVAZOS, WHO AFTER BEING BY ME FIRST DULY SWORN UPON HER OATH, DEPOSES AND SAYS THE FOLLOWING.

MY NAME IS ERIC MICHAEL CAVAZOS, AND I AM 13 YEARS OF AGE MY DATE OF BIRTH IS OCTOBER 5, 1987. I LIVE AT 847 W. WHITE RAYMONDVILLE TEXAS 78580. I CAN BE REACHED BY TELEPHONE AT 690-0361.

ON THURSDAY MAY 31ST, 2001 AT APPROXIMATELY 4:44 P.M. ME AND MY MOTHER HAD JUST DROVE IN FROM HARLINGEN. WE TURNED SOUTH ON 1ST STREET GOING HOME WHEN I SAW A 1998 RED CHEVROLET TAHOE SPORT TRAVELING NORTH ON 1ST STREET.

I RECOGNIZED THE VEHICLE AS BELONGING TO CARMEN MUNOZ. I KNOW CARMEN AND CARLOS BECAUSE THEY ARE OUR NEIGHBORS AND MY FAMILY HAS HAD PROBLEMS WITH THEM IN THE PAST. I SAW THE DRIVER ON THE TAHOE AND IT WAS CARMEN MUNOZ. I SAW HER 10 YEAR OLD SON CARLOS IN THE PASSENGER SEAT. I SAW CARLOS STICK HALF OF HIS BODY OUT OF THE WINDOW AND HE SHOT THE FINGER AT US. I COULD SEE THAT CARMEN WAS LAUGHING.

I SAW CARMEN SWERVE HER VEHICLE IN FRONT OF US AND INTO OUR LANE. CARMEN'S VEHICLE MISSED US BY APPROXIMATELY 10 FEET. MY MOTHER THEN DROVE US TO THE POLICE DEPARTMENT TO REPORT WHAT HAD *MC* HAPPENED.

THIS STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

*Michael Cavazos*
MICHAEL CAVAZOS

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 31ST DAY OF MAY 2001.

JOHN C. CISNEROS
Notary Public, State of Texas
My Commission Expires
July 13, 2004

NOTARY PUBLIC IN AND FOR
WILLACY COUNTY, TEXAS

MY COMMISSION EXPIRES: 07/13/04

PENAL LAWS OF THE STATE OF TEXAS

SUBSECTION 37.02 PERJURY

(A)  A PERSON COMMITS AND OFFENSE IF, WITH THE INTENT TO DECEIVE AND WITH KNOWLEDGE OF THE STATEMENT'S MEANING.

1.  HE/SHE MAKES A FALSE STATEMENT UNDER OATH OR SWEARS TO TRUTH OF A FALSE STATEMENT PREVIOUSLY MADE; AND

2.  THE STATEMENT IS REQUIRED OR AUTHORIZED BY LAW TO BE MADE UNDER OATH.

(B) AN OFFENSE UNDER THIS SECTION IS A CLASS A MISDEMEANOR.

---

PUNISHMENTS FOR CLASS A MISDEMEANOR

SUBSECTION 12.21 CLASS A MISDEMEANOR

AN INDIVIDUAL ADJUDGED GUILTY OF A CLASS A MISDEMEANOR SHALL BE PUNISHED BY:

1.  A FINE NOT TO EXCEED $4,000.00
2.  CONFINEMENT IN JAIL FOR A TERM NOT TO EXCEED ONE YEAR; OR
3.  BOTH SUCH FINE AND IMPRISONMENT.

MY SIGNATURE BELOW IS MEANT TO INDICATE THAT I HAVE READ, AND THAT I FULLY UNDERSTAND THE MEANING OF ALL INFORMATION ABOVE, DEALING WITH PERJURY AND WITH THE PUNISHMENTS FOR A CLASS A MISDEMEANOR.

_Minnie Cavazos_
SIGNATURE

01-0800
RPD CASE

5/31/01    4:57pm
DATE        TIME

COUNTY OF WILLACY     )
STATE OF TEXAS         )

*(m c)*

     BEFORE ME THE UNDERSIGNED AUTHORITY ON THIS DAY PERSONALLY APPEARED, MINERVA CAVAZOS, WHO AFTER BEING BY ME FIRST DULY SWORN UPON HER OATH, DEPOSES AND SAYS THE FOLLOWING.

     MY NAME IS MINERVA CAVAZOS, AND I AM 44 YEARS OF AGE MY DATE OF BIRTH IS MARCH 17, 1957. I LIVE AT 847 W. WHITE RAYMONDVILLE TEXAS 78580. I CAN BE REACHED BY TELEPHONE AT 690-0361.

     ON THURSDAY MAY 31ST, 2001 AT APPROXIMATELY 4:44 P.M. ME AND MY SON ERIC MICHAEL CAVAZOS DROVE IN FROM HARLINGEN. WE WERE TRAVELING SOUTH ON 1ST STREET GOING HOME WHEN I SAW A RED CHEVROLET TAHOE WITH TINTED WINDOWS TRAVELING NORTH ON 1ST STREET.

     I RECOGNIZED THE DRIVER OF THE TAHOE AS CARMEN MUNOZ AND THE PASSENGER WAS HER 10 YEAR OLD SON CARLITOS. I COULD SEE CARMEN AND SHE WAS SHOOTING THE FINGER. CARLITOS WAS HANGING OUT OF THE PASSENGER SIDE WINDOW SHOOTING THE FINGER AND WAVING HIS ARMS IN THE AIR.

     I KNOW CARMEN BECAUSE SHE IS MY NEIGHBOR, AND MY FAMILY HAS HAD PROBLEMS WITH HER IN THE PAST. WHEN I REACHED 1ST AND KIMBALL I SAW CARMEN SWERVE HER VEHICLE INTO MY LANE AND ALMOST HIT MY VEHICLE. CARMEN'S VEHICLE MISSED MY VEHICLE BY APPROXIMATELY 10 FEET. CARLITOS WAS STILL HANGING OUT OF THE WINDOW WHEN SHE SWERVED INTO MY LANE.

     I THEN IMMEDIATELY DROVE TO THE POLICE DEPARTMENT TO REPORT WHAT HAD HAPPENED. CARMEN IN THE PAST HAS TRIED TO HIT ME AND MY DAUGHTER JENNIFER LEE CAVAZOS WITH HER VEHICLE.

THIS STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

                          *Minnie Cavazo (m c)*
                          MINERVA CAVAZOS

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 31ST DAY OF MAY, 2001.

JOHN C. CISNEROS
Notary Public, State of Texas
My Commission Expires
July 13, 2004

                        NOTARY PUBLIC IN AND FOR
                        WILLACY COUNTY, TEXAS

MY COMMISSION EXPIRES: 07/13/04

Warrant of Arrest - Justice of the Peace                              AP    oftware, Inc. - Austin, Texas

# WARRANT OF ARREST

**THE STATE OF TEXAS**
    **vs.**

**CARMELA SOLIS MUNOZ**
829 WEST WHITE AVE.
RAYMONDVILLE, TX. 78580
DOB: 08/01/1968
TX. D.L. #06636612



**JUSTICE OF THE PEACE, Pct. #1**

**WILLACY COUNTY, TEXAS**

Docket No. CR- - 38810

Issued Date: June 1, 2001

### THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:
YOU ARE HEREBY COMMANDED TO ARREST CARMELA SOLIS MUNOZ if to be found in your county and bring him/her before me, the undersigned Justice of the Peace in and for Precinct No. 1 of Willacy County, Texas at my office at the Willacy County Correction Facility at 576 W. Main, Room 101 in Raymondville, Texas in said County, **INSTANTER**, then and there to answer the State of Texas for the offense against the laws of said State, to wit:

    **AGGRAVATED ASSAULT-THREAT-MOTOR VEHICLE (F2)** of which CARMELA SOLIS MUNOZ is accused by written complaint under oath of MINNIE CAVAZOS filed before me.
    Herein Fail not, but of this writ make due return, showing how you have executed the same.

*AGAINST THE PEACE AND DIGNITY OF THE STATE.*

    Witness my Official Signature, this 1st day of June, 2001.

                                  _____
                             Justice of the Peace, Precinct 1

| | | |
|---|---|---|
| Bond Amount: | $ | .00 |
| Fine Cost: | $ | .00 |
| Court Cost: | $ | .00 |
| Warrant Fee: | $ | .00 |
| Total: | $ | .00 |

            Ticket Number:        Case Number: CR- - 38810

### OFFICER'S RETURN

       Came to hand the _1_ day of _June_, A.D. 20 _01_, at _1:00_ o'clock _p_M. and executed the _1_ day of _June_, A.D. 20 _01_, by arresting the within named CARMELA SOLIS MUNOZ at _825 w. White_ in _Willacy_ County, Texas and:
           * taking $_____ bond
           * placing the Defendant in the County Jail at _Raymondville_ Texas to be dealt with by said magistrate according to law.

           _Raymondville Police Department_

       Sheriff of _Willacy_ County, Texas

       By _____ , Deputy

Warrant of Arrest - Justice of the Peace ..... Ar ...oftware, Inc. - Austin, Texas

# WARRANT OF ARREST

**THE STATE OF TEXAS**
vs.

**CARMELA SOLIS MUNOZ**
829 WEST WHITE AVE.
RAYMONDVILLE, TX. 78580
DOB: 08/01/1968
TX. D.L. #06636612



**JUSTICE OF THE PEACE, Pct. #1**

**WILLACY COUNTY, TEXAS**

Docket No. CR- - 38809

Issued Date: June 1, 2001

## THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:
YOU ARE HEREBY COMMANDED TO ARREST CARMELA SOLIS MUNOZ if to be found in your county and bring him/her before me, the undersigned Justice of the Peace in and for Precinct No. 1 of Willacy County, Texas at my office at the Willacy County Correction Facility at 576 W. Main, Room 101 in Raymondville, Texas in said County, INSTANTER, then and there to answer the State of Texas for the offense against the laws of said State, to wit:

AGGRAVATED ASSAULT-THREAT-MOTOR VEHICLE (F2) of which CARMELA SOLIS MUNOZ is accused by written complaint under oath of MINNIE CAVAZOS filed before me.
Herein Fail not, but of this writ make due return, showing how you have executed the same.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Witness my Official Signature, this 1st day of June, 2001.

_____
Justice of the Peace, Precinct No. 1

| | | |
|---|---|---|
| Bond Amount: | $ | .00 |
| Fine Cost: | $ | .00 |
| Court Cost: | $ | .00 |
| Warrant Fee: | $ | .00 |
| Total: | $ | .00 |

Ticket Number:            Case Number: CR- - 38809

## OFFICER'S RETURN

Came to hand the  1  day of  June , A.D. 20 01 , at  1  o'clock  P .M. and executed the  1  day of  June , A.D. 20 01 , by arresting the within named CARMELA SOLIS MUNOZ at  Jail in Willacy  in  Willacy  County, Texas and:
  * taking $_____ bond
  * placing the Defendant in the County Jail at _____, Texas to be dealt with by said magistrate according to law.

Raymondville Police Department

Sheriff of  Willacy  County, Texas

By _____, Deputy

$S$

| JUVENILE INVOLVED<br>Suspect ☐ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT<br>Offense Report I | CASE NUMBER<br>OT-0654 |
|---|---|---|

**1. TYPE OF OFFENSE** Burglary of Vehicle PC 30.04     **FELONY** ☐ / **MISDEMEANOR** ☑     **3. UCR CLASSIFICATION**

**2. TYPE OF OFFENSE** Theft 0/50-4/500     PC 31.03     **FELONY** ☐ / **MISDEMEANOR** ☑     **4. TYPE OF CRIME (UCR)**

| 5. DATE OFFENSE REPORTED | 6. TIME OFFENSE REPORTED | 7. OFFENSE OCCURRED | |
|---|---|---|---|
| 5-05-01 | 8:38 Am | EARLIEST | LATEST |

**8. LOCATION OF OFFENSE (STREET ADDRESS)** 829 W. White     (Pw)     **DATE** 5-05-01     **DATE** 5-04-01

**9. FIRM NAME (IF COMMERCIAL)**     **TIME** 7:30 m     **TIME** 11:30

**10. SCHOOL NAME**     **11. DAY(S) OF WEEK OF OCCURRENCE** S M T W T F [✓]

| 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 13. RESIDENCE ADDRESS | 14. RES. PHONE |
|---|---|---|
| I | | |

| 15. VICTIM DOB | 16. SEX | 17. RACE | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |
|---|---|---|---|---|---|

| 21. V [✓] RP | 22. NAME (LAST, FIRST, MIDDLE) Munoz Luis | 23. RESIDENCE ADDRESS 829 W. White | 24. RES. PHONE 689-6663 |
|---|---|---|---|

| 25. DOB 02/01/64 | 26. SEX M | 27. RACE W | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |
|---|---|---|---|---|---|

**31. VICTIM/SUSPECT**     I [✓] STRANGER     I   II ☐ AQUAINTANCE     ☐ RELATIVE

**32. PLACE OF ATTACK** ☐ UNKNOWN  ☐ RESIDENCE  ☐ BUSINESS  ☐ OTHER STRUCT  ☐ VEHICLE  ☐ STREET/ALLEY     **OTHER:**

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E R C S D | 1 | B-B-Q pit | Charbroil | Blk w/ chrome legstands | | | $60⁰⁰ |
| E R C S D | 1 | Generator | Honda S.S. | Blk + Red | | | $380⁰⁰ |
| E R C S D | 1 | Power saw | Makita | blue in color | | | $120⁰⁰ |
| E R C S D | 1 | Reciprocating | Saw (saw saw) Milwaukee | Brand w/ Red casing | | | $200⁰⁰ |
| E R C S D | **41. LIC. NO.** | | **42. STATE** | **43. VEH. YR.** | **44. MAKE** | **45. MODEL** | **46. COLOR** | **47. VALUE** |

**48. VIN NUMBER**     **49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS**     **50. CHECK IF OTHER ITEMS ON OR III** ☐

**51. NARRATIVE OF OFFENSE (BRIEF)**

Made Contact w/ R/P who stated that his B.B.Q Pit had been stolen from his residence's front porch. Also taken were other tools from his vehicle which was parked in the drive way.

PENDING

| 52. EVIDENCE DISPOSITION Photo Attached | 53. DO NOT WRITE IN THIS SPACE | | 54. DISPOSITION |
|---|---|---|---|
| 55. REPORTING OFFICER Carlos Martinez | | INITIALS | ☐ CLEARED-ADULT ARREST |
| | REVIEWED | | ☐ CLEARED-EXCEPTION |
| 56. DATE OF REPORT 5-05-01 | 57. RPD ID NO 103 | CLASSIFIED | ☐ CLEARED-JUV. DET. |
| | | INDEXED | ☐ CLEARED-EXCEPTION/JUV. |
| 58. DETECTIVE ASSIGNED | 59. DATE/TIME ASSIGNED | FILED | ☐ UNFOUNDED |
| | | | ☐ OTHER CLEARED EXCEPT. |
| | | | ☐ SUSPENDED/CLOSED |

**40. ATTACHMENT** [✗] OR II  ☐ OR III  ☐ CUSTODY REPORT  ☐ OTHER     **41. DATE OF DISPOSITION**     **42. CLEARED BY: (ID NO.)**

Viol - Burglar breaks in, Enter to remove items from residence w/out owners consent.

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

OFFENSE: BURGLARY OF VEHICLE    PC 31.04                CASE#01-0654
         THEFT O/50-U/500       PC 31.03                DATE:050501

VICTIM: MUNOZ, LUIS    ADD: 829 W.WHITE    PH#6896663    SEX/M
        D.O.B:020164

SUSPECT: UNKNOWN

On Saturday May 05,2001 at approximately 8:38 a.m I was dispatched to 829 W.White in reference to a burglary.

Upon my arrival at the residence I made contact with a male subject identified as Luis Munoz. Mr. Munoz then told me that this morning at about 7:30 a.m he was leaving his house when he noticed his B-B-Q pit (Char-Broil worth $60) which was in the front porch missing. Mr. Munoz said that he then saw a pile of ashes thrown on the front lawn by the curb. As he made his way to his truck which was parked in the drive way he noticed tools missing from the bed of the truck. Missing from the truck were a Honda 5.5 generator $800.00, power saw Makita brand $120.00, reciprocating saw( saw-saw) Milwaukee brand in a red plastic case worth $200.00 and a carpenter's leather pouch worth $50.00 were taken from the bed of the truck.

Mr. Munoz said that he didn't hear or see anyone last night and that he had gone to bed after b-b-queing at about 11:30 p.m last night. Mr. Munoz said that he wished to file a report of the incident for insurance purpose's.

PENDING

REPORTING OFFICER: _____ BADGE: 103    DATE: 05-05-2001
                     CARLOS MARTINEZ

## RAYMONDVILLE POLICE DEPARTMENT

**OFFENSE NO** O1-0654

**TIME & DATE REPORTED**
'01 MAY 5 AM 8 38

32366

**PERSON REPORTING**
Luis Munoz

**ADDRESS OF PERSON REPORTING**
Sana

**TIME & DATE DISPATCHED**
'01 MAY 5 AM 8 38

**PHONE NO**
659-6663

**TIME & DATE ARRIVED**
'01 MAY 5 AM 8

**LOCATION OF CALL**
829 W. White

**TIME & DATE COMPLETED**
'01 MAY 5 AM 8 54

☐ INSIDE   ☐ OUTSIDE

**NATURE OF CALL**
Burglary of a bucille of Theft

**DISPATCHED BY:** 202

**OFFICER(S) ASSIGNED** 103

**BACK-UP OFFICER(S)** 460

**HOW RECEIVED**
☑ PHONE   ☐ RADIO
☐ PERSON   ☐ 911

**VEHICLE INFO:** ☐ TRF   ☐ IMP

| YEAR | COLOR | MAKE | MODEL | LICENSE NO |
|------|-------|------|-------|------------|

**VICTIM** ☐   **COMP** ☐

**PERSON:** ☐ STOLEN   ☐ WANTED   ☐ RECOVERED   ☐ MISSING   ☐ OTHER

| YEAR | STYLE | STATE | LICENSE NO | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|------|-------|-------|------------|------|-----|-----|------|------|------|-----|

**ADDITIONAL INFORMATION**

| JUVENILE INVOLVED<br>Suspect ☐ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT<br>Offense Report I | CASE NUMBER<br>61-0167 |
|---|---|---|

**1. TYPE OF OFFENSE** Criminal Mischief °/50- ⁴/500 PC 28.03

**FELONY** / **MISDEMEANOR** ☒

**2. UCR CLASSIFICATION**

**2. TYPE OF OFFENSE**

**FELONY** / **MISDEMEANOR**

**4. TYPE OF CRIME (UCR)**

**3. DATE OFFENSE REPORTED** 020501

**5. TIME OFFENSE REPORTED** 3:08 pm

**7. OFFENSE OCCURRED**

**6. LOCATION OF OFFENSE (STREET ADDRESS)** 363 West Kimball    SW

**EARLIEST** DATE 020201  TIME 5:00 pm

**LATEST** DATE 020501  TIME 8:00 Am

**9. FIRM NAME (IF COMMERCIAL)** Munoz Roofing

**10. SCHOOL NAME**

**11. DAY(S) OF WEEK OF OCCURRENCE** ☒ ☒ T W T ☒ ☒

**12. VICTIM'S NAME (LAST, FIRST, MIDDLE)**

**13. RESIDENCE ADDRESS**

**14. RES. PHONE**

**15. VICTIM DOB**

**16. SEX**

**17. RACE**

**18. EMPLOYER/SCHOOL**

**19. BUS./SCHOOL ADDRESS**

**20. BUS. PHONE**

**21. V ☒ RP ☒** **22. NAME (LAST, FIRST, MIDDLE)** Munoz Luis  **23. RESIDENCE ADDRESS** 829 W. White Raymondville, TX  **24. RES. PHONE** 689-6663

**25. DOB** 020164  **26. SEX** M  **27. RACE** W  **28. EMPLOYER/SCHOOL**  **29. BUS./SCHOOL ADDRESS**  **30. BUS. PHONE**

**31. VICTIM/SUSPECT**

| I ☒ II | STRANGER | I ☐ II | AQUAINTANCE |
| I ☐ II | RELATIVE | I ☐ II | OTHER |

**32. PLACE OF ATTACK**

| | UNKNOWN | ☒ | BUSINESS |
| | RESIDENCE | | OTHER STRUCT |
| | VEHICLE |
| | STREET/ALLEY |

**OTHER:**

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. BRAND/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| R☒O | 13 | Window panes | | | | | $65.00 |
| R E S O | | | | | | | |
| R E S O | | | | | | | |
| R E S O | | | | | | | |
| R E S O | | | | | | | |

| 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**48. VIN NUMBER**

**49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS**

**50. CHECK IF OTHER ITEMS ON OR IN** ☐

**51. NARRATIVE OF OFFENSE (BRIEF)**

On Monday 020501 at 3:08 pm victim reported someone broke 13 window panes to the back of his shop.

Pending

**52. EVIDENCE DISPOSITION** Photo attached

**53. DO NOT WRITE IN THIS SPACE**

| | INITIALS |
|---|---|
| REVIEWED | |
| CLASSIFIED | |
| INDEXED | |
| FILED | |

**54. DISPOSITION**

CLEARED-ADULT ARREST
CLEARED-EXCEPTION
CLEARED-JUV. DET.
CLEARED-EXCEPTION/JUV.
UNFOUNDED
OTHER CLEARED EXCEPT.
SUSPENDED/CLOSED

**55. REPORTING OFFICER** Randall Salinas

**56. DATE OF REPORT** 020501

**57. RPD ID NO** 106

**58. DETECTIVE ASSIGNED**

**59. DATE/TIME ASSIGNED**

**60. ATTACHMENT** ☒ OR II ☐ OR III ☐ CUSTODY REPORT ☐ OTHER

**61. DATE OF DISPOSITION**

**62. CLEARED BY: (ID NO.)**

M.O. body, hands, billiard balls - to throw through victims windows