Raymondville Police Department       01-0167
Offense Report II       020501

Criminal Mischief O/$50-U/$500    PC 28.03

Victim-Munoz, Luis / Munoz Roofing

On Monday 020501 at approximately 3:08 pm I was dispatched to 363 West Kimball(Munoz Roofing) in reference to a criminal mischief. Upon arrival I made contact with Luis Munoz who told me sometime over the weekend someone broke 13 glass pane windows to the back of his shop. Munoz told me the last time he was there and knows the windows were in tact was Friday 020201 at approximately 5:00 pm when he left the building. Munoz said when he arrived this morning at 8:00 am he noticed that the windows on the southeast part of the building had been broken.

Munoz told me he had replaced those windows once before and he paid about $5 for each glass. Munoz showed me what had ben thrown through the windows. There were some billiard balls on the floor on the inside of the shop which he said were thrown through the window. Munoz suspects some kids that live behind his shop ,but he could not be for sure. I photographed the windows and told Munoz extra patrol would be provided around his shop.

*Randall Sah*      106      020501      *Pending*
Page 2 of 2

№ 30285

RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO. 04-0167

| | | |
|---|---|---|
| TIME & DATE REPORTED: 3 03 | TIME & DATE DISPATCHED: 01:10 | TIME & DATE COMPLETED |
| | TIME & DATE ARRIVED: 01:15 | 01:10 PM 3 37 |

HOW RECEIVED
☐ PHONE   ☐ RADIO
☐ PERSON   ☐ 911

PERSON REPORTING: Luis Munz

ADDRESS OF ☐ PERSON REPORTING   ☐ VICTIM   ☐ COMP

PHONE NO: 689-8551

☐ VICTIM   ☐ COMP

NATURE OF CALL: 363 W. Hidalgo
Broken windows on building

LOCATION OF CALL
☐ INSIDE   ☐ OUTSIDE

DISPATCHED BY:

OFFICER(S) ASSIGNED: Genaro Muniz

BACK-UP OFFICER(S): CSO LeJon

**VEHICLE INFO:**   ☐ TRF   ☐ IMP   M # R

| *YEAR | COLOR | MAKE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STYLE | MODEL | | | | | | | |
| YEAR | STATE | LICENSE NO | | | | | | |

PERSON:   ☐ STOLEN   ☐ RECOVERED
☐ WANTED   ☐ MISSING   ☐ OTHER

| RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION

*S*

**Raymondville Police Department**
**Offense Report II**

| | |
|---|---|
| *Offense* | *Case #: 00-2074J* |
| *Criminal Mischief Inconvenience PC 28.03* | *Date: 12-31-00* |

*Victim: Munoz, Luis, 829 W. White, 689-6663, DOB: 02-01-64, w/m*

*Suspect: Cavazos, Michael, 800 blk W. White, 12-13 yoa, w/m*

On 12-31-00 I was dispatched to 829 W. White in reference to criminal mischief. Upon arrival I made contact with the victim, Luis Munoz. He stated at around 10:00 pm on 12-30-00 he heard something hit the west side of the residence twice. He stated he did not go out to see what was going on. He stated at around 11:35 am on 12-31-00 he was on the west side of his residence. He stated he found a small piece of asphalt next to the west wall. He showed me two small hit marks on the wall. He stated there was no real damage done to the wall.

The victim stated he believes a juvenile who lives to the west of his residence did this. He stated he has had problems with that family for some time. He identified the juvenile as Michael Cavazos (suspect). He stated he caught Cavazos throwing rocks at him before. Munoz stated he and the suspect's father, Harry Cavazos, have an ongoing dispute about some money Harry owes to the victim.

The victim was unsure if he wishes to file charges on the suspect at this time. I advised the victim to contact Judge Huerta for advice.

*PENDING*

Reporting
Officer _Michael A. Ross_ _____ Badge _107_ Date _12-31-00_ Page 1 of 1

**RAYMONDVILLE POLICE DEPARTMENT**

30418

OFFENSE NO
00 - 20741 J

TIME & DATE REPORTED
'00 DEC 31 AM 11 44

TIME & DATE DISPATCHED
'00 DEC 31 AM 11 41

TIME & DATE ARRIVED
'00 DEC 31 AM 11 46

TIME & DATE COMPLETED
'00 DEC 31 PM 12 02

☑ PERSON REPORTING    ☐ VICTIM

ADDRESS OF ☑ PERSON REPORTING    ☐ VICTIM    ☐ COMP

Luis Muñoz

829 W. White

PHONE NO
689-6663

LOCATION OF CALL    ☐ INSIDE    ☑ OUTSIDE

NATURE OF CALL
829 W. White

Kid Throwing Rocks

Criminal Mischief

HOW RECEIVED
☑ PHONE    ☐ RADIO
☐ PERSON    ☐ 911

DISPATCHED BY:
202

OFFICER(S) ASSIGNED
107

BACK-UP OFFICER(S)

VEHICLE INFO:    ☐ TRF    ☐ IMP    ☐ STOLEN    ☐ RECOVERED    ☐ OTHER

PERSON:    ☐ WANTED    ☐ MISSING    ☐ OTHER

| YEAR | STYLE | COLOR | MODEL | MAKE | LICENSE NO |
|------|-------|-------|-------|------|------------|
|      |       |       |       |      |            |

| YEAR | STATE | RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |
|------|-------|------|-----|-----|-------|------|------|-----|
|      |       |      |     |     |       |      |      |     |

ADDITIONAL INFORMATION

**JUVENILE INVOLVED**
Suspect ☐ Victim ☐ Witness ☐

## RAYMONDVILLE POLICE DEPARTMENT
Offense Report I

**CASE NUMBER** 00-1300

**1. TYPE OF OFFENSE** Aggravated Assault with Deadly Weapon PC 22.02(x1)

☐ FELONY  ☐ MISDEMEANOR

**3. UCR CLASSIFICATION**

**2. TYPE OF OFFENSE** Crim. Tresp. PC 30.05(x1), Resisting Arrest PC 38.03

☒ FELONY  ☒ MISDEMEANOR

**4. TYPE OF CRIME (UCR)**

**2. TYPE OF OFFENSE** Criminal Mischief ≤ $500 PC 28.03

**5. DATE OFFENSE REPORTED** 07-31-00

**6. TIME OFFENSE REPORTED** 5:23 pm

**7. OFFENSE OCCURRED**

| | EARLIEST | LATEST |
|---|---|---|
| **8. LOCATION OF OFFENSE (STREET ADDRESS)** 847 W. White (S/W) | DATE 07-31-00 | DATE 07-31-00 |
| **9. FIRM NAME (IF COMMERCIAL)** | TIME 5:10 pm | TIME 5:23 pm |

**10. SCHOOL NAME**

**11. DAY(S) OF WEEK OF OCCURRENCE**
S ☒T W T F S

| | 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 13. RESIDENCE ADDRESS | 14. RES. PHONE |
|---|---|---|---|
| I | Cavazos, Elroy | 416 W. White | 689-5284 |

| 15. VICTIM DOB | 16. SEX | 17. RACE | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |
|---|---|---|---|---|---|
| 01-30-59 | M | W | | | |

| 21. V | RP | 22. NAME (LAST, FIRST, MIDDLE) | 23. RESIDENCE ADDRESS | 24. RES. PHONE |
|---|---|---|---|---|
| II ☒ | | Cavazos, Jennifer | 847 W. White | 689-0361 |

| 25. DOB | 26. SEX | 27. RACE | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |
|---|---|---|---|---|---|
| 11-24-80 | F | W | | | |

**31. VICTIM/SUSPECT**

| I | II | | I | II | |
|---|---|---|---|---|---|
| | | STRANGER | ☐ | ☐ | AQUAINTANCE |
| | | RELATIVE | | | OTHER |

**32. PLACE OF ATTACK**

☐ UNKNOWN  ☐ BUSINESS  ☐ VEHICLE
☒ RESIDENCE  ☐ OTHER STRUCT  ☐ STREET/ALLEY  OTHER:

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| ☒ E ☐ S | 1 | PVC pipe | | | | | |
| ☒ R ☐ D | 1 | sprinkler with PVC connected to it | | | | | |
| ☐ R ☒ D | 1 | window screen | | | | | white $50 |
| E S | | | | | | | |
| R D | | | | | | | |

| 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|

**48. VIN NUMBER**

**49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS**

**50. CHECK IF OTHER ITEMS ON OR III** ☐

**51. NARRATIVE OF OFFENSE (BRIEF)**

On 07-31-00 I made contact with reporting party and victim. They reported, suspects identified on OR II went into property without consent, damaged property, and assaulted them w/ above items. Incident occurred at above date, time and location.

CBA

**52. EVIDENCE DISPOSITION** photos taken, tagged and placed in locker #2

**53. DO NOT WRITE IN THIS SPACE**

| | INITIALS |
|---|---|
| REVIEWED | |
| CLASSIFIED | |
| INDEXED | |
| FILED | |

**54. DISPOSITION**

☐ CLEARED-ADULT ARREST
☐ CLEARED-EXCEPTION
☐ CLEARED-JUV. DET.
☐ CLEARED-EXCEPTION/JUV.
☐ UNFOUNDED
☐ OTHER CLEARED EXCEPT.
☐ SUSPENDED/CLOSED

**55. REPORTING OFFICER** Michael A. Rapp

**56. DATE OF REPORT** 07-31-00

**57. RPD ID NO** 187

**58. DETECTIVE ASSIGNED**

**59. DATE/TIME ASSIGNED**

**60. ATTACHMENT**
☒ OR II  ☐ OR III  ☐ CUSTODY REPORT  ☐ OTHER

**61. DATE OF DISPOSITION**

**62. CLEARED BY: (ID NO.)**

10' hose, PVC pipe, sprinkler w/ PVC pipe connected slowly - suspects assaulted victims, went onto property without _____ _____ _____ suspects resisted arrest.

*Raymondville Police Department*
*Offense Report II*

Date: 07-31-00
Case #: 00-1300
Offenses: *Aggravated Assault Deadly Weapon (x2) PC 22.02*
        *Criminal Trespass (x2) PC 30.05*
        *Resisting Arrest PC 38.03*
        *Criminal Mischief u $50 PC 28.03*
Victims: Cavazos, Jeniffer
        Cavazos, Elroy
Suspects: Munoz, Carmela Solis, 829 W. White, 689-9723, DOB: 08-01-68, w/f
        Munoz, Christina, 1088 Texas Dr., 689-0952, DOB: 09-02-74, w/f

      On 07-31-00 at approximately 5:23 pm I was dispatched to 847 W. White in reference to an argument between neighbors. Upon arrival I saw a female, later identified as Christina Munoz (suspect), walking towards a male, later identified as Elroy Cavazos (victim). She had a piece of PVC (refer to photo J) in her left hand. The PVC pipe was pointing toward the ground. As she was walking towards him he was walking backwards. I saw another female, later identified as Carmela Solis Munoz (suspect), behind Christina and another female, later identified as Jeniffer Cavazos (victim) behind Elroy crying. Christina was telling Elroy, "Come on hit me!". He was telling her to leave the property. She continued to walk towards him. I walked up behind her and took the PVC pipe from her hand. I told Christina and Carmela to go to Carmela's residence which is next (east) to Cavazos. Officer Oscar Rivera then showed up. I then went and talked to the victims.

      Jeniffer told me she and her uncle, Elroy, had been working on the outside of the residence all day. She stated they had been painting the residence and watering the lawn when a delivery truck from Ken's Furniture arrived. Jeniffer said after the truck left the two suspect's walked out of Carmela's residence. She stated they both went to a sidewalk on the west side of Carmela's residence, 829 W. White, which is next to (east) of Jeniffer's. Jeniffer stated she heard Carmela say something about breaking a window. Jeniffer stated she ignored her and continued to water the grass. She stated Carmela told her, "It's a shame you don't know what's going on. Your father should tell you what's going on.". Jeniffer stated she ignored Carmel because she didn't want any problems. Jeniffer then stated Christina told her father has "no balls". Jeniffer stated Carmela then told her the residence (Cavazos') is hers (Carmela) and she could do anything she wanted to it. Jeniffer stated Carmela began to walk towards her (Jeniffer's) residence. Jeniffer stated Carmela stopped and pulled a small palm tree out of the ground that had been recently planted (refer to photos A & B). Jeniffer stated she asked Carmela several times to get off of the property and not to touch anything but Carmela ignored her. She stated Carmela walked up to one of the north side windows. Jeniffer

Reporting
Officer *Michael A. Foss* _____  Badge *107* Date *07-31-00* Page 2 of 3

*stated because she heard Carmela saying earlier she (Carmela) was going to break a window she began to spray her with water from the water hose. Jeniffer stated Carmela then began to hit the window screen with her fists. She stated Carmela broke the screen off of the window (refer to photos C & D). The exact value of the screen was unknown but it is under $50. I then went to the suspects and asked them what happened.*

*Carmela stated the residence is hers because her husband has a lien on it and she can do whatever she wants to it. She stated because Jeniffer sprayed her with the water she broke the screen. I then told Carmela she was under arrest. Officer Rivera told her to place her hands behind her back. Carmela backed up towards the wall of her residence. Rivera grabbed one of her hands and tried to place the handcuffs on her. She tried to pull away. I then assisted. We repeatedly told Carmela to give us her hands. She continually pulled away. We were eventually able to handcuff her. As Rivera was escorting her to his unit she would stop walking and try to pull away. We then put her in his unit and Rivera transported her to the Willacy County Jail where she was booked and placed in a cell. Detectives Sam Adame and John Cisneros showed up.*

*I then returned to speak with Jeniffer. Jeniffer stated after Carmela broke the screen Carmela went to a window on the east side of 847 W. White. Elroy stated he went to where Carmela had gone and got in between her and the window so she would not do any more damage. Jeniffer stated while Elroy was blocking Carmela, Christina went to the rear (south) of 829 W. White. He stated Christina came back with a PVC pipe in her left hand (refer to photo J). Jeniffer stated Christina told her if she sprayed her with the water she would hit her. Jeniffer stated Christina then raised the PVC pipe above her head. Elroy stated when he saw this he ran behind Christina and wrapped his arms around her pushing her arms, and the PVC pipe, towards the ground. He stated he was trying to prevent Christina from hitting Jeniffer. Jeniffer stated as Elroy was doing this Carmela grabbed a sprinkler that is connected to some PVC pipes from the area around where the palm tree had been pulled up from (refer to photo E). She stated Carmela then threw the sprinkler at her hitting her on her left leg above her knee causing a laceration (refer to photo G). Elroy stated Carmela then went and got a shoe from where they (Carmela and Christina) had been standing and began to walk towards him while he was holding Christina. He stated he thought Carmela would hit him with the shoe so he let go of Christina. Elroy stated Christina then swung at him with the PVC pipe. He stated he raised his right arm to protect himself and she struck his right forearm causing a red swollen bump (refer to photo I). He stated he then began to tell her and Carmela to get off the property. He stated this is when I showed up.*

*I placed Christina under arrest. Rivera transported her to the Willacy County Jail where she was booked and placed in a cell.*

*I collected the PVC pipe and sprinkler with PVC pipe connected to it. I took them to the police department where they were tagged and placed in locker #2.*

CBA

Reporting
Officer _____    Badge <u>107</u> Date <u>07-31-00</u> Page 3 of 3

SUPPLEMENT
Raymondville Police Department
Offense Report II

00-1300

Resisting Arrest  PC 38.03

Suspect:        Carmela Munoz 829 W White Raymondville TX 78580
                DOB: 080168  31 Y.O.A. 689-9723

Victim:         State of Texas

On 07312000 at 5:23 p.m. units were dispatched to 847 W White in reference to a disturbance. I heard officer Michael Goss call off at the scene.

I arrived at the scene and noticed officer Goss had separated two females away from the other party who I recognized as Jennifer Cavazos and Elroy Cavazos and a small boy.  When I exited my vehicle I heard the two females that officer Goss had separated yelling at the Cavazos family and noticed that Jennifer was on the ground crying.

I approached officer Goss and asked him what was going on.  Officer Goss advised me to place a female, later identified as Carmela Munoz under arrest.  Officer Goss walked back towards the Cavazos residence and Mrs. Munoz started walking towards officer Goss' direction. I advised Mrs. Munoz that she was under arrest and to turn around and place her hands behind her back.

I reached for Mrs. Munoz's arm and she pulled away and started walking backwards towards the west side wall of her residence. I grabbed her arm and told her to turn around again and place both hands behind her back.  Mrs. Munoz attempted to pull her arm away, so I placed her in an arm lock and pulled her left arm behind her back. Mrs. Munoz would not give me her other arm and kept on moving forward in an attempt to free herself. I instructed Mrs. Munoz to stop resisting and to give me her other arm.  Mrs. Munoz did not respond to my instructions.

Officer Goss controlled her arm and placed it behind her. Mrs. Munoz kept attempting to free herself from myself and officer Goss. I placed Mrs. Munoz in handcuffs and Mrs. Munoz was still trying to pull away from me. I advised Mrs. Munoz that if she did not stop resisting I would spray her with mace. I then attempted to escort Mrs. Munoz to the car but she would not move. I placed Mrs. Munoz in an escort position and told her to follow me to the unit. Mrs. Munoz would not cooperate and kept telling me that she was not going because her house was not locked. I had to forcibly escort Mrs. Munoz to my unit.

Mrs. Munoz was placed in the back seat of my unit then transported to the Willacy County jail where she was booked in and placed in a cell. Mrs. Munoz was charged with resisting arrest, aggravated assault with a deadly weapon, criminal mischief and criminal trespass.

Cleared by Arrest

Officer Oscar Rivera Jr.    113     07312000        page 1 of 1

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II
SUPPLEMENT

00-1300      07/31/00

AGG. ASSAULT DEADLY WEAPON/ CRIM. TRESPASS/ CRIM. MISCHIEF

VICTIM: CAVAZOS, JENNIFER

VICTIM: CAVAZOS, ELROY

SUSPECT: MUNOZ, CARMELA

SUSPECT: MUNOZ, CHRISTINA

ON TUESDAY 08/01/00 I WAS ARRAINGNING TWO FEMALE PRISONERS IDENTIFIED AS CARMELA MUNOZ AND CHRISTINA MUNOZ. THEY HAD BEEN ARRESTED FOR THE ABOVE LISTED CHARGES.

WHILE FINGERPRINTING THEM, CARMELA SAID THAT SHE WANTED TO FILE CHARGES ON ELROY CAVAZOS, WHO HAD BEEN IDENTIFIED AS A VICTIM AT THE TIME OF ARREST. CARMELA SAID THAT SHE HAD GOTTEN UPSET BECAUSE THE CAVAZOS' WERE ALWAYS SAYING BAD WORDS TO THEM AND "FLIPPING" HER HUSBAND OFF. CARMELA SAID THAT SHE WENT ONTO THE CAVAZOS' PROPERTY AND WENT TO A WINDOW OF THEIR HOUSE AND DAMAGED A SCREEN COVERING THE WINDOW. SHE SAID THAT SHE DID THIS BECAUSE JENNIFER CAVAZOS HAD SPRAYED HER WITH WATER FROM A WATER HOSE. JENNIFER HAD BEEN IDENTIFIED AS ANOTHER VICTIM AT THE TIME OF ARREST.

CARMELA SAID THAT AFTER SHE DAMAGED THE SCREEN, SHE TURNED AROUND AND WAS WALKING BACK TOWARDS HER HOUSE NEXT DOOR. SHE SAID THAT ELROY THEN GRABBED HER BY BOTH OF HER UPPER ARMS. WHEN HE DID THIS, IT CAUSED BRUISING TO BOTH INSIDE AND OUTSIDE OF HER ARMS; I COULD SEE THE BRUISING. SHE SAID THAT HE HAD NO REASON TO DO THIS TO HER AND SHE WANTED TO FILE CHARGES ON HIM.

I TOOK PHOTOGRAPHS OF CARMELA'S BRUISES ON HER ARMS. I ATTACHED THE PHOTOGRAPHS TO THIS REPORT.

CHRISTINA THEN TOLD ME THAT SHE ALSO WANTED TO FILE CHARGES ON ELROY. SHE SAID THAT SHE HAD BACK PROBLEMS FROM A PRIOR INJURY AND THAT ELROY HAD GRABBED HER FROM BEHIND IN A BEAR HUG TYPE HOLD. SHE SAID THAT THIS CAUSED PAIN TO HER BACK.

AT THE TIME OF THE ARREST, I WAS THERE AND CHRISTINA DID NOT SHOW ANY SIGNS OF INJURY AND WAS NOT COMPLAINING OF ANY PAIN. TODAY, THOUGH, SHE WAS IN GREAT PAIN AND REQUESTED THAT EMS BE CALLED TO CHECK HER OUT. EMS CHECKED HER OUT AND SHE REFUSED FURTHER TREATMENT.·

CARMELA CONFIRMED THE PREVIOUS BACK INJURY AND SAID THAT CHRISTINA WAS TAKING MEDICATION FOR THE PAIN. SHE SAID THAT NO ONE EVER BROUGHT THE MEDICATION TO THE JAIL AND THAT THE JAILERS ONLY HAD TYLENOL TO GIVE HER. CARMELA SAID THAT THE TYLENOL WAS NOT STRONG ENOUGH FOR THE PAIN. SHE SAID THAT SHE ALSO HAD A BRUISE TO THE INSIDE OF HER RIGHT ARM WHERE HE HAD ALSO GRABBED HER. I COULD SEE THE BRUISE AND PHOTOGRAPHED IT. I ATTACHED THE PHOTOGRAPH TO THIS REPORT.

CARMELA AND CHRISTINA WANTED TO TALK TO THE INVESTIGATORS ABOUT THIS. I TALKED TO INV. CISNEROS AND HE SET AN APPOINTMENT TIME FOR THEM TO COME IN. I TOLD THEM TO BE HERE AT 12:30 PM TODAY, TO TALK TO HIM.

CBA

OFFICER _Sgt Clifford Fambrough_ _____ 30_ DATE _08/01/00_ ____ PAGE 1 OF 1

# RAYMONDVILLE POLICE DEPARTMENT

'00 JUL 31 PM 5 23

OFFENSE '00 JUL 31 PM 6 20

CO - 130 W Whitey

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|
| '00 JUL 31 PM 5 23 | '00 JUL 31 PM 5 23 | '00 JUL 31 PM 5 23 | '00 JUL 31 PM 6 20 |

☐ PERSON REPORTING

☐ VICTIM   ☐ VICTIM ☐ COMP   LOCATION OF CALL   ☐ INSIDE ☐ OUTSIDE

ADDRESS OF ☐ PERSON REPORTING ☐ VICTIM ☐ COMP

Michl Chavez

690-0361

847 W White

**HOW RECEIVED**
☒ PHONE   ☐ RADIO
☐ PERSON   ☐ 911

**'EHICLE INFO:** ☐ TRF ☐ IMP

**PERSON:** ☐ STOLEN ☐ WANTED ☐ RECOVERED ☐ MISSING ☐ OTHER

DISPATCHED BY: JCD

OFFICER(S) ASSIGNED: 107

NATURE OF CALL: D.st

BACK-UP OFFICER(S): 113

| YEAR | COLOR | MAKE | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|
| | Burne | | | | | | | | |

| YEAR | STYLE | STATE | MODEL | LICENSE NO | ADDITIONAL INFORMATION |
|---|---|---|---|---|---|
| | | | | | |

6794a

**RAYMONDVILLE POLICE DEPARTMENT**
**ARREST / BOOKING REPORT**

| BOOKING DATE | 07/31/2000 |
| BOOKING TIME | 6:10  AM/**PM** |

INMATE NUMBER

CASE NUMBER  00-7300

### PERSONAL INFORMATION

| LAST NAME | FIRST NAME | MIDDLE NAME | ALIAS |
| Muñoz | Christina | | |

| ADDRESS | APT NO | CITY | STATE |
| 1488 Texas Dr | | Raymondville | TX |

| AGE | DATE OF BIRTH | PLACE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | COMPLEXION |
| 25 | 090274 | MM | F | W | 501 | 120 | Blk | Bro | Med |

| OCCUPATION | EMPLOYER ADDRESS |
| Safty - Carter's | Harlingen |

| DRIVER'S LICENSE NO | STATE | ☐ OPERATOR  ☐ COMMERCIAL  ☐ CHAUFFEUR | SOCIAL SECURITY NO. |
| None | | | 620 34 1282 |

| HOME PHONE NUMBER | BUSINESS PHONE NUMBER | OTHER | MARITAL STATUS |
| 689-0952 | | | Married |

| CITIZEN OF U.S. ☐ YES ☑ NO | LEGALLY IN US ☑ YES ☐ NO | NATIONALITY Hispanic |

| ☐ RIGHT ☐ LEFT | SCAR — MARK — TATTOO | ☑ RIGHT ☐ LEFT | SCAR — MARK — TATTOO  leg |
| ☐ RIGHT ☐ LEFT | SCAR — MARK — TATTOO | ☐ RIGHT ☐ LEFT | SCAR — MARK — TATTOO |
| REMARKS | | | |

### ARREST CHARGES

| | CODE | BOND | MAG DC | DOCKET NO | AUTH. FOR ARREST |
| | | | | | ☑ ON SIGHT |
| | | | | | ☐ WARRANT |
| | | | | | ☐ CAPIAS |
| | | | | | ☐ CAP. PRO FINE |
| | DATE OF ARREST  07/31/2000 | | | | ☐ COMMITMENT |
| | EXTENT OF ILLNESS OR INJURY | | | | ☐ FUGITIVE WRT. |
| | | | | | ☐ EXEC. ORDER |
| | | | | | ☐ OTHER |
| | | | | | ☐ OTHER |

### HOLD

| HOLD FOR | AGENCY | CHARGE | WARRANT NUMBER | OFFICER |
| HOLD FOR | AGENCY | CHARGE | WARRANT NUMBER | OFFICER |

### DETENTION

| INMATE CLASSIFICATION | CELL ASSIGNMENTS  HT-1 | | |
| SEARCHED BY | FINGERPRINTED  ☑ YES ☐ NO | PHOTOGRAPHED | ☑ YES ☐ NO |
| RECORD CHECK ☑ NCIC WANTED ☑ TCIC WANTED ☑ CCH (HISTORY) | SUPERVISOR | THUMB PRINT |
| PHONE CALL | PERSON CALLED | PHONE NO |

| ☐ DRUNK ☑ NORMAL ☐ COMBATIVE ☐ UNCONSCIOUS ☐ BELLIGERANT ☐ OTHER |

| BOOKING OFFICER  Oscar Rivera | BADGE 113 | SHIFT Sp 3A | SUPERVISOR  Sgt C Fanbergh |

*1 OF 2*    *6793 c*

| BOOKING DATE 07/31/2000 | RAYMONDVILLE POLICE DEPARTMENT ARREST / BOOKING REPORT | INMATE NUMBER 14303 |
|---|---|---|
| BOOKING TIME 5.37   AM  PM | | CASE NUMBER 00-13003 |

**PERSONAL INFORMATION**

| LAST NAME Munoz | FIRST NAME Carmela | MIDDLE NAME Solis | ALIAS Car |
|---|---|---|---|
| ADDRESS 829 W White | APT NO | CITY Raymondville | STATE TX |

| AGE 31 | DATE OF BIRTH 080168 | PLACE OF BIRTH Raymondville | SEX W | RACE F | HEIGHT 4'11 | WEIGHT 113 | HAIR B/K | EYES Brn | COMPLEXION Med |
|---|---|---|---|---|---|---|---|---|---|

| OCCUPATION Desk Clerk | EMPLOYER ADDRESS 192 S 7th Watson's City Drug |
|---|---|

| DRIVER'S LICENSE NO | STATE | ☐ OPERATOR ☐ COMMERCIAL ☐ CHAUFFEUR | SOCIAL SECURITY NO 461 71 2929 |
|---|---|---|---|

| HOME PHONE NUMBER 689 9723 | BUSINESS PHONE NUMBER 689-2161 | OTHER | MARITAL STATUS Married |
|---|---|---|---|

| CITIZEN OF U.S ☑ YES ☐ NO | LEGALLY IN U.S ☑ YES ☐ NO | NATIONALITY Hispanic |
|---|---|---|

| ☐ RIGHT  SCAR — MARK — TATTOO ☐ LEFT | ☐ RIGHT  SCAR — MARK — TATTOO ☐ LEFT |
|---|---|
| ☐ RIGHT  SCAR — MARK — TATTOO ☐ LEFT | ☐ RIGHT  SCAR — MARK — TATTOO ☐ LEFT |
| REMARKS | |

**ARREST/CHARGES**

| AUTH. FOR ARREST |
|---|
| ☑ ON SIGHT |
| ☐ WARRANT |
| ☐ CAPIAS |
| ☐ CAP. PRO FINE |
| ☐ COMMITMENT |
| ☐ FUGITIVE WRT. |
| ☐ EXEC. ORDER |
| ☐ OTHER |
| ☐ OTHER |

**HOLD**

| HOLD FOR | AGENCY | CHARGE | WARRANT NUMBER | OFFICER |
|---|---|---|---|---|
| HOLD FOR | AGENCY | CHARGE | WARRANT NUMBER | OFFICER |

**DETENTION**

| INMATE CLASSIFICATION | CELL ASSIGNMENTS Fem. Cell | |
|---|---|---|
| SEARCHED BY Melva C | FINGERPRINTED ☑ YES ☐ NO | PHOTOGRAPHED ☐ YES ☑ NO |
| RECORD CHECK ☑ NCIC WANTED ☑ TCIC WANTED ☐ CCH (HISTORY) | SUPERVISOR Melva C | THUMB PRINT |
| PHONE CALL | PERSON CALLED | PHONE NO. | |
| ☐ DRUNK ☐ NORMAL ☑ COMBATIVE ☐ UNCONSCIOUS ☐ BELLIGERANT ☐ OTHER | | |
| BOOKING OFFICER  -  | BADGE 773 | SHIFT 2nd | SUPERVISOR Sgt. Reyna C |

2 of 2

6793 -c

**RAYMONDVILLE POLICE DEPARTMENT**
**ARREST / BOOKING REPORT**

| BOOKING DATE | | INMATE NUMBER |
|---|---|---|
| 07 3/ 2000 | | |
| BOOKING TIME | AM | CASE NUMBER |
| 5:37 | PM | 00-1300 |

**PERSONAL INFORMATION**

| LAST NAME | FIRST NAME | MIDDLE NAME | ALIAS |
|---|---|---|---|
| Munoz | Campla | Solis | Cav |

| ADDRESS | | APT NO | CITY | STATE |
|---|---|---|---|---|
| 829 W White | | | | |

| AGE | DATE OF BIRTH | PLACE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | COMPLEXION |
|---|---|---|---|---|---|---|---|---|---|
| 31 | 08 01 1968 | | | | | | | | |

| OCCUPATION | EMPLOYER ADDRESS |
|---|---|
| | |

| DRIVER'S LICENSE NO | STATE | ☐ OPERATOR ☐ COMMERCIAL ☐ CHAUFFEUR | SOCIAL SECURITY NO. |
|---|---|---|---|
| | | | 461 71 2929 |

| HOME PHONE NUMBER | BUSINESS PHONE NUMBER | OTHER | MARITAL STATUS |
|---|---|---|---|
| | | | |

| CITIZEN OF U S | | LEGALLY IN U S | | NATIONALITY |
|---|---|---|---|---|
| ☐ YES ☐ NO | | ☐ YES ☐ NO | | |

SCAR — MARK — TATTOO
☐ RIGHT ☐ LEFT     ☐ RIGHT ☐ LEFT
☐ RIGHT ☐ LEFT     ☐ RIGHT ☐ LEFT

REMARKS

**ARREST/CHARGES**

| | CODE | BOND | NO. | COURT | DOCKET NO. | AUTH. FOR ARREST |
|---|---|---|---|---|---|---|
| | | | | | | ☑ ON SIGHT |
| | | | | | | ☐ WARRANT |
| | | | | | | ☐ CAPIAS |
| | | | | | | ☐ CAP. PRO FINE |
| | | | | | | ☐ COMMITMENT |
| | | | | | | ☐ FUGITIVE WRT. |
| | | | | | | ☐ EXEC. ORDER |
| | | | | | | ☐ OTHER |
| | | | | | | ☐ OTHER |

**HOLD**

| HOLD FOR | AGENCY | CHARGE | WARRANT NUMBER | OFFICER |
|---|---|---|---|---|
| | | | | |
| HOLD FOR | AGENCY | CHARGE | WARRANT NUMBER | OFFICER |
| | | | | |

**DETENTION**

| INMATE CLASSIFICATION | CELL ASSIGNMENTS | | |
|---|---|---|---|
| SEARCHED BY | FINGERPRINTED ☐ YES ☐ NO | PHOTOGRAPHED ☐ YES ☐ NO | |
| RECORD CHECK ☐ NCIC WANTED ☐ TCIC WANTED ☐ CCH (HISTORY) | | SUPERVISOR | THUMB PRINT |
| PHONE CALL | PERSON CALLED | PHONE NO. | |

☐ DRUNK ☐ NORMAL ☐ COMBATIVE ☐ UNCONSCIOUS ☐ BELLIGERANT ☐ OTHE

| BOOKING OFFICER | BADGE | SHIFT | SUPERVISOR |
|---|---|---|---|
| | 113 | 50-3 A | Sgt C Fambrough |

COUNTY OF WILLACY    :
STATE OF TEXAS        :

BEFORE ME THE UNDERSIGNED AUTHORITY ON THIS DAY PERSONALLY APPEARED, JENNIFER LEE CAVAZOS, WHO AFTER BEING BY ME FIRST DULY SWORN UPON HIS/HER OATH, DEPOSES AND SAYS THE FOLLOWING.

MY NAME IS JENNIFER LEE CAVAZOS AND I AM 19 YEARS OF AGE. MY DATE OF BIRTH IS NOVEMBER 24TH 1980. MY ADDRESS IS 847 W. WHITE RAYMONDVILLE TEXAS 78580. I CAN BE REACHED BY TELEPHONE AT 690-0361.

ON MONDAY JULY, 31ST 2000 AT APPROXIMATELY 4:30 P.M. MYSELF AND MY UNCLE ELROY CAVAZOS WERE DOING SOME WORK ON MY PARENTS HOUSE. WE WERE ASLO WAITING FOR SOME APPLIANCES THAT MY FATHER HARRY CAVAZOS HAD PURCHASED TO BE DELIVERED.

SINCE SEPTEMBER OF 1999 MY FAMILY HAS BEEN HAVING PROBLEMS WITH OUR NEIGHBORS THE MUNOZ FAMILY. MY FAMILY HAS HAD PROBLEMS WITH LUIS AND CARMEN MUNOZ WHO ARE HUSBAND AND WIFE. THERE HAVE BEEN ACTS OF VIOLENCE WHERE CARMEN HAD ASSAULTED MY FATHER AND TRIED TO START A FIGHT WITH MY MOTHER. THERE WAS ALSO AN INCIDENT RECENTLY WHERE I WAS ALMOST RUN OFF THE ROAD BY LUIS MUNOZ.

I HAD AN IDEA THAT SOMETHING WAS GOING TO HAPPEN WHEN THE APPLIANCES WERE GOING TO BE DELIVERED TO THE HOUSE. WHEN THE APPLIANCES WERE BEING DELIVERED I NOTICED THAT SOMEONE IN THE DRIVE WAY WAS LOOKING TOWARDS OUR HOUSE.

WHEN THE DELIVERY MEN LEFT I WAS WALKING AROUND THE HOUSE PICKING UP THINGS. I WAS STANDING IN THE MIDDLE OF MY YARD WATERING THE GRASS WHEN I HEARD CARMEN TELL ME THAT THIS IS NOT YOUR HOUSE AND YOUR DAD NEEDS TO TELL YOU THE TRUTH. CARMEN SAID THAT I DESERVE TO KNOW TRUTH. CARMEN CONTINUED TO SAY THINGS TO ME.

CARMEN THEN STARTED WALKING TOWARDS OUR YARD. CARMEN ASKED ME IS THIS YOUR PROPERTY AND DID YOU PAY FOR THAT WINDOW. I TOLD HER THAT I GUESS YOU WILL NEVER KNOW BECAUSE IT IS NONE OF YOUR BUSINESS. I TOLD CARMEN TO GET OFF OUR PROPERTY AND THAT THIS IS NOT HER PROPERTY. I TOLD CARMEN TO JUST GO INSIDE AND THAT THIS WOULD BE HANDLED IN COURT.

CARMEN WALKED TOWARDS THE NORTHEAST SIDE OF MY HOUSE AND PUNCHED THREW THE WINDOW SCREEN AND PULLED IT OUT WHILE SHE DID THIS I SPRAYED HER WITH WATER FROM THE WATER HOUSE TO STOP HER. MY UNCLE ELROY RAN TOWARDS CARMEN WHEN SHE STARTED GOING TOWARDS

ANOTHER WINDOW. ELROY WAS ABLE TO STOP CARMEN FROM PUNCHING THE WINDOW SCREEN.

I THEN SAW CARMEN'S SISTER GO TO CARMEN'S BACK YARD AND SHE CAME BACK WITH A PIECE OF PVC PIPE. CARMEN'S SISTER THEN CAME INTO OUR YARD WITH THE PVC PIPE IN HER HAND AND UP IN THE AIR LIKE SHE WAS GOING TO HIT ME. CARMEN'S SISTER TOLD ME IN SPANISH THAT IF I WAS TO WET HER SHE WAS GOING TO HIT ME.

ELROY RAN UP TO US AND GOT IN BETWEEN ME AND CARMEN'S SISTER. CARMEN'S SISTER THEN SWUNG AT ELROY WITH THE PIPE AND HIT HIM ON THE ELDOW. I THEN SAW CARMEN MOVE TO THE SIDE AND SHE PICKS UP A SPRINKLER THAT IS IN OUR YARD. CARMEN THEN THREW THE SPRINKLER AT ME AND HIT ME ON THE LEG. ELROY WAS STRUGGLING WITH CARMEN'S SISTER TRYING TO TAKE AWAY THE PIPE. I SAW CARMEN STANDING BEHIND ELROY TAKING OFF HER SHOE AND GETTING READY TO HIT ELROY. ELROY LET CARMEN'S SISTER GO AND SHE CAME AT ELROY. ELROY WAS WALKING BACK TRYING NOT TO BE HIT WITH THE PIPE. A POLICE OFFICER ARRIVED AND TOOK AWAY THE PIPE FROM CARMEN'S SISTER AND PLACED HER UNDER ARREST.

THIS STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

*Jennifer Cavazor*

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 1ST , DAY OF AUGUST, 2000.

NOTARY PUBLIC IN AND FOR WILLACY COUNTY, TEXAS.

MY COMMISSION EXPIRES: 07-13-04

COUNTY OF WILLACY      :
STATE OF TEXAS           :

BEFORE ME THE UNDERSIGNED AUTHORITY ON THIS DAY PERSONALLY APPEARED, ELROY XAVIER CAVAZOS, WHO AFTER BEING BY ME FIRST DULY SWORN UPON HIS OATH, DEPOSES AND SAYS THE FOLLOWING.

MY NAME IS ELROY XAVIER CAVAZOS AND I AM 41 YEARS OF AGE. MY DATE OF BIRTH IS JANUARY 30TH 1959. MY ADDRESS IS 816 W. WHITE RAYMONDVILLE TEXAS 78580. I CAN BE REACHED BY TELEPHONE AT 689-5284.

ON MONDAY JULY 31, 2000 SOMETIME BETWEEN 4:15 P.M. AND 4:35 P.M. MYSELF AND MY NIECE JENNIFER CAVAZOS HAD JUST FINISHED PAINTING MY BROTHERS HOUSE AND CLEANING UP HIS YARD. MY BROTHER IS HARRY CAVAZOS AND HE LIVES AT 847 W. WHITE RAYMONDVILLE TEXAS 78580.

FOR ALMOST A YEAR MY BROTHER HARRY AND HIS FAMILY HAVE BEEN HAVING PROBLEMS WITH THE MUNOZ FAMILY THAT LIVE TO THE EAST OF THEIR HOUSE. MOST OF THE PROBLEMS HAVE BEEN WITH LUIS MUNOZ AND CARMEN MUNOZ WHO ARE HUSBAND AND WIFE.

THERE HAVE BEEN INCIDENTS THAT I KNOW OF WHERE CARMEN HAD GONE OVER TO HARRY'S HOUSE AND STARTED AN ARGUMENT WITH MY SISTER IN LAW MINERVA CAVAZOS. I ALSO KNOW OF AND INCIDENT WHERE MINERVA HAD BEEN RUN OFF THE ROAD BY CARMEN. JENNIFER MY NIECE WAS ALSO RUN OFF THE ROAD BY LUIS WHILE HE HAD HIS ENTIRE FAMILY IN THEIR TRUCK.

AFTER WE HAD FINISHED CLEANING UP THE YARD KEN'S FURNITURE HAD ARRIVED TO DELIVER SOME APPLIANCES THAT MY BROTHER HAD PURCHASED. I KNEW THAT SOMETHING WAS GOING TO BE SAID BY THE MUNOZ FAMILY BECAUSE OF INCIDENT'S THAT HAVE HAPPENED IN THE PAST. WHEN MY BROTHER WOULD BUY THINGS FOR THE HOUSE HE HAD THEM DELIVERED DURING THE NIGHT BECAUSE THE NEIGHBORS WOULD ALWAYS HAVE SOMETHING BAD TO SAY.

AFTER THE APPLIANCES HAD BEEN DELIVERED I NOTICED THAT CARMEN AND HER SISTER I DO NOT KNOW HER NAME WERE STANDING IN THEIR DRIVE WAY. AT THIS TIME NO COMMENTS HAD BEEN MADE BY THE NEIGHBORS. THE WORKERS FROM KEN'S FURNITURE LEFT.

MYSELF AND JENNIFER WERE STANDING ON THE WEST SIDE OF MY BROTHERS HOUSE AND JENNIFER WAS WATERING THE GRASS. WE WERE TALKING ABOUT CLEANING UP WHAT WAS ON THE WEST SIDE OF THE HOUSE. I STARTED NOTICING THAT CARMEN AND HER SISTER WERE WALKING BACK AND FORTH ALONG THE SIDE OF THEIR HOUSE.

IT LOOKED SUSPICIOUS TO ME WHEN CARMEN'S SISTER STARTED LOOKING AT US AND THEN SHE WOULD LOOK AT CARMEN. CARMEN CONTINUED TO WALK BACK AND FORTH BETWEEN HER HOUSE AND HARRY'S HOUSE. CARMEN'S SISTER CONTINUED TO LOOK AT US AND THEN LOOK AT CARMEN. I THEN HEARD CARMEN'S SISTER SAY IN SPANISH DO SOMETHING TO THE WINDOW BUT DON'T DO IT TO WHERE THEY WILL NOTICE.

I WALKED INTO HARRY'S HOUSE TO CHECK THE WINDOWS ON THE EAST SIDE OF THE HOUSE. I WAS WORRIED THAT SOMETHING HAD ALREADY BEEN DONE TO THE WINDOW OF HARRY'S HOUSE BECAUSE THAT WAS WHERE CARMEN WAS WALKING TO.

I WENT INTO THE HOUSE AND I COULD HEAR VOICES IN FRONT OF THE HOUSE. I WENT DOWN THE HALL WAY OF THE HOUSE TO THE NORTH EAST ROOM AND I FOUND MICHAEL CAVAZOS HARRY'S SON IN THE ROOM. THE VOICES THAT I COULD HEAR WERE CARMEN'S AND HER SISTER. I ASKED MICHAEL WHO THEY WERE TALKING TO AND HE SAID JENNIFER. I IMMEDIATELY RAN OUTSIDE TO SEE WHAT WAS GOING ON.

WHEN I GOT OUTSIDE CARMEN AND HER SISTER WERE TELLING JENNIFER THAT YOUR PARENTS ARE STUPID AND THEY WERE WORTHLESS. THEY WERE TELLING JENNIFER THAT HER PARENTS HAD NOT TOLD HER THE TRUTH AND THAT THE HOUSE REALLY BELONGS TO THEM. CARMEN AND HER SISTER WERE IN THEIR DRIVEWAY AT THIS TIME AND JENNIFER WAS IN THE MIDDLE OF HARRY'S YARD.

JENNIFER HAD TOLD CARMEN OKAY THE HOUSE IS YOURS IS THAT WHAT YOU WANT TO HEAR. CARMEN RESPONDED TO JENNIFER YES THAT IS WHAT I WANTED TO HEAR. I THEN SAID WELL SINCE WE ALL AGREE LETS STOP THIS NOW. THAT IS WHEN CARMEN TOOK THE FIRST STEP INTO HARRY'S YARD. CARMEN THEN TOOK A SECOND STEP INTO THE YARD AND THIS IS WHEN I TOLD HER TO STEP BACK OFF THE YARD. CARMEN CONTINUED TO WALK INTO THE YARD AND I CONTINUED TO TELL HER TO GET OFF THE YARD.

CARMEN GOT NEAR ONE OF THE WINDOWS ON THE EAST SIDE OF HARRY'S HOUSE. CARMEN CONTINUED WALKING TOWARDS HARRY'S HOUSE AND JENNIFER TRIED TO KEEP CARMEN AWAY FROM THE HOUSE BY WETTING HER FROM THE KNEE DOWN WITH WATER FROM THE WATER HOSE. CARMEN THEN PUT HER FIST THREW THE WINDOW SCREEN AND PULLED IT OFF THE WINDOW. I PUT MY HAND ON CARMEN'S LEFT SHOULDER AND TOLD HER NOT TO LET THIS ESCALATE.

I TOLD CARMEN TO STEP BACK OFF THE YARD AND I SAW HER HAND GO DOWN TO A PALM TREE THAT IS IN HARRY'S YARD. CARMEN GRABBED THE

PALM TREE AND PULLED IT OUT OF THE GROUND. CARMEN STARTED WALKING TO THE EAST SIDE OF HARRY'S HOUSE. CARMEN KEPT SAYING THAT THIS IS MY HOUSE AND THOSE ARE MY WINDOWS. CARMEN WAS LOOKING AT HARRY'S HOUSE. AT THIS POINT SHE IS STANDING IN FRONT OF THE WINDOWS AND SHE IS ABOUT TO PUT HER FIST THREW THE WINDOW SCREEN. I RAN UP TO CARMEN AND WITH MY RIGHT HAND I PUSHED HER LEFT SHOULDER TO STOP HER FROM HITTING THE WINDOW SCREEN. CARMEN THEN SLAPPED ME ON THE LEFT SIDE OF MY FACE.

CARMEN THEN TOLD ME THAT YOU HIT ME YOU STARTED IT AND I AM GOING TO FUCKING SUE YOU. I TOLD HER TO GO RIGHT AHEAD AND SUE ME. I TOLD CARMEN TO STEP OFF THE PROPERTY AND I WILL FORGET EVERYTHING THAT HAD JUST HAPPENED. I HAD A SPRINKLER IN MY HAND SO I PUT IT IN BETWEEN MY LEGS BECAUSE I THOUGHT THAT SHE MAY TRY AND KICK ME IN THE GROIN.

DURING THIS INCIDENT BETWEEN ME AND CARMEN I SAW HER SISTER WALK TO CARMEN'S BACK YARD AND SHE CAME BACK WITH A PIECE OF PVC PIPE. I NOTICED THAT CARMEN'S SISTER WAS TAKING A STEP TOWARDS JENNIFER AND SHE HAD THE PVC PIPE IN A POSITION THAT APPEARED TO ME THAT SHE WAS GOING TO HIT JENNIFER. I DROPPED THE SPRINKLER AND WENT TOWARDS JENNIFER. I GOT IN BETWEEN JENNIFER AND CARMEN'S SISTER TO PREVENT HER FROM ATTACKING JENNIFER. I TOLD CARMEN'S SISTER TO PUT THE PIPE DOWN.

I SAW CARMEN PICK UP THE SPRINKLER AND THROW IT AT JENNIFER. I TRIED TO REACH FOR THE SPRINKLER BUT I WAS UNABLE TO REACH IT. I DID NOT KNOW AT THE TIME THAT THE SPRINKLER HAD HIT JENNIFER. I FACED CARMEN'S SISTER AGAIN AND SHE STILL HAD THE PIPE IN A MANNER THAT LOOKED LIKE SHE WAS GOING TO HIT ME. CARMEN'S SISTER THEN SWUNG AT ME WITH THE PIPE AND I BLOCKED IT WITH MY RIGHT FOREARM.

CARMEN'S SISTER THEN TOLD ME THAT SHE WAS GOING TO COME AFTER ME AND THAT SHE WAS GOING TO TELL HER HUSBAND TO KILL ME. CARMEN'S SISTER STILL HAD THE PIPE IN HER HAND. I TOLD HER TO TAKE CARE OF HER CHILD BECAUSE HE WAS CRYING. WHEN SHE TURNED TO LOOK AT HER CHILD I REACHED TOWARDS HER TO GRAB THE PIPE AND SHE TURNED AROUND. WE STRUGGLED FOR THE PIPE AND SHE WAS TRYING TO KICK ME IN THE PROCESS. SHE CALLED TO CARMEN TO COME AND GET THE PIPE.

I SAW CARMEN PICK UP A SHOE AND SHE STARTED COMING TOWARDS ME. I LET CARMEN'S SISTER GO AND TOLD BOTH OF THEM TO GET OFF THE PROPERTY. CARMEN'S SISTER THEN TURNED AROUND AND SHE WAS GOING TO HIT ME WITH THE PIPE. I TOLD HER TO GET BACK OFF THE PROPERTY. I SAW OFFICER GOSS ARRIVE AND HE WALKED UP BEHIND CARMEN'S SISTER AND

TOOK AWAY THE PIPE. OFFICER GOSS ARRESTED CARMEN AND PLACED HER
INTO A PATROL CAR.

THIS STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 1ST , DAY OF AUGUST, 2000.

NOTARY PUBLIC IN AND FOR
WILLACY COUNTY, TEXAS.

MY COMMISSION EXPIRES: 07-13-04

| JUVENILE INVOLVED Suspect ☑ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT Offense Report I | CASE NUMBER 00-0978 J |
| --- | --- | --- |

| 1. TYPE OF OFFENSE Criminal Mischief 0/50 v/500    PC 28.03 | FELONY ☐ MISDEMEANOR ☒ | 3. UCR CLASSIFICATION |
| 2. TYPE OF OFFENSE | FELONY ☐ MISDEMEANOR ☐ | 4. TYPE OF CRIME (UCR) |

| 5. DATE OFFENSE REPORTED 06052000 | 6. TIME OFFENSE REPORTED 5:38 PM | 7. OFFENSE OCCURRED |
| --- | --- | --- |

| 8. LOCATION OF OFFENSE (STREET ADDRESS) 363 W Kimball    (SW) | EARLIEST DATE 06052000 TIME 5:25 PM | LATEST DATE 06052000 TIME 5:38 PM |
| --- | --- | --- |
| 9. FIRM NAME (IF COMMERCIAL) Muñuz Roofing | | |

| 10. SCHOOL NAME | 11. DAY(S) OF WEEK OF OCCURRENCE  S ☒M T W T F S |
| --- | --- |

| 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 13. RESIDENCE ADDRESS | 14. RES. PHONE |
| --- | --- | --- |

| 15. VICTIM DOB | 16. SEX | 17. RACE | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |
| --- | --- | --- | --- | --- | --- |

| 21. V ☒ | RP ☒ | 22. NAME (LAST, FIRST, MIDDLE) Muñoz Luis | 23. RESIDENCE ADDRESS 829 W White | 24. RES. PHONE 689-6663 |
| --- | --- | --- | --- | --- |
| 25. DOB 0201 1964 | 26. SEX M | 27. RACE W | 28. EMPLOYER/SCHOOL Muñuz Roofing | 29. BUS./SCHOOL ADDRESS 363 W Kimball | 30. BUS. PHONE 689-3591 |

| 31. VICTIM/SUSPECT | | 32. PLACE OF ATTACK | |
| --- | --- | --- | --- |
| I  II  STRANGER ☒ AQUAINTANCE | | UNKNOWN ☐ BUSINESS ☐ | VEHICLE ☐ OTHER: |
| I  II  RELATIVE  OTHER | | RESIDENCE  OTHER STRUCT | STREET/ALLEY |

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| E R S ☒ D ⊙ | | 30 broken pane windows @ 5 each | | | | | $150 |
| E R S D | | | | | | | |
| E R S D | | | | | | | |
| E R S D | | | | | | | |
| E R S | 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |

| 48. VIN NUMBER | 49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS | 50. CHECK IF OTHER ITEMS ON OR III ☐ |
| --- | --- | --- |

51. NARRATIVE OF OFFENSE (BRIEF)

On above stated dates and times I was dispatched to above location in reference to criminal mischief. While speaking with the victim he spotted the juvenile suspects. I made contact with the juvenile and their mother. The victim and suspect's mother made arrangements to fix the windows -No Charges Filed          Cleared by Exception

| 52. EVIDENCE DISPOSITION Photo exhibits attached | 53. DO NOT WRITE IN THIS SPACE | | 54. DISPOSITION |
| --- | --- | --- | --- |
| 55. REPORTING OFFICER Oscar Ramos | | INITIALS | CLEARED-ADULT ARREST |
| | REVIEWED | | CLEARED-EXCEPTION |
| 56. DATE OF REPORT 06052000 | 57. RPD ID NO 113 | CLASSIFIED | CLEARED-JUV. DET. |
| | INDEXED | | CLEARED-EXCEPTION/JUV. |
| 58. DETECTIVE ASSIGNED | 59. DATE/TIME ASSIGNED | FILED | UNFOUNDED |
| | | | OTHER CLEARED EXCEPT. |
| | | | SUSPENDED/CLOSED |

| 60. ATTACHMENT ☒ OR II  OR III  CUSTODY REPORT  OTHER | 61. DATE OF DISPOSITION | 62. CLEARED BY: (ID NO.) |
| --- | --- | --- |

M.O. Suspects used body hands & feet the throw rocks through victims windows

Raymondville Police Department
Offense Report II

00-0978J

Criminal Mischief o/50 u/500 PC 28.03
R.O. Oscar Rivera Jr.

| | | |
|---|---|---|
| Suspect: | Daniel Alberto Leal 348 W Rodriguez Raymondville TX 78580<br>DOB: 072091  8 Y.O.A. | |
| Suspect: | Edward Leal 348 W Rodriguez Raymondville TX 78580<br>DOB: 081192  7 Y.O.A. | |
| Suspect: | Alejandro Perez 300 blk W Yturria Raymondville TX 78580<br>12 Y.O.A. | |
| Victim: | Luis Munoz 829 W White Raymondville TX 78580<br>DOB: 020164  36 Y.O.A.  689-6663 (home)  689-3591 (work) | |

     On 06052000 at 5:38 p.m. I was dispatched to 363 W Kimball in reference to a criminal mischief. Upon arrival I made contact with Luis Munoz. Mr. Munoz wanted to report that some juveniles were breaking his windows in the rear of his shop and he had seen who they were. Mr. Munoz said that there were two small kids wearing blue shirts and one wearing a red shirt. Mr. Munoz said that he saw them run towards a house on the 300 block of W Rodriguez.

     While I was talking with Mr. Munoz, he noticed two of the juveniles outside near the alley. I walked over to where the juveniles were. The address of the residence is 348 W Rodriguez. There I made contact with the mother of the juveniles identified as Isabel Olvera (DOB: 060471 29 Y.O.A.). The other juvenile was not there but was identified as Alejandro Perez by Mrs. Olvera. Mrs. Olvera said that Alejandro was outside playing with her children then ran home. Mrs. Olvera and Mr. Munoz made arrangements to repair the broken windows of the shop. Mr. Munoz said that the cost to repair the windows would be about $5 each. Mr. Munoz said that there were about 30 broken windows.

     Mr. Munoz said that he had seen these kids break his windows in the past but had not filed a police report.

     No charges filed.

Cleared by Exception

Officer Oscar Rivera Jr.    113    06052000    page 2 of 2

# RAYMONDVILLE POLICE DEPARTMENT

24520

OFFENSE NO: 00-07-03

**PERSON REPORTING:** Luis Munoz

**ADDRESS OF PERSON REPORTING:** 634 W. Collins

**HOW RECEIVED:** ☒ PHONE ☐ PERSON ☐ RADIO ☐ 911

**TIME & DATE RECEIVED:** '00 JUN 5 PM 5 38
**TIME & DATE DISPATCHED:** '00 JUN 5 PM 5 38
**TIME & DATE ARRIVED:** '00 JUN 5 PM 5 43
**TIME & DATE COMPLETED:** '00 JUN 5 PM 6 05

☐ VICTIM ☐ VICTIM ☐ COMP

**PHONE NO:** 9-3591

**LOCATION OF CALL:** 363 W. Thornhill

**NATURE OF CALL:** 363 W. Kimball — Criminal Mischief

☐ INSIDE ☐ OUTSIDE

**DISPATCHED BY:** Ros.

**OFFICER(S) ASSIGNED:** 113 — Criminal Mischief

**BACK-UP OFFICER(S):**

## VEHICLE INFO:
☐ TRF ☐ IMP ☐ STOLEN ☐ RECOVERED ☐ OTHER

| YEAR | STYLE | COLOR | MAKE | MODEL | LICENSE NO | STATE |
|------|-------|-------|------|-------|------------|-------|
|      |       |       |      |       |            |       |

## PERSON:
☐ WANTED ☐ MISSING ☐ OTHER

| | RACE | SEX | AGE | HGHT | HAIR | EYES / DOB |
|---|------|-----|-----|------|------|------------|

**ADDITIONAL INFORMATION:** about 5 kids broke back bd. windows

| JUVENILE INVOLVED<br>Suspect ☐ Victim ☐ Witness ☐ | RAYMONDVILLE POLICE DEPARTMENT<br>Offense Report 1 | CASE NUMBER<br>00-0423 |
|---|---|---|

**1. TYPE OF OFFENSE**  
☐ FELONY ☐ MISDEMEANOR  **3. UCR CLASSIFICATION**

**2. TYPE OF OFFENSE** Criminal Trespass TX PC 30.05  
☐ FELONY ☐ MISDEMEANOR  **4. TYPE OF CRIME (UCR)**

**5. DATE OFFENSE REPORTED** 031300  **6. TIME OFFENSE REPORTED** 8:55 Am  **7. OFFENSE OCCURRED**

**8. LOCATION OF OFFENSE (STREET ADDRESS)** 363 W Kimball (SW)  
EARLIEST DATE: About A month Ago  LATEST DATE:  
TIME: Unk Time

**9. FIRM NAME (IF COMMERCIAL)** Munoz Roofing

**10. SCHOOL NAME**  **11. DAY(S) OF WEEK OF OCCURRENCE** S M T W T F S

**12. VICTIM'S NAME (LAST, FIRST, MIDDLE)**  **13. RESIDENCE ADDRESS**  **14. RES. PHONE**

**15. VICTIM DOB**  **16. SEX**  **17. RACE**  **18. EMPLOYER/SCHOOL**  **19. BUS./SCHOOL ADDRESS**  **20. BUS. PHONE**

**21. V / RP ✓**  **22. NAME (LAST, FIRST, MIDDLE)** Munoz Luis C  **23. RESIDENCE ADDRESS** 829 W. White  **24. RES. PHONE** 689 3591

**25. DOB** 2016 ?  **26. SEX** M  **27. RACE** W  **28. EMPLOYER/SCHOOL**  **29. BUS./SCHOOL ADDRESS**  **30. BUS. PHONE**

**31. VICTIM/SUSPECT**
| I | II | | I | II | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | STRANGER | ☐ | ☑ | AQUAINTANCE | ☐ UNKNOWN | ☑ BUSINESS | ☐ VEHICLE |
| ☐ | ☐ | RELATIVE | ☐ | ☐ | OTHER | ☐ RESIDENCE | ☐ OTHER STRUCT | ☐ STREET/ALLEY |

**32. PLACE OF ATTACK**  **OTHER:**

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E R S D | | | | | | | |
| E R S D | | | | | | | |
| E R S D | | | | | | | |
| E R S D | | | | | | | |

| | 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|---|
| E R V D S | | | | | | | |

| 48. VIN NUMBER | 49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS | 50. CHECK IF OTHER ITEMS ON OR III ☐ |
|---|---|---|

**51. NARRATIVE OF OFFENSE (BRIEF)**  
On above date, time ~~and~~ ~~Abornde~~ Contact w/male subject in lobby of Police Dept. who wanted to report that 2 weeks ago he had been treatten by another male subject id. On DPTS who was also warned not to come by his business. Pending

**52. EVIDENCE DISPOSITION** No Photos

**53. DO NOT WRITE IN THIS SPACE**  INITIALS

**55. REPORTING OFFICER** O. Martinez

| REVIEWED | |
| CLASSIFIED | |
| INDEXED | |
| FILED | |

**56. DATE OF REPORT** 03132000  **57. RPD ID NO** 103

**58. DETECTIVE ASSIGNED**  **59. DATE/TIME ASSIGNED**

**54. DISPOSITION**
- ☐ CLEARED-ADULT ARREST
- ☐ CLEARED-EXCEPTION
- ☐ CLEARED-JUV. DET.
- ☐ CLEARED-EXCEPTION/JUV.
- ☐ UNFOUNDED
- ☐ OTHER CLEARED EXCEPT.
- ☐ SUSPENDED/CLOSED

**60. ATTACHMENT** ☑ OR II ☐ OR III ☐ CUSTODY REPORT ☐ OTHER  **61. DATE OF DISPOSITION**  **62. CLEARED BY: (ID NO.)**

who could hand book to tell victim that he would him if he took his horse.

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

CASE#00-0423
CRIME--CRIMINAL TRESPASS    TX PC 30.05
          ASSAULT BY THREAT    TX PC 22.01
VICTIM--MUNOZ ,LUIS C.    ADD. 829 W.WHITE    PH#6893591    SEX/M
          D.O.B--020164
SUSPECT--CAVAZOS ,HARRY    ADD.847 W.WHITE    PH#UNK    SEX/M
          D.O.B--

        ON MONDAY MARCH 13,2000 AT APPROXIMATELY 8:55a.m, I WAS
ADVISED BY DIPATCH THAT A MALE SUBJECT IN THE FRONT LOBBY OF THE
POLICE DEPARTMENT NEEDED TO SPEAK WITH AN OFFICER.

        UPON MY ARRIVAL I MADE CONTACT WITH A MALE SUBJECT
IDENTIFIED AS LUIS MUNOZ. MR. MUNOZ THEN TOLD ME THAT HE WANTED TO
FILE A REPORT OF THREE INCIDENTS  THAT OCCURRED FROM TWO MONTHS AGO
TO ABOUT TWO WEEKS AGO. MR. MUNOZ SAID THAT TWO MONTHS AGO
UNKNOWN DAY OF THE WEEK BUT AT ABOUT 7:00p.m, MR. HARRY CAVAZOS
WENT TO MR. MUNOZ'S BUSINESS (MUNOZ ROOFING 363 W.KIMBALL)AND TOLD
HIM THAT HE COULDN'T FORECLOSE ON HIS HOUSE AND THAT HE WASN'T
GOING TO TAKE IT AWAY FROM HIM EITHER. MR. MUNOZ THEN TOLD MR.
CAVAZOS TO LEAVE HIS BUSINESS WHICH MR. CAVAZOS DID. MR. MUNOZ SAID
THAT MR. CAVAZOS OWED HIM MONEY FOR REPAIRS ON HIS HOUSE AND THAT
HE HAD FILED FOR FORECLOSURE . MR.MUNOZ SAID THAT AFTER MR. CAVAZOS
WAS LEAVING THE BUSINESS HE CALLED THE POLICE DEPARTMENT AND
INVESTIGATOR ADAME SHOWED UP AND TOLD MR. CAVAZOS WHO WAS
OUTSIDE THE BUSSINESS THAT HE WASN'T WANTED AT THE BUSINESS
ANYMORE AND TO TAKE HIS BELONGINGS OUT OF MR. MUNOZ'S BUILDING THAT
WERE BEING STORED THERE FOR MR. CAVAZOS.

        ABOUT A WEEK AFTER MR. CAVAZOS WAS WARNED BY INV. ADAME
THAT HE WASN'T WANTED THERE MR. CAVAZOS SHOWED UP AT ABOUT 6:00p.m.
MR.CAVAZOS ENTERED MR.MUNOZ'S BUSINESS AND TOLD MR. MUNOZ THAT HE
WANTED TO SPEAK WITH HIM. MR. MUNOZ THEN TOLD HIM HE HAD NOTHING TO
TALK TO HIM ABOUT, THAT IF HE WANTED TO TALK TO TALK TO HIS LAWYER

AND TO LEAVE HIS BUSINESS.

ABOUT TWO WEEKS AGO MR. CAVAZOS ALONG WITH HIS BROTHER NORBERT CAVAZOS SHOWED UP TO MR. MUNOZ'S BUSINESS AGAIN AND MR.CAVAZOS ENTERED AND MR. MUNOZ ASKED HIM WHAT HE WANTED AND MR. CAVAZOS SAID THAT HE WANTED A BROWN BAG FROM THE BACK THAT HE HAD FORGOTTEN . MR. MUNOZ THEN TOLD HIM TO WAIT AND THAT HE WOULD GET IT FOR HIM. WHEN MR. MUNOZ GAVE HARRY THE BAG MR. CAVAZOS TOLD HIM, " LET ME TELL YOU ONE THING IF YOU TAKE MY HOUSE I'M GOING TO KILL YOU", AND WALKED OUT OF THE BUSINESS.

YESTERDAY AT ABOUT 5:15 p.m MR. MUNOZ ARRIVED AT HIS RESIDENCE AND HIS WIFE TOLD HIM THAT SHE NEEDED TO PICK UP SOME PIPES FROM THE BACK YARD SINCE THEY HAD BEEN WORKING ON THE PLUMING AND LEFT A LOT OF TRASH IN THE BACKYARD. MR. MUNOZ TOLD HIS WIFE CARMELA TO STAY INSIDE BECAUSE HARRY CAVAZOS,MINERVA CAVAZOS,NORBERT CAVAZOS,AND ELROY CAVAZOS WERE IN THEIR BACKYARD. MRS.MUNOZ THEN WENT TO THE BACKYARD AND WATERED THE PLANTS AND SAID THAT THE CAVAZOS'S WERE MAKING COMMENTS ABOUT HER. MRS. MUNOZ THEN WENT TO THE FRONT OF HER HOUSE INSTEAD AND MINERVA AND HARRY CAVAZOS FOLLOWED HER ALSO STAYING IN THEIR YARD AND KEPT MAKING COMMENTS. MRS. MUNOZ THEN WENT BACK TO THE BACKYARD TO PICK UP THE PIECES OF PIPES AND THAT SHE COULD STILL HEAR THE CAVAZOS MAKING COMMENTS THATS WHEN SHE TOLD THEM TO SHUT UP AND THAT NORBERT SAID, " FUCK YOU BITCH". MR. MUNOZ THEN TOLD CARMELA TO COME INSIDE AND BY THAT TIME THE POLICE HAD BEEN CALLED. OFFICERM.LOYA MADE CONTACT WITH MRS. MUNOZ AT HER RESIDENCE AND TOLD HER AFTER LISTENING TO HER SIDE OF THE STORY TO COME TO THE POLICE DEPARTMENT ALONG WITH HER HUSBAND AND FILE A COMPLAINT AND FILE A REPORT OF THE INCIDENT. MR. MUNOZ WISHES TO FILE CHARGES BECAUSE HE DOESN'T WANT THINGS TO GET OUT OF CONTROL ANYMORE SINCE HE WILL BE FORECLOSING THIS MONTH ON MR. CAVAZOS'S HOUSE.

PENDING

REPORTING OFFICER _____ BADGE /03 DATE 0313-2000
          CARLOS MARTINEZ          103         03-13-2000

# RAYMONDVILLE POLICE DEPARTMENT

22065

OFFENSE NO. 00-0423

'00 MAR 13 AM 9 20

| TIME & DATE REPORTED | '00 MAR 13 AM 8 55 |
| TIME & DATE DISPATCHED | '00 MAR 13 AM 9 02 |
| TIME & DATE ARRIVED | '00 MAR 13 AM 9 20 |
| TIME & DATE COMPLETED | |

☐ PERSON REPORTING   ☐ VICTIM   ☐ COMP

PERSON REPORTING: Jose C. Munoz

PHONE NO.

ADDRESS OF ☐ PERSON REPORTING ☐ VICTIM: 825 W White

LOCATION OF CALL: 825 W White   ☐ INSIDE   ☐ OUTSIDE

NATURE OF CALL

**HOW RECEIVED**
☐ PHONE   ☐ RADIO
☐ PERSON  ☐ 911

**VEHICLE INFO:**
☐ TRF   ☐ IMP   ☐ STOLEN   ☐ WANTED   ☐ RECOVERED   ☐ MISSING   ☐ OTHER

DISPATCHED BY:

OFFICER(S) ASSIGNED: 103

BACK-UP OFFICER(S)

| YEAR | STYLE | COLOR | MAKE | MODEL | LICENSE NO | STATE | YEAR |
| --- | --- | --- | --- | --- | --- | --- | --- |

| PERSON/ | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
| --- | --- | --- | --- | --- | --- | --- | --- |

ADDITIONAL INFORMATION

Raymondville Police Department
Offense Report II

00-1340

Disorderly Conduct  PC 42.01
R.O. Oscar Rivera Jr.

Suspect:     Carmen Munoz

Victim:     Jennifer Cavazos 847 W White Raymondville TX 78580
            DOB: 112480 19 Y.O.A. 689-0361

On 08072000 at 7:11 p.m. I was dispatched to 847 W White in reference to a harassment report. Upon arrival I made contact with Jennifer Cavazos. Ms. Cavazos wanted to report that her neighbor Carmen Munoz had been causing problems with her at HEB located at 405 W Hidalgo.

Ms. Cavazos said that at about 7 p.m. or 7:10 p.m., as she was walking out of HEB towards her vehicle, Mrs. Munoz stopped beside her vehicle. Ms. Cavazos said that she was parked on the west side of HEB. Ms. Cavazos said that because her family and the Munoz family have been having a lot of problems she did not want to reverse out of her parking space for fear that Mrs. Munoz may strike her vehicle. Ms. Cavazos said that the only person in the vehicle was Mrs. Munoz. Ms. Cavazos said that she saw Mrs. Munoz make an offensive hand gesture towards her ("flip her off"). Ms. Cavazos said that she wanted to avoid problems or confrontation with her so she got off her vehicle and went back inside the store.

Ms. Cavazos said that she went towards the isles and waited to see if Mrs. Munoz would come in. Ms. Cavazos said that Mrs. Munoz came into the store shortly after her. Ms. Cavazos said that it looked like Mrs. Munoz was looking for her. Ms. Cavazos said that Mrs. Munoz was looking from isle to isle looking for her. Ms. Cavazos said that Mrs. Munoz made eye contact with her and proceeded into one of the grocery isles. Ms. Cavazos said that as soon as Mrs. Munoz was out of sight, she left the store and went home.

Ms. Cavazos said that this was a continuing problem between the Munoz and the Cavazos family and I have taken numerous reports from both families against each other. Ms. Cavazos wanted to file a restraining order against the Munoz family and especially Mrs. Munoz. Ms. Cavazos was advised to talk with Judge Huerta about the order and the disorderly conduct that occurred at HEB.

Case Pending Investigation

Officer Oscar Rivera Jr.     113     08072000     page 1 of 1

# RAYMONDVILLE POLICE DEPARTMENT

26333

OFFENSE NO   00-1340

| | |
|---|---|
| TIME & DATE REPORTED | '00 AUG 7 PM 7 11 |
| ☐ PERSON REPORTING | |

| TIME & DATE DISPATCHED | '00 AUG 7 PM 7 11 |
| TIME & DATE ARRIVED | '00 AUG 7 PM 7 20 |
| TIME & DATE COMPLETED | '00 AUG 7 PM 7 20 |

ADDRESS OF ☐ PERSON REPORTING  ☑ VICTIM  ☐ COMP

Maria Perez-Garcia / Jennifer Garza

847 W. White

| PHONE NO | LOCATION OF CALL | 847 W white |
|---|---|---|
| ☐ VICTIM  ☐ PHONE NO | NATURE OF CALL   Harassment | ☐ INSIDE  ☐ OUTSIDE |

HOW RECEIVED
☐ PHONE  ☐ RADIO
☐ PERSON  ☐ 911

| DISPATCHED BY: | OFFICER(S) ASSIGNED | BACK-UP OFFICER(S) |
|---|---|---|
| RC | 118 | |

VEHICLE INFO:  ☐ TRF  ☐ IMP  ☐ STOLEN  ☐ RECOVERED  ☐ OTHER

| | YEAR | STYLE | COLOR | MAKE | MODEL | LICENSE NO | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PERSON:  ☐ WANTED  ☐ MISSING  ☐ OTHER

| RACE | SEX | AGE | HIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|

| YEAR | STATE | LICENSE NO | RACE | SEX | AGE |
|---|---|---|---|---|---|

ADDITIONAL INFORMATION

| JUVENILE INVOLVED | RAYMONDVILLE POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| Suspect ☐ Victim ☐ Witness ☐ | Offense Report I | 00-0421 |

| 1. TYPE OF OFFENSE | | FELONY | 3. UCR CLASSIFICATION |
|---|---|---|---|
| Terroristic Threat    22.07 P.C. | B | MISDEMEANOR | |
| 2. TYPE OF OFFENSE | | FELONY | 4. TYPE OF CRIME (UCR) |
| | | MISDEMEANOR | |

| 5. DATE OFFENSE REPORTED | 6. TIME OFFENSE REPORTED | 7. OFFENSE OCCURRED |
|---|---|---|

03-12-2000        5:28 P.M.

| 8. LOCATION OF OFFENSE (STREET ADDRESS) | | EARLIEST | LATEST |
|---|---|---|---|
| 847 West White      SW | DATE 03-12-2000 | DATE 03-12-2000 |
| 9. FIRM NAME (IF COMMERCIAL) | TIME 5:15 P.M. | TIME 5:28 P.M. |

| 10. SCHOOL NAME | 11. DAY(S) OF WEEK OF OCCURRENCE |
|---|---|
| | ☒ M  T  W  T  F  S |

| 12. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 13. RESIDENCE ADDRESS | 14. RES. PHONE |
|---|---|---|
| I | | |

| 15. VICTIM DOB | 16. SEX | 17. RACE | 18. EMPLOYER/SCHOOL | 19. BUS./SCHOOL ADDRESS | 20. BUS. PHONE |
|---|---|---|---|---|---|

| 21. V | RP | 22. NAME (LAST, FIRST, MIDDLE) | 23. RESIDENCE ADDRESS | 24. RES. PHONE |
|---|---|---|---|---|
| II | | Cavazos, Minerva | 847 West White | 642-7786 |

| 25. DOB | 26. SEX | 27. RACE | 28. EMPLOYER/SCHOOL | 29. BUS./SCHOOL ADDRESS | 30. BUS. PHONE |
|---|---|---|---|---|---|
| 03-17-1957 | F | W | — | — | — |

| 31. VICTIM/SUSPECT | | | | 32. PLACE OF ATTACK | | OTHER: |
|---|---|---|---|---|---|---|
| I  II  STRANGER | I ☒ AQUAINTANCE | ☒ UNKNOWN | BUSINESS | VEHICLE | |
| I  II  RELATIVE | I  II  OTHER | RESIDENCE | OTHER STRUCT | STREET/ALLEY | |

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| K  S | | | | | | | |
| R  D | | | | | | | |
| K  S | | | | | | | |
| R  D | | | | | | | |
| K  S | | | | | | | |
| R  D | | | | | | | |
| K  S | | | | | | | |
| R  D | | | | | | | |

| K  S | 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|---|
| R  D | | | | | | | |

| 48. VIN NUMBER | 49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS | 50. CHECK IF OTHER ITEMS ON OR III ☐ |
|---|---|---|

**51. NARRATIVE OF OFFENSE (BRIEF)**

Report Party/Victim stated suspect threatened her with a pipe (metal). Suspect stated she did not threaten to use the pipe, but admitting threating her. Suspect and Witnesses Identified on OR II.

Pending

| 52. EVIDENCE DISPOSITION | 53. DO NOT WRITE IN THIS SPACE | | 54. DISPOSITION |
|---|---|---|---|
| | | INITIALS | CLEARED-ADULT ARREST |
| 53. REPORTING OFFICER | REVIEWED | | CLEARED-EXCEPTION |
| Michael Loya | CLASSIFIED | | CLEARED-JUV. DET. |
| 54. DATE OF REPORT | 57. RPD-ID NO | INDEXED | CLEARED-EXCEPTION/JUV. |
| 03-12-2000 | 112 | FILED | UNFOUNDED |
| 56. DETECTIVE ASSIGNED | 58. DATE/TIME ASSIGN— | | OTHER CLEARED EXCEPT. |
| | | | SUSPENDED/CLOSED |
| 60. ATTACHMENT | | 61. DATE OF DISPOSITION | 62. CLEARED BY: (ID NO.) |
| ☒ OR II   OR III   CUSTODY REPORT   OTHER | | | |

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

Case# 00-0421
Date/Time: 03-12-2000   5:28 P.M.
Offense: Terroristic Threat 22.07 P.C.
       Disorderly Conduct 42.01 P.C.

Victim 1: Cavazos, Minerva 847 West White 642-7786  W F  D.O.B.  03-17-1957
Victim 2: Cavazos, Norbert  816 West White 689-5284  W M D.O.B.  11-22-1960
Victim 3: Cavazos, Elroy 816 West White 689-5284 W M D.O.B.  01-30-1956
Suspect: Munoz, Carmela 829 West White 689-9723 W F D.O.B.  08-01-1968
Witness: Cavazos, Harry J.  847 West White 642-7786 W M D.O.B.  08-11-1956


Offense: Disorderly Conduct 42.01 P.C.

Victim: Munoz, Carmela 829 West White 689-9723 W F D.O.B.  08-01-1968
Suspect: Cavazos, Norbert 816 West White 689-5284 W M D.O.B. 11-22-1960

      On Sunday, 03-12-2000, at approximately 5:28 P.M. I was dispatched to 847 West White in reference to a disturbance.

      Upon arrival, I made contact with a female subject, identified as Minerva Cavazos. Minerva  told me that her neighbor, identified as Carmela Munoz, threatened her with a metal pipe in her, Minerva, back yard.  Minera told me that Carmela, who lives next to her residence at 816 West White has been harassing her family and her for a couple of months now.  Minerva told me that Minerva was arguing with her, Minerva, husband, identified as Harry J. Cavazos, right now.

      I then went to the back yard of Minerva and made contact with Carmela.  I separated the two parties and spoke with Carmela and her husband, identified as Luis Munoz.  Carmela told me that she was in her backyard when she heard the Cavazos in their backyard laughing at her. Carmela told me that the Cavazos were laughing because of a contracting job Luis did for them. Carmela told me that the Cavazos never payed for the job done by her husband.  Carmela also told me that she was very upset with the Cavazos because by them not paying her husband it has affected their lives.  Carmela told me that she got tired of hearing the Cavazos laughing at her so she went up to her fence line and told them to shut up.  Carmela told me that when she told them to shut up, and male subject identified as Norbert Cavazos approached her and called her a bitch. Carmela told me that is when I showed up.


Officer _Michael     Loya_____ Badge _112_ Date _03-12-2000_ Page 1 of 3

Carmela told me that she wanted to file charges on Norbert. I told Carmela that a report would be made and that she needed to come by the Raymondville Police Department later and speak with one of the investigators to make a statement and to sign a complaint.

I then went next door to Minerva's house and made contact with Harry Cavazos. Harry told me that he, Elroy Cazavos, Norbert, and Minerva were all outside in his backyard picking up trash from his house when he noticed Carmela standing with a water hose on the far end of her yard. Harry told me that he then noticed Carmela drop the water hose and pick up a metal pipe and walk up to the fence and told all of them shut their mouths already because she, Carmela, was already tired of listening to them. Harry told me that Carmela then called Norbert an Asshole for getting involved. Harry told me that Carmela then told his wife, Minerva to shut up. Harry told me that Carmela had the pipe in her hand and told Minerva to come over to her yard so she could take care of her, Minerva. Harry told me that is when he went up to her and told her to leave them alone. Harry told me that is when Minerva went inside to call the Police. Harry told me that they continued to argue and that is when I showed up.

Harry told me that I has been an ongoing thing between him and the Munoz's. Harry told me that Carmela has assaulted him previously and he has filed previous reports on her. Harry told me that he wrote a statement to Judge Huerta previously pertaining in prior incidents with the Munoz's. His statement is attached to this report. Harry told me that all he wants is for Carmela to leave him and his family alone. Harry told me that he wanted to file a restraining order on Carmela, because he was tired of Carmela harassing him and he was also concerned of what Carmela might do to him or his family in the future. I told Harry to come by the Police Department to speak with Judge Huerta to make a statement and to sign a complaint.

I then made contact with Norbert Cavazos. Norbert told me the same as Harry. Norbert told me that Carmela approached the fence with a metal pipe and threatened Minerva. Norbert then told me that he told Carmela to calm down, but that Carmela looked at him and told him to that she did not even know who he was but to shut the fuck up Asshole and not to get involved. Norbert told me that he wanted to file charges on Carmela. I told Norbert to come by the Raymondville Police Department to speak with judge Huerta to make a statement and to sign a complaint.

I then made contact with Elroy Cavazos who told me the same as Harry and Norbert. Elroy told me that Carmela told him to shut the fuck up and not to get involved when he tried to talk to her. Elroy told me that Carmela did have a pipe in her hand when she threatened Minerva. Elroy told me that he wanted to file charges against Carmela. I told Elroy to come by the Raymondville Police Department to speak with Judge Huerta to sign a complaint and to make a statement.

I then made contact with Minerva again. Minerva told me that she wanted to file charges against Carmela. I told Minerva to come by the Raymondville Police Department and speak with one of the investigators to make a statement and sign a complaint.

Officer _Michael    Loya_____ Badge _112_ Date _03-12-200_Page 2 of 3

I then told all parties to call the Raymondville Police Department if the problem continues.

Approximately fifteen minutes after I left the scene, Norbert Cavazos called the police department and stated that when he went outside to his car, parked in the front of the residence, that Luis Munoz, husband to Carmela, came outside and told him that if he called his wife a bitch again, he would have to deal with him, Luis. I told Norbert that I would include that incident in this report. I also told him that if he had anymore problems to call the police department.

Pending

Officer _Michael Loya_        Badge _112_ Date _03-12-2000_ Page 3 of 3

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO

**00-0421**

22057

'00 MAR 12 PM 5 28
TIME & DATE REPORTED
☐ PERSON REPORTING

'00 MAR 12 PM 5 28
TIME & DATE DISPATCHED

'00 MAR 12 PM 5 31
TIME & DATE ARRIVED

'00 MAR 12 COMPLETED

☐ INSIDE  ☐ OUTSIDE

ADDRESS OF   ☐ PERSON REPORTING   ☐ VICTIM   ☐ COMP

Mr. Vallesca

847 W. White

| HOW RECEIVED | PHONE NO | LOCATION OF CALL |
|---|---|---|
| ☐ PHONE  ☐ RADIO | 663-8766 | 847 W. White |
| ☐ PERSON  ☐ 911 | | |

DISPATCHED BY:

OFFICER(S) ASSIGNED

NATURE OF CALL

Disturbance (Neighbor)

BACK-UP OFFICER(S)

☐ VICTIM   ☐ COMP

**VEHICLE INFO:**

☐ TRF   ☐ IMP   ☐ STOLEN   ☐ RECOVERED   ☐ OTHER

| YEAR | COLOR | MAKE | PERSON: ☐ WANTED ☐ MISSING ☐ OTHER |
|---|---|---|---|
| | | | |

| STYLE | MODEL | | RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|

| YEAR | STATE | LICENSE NO |
|---|---|---|

ADDITIONAL INFORMATION

## RAYMONDVILLE POLICE DEPARTMENT
## OFFENSE REPORT II

00-0224
DISORDERLY CONDUCT P.C. 42.01
REPORTING PARTY: CAVAZOS, MINNIE
VICTIM: CAVAZOS, MINNIE     847 W. WHITE     689-9128     030757
SUSPECT: MUNOZ, CARMEN     800 BLOCK W. WHITE

ON TUESDAY 020800 AT ABOUT 3:52PM I SPOKE TO VICTIM, REPORTING PARTY MINNIE CAVAZOS OVER THE PHONE AT THE POLICE STATION IN REFERENCE TO A DISORDERLY CONDUCT.

MINNIE CAVAZOS TOLD ME THAT WHEN SHE GOT HOME AT 847 W. WHITE AT AROUND 3:35PM HER NEIGHBOR CARMEN MUNOZ WHO LIVES JUST EAST OF HER, MADE A HARASSING REMARK. MINNIE SAID THAT SHE HAD GOTTEN OUT OF HER CAR WHEN CARMEN WAS STANDING OUTSIDE BY HER PORCH. MINNIE THEN SAID THAT CARMEN STARTED TO WALK OVER TO HER FENCE LINE, BUT DID NOT CROSS OVER TO HER PROPERTY. CARMEN THEN YELLED OUT TO MINNIE "WHAT YOU'LL DID WAS NOT RIGHT, FUCKING BITCH." MINNIE THEN IGNORED HER AND WALKED IN TO HER HOUSE. MINNIE THEN SAID SHE LEFT HER RESIDENCE TO A RESIDENCE LOCATED AT 322 EAST KIMBALL.

I EXPLAINED TO MINNIE CAVAZOS THAT SHE NEEDED TO SPEAK TO JUDGE HUERTA, SO THAT SHE CAN FILE A COMPLAINT. MINNIE TOLD ME THAT SHE WOULD BE IN JUDGE HUERTA'S OFFICE IN THE MORNING.

CASE PENDING

OFFICER DANIEL SOLIS     102     1 OF 1     020800

# RAYMONDVILLE POLICE DEPARTMENT

OFFENSE NO. 00-0227

| | |
|---|---|
| **TIME & DATE REPORTED** | FEB 8 '00 FEB 8 PM 3 52 |
| **PERSON REPORTING** | M.W.W. CALAZ05 |
| **ADDRESS OF** ☐ PERSON REPORTING | 322 E. Kimball |

☐ VICTIM    **PHONE NO**

**TIME & DATE DISPATCHED** '00 FEB 8 PM 4 11

**LOCATION OF CALL** 647 W. White

**TIME & DATE ARRIVED** '00 FEB 8 PM 4 11

**TIME & DATE COMPLETED**  ☐ INSIDE  ☐ OUTSIDE

☐ VICTIM   ☐ COMP

**NATURE OF CALL** Harassment

**HOW RECEIVED:**
☐ PHONE  ☐ RADIO
☐ PERSON  ☐ 911

**DISPATCHED BY:**

**OFFICER(S) ASSIGNED** 672 W. White

**BACK-UP OFFICER(S)**

**VEHICLE INFO:** ☐ TRF  ☐ IMP

**PERSON:** ☐ STOLEN  ☐ RECOVERED  ☐ WANTED  ☐ MISSING  ☐ OTHER  ☐ OTHER

| YEAR | STYLE | COLOR | MAKE | MODEL | LICENSE NO |
|---|---|---|---|---|---|
| | | | | | |

| YEAR | STATE | | | | |
|---|---|---|---|---|---|
| | | | | | |

| RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|
| | | | | | | |

**ADDITIONAL INFORMATION**

**JUVENILE INVOLVED**
Suspect ☐ Victim ☐ Witness ☐

**RAYMONDVILLE POLICE DEPARTMENT**
Offense Report I

**CASE NUMBER** 99-1962

**1. TYPE OF OFFENSE:** Burglary of Building P.C. 30.02

FELONY ☐ / MISDEMEANOR ☐
**2. TYPE OF OFFENSE:** FELONY ☐ MISDEMEANOR ☐

**3a. UCR CLASSIFICATION:**
**4. TYPE OF CRIME (UCR):**

**5. DATE OFFENSE REPORTED:** 12-08-99
**6. TIME OFFENSE REPORTED:** 6:16 pm
**7. OFFENSE OCCURRED**

| | EARLIEST | LATEST |
|---|---|---|
| DATE | About 4 mo. Ago | DATE |

**8. LOCATION OF OFFENSE (STREET ADDRESS):** 363 W Kimball   S.W.

**9. FIRM NAME (IF COMMERCIAL):** Munoz Roofing

TIME | TIME

**10. SCHOOL NAME:**
**11. DAY(S) OF WEEK OF OCCURRENCE:** S M T W T F S

**12. VICTIM'S NAME (LAST, FIRST, MIDDLE):**
**13. RESIDENCE ADDRESS:**
**14. RES. PHONE:**

**15. VICTIM DOB:**
**16. SEX:**
**17. RACE:**
**18. EMPLOYER/SCHOOL:**
**19. BUS./SCHOOL ADDRESS:**
**20. BUS. PHONE:**

**21. V** RP
**22. NAME (LAST, FIRST, MIDDLE):** Cavazos, Harry
**23. RESIDENCE ADDRESS:** 847 W White
**24. RES. PHONE:** 689-9128

**25. DOB:** 08 11 56
**26. SEX:** M
**27. RACE:** W
**28. EMPLOYER/SCHOOL:**
**29. BUS./SCHOOL ADDRESS:**
**30. BUS. PHONE:**

**31. VICTIM/SUSPECT**
I ✓ STRANGER   I II AQUAINTANCE
I II RELATIVE   I II OTHER

**32. PLACE OF ATTACK**
☐ UNKNOWN   ☐✓ BUSINESS   ☐ VEHICLE
☐ RESIDENCE   ☐ OTHER STRUCT   ☐ STREET/ALLEY
OTHER:

| 33. STATUS | 34. QTY. | 35. ARTICLE | 36. BRAND, MAKE, MANUFACTURER | 37. MODEL/NAME NUMBER | 38. COLOR/SIZE | 39. S/N | 40. VALUE |
|---|---|---|---|---|---|---|---|
| E R ✓ S | 2 sets | matress & boxspring | | | | | $3000.00 |
| E R ✓ S | 2 | China Cabinet | | | | | $677.00 $900.00 |
| E R ✓ S | 25 | Videos in 1box | | | | | $10.00 each |
| E R S | | | | | | | |
| E R S | | | | | | | |

| 41. LIC. NO. | 42. STATE | 43. VEH. YR. | 44. MAKE | 45. MODEL | 46. COLOR | 47. VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**48. VIN NUMBER:**
**49. VEHICLE MARKS/DAMAGE/DECALS/COMMENTS:**
**50. CHECK IF OTHER ITEMS ON OR III** ☐

**51. NARRATIVE OF OFFENSE (BRIEF):**

On 12-08-99 I met with victim who stated that unknown suspects took his furniture from above address without his consent. No suspect(s) or witness identified.

*Case Pending*

**52. EVIDENCE DISPOSITION:**

**53. DO NOT WRITE IN THIS SPACE**
INITIALS

**54. DISPOSITION:**
☐ CLEARED-ADULT ARREST
☐ CLEARED-EXCEPTION
☐ CLEARED-JUV. DET.
☐ CLEARED-EXCEPTION/JUV.
☐ UNFOUNDED
☐ OTHER CLEARED EXCEPT.
☐ SUSPENDED/CLOSED

**55. REPORTING OFFICER:** Samuel Odune
REVIEWED
CLASSIFIED

**56. DATE OF REPORT:** 12-08-99
**57. RPD ID NO:** 31
INDEXED
FILED

**58. DETECTIVE ASSIGNED:**
**59. DATE/TIME ASSIGNED:**

**60. ATTACHMENT:** ☐✓ OR II ☐ OR III ☐ CUSTODY REPORT ☐ OTHER
**61. DATE OF DISPOSITION:**
**62. CLEARED BY: (ID NO.)**

MA Radi. thiuilo Suspect entered building and took items, without owners

RAYMONDVILLE POLICE DEPARTMENT
OFFENSE REPORT II

BURGLARY OF BUILDING PC. 30.02                CASE # 99-1962
VICTIM: HARRY CAVAZOS

ON WEDNESDAY 12-08-99 AT 6:16 PM I WAS DISPATCHED TO 363 W CYMBAL
IN REFERENCE TO A BURGLARY. UPON ARRIVAL I MET WITH VICTIM HARRY
CAVAZOS AND LUIS MUNOZ.

MR. MUNOZ IS THE OWNER OF THE BUILDING 363 W KIMBALL (MUNOZ
ROOFING). MR. CAVAZOS SAID THAT HE HAD BEEN STORING SOME FURNITURE AT
363 W KIMBALL WHILE MR. MUNOZ WAS REMODELING MR. CAVAZOS HOUSE.

MR. CAVAZOS SAID THAT HE AND MR. MUNOZ GOT INTO A DISAGREEMENT
ABOUT THE CONSTRUCTION OF THE HOUSE. MR. CAVAZOS SAID THAT ABOUT FOUR
MONTHS AGO HE MOVED SOME FURNITURE OUT, THAT WAS BEING STORED IN THE
BACK PART OF 363 W KIMBALL.

MR. CAVAZOS SAID THAT WHEN HE WAS MOVING WAS SOMETIME AROUND
SEPTEMBER(LABOR DAY). MR. CAVAZOS SAID THAT IT BEGAN RAINING AND THAT
HE DID NOT MOVE EVERYTHING OUT. MR. CAVAZOS SAID THAT IT RAINED FOR A
COUPLE OF DAYS AND THAT HE DID NOT MOVE ANYTHING ELSE.

MR. CAVAZOS SAID THAT HE NEVER MADE CONTACT WITH MR. MUNOZ
AGAIN UNTIL YESTERDAY. MR. CAVAZOS THAT HE STILL HAD TWO SETS OF QUEEN
SIZE MATTRESS, TWO CHINA CABINETS, A BOX WITH ABOUT 25 CHILD MOVIE
VIDEOS, AND A TV CONSOLE.

MR. CAVAZOS SAID THAT HE MADE CONTACT WITH MR. MUNOZ LAST NIGHT
AND ASKED MR. MUNOZ IF HE COULD MOVE THE REST OF THE STUFF OUT. MR.
CAVAZOS SAID THAT MR. MUNOZ REPLIED "WHAT STUFF, YOU TOOK ALL YOUR
STUFF ALREADY. MR. CAVAZOS SAID THAT MR. MUNOZ TOLD HIM THAT HE COULD
GO BY 363 W KIMBALL AND LOOK FOR HIMSELF THAT THE FURNITURE WAS NOT
THERE.

MR. CAVAZOS SAID THAT WHEN HE ARRIVED HE FOUND THE TV CONSOLE.
MR. CAVAZOS SAID THAT HE COULD NOT FIND ANYTHING ELSE. MR. CAVAZOS SAID
THAT MR. MUNOZ CLAIMED THAT THE DOOR HAD BEEN LEFT OPEN THE DAY HE
WAS MOVING TO TAKE EVERYTHING. MR. CAVAZOS SAID THAT WAS WHY HE
THOUGHT THAT MR. CAVAZOS HAD TAKEN THE STUFF WHEN HE DID NOT SEE IT
TWO DAYS LATER.

I SPOKE TO MR. MUNOZ. MR. MUNOZ TOLD ME THE SAME THING ABOUT THE
STORING OF THE FURNITURE AND THE DISAGREEMENT ABOUT THE CONSTRUCTION
WORK. MR. MUNOZ ALSO ADDED THAT THE DAY THAT MR. CAVAZOS WAS MOVING
OUT HIS ITEMS FROM HIS PLACE OF BUSINESS HE HAD LEFT THE DOOR OPEN ALL
DAY UNTIL THAT AFTERNOON.

MR. MUNOZ SAID THAT AFTER HE LOCKED THE DOORS THAT NO ONE ELSE HAD ACCESS TO THE OFFICE. MR. MUNOZ SAID THAT HE WAS THE ONLY ONE WITH THE KEY AND THAT THE OFFICE WAS ALWAYS LOCKED WHEN HE WAS AWAY.

MR. MUNOZ ALSO ADDED THAT THERE WAS SOME OF HIS EMPLOYEES AROUND THE SHOP THAT DAY THAT ARE NO LONGER WORKING WITH HIM. MR. MUNOZ IDENTIFIED THEM AS ERNESTO AGUIRE, FERNANDO ROSAS AND SERGIO ROSAS. MR. MUNOZ SAID THAT HE COULD NOT GIVE ME ANY FURTHER INFORMATION BECAUSE HE NEEDED TO GET THE INFORMATION FROM HIS BOOKKEEPER.

MR. CAVAZOS ALSO TOLD ME THAT I NEEDED TO SPEAK TO HIS SISTER IN LAW ALICIA LOPEZ. I SPOKE TO ALICIA LOPEZ BY PHONE 689-9128. MRS. LOPEZ SAID THAT SHE LIVED AT 322 E KIMBALL AND THAT HER DOB. IS 09-28-55. MRS. LOPEZ SAID THAT SHE SPEAKS TO CARMEN MUNOZ, MR. MUNOZ'S WIFE. MRS. LOPEZ SAID THAT ABOUT A MONTH AGO SHE WAS TALKING TO CARMEN. MRS. LOPEZ SAID THAT CARMEN TOLD HER THAT MR. CAVAZOS WOULD NOT GET ANYMORE FURNITURE FROM THEIR PLACE BECAUSE THE CAVAZOS OWED THEM MONEY.

I ADVISED MR. CAVAZOS THAT I WOULD MAKE A REPORT AND THAT IF HE HAD ANY FURTHER INFORMATION OR QUESTIONS TO CONTACT THE POLICE DEPARTMENT.

_Samuel Adame_          # 31        12-08-99     3   OF   3

CASE PENDING

*99-1962*
*12/08/99*
*Burg. Building*

# MEMORANDUM

**To: Officer Sam Adame**
     **Raymondville Police Department**

**From: Harry J. Cavazos**

**Re: Stolen Home Furnishings**

This is an updated list of our home belonging which were stolen from the building belonging to Luis Munoz, located at 363 West Kimball Avenue, Raymondville, Texas. At the time that the incident was reported I did report to you what was missing knowing that other items may have been stolen. In returning home and notifying my wife of the theft she informed that other items were missing and needed to be added to the police report.
Please note the following items:

1). A headboard a foot board ( part of daughters bedroom set)
2) A dresser with drawers (part of our bedroom set)
3) A Barbecue pit made of stainles steel belonging to my son valued at $575.00
4) Set of bed-rails.

Items reported at the time of the police report were:
1) Two (2) sets of queen mattresses
2) Two China Cabinets (one being a Curio).
3) Video Movies (25/30 estimated cost $10.00 each)

The only item that was still in the building was a TVstand which I took with me. Should you need additional information regarding this matter please call me at (956) 969-3736.


Sincerely,



Harry J. Cavazos

# RAYMONDVILLE POLICE DEPARTMENT

**OFFENSE NO** 99-1962

| TIME & DATE REPORTED | TIME & DATE DISPATCHED | TIME & DATE ARRIVED | TIME & DATE COMPLETED |
|---|---|---|---|

15:42

**HOW RECEIVED**
☐ PHONE   ☐ RADIO
☑ PERSON   ☐ 911

**PERSON REPORTING** Luis Olivarez

**ADDRESS OF** ☐ PERSON REPORTING ☐ VICTIM   Mary Olivarez

☐ VICTIM   ☐ COMP

**PHONE NO**

**LOCATION OF CALL** 363 W. Kimball

**NATURE OF CALL** Burglary of Building

☐ INSIDE   ☐ OUTSIDE

**DISPATCHED BY:** 202

**OFFICER(S) ASSIGNED** 31

**BACK-UP OFFICER(S)**

**VEHICLE INFO:** ☐ TRF   ☐ IMP

| STYLE | YEAR | COLOR | MAKE | MODEL |
|---|---|---|---|---|

| YEAR | STATE | LICENSE NO |
|---|---|---|

**PERSON:** ☐ STOLEN   ☐ RECOVERED   ☐ WANTED   ☐ MISSING   ☐ OTHER

| RACE | SEX | AGE | HGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|

**ADDITIONAL INFORMATION**