Armin Martinez
Raymondville Police Department
08/12/2004



EXHIBIT NO. 6
10/20/05
K. KANE

On Thursday, August 12, 2004, I met with Detective Armin Martinez at the Raymondville police Department. Detective Martinez advised the investigation of the fire at the Munoz residence was still ongoing. Detective Martinez said Luis and Carmela Munoz have divorce. He is not sure where either party is living.

Detective Martinez said Luis Munoz took the polygraph test, given by the DPS examiner, and to date the final results are still pending. There were areas of concern on his polygraph test but the examiner has not submitted the final results indicating the topics associated with the areas in question.

Detective Martinez also said they were able to pull a finger print from a window on the East side of the home. The window was no the window that was found in the open position after the fire, but was the window just south of the open window. Finger print results have not been received.

Detective Martinez said while they were still married, Luis Munoz would not allow Carmela Munoz to submit to a polygraph examination. Mr. Munoz said she did not have anything to do with the fire and should not be subjected to a polygraph examination. After their divorce, the contacted Gustavo Garza (atty) to again discuss the possibility of having Carmela Munoz submit to a polygraph examination. Mr. Garza stated he did not represent Ms. Garza. Detective Martinez said he approached Ms. Munoz and she said she would need to consult her attorney. When Detective Martinez advised he had spoken to Mr. Garza about the matter, Mr. Garza told him he did not represent Ms. Garza. AT that time Ms. Munoz retained the services of Gustavo Garza. Mr. Garza presented Ms. Munoz for the polygraph examination. Her examination was "clean", no concerns regarding any of the questions during the examination. Ms. Munoz said she was in Florida at the time of the fire. She could not remember where they stayed while in Florida. She said she paid cash for all purchases but did not have any receipts.

Ms. Munoz told Detective Martinez she had a tape containing a threat by Minnie Cavazos (Minerva Cavazos – neighbor) to burn down their (Munoz) home. Detective Martinez had her bring in the tape containing the threat. They listened to the tape but did not heard anything regarding any type of threat toward Mr/Mrs Munoz or in connection to a threat to burn down their home. The tape contained Minnie saying the Munoz' had somehow damaged the paint on her (Cavazos) car that was parked in their (Cavazos) driveway. The tape beeped and ended.

Detective Martinez said the day of the fire Luis Munoz went to HEB and bought charcoal starter. He had planned to have a BBQ at his shop with his brother. After leaving HEB he went to his residence instead of going to his shop that is across the side street from the HEB parking lot. Mr. Munoz told him he went to his residence to feed his dogs. While

feeding the dogs they got out of the enclosed back yard. Before leaving his residence, he backs Ms. Munoz' new Ford Explorer out of the garage and parks his Ford F250 Pickup inside. He drives the Ford Explorer to his shop. While at the shop they hear sirens and get in the car to investigate the incident. At that time Mr. Munoz receives a phone call on his cell phone advising his house is on fire. They drive directly to his home to find the fire department putting out the fire. During his interview Mr. Munoz said when he left the home that day the Christmas tree lights were plugged in. Detective Martinez said during the investigation it was determined the lights were not plugged in at the time of the fire.

Detective Martinez said he knew Hector Rodriguez (employee of Luis Munoz), his wife Juaquina Flores and his daughter Arlena Rodriguez. He said he spoke to Arlena Rodriguez regarding an alleged hearsay rumor that she had heard that someone in the Cavazos family had seen the Christmas tree burning inside the Munoz residence. Detective Martinez said the hearsay was not corroborated and no one else had ever mentioned this rumor. Detective Martinez said that even though the Munoz and Cavazos family did not get along (even living next door to one another), the Cavazos family reported the fire and tried to put out the fire while the fire department was on the way. They had no obligation to try and put out the fire and could have let it burn.

Detective Martinez said he and Ramon Garcia (deputy State Fire Marshal) are continuing the investigation of this fire. The fire has been classified as incendiary.

tr