259

1  A    Well, it -- it could either be casting
2  doubt or she was just misinformed or uninformed
3  about the agreement on the -- on the pick up.
4  Q    Well, she says here, "Wrecker driver said
5  he was there to repossess."
6       It would be pretty easy to check if
7  somebody actually came to repossess the vehicles.
8  There was supposedly a human being there. There is
9  no misunderstanding. Would there be?
10 A    Well, that's -- this is just information
11 that she had -- had provided. But the records were
12 never provided by Rodriguez Ford to determine one
13 way or the other.
14 Q    You never -- you never went over there
15 yourself or sent Mr. Lerma, Mr. Kemp, Mr. Robinson
16 or Mr. Levo to just go ask?
17 A    That is correct.
18 Q    Now, if you'll look at page 3120. Tell me
19 when you're there.
20 A    I'm there.
21 Q    This is a part of a 6/22/03 interview with
22 Harry J. Cavazos. Is it not?
23 A    Yes, sir.
24 Q    And in the middle of the page it says,
25 "Harry and neighbor tried to connect the water hose

```
                1    in a faucet at the Munoz residence.  They were
                2    unable to connect the hose.  Saw a hole in the glass
                3    window about the size of a baseball."
                4            See where I'm reading from, sir?
                5       A    Yes, sir.
13:10:48        6       Q    What window?
                7       A    I would have to make an assumption on
                8    that.
13:11:00        9       Q    Well, what's your assumption?
               10       A    The window near the -- near the fire.
13:11:03       11       Q    A hole big enough to reach through and
               12    unlock a window?
               13       A    That I don't know.  I didn't see the -- I
               14    didn't see the hole.
13:11:13       15       Q    You didn't ask Mr. Munoz the proximity of
               16    the hole to the latch?
               17       A    No, sir.
13:11:20       18       Q    Isn't it convenient that Mr. Munoz saw a
               19    broken window?
               20            MR. GARZA:  Mr. Cavazos.
13:11:26       21       Q    (BY MR. RUSNAK)  I'm sorry.  Mr. Cavazos?
               22    Isn't that a convenient story, sir?
               23       A    No, sir.
13:11:35       24       Q    Why not?
               25       A    He -- he can break glass due to a fire.
```

```
11:39      1        Q    He testified in another statement to the
           2   police that he was told by a 911 operator -- rather
           3   he stated that he was told by a 911 operator not to
           4   try and open a window because it would let air into
           5   the fire and might fan it.
           6             Do you recall that, sir, from his
           7   statement to one of the police officers?
           8        A    I would have to look it up.
13:12:09   9        Q    So the answer is you don't recall?
          10        A    I don't recall.
13:12:11  11        Q    If it's there it's there?
          12        A    Correct.
12:15     13        Q    Correct?
          14        A    Correct.
13:12:15  15        Q    And on that same page, sir, just above it
          16   notes, "Went to H.E.B., went in his brother's truck,
          17   came home, Minerva cooked burgers."
          18             Did you ask him whether he was using
          19   a barbecue or they were cooking inside?
          20        A    I -- I don't recall.
13:14:05  21        Q    Now, if you'll go to page 2675.  Tell me
          22   when you're there, sir.
          23        A    Okay.  Almost there.  Okay.
13:14:18  24        Q    All right.  This is from a 1/28/03
          25   interview you conducted with Luis Munoz.  Is it not?
```

1  Is that correct?
2       A    I'm looking at the date, 1/28/03.  Yes,
3  sir.
4       Q    And at the bottom of the page it says,
5  "Harry Cavazos's dad called Mrs. Munoz and said they
6  needed to be careful, not to answer the door and to
7  watch out for themselves, take care of their little
8  boy and not to go outside."
9            You see where I'm reading from at the
10 bottom of the page?
11      A    Yes, sir.
12      Q    Did you or anyone on your behalf ask
13 Mr. Cavazos whether or not that call occurred?
14      A    Could you ask that question again?
15      Q    Yes.  Did any -- did you or anyone else on
16 your behalf, as far as you know, anyone else on
17 State Farm's behalf speak to Mr. Cavazos' dad and
18 ask him why he called or if he called Mrs. Munoz to
19 tell her to be careful, not to open the door, to
20 watch out for themselves, take care of their little
21 boy and not to go outside?
22      A    I don't -- I didn't speak to Mr. Cavazos.
23 I don't know what was asked or said -- well, we do
24 have an interview -- I believe two interviews with
25 Mr. Cavazos, and I will be glad to look those up.

| | | |
|---|---|---|
| 16:00 | 1 | Q    I can give you page and number, and I'll |
| | 2 | tell you that there is no question asked about that. |
| | 3 | A    Well -- |
| 13:16:09 | 4 | Q    If you'll accept my representation that |
| | 5 | that wasn't asked. |
| | 6 | A    I -- I can't because I was not present, |
| | 7 | and it's not -- it's not -- |
| 13:16:16 | 8 | Q    Wouldn't that be something you would check |
| | 9 | out, important matter, take a recorded statement? |
| | 10 | A    Mr. Cavazos would not allow a recorded |
| | 11 | interview. |
| 13:16:26 | 12 | Q    How -- if you weren't there how do you |
| | 13 | know Mr. Cavazos wouldn't allow a recorded |
| | 14 | interview?  That is the elder Mr. Cavazos? |
| | 15 | A    That is correct. |
| 13:17:15 | 16 | Q    He's a former police officer; is he not? |
| | 17 | A    I'm not aware of that. |
| 13:17:28 | 18 | Q    On page 2677 -- are you there? |
| | 19 | A    I'm -- 2677? |
| 13:17:31 | 20 | Q    Yes. |
| | 21 | A    What am I looking for? |
| 13:17:33 | 22 | Q    I just want you to be at the page so I can |
| | 23 | ask a question. |
| | 24 | A    Oh.  I was looking for the interview with |
| | 25 | Mr. Cavazos. |

| | | |
|---|---|---|
| 17:45 | 1 | Q    No.  This is the notes from the 1/28/03. |
| | 2 | A    Because you asked me if -- if Mr. Cavazos |
| | 3 | was ever asked, and I was going to review that |
| | 4 | because -- |
| 13:18:00 | 5 | Q    Well, we can go back to that.  Let me just |
| | 6 | go forward with this, page 2677. |
| | 7 | This is part of your notes from your |
| | 8 | interview with Mr. Munoz, is it not, on 1/28/03? |
| | 9 | A    Correct.  I believe it's a continuation. |
| 13:18:22 | 10 | Q    Okay.  And this is your notes concerning |
| | 11 | the reported confession of arson as I've termed it |
| | 12 | by Michael Cavazos.  Is it not? |
| | 13 | A    It's a -- it's a rumor, yes, sir. |
| 13:18:35 | 14 | Q    And that rumor was that he was confessing |
| | 15 | to committing arson? |
| | 16 | A    I -- it's just a unfounded rumor that he |
| | 17 | was bragging about a fire. |
| 13:18:46 | 18 | Q    That he was bragging about starting a fire |
| | 19 | at the Munoz home. |
| | 20 | Now, this was communicated to you on |
| | 21 | 1/28/03.  And according to your Entry 176 on the |
| | 22 | activity log, you did not go attempt to visit |
| | 23 | Ms. Florez until 9/9/03.  Why did you wait between |
| | 24 | 1/28/03 and 9/9/03 to try and speak to Ms. Florez? |
| | 25 | A    That is the only -- that's the first |

|  |  |
|---|---|
|  | 1  recording of it.  I don't know when the first time I |
|  | 2  went by was.  But that is -- that is when there is |
|  | 3  an activity log entered into the log.  I -- I do |
|  | 4  know I went by the police station and they -- they |
|  | 5  didn't have any information on that, either. |
| 13:19:45 | 6       Q    And that was the interview with |
|  | 7  Mr. Martinez -- rather Detective Martinez? |
|  | 8       A    I believe so, yes, sir. |
| 13:20:00 | 9       Q    And that occurred on 8/12, 2004, 1 year, |
|  | 10  7 months later, according to the simple math.  Is |
|  | 11  that correct? |
|  | 12      A    If that's what it figures out, yes, sir. |
| 13:20:16 | 13      Q    Why did you wait a year and seven months |
|  | 14  to speak to the police about this report of a |
|  | 15  confession of arson? |
|  | 16      A    Well, I -- I had spoken to them before |
|  | 17  that, but I don't know if that ever came up.  I |
|  | 18  don't -- I don't recall.  But specifically I asked |
|  | 19  about that incident, and they didn't have anything |
|  | 20  to corroborate it.  They also through -- throughout |
|  | 21  any conversations with them never appeared to me, |
|  | 22  that I recall, very concerned about the Cavazoses. |
| 13:21:01 | 23      Q    And if Detective Adame and |
|  | 24  Detective Martinez deny that you ever spoke to them |
|  | 25  about this matter, do you know why they would be |

1  denying that?
2      A   No, sir, I do not.
3          MR. RUSNAK:  Gentlemen, I'm going to
4  ask you to hold for one moment while I consult with
5  my co-counsel.  We may be at the end here.  One
6  second, please.
7          MR. TAYLOR:  Yeah.  We'll wait a
8  minute.
9          (Short recess.)
10         MR. RUSNAK:  Gentlemen, no further
11 questions at this time.
12         MR. TAYLOR:  Okay.  We'll reserve our
13 questions.  And, David, I appreciate you finishing
14 out today.
15         MR. RUSNAK:  You're welcome.
16         (Conclusion of the deposition.)

267

```
 1            CHANGES AND SIGNATURE OF THOMAS LEE REED
 2                  TAKEN OCTOBER 21, 2005
 3    PAGE    LINE    CHANGE                          REASON
 4    _____
 5    _____
 6    _____
 7    _____
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
21    _____
22    _____
23    _____
24    _____
25    _____
```

```
 1         I, THOMAS LEE REED, have read the foregoing
 2  deposition and hereby affix my signature that same is
 3  true and correct, except as noted above.
 4
 5
                                 _____
 6                               THOMAS LEE REED
 7
 8  THE STATE OF TEXAS          )
 9  COUNTY OF _____    )
10
11         Before me, _____, on this
12  day personally appeared THOMAS LEE REED known to me
13  (or proved to me under oath or through
14  _____) (description of identity card or
15  other document) to be the person whose name is
16  subscribed to the foregoing instrument and
17  acknowledged to me that they executed the same for
18  the purpose and consideration therein expressed.
19         Given under my hand and seal of office this
20  _____ day of _____, _____.
21
                                 _____
22                               NOTARY PUBLIC IN AND FOR
                                 THE STATE OF _____
23
24
25  My Commission Expires _____
```

```
 1  STATE OF TEXAS      )
    COUNTY OF HARRIS    )
 2

 3              REPORTER'S CERTIFICATION
                 TO THE DEPOSITION OF
 4                 THOMAS LEE REED
              TAKEN ON OCTOBER 21, 2005
 5

 6      I, Stacy L. Thomas, Certified Shorthand Reporter

 7  in and for the State of Texas, hereby certify that

 8  this deposition transcript is a true record of

 9  the testimony given by the witness named herein,

10  after said witness was duly sworn by me.

11      I further certify that I am neither attorney

12  nor counsel for, nor related to, nor employed by

13  any of the parties or attorneys in the action in

14  which this proceeding was taken.  Further, I am

15  not a relative or employee of any attorney of

16  record in this cause, nor do I have a financial

17  interest in the action.

18      Certified to by me this __24th__ day of

19  __October__, __2005__.

20

21
                        _Stacy L. Thomas_
22                      Stacy L. Thomas, Texas CSR 7015
                        Expiration Date: 12/31/2006
23                      FRANCESCON REPORTING SERVICE
                        CRCB Registration Number: 208
24                      1506 East Broadway, Suite 200
                        Pearland, Texas  77581
25                      (281) 996-7881
```