IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ<br>       Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>       Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. B-04-141<br><br><br><br>JURY DEMANDED |

### ORDER DENYING DEFENDANT STATE FARM LLOYDS' MOTION FOR SUMMARY JUDGMENT

On this day, the Court considered the Defendant State Farm Lloyd's Motion for Summary Judgment, Plaintiffs Luis C. Munoz and Carmela Munoz's response to Defendant State Farm Lloyds Motions for Summary Judgment, and the arguments of counsel. The Court finds that Defendant State Farm Lloyds is not entitled to summary judgment. Therefore, the Court denies Defendant State Farm Lloyd's Motion for Summary Judgment.

SO ORDERED this _____ day of _____, 2005.

_____
JUDGE PRESIDING

Presented and Prepared by:

_____
David L. Rusnak
Of Counsel, Scoggins & Goodman, P.C.
2800 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1227
(404) 659-1000 Tel.
(404) 659-1000 Fax.
TX State Bar No. 17404500
GA State Bar No. 620170
Admitted Pro Hoc Vice

_____
Gustavo Ch. Garza
705 West Highway 100
Suite A
Los Fresnos, Texas 78566
(956) 689-9040 Tel.
(956) 689-6468 Fax.
State Bar No. 07731700
Federal Id No. 3946