IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ<br>    Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. B-04-141<br><br><br><br>JURY DEMANDED |

### APPENDIX TO
### PLAINTIFFS' AMENDED RESPONSE TO DEFENDANT STATE FARM LLYODS' MOTION FOR SUMMARY JUDGMENT

Exhibit A:   Affidavit of Luis Munoz
Exhibit AA:  Copy of Insurance Policy
Exhibit B:   Affidavit of Carmela Munoz
Exhibit C:   Affidavit of Amador Quintanilla
Exhibit D:   Affidavit of Yvette Hernandez
Exhibit E:   Affidavit of Israel Quintanilla
Exhibit F:   Affidavit of Omel Munoz
Exhibit G:   Affidavit of Martha Galarza
Exhibit H:   Affidavit of Yolanda Perez
Exhibit I:   Affidavit of Homer Rodriguez
Exhibit J:   Affidavit of Karen Barnett
Exhibit K:   Affidavit of Mario Tijerina
Exhibit L:   Affidavit of Raul Pena, Sr.
Exhibit M:   Affidavit of Armin Martinez
Exhibit N:   Affidavit of Veronica Coronado
Exhibit O:   Affidavit of Juan Angel Guerra
Exhibit P:   Certified copy of Judgment from Bankruptcy Court
Exhibit Q:   Copy of Police Reports from Raymondville PD