# EXHIBIT E

# AFFIDAVIT

**STATE OF TEXAS**

**COUNTY OF WILLACY**               §
                                     §
                                     §

     My name is Israel Quintanilla I am over the age of 18 years old and reside at 328 E. Main Raymondville, TX 78580.  My phone number is 956-689-5414.  I am a school teacher at Lasara school district.

     I paid Mr. Munoz of Munoz Roofing and Construction for a roofing repair job that he did at my brother's house located in Willamar.  I received the money from my brother to pay for the roofing job.  I met Mr. Munoz at his office the day after the fire loss of his home that happened January 1st 2003.

_Israel Quintanilla_
Israel Quintanilla

     Subscribed and Sworn before me by <u>Israel Quintanilla</u> on this _18_ day of March, 2004, to certify which witness my hand and seal.

_Veronica Coronado_
Notary Public in and for the State of Texas
Notary Public's Printed Name:

My Commission Expires: _9-2-2007_

VERONICA ANN CORONADO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 2, 2007