# EXHIBIT I

State of Texas          *

County of Willacy       *

## AFFADAVIT

My name is Homer F. Rodriguez, I am 52 years of age with a date of birth of 2/4/1953. My mailing address is P.O. Box 400, Raymondville, Texas 78580 and my phone number is 956-689-2452.

I am the owner of Rodriguez Ford Mercury Dealership. I have owned and operated the dealership for approximately 13 years. My business is located at the corner of Expressway 77 & Spur 56, Raymondville, Texas 78580.

I've known Luis Munoz for approximately 13 years. I know him as a customer and a business person. I know Mr. Munoz as a reputable person.

Over the years, I have sold Mr. Munoz eight or nine vehicles. On 12/21/2002, before Christmas, I sold Luis Munoz a new 2003 Ford Expedition.

At no time did I suspect Mr. Munoz to be a bad credit risk or to be in any financial stress.

As of today no State Farm representative(s), agents or adjusters have spoken with me about Mr. Luis Munoz.

This statement is true and correct to the best of my knowledge.

*Homer F. Rodriguez*

BEFORE ME, a notary public on this day personally appeared Yolanda Perez, known to me to be the person whose name is subscribed to the foregoing document and being by me first duly sworn, declared that the statements therein are true and correct.

Given under my hand and seal this ___14___ day of _September_ ____, 2005.

_____Veronica Coronado_____
**Notary Public, TX**

