Gustavo Garza
03/29/2004

On Monday, March 29, 2004, at 9:45 AM, I met with Gustavo Garza at his office. Reviewed all records Mr. Garza said were for Munoz Roofing. Records were obtained from Barnett's Bookkeeping Service.

A requested was made for a copy of some records, records contained in the brown box. Mr. Garza wanted to know what the records had to do with the Munoz' claim. Mr. Garza said Munoz was solvent. I advised they had to do with financial aspects as it relates to the claim. Mr. Garza said we were just "jerking him around". Mr. Garza said he will not copy the records or have them copied. If we want copied of the records we will have to have someone come down with their own copier and copy the requested records. He will not deny us any records and information we want but when it is his turn we will have to do the same.

tr



EXHIBIT NO. 3
10/20/05
K. KANE

SF003284