| "CALL DATE" | "DISCONNECT TIME FROM THE PBX" | "TOTAL DURATION IN MINUTES" | "COND CD" | "CALLING STATION" | "DIALED DIGITS" | "CITY" | "STATE" |
|---|---|---|---|---|---|---|---|
| 20030812 | 906 | 5 | 7 | 4429 | 19567435588 | STILLMAN | TX |

EXHIBIT NO. 5
10/20/05
K. KANE