| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**

**OCT 27 2005**

Michael N. Milby, Clerk of Ct
By Deputy Clerk _____

LUIS C. MUNOZ AND §
CARMELA MUNOZ

vs. § Civil Action No. B- 04-141

STATE FARM LLOYDS, ET AL §

# AMENDED SCHEDULING ORDER

1. Joint pretrial order is due:                                                    12/21/2005

2. Docket Call and final pretrial conference is set for 1:30 p.m. on:              1/5/2006

3. Jury Selection is set for 9:00 a.m. on:                                         1/10/2006
   *(The case will remain on standby until tried)*

Signed ___October 27___, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge