# Exhibit "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ | § § § | CAUSE NO. B-04-141 |
| VS. | § § § | |
| STATE FARM LLOYDS | § § | JURY DEMANDED |

## AFFIDAVIT OF JAY EVANS

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

On this day, Jay Evans appeared before me, the undersigned notary public, and after I administered an oath to him, upon this oath, he said:

1. "My name is Jay Evans. I am over the age of eighteen, I have never been convicted of a felony or crime involving moral turpitude, and I am otherwise competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am a Deputy State Fire Marshal, "Chief Investigator" and I am currently the Eastern District Supervisor for Fire and Arson Investigations.

3. Pursuant to the statutory authority of Section 417.004(b) Texas Government Code, the State Fire Marshal is the chief investigator in charge of the investigation of arson or suspected arson in the State of Texas.

4. On Thursday, January 2, 2003, Raymondville Assistant Fire Marshal Ronnie Ramirez contacted the State Fire Marshal's Office, requesting assistance in the investigation of a fire that had occurred on January 1, 2003, at 829 West White Avenue, Raymondville, Texas 78580, the residence of Luis C. and Carmella Munoz.

5. A Deputy State Fire Marshal was immediately assigned and began his investigation on January 3, 2003. The official cause and origin report of the State Fire Marshal indicates that the fire was intentionally set.

6. The State Fire Marshal's Office is currently in possession of evidence it requested and gathered from City of Raymondville Police Department and State Farm Insurance Company, as well as that collected independently through our investigation.

7. Pursuant to Section 417.007(e) Texas Government Code, the State Fire Marshal is directed to present evidence to the appropriate prosecuting attorney if he believes there is sufficient evidence of a criminal offense.

8. The State Fire Marshal's office is aware that some evidence regarding a suspect was presented to a Willacy County Grand Jury. This was done without the involvement or the benefit of the State Fire Marshal's investigation.

9. The investigation of the January 1, 2003, fire at the Munoz residence is open and active investigation, which will be presented to the appropriate authority in Willacy County.

10. Mr. Luis C. Munoz is a primary suspect in the State of Texas' investigation."

FURTHER AFFIANT SAYETH NOT.

_____
Jay Evans

SUBSCRIBED AND SWORN TO BEFORE ME by Jay Evans on this 7th day of November, 2005, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas
My Commission Expires: 8-3-09



MARY L. FELL
MY COMMISSION EXPIRES
August 3, 2009