# Exhibit "2"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | |
| VS. | § | C.A. NO. B-04-141 |
| STATE FARM LLOYDS', ET AL. | §<br>§ | |

### AFFIDAVIT OF CHRISTOPHER B. GODSEY
### BUSINESS RECORDS

BEFORE ME, the undersigned authority, personally appeared CHRISTOPHER B. GODSEY who, being by me duly sworn, deposed and stated as follows:

1.

My name is Christopher B. Godsey. I am a Supervisor in the Technical Services Division in the Administrative Services Department of State Farm and my office is located in Bloomington, Illinois. I am of sound mind, over the age of 18 years, have never been convicted of a felony or crime of moral turpitude and am competent to make this affidavit. Further, this affidavit is true and correct based upon my personal knowledge of the matters set forth herein.

2.

I am a member of the Zone Telecommunications Support Center (ZTSC) of the Administrative Services Department of State Farm that maintains the telephone systems for State Farm companies including State Farm Lloyds. The outbound call record data for the Park Green Claim Service Office in Corpus Christi was automatically captured and retained as part of the call record data collection. The memoranda, reports, notations and entries contained in these records were made at or near the time of the event reflected in these records or reasonably soon thereafter. The raw call data is kept by or on behalf of State Farm Lloyds in the regular course of its business for cost allocation purposes, and is managed by the Administrative Services Department. The Auditing Department has access to this data subset and processes requests for telephone records. It was in the regular course of business of State Farm Lloyds to have employees or representatives acting for or on behalf of State Farm Lloyds with knowledge of the act or event to make the memoranda, reports, notations, and entries contained in these records, or to transmit information concerning these matters to other employees or representatives acting for or on behalf of State Farm Lloyds designated to receive the information for the purpose of including it in the records of State Farm Lloyds.

Further Affiant Sayeth Naught.

Signed this __15__ day of November, 2005.

_Christopher B. Godsey_

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this __15__ day of November, 2005, by Christopher B. Godsey who is personally known to me to be the person whose name is subscribed to this document.

_Terri B. Hoepner_
NOTARY PUBLIC

COMMISSION EXPIRES: __9/30/08__

OFFICIAL SEAL
TERRI R HOEPNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/30/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | |
| VS. | §<br>§ | C.A. NO. B-04-141 |
| STATE FARM LLOYDS'<br>ET AL. | §<br>§<br>§ | |

## AFFIDAVIT OF DEBORAH MORET
## BUSINESS RECORDS

BEFORE ME, the undersigned authority, personally appeared DEBORAH MORET who, being by me duly sworn, deposed and stated as follows:

1.

My name is Deborah Moret. I am a Staff Info Systems Auditor and my office is located in Bloomington, Illinois. I am of sound mind, over the age of 18 years, have never been convicted of a felony or crime of moral turpitude and am competent to make this affidavit. Further, this affidavit is true and correct based upon my personal knowledge of the matters set forth herein.

2.

As a member of the Auditing Department, I have access to the call data record maintained by the Administrative Services Department of State Farm. Using a tool developed by the Auditing Department, I am able to access telephone records for a longer period of time than Administrative Services. It was in the regular course of business of State Farm Lloyds to have employees or representatives acting for or on behalf of State Farm Lloyds with knowledge of the act or event to make the memoranda, reports, notations, and entries contained in these records, or to transmit information concerning these matters to other employees or representatives acting for or on behalf of State Farm Lloyds designated to receive the information for the purpose of including it in the records of State Farm Lloyds.

3.

The one (1) page of records that is attached to this affidavit was obtained through the use of this tool. The record attached hereto is a reproduction of the original or exact duplicate of the

Page 1

original.

4.

The one (1) page of records attached is a true and correct reproduction of the business records as described in this affidavit.

Further Affiant Sayeth Naught.

Signed this __16__ day of November, 2005.

_____
Deborah Moret

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this _16_ day of November, 2005, by Deborah Moret who is personally known to me to be the person whose name is subscribed to this document.

_____
NOTARY PUBLIC

COMMISSION EXPIRES: __8/8/9__



"OFFICIAL SEAL"
W THOMAS CAISLEY II
COMMISSION EXPIRES 08/08/09

| "CALL DATE" | "DISCONNECT TIME FROM THE PBX" | "TOTAL DURATION IN MINUTES" | "COND CD" | "CALLING STATION" | "DIALED DIGITS" | "CITY" | "STATE" |
|---|---|---|---|---|---|---|---|
| 20030812 | 905 | 6 | 7 | 4429 | 19567445988 | STILLMAN | TX |