Exhibit "3"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| **LUIS C. MUNOZ and CARMELA MUNOZ** § | |
| § | **C.A. NO.  B-04-141** |
| **v.** § | |
| § | |
| **STATE FARM LLOYDS, MARK BROWN,** § | |
| **TOM REED, LEE OLIVO, GREG DROTT,** § | |
| **and BRIAN ROBINSON, as Individuals** § | |
| **and Agents of State Farm Lloyds** § | |

## PRODUCTION LOG

| Bates No. | Date | Description |
|---|---|---|
| | | **The attached documents were attached to Plaintiffs' Response to our Motion to Dismiss Defendants – 11/12/04** |
| PL005129-005131 | 05/14/03 | Letter to M/M Munoz from Larry Kurth |
| PL005132-005133 | 08/30/04 | Affidavit of Carmela Munoz |
| PL005134-005136 | 11/10/04 | Affidavit of Luis Munoz |
| PL005137-005138 | | Photos attached to Mr. Munoz's affidavit - showing house before and after remodeling |
| PL005139-005140 | 09/28/04 | Release of Lien on plaintiffs' home - attachment to Mr. Munoz's affidavit |
| PL005141 | 10/14/04 | Affidavit of Uvaldo Zamora - police chief of Raymondville |
| PL005142 | 10/04/04 | Letter from County Attorney of Willacy  - reviewed offense report and there is no evidence against M/M Munoz.  Grand Jurors came back with a "No Bill" |
| PL005143-005144 | 05/17/04 | Notice of Levy |
| PL005145 | | Authorization to State Farm |
| PL005146-005152 | | Second Amended Original Petition (Proposed) |

| PL005153-005179 | | Copy of Policy and Dec Page |
|---|---|---|
| PL005180-005181 | | Proposed Order |
| | | **Attachments to Plaintiffs' Responses to Request for Disclosures (2004)** |
| PL005182 | 10/29/04 | Affidavit of Mario Tijerina |
| PL005183 | 03/12/04 | Affidavit of Amador Quintanilla |
| PL005184 | 10/14/04 | Affidavit of Uvaldo Zamora |
| PL005185 | 03/11/04 | Affidavit of Yvette Hernandez |
| PL005186 | 03/18/04 | Affidavit of Israel Quintanilla |
| PL005187-005188 | 10/22/04 | Affidavit of Omel Munoz |
| PL005189-005190 | 11/30/04 | Affidavit of Carmela Munoz |
| PL005191-005193 | 11/10/04 | Affidavit of Luis Munoz |
| PL005194-005195 | | Release of Lien |
| | | **Received from Plaintiffs on August 17, 2005** |
| PL005340-005369 | 12/31/98-01/31/99 | Bank Statement - Munoz Roofing - |
| PL005370-005391 | 02/28/99-03/21/99 | Bank Statement - Munoz Roofing - |
| PL005392-005420 | 09/30/99 | HNB Checking Statement - Munoz Roofing |
| PL005421-005423 | 01/29/99 | HNB Statement - Munoz Roofing |
| PL005424 | 02/26/99 | HNB Statement - Munoz Roofing |
| PL005425-005462 | 12/31/99 | Texas State Bank statement - Munoz Roofing **(formerly HNB I believe)** |
| PL005463-005471 | 10/29/99 | Texas State Bank statement - Munoz Roofing |

| PL005472-005485 | 10/22/99 | Texas State Bank Statement - Munoz Roofing |
|---|---|---|
| PL005486-005505 | 10/28/99 | Norwest Bank Statement - Munoz Roofing Co. |
| PL005506-005512 | 09/28/99 | Norwest Bank Statement - Munoz Roofing |
| PL005513-005548 | 07/28/99 | Norwest Bank Statement - Munoz Roofing |
| PL005549-005576 | 04/27/99 | Norwest Bank Statement - Munoz Roofing |
| PL005577-005602 | 05/27/99 | Norwest Bank Statement - Munoz Roofing |
| PL005603-005630 | 08/26/99 | Norwest Bank Statement - Munoz Roofing |
| PL005631-005665 | 11/30/99 | Texas State Bank - Statement for Munoz Roofing |
| PL005666-005673 | 08/20/99 | Lawsuit papers for *Paul Kiefer Sr. V. Munoz Roofing* - Judgment in favor of Munoz Roofing |
| PL005674-005695 | 2004 | Final Decree of Divorce between Luis & Carmela Munoz |
| PL005696-005698 | 01/10/01 | Chase bank statement - Luis Munoz |
| PL005699-005701 | 02/09/01 | Chase bank statement - Luis Munoz |
| PL005702-005704 | 05/09/01 | Chase bank account - Luis Munoz |
| PL005705-005708 | 06/11/01 | Chase bank statement - Luis Munoz |
| PL005709-005713 | 07/11/01 | Chase bank statement - Luis Munoz |
| PL005714-005716 | 08/09/01 | Chase bank statement - Luis Munoz |
| PL005717-005719 | 09/12/01 | Chase bank statement |

| PL005720-005722 | 10/10/01 | Chase bank statement - Luis Munoz |
|---|---|---|
| PL005723-005727 | 11/09/01 | Chase bank statement -Luis Munoz |
| PL005728-005731 | July 2003 | Copies of Texas State Bank Deposit Slips & checks (no statement) |
| PL005732-005734 | 08/29/03 | Texas State Bank Statement - Munoz Roofing |
| PL005735-005738 | 09/30/03 | Texas State Bank Statement - Munoz Roofing |
| PL005739-005748 | 10/31/03 | Texas State Bank Statement - Munoz Roofing |
| PL005749-005751 | 10/31/02 | Texas State Bank Statement - Munoz Roofing |
| PL005752-005754 | 05/30/03 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005755-005762 | 07/31/00 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005763-005768 | 09/29/00 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005769-005774 | 01/31/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005775-005782 | 02/28/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005783-005791 | 03/30/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005792-005800 | 04/30/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005801-005804 | 05/31/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005805-005810 | 06/29/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005811-005819 | 07/31/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |

| PL005820-005828 | 08/31/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005829-005835 | 09/28/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005836-005840 | 10/31/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005841-005844 | 11/30/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005845-005848 | 12/31/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005849-005855 | 01/31/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005856-005859 | 02/28/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005860-005863 | 03/29/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005864-005870 | 04/30/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005871-005874 | 08/30/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005875-005883 | 09/30/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005884-005886 | 10/31/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005887-005892 | 11/29/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005893-005899 | 06/28/02 | Texas State Bank Statement - Munoz Roofing |
| SF005900-005910 | 07/31/02 | Texas State Bank Statement - Munoz Roofing |
| SF005911-005914 | 08/30/02 | Texas State Bank Statement - Munoz Roofing |
| PL005915-005916 | 09/30/02 | Texas State Bank Statement - Munoz Roofing |

| PL005917-005923 | 01/30/04 | Texas State Bank Statement - Munoz Roofing |
|---|---|---|
| PL005924-005928 | 02/27/04 | Texas State Bank Statement - Munoz Roofing |
| PL005929-005938 | 03/31/04 | Texas State Bank Statement - Munoz Roofing |
| PL005939-005942 | 04/30/04 | Texas State Bank Statement - Munoz Roofing |
| PL005943-005957 | 02/12/03 | Texas State Bank Statement (printed from internet) |
| PL005958-005959 | 11/04/03 | Letter to M/M Munoz c/o Gustavo Garza from Tom Reed sending $2,400 for November Rent (copy of check attached) |
| PL005960-005962 | 09/11/03 | Letter to M/M Munoz from Tom Reed sending $2,400 for September rent (check attached) |
| PL005963 | 06/18/03 | Letter to Gustavo Garza from Tom Reed sending recorded interviews |
| PL005964 | 08/04/03 | Curtis Shed rental receipt |
| PL005965 | 07/01/03 | Check payable to M/M Munoz from SF - $2,400 |
| PL005966-005967 | 06/16/03 | Letter to M/M Munoz from Tom Reed sending $2,400 for June rent (check attached) |
| PL005968-005970 | 09/15/04 | Letter to M/M Munoz from Tom Reed advising they are in receipt of rental invoice 2439 |
| PL005971-005973 | 08/10/04 | Letter to M/M Munoz from Tom Reed advising that $2,400 payment for rent is being sent to the IRS per Notice of Levy |
| PL005974-005975 | 07/06/04 | Letter to M/M Munoz from Tom Reed |
| PL005976 | 06/29/04 | Curtis Shed rental receipt |
| PL005977 | 06/01/04 | Curtis Shed rental receipt |
| PL005978 | 05/04/04 | Curtis Shed rental receipt |
| PL005979-005981 | 05/11/04 | Letter to M/M Munoz c/o Gustavo Garza from Tom Reed explaining that their $2,400 rent payment has been issued to the Treasury Dept (tax notice attached) |

| PL005982-005984 | 05/25/04 | Letter to M/M Munoz c/o Gustavo Garza from Tom Reed re invoice from Service Master |
| PL005985-005987 | | Tax Levy Docs |
| PL005988-005992 | 05/18/04 | Service Master Storage estimate for February through June - $1,013.22 |
| PL005993-005994 | 03/24/04 | Fax to Tom Reed from Gustavo Garza advising March 29 at 8:30 is available to inspect documents |
| PL005995-005996 | 03/11/03 | Letter to M/M Munoz from Tom Reed reviewing highlights of their meeting concerning loss |
| PL005997-005998 | 03/04/04 | Letter to M/M Munoz c/o Gustavo Garza from Tom Reed sending $2,400 for March 2004 rent |
| PL005999 | 01/26/04 | Letter to Gustavo Garza from Larry Kurth sending two "Requests for Coy of Tax forms" |
| PL006000 | 02/02/04 | Check payable to M/M Munoz for $2,400 from SF |
| PL006001-006002 | 01/12/04 | Letter to M/M Munoz c/o Gustavo Garza from Tom Reed sending $2,400 for January rent (and check) |
| PL006003-006004 | 07/01/03 | Letter to M/M Munoz from Tom Reed sending $2,400 for July Rent and tax return request forms to be signed |
| PL006005-006006 | 12/02/03 | Letter to M/M Munoz from Tom Reed sending $2,400 for December rent - and check |
| PL006007-006008 | 11/02/04 | Letter to M/M Munoz acknowledging receipt of rental invoices 2457 and 2452 - $4,800 sent to IRS |
| PL006009 | 09/02/02 | Curtis Shed rental receipt |
| PL006010 | 03/23/05 | Fax cover to Gustavo Garza from SF |
| PL006011 | 02/02/04 | Letter to M/M Munoz from Tom Reed sending $2,400 for February Rent |
| PL006012 | 04/14/03 | Letter to M/M Munoz from Tom Reed regarding rental expenses and requesting information/documents |
| PL006013-006015 | 03/18/03 | Letter to M/M Munoz from Tom Reed regarding Loss of Use payments and requesting more information |
| PL006016-006019 | 02/18/03 | Letter to m/M Munoz trying to set up meeting and requesting information |

| | | |
|---|---|---|
| PL006020 | 03/18/03 | Letter to M/M Munoz from Tom Reed regarding Loss of Use payments and requesting more information |
| PL006021-006023 | 04/25/03 | Letter to M/M Munoz from Tom Reed returning original documents to him and again requesting signed authorization |
| PL006024-006027 | 01/24/03 | Letter to M/M Munoz from Tom Reed advising of insured's duties after loss |
| PL006028-006029 | 05/09/03 | Letter to M/M Munoz from Greg Drott demanding EUO |
| PL006030-006036 | 04/14/03 | Letter to M/M Munoz from Tom Reed regarding rental expenses and requesting information/documents |
| PL006037-006039 | 03/11/03 | Letter to M/M Munoz from Tom Reed reviewing highlights of their meeting concerning loss |
| PL006040 | 01/17/03 | Letter to M/M Munoz from Lee Olivo regarding TV and cassette |
| PL006041-006043 | 06/05/03 | Letter to M/M Munoz from Larry Kurth again requesting EUO and additional records |
| PL006044-006045 | 10/21/03 | Revised Reservation of Rights Letter to M/M Munoz c/o Mr. Garza from Greg Drott |
| PL006046-006047 | 01/28/03 | Reservation of Rights Letter to M/M Munoz from Tom Reed |
| PL006048-006050 | 01/11/05 | Denial Letter / Decision Letter from Carrie Tousant |
| PL006051 | 01/17/03 | Letter to M/M Munoz from Lee Olivo regarding TV and cassette |
| PL006052-006075 | various | Tax Levy documents |
| PL006076-006079 | various | Documents from Bankruptcy of Harry Cavazos |
| PL006080-006087 | 1992 | Home Purchase Docs - Warranty Deed with Vendor's Lien; Real Estate Lien Note and other Lien docs |
| PL006088-006094 | May 1998 | Lease Agreement between Kivett-Rodriguez Ford Mercury and Munoz Roofing |
| PL006095 | 09/22/03 | Western Union Customer Receipts (Truck and Car payments) |
| PL006096 | 1998 | "Interest Vision Amortization Schedule" re building payments |

| | | |
|---|---|---|
| PL006097-006110 | | Rodriguez Ford payment receipts - building payment |
| PL006111 | 02/23/04 | Cashier's Check to Ben Capetillo - $10,000 |
| PL006112 | 01/27/04 | Receipt for payment - $10,000 |
| PL006113- | 01/08/04 | Agreement between Luis Munoz and Ben Capetillo re work to be done and lawsuit to be dismissed |
| PL006114-006159 | | Lawsuit Docs re Ben Capetillo v. Luis Munoz |
| PL006160-006168 | | Photos - Color copies |
| PL006169-006190 | 01/31/99-02/28/99 | Bank Statement - First Valley Bank - Munoz Roofing Co. |
| PL006191-006202 | 01/16/03 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006203-006214 | 12/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006215-006226 | 11/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006227-006232 | 10/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006233-006242 | 07/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006243-006250 | 08/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006251-006260 | 09/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006261-006264 | 10/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006265-006273 | | 1999 Income tax Return |
| PL006274-006279 | | 2000 Income Tax Return |
| PL006280-006286 | | 2001 Income Tax Return |

| | | |
|---|---|---|
| PL006287-006294 | | 2002 Income tax Return |
| PL006295-006300 | | 2003 Tax Return |
| PL006301-006329 | | Declarations Page and Policy |
| PL006330-006339 | 2002 | Documents regarding 2/11/02 fire claim |
| PL006340-006343 | | Documents showing they were in Florida |
| PL006344-006345 | 04/04/05 | Letter to David Rusnak from Gustavo Garza - agreement |
| PL006346-006347 | 01/20/04 | Fee/ Legal agreement between M/M Munoz and Gustavo Garza |
| PL006348 | 1992 | Homeowners Binder-Receipt for SF Insurance |
| PL006349-006353 | 11/01/02 | Police Report - Harassment by Phone Call. |
| PL006354 | 11/08/02 | Police Report regarding Minerva Cavazos' call to police. Her car was egged, and she reported she thinks it was Carlos Munoz. |
| PL006355 | 11/04/02 | Police Report - Criminal Mischief. Carmela Munoz reported that unknown suspects attempted to cut electrical cord w/out consent. |
| PL006356-006357 | 11/01/02 | Police Report - Maria Munoz reported that Minerva Cavazos called her via telephone and said she was going to get revenge from Maria's sister and her brother-in-law |
| PL006358 | 11/04/02 | Carmela Munoz filed report that unknown suspected tried cutting her break lines to her vehicle. |
| PL006359-006360 | 10/31/02 | Police report - disturbance between Ms. Cavazos and Ms. Munoz |
| PL006361-006362 | 10/31/02 | Police Report regarding broken windows at Munoz Roofing |
| PL006363- | 10/25/02 | Police Report - Report made by Maria Munoz that someone has been calling her residence and using profanities. Suspects Ms. Cavazos |
| PL006364 | 10/25/02 | Police Report filed by Maria Munoz re: Ms. Cavazos "flipping the finger" at them |

| PL006365-006367 | 10/31/02 | Police report filed by Minerva Cavazos - damage to vehicle |
|---|---|---|
| PL006368 | 10/24/02 | Police report filed by Mr. Munoz regarding Ms. Cavazos driving by |
| PL006369-006370 | 09/23/99 | Judgment - *Kiefer v. Munoz Roofing* - in favor of Munoz |
| PL006371-006384 | 06/10/03 | Service Master Repair Estimate - $86,088.32 (dated 06/09/03 - rec'd 6/10) |
| PL006385-006399 | 11/12/03 | Rebuild Estimate - Steamatic of Rio Grande Valley $147,140.02 |
| PL006400-006439 | 04/27/04 | Valley Wide Restoration Estimate - $128,482.83 |
| PL006440-006452 | 2004 | Documents relating to settlement for damage to Mr. Munoz's Pickup - He was paid settlement amount and his truck was paid off. |
| PL006453-006497 | | Documents regarding bankruptcy of Henry and Minerva Cavazos |
| PL006498-006501 | 1997 | Bank of Texas note for $20,000 loan - Tahoe |
| PL006502-006521 | 1992 | Home Purchase documents |
| PL006522-006523 | 1999 | Complaint by Kiefer against Munoz Roofing |
| PL006524-006525 | 2004 | Warranty Deed between Carmela Soliz (Formerly Carmela Munoz) and Luis Munoz. |
| PL006526-006537 | 2001 | Documents re purchase from Bunny Burns? |
| | | **Rec'd from Plaintiffs - attached to amended initial disclosures; rec'd 10/21/05** |
| PL006888 | 09/23/05 | Affidavit of Mary Rubio - Police Dept. |
| PL006889-006890 | 09/14/05 | Affidavit of Yolanda Perez - Jano's Superstore |
| PL006891-006892 | 09/14/05 | Affidavit of Raul Pena Sr. |

| PL006893-006894 | 09/14/05 | Affidavit of Homer Rodriguez - Rodriguez Ford |
|---|---|---|
| PL006895 | 09/15/05 | Affidavit of Armin Martinez |
| PL006896 | 09/16/05 | Affidavit of Karen Barnett |
| PL006897 | 09/29/05 | Affidavit of Veronica Coronado - secretary to Gustavo Garza |
| PL006898 | 09/21/05 | Affidavit of Juan Guerra - county attorney of Willacy County |
| PL006899-006900 | 09/28/05 | Affidavit of Martha Galarza - bookeeper for Mr. Munoz |
| PL006901 | 10/29/04 | Affidavit of Mario Tijerina |
| PL006902 | 03/12/03 | Affidavit of Amador Quintanilla regarding roof repairs made by Mr. Munoz |
| PL006903 | 10/14/04 | Affidavit of Uvaldo Zamora - police chief of Raymondville |
| PL006904 | 03/11/03 | Affidavit of Yvette Hernandez about roof repairs by Mr. Munoz |
| PL006905 | 03/18/03 | Affidavit of Israel Quintanilla - he paid Mr. Munoz for a roofing job the day after fire |
| PL006906-006907 | 10/22/04 | Affidavit of Omel Munoz |
| PL006908-006909 | 08/30/04 | Affidavit of Carmela Munoz |
| PL006910-006913 | 11/10/04 | Affidavit of Luis Munoz |
| PL006914-006962 | n/a | Policy & dec pages |
| PL006963 | 12/__/__ | Receipt from R. T. Tires - $6.00 |
| PL006964-006966 | Dec. 2002 | Miscellaneous receipts from Florida |
| PL006967 | 11/15/02 | Receipt from Rodriguez Ford - $2,482.16 |
| PL006968-006975 | 09/13/02 | Jano's Superstores receipt and docs |
| PL006976 | | Photo form Disney Universal Studios |
| PL006977-006979 | | Photos of house before and after |

| PL006980-006982 | 03/27/92 | Release of Lien |
|---|---|---|
|  |  | **These were new records attached to plaintiffs responses to our MSJ's - rec'd 10/31/05.  (Did Not list duplicates)** |
| PL007079-007082 | 09/29/05 | Affidavit of Luis Munoz |
| PL007083-007084 | 01/15/03 | Judgment in *Cavazos v. Luis Munoz* - No. 00-2-271-B-13 |
| PL007085-007239 |  | Police Reports that were attached to Rubio's affidavit |