# Exhibit "3a"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | C.A. NO. B-04-141 |
| VS. | §<br>§<br>§ | |
| STATE FARM LLOYDS | § | JURY DEMANDED |

## DEFENDANT STATE FARM LLOYDS'
## FIRST REQUEST FOR PRODUCTION TO PLAINTIFF LUIS C. MUNOZ

TO:   Plaintiff Luis C. Munoz, by and through his attorney of record, Gustavo Ch. Garza, 705 West Highway 100, Suite A, Los Fresnos, Texas 78566.

Defendant State Farm Lloyds ("State Farm") propounds the attached First Request for Production to Plaintiff Luis C. Munoz. Pursuant to Federal Rule of Civil Procedure 34, you are to make written response to the following Requests for Production.

You are reminded that your written response to each Request for Production shall state, with respect to each category of items, that inspection and other requested action will be permitted as requested, except only to the extent that you make objections in writing to particular items or categories thereof; that your written responses and/or objections, if any, shall be served on the undersigned within thirty (30) days as provided by the **Federal Rules of Civil Procedure**. You are requested to attach copies of all items that are subject to the Request for Production to your written responses to Requests, or in lieu thereof, make such items available for inspection and copying in the offices of the undersigned at the expiration of thirty (30) days from your receipt of these Requests for Production.

Respectfully submitted,

TAYLOR & TAYLOR

By: _____
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth McCahill Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's First Request for Production to Plaintiff Luis C. Munoz has been forwarded to all counsel of record at the address shown below by certified mail, return receipt requested on this 23rd day of June, 2005.

Gustavo Ch. Garza
705 West Highway 100, Suite A
Los Fresnos, Texas 78566

David L. Rusnak
Scoggins & Goodman, P.C.
2800 Marquis One Tower
245 Peachtree Center Ave., N.E.
Atlanta, GA 30303-1227

_____
Warren Taylor

2

**REQUEST FOR PRODUCTION NO. 15**: Produce any and all bank statements for the past five (5) years.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 16**: Produce any and all loan/creditor statements for the past five (5) years.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 17**: Produce all policies of insurance which you had in effect at the time of this loss, including but not limited to:

    a.    automobile insurance of any type;
    b.    homeowners or renters insurance of any type;
    c.    medical or health insurance;
    d.    disability or lost income insurance.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 18**: Produce any and all documents which evidence your ownership or partial ownership in any piece of real property.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 19**: Produce any and all real estate purchase contracts you have executed and/or been a party to within the last five (5) years.

**RESPONSE**: