**Exhibit "4"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | § § § | CAUSE NO B-04-141 |
| VS. | § § | |
| STATE FARM LLOYDS | § § | |

## AFFIDAVIT OF SHARRI WINN

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared **Sharri Winn**, known to me to be the person whose name is subscribed to the following instrument, and having been by me duly sworn upon her oath deposes and states as follows:

1. "My name is Sharri Winn. I am over the age of eighteen, I have never been convicted of a felony or crime involving moral turpitude, and I am otherwise competent to make this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am a paralegal at Taylor & Taylor. I have been employed at Taylor & Taylor since 1997.

3. As part of my responsibilities as a paralegal, I am required to keep an ongoing log of all documents produced in cases assigned to me, including *Luis & Carmela Munoz v. State Farm Lloyds*.

4. I have kept an ongoing log of documents plaintiffs have produced to us in *Munoz v. State Farm Lloyds* since the lawsuit was filed. Attached hereto is a copy of my log of documents produced by plaintiffs as of November 21, 2005, in this case.

5.  While plaintiffs have produced bank statements for different checking accounts, they have never produced Munoz Roofing regular business account bank statements for November 2002 or December 2002.

Further affiant sayeth not.

_____
Sharri Winn

Before me, a notary public, on this day personally appeared Sharri Winn known to me to be the person whose name is subscribed to this document and, being by me first duly sworn, declared that the statements herein contained are true and correct.

Given under my hand and seal of office this **21st** day of **November**, 2005.

_____
Notary Public, State of Texas

[Notary Seal: TINA MARIE GRANT, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 4-2-2006]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LUIS C. MUNOZ and CARMELA MUNOZ §
§ C.A. NO. B-04-141
v. §
§
STATE FARM LLOYDS, MARK BROWN, §
TOM REED, LEE OLIVO, GREG DROTT, §
and BRIAN ROBINSON, as Individuals §
and Agents of State Farm Lloyds §

## PRODUCTION LOG

| Bates No. | Date | Description |
|---|---|---|
| | | **The attached documents were attached to Plaintiffs' Response to our Motion to Dismiss Defendants – 11/12/04** |
| PL005129-005131 | 05/14/03 | Letter to M/M Munoz from Larry Kurth |
| PL005132-005133 | 08/30/04 | Affidavit of Carmela Munoz |
| PL005134-005136 | 11/10/04 | Affidavit of Luis Munoz |
| PL005137-005138 | | Photos attached to Mr. Munoz's affidavit - showing house before and after remodeling |
| PL005139-005140 | 09/28/04 | Release of Lien on plaintiffs' home - attachment to Mr. Munoz's affidavit |
| PL005141 | 10/14/04 | Affidavit of Uvaldo Zamora - police chief of Raymondville |
| PL005142 | 10/04/04 | Letter from County Attorney of Willacy - reviewed offense report and there is no evidence against M/M Munoz. Grand Jurors came back with a "No Bill" |
| PL005143-005144 | 05/17/04 | Notice of Levy |
| PL005145 | | Authorization to State Farm |
| PL005146-005152 | | Second Amended Original Petition (Proposed) |

| PL005153-005179 | | Copy of Policy and Dec Page |
|---|---|---|
| PL005180-005181 | | Proposed Order |
| | | **Attachments to Plaintiffs' Responses to Request for Disclosures (2004)** |
| PL005182 | 10/29/04 | Affidavit of Mario Tijerina |
| PL005183 | 03/12/04 | Affidavit of Amador Quintanilla |
| PL005184 | 10/14/04 | Affidavit of Uvaldo Zamora |
| PL005185 | 03/11/04 | Affidavit of Yvette Hernandez |
| PL005186 | 03/18/04 | Affidavit of Israel Quintanilla |
| PL005187-005188 | 10/22/04 | Affidavit of Omel Munoz |
| PL005189-005190 | 11/30/04 | Affidavit of Carmela Munoz |
| PL005191-005193 | 11/10/04 | Affidavit of Luis Munoz |
| PL005194-005195 | | Release of Lien |
| | | **Received from Plaintiffs on August 17, 2005** |
| PL005340-005369 | 12/31/98-01/31/99 | Bank Statement - Munoz Roofing - |
| PL005370-005391 | 02/28/99-03/21/99 | Bank Statement - Munoz Roofing - |
| PL005392-005420 | 09/30/99 | HNB Checking Statement - Munoz Roofing |
| PL005421-005423 | 01/29/99 | HNB Statement - Munoz Roofing |
| PL005424 | 02/26/99 | HNB Statement - Munoz Roofing |
| PL005425-005462 | 12/31/99 | Texas State Bank statement - Munoz Roofing **(formerly HNB I believe)** |
| PL005463-005471 | 10/29/99 | Texas State Bank statement - Munoz Roofing |

| | | |
|---|---|---|
| PL005472-005485 | 10/22/99 | Texas State Bank Statement - Munoz Roofing |
| PL005486-005505 | 10/28/99 | Norwest Bank Statement - Munoz Roofing Co. |
| PL005506-005512 | 09/28/99 | Norwest Bank Statement - Munoz Roofing |
| PL005513-005548 | 07/28/99 | Norwest Bank Statement - Munoz Roofing |
| PL005549-005576 | 04/27/99 | Norwest Bank Statement - Munoz Roofing |
| PL005577-005602 | 05/27/99 | Norwest Bank Statement - Munoz Roofing |
| PL005603-005630 | 08/26/99 | Norwest Bank Statement - Munoz Roofing |
| PL005631-005665 | 11/30/99 | Texas State Bank - Statement for Munoz Roofing |
| PL005666-005673 | 08/20/99 | Lawsuit papers for *Paul Kiefer Sr. V. Munoz Roofing* - Judgment in favor of Munoz Roofing |
| PL005674-005695 | 2004 | Final Decree of Divorce between Luis & Carmela Munoz |
| PL005696-005698 | 01/10/01 | Chase bank statement - Luis Munoz |
| PL005699-005701 | 02/09/01 | Chase bank statement - Luis Munoz |
| PL005702-005704 | 05/09/01 | Chase bank account - Luis Munoz |
| PL005705-005708 | 06/11/01 | Chase bank statement - Luis Munoz |
| PL005709-005713 | 07/11/01 | Chase bank statement - Luis Munoz |
| PL005714-005716 | 08/09/01 | Chase bank statement - Luis Munoz |
| PL005717-005719 | 09/12/01 | Chase bank statement |

| | | |
|---|---|---|
| PL005720-005722 | 10/10/01 | Chase bank statement - Luis Munoz |
| PL005723-005727 | 11/09/01 | Chase bank statement - Luis Munoz |
| PL005728-005731 | July 2003 | Copies of Texas State Bank Deposit Slips & checks (no statement) |
| PL005732-005734 | 08/29/03 | Texas State Bank Statement - Munoz Roofing |
| PL005735-005738 | 09/30/03 | Texas State Bank Statement - Munoz Roofing |
| PL005739-005748 | 10/31/03 | Texas State Bank Statement - Munoz Roofing |
| PL005749-005751 | 10/31/02 | Texas State Bank Statement - Munoz Roofing |
| PL005752-005754 | 05/30/03 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005755-005762 | 07/31/00 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005763-005768 | 09/29/00 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005769-005774 | 01/31/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005775-005782 | 02/28/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005783-005791 | 03/30/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005792-005800 | 04/30/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005801-005804 | 05/31/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005805-005810 | 06/29/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005811-005819 | 07/31/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |

| | | |
|---|---|---|
| PL005820-005828 | 08/31/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005829-005835 | 09/28/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005836-005840 | 10/31/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005841-005844 | 11/30/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005845-005848 | 12/31/01 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005849-005855 | 01/31/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005856-005859 | 02/28/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005860-005863 | 03/29/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005864-005870 | 04/30/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005871-005874 | 08/30/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005875-005883 | 09/30/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005884-005886 | 10/31/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005887-005892 | 11/29/02 | Texas State Bank Statement - Munoz Roofing Payroll Account |
| PL005893-005899 | 06/28/02 | Texas State Bank Statement - Munoz Roofing |
| SF005900-005910 | 07/31/02 | Texas State Bank Statement - Munoz Roofing |
| SF005911-005914 | 08/30/02 | Texas State Bank Statement - Munoz Roofing |
| PL005915-005916 | 09/30/02 | Texas State Bank Statement - Munoz Roofing |

| PL005917-005923 | 01/30/04 | Texas State Bank Statement - Munoz Roofing |
| --- | --- | --- |
| PL005924-005928 | 02/27/04 | Texas State Bank Statement - Munoz Roofing |
| PL005929-005938 | 03/31/04 | Texas State Bank Statement - Munoz Roofing |
| PL005939-005942 | 04/30/04 | Texas State Bank Statement - Munoz Roofing |
| PL005943-005957 | 02/12/03 | Texas State Bank Statement (printed from internet) |
| PL005958-005959 | 11/04/03 | Letter to M/M Munoz c/o Gustavo Garza from Tom Reed sending $2,400 for November Rent (copy of check attached) |
| PL005960-005962 | 09/11/03 | Letter to M/M Munoz from Tom Reed sending $2,400 for September rent (check attached) |
| PL005963 | 06/18/03 | Letter to Gustavo Garza from Tom Reed sending recorded interviews |
| PL005964 | 08/04/03 | Curtis Shed rental receipt |
| PL005965 | 07/01/03 | Check payable to M/M Munoz from SF - $2,400 |
| PL005966-005967 | 06/16/03 | Letter to M/M Munoz from Tom Reed sending $2,400 for June rent (check attached) |
| PL005968-005970 | 09/15/04 | Letter to M/M Munoz from Tom Reed advising they are in receipt of rental invoice 2439 |
| PL005971-005973 | 08/10/04 | Letter to M/M Munoz from Tom Reed advising that $2,400 payment for rent is being sent to the IRS per Notice of Levy |
| PL005974-005975 | 07/06/04 | Letter to M/M Munoz from Tom Reed |
| PL005976 | 06/29/04 | Curtis Shed rental receipt |
| PL005977 | 06/01/04 | Curtis Shed rental receipt |
| PL005978 | 05/04/04 | Curtis Shed rental receipt |
| PL005979-005981 | 05/11/04 | Letter to M/M Munoz c/o Gustavo Garza from Tom Reed explaining that their $2,400 rent payment has been issued to the Treasury Dept (tax notice attached) |

| | | |
|---|---|---|
| PL005982-005984 | 05/25/04 | Letter to M/M Munoz c/o Gustavo Garza from Tom Reed re invoice from Service Master |
| PL005985-005987 | | Tax Levy Docs |
| PL005988-005992 | 05/18/04 | Service Master Storage estimate for February through June - $1,013.22 |
| PL005993-005994 | 03/24/04 | Fax to Tom Reed from Gustavo Garza advising March 29 at 8:30 is available to inspect documents |
| PL005995-005996 | 03/11/03 | Letter to M/M Munoz from Tom Reed reviewing highlights of their meeting concerning loss |
| PL005997-005998 | 03/04/04 | Letter to M/M Munoz c/o Gustavo Garza from Tom Reed sending $2,400 for March 2004 rent |
| PL005999 | 01/26/04 | Letter to Gustavo Garza from Larry Kurth sending two "Requests for Coy of Tax forms" |
| PL006000 | 02/02/04 | Check payable to M/M Munoz for $2,400 from SF |
| PL006001-006002 | 01/12/04 | Letter to M/M Munoz c/o Gustavo Garza from Tom Reed sending $2,400 for January rent (and check) |
| PL006003-006004 | 07/01/03 | Letter to M/M Munoz from Tom Reed sending $2,400 for July Rent and tax return request forms to be signed |
| PL006005-006006 | 12/02/03 | Letter to M/M Munoz from Tom Reed sending $2,400 for December rent - and check |
| PL006007-006008 | 11/02/04 | Letter to M/M Munoz acknowledging receipt of rental invoices 2457 and 2452 - $4,800 sent to IRS |
| PL006009 | 09/02/02 | Curtis Shed rental receipt |
| PL006010 | 03/23/05 | Fax cover to Gustavo Garza from SF |
| PL006011 | 02/02/04 | Letter to M/M Munoz from Tom Reed sending $2,400 for February Rent |
| PL006012 | 04/14/03 | Letter to M/M Munoz from Tom Reed regarding rental expenses and requesting information/documents |
| PL006013-006015 | 03/18/03 | Letter to M/M Munoz from Tom Reed regarding Loss of Use payments and requesting more information |
| PL006016-006019 | 02/18/03 | Letter to m/M Munoz trying to set up meeting and requesting information |

| PL006020 | 03/18/03 | Letter to M/M Munoz from Tom Reed regarding Loss of Use payments and requesting more information |
| --- | --- | --- |
| PL006021-006023 | 04/25/03 | Letter to M/M Munoz from Tom Reed returning original documents to him and again requesting signed authorization |
| PL006024-006027 | 01/24/03 | Letter to M/M Munoz from Tom Reed advising of insured's duties after loss |
| PL006028-006029 | 05/09/03 | Letter to M/M Munoz from Greg Drott demanding EUO |
| PL006030-006036 | 04/14/03 | Letter to M/M Munoz from Tom Reed regarding rental expenses and requesting information/documents |
| PL006037-006039 | 03/11/03 | Letter to M/M Munoz from Tom Reed reviewing highlights of their meeting concerning loss |
| PL006040 | 01/17/03 | Letter to M/M Munoz from Lee Olivo regarding TV and cassette |
| PL006041-006043 | 06/05/03 | Letter to M/M Munoz from Larry Kurth again requesting EUO and additional records |
| PL006044-006045 | 10/21/03 | Revised Reservation of Rights Letter to M/M Munoz c/o Mr. Garza from Greg Drott |
| PL006046-006047 | 01/28/03 | Reservation of Rights Letter to M/M Munoz from Tom Reed |
| PL006048-006050 | 01/11/05 | Denial Letter / Decision Letter from Carrie Tousant |
| PL006051 | 01/17/03 | Letter to M/M Munoz from Lee Olivo regarding TV and cassette |
| PL006052-006075 | various | Tax Levy documents |
| PL006076-006079 | various | Documents from Bankruptcy of Harry Cavazos |
| PL006080-006087 | 1992 | Home Purchase Docs - Warranty Deed with Vendor's Lien; Real Estate Lien Note and other Lien docs |
| PL006088-006094 | May 1998 | Lease Agreement between Kivett-Rodriguez Ford Mercury and Munoz Roofing |
| PL006095 | 09/22/03 | Western Union Customer Receipts (Truck and Car payments) |
| PL006096 | 1998 | "Interest Vision Amortization Schedule" re building payments |

| | | |
|---|---|---|
| PL006097-006110 | | Rodriguez Ford payment receipts - building payment |
| PL006111 | 02/23/04 | Cashier's Check to Ben Capetillo - $10,000 |
| PL006112 | 01/27/04 | Receipt for payment - $10,000 |
| PL006113- | 01/08/04 | Agreement between Luis Munoz and Ben Capetillo re work to be done and lawsuit to be dismissed |
| PL006114-006159 | | Lawsuit Docs re Ben Capetillo v. Luis Munoz |
| PL006160-006168 | | Photos - Color copies |
| PL006169-006190 | 01/31/99-02/28/99 | Bank Statement - First Valley Bank - Munoz Roofing Co. |
| PL006191-006202 | 01/16/03 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006203-006214 | 12/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006215-006226 | 11/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006227-006232 | 10/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006233-006242 | 07/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006243-006250 | 08/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006251-006260 | 09/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006261-006264 | 10/16/02 | Verizon phone bill - Munoz Roofing 956-689-3591 |
| PL006265-006273 | | 1999 Income tax Return |
| PL006274-006279 | | 2000 Income Tax Return |
| PL006280-006286 | | 2001 Income Tax Return |

| | | |
|---|---|---|
| PL006287-006294 | | 2002 Income tax Return |
| PL006295-006300 | | 2003 Tax Return |
| PL006301-006329 | | Declarations Page and Policy |
| PL006330-006339 | 2002 | Documents regarding 2/11/02 fire claim |
| PL006340-006343 | | Documents showing they were in Florida |
| PL006344-006345 | 04/04/05 | Letter to David Rusnak from Gustavo Garza - agreement |
| PL006346-006347 | 01/20/04 | Fee/ Legal agreement between M/M Munoz and Gustavo Garza |
| PL006348 | 1992 | Homeowners Binder-Receipt for SF Insurance |
| PL006349-006353 | 11/01/02 | Police Report - Harassment by Phone Call. |
| PL006354 | 11/08/02 | Police Report regarding Minerva Cavazos' call to police. Her car was egged, and she reported she thinks it was Carlos Munoz. |
| PL006355 | 11/04/02 | Police Report - Criminal Mischief. Carmela Munoz reported that unknown suspects attempted to cut electrical cord w/out consent. |
| PL006356-006357 | 11/01/02 | Police Report - Maria Munoz reported that Minerva Cavazos called her via telephone and said she was going to get revenge from Maria's sister and her brother-in-law |
| PL006358 | 11/04/02 | Carmela Munoz filed report that unknown suspected tried cutting her break lines to her vehicle. |
| PL006359-006360 | 10/31/02 | Police report - disturbance between Ms. Cavazos and Ms. Munoz |
| PL006361-006362 | 10/31/02 | Police Report regarding broken windows at Munoz Roofing |
| PL006363- | 10/25/02 | Police Report - Report made by Maria Munoz that someone has been calling her residence and using profanities. Suspects Ms. Cavazos |
| PL006364 | 10/25/02 | Police Report filed by Maria Munoz re: Ms. Cavazos "flipping the finger" at them |

| | | |
|---|---|---|
| PL006365-006367 | 10/31/02 | Police report filed by Minerva Cavazos - damage to vehicle |
| PL006368 | 10/24/02 | Police report filed by Mr. Munoz regarding Ms. Cavazos driving by |
| PL006369-006370 | 09/23/99 | Judgment - *Kiefer v. Munoz Roofing* - in favor of Munoz |
| PL006371-006384 | 06/10/03 | Service Master Repair Estimate - $86,088.32 (dated 06/09/03 - rec'd 6/10) |
| PL006385-006399 | 11/12/03 | Rebuild Estimate - Steamatic of Rio Grande Valley $147,140.02 |
| PL006400-006439 | 04/27/04 | Valley Wide Restoration Estimate - $128,482.83 |
| PL006440-006452 | 2004 | Documents relating to settlement for damage to Mr. Munoz's Pickup - He was paid settlement amount and his truck was paid off. |
| PL006453-006497 | | Documents regarding bankruptcy of Henry and Minerva Cavazos |
| PL006498-006501 | 1997 | Bank of Texas note for $20,000 loan - Tahoe |
| PL006502-006521 | 1992 | Home Purchase documents |
| PL006522-006523 | 1999 | Complaint by Kiefer against Munoz Roofing |
| PL006524-006525 | 2004 | Warranty Deed between Carmela Soliz (Formerly Carmela Munoz) and Luis Munoz. |
| PL006526-006537 | 2001 | Documents re purchase from Bunny Burns? |
| | | **Rec'd from Plaintiffs - attached to amended initial disclosures; rec'd 10/21/05** |
| PL006888 | 09/23/05 | Affidavit of Mary Rubio - Police Dept. |
| PL006889-006890 | 09/14/05 | Affidavit of Yolanda Perez - Jano's Superstore |
| PL006891-006892 | 09/14/05 | Affidavit of Raul Pena Sr. |

| PL006893-006894 | 09/14/05 | Affidavit of Homer Rodriguez - Rodriguez Ford |
|---|---|---|
| PL006895 | 09/15/05 | Affidavit of Armin Martinez |
| PL006896 | 09/16/05 | Affidavit of Karen Barnett |
| PL006897 | 09/29/05 | Affidavit of Veronica Coronado - secretary to Gustavo Garza |
| PL006898 | 09/21/05 | Affidavit of Juan Guerra - county attorney of Willacy County |
| PL006899-006900 | 09/28/05 | Affidavit of Martha Galarza - bookeeper for Mr. Munoz |
| PL006901 | 10/29/04 | Affidavit of Mario Tijerina |
| PL006902 | 03/12/03 | Affidavit of Amador Quintanilla regarding roof repairs made by Mr. Munoz |
| PL006903 | 10/14/04 | Affidavit of Uvaldo Zamora - police chief of Raymondville |
| PL006904 | 03/11/03 | Affidavit of Yvette Hernandez about roof repairs by Mr. Munoz |
| PL006905 | 03/18/03 | Affidavit of Israel Quintanilla - he paid Mr. Munoz for a roofing job the day after fire |
| PL006906-006907 | 10/22/04 | Affidavit of Omel Munoz |
| PL006908-006909 | 08/30/04 | Affidavit of Carmela Munoz |
| PL006910-006913 | 11/10/04 | Affidavit of Luis Munoz |
| PL006914-006962 | n/a | Policy & dec pages |
| PL006963 | 12/__/__ | Receipt from R. T. Tires - $6.00 |
| PL006964-006966 | Dec. 2002 | Miscellaneous receipts from Florida |
| PL006967 | 11/15/02 | Receipt from Rodriguez Ford - $2,482.16 |
| PL006968-006975 | 09/13/02 | Jano's Superstores receipt and docs |
| PL006976 | | Photo form Disney Universal Studios |
| PL006977-006979 | | Photos of house before and after |

| PL006980-006982 | 03/27/92 | Release of Lien |
|---|---|---|
|  |  | **These were new records attached to plaintiffs responses to our MSJ's - rec'd 10/31/05. (Did Not list duplicates)** |
| PL007079-007082 | 09/29/05 | Affidavit of Luis Munoz |
| PL007083-007084 | 01/15/03 | Judgment in *Cavazos v. Luis Munoz* - No. 00-2-271-B-13 |
| PL007085-007239 |  | Police Reports that were attached to Rubio's affidavit |