Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


LUIS C. MUNOZ and         *    CAUSE NO. B-04-141
CARMELA MUNOZ             *
                          *
                          *
VS.                       *
                          *
                          *
STATE FARM LLOYDS         *    JURY DEMANDED




ORAL DEPOSITION

OF

LUIS C. MUNOZ

OCTOBER 6, 2005

LUIS C.  MUNOZ                                    October 6, 2005

Page 2

1                A P P E A R A N C E S

2

3    LAW OFFICES OF GUSTAVO GARZA
     ATTORNEY AT LAW
4    705 West Highway 100, Suite A
     Los Fresnos, Texas  78566
5    BY:  MR. GUSTAVO GARZA            FOR THE PLAINTIFF

6

7    TAYLOR & TAYLOR
     ATTORNEYS AT LAW
8    815 Walker
     Suite 250
9    Houston, Texas  77002
     BY:  MR. WARREN TAYLOR           FOR THE DEFENDANT
10

11

     LUIS C. MUNOZ                     WITNESS
12

13

     GAY RICHEY                        CERTIFIED SHORTHAND
14                                     REPORTER

15

16

17

18          ORAL ANSWERS AND DEPOSITIONS of the

19   witness, LUIS C. MUNOZ , who resides in Raymondville,

20   Cameron County, Texas, in answer to questions

21   propounded to him in the above styled and numbered

22   cause, taken on behalf of the Defendant, before

23   GAY RICHEY, a Certified Shorthand Reporter in and for

24   the State of Texas, on OCTOBER 6, 2005, in the offices

25   of Gustavo Garza, Attorney at Law, 358 Kimbell,

LUIS C.  MUNOZ                                    October 6, 2005

Page 3

1    Raymondville, Cameron County, Texas, between the hours

2    of 10:40 o'clock a.m. and 10:20 o'clock p.m. of said

3    day, pursuant to notice and the Rules.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LUIS C. MUNOZ                                          October 6, 2005

Page 4

1                           INDEX

2                                                          PAGE

3     Appearances                                            2

4

      LUIS C. MUNOZ

5         Examination by Mr. Taylor                          5
          Cross-examination by Mr. Gustavo                  55
6         Redirect examination by Mr. Taylor               55

7     Witness' Errata Page                                 109

8     Witness' Signature Page                              110

9     Reporter's Certificate                               111

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LUIS C.  MUNOZ                                    October 6, 2005

Page 5

1                    LUIS C. MUNOZ,

2     the witness, being duly cautioned and sworn to tell the

3     truth, testified as follows:

4                    DIRECT EXAMINATION

5     BY MR. TAYLOR:

6         Q.  Would you introduce yourself, please.

7         A.  My name is Luis C. Munoz.

8         Q.  Mr. Munoz, do you have any difficulties reading

9     and writing English?

10        A.  No, sir.

11        Q.  I guess you noticed this morning sometimes I

12    ask questions with a lot of law words in them.  So, if

13    I ask a question that's not clear, will you ask me to

14    make it clear for you?

15        A.  Okay.

16        Q.  All right.  And you understand that at the end

17    of the deposition she's going to type it up, and you're

18    going to have an opportunity to read it?

19        A.  Yes.

20        Q.  And will you read it carefully before you sign

21    it, and make sure --

22        A.  Yes.

23        Q.  -- that it's accurate?

24        A.  Yes, sir.

25        Q.  Okay.  Have you read your recorded statement?

LUIS C.  MUNOZ                                    October 6, 2005

Page 6

1      A.  Yes, sir.

2      Q.  Have you read your explanation under oath?

3      A.  Yes, sir.

4      Q.  Is there anything about those you need to

5   change?

6      A.  No, sir.

7      Q.  Okay.  Since you told me that there are no

8   changes you're going to make, I'm going to try not to

9   go over a lot of the information that was in there.  If

10  you later change that, I may have the opportunity to

11  examine you again.  Do you understand that?

12     A.  Okay.

13     Q.  I want to start with the household bills.

14          What kinds of bills did you get at the

15  house each month?

16     A.  Bills?  Water, light, house insurance, phone,

17  cable.  That's about it.

18     Q.  Okay.  How were those bills paid?

19     A.  They were paid through me.

20     Q.  Okay.  And did you either pay them yourself or

21  give money to Mrs. Munoz to pay?

22     A.  I would give her money, to Mrs. Munoz; and she

23  would pay them.

24     Q.  Okay.  But all the household bills were paid

25  out of your income?

LUIS C.  MUNOZ                                October 6, 2005

1      A.  Sometimes, you know she would help out; but

2   usually they would come out of me.

3      Q.  Where were the property tax bills sent?

4      A.  Sir?

5      Q.  Where were the -- you know, the County and the

6   City tax your house?

7      A.  Yes, sir.

8      Q.  Where were those bills sent?

9      A.  They were sent to 829 West White.

10     Q.  Okay.  Is that the house?

11     A.  Yes.

12     Q.  And the house is how many blocks from here?

13     A.  Sir?

14     Q.  We're here at your office.

15     A.  Yes.

16     Q.  And the house is how far from here?

17     A.  I would say probably about -- about five, six

18  blocks.

19     Q.  Okay.  And it's six blocks of back streets with

20  no lights?  In other words, if you were going to drive

21  it from here to your house, you wouldn't have any

22  traffic lights?

23     A.  Stop signs.

24     Q.  Yeah, there's stop signs.  But no lights?

25     A.  No.

LUIS C.  MUNOZ                                    October 6, 2005

Page 8

1    Q.  Did you know that the taxes on the house had
2  not been paid for the year 2000?
3    A.  For the year 2000?
4    Q.  Yes.
5    A.  Yes.
6    Q.  Did you know that they not been paid for the
7  year 2001?
8    A.  Yes.
9    Q.  Had you gotten the bills on both years, you
10  know, the overdue bills from both years?
11    A.  Yes.
12    Q.  Before the end of 2002?
13    A.  Yes.
14    Q.  Okay.  So, as of December of 2002, you would
15  have known that there were two years of property taxes
16  on the house that had not been paid?
17    A.  Yes.
18    Q.  Okay.  Who was your -- Miss Barnett was your
19  bookkeeper for a while?
20    A.  Uh-huh.
21    Q.  When did she start being your bookkeeper?
22    A.  Miss Barnett has been my bookkeeper since -- I
23  want to say '95.
24    Q.  Okay.
25    A.  '94, '95.

LUIS C.   MUNOZ                                October 6, 2005

1      Q.   Was she the bookkeeper for Munoz Roofing as

2  well as for you personally?

3      A.   Yes.

4      Q.   Was she the one who would prepare the tax

5  returns for Munoz Roofing as well as for you

6  personally?

7      A.   Yes.

8      Q.   Did you file separate returns for Munoz

9  Roofing?

10      A.   She took care of it, yeah.

11      Q.   Okay.  Was it the same return or a different

12  return from your personal return?

13      A.   I believe the same return.

14      Q.   Okay.  And had she done those for '95, '96,

15  '97 --

16      A.   Yes.

17      Q.   -- and '98?

18      A.   Yes.

19      Q.   Okay.  Were you aware that the 1999 tax return

20  was never filed?

21      A.   No.

22      Q.   When did you first find that out?

23      A.   I found that out -- it was on two thousand --

24  2003.

25      Q.   And how did you find that out?

LUIS C.  MUNOZ                                October 6, 2005

Page 10

1    A.  Because we needed the documents for State Farm.

2    Q.  Okay.  Well, explain how that led to your

3    finding out you had not filed returns.

4    A.  Well, there was documents State Farm was

5    needing and like business.  And so I went to

6    Miss Barnett and told that I needed the copies of my

7    income tax.  And she said that she'll get them for me.

8         And I said okay.  And I said because we're

9    needed it.  Mr. Tom Reed is going to come by, and he's

10   going to go over the tax returns.  She said.  Okay,

11   that she will have them.

12        It happens that Mr. Garza took Mr.  Tom

13   Reed over there, and that's when we found out that she

14   didn't have them.  She just had started that day

15   preparing them.

16   Q.  And did you find out that she had not filed

17   them for '99, 2000, and 2001?

18   A.  Yes.

19   Q.  Okay.  How long did she stay your bookkeeper

20   after that?

21   A.  No longer.

22   Q.  Okay.  What kind of information did she have?

23   What kind of documents did she have to do your returns?

24   A.  She had all my bank statements.  She had all my

25   payroll information for my guys.  I keep a tablet and

LUIS C. MUNOZ                  October 6, 2005

Page 11

1   all, and I got names with John Doe, John Doe, what they

2   worked that week and what they were paid, you know. And

3   she had all that information. She had my cash

4   receipts, you know, deposits. She had access to all my

5   stuff to prepare my -- my paperwork.

6       Q. Let's talk about your business a little bit.

7       A. Okay.

8       Q. What is the -- how is Munoz organized, Munoz

9   Roofing? Is it a corporation? Is it you --

10      A. No, sole proprietorship.

11      Q. Okay. It's sole proprietorship?

12      A. Yes.

13      Q. You doing business as Munoz Roofing?

14      A. Yes.

15      Q. Okay. And do you have any kind of a bookkeeper

16   for the business -- did you have any kind of bookkeeper

17   for the business other than Miss Barnett?

18      A. No.

19      Q. How did you pay your employees, cash or checks?

20      A. Quarter report.

21      Q. No your employees?

22      A. Oh, with checks.

23      Q. Okay. And then how did you do the withholding

24   on the checks for taxes and social security?

25      A. Yes, I did.

(210) 331-2280     ESQUIRE DEPOSITION SERVICES    FAX (210) 558-3670
9901 IH 10 West, Suite 630    SAN ANTONIO, TEXAS 78230        (800) 969-3027
e0c3357c-3d4d-42ca-9b69-cc9c4978558c

LUIS C.   MUNOZ                                    October 6, 2005

1    Q.   How did you do it?

2    A.   How did I do it?

3    Q.   Yes.

4    A.   Social security, most of them were just social

5    security.  All of them had more dependents and didn't

6    qualify for the federal tax.  So it was 0.76 percent.

7    So what I did is the gross, I times it times the

8    percentage.  And that's how you figure Social Security.

9    Q.   Okay.  And the checks that you gave them, were

10   they printed checks like from a computer or were

11   they --

12   A.   No.

13   Q.   -- handwritten?

14   A.   Handwritten.

15   Q.   How did you keep record of what you paid each

16   of the employees?

17   A.   How did I keep record?

18   Q.   Yes.

19   A.   I have a tablet that I have the names of each

20   employee and which hours they -- what day they work,

21   how many hours they worked that day.  The end of the

22   week, I total their hours.  And then I times it.

23   Different employees got paid seven, eight dollars an

24   hour, eight.  Then I got a gross, you know, $400 for

25   example.  And then I just went ahead and deduct the

LUIS C.  MUNOZ                        October 6, 2005

Page 13

1    Social Security.  And I wrote it down right after their
2    name.  And that's how I kept record.
3       Q.  So you would have a column for the Social
4    Security --
5       A.  Yeah.
6       Q.  -- and then you'd have a column for gross -- or
7    I guess you would have a column for the gross, column
8    for Social Security.  And then would you also have a
9    column for the amount of the check you actually wrote
10   to them?
11      A.  No.  Actually, what I had is -- it's their
12   name.  And then at the end of the name, let's say it
13   was Friday.  At the end of Friday, you know, right next
14   to Friday, I will get their gross, write underneath
15   their gross, you know, I would write down their
16   withholding, you know.  If there was Social Security, I
17   will write SSN, Social Security, you know.  And I will
18   circle it, you know.  And then on the bottom will be
19   what they took home.
20      Q.  And each tablet, how many days or weeks would
21   be in each tablet?
22      A.  I have for -- each page would be for one week.
23      Q.  Okay.
24      A.  If I had six employees, I had all six in one
25   tablet.

LUIS C.  MUNOZ                              October 6, 2005

Page 14

1      Q.  For a whole week?

2      A.  Yeah.  And then at the end of the week I wrote

3  down what they got paid, the Social Security, and what

4  they took home.

5      Q.  And I assume that, you know, week one you used

6  the first page of the tablet?

7      A.  I would write the date like 9-5-2003, when they

8  started working that day.  Friday, if it would be 9,

9  the 17th, whatever date was at the end of the week.

10     Q.  Uh-huh.

11     A.  You know.

12     Q.  Well, what I'm asking is:  Page 1 would be

13  Week 1.  You flip.  There's another page?

14     A.  Yes.

15     Q.  That would be Week 2?

16     A.  Yes.

17     Q.  And you would just keep flipping --

18     A.  Yes.

19     Q.  -- until you finished the tablet?

20     A.  Yes, sir.

21     Q.  Okay.  Approximately how many weeks would go

22  into each tablet?

23     A.  How many weeks would go in one tablet?

24     Q.  Yeah.  Are we are we talking 20 weeks?  Are we

25  talking a whole year?

LUIS C.  MUNOZ                                  October 6, 2005

Page 15

1      A.  Usually I will get so many weeks quarterly, and
2  I will -- I will take that tablet, and I will take it
3  to Miss Barnett and give her the whole tablet and say:
4  This is for this quarter.  I will start another tablet
5  for the following quarter.
6      Q.  Okay.  And how large are the tablets?
7      A.  They're just --
8      Q.  Are they regular letterhead paper size
9  eight-and-a-half-by-eleven, or are they smaller than
10  that?
11      A.  No, about that thick.
12      Q.  No, I don't mean thick.  I mean size.  Are
13  they --
14      A.  Just a regular size.
15      Q.  Like a regular piece of paper?
16      A.  Yes.
17      Q.  Okay.  Like somebody might take to school to
18  use as a school notebook?
19      A.  Yes.
20      Q.  Okay.  And you would have one and use it for a
21  whole quarter.  And you would take that to Miss
22  Barnett.  And she was supposed to do your tax returns.
23           Is that right?
24      A.  Yes.
25      Q.  Okay.  And when you have Social Security

LUIS C.  MUNOZ                                    October 6, 2005

1    withholding, what kind of quarterly reports are you

2    supposed to file?

3        A.   File 941.

4        Q.   And did you prepare and file the 941 or did

5    Miss Barnett?

6        A.   She would prepare.

7        Q.   And, when you file the 941, are you supposed to

8    send a check to the IRS?

9        A.   Yes.

10       Q.   For the Social Security?

11       A.   (Nodding head affirmatively.)

12       Q.   Is that right?

13       A.   Yes.

14       Q.   Okay. And would Miss Barnett prepare the check,

15   or would you prepare the check?

16       A.   She will prepare the check.

17       Q.   And where would she get them?  Would she

18   prepare the amount or would she actually physically

19   write the check?

20       A.   She would write the check.

21       Q.   And how would she get the money to write the

22   check?

23       A.   I would take the check to her.

24       Q.   Okay.  So you would -- it would be a Munoz

25   Roofing --

LUIS C.   MUNOZ                                    October 6, 2005

Page 17

1       A.   Yes.

2       Q.   -- check?

3       A.   Yes.

4       Q.   And she would just put the amount on it?

5       A.   Yes.

6       Q.   Okay.  Is '99 the first year that no income tax

7   return was filed?

8       A.   Yes.

9       Q.   Okay.  And it's your testimony that you didn't

10  find out until after the fire that no income tax return

11  had been filed for '99?

12      A.   I think it was -- I know there were -- that

13  they -- I didn't know the '99's were not filed.  I know

14  there --  I knew there was some -- there was some

15  income tax that weren't filed.

16      Q.   You just didn't know which ones?

17      A.   Yes.

18      Q.   And how did you know that there were income tax

19  returns that had not been filed?

20      A.   Sir?

21      Q.   How did you know that there were some returns

22  that had not been filed?

23      A.   Because I found out by Mr. Suarez.

24      Q.   And who is Mr. Suarez?

25      A.   The IRS guy.

LUIS C.  MUNOZ                                    October 6, 2005

Page 18

1      Q.  And when is the first time you talked to
2    Mr. Suarez?
3      A.  It was on 2002.
4      Q.  Okay.  What time of year?
5      A.  I don't recall.
6      Q.  Before the fire?
7      A.  Yeah.
8      Q.  And tell me about the conversation with Mr. --
9    was it a conversation or a letter?
10     A.  It was a conversation.
11     Q.  All right.  Tell me about the conversation.
12     A.  First of all, I -- I found his business card in
13   my house.  So I called Mr. Suarez and scheduled an
14   appointment, what he was needing.  So I met with him.
15   And he said that there was some taxes that needed to be
16   filed.
17     Q.  Did he tell you which ones?
18     A.  No.
19     Q.  Okay.  Did you ask him?
20     A.  I did, and he said, "Well, get with your
21   bookkeeper."
22     Q.  I just want to make sure I understand this.
23   You are in the office with Mr. Suarez.  He tells you
24   there are returns that have not been filed.  You ask
25   him which ones.  And he doesn't tell you?

LUIS C. MUNOZ                                    October 6, 2005

Page 19

1      A.  Correct.

2      Q.  So did you go to Miss Barnett?

3      A.  Yes.

4      Q.  What did you ask her?

5      A.  I said, "Miss Barnett, you know, I got a card

6   from Mr. Suarez, you know.  And he's saying there are

7   some taxes that need to be filed and that I am going to

8   be owe some money."  And she said, "I'll take care of

9   it."

10     Q.  Okay.  Did Mr. Suarez tell you how much money

11  he was going to be owed?

12     A.  No.

13     Q.  Did you have any idea?

14     A.  I know it was going to be some money owed.

15     Q.  At any time before the fire did you receive

16  anything in writing from the IRS?

17     A.  No.

18     Q.  When you went to Miss Barnett, did you ask her

19  which returns had not been filed?

20     A.  Yes.

21     Q.  What did she tell you?

22     A.  And she said that she was going to -- she was

23  going to check.

24     Q.  She's here in town?

25     A.  She's -- she lives down on 498, not here in

LUIS C. MUNOZ                                    October 6, 2005

1    town.

2        Q.  How close?

3        A.  Probably about ten miles from here.

4        Q.  All right.  She had been doing your returns for

5    seven years at that time?

6        A.  Yes.

7        Q.  Every month -- I mean every quarter you had

8    been giving her a tablet?

9        A.  Well, at first, you know, we started.  It was

10   every year.  And then she said -- and then she said why

11   don't we start doing it every quarter.  So we started

12   doing it every quarter, like every -- for the past two

13   years.

14       Q.  Okay.  And, when you say the past two years,

15   you mean 2001 and 2002?

16       A.  Uh-huh.

17       Q.  Is that a "yes"?

18       A.  Yes.

19       Q.  And, even though she had been doing your

20   returns since '95 --

21       A.  Uh-huh.

22       Q.  -- and even though you had been bringing your

23   tablets in every quarter --

24       A.  Uh-huh.

25       Q.  -- for two years, when you asked her what

LUIS C.  MUNOZ                              October 6, 2005

Page 21

1    years' returns had not been filed, she said she would

2    have to check on it?

3        A.  Yes.

4        Q.  Okay.  Did you stay in her office while she

5    checked on it?

6        A.  Yes.

7        Q.  What was the answer?

8        A.  She had a lot of papers everywhere.  And she

9    keep looking and looking and looking.  And then she

10   said, "I know they got to be here somewhere."

11              And I stay there for a while.  And then

12   she said she didn't have help to help her look for the

13   stuff.  And I said, "Well, as soon as you get them, I

14   mean, I need to have them."

15       Q.  Okay.  Would she have had any records for

16   Munoz Roofing other than the tablets?

17       A.  She had all my bank statements, all my

18   receipts, all my cash receipts.

19       Q.  For what years?

20       A.  For all the years.

21       Q.  Starting in '95?

22       A.  Yes.

23       Q.  And, when she didn't know where they were, what

24   did you do?

25       A.  Well, I said that I needed them.  And I said

LUIS C.  MUNOZ                                October 6, 2005

Page 22

1    they need to be filed.  I said I am going to be

2    penalized, you know, and these people want this stuff.

3    And you say you have them.  I need them.  I said, you

4    know, I need them as soon as I can.

5        Q.  Had you been paying the quarterly payments on

6    the Social Security?

7        A.  I had given her money, yes.

8        Q.  In 2001 and 2002 did you give her a check to

9    send to the IRS for the quarterly payments?

10       A.  Yes.

11       Q.  Every quarter?

12       A.  Not every quarter.

13       Q.  Okay.  When did you give her the checks?

14       A.  I don't recall, sir --

15       Q.  Okay.

16       A.  -- to be honest.

17       Q.  2001, 2002 would be eight quarters.  How many

18   of those quarters did you give her a check for?

19       A.  Probably three, four quarters, four quarters.

20       Q.  Okay.  If -- if somebody wanted to see all the

21   financial records of Munoz Roofing, that would be the

22   tablets, the quarterly return, your bank statements

23   and, if you filed one, a tax return --

24       A.  Yes.

25       Q.  -- would that be fair?

LUIS C.  MUNOZ                                    October 6, 2005

Page 23

1          Can you think of any other financial

2    record that Munoz Roofing would have?

3        A.  Receipts.

4        Q.  Would you turn the receipts over to

5    Miss Barnett?

6        A.  She had everything.

7        Q.  Okay.  So you might have receipts.

8              What else would you have?

9        A.  Who?  Miss Barnett or me?

10       Q.  No.  I'm talking about what would exist for

11   Munoz Roofing?  I'm not saying that you would have it

12   or she would have it, but what would be out there

13   somewhere?  You mentioned receipts.

14       A.  Bank statements, deposit slips, receipts,

15   job -- contract jobs, and income tax, the quarterly

16   reports.

17       Q.  Okay.  And everything that you had Miss Barnett

18   had?

19       A.  Yes.

20       Q.  When you found out that there were years where

21   tax returns had not been filed and you went to her

22   office and you asked for information about what had not

23   been filed and she said she didn't know, it's my

24   understanding you stood around and waited.  And she

25   said the papers are all over the place, and she asked

LUIS C.  MUNOZ                          October 6, 2005

Page 24

1   you to come back.  Is that fair?

2      A.  I keep going back, and then I couldn't find

3   her.  And then finally I got ahold of her.  And she

4   said, "Well, I can't find it."  And then she said,

5   "Well, I don't know if I found it -- if I filed it."

6           I said, "What do you mean you don't know

7   if you filed it?"

8           And she said, "I -- I don't know."

9           I said, "Well, we need to do something to

10  file this.  Find out if you have filed them or not so

11  we can file them."

12          And she said, "Well I'm going to need your

13  wife's W-2 Form for -- for these years."

14          I went to the IRS in Harlingen office to

15  get my wife's copy of W-2 Forms.  I had the office from

16  Austin fax me my wife's W-2 forms, you know.  So I got

17  them, put them together, took them to Miss Barnett.

18     Q.  Okay. Was this all before the fire?

19     A.  It was before -- no, it was after the fire.

20     Q.  Okay.  Before the fire you had the conversation

21  with Mr. Suarez?

22     A.  Uh-huh.

23     Q.  You within over to Miss Barnett's office.

24     A.  Uh-huh.

25     Q.  And she confirmed that there were years that it

LUIS C.    MUNOZ                                October 6, 2005

1    wasn't filed, but she didn't know what years?

2        A.   Yes.

3        Q.   Okay.  And between that conversation and the

4    fire you were talking to Miss Barnett about finding out

5    what years had not been sent.  Is that right?

6        A.   Yes.

7        Q.   Okay.  And then after the fire is when you

8    found out you -- she said she needed the W-2 and you

9    got the information from Austin?

10       A.   Yes.

11       Q.   How long after the fire?

12       A.   Several months after the fire.

13       Q.   When was it that you found out that the years

14   that were missing were '99, 2000, and 2001?

15       A.   That's when Mr. Garza and Mr. Tom Reed went

16   over there.

17       Q.   So the first time you found out is when

18   Mr. Garza and Mr. Reed went to Miss Barnett's office.

19               Is that right?

20       A.   Yes.

21       Q.   When did you -- at some point did you fire

22   Miss Barnett as your bookkeeper?

23       A.   I didn't fire her.  I just, you know, didn't

24   have any -- use anymore.

25       Q.   Okay.  You switched bookkeepers.

LUIS C.   MUNOZ                                    October 6, 2005

Page 26

1      A.   Yes.

2      Q.   To use Mr. Garza's wife?

3      A.   Yes.

4      Q.   Did you ever pick up your records from

5   Miss Barnett?

6      A.   Mr. Garza -- me and Mr. Garza went over and

7   picked up everything Ms. Burnett had.  She didn't have

8   none of my tablets.  She had destroyed.  She had

9   destroyed 90 percent of my bank statements, which I had

10   to go to the bank and pay hundreds of dollars to

11   reconstruct all my bank statements to get all my taxes.

12      Q.   Have you reconstructed your bank statements for

13   the six months before the fire?

14      A.   No.

15      Q.   Okay.  Why not?

16      A.   Because she said she had them.

17      Q.   Okay.  Well, have you found out she doesn't

18   have them?

19      A.   When I found out she didn't have them, when

20   Mr. Garza and Mr. Reed went over there and she didn't

21   have my taxes and she didn't have none of my other bank

22   statements.  So she won't ever -- her intentions were

23   never to prepare my income tax because she didn't have

24   all the documents to do them.

25      Q.   What did you take back from her?

LUIS C.  MUNOZ                                October 6, 2005

Page 27

1      A.  What did I take back from her?

2      Q.  Yes.

3      A.  Receipts, you know, a few bank statements.

4      Q.  Did you have any of your tablets?  Did you get

5   any of your tablets back?

6      A.  No.

7      Q.  Do you have -- do you have any of your tablets

8   for '99, 2000, 2001 or 2002?

9      A.  Might have for '99, might have '99.

10      Q.  But not the other years?

11      A.  No.

12      Q.  What bank statements did you get back from her?

13      A.  For the business.

14      Q.  Yes.

15      A.  Munoz Roofing.

16      Q.  Right.

17      A.  Yes.

18      Q.  What statements did you get back from her?

19      A.  Bank statements.

20      Q.  Yeah.  What bank statements did you get back

21   from her?

22      A.  I -- I couldn't tell you what months because

23   there were just a few of them.

24      Q.  Okay.  And then this was all when Tom Reed was

25   still involved, right?

LUIS C.   MUNOZ                                    October 6, 2005

Page 28

1      A.  Yes.

2      Q.  This was before the lawsuit was filed?

3      A.  Yes.

4      Q.  Okay.  Now, when you found out that she didn't

5    have all your bank statements, you're telling me you

6    went to the bank and then had the bank go back and

7    reconstruct them?

8      A.  Yes.

9      Q.  And that you spent hundreds of dollars for

10   that?

11     A.  Yes.

12     Q.  What years did you ask them for, years or

13   months did you ask the bank for?

14     A.  '99 on.

15     Q.  '99 to the present?

16     A.  Yes.

17     Q.  What years did you get from the bank?

18     A.  I got '99, 2000, 2001, and I think it was 2002.

19   I think they didn't have -- I think they didn't have

20   2000, but I got the rest.

21     Q.  Did the bank give you financial statement --

22   not financial statements.

23           Did the bank give you the bank statements

24   for Munoz Roofing for the entire calendar year 2002?

25     A.  I believe they did.

LUIS C.  MUNOZ                                    October 6, 2005

Page 29

1    Q.  All right.  When you got the bank statements,
2    were they just the statements or did it have copies of
3    checks?
4    A.  It had copies of checks.
5    Q.  So somewhere you got bank statements and copies
6    of checks for Munoz Roofing for the entire 2002 year?
7    A.  Yeah.
8    Q.  And where -- who did you give those to?
9    A.  My accountant.
10   Q.  Mr. Garza --
11   A.  Yes.
12   Q.  Mr. Garza's wife?
13   A.  Yes.
14   Q.  Okay.  And was it the bank statements that she
15   used to calculate your taxes?
16   A.  Yes.
17   Q.  And then, when the tax returns were prepared,
18   did you review them?
19   A.  Yes.
20   Q.  And did you agree that the information on the
21   tax returns was correct?
22   A.  Yes.
23   Q.  And did you sign them?
24   A.  Yes.
25   Q.  For your personal income, you, Mr.  Munoz, not

LUIS C. MUNOZ                                October 6, 2005

Page 30

1    the business --

2        A.   Okay.

3        Q.   -- your personal income was you would take all

4    the money that went into Munoz Roofing --

5        A.   Yes.

6        Q.   -- you would subtract off all the expenses for

7    Munoz Roofing --

8        A.   Yes.

9        Q.   -- and whatever was left over comes to you?

10       A.   Yes.

11       Q.   And on your tax return, when you filed the tax

12   run and you said my income was this amount, that's the

13   difference between what the business took in and what

14   you spent out on business expenses --

15       A.   Okay.

16       Q.   -- right?

17       A.   Okay.

18       Q.   Is that right?

19       A.   Okay.

20       Q.   I'm asking you if that's -- I'm asking you if

21   you agree.

22       A.   Yes.

23       Q.   Okay.  So when -- and, incidentally, what's

24   Mr. Garza's wife's name?

25       A.   Martha.

LUIS C.   MUNOZ                                   October 6, 2005

Page 31

1     Q.   Martha.   And her last name?

2     A.   Is Garza.   Galante is here last name.

3     Q.   Galante?

4     A.   Yeah.

5     Q.   How do you refer do her?

6              Mrs. Galante?   Mrs.   --

7              MR. GARZA:   Galarza.

8              MR. TAYLOR:   Galarza.   Okay.

9              Ms. Or Mrs.?

10             MR. GARZA:   I refer to her as my wife.

11    Honey not Mrs.

12    BY MR. TAYLOR:

13    Q.   All right.   Ms. Galarza.

14             When you -- okay.   When Mrs. Galarza

15    prepared the returns and sent them in, you understood

16    that what she was putting down as your income to tell

17    the IRS was her calculation of what the business took

18    in minus what the business spent on expenses that could

19    be deducted?

20    A.   Yes.

21    Q.   Okay.   And you agreed with her numbers?

22    A.   Yes.

23    Q.   Did you have any source of income in 2002 other

24    than Munoz Roofing?

25    A.   No.

LUIS C.  MUNOZ                                    October 6, 2005

Page 32

1       Q.  And was it is your belief at the time that you

2  sign the returns that the returns were accurate?

3       A.  Yes.

4       Q.  And is that still your belief today?

5       A.  Yes.

6       Q.  Now, when you have a sole proprietorship, is it

7  your understanding that you have to send income taxes

8  to the IRS for yourself every quarter?

9       A.  Yes.

10      Q.  Okay.  Was that being done in '99, 2000, 2001,

11  and 2002?

12      A.  It should have been done.  There was a check

13  gave to Miss Barnett.

14      Q.  And, when you gave Miss Barnett the check, did

15  it have the amount on it or was she supposed to fill

16  that in?

17      A.  She would fill that out.

18      Q.  And, when your bank statements came in, did you

19  ever pay attention to whether that check had been used?

20      A.  No, sir.

21      Q.  Did you ever notice in that three or four-year

22  period that there were no checks to the IRS?

23      A.  I would -- the first times I would check that

24  they were, so after that I -- I didn't check.

25      Q.  When you got the bank statement, did you ever

LUIS C. MUNOZ                              October 6, 2005

Page 33

1   notice that there were checks that never came in?

2       A.  Yes.  And I figured maybe it was, you know, it

3   was taking time to go on the record.  And I would

4   question Miss Barnett, and then she would say that it

5   would be okay.

6       Q.  What was your back tax liability for '99?  How

7   much did you owe in back taxes for '99?

8       A.  I don't remember.

9       Q.  Okay.  What about for 2000?

10      A.  My -- my -- okay.  Will you ask me again?

11      Q.  All right.  When you found out that you hadn't

12  filed any returns --

13      A.  Okay.

14      Q.  -- did you also find out that she had not been

15  sending in your quarterly payments?

16      A.  Yes.

17      Q.  Okay.  So, when you found out that there were

18  no returns, you knew that no quarterly payments had

19  been made for that four years that we talked about?

20      A.  Okay.

21      Q.  Are you agreeing with me?

22      A.  Yes.

23      Q.  How much did you have to pay to the IRS to make

24  up for the four years?

25      A.  How much money?

LUIS C.  MUNOZ                                October 6, 2005

Page 34

1    Q.  Yeah.

2    A.  Make up for the four years?  About $50,000.

3    Q.  And have you paid that?

4    A.  I paid some of it.

5    Q.  Are you on a payment plan?

6    A.  No.

7    Q.  Who is currently handling your act for the IRS?

8    A.  Right now?

9    Q.  Yes?

10   A.  Suarez.

11   Q.  It's been him all along?

12   A.  Yes.

13   Q.  I want to come back to the bank records.  You

14   say you got the bank records when Mr. Reed was still

15   involved in the case?

16   A.  No.

17   Q.  Okay.  When did you get the bank records?

18   A.  I don't recall.  I know it was several months

19   after the fire.  I don't recall.

20   Q.  Okay.  Have you had them for more than a year?

21   A.  Have I had them?

22   Q.  Have you had the bank records for more than a

23   year?

24   A.  No.

25   Q.  Okay.  Have you had them for more than six

LUIS C.  MUNOZ                                    October 6, 2005

Page 35

1    months?

2        A.  Probably about six months.  I don't remember.

3        Q.  I don't want to mark these, but I'm showing you

4    PL 6287 and 6288.  Do you recognize those as your 2002

5    tax return?

6        A.  Yes.

7        Q.  Or the first two passages of your 2002 tax

8    return?

9        A.  Yes.

10       Q.  And then what's the date that you signed those?

11       A.  2004.

12       Q.  What month?

13       A.  8-22-2004.

14       Q.  Okay.  And you would agree that, in order to

15   prepare this, you and your accountant or you and your

16   bookkeeper would have had to have those 2002 bank

17   statements?

18       A.  Yes.

19       Q.  So by August of 2002 you had bank statements

20   for the entire 2002 year?

21           MR. GARZA:  Hold on.  You said August,

22   2002.  You mean August, 2004.

23           MR. TAYLOR:  God your good.

24           Let me back up.

25           Let's go off the record.

LUIS C.  MUNOZ                                    October 6, 2005

Page 36

1              (Off the record.)

2    BY MR. TAYLOR:

3        Q.  All right. You would have had the bank

4    statements for the entire 2002 year by August of 2004?

5        A.  We should, yeah, because they would have filed

6    the income tax.

7        Q.  Okay.  You had to have those --

8        A.  Yeah.

9        Q.  -- to file the income tax return, right?

10       A.  Yes.

11       Q.  How much have you paid towards the $50,000?

12       A.  I couldn't give you an accurate figure.  I

13   couldn't.

14       Q.  Before the suit was filed, is it your testimony

15   that you tried to get your financial records to give

16   them to State Farm but you were unable to get them?

17       A.  I gave State Farm what they asked for.  They

18   wrote me a letter, Tom Reed, specifying what he wanted.

19   I provided him what he wanted.  Income tax, didn't have

20   them.  I made a note, explained to them that, as soon

21   as I had available, I would provide them.

22       Q.  Okay.  And I'm not asking if you -- if you gave

23   him everything you could.  I'm asking you if -- if you

24   couldn't get the records from Miss Barnett, then you

25   couldn't give them to State Farm, right?

LUIS C. MUNOZ                                    October 6, 2005

Page 37

1        A.   Well, he knew Miss Barnett didn't have it.

2             MR. GARZA:   It's a "yes" or "no."

3             THE WITNESS:   Yes.

4    BY MR. TAYLOR:

5        Q.   Well, and I'm not saying it's your fault or

6    Miss Barnett's fault.  But he had asked for the

7    business records for 2002 and for your tax returns.

8    And you couldn't get them, so you didn't give them to

9    State Farm?

10       A.   Correct.

11       Q.   And Miss Barnett didn't have them, so she

12   didn't give them to State Farm?

13       A.   Correct.

14       Q.   So, before you went and got the bank statements

15   remade by the bank, State Farm never got your 2002

16   financial records, right?

17       A.   Okay.

18       Q.   Do you agree?

19       A.   Yes.

20       Q.   Okay.  And, again, I'm not saying it's your

21   fault or anybody else's fault.  The point is they asked

22   for them and they didn't get them because you were

23   unable to give them to them?

24       A.   Well, he just specifically asked for my -- my

25   returns.  He said he wanted financial records.  Well,

LUIS C.  MUNOZ                                October 6, 2005

Page 38

1    we provided what we had, receipts, contracts.  And then

2    Mr. Kurth wrote a letter back saying that they weren't

3    required.  So that's why.

4       Q.  Mr. Kurth wrote a letter saying what was not

5    required?

6       A.  The income tax.

7       Q.  I'm showing you a two-page letter marked as

8    SF 370 and 371 dated December of 2003.  Take a minute.

9           Do you remember getting that letter?

10      A.  Number 3 -- Number 4 said Mr.  Munoz failed to

11   provide any records for the roofing company.

12          We did provide.

13      Q.  Okay.

14      A.  We provided receipts.

15      Q.  Okay.  What he said was that you failed to

16   provide records showing any type of income.  Okay?  And

17   did you understand from that that he was trying to get

18   bank statements that would show deposits or any kind of

19   ledgers that would show income?

20      A.  Okay.

21      Q.  Did you understand that that's what he was

22   looking for?

23      A.  Yes.

24      Q.  Okay.  And until you had the bank redo the

25   records, reissue the records, is it your testimony you

LUIS C.  MUNOZ                               October 6, 2005

Page 39

1    didn't have anything to give them?

2         A.  Yes.

3         Q.  Okay.  When in the process did you have the

4    bank reconstruct your records?  When was that?

5         A.  Sir?

6         Q.  When was it that you had the bank reconstruct

7    the records?

8         A.  I don't remember.

9         Q.  Sometime before August of 2004 but after

10   December of 2003?

11        A.  I don't remember.

12        Q.  Okay.  When you got this letter complaining

13   about no evidence of your income, did you have the bank

14   statements at that time?

15        A.  When I got this letter?

16        Q.  Yeah.

17             MR. GARZA:  What's the date of that

18   letter?

19             MR. TAYLOR:  December of '03.

20             THE WITNESS:  17 -- I don't remember.

21             MR. GARZA:  Just calm down.

22             When did you go to --

23             Do you mind?

24             MR. TAYLOR:  Huh-uh.

25             MR. GARZA:  When did you go to Barnett and