IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND | § | C.A. NO B-04-141 |
| CARMELA MUNOZ | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| STATE FARM LLOYDS | § | |

### ORDER GRANTING DEFENDANT STATE FARM LLOYDS' MOTION FOR LEAVE TO SUPPLEMENT SUMMARY JUDGMENT RECORD

On this day, the Court considered Defendant State Farm Lloyds' Motion for Leave to Supplement Summary Judgment Record. The Court **GRANTS** Defendant State Farm Lloyds' Motion for Leave to Supplement Summary Judgment Record. Exhibits 1 through 8 are included in the summary judgment record.

SIGNED _____, 2005.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

TAYLOR & TAYLOR

_____
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile