IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | C.A. NO B-04-141 |
| VS. | §<br>§ | |
| STATE FARM LLOYDS | § | |

### ORDER OVERRULING OBJECTIONS

On this day, the Court considered Plaintiffs' Objections to State Farm's Partial Summary Judgment evidence, and State Farm's Response thereto.

Plaintiffs' Objections to State Farm's Partial Summary Judgment evidence are overruled as to the following:

       Exhibit A     _____

       Exhibit B     _____

       Exhibit C     _____

       Exhibit D     _____

       Exhibit E     _____

       Exhibit F     _____

       Exhibit G     _____

       Exhibit H     _____

       Exhibit I     _____

       Exhibit J     _____

       Exhibit K     _____

Exhibit L        _____

Exhibit M       _____

Exhibit N        _____

Exhibit O        _____

Exhibit P        _____

Exhibit S        _____

Exhibit W       _____

Exhibit X        _____

Exhibit Y        _____

Exhibit Z        _____

Exhibit AA     _____

SIGNED _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

TAYLOR & TAYLOR

*[signature: Rene O. Oliveira for]*

Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS