United States District Court
Southern District of Texas
FILED
NOV 22 2005
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ | § § § | C.A. NO B-04-141 |
| VS. | § § § | |
| STATE FARM LLOYDS | § | |

### DEFENDANT STATE FARM LLOYDS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO SUMMARY JUDGMENT EVIDENCE (MOTION FOR SUMMARY JUDGMENT)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant State Farm Lloyds files its Response to Plaintiffs' Objections to the summary judgment evidence offered in support of Defendant State Farm Lloyds' Motion for Summary Judgment as follows:

1. The only objection raised by Plaintiffs to State Farm's evidence in support of the Motion for Summary Judgment is a hearsay objection to paragraph 32 of Tom Reed's affidavit, referencing his conversation with Plaintiffs' bookkeeper. However, that paragraph is not offered for the truth of the statements made by Ms. Barnett, it is offered solely as an operative fact in State Farm's attempts to get financial information from Plaintiffs.

WHEREFORE, Defendant State Farm Lloyds respectfully asks the Court to overrule Plaintiffs' objection, grant its' Motion for Summary Judgment, and for all other relief to which State Farm may show itself justly entitled.

Respectfully submitted,

**OF COUNSEL:**

**TAYLOR & TAYLOR**

By: _/s/ Rene O. Oliveira for_
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant State Farm Lloyds' Response to Plaintiffs' Objections to Summary Judgment Evidence (Motion for Summary Judgment) has been forwarded to all counsel of record by certified mail, return receipt requested, on this 22nd day of November, 2005.

Gustavo Ch. Garza
705 W. Highway 100, Suite A
Los Fresnos, Texas 78566

David L. Rusnak
Scoggins & Goodman, P.C.
245 Peachtree Center Ave. NE, Suite 2800
Atlanta, GA 30303-1227

_____
Warren Taylor