IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | C.A. NO. B-04-141 |
| VS. | §<br>§ | |
| STATE FARM LLOYDS | § | |

## APPENDIX TO
## DEFENDANT STATE FARM LLOYDS' MOTION TO EXCLUDE
## AFFIDAVIT TESTIMONY

Exhibit A:   Affidavit of Yolanda Perez

Exhibit B:   Excerpts from the Deposition of Yolanda Perez[3]

Exhibit C:   Business card of Yolanda Perez

Exhibit D:   Affidavit of Raul Pena, Sr.

Exhibit E:   Excerpts from the Deposition of Raul Pena, Sr.[3]

Exhibit F:   Business card of Pena Tire Services

Exhibit G:   Excerpts from the Deposition of Luis Munoz[3]

Exhibit H:   December 30, 2002, Receipt from Pena, produced with Plaintiffs' First Amended Initial Disclosures

Exhibit I:   Affidavit of Karen Barnett

Exhibit J:   Excerpts from the Deposition of Karen Barnett[3]

Exhibit K:   State Farm long distance telephone record and supporting affidavits[3]

---

[3] The full deposition is provided with State Farm's Motion to Supplement Summary Judgment Record.