# EXHIBIT C



SF003321