# EXHIBIT F



Owner: Raul Peña, Sr.   04/23/03

SF003357

