# EXHIBIT G

Nov 22 2005 12:29PM  TAYLOR & TAYLOR  7136156070  p.5
Case 1:04-cv-00141   Document 59-9   Filed in TXSD on 11/22/2005   Page 2 of 5

LUIS C. MUNOZ                                          October 6, 2005

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ | * | CAUSE NO. B-04-141 |
| | * | |
| VS. | * | |
| | * | |
| STATE FARM LLOYDS | * | JURY DEMANDED |

ORAL DEPOSITION

OF

LUIS C. MUNOZ

OCTOBER 6, 2005

(210) 331-2280       ESQUIRE DEPOSITION SERVICES       FAX (210) 558-3670
9901 IH 10 West, Suite 630   SAN ANTONIO, TEXAS 78230           (800) 969-3027

e0c3357c-3d4d-42ca-9b69-cc9c4978558c

LUIS C. MUNOZ                                          October 6, 2005

Page 2

```
 1            APPEARANCES
 2
 3  LAW OFFICES OF GUSTAVO GARZA
    ATTORNEY AT LAW
 4  705 West Highway 100, Suite A
    Los Fresnos, Texas 78566
 5  BY: MR. GUSTAVO GARZA         FOR THE PLAINTIFF
 6
 7  TAYLOR & TAYLOR
    ATTORNEYS AT LAW
 8  815 Walker
    Suite 250
 9  Houston, Texas 77002
    BY: MR. WARREN TAYLOR         FOR THE DEFENDANT
10
11
    LUIS C MUNOZ                  WITNESS
12
13
    GAY RICHEY                    CERTIFIED SHORTHAND
14                                REPORTER
15
16
17
18       ORAL ANSWERS AND DEPOSITIONS of the
19  witness, LUIS C. MUNOZ, who resides in Raymondville,
20  Cameron County, Texas, in answer to questions
21  propounded to him in the above styled and numbered
22  cause, taken on behalf of the Defendant, before
23  GAY RICHEY, a Certified Shorthand Reporter in and for
24  the State of Texas, on OCTOBER 6, 2005, in the offices
25  of Gustavo Garza, Attorney at Law, 358 Kimbell,
```

Page 3

```
 1  Raymondville, Cameron County, Texas, between the hours
 2  of 10:40 o'clock a.m. and 10:20 o'clock p.m. of said
 3  day, pursuant to notice and the Rules.
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1            INDEX
 2                              PAGE
 3  Appearances                  2
 4
    LUIS C. MUNOZ
 5    Examination by Mr. Taylor        5
      Cross-examination by Mr. Gustavo  55
 6    Redirect examination by Mr. Taylor 55
 7  Witness' Errata Page               109
 8  Witness' Signature Page            110
 9  Reporter's Certificate             111
10
```

Page 5

```
 1            LUIS C. MUNOZ,
 2  the witness, being duly cautioned and sworn to tell the
 3  truth, testified as follows:
 4            DIRECT EXAMINATION
 5  BY MR. TAYLOR:
 6    Q. Would you introduce yourself, please.
 7    A. My name is Luis C. Munoz.
 8    Q. Mr. Munoz, do you have any difficulties reading
 9  and writing English?
10    A. No, sir.
11    Q. I guess you noticed this morning sometimes I
12  ask questions with a lot of law words in them. So, if
13  I ask a question that's not clear, will you ask me to
14  make it clear for you?
15    A. Okay.
16    Q. All right. And you understand that at the end
17  of the deposition she's going to type it up, and you're
18  going to have an opportunity to read it?
19    A. Yes.
20    Q. And will you read it carefully before you sign
21  it, and make sure --
22    A. Yes.
23    Q. -- that it's accurate?
24    A. Yes, sir.
25    Q. Okay. Have you read your recorded statement?
```

2 (Pages 2 to 5)

(210) 331-2280      ESQUIRE DEPOSITION SERVICES      FAX (210) 558-3670
9901 IH 10 West, Suite 630   SAN ANTONIO, TEXAS 78230           (800) 969-3027

e0c3357c-3d4d-42ca-8b69-cc9c4978558c

Page 62

1  Munoz Roofing at the time of the fire?
2     A. I had it -- I had $40,000, yes. I didn't have
3  it here in my place. I had it at my dad's house.
4     Q. And who had seen the 40,000 besides you?
5     A. My dad.
6     Q. Nobody else?
7     A. No.
8     Q. Did you have any reason to not want State Farm
9  to look at your business records?
10    A. No.
11    Q. Did you have any reason for -- to not want
12 State Farm to have a copy of your bank statements or
13 any tax returns?
14    A. No.
15        MR. TAYLOR: Let's take a break.
16        (Recess taken.)
17 BY MR. TAYLOR:
18    Q. Mr. Munoz, did you the day or two before the
19 fire take your four-wheeler to get some work done on
20 it?
21    A. Yes, sir.
22    Q. Where did you take it?
23    A. Pena's Tire Shop.
24    Q. Okay. Right over there on old 99?
25    A. This one (indicating).

Page 63

1     Q. This one over here?
2     A. (Nodding head affirmatively.)
3     Q. And what did you have done?
4     A. The two back tires repaired.
5     Q. And how much did that cost?
6     A. I want to say -- I think it was like $5 per
7  tire, $6 per tire.
8     Q. Were you having flats fixed?
9     A. Uh-huh.
10    Q. What were you having done?
11    A. Repair the tire.
12    Q. Okay. Just put a patch on it?
13    A. Yeah.
14    Q. Did they gave you a receipt?
15    A. No.
16    Q. You just paid them in cash and --
17    A. Cash.
18    Q. -- no record of the transaction?
19    A. No.
20    Q. When did you take the four-wheeler over there?
21    A. It must have been the 31st.
22    Q. Okay. And when did you pick it up?
23    A. I think I picked it up that same day, I think,
24 that same day.
25    Q. Where was the four-wheeler at the time of the

Page 64

1  fire?
2     A. At the house.
3     Q. Huh?
4     A. At the house, White Sheet.
5         MR. GARZA: He asked you where was the
6  four-wheeler at the time of the fire, not when you
7  took --
8     A. Oh, at the time of the fire.
9     Q. I thought at the time of the fire the
10 four-wheeler was at Pena's. Was it at the house?
11    A. Okay. Ask me the question. I didn't
12 understand.
13    Q. Where was the four-wheeler when the fire
14 happened?
15    A. Oh, where was the four-wheeler?
16        Up here (indicating).
17    Q. At the shop?
18    A. Yes.
19    Q. Why was it at the shop?
20    A. Because I went to go pick it up to get it
21 repaired. Since I had it on the trailer, you know, I
22 brought it in here with the trailer and everything,
23 left it here.
24    Q. Okay. When you are talking about a trailer,
25 you are talking about a trailer that goes on the back

Page 65

1  of your pickup truck?
2     A. Yes.
3     Q. And you had used your truck with the trailer to
4  get the four-wheeler from the house?
5     A. Yes.
6     Q. And take it over to Pena's?
7     A. Yes.
8     Q. Did you leave it at Pena's, or did you wait
9  while he fixed it?
10    A. I wait.
11    Q. And, when they fixed it, they put it back in
12 the trailer?
13    A. Yes.
14    Q. And then you drove back to Munoz Roofing?
15    A. Yes.
16    Q. And did you leave the trailer on your truck?
17    A. Did I leave the trailer on the truck?
18    Q. Yes?
19    A. No, I put the trailer in here.
20    Q. Why would you leave the four-wheeler on the
21 trailer at Munoz Roofing?
22    A. Why would I leave it here?
23    Q. Yes.
24    A. We had it here most of the time.
25    Q. I thought you kept it at the house.

17 (Pages 62 to 65)

(210) 331-2280    ESQUIRE DEPOSITION SERVICES    FAX (210) 558-3670
9901 IH 10 West, Suite 630   SAN ANTONIO, TEXAS 78230
                                              (800) 969-3027

e0c3357c-3d4d-42ca-9b69-cc9c4978558c

Nov 22 2005 12:29PM TAYLOR & TAYLOR 7136156070 p.8
Case 1:04-cv-00141 Document 59-9 Filed in TXSD on 11/22/2005 Page 5 of 5

LUIS C. MUNOZ                                              October 6, 2005

### Page 110

1  I HEREBY CERTIFY that I have read the foregoing
2  deposition; and that this deposition, together with any
3  corrections noted on the errata sheet, is a true record
4  of my testimony given at this deposition and all
5  answers are within my personal knowledge and are true
6  and correct.
7
8
9  _____
   LUIS C. MUNOZ
10
11  BEFORE ME the undersigned authority, personally
12  appeared LUIS C. MUNZO who, upon his oath, states that
13  all answers given by him in the foregoing deposition
14  are within his personal knowledge and are true and
15  correct.
16  SUBSCRIBED AND SWORN TO BEFORE ME, this _____
17  day of _____, A.D. 2005.
18
19
20  _____
   NOTARY PUBLIC IN AND FOR
21  THE STATE OF TEXAS
22
23  MY COMMISSION EXPIRES _____.
24
25

### Page 111

1       IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
2              BROWNSVILLE DIVISION
3
   LUIS C. MUNOZ and    * CAUSE NO. B-04-141
4  CARMELA MUNOZ        *
                        *
5                       *
   VS.                  *
6                       *
                        *
7  STATE FARM LLOYDS    * JURY DEMANDED
8
9
10 STATE OF TEXAS  )
11 COUNTY OF CAMERON)
12
13      I, GAY RICHEY, Certified Shorthand Reporter
14 in and for the State of Texas, do hereby certify that
15 the facts stated and set forth on the caption hereto
16 are true; that after the witness, LUIS C. MUNOZ had
17 been by me first duly cautioned and sworn to tell the
18 truth, the whole truth and nothing but the truth, the
19 foregoing questions were propounded to him by the
20 attorneys named in the caption hereto, and that the
21 foregoing answers were made by said witness at said
22 time in response to said questions so propounded to
23 her; that the said questions so propounded to the said
24 witness and the said answers in response thereto were
25 by me, at said time and place, taken down in shorthand

### Page 112

1  on the 6TH day of OCTOBER A.D. 2005, and that the
2  foregoing is a true record of the testimony given by
3  the witness.
4      I do further certify that the said
5  deposition, along with all exhibits, was delivered on
6  the _____ day of _____, A.D. 2005 to
7  MR. GUSTAVO GARZA for review and signature of the
8  witness, with instructions that the deposition be
9  returned to me within 20 days of receipt thereof, and
10 that said deposition was/was not returned, along with
11 the changes annotated by the witness on the attached
12 errata sheet, and that the charge for the completed
13 deposition is $_____, charged to MR. WARREN TAYLOR
14 who has been furnished a true and correct copy of said
15 deposition, along with any exhibits thereto.
16     Said original deposition, having
17 been/having not been returned to us, was/was not
18 forwarded to the custodial attorney for safekeeping on
19 the _____ day of _____, A.D. 2005, and that
20 notification of such action was forwarded to all
21 parties.
22
23
24
25

### Page 113

1      WITNESS MY HAND AND SEAL OF OFFICE this the
2  _____ day of _____, A.D. 2005.
3
4
5
6  _____
   GAY RICHEY
7  Certificate No. 7260   Certified Shorthand Reporter
   Exp. Date: 12/31/06    in and for the State of Texas
8