# EXHIBIT H

# R.T. Tir̃



694 W. Hick.
Raymondville, Tex.
Phone: 1-956-689-3...

*"The Lord is my shepherd"...*
Psalm 23

| Name | | | | Date |
|---|---|---|---|---|
| Address | | | | Tractor No. |
| City & State | | | | Business Phone |
| Zip Code | | Customer P.O. | | Home Phone |
| Vehicle Make | Year | Vehicle License No | | Vehicle Mileage |
| Quan. | Description | | Unit Price | Amount |
| 1 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Sub Total | |
| | | | Sales Tax | |
| | | | F.E.T. | |
| | | | Total | |
| | | | Less Pymt. | |
| | | | Total | |

1.5% Int. per month or
18% Int. Annual Rate

ALL CLAIMS AND RETURN GOODS MUST BE ACCOMPANIED BY THIS BILL.

7272    Rec'd By _____

DISCLAIMER OF WARRANTIES - Any warranties on the products sold hereby are those made by the manufacturer. The seller PEÑAS TIRE SERVICE hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability of fitness for a particular purpose, and PEÑAS TIRE SERVICE neither assumes or authorized any other person to assume for it any liability in conection with the sale of said products.