IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | C.A. NO. B-04-141 |
| VS. | §<br>§<br>§ | |
| STATE FARM LLOYDS | § | |

## ORDER GRANTING DEFENDANT STATE FARM LLOYDS' MOTION TO EXCLUDE AFFIDAVIT TESTIMONY

On this day, the Court considered Defendant State Farm Lloyds' Motion to Exclude Affidavit Testimony, Plaintiffs' response, and the arguments of counsel. The Court finds the following affidavit testimony should be excluded:

    _____    September 14, 2005, Affidavit of Yolanda Perez in its entirety

    _____    September 14, 2005, Affidavit of Yolanda Perez, paragraph 8

    _____    September 14, 2005, Affidavit of Raul Pena, Sr. in its entirety

    _____    September 14, 2005, Affidavit of Raul Pena, Sr., paragraph 4

    _____    September 14, 2005, Affidavit of Raul Pena, Sr., paragraph 5

    _____    September 14, 2005, Affidavit of Raul Pena, Sr., paragraph 6

    _____    September 14, 2005, Affidavit of Karen Barnett, paragraph 4

It is therefore **ORDERED** that the affidavit testimony as indicated above be excluded.

SIGNED _____, 2005.

 

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

**TAYLOR & TAYLOR**

*/s/ Rene O. Oliveira for/*

Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

2