IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
DEC 0 7 2005
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ | § § § | C.A. NO B-04-141 |
| VS. | § § § | |
| STATE FARM LLOYDS | § | |

### DEFENDANT STATE FARM LLOYDS' AGREED MOTION TO MODIFY TRIAL SETTING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant State Farm Lloyds ("State Farm") files its Agreed Motion to Modify Trial Setting, as follows:

1. This is an insurance case with allegations of breach of contract, unfair claims settlement practices, and related statutory claims arising out of a fire at the Munoz home. The Parties jointly request a new trial date.

2. On December 16, 2004, the Court entered a scheduling order for this case and set a trial date of December 5, 2005. On October 27, 2005, on its own initiative, the Court amended the scheduling order and reset this case for trial on January 10, 2006.

3. The Court may modify a scheduling order on a showing of good cause. FED. R. CIV. P. 16(b). There is good cause to modify the current trial setting because both counsel for Plaintiffs Luis and Carmela Munoz and Defendant State Farm have conflicts with the January 10, 2006, trial setting.

4. Counsel for Plaintiffs, Mr. David Rusnak, is expecting the birth of a child; Mrs. Rusnak's due date is February 10, 2006.

5.    Counsel for State Farm, Mr. Warren Taylor, is preferentially set number one for trial on January 4, 2006, in Cause No. 2002-48937; *Francis Dunn and Elizabeth Dunn, Individually and as Next Friends of Emma Dunn, Zoe Dunn, and Sophie Dunn v. Woman's Hospital of Texas, Inc., Kathryn M. Brady-McCreery, M.D., Evelyn A. Paysse, M.D., Baylor College of Medicine, Michael O. Lambert, M.D., Vincent R. Vann, M.D., Retina and Vitreous of Texas, PLLC, and Texas Children's Hospital*; In the 281st Judicial District Court of Harris County, Texas. Mr. Taylor represents the Dunn plaintiffs in a medical malpractice case involving catastrophic injuries to the five-year-old plaintiffs, who are deaf and blind. Trial in the *Dunn* case is expected to last for several weeks. Additionally, Mr. Taylor is set for trial on January 9, 2006, in Cause No. H-04-1626; *Margaret Kelly, Individually and as Independent Executor of the Estate of Gary Kelly v. State Farm Lloyds*; In the United States District Court for the Southern District of Texas, Houston Division[1] and on January 30, 2006, in Cause No. 2002-17746; *Stephen W. Brown v. State Farm Lloyds and Marshall Jones*; In the 113th Judicial District Court of Harris County, Texas.

---

[1] State Farm has filed an Agreed Motion to Modify Trial Setting in the *Kelly* case, which is currently pending before that court.

2

6.  Counsel for State Farm, Mr. Rene Oliveira, is set to begin jury selection on January 4, 2006, in Civil Action No. M-03-044; *Felipe Garza v. State Farm Lloyds* and Civil Action No. M-03-183; *Valente Alaniz v. State Farm Lloyds*, both of which are pending before Judge Hinojosa in the United States District Court for the Southern District of Texas, McAllen Division. Mr. Oliveira is set for trial on January 9, 2006, in Cause No. C-950-01E; *Joel Galarza v. Farmers, et al.*; In the 275th Judicial District Court of Hidalgo County, Texas. Additionally, Mr. Oliveira is set for trial on January 16, 2006, in Cause No. C-482-01-F; *Julia Nickelson, et al. v. American Financial, et al.*; In the 332nd Judicial District Court of Hidalgo County, Texas, and on January 30, 2006, in Cause No. CL-1421-04-H; *Felix Koo, et ux. v. Kenneth Wood, et al.*; In the 389th Judicial District Court of Hidalgo County, Texas.

Accordingly, the parties jointly request the Court modify the current scheduling order and order a different trial setting.

Respectfully submitted,

**OF COUNSEL:**

**TAYLOR & TAYLOR**

By: _____
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

|  |  |
|---|---|
|  | Rene O. Oliveira<br>State Bar No. 15254700<br>Federal I.D. No. 4033<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 West Price Road, Suite 9<br>Brownsville, Texas 78520-8718<br>(956) 542-5666 Telephone<br>(956) 542-0016 Facsimile |
|  | ATTORNEYS FOR DEFENDANT<br>STATE FARM LLOYDS |
| **OF COUNSEL:** | By: /s/ Gustavo Ch. Garza<br>Gustavo Ch. Garza<br>State Bar No. 07731700<br>Federal I.D. No. 3946<br>705 W. Highway 100, Suite A<br>Los Fresnos, Texas 78566<br>(956) 233-5614 Telephone<br>(956) 233-6596 Facsimile |
|  | David L. Rusnak<br>Of Counsel<br>Scoggins & Goodman, P.C.<br>245 Peachtree Center Ave. NE<br>Suite 2800<br>Atlanta, Georgia 30303-1227<br>(404) 659-1000 Telephone<br>(404) 659-3021 Facsimile<br>TX State Bar No. 17404500<br>GA State Bar No. 620170<br>Admitted Pro Hoc Vice |
|  | ATTORNEYS FOR PLAINTIFFS<br>LUIS C. MUNOZ AND CARMELA MUNOZ |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the preceding Defendant State Farm Lloyds' Agreed Motion to Modify Trial Setting has been forwarded to the following persons by facsimile and certified mail, return receipt requested on this 2nd 7th day of December, 2005.

Gustavo Ch. Garza
705 W. Highway 100, Suite A
Los Fresnos, Texas 78566

David L. Rusnak
Scoggins & Goodman, P.C.
245 Peachtree Center Ave. NE, Suite 2800
Atlanta, Georgia 30303-1227

_____
Warren Taylor

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for State Farm Rene Oliveira has conferred with Plaintiffs' counsel regarding the subject matter of the preceding motion and this motion is AGREED.

_____
Rene Oliveira

5