IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LUIS C. MUNOZ AND** | § | **CAUSE NO. H-04-141** |
| **CARMELA MUNOZ** | § | |
| | § | |
| **V.** | § | |
| | § | |
| | § | |
| **STATE FARM LLOYDS** | § | |

**ORDER ON DEFENDANT STATE FARM LLOYDS'
AGREED MOTION TO MODIFY TRIAL SETTING**

On this day, the Court considered Defendant State Farm Lloyds' Agreed Motion to Modify Trial Setting and, after review and consideration, is of the opinion that it should be granted.

The joint pre-trial report is due _____, 2006.

The pre-trial conference is reset to _____, 2006, at _____ a.m/p.m.

The trial date is reset to _____, 2006.

Signed _____, 2005.


_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

**TAYLOR & TAYLOR**

*/s/ Rene O. Oliveira for/*

Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 1336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002-6707
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

2

_____
Gustavo Ch. Garza
State Bar No. 07731700
Federal I.D. No. 3946
705 W. Highway 100, Suite A
Los Fresnos, Texas 78566
(956) 233-5614 Telephone
(956) 233-6596 Facsimile

David L. Rusnak
Of Counsel
Scoggins & Goodman, P.C.
245 Peachtree Center Ave. NE, Suite 2800
Atlanta, Georgia 30303-1227
(404) 659-1000 Telephone
(404) 659-3021 Facsimile
TX State Bar No. 17404500
GA State Bar No. 620170
Admitted Pro Hoc Vice

ATTORNEYS FOR PLAINTIFFS
LUIS C. MUNOZ AND CARMELA MUNOZ