United States District Court
Southern District of Texas
ENTERED

DEC 09 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-141 |

## ORDER

BE IT REMEMBERED that on December 9, 2005, the Court **GRANTED** Defendant State Farm Lloyds' Agreed Motion to Modify Trial Setting. Dkt. No. 61.

Furthermore, the Court **ORDERS** that the Joint Pretrial Order is now due on January 17, 2006; the pre-trial conference will be held on January 31, 2006, at 1:30 p.m.; and Jury Selection will be held on February 6, 2006, at 9:00 a.m.

DONE at Brownsville, Texas, this 9th day of December, 2005.

_____
Hilda G. Tagle
United States District Judge