IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 15 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ § § § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS § § | |
| Defendant. § | |

### ORDER

BE IT REMEMBERED that on December 14, 2005, the Court considered Defendant State Farm Lloyds' Motion for Leave to Supplement Summary Judgment Record. Dkt. No. 55.

Under Federal Rule of Civil Procedure 56(e), "[t]he court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits." Defendant moves to supplement the record with affidavits and depositions that provide information in response to affidavits submitted by Plaintiffs. The Court finds that this additional evidence should be permitted and grants leave to so supplement the record.

Based on the foregoing, the Court **GRANTS** Defendant State Farm Lloyds' Motion for Leave to Supplement Summary Judgment Record. Dkt. No. 55.

DONE at Brownsville, Texas, this 14th day of December, 2005.

Hilda G. Tagle
United States District Judge

1