IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 7 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LUIS C. MUNOZ and <br> CARMELA MUNOZ <br>    Plaintiffs, <br> <br> v. <br> <br> STATE FARM LLOYDS, <br> <br>    Defendants, | CIVIL ACTION NO. B-04-141 <br> <br> <br> JURY DEMANDED |

## PLAINTIFFS EXHIBITS LIST

1) Copy of Insurance Policy # 83-J4-5565-2.

2) Receipts from RT Pena Tire Service for December 2002 and January 2003.

3) Copy of accounts by Plaintiffs from Janos Superstore.

4) Tax returns by Karen Barnett dated 2/6/2004 and 02/12/2004.

5) Photos of Munoz' home prior to remodeling.

6) Photos of Munoz' home after remodeling.

7) Authorization form signed by Plaintiffs.

8) Affidavit dated 9/2/2005 by Tom Reed.

9) Affidavit dated 9/9/2005 by Tom Reed.

10) Photo of Carlos Munoz with Capetillo family at Disney World.

11) Release of lien on the Plaintiffs house note.

12) Police photo of open window to Plaintiff's home after the fire.

13) Initial Raymondville Police Department offense report.

14) Raymondville Police Department call record of 1/1/2003.

15) All letters from State Farm to Luis and Carmela Munoz.

1

16) Estimate of repair costs by
    a) Service Master Quality Restoration
    b) Steamatic of Rio Grande Valley
    c) Valley Wide Restorations
17) All invoices, bills, expenses paid by Luis Munoz to repair the house.
18) All receipts, bills for furniture, appliances and house at 829 W. White St., Raymondville, TX 78580.
19) Memorandum Opinion and Order U.S. District Judge Hanen, dated 2/12/2004, Civil Action No. B-03-057

PLAINTIFFS REQUEST PERMISSION TO SUPPLEMENT