United States District Court
Southern District of Texas
FILED

JAN 1 7 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ<br>       Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>       Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. B-04-141<br><br><br><br>JURY DEMANDED |

## PLAINTIFFS WITNESS LIST

1. Luis C. Munoz
   P.O. Box 1095
   La Sara, TX 78550
   (956) 689-3591

2. Carmela S. Villarreal
   845 N. 3rd
   Mountain Home, Idaho 83647

3. Tom Reed
   4444 Corona, Ste. 140
   Corpus Christi, TX 76411
   (361)878-4429

4. Lee Olivo
   P.O. Box 2378
   701 Expressway 83
   McAllen, TX 78501
   (956)632-6989

5. Bryan Robinson
   P.O. Box 2378
   701 Expressway 83
   McAllen, TX 78501

1

      (956) 632-6989

6. Greg Drott
   10725 Bandera Rd.
   San Antonio, TX 78250
   (210)522-8308

7. Santos Arroyo
   P.O. Box 165
   La Sara, TX 78550
   (956)642-3609

8. Leonzo Cisneros
   781 N. 6th St.
   Raymondville, TX 78580

9. Ruben Perez
   P.O. Box 285
   Sebastian, TX 78594
   (956)347-5616

10. Jose J. Trevino
    P.O. Box 935
    Lyford, TX 78596
    (956)689-1320

11. Karen Barnett
    P.O. Box 280
    Raymondville, TX 78580
    (956)743-5588
    (956)743-5591

12. Benino Capetillo
    17085 Woodcourt Rd.
    Raymondville, TX 78580
    (956)689-9565
    (956)232-0016

13. Deputy, Ramon Garcia Jr.
    801 Nolana

2

      McAllen, TX 78504

14. Sonny Hernandez  
    Rt. 1 Box 237  
    Raymondville, TX 78580

15. Yvette Hernandez  
    Rt. 1 Box237  
    Raymondville, TX 78580

16. Rene Hinojosa  
    846 W. Rocky St.  
    Raymondville, TX 78580

17. Christi Hinojosa  
    846 W. Rocky St.  
    Raymondville, TX 78580

18. Pedro Suarez  
    Internal Revenue Service  
    McAllen, TX  
    (956)632-3320, ext 240

19. Omel Munoz  
    188 Texas Drive  
    Raymondville, TX 78580

20. Raul Pena Sr.  
    694 W. Hidalgo  
    Raymondville, TX 78580  
    (956)689-3753

21. Amador Quintanilla  
    6855 Villa Emmar  
    Las Cruces, NM 88007  
    (505)527-4459

22. Israel Quintanilla  
    328 E. Main  
    Raymondville, TX 78580

(956)689-5414

23. Officer, Marco A. Castillo
    547 W. Hidalgo
    Raymondville, TX 78580
    (956)689-2441

24. Officer, JJ Garcia
    547 W. Hidalgo
    Raymondville, TX 78580
    (956)689-2441

25. Ex-Chief, Alex Martinez
    547 W. Hidalgo
    Raymondville, TX 78580
    (956)689-2441

26. Chief, Uvaldo Zamora
    547 W. Hidalgo
    Raymondville, TX 78580
    (956)689-2441

27. Detective, Samuel Adame
    547 W. Hidalgo
    Raymondville, TX 78580
    (956)689-2441

28. Detective, Armin Martinez
    547 W. Hidalgo
    Raymondville, TX 78580
    (956)689-2441

29. Mario Tijerina
    P.O. Box 161
    Raymondville, TX 78580

30. Santos Munoz
    P.O. Box 1095
    La Sara, TX 78550

31  **Martha Galarza**
    139 W. Calle Hermosa
    Bayview, TX 78566
    (956)550-1368
    (956)456-9868

32. Homer Rodriguez
    NW Corner Hwy 77 & Spur 56
    Raymondville, TX 78580
    (956)689-2452

33. Yolanda Perez
    350 W. Hidalgo
    Raymondville, TX 78580
    (956)689-3039

34. Juan Buendia
    P.O. Box 1618
    **La Feria, TX 78559**
    (956)634-1119
    (956)423-2156