## PLAINTIFFS PROPOSED QUESTIONS FOR VOIR DIRE

1) Are you insured by State Farm?
   Auto? Home? Life?

2) Have you filed a claim against an insurance company?

3) Do any of your relatives or very close friends work for an insurance company?

4) Have you or your family members made a claim or have a claim pending against State Farm?

5) Have you ever had an accidental fire at home?

6) Do you or your relatives work for the Internal Revenue Service?

7) Do you or your relatives work for the State Fire Marshal's office?

8) Do you agree that a person or business should be ordered to pay punitive damages to insure that a particular conduct does not reoccur?

9) Do you agree with the position held by the group, Citizen Against Frivolous Lawsuit?

10) Do you agree that insurance rates are increased due to the lawsuits filed by policy holders against the insurance companies?

11) Do you believe that it is acceptable for an insurance adjuster to embellish the facts of the investigation to justify denial of the claim?

12) Do you believe that it is acceptable investigative practice for State Farm to investigate the person as opposed to the incident?

    Is it an acceptable practice to investigate one and exclude the other?

13) Do you believe that it is acceptable investigative practice to prolong and extend the investigation for months? For years?

1

14) Do you believe that an insurance investigator has an obligation to cooperate with law enforcement and or Internal Revenue Service beyond what the law requires and to the detriment of the insured?

PLAINTIFFS REQUEST PERMISSION TO SUPPLEMENT