United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAN 1 9 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ<br>    Plaintiffs,<br>VS.<br><br>STATE FARM LLOYDS,<br>    Defendants, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. B-04-141 |

## MOTION FOR LEAVE TO FILE LATE PLAINTIFF'S JURY INSTRUCTIONS

LUIS C. MUNOZ AND CARMELA MUNOZ, plaintiffs in the above entitled and numbered cause, by and through his attorney, Gustavo Ch. Garza, respectfully moves this Honorable Court for leave to file late Plaintiffs Jury Instructions. Plaintiff's attorney, Gustavo Ch. Garza missed the deadline due to the following reasons;

I.

I inadvertently left it out of Plaintiff's Joint Pretrial Order.

Wherefore, defendant prays that the foregoing motion be granted and leave to file late Plaintiff's Jury Instructions be granted.

Respectfully Submitted By:

_____
Gustavo Ch. Garza
SBN. 07731700
Fed.No. 3946
705 W. Hwy. 100, Ste. A
Los Fresnos, TX 78566
Telephone: 956.233.5614
Facsimile: 956.233.6596

## CERTIFICATE OF SERVICE

I herby certify that on the 19th day of January, 2006, a copy of the foregoing Motion for Leave to file late Plaintiffs Jury Instructions was sent via fax to Warren Taylor, (713) 615-6070.

Gustavo Ch. Garza