IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ<br>　　　Plaintiffs, | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | CASE NO. B-04-141 |
| STATE FARM LLOYDS<br>　　　Defendants, | §<br>§<br>§ | |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE PLAINTIFFS JURY INSTRUCTIONS

ON THIS DATE, came on to be heard Plaintiff's Motion for Leave to file late Plaintiffs Jury Instructions and the Court, after due consideration of same, is the opinion that said motion be GRANTED/DENIED.

SIGNED and ORDERED this _____ day of _____, 2006.

_____
JUDGE PRESIDING