## PROPOSED INSTRUCTIONS

Instruction No. ___

A fact may be established by direct evidence or by circumstantial evidence or both. A fact is established by direct evidence when proved by documentary evidence or by witnesses who saw the act done or heard the words spoken. A fact is established by circumstantial evidence when it may be fairly and reasonably inferred from other facts proved.

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC100.8*

## PROPOSED QUESTIONS

Question No. ___

Did Defendant State Farm Lloyds fail to comply with Policy 83-J4-5565-2

     A condition precedent may be either a condition to the formation of a contract or to an obligation to perform an existing agreement. Conditions may, therefore, relate either to the formation of contracts or to liability under them. Conditions precedent to an obligation to perform are acts of event that are to occur after the contract is make and that must occur before there is a right to immediate performance and before there can be a breach of contractual duty. *Hohenberg Bros. Co. v. George E. Gibson & Co.*, 537 SW2d 1, 3 (Tex. 1976)

     Compliance with an agreement must occur within a reasonable time under the circumstances unless the parties agree that compliance must occur within a specified time and the parties intended compliance within such time to be an essential part of the agreement. In determining whether the parties intended time of compliance to be an essential part of the agreement, you may consider the nature and purpose of the agreement and the facts and circumstances surrounding its making.

Answer: _____

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC101.2, 101.6, and 101.10*

Question No. __

If the answer to Question ____ is "Yes," then answer the following question. Otherwise, do not answer the following question.

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.1*


Question No. __

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiffs Luis and Carmela Munoz for their damages, if any, that resulted from such failure to comply?

Consider the following elements of damages, if any, and none other.

**The reasonable and necessary cost of repairing the home at 829 West White Ave., Raymondville, Texas ("Premises");**

The reasonable and necessary cost of repairing the contents of the Premises;

**The reasonable and necessary cost of replacing the contents of the Premises;**

The reasonable and necessary cost of storing the contents of the Premises; and

**The reasonable and necessary living expenses of Plaintiffs Luis and Carmela Munoz.**

Do not add any amount for interest on damages, if any.

Answer separately in dollars and cents for damages, if any, that –

were sustained in the past;                     Answer:_____

in reasonable probability will be
Sustained in the future.                         Answer:_____

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.2, 110.3*

3

157131v.1 097/24101

Question No. __

If you have answered the "Yes" to Question _____, then answer the following question. Otherwise, do not answer the following question.

QUESTION _____

What is a reasonable fee for the necessary services of Plaintiffs Luis and Carmela Munoz's attorneys in this case, stated in dollars and cents?

Answer with an amount for each of the following:

a.   For preparation for trial

Answer: _____

b.   For an appeal to the Court of Appeals

Answer: _____

c.   For an appeal to the Supreme Court of the United States.

Answer: _____

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.43*

4

157131v.1 097/24101

Question No. ___

     Did Defendant State Farm Lloyds engage in any unfair of deceptive act or practice that caused damages to Plaintiffs Luis and Carmela Munoz?

     "Unfair or deceptive act or practice" means any of the following:

          Failing to affirm or deny coverage of a claim within a reasonable time; or

          Refusing to pay a claim without conducting a reasonable investigation of the claim

Answer: _____

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC102.14, 102.18*

Question No. __

    If the answer to Question ____ is "Yes," then answer the following question. Otherwise, do not answer the following question.

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.1*


Question No. __

    What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiffs Luis and Carmela Munoz for their damages, if any, that were caused by such unfair or deceptive act or practice?

    Consider the following elements of damages, if any, and none other.

    **The reasonable and necessary cost of repairing the home at 829 West White Ave., Raymondville, Texas ("Premises");**

    The reasonable and necessary cost of repairing the contents of the Premises;

    The reasonable and necessary cost of replacing the contents of the Premises;

    The reasonable and necessary cost of storing the contents of the Premises;

    **The reasonable and necessary living expenses of Plaintiffs Luis and Carmela Munoz; and**

    The reasonable and necessary value of the time spent by Plaintiffs Luis and Carmela Munoz to repair the Premises.

    **In answering questions about damages, answer each question separately.** Do not increase or reduce the amount in one answer because of your answer to any other question about damages. Do not speculate about what any party's ultimate recovery may or may not be. Any recovery will be determined by the court when it applies the law to your answers at the time of judgment. Do not add any amount for interest on damages, if any.

    Answer separately in dollars and cents for damages, if any, that –

    Were sustained in the past;    Answer:_____

    In reasonable probability will be
    Sustained in the future.    Answer:_____

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.13, 110.9*

6

157131v.1 097/24101

Question No. __

If you have answered the "Yes" to Question _____, then answer the following question. Otherwise, do not answer the following question.

QUESTION _____

What is a reasonable fee for the necessary services of Plaintiffs Luis and Carmela Munoz's attorneys in this case, stated in dollars and cents?

Answer with an amount for each of the following:

a.   For preparation for trial

Answer: _____

b.   For an appeal to the Court of Appeals

Answer: _____

c.   For an appeal to the Supreme Court of Texas.

Answer: _____

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.43*

7

Question No. __

If your answer to Question __ is "Yes" then answer the following question. Otherwise, do not answer the following question.

QUESTION __

Did Defendant State Farm Lloyds engage in any such conduct knowingly?

"Knowingly" means actual awareness, at the time of the conduct, of the falsity, deception, or unfairness of the conduct in question or actual awareness of the conduct constituting a failure to comply with the warranty. Actual awareness may be inferred where objective manifestations indicate that a person acted with actual awareness.

Answer: _____

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC102.21*

8

157131v.1 097/24101

Question No. __

　　　If the answer to Question ____ is "Yes," then answer the following question. Otherwise, do not answer the following question.

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.1*

Question No. __

　　　What sum of money, if any, in addition to actual damages, should be awarded to Plaintiffs Luis and Carmela Munoz because Defendant State Farm Lloyds conduct was committed knowingly?

Answer: _____

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.11*

9

Question No. _

    Did Defendant State Farm Lloyds fail to comply with its duty of good faith and fair dealing to Plaintiffs Luis and Carmela Munoz?

    **An insurer fails to comply with its duty of good faith and fair dealing by refusing to pay a claim without conducting a reasonable investigation of the claim**

Answer: _____

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC103.1*

10

157131v.1 097/24101

Question No. __

If the answer to Question ____ is "Yes," then answer the following question. Otherwise, do not answer the following question.

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.1*

Question No. __

What sum of money, if any, would fairly and reasonably compensate Plaintiffs Luis and Carmela Munoz for his damages, if any, that were proximately caused by such conduct.

"**Proximate cause**" means the cause which, in a natural and continuous sequence, produces an event, and without which cause such event would not have occurred. In order to be a proximate cause, an act or omission complained of must be such that a person using the degree of care required of him would have foreseen that the event, or some similar event, might reasonably result therefrom. There may be more than one proximate cause of an event."

Consider the following elements of damages, if any, and none other.

The reasonable and necessary cost of repairing the home at 829 West White Ave., Raymondville, Texas ("Premises");

The reasonable and necessary cost of repairing the contents of the Premises;

The reasonable and necessary cost of replacing the contents of the Premises;

The reasonable and necessary cost of storing the contents of the Premises;

The reasonable and necessary living expenses of Plaintiffs Luis and Carmela Munoz; and

The reasonable and necessary value of the time spent by Plaintiffs Luis and Carmela Munoz to repair the Premises.

In answering questions about damages, answer each question separately. Do not increase or reduce the amount in one answer because of your answer to any other question about damages. Do not speculate about what any party's ultimate recovery may or may not be. Any recovery will be determined by the court when it applies the law to your answers at the time of judgment. Do not add any amount for interest on damages, if any.

Answer separately in dollars and cents for damages, if any, that –

| | |
|---|---|
| Were sustained in the past; | Answer:_____ |
| In reasonable probability will be Sustained in the future. | Answer:_____ |

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.9, 110.14*

Question No. __

If the answered "Yes" to Question ____, then answer the following question. Otherwise, do not answer the following question.

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.1*

Question No. __

You are instructed that, in order for you to answer the following question "Yes," your answer must be unanimous.

QUESTION _____

Do you find by clear and convincing evidence that the harm to Plaintiffs Luis and Carmela Munoz resulted from malice.

"Clear and convincing evidence" means the measure or degree of proof that produces a firm belief or conviction of the truth of the allegations sought to be established.

"Malice" means a specific intent by Defendant State Farm Lloyds to cause substantial injury or harm to Plaintiffs Luis and Carmela Munoz.

Answer: _____

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.33B*

Question No. \_\_

If you have answered the "Yes" to Question _____, then answer the following question. Otherwise, do not answer the following question.

You are instructed that, in order to find exemplary damages, your answer to the question regarding the amount of such damages must be unanimous.

QUESTION _____

What sum of money, if any, if paid now in cash, should be assessed against Defendant State Farm Lloyds and awarded to Plaintiffs Luis and Carmela Munoz as exemplary damages, if any, for the conduct found in response to Question _____?

"Exemplary damages" means that amount that you may in your discretion award as a penalty or by way of punishment.

    a.    Factors to consider in awarding exemplary damages, if any, are –

    b.    The nature of the wrong.

    c.    The character of the conduct involved.

    d.    The degree of culpability of Defendant State Farm Lloyds.

    e.    The situation and sensibilities of the parties concerned.

    f.    The extent to which such conduct offends a public sense of justice and propriety.

    g.    The net worth of Defendant State Farm Lloyds.

Answer in dollars and cents, if any.

Answer: _____

*Authority: Texas Pattern Jury Charge, 2003 Ed., Ch. 100, PJC110.34*