United States District Court
Southern District of Texas
FILED

JAN 1 9 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | § § § | CAUSE NO B-04-141 |
| VS. | § § | |
| STATE FARM LLOYDS | § § | |

## DEFENDANT STATE FARM LLOYDS'
## PROPOSED JURY CHARGE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant State Farm Lloyds respectfully submits the attached definitions, instructions and questions to be submitted to the jury in addition to the standard charge provisions found in Fifth Judicial Circuit Pattern Jury Instruction 3.1 and attached hereto as "General Instructions for Charge."

Respectfully submitted,

OF COUNSEL:

**TAYLOR & TAYLOR**

By: _Warren Taylor by LT_
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing Defendant State Farm Lloyds' Proposed Jury Charge has been forwarded to all counsel of record by certified mail, return receipt requested, on this 17th day of January, 2006.

Gustavo Ch. Garza
705 W. Highway 100, Suite A
Los Fresnos, Texas 78566

David L. Rusnak
Scoggins & Goodman, P.C.
245 Peachtree Center Ave. NE, Suite 2800
Atlanta, GA 30303-1227

_____
Warren Taylor