Case 1:04-cv-00141    Document 73    Filed in TXSD on 01/19/2006    Page 1 of 6

United States District Court
Southern District of Texas
FILED

JAN 1 9 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO B-04-141 |
| VS. | §<br>§ | |
| STATE FARM LLOYDS | §<br>§ | |

## DEFENDANT STATE FARM LLOYDS'
## PROPOSED QUESTIONS FOR
## <u>VOIR DIRE OF THE JURY PANEL</u>

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW Defendant State Farm Lloyds ("State Farm") and files its proposed questions for Voir Dire of the Jury Panel as follows:

1. Does any juror have any personal knowledge of the occurrence made the basis of this lawsuit?

2. Does any juror know or has any juror ever had any dealings with Plaintiffs Luis Munoz or Carmela Munoz?

3. Does any juror know any of the parties or witnesses?

    - Luis Munoz
    - Carmela Munoz
    - Tom Reed
    - Lee Olivo
    - Bryan Robinson
    - Danny Lerma
    - Greg Drott
    - Scott Kemp
    - Carrie Tousant
    - Mark Brown
    - Mack Fuller
    - Joseph Valenzuela
    - Shannon Rusnak
    - Aaron Womack
    - Deputy Ramon Garcia, Jr.

- Jay Evans
- Pedro Suarez
- Sgt. Gilbert Capuchina
- Karen Barnett
- Ben Capetillo
- Harry Cavazos
- Minerva (Minnie) Cavazos
- Eric Michael Cavazos
- Elroy Cavazos
- Eziquel Cavazos
- Moises Torres
- Christina Torres
- Rene Hinojosa
- Christi Hinojosa
- Yolanda Perez
- Raul Pena, Sr.
- Homer Rodriguez
- Martha Galarza
- Leonzo Cisneros
- Roberto Perez
- Ruben L. Perez
- Jose J. Trevino
- Omel Munoz

4. Has any juror or member of a juror's immediate family ever done business or dealt with State Farm?

    a. are you/have you been a policy holder?
    b. how long?
    c. how many claims?
    d. are you satisfied with your claims service?

5. Does any juror know any of the lawyers or use any of the lawyers involved in this matter?

    a. Gustavo Ch. Garza
    b. David Rusnak
    c. Warren Taylor
    d. Beth Taylor
    e. Rene Oliveira

6. Has anyone served on a jury before? Please state the type of case.

7. Have any of you been a foreperson on a jury before?

8. Have any of you or your family worked in the insurance industry? If so, please state your experience.

9. Has any juror or any member of a juror's immediate family ever had any type of legal training?

10. Has any juror or any members of a juror's immediate family ever had training or experience in fire suppression? If so, what is the extent of that experience or training?

11. Has any juror or any immediate member of the juror's family been involved in a fire?

    a. If so, when and where did the fire occur?
    b. How did the fire occur?
    c. Was the juror or the relative involved in any litigation as a result of the fire?

12. Has any juror seen the movie "Backdraft?"

13. Is any juror or any member of the juror's immediate family now involved, or has any such person been involved in the past, in litigation in which damages were claimed? If so, when and where did such litigation occur, and on what side was the juror or the relative?

14. Have any of you or your family owned their own business?

15. Is any juror or any member of the juror's immediate family a fire fighter, or related to any person who is a firefighter?

16. How long have you held your current job?

17. Have any of you or your family ever been employed as a supervisor or in a position over other employees?

18. Have any of you or your family had ownership interest or stockholder interest in a public or private company or corporation?

19. Have any of you or your family worked for insurance companies, adjusting companies, or been involved in investigating or adjusting claims? Do you feel that any experiences or feelings you had or have toward claims in general, or any specific claim in the past which you felt was unwarranted will be carried with you in this case so that you cannot disregard those feelings in judging the merits of this case?

20. Do you feel that any experiences you have or had relating to such work will be carried with you in this case so that you could not disregard those feelings in judging the merits of this case?

21. Have any of you or your family worked as a general contractor or subcontractor, or in the construction business or industry?

22. Do each of you understand that this is a civil case where the claims involve money damages and not a criminal case involving jail time or punishment?

23. Do each of you understand the burden of proof is not "beyond reasonable doubt," but only that State Farm prove its case by a "preponderance of the evidence," or the "greater weight and degree of the credible evidence?"

24. Does any juror feel that he or she would be prejudiced in one direction or another because the defendant is a corporation and the plaintiffs are individuals? Would this preclude the juror from deciding the case solely on the evidence presented in the courtroom?

25. Does any juror feel, for any reason, that he or she cannot decide this case solely on the basis of the evidence presented in the courtroom and the charge submitted to the jury by the court?

26. Throughout the trial, attorneys may make objections to questions, arguments, and evidence. Does everybody understand that the attorney is simply representing his client and will you be able to decide the case on the evidence without holding these objections against the parties?

27. Is there any juror who, if their fair and objective evaluation of the evidence warranted it, could not return a verdict for the defendant?

28. Does any juror feel that just because a defendant has been sued, the charges against the defendant are correct?

Respectfully submitted,

**TAYLOR & TAYLOR**

By: *Warren Taylor by LT*
Warren Taylor
State Bar No. 19727200
Fed. ID No. 1354
Beth Taylor
State Bar No. 13336787
Fed. ID No. 14601
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant State Farm Lloyds' Proposed Questions for Voir Dire of the Jury Panel has been forwarded to all counsel of record by certified mail, return receipt requested, on this 17th day of January, 2006.

*Warren Taylor by LT*
Warren Taylor