United States District Court
Southern District of Texas
FILED

JAN 1 9 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| LUIS C. MUNOZ AND CARMELA MUNOZ § § § VS. § § STATE FARM LLOYDS § | C.A. NO B-04-141 |

| Judge Hilda Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |

### DEFENDANT STATE FARM LLOYDS' TRIAL WITNESS LIST

1. Luis C. Munoz
   829 W. White Avenue
   Raymondville, TX 78580-2824
   (956) 232-0031
   *Plaintiff*

2. Carmela Munoz
   845 N. 3rd
   Mountain Home, Idaho 83647
   (208) 590-0991
   *Plaintiff*

3. Tom Reed
   4444 Corona, Suite 140
   Corpus Christi, TX 76411
   (361) 878-4429
   *Adjuster with knowledge of handling of Plaintiffs' claims on behalf of State Farm Lloyds.*

4. Lee Olivo
   P.O. Box 2378
   701 Expressway 83
   McAllen, TX 78501
   (956) 632-6865
   *Adjuster with knowledge of handling of Plaintiffs' claims on behalf of State Farm Lloyds.*

5. Bryan Robinson
P.O. Box 2378
701 Expressway 83
McAllen, TX 78501
(956) 632-6989
*Adjuster with knowledge of handling of Plaintiffs' claims on behalf of State Farm Lloyds.*

6. Danny Lerma
4444 Corona, Suite 140
Corpus Christi, TX 78411
(361) 878-4414
*Adjuster with knowledge of handling of Plaintiffs' claims on behalf of State Farm Lloyds.*

7. Greg Drott
7777 East Sonterra Blvd.
San Antonio, TX 78258
(210) 438-2528
*Adjuster with knowledge of handling of Plaintiffs' claims on behalf of State Farm Lloyds.*

8. Scott Kemp
4444 Corona, Suite 140
Corpus Christi, TX 78411
(361) 878-4418
*Adjuster with knowledge of handling of Plaintiffs' claims on behalf of State Farm Lloyds.*

9. Carrie Tousant
State Farm Lloyds
P.O. Box 680127
Houston, Texas 77268-0127
***Corporate Representative of State Farm Lloyds; knowledge of handling of Plaintiffs' claims.***

10. Mark Brown
389 West Hidalgo Avenue
Raymondville, TX 78580
(956) 689-6463
Terry Chavez
957 East Hidalgo Suite A
Raymondville, TX 78580
(956) 689-6463
*Plaintiffs' insurance agent and agent's secretary; Knowledge of conversations with Mr. Munoz.*

11.    Mack Fuller
      Joseph Valenzuela
      **National Loss Consultants**
      P.O. Box 65005
      San Antonio, TX 78265-5005
      (800) 621-5114
      (210) 308-0373
      (210) 308-0465 Fax
      *Mr. Fuller is the Cause and Origin expert retained by State Farm; knowledge of his observations at the scene of the fire, his investigation, the method and location of samples taken; the cause and origin of the fire, and rebuttal to all matters raised by Plaintiffs' experts.*

12.    Shannon Rusnak
      Matson, Driscoll & Damico, LLP
      815 Walker Street, Suite 1800
      Houston, TX 77002
      (713) 621-3010
      (713) 621-5635 (Fax)
      *Financial expert retained by State Farm; knowledge or her analysis of Plaintiffs' cash-flow/financial situation at the time of the loss, and for the period leading up to the loss, and in response to all matters raised by Plaintiffs' expert.*

13.    Aaron Womack
      1404 Cynthia
      Edinburg, TX 78539
      (956) 227-4337
      *Former employee of ServiceMaster; knowledge of inspection of Plaintiffs' residence, assistance with scoping, estimates prepared relating to repairs to and cleaning of Plaintiffs' residence following fire; and storage of contents.*

14.    Deputy Ramon Garcia, Jr.
      Deputy State Fire Marshal
      801 Nolana
      McAllen, TX 78504
      *Knowledge of State Fire Marshal's investigation of the fire at Plaintiffs' residence.*

15.    Jay Evans
      Deputy State Fire Marshal
      Supervisor- Fire / Arson Investigations
      333 Guadalupe
      Austin, TX 78701
      *Knowledge of investigation conducted by State Fire Marshal, evidence in the possession of the State Fire Marshal, the status of the State Fire Marshal's investigation, the primary*

*suspect(s) relating to the fire at 829 W. White Avenue, Raymondville, Texas, and any other matters raised by or pertaining to the subject matter of his affidavit.*

16. Pedro Suarez
    Internal Revenue Service
    McAllen, TX
    (956) 632-3320, ext. 240
    *Knowledge of tax liens and/or levies against Mr. and Mrs. Munoz.*

17. Sgt. Gilbert Capuchina
    1414 N. Bicentennial
    Anson, TX 79501
    (956) 984-5633
    *Knowledge of administration and results of polygraph examination of Mr. Munoz.*

18. Karen Barnett
    Barnett's Bookkeeping Service
    P.O. Box 280
    Raymondville, TX 78580
    (956) 743-5588
    (956) 743-5591 (Fax)
    *Plaintiffs' bookkeeper; knowledge of financial records of Plaintiffs, as well as preparation of and filing of Plaintiffs' tax returns.*

19. Ben Capetillo
    17085 Woodcourt Rd.
    Raymondville, TX 78580
    (956) 689-9565
    (956) 232-0016 (Cell)
    *Acquaintance of Plaintiffs; knowledge of Mrs. Munoz's whereabouts at time of fire, as well as conversations with Plaintiffs and financial, business, and/or legal disputes with Plaintiffs.*

20. Harry & Minerva (Minnie) Cavazos
    847 West White
    Raymondville, TX
    956-690-0361 (Cell?)
    *Neighbors of Plaintiffs; knowledge of their observations on days prior to fire and on day of fire; knowledge of their conversations with Plaintiffs, their legal battles and ongoing conflicts with the Plaintiffs' family; and Mr. Cavazos called 911 to report the fire.*

21. Eric Michael Cavazos
    847 West White
    Raymondville, TX
    *Neighbor of Plaintiffs; knowledge of his observations on days prior to fire and on day of fire; knowledge of his conversations with Plaintiffs and ongoing conflicts between his family and the Plaintiffs' family.*

22. Elroy Cavazos
    P.O. Box 962
    Raymondville, TX 78580
    *Acquaintance of Plaintiffs; knowledge of his observations and actions on day of fire.*

23. Eziquel Cavazos
    816 W. White Avenue
    Raymondville, TX 78580
    (956) 689-5284
    *Neighbor of Plaintiffs; knowledge of observations and events on day of fire.*

24. Moises and Christina Torres
    209 W. Edingburg Ave.
    Elsa, TX 78543
    (956) 262-6400
    *Neighbors of Plaintiffs; knowledge of events and their observations on day of fire.*

25. Rene and Christi Hinojosa
    846 Rocky Avenue
    Raymondville, TX 78580
    *Neighbors of Plaintiffs; knowledge of events and their observations on day of fire.*

26. Custodian of Records
    Yolanda Perez
    Jano's Superstore
    350 W. Hidalgo
    Raymondville, TX 78580
    *Knowledge of purchases made by Plaintiffs through or from their store.*

27. Pena's Tire Shop
    Raul Pena, Sr. or Custodian of Records
    694 W. Hidalgo
    Raymondville, TX 78580
    (956) 689-3753
    *Knowledge of purchases by and repairs services provided to Mr. Munoz and/or Munoz Roofing.*

28. Homer Rodriguez and/ or
    Custodian of Records
    Rodriguez Ford
    P.O. Box 100
    Raymondville, TX 78580
    *Knowledge of Plaintiffs' lease or purchase of the building and land located at 363 W. Kimball in Raymondville, Texas.*

29. Martha Galarza
    139 W. Calle Hermosa
    Bayview, TX 78566
    (956) 550-1368
    (956) 456-9868 (Mobile)
    *Knowledge of plaintiffs' income tax documents and financial condition prior to the fire.*

30. Leonzo Cisneros
    781 N. 6th Street
    Raymondville, TX
    *Current or former employee of Munoz Roofing; knowledge of jobs for Munoz Roofing, conversations with Mr. Munoz; and may have knowledge of events on the day of fire.*

31. Roberto Perez
    P.O. Box 285
    Sabastian, TX 78594
    (956) 347-5616
    (956) 454-2034 (cell)
    *Current or former employee of Munoz Roofing; knowledge of jobs for Munoz Roofing, conversations with Mr. Munoz; and may have knowledge of events on the day of fire.*

32. Ruben L. Perez
    P.O. Box 285
    Sebastian, TX 78594
    (956) 347-5616
    *Current or former employee of Munoz Roofing; knowledge of jobs for Munoz Roofing, conversations with Mr. Munoz; and may have knowledge of events on the day of fire.*

33. Jose J. Trevino
    P.O. Box 935
    Lyford, TX 78596
    (956) 689-1320
    *Current or former employee of Munoz Roofing; knowledge of jobs for Munoz Roofing, conversations with Mr. Munoz; and may have knowledge of events on the day of fire.*

34. Omel Munoz
    188 Texas Drive
    Raymondville, TX 78580
    (956) 357-3731
    *Mr. Munoz's brother; knowledge of rental agreement reached* **with** *Plaintiffs,* **as well as** *his conversations and observations on the day of the fire.*

Respectfully submitted,

OF COUNSEL:

TAYLOR & TAYLOR

By: ___Warren Taylor by LT___
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant State Farm Lloyds' Proposed Trial Witness List has been forwarded to all counsel of record by certified mail, return receipt requested, on this 17th day of January, 2006.

Gustavo Ch. Garza
705 W. Highway 100, Suite A
Los Fresnos, Texas 78566

David L. Rusnak
Scoggins & Goodman, P.C.
245 Peachtree Center Ave. NE, Suite 2800
Atlanta, GA 30303-1227

_Warren Taylor by LT_
Warren Taylor