United States District Court
Southern District of Texas
FILED

JAN 1 9 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ | § § § | C.A. NO B-04-141 |
| VS. | § § | |
| STATE FARM LLOYDS | § § | |

| Judge Hilda Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
|---|---|

## DEFENDANT STATE FARM LLOYDS' EXHIBIT LIST

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISP |
|---|---|---|---|---|---|---|---|
| 1 | Claim File for Claim # 53-Q606-916 | | | | | | |
| 2 | Policy and Declarations Page | | | | | | |
| 3 | Activity Log | | | | | | |
| 4 | Raymondville Fire Department records | | | | | | |
| 5 | Raymondville Police Department call / dispatch information 01/01/03 | | | | | | |
| 6 | Raymondville Police Dept. Incident reports | | | | | | |
| 7 | Photographs taken by Lee Olivo - 01/03/03 | | | | | | |
| 8 | Photographs taken by Lee Olivo - 01/06/03 | | | | | | |
| 9 | Photographs taken by State Farm 01/08/03 | | | | | | |
| 10 | Photographs taken by State Farm on 02/11/03 | | | | | | |
| 11 | Additional Photos taken by State Farm on 02/11/03 | | | | | | |
| 12 | Photographs taken by Tom Reed on 06/23/03 | | | | | | |
| 13 | Photographs taken by Tom Reed on 09/09/03 | | | | | | |

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISP |
|---|---|---|---|---|---|---|---|
| 14 | Photographs of Munoz Roofing building | | | | | | |
| 15 | Photographs taken by Mack Fuller, National Loss Consultants | | | | | | |
| 16 | Armstrong Laboratories report dated 01/14/03 | | | | | | |
| 17 | C.V., testimony list, publications, and fee schedule of Andrew Armstrong, Ph.D. | | | | | | |
| 18 | Complete file of Andrew Armstrong | | | | | | |
| 19 | Report from Mack Fuller with National Loss Consultants dated 01/20/03 | | | | | | |
| 20 | C.V., testimony list, and fee schedule of Mack Fuller | | | | | | |
| 21 | Complete File of National Loss Consultants / Mack Fuller | | | | | | |
| 22 | Video taken by Mack Fuller on 01/06/03 | | | | | | |
| 23 | Report of Shannon Rusnak dated 08/27/04 | | | | | | |
| 24 | C.V., testimony list, publications, and fee schedule of Shannon Rusnak | | | | | | |
| 25 | C.V., testimony list and fee schedule of Cory Martin | | | | | | |
| 26 | C.V., testimony list, publications, and fee schedule of Chris Martin | | | | | | |
| 27 | ServiceMaster journal entries | | | | | | |
| 28 | Contents Cleaning / Restoration estimate from ServiceMaster - $1,806.76 - rec'd 04/16/03 | | | | | | |
| 29 | Service Master Invoice / estimate dated 05/15/03 - $1,806.76; with SF Check attached | | | | | | |
| 30 | ServiceMaster Repair Estimate - $86,088.32 dated 06/09/03 | | | | | | |
| 31 | ServiceMaster invoice for storage of furniture dated 10/15/03 | | | | | | |
| 32 | Invoice from Service Master for storage of items - $810.58 - dated 02/18/04; State Farm check attached | | | | | | |

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISP |
|---|---|---|---|---|---|---|---|
| 33 | ServiceMaster Invoice for storage dated 05/18/04 | | | | | | |
| 34 | Letter to Mr. & Mrs. Munoz from Tom Reed regarding ServiceMaster invoice - 05/25/04 | | | | | | |
| 35 | ServiceMaster invoice for storage $1,013.22 - 08/03/04 | | | | | | |
| 36 | ServiceMaster invoices pending - 01/31/05 | | | | | | |
| 37 | Letter to Aaron Womack of ServiceMaster sending payment for outstanding invoices - 01/31/05 | | | | | | |
| 38 | SF Check payable to ServiceMaster for $2,431.73 - 01/31/05 | | | | | | |
| 39 | Letter from ServiceMaster regarding pick-up of contents - 03/15/05 | | | | | | |
| 40 | Complete File of ServiceMaster | | | | | | |
| 41 | C.V. / Resume of Aaron David Womack | | | | | | |
| 42 | Copies of all checks paid by State Farm on Claim # 53-Q606-916 | | | | | | |
| 43 | Agent's File | | | | | | |
| 44 | Internal Revenue Service Tax Levy Documents | | | | | | |
| 45 | Letter from Internal Revenue Service regarding 1999 through 2002 tax returns, dated 04/05/04 | | | | | | |
| 46 | Financial documents provided by Mr. & Mrs. Munoz pre-suit | | | | | | |
| 47 | Financial documents provided by Mr. & Mrs. Munoz post-suit | | | | | | |
| 48 | Court documents involving Munoz Roofing and Harry & Minerva Cavazos | | | | | | |
| 49 | Court documents relating to Capetillo and Luis Munoz | | | | | | |
| 50 | Court documents / Public records regarding Luis Munoz and/or Munoz Roofing | | | | | | |
| 51 | Records and File from Texas Department of Insurance / State Fire Marshal's Office | | | | | | |

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISP |
|---|---|---|---|---|---|---|---|
| 52 | Eric Michael Cavazos records / file | | | | | | |
| 53 | Harry Cavazos records / file | | | | | | |
| 54 | Minerva Cavazos records/ file | | | | | | |
| 55 | Records: Ford Motor Credit Company | | | | | | |
| 56 | Records: Jano's Superstore | | | | | | |
| 57 | Records: Watson's City Drugs | | | | | | |
| 58 | NFPA 921 Excerpt | | | | | | |
| 59 | Claim File for Claim # 53-Q527-969 | | | | | | |
| 60 | Claim File for Claim # 53-Q038-347 | | | | | | |
| 61 | Claim File for Claim # 53-Y331-232 | | | | | | |
| 62 | Appraisal and Delinquent Tax Information | | | | | | |
| 63 | Surveillance tapes and salvage tag | | | | | | |
| 64 | Personal Property Inventory Forms | | | | | | |
| 65 | Fee / Legal agreement between M/M Munoz and Gustavo Garza - 01/20/04 | | | | | | |
| 66 | Records from Sentry | | | | | | |
| 67 | Records from R. T. Tire Shop | | | | | | |
| 68 | Records from Rodriguez Ford Mercury | | | | | | |
| 69 | Records from Curtis Shed | | | | | | |
| 70 | ANR from Barnett's Bookkeeping | | | | | | |
| 71 | Records from Martha Galarza | | | | | | |
| 72 | Phone Records | | | | | | |

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISP |
|---|---|---|---|---|---|---|---|
| | **CONDITIONAL EXHIBITS** | | | | | | |
| | Deposition of Luis Munoz | | | | | | |
| | Deposition of Carmela Munoz | | | | | | |
| | Deposition of Karen Barnett | | | | | | |
| | Deposition of Raul Pena, Sr. | | | | | | |
| | Deposition of Yolanda Perez | | | | | | |

Respectfully submitted,

OF COUNSEL:

**TAYLOR & TAYLOR**

By: *Warren Taylor by CT*
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Defendant State Farm Lloyds' Proposed Exhibit List has been forwarded to all counsel of record by certified mail, return receipt requested, on this 17th day of January, 2006.

Gustavo Ch. Garza  
705 W. Highway 100, Suite A  
Los Fresnos, Texas 78566

David L. Rusnak  
Scoggins & Goodman, P.C.  
245 Peachtree Center Ave. NE, Suite 2800  
Atlanta, GA 30303-1227

_Warren Taylor by LT_  
Warren Taylor