# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

United States Courts
Southern District of Texas
FILED

JAN 2 3 2006

Michael N. Milby, Clerk

Gustavo Ch Garza
Attorney at Law
363 W Kimball St
Raymondville TX 78580

---

Case: 1:04-cv-00141   Instrument: 69   (10 pages)
Date: Jan 13, 2006
Control: 060115038
FAX number: 956-689-6468 fax   (11 Total pages including cover sheet)
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
                and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
                and
Register on-line for a training class to receive your user privileges.


If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

F.O.E.

X

United States Courts
Southern District of Texas
FILED

JAN 2 3 2006

Michael N. Milby, Clerk