IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 24 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ<br>    Plaintiffs, | § § § § | |
| VS. | § § | CASE NO. B-04-141 |
| STATE FARM LLOYDS<br>    Defendants, | § § § | |

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE PLAINTIFFS JURY INSTRUCTIONS

ON THIS DATE, came on to be heard Plaintiff's Motion for Leave to file late Plaintiffs Jury Instructions and the Court, after due consideration of same, is the opinion that said motion be **GRANTED**/~~DENIED~~.

SIGNED and ORDERED this ___23___ day of ___January___, 2006.

_____
JUDGE PRESIDING

- 3 -