IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 3 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ<br>    Plaintiffs,<br><br>v.<br>State farm Lloyds<br>    Defendants, | )<br>)<br>)<br>)   CASE NUMER. B-04-141<br>)<br>)<br>)<br>) |

### MOTION TO WITHDRAW SUMMONS IN A CIVIL CASE

COMES NOW, Gustavo Ch. Garza, and would show unto this Honorable Court as follows:

I

Gustavo Ch. Garza inadvertently filed on 1/31/06 SUMMONS in a Civil Case for the given names herein:

1) Raul Pena Sr.
2) Marco A. Castillo,
3) Samuel Adame,
4) Armin Martinez
5) Officer, JJ Castillo
6) Yolanda Perez
7) Minerva Cavazos
8) Mario Tijerina
9) Gene Riley
10) Bryan Robinson
11) Lee Olivo
12) Tom Reed

The intent was to subpoena these persons.

1

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully prays that the Court allow Gustavo Ch. Garza to Withdraw Summons in a Civil Case.

Respectfully submitted,

Gustavo Ch. Garza
Attorney at Law
705 W. Hwy 100 Ste. A
Los Fresnos, Texas 78566
Telephone: 956/233-5614
Fax: 956/233-6596
Bar No. 07731700