IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | § § § | CAUSE NO B-04-141 |
| VS. | § § | |
| STATE FARM LLOYDS | § | |

**ORDER SUSTAINING DEFENDANT STATE FARM LLOYDS'
MOTION IN LIMINE**

On this day the Court considered Defendant State Farm Lloyds' Motion in Limine and the Court, having considered same and the arguments of counsel, hereby ORDERS that the motions raised in each of the numbered paragraphs are sustained or denied as indicated below:

| Paragraph | Sustained | Denied |
|---|---|---|
| 1. | _____ | _____ |
| 2. | _____ | _____ |
| 3. | _____ | _____ |
| 4. | _____ | _____ |
| 5. | _____ | _____ |
| 6. | _____ | _____ |
| 7. | _____ | _____ |
| 8. | _____ | _____ |
| 9. | _____ | _____ |
| 10. | _____ | _____ |
| 11. | _____ | _____ |

12. _____    _____
13. _____    _____
14. _____    _____
15. _____    _____
16. _____    _____
17. _____    _____
18. _____    _____
19. _____    _____
20. _____    _____
21. _____    _____
22. _____    _____
23. _____    _____
24. _____    _____
25. _____    _____
26. _____    _____
27. _____    _____
28. _____    _____
29. _____    _____
30. _____    _____
31. _____    _____
32. _____    _____
33. _____    _____

34. _____   _____

35. _____   _____

36. _____   _____

BE IT THEREFORE, ORDERED, ADJUDGED and DECREED Plaintiffs, Counsel for Plaintiffs and Plaintiffs' witnesses are instructed not to refer to or mention any of the items contained in the above-sustained paragraphs of State Farm Lloyds' Motion in Limine.

SIGNED _____, 2006.

_____
UNITED STATES DISTRICT JUDGE