UNITED STATES DISTRICT COURT * SOUHERN DISTICT OF TEXAS

| LUIS C. MUNOZ AND CARMELA MUNOZ<br>*Versus*<br>STATE FARM LLOYDS | CASE NO. B-04-141<br># WITNESS LIST |
|---|---|
| JUDGE HILDA G. TAGLE | Case Manager: Stella Cavazos<br>Court Reporter: Heather Hall |
| List of<br>Luis C. Munoz and Carmela Munoz<br>Plaintiffs | Proceeding           Date<br>Jury Trail |

United States District Court
Southern District of Texas
FILED
FEB 06 2006
Michael N. Milby, Clerk of Court

1. Luis C. Munoz
   Plaintiff

2. Carmela S. Villarreal
    Plaintiff

3. Tom Reed
    State Farm Adjuster

4. Lee Olivo
    State Farm Adjuster

5. Bryan Robinson
    State Farm Adjuster

6. Greg Drott
    State Farm Adjuster

7. Santos Arroyo
    Plaintiff's nephew

8. Leonzo Cisneros
    Plaintiff's ex- employee

9. Ruben Perez
    Plaintiff's ex- employee

10. Jose J. Trevino
    Plaintiff's ex-employee

11. Karen Barnett
    Plaintiffs Bookkeeper

12. Beninio Capetillo

13. Deputy, Ramon Garcia Jr.

14. Sonny Hernandez

15. Yvette Hernandez

16. Rene Hinojosa

17. Christi Hinojosa

18. Pedro Suarez

19. Omel Munoz
    Plaintiff's brother

20. Raul Pena Sr.

21. Amador Quintanilla

22. Israel Quintanilla

23. Officer, Marco A. Castillo

24. Officer, JJ Garcia

25. Ex-Chief, Alex Martinez

26. Chief, Uvaldo Zamora

27. Detective, Samuel Adame

28. Detective, Armin Martinez

29. Mario Tijerina

30. Santos Munoz
    Plaintiff's Father

31. Martha Galarza
    Plaintiff's CPA

32. Homer Rodriguez

33. Yolanda Perez

34. Juan Buendia

35. Minerva Cavazos

36. Gene Riley

37. Carlos Munoz
    Plaintiff's son