| UNITED STATES DISTRICT COURT * SOUHERN DISTICT OF TEXAS |

| LUIS C. MUNOZ AND CARMELA MUNOZ<br>*Versus*<br>STATE FARM LLOYDS | CASE NO. B-04-141<br>**EXHIBIT LIST** |
|---|---|
| JUDGE HILDA G. TAGLE | Case Manager: Stella Cavazos<br>Court Reporter: Heather Hall |
| List of<br>Luis C. Munoz and Carmela Munoz<br>Plaintiffs | Proceeding        Date<br>Jury Trail |

United States District Court
Southern District of Texas
FILED
FEB 0 6 2006
Michael N. Milby, Clerk of Court

| No. | Description | adm | Exd |
|---|---|---|---|
| 1. | Copy of Insurance Policy | | |
| 2. | Receipts from Raul Pena | | |
| 3. | Copy of accounts by Plaintiffs from Janos Superstore | | |
| 4. | Tax returns by Karen Barnett dated 2/6/04 and 2/12/04 | | |
| 5. | Photos of Munoz' home prior to remodeling | | |
| 6. | Photos of Munoz' home after the remodeling | | |
| 7. | Authorization form signed by Plaintiffs. | | |
| 8. | Affidavit dated 9/2/05 by Tom Reed | | |
| 9. | Affidavit dated 9/9/05 by Tom Reed | | |
| 10. | Photo of Carlos Munoz with Capetillo family at Disney World. | | |
| 11. | Release of Lien on the Plaintiffs house note. | | |
| 12. | Police photo of open window to Plaintiffs home after the fire. | | |
| 13. | Initial Raymondville Police Department offense report. | | |
| 14. | Raymondville Police Department call record of 1/1/03. | | |
| 15. | All letters from State Farm to Luis and Carmela Munoz. | | |
| 16. | Estimate of repair costs. | | |
| 17. | All invoices, bills, expenses paid by Luis Munoz to repair house. | | |
| 18. | All receipts, bills for furniture, appliances and house. | | |
| 19. | Memorandum Opinion and Order by U.S. District Judge Hanen dated 2/12/04. | | |
| 20. | Plaintiff's time line | | |