IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ<br>    Plaintiffs,<br><br>v.<br>State Farm Lloyds<br>    Defendants, | CASE NUMER. B-04-141 |

### ORDER TO WITHDRAW SUMMONS IN A CIVIL CASE

On this day, came on to be heard the Motion of Gustavo Ch. Garza to Withdraw SUMMONS IN a CIVIL CASE in the above- entitled and numbered cause of action.

ORDERED, ADJUDGED and DECREED that this Motion be granted as prayed

ENTERED THIS ___ DAY OF _____, 2006.

_____
JUDGE PRESIDING

3