IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 8 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO B-04-141 |
| VS. | §<br>§ | |
| STATE FARM LLOYDS | § | |

## DEFENDANT STATE FARM LLOYDS' AMENDED PROPOSED JURY CHARGE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant State Farm Lloyds respectfully submits the attached definitions, instructions and questions to be submitted to the jury in addition to the standard charge provisions found in Fifth Judicial Circuit Pattern Jury Instruction 3.1 and attached hereto as "General Instructions for Charge."

Respectfully submitted,

OF COUNSEL:

**TAYLOR & TAYLOR**

By: /s/ Warren Taylor
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Defendant State Farm Lloyds' Amended Proposed Jury Charge has been forwarded to all counsel of record by hand delivery, on this 8th day of February, 2006.

Gustavo Ch. Garza
363 West Kimball Ave.
Raymondville, Texas 78580

David L. Rusnak
Scoggins & Goodman, P.C.
245 Peachtree Center Ave. NE, Suite 2800
Atlanta, GA 30303-1227

_____
Warren Taylor