IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND | § | CAUSE NO B-04-141 |
| CARMELA MUNOZ | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| STATE FARM LLOYDS | § | |

## SPECIAL INTERROGATORIES TO THE JURY

## DEFENDANT'S PROPOSED INSTRUCTION NO. 1

### CIRCUMSTANTIAL EVIDENCE

There is no need in a civil arson case for direct evidence to prove that a fire was intentionally set. In order to establish arson by a preponderance of the evidence, it is necessary for State Farm to show that the fire was incendiary in origin and that its policy holders, Luis and Carmela Munoz, had a motive to set the fire. In other words, State Farm must prove the circumstances which point to arson with such a degree of certainty as to make the conclusion reasonably probable. Arson can be established solely by circumstantial evidence because by the very nature of the offense, it is born in secrecy and executed in such a manner as to avoid apprehension.

Authority: *First State Bank of Denton v. Maryland Cas. Co.*, 918 F.2d 38, 42-43 (5th Cir. 1990); *Murphy v. Texas Farmers Ins. Co.*, 982 S.W.2d 79, 84 (Tex. App.–Houston [1st Dist.] 1998), *affirmed by* 996 S.W.2d 873 (Tex. 1999); *Blankenship v. St. Paul Guardian Ins. Co.*, 911 S.W.2d 95, 96 (Tex. App.–Tyler 1995, no writ).

## DEFENDANT'S PROPOSED SPECIAL INTERROGATORY NO. 1

Do you find from a preponderance of the evidence that Luis or Carmela Munoz, or someone acting at their direction, set the fire in question?

Answer:                             "We do" or "We do not."

Answer:                             _____

## DEFENDANT'S PROPOSED SPECIAL INTERROGATORY NO. 2

Did Luis or Carmela Munoz fail to comply with the policy in question?

Compliance with an agreement must occur within a reasonable time under the circumstances unless the parties agreed that compliance must occur within a specified time and the parties intended compliance within such time to be an essential part of the agreement and the facts and circumstances surrounding its making.

Answer:                             "Yes" or "No"

Answer:                             _____

Source: Texas Pattern Jury Charge 101.2; 101.6; 101.10 (Austin 2003)