# **CERTIFICATE**

      We, the jury, have answered the above and foregoing questions as herein indicated, and herewith return same to the Court as our verdict.

_____     _____
Date                            Foreperson of the Jury


_____     _____
Date                            Juror


_____     _____
Date                            Juror


_____     _____
Date                            Juror


_____     _____
Date                            Juror


_____     _____
Date                            Juror


_____     _____
Date                            Juror