

| UNITED STATES DISTRICT COURT ** | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

FEB 0 9 2006

Michael N. Milby, Clerk of Court

| LUIS C. MUNOZ AND CARMELA S. MUNOZ | CASE NO. B-04-141 |
|---|---|
| V. | 1st Amended **Exhibit List** |
| STATE FARM LLOYDS | |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Heather Hall |
| List of<br>**DEFENDANT STATE FARM LLOYDS** | Proceeding: Trial     Date: 02/06/06 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Claim File for Claim # 53-Q606-916 | | |
| 1a | All Recorded Interviews | | |
| 1b | State Farm's internal notes and correspondence | | |
| 1c | Correspondence between State Farm and Mr. & Mrs. Munoz &/or Gus Garza | | |
| 2 | Policy and Declarations Page | | |
| 3 | Activity Log | | |
| 4 | Raymondville Fire Department records | | |
| 5 | Raymondville Police Department call / dispatch information 01/01/03 | | |
| 6 | Raymondville Police Dept. Incident reports | | |
| 7 | Photographs taken by Lee Olivo - 01/03/03 | | |
| 8 | Photographs taken by Lee Olivo - 01/06/03 | | |
| 9 | Photographs taken by State Farm 01/08/03 | | |
| 10 | Photographs taken by State Farm on 02/11/03 | | |
| 11 | Additional Photos taken by State Farm on 02/11/03 | | |

1

| United States District Court | ** | Southern District of Texas |
|---|---|---|

| LUIS C. MUNOZ AND CARMELA S. MUNOZ<br><br>V.<br><br>STATE FARM LLOYDS | CASE NO. B-04-141 |
|---|---|
| | **Exhibit List** -- PAGE 2 |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter:   Heather Hall |
| List of<br>**DEFENDANT STATE FARM LLOYDS** | Proceeding:   Trial     Date: 02/06/06 |

| | | | |
|---|---|---|---|
| 12 | Photographs taken by Tom Reed on 06/23/03 | | |
| 13 | Photographs taken by Tom Reed on 09/09/03 | | |
| 14 | Photographs of Munoz Roofing building | | |
| 15 | Photographs taken by Mack Fuller, National Loss Consultants | | |
| 16 | Armstrong Laboratories report dated 01/14/03 | | |
| 17 | C.V., testimony list, publications, and fee schedule of Andrew Armstrong, Ph.D. | | |
| 18 | Complete file of Andrew Armstrong | | |
| 19 | Report from Mack Fuller with National Loss Consultants dated 01/20/03 | | |
| 20 | C.V., testimony list, and fee schedule of Mack Fuller | | |
| 21 | Complete File of National Loss Consultants / Mack Fuller | | |
| 22 | Video taken by Mack Fuller on 01/06/03 | | |
| 23 | Report of Shannon Rusnak dated 08/27/04 | | |
| 24 | C.V., testimony list, publications, and fee schedule of Shannon Rusnak | | |
| 25 | C.V., testimony list and fee schedule of Cory Martin | | |

| United States District Court | ** | Southern District of Texas |
|---|---|---|

| LUIS C. MUNOZ AND CARMELA S. MUNOZ<br><br>V.<br><br>STATE FARM LLOYDS | CASE NO. B-04-141 |
|---|---|
| | **Exhibit List -- PAGE 3** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter:  Heather Hall |
| List of<br>**DEFENDANT STATE FARM LLOYDS** | Proceeding:  Trial    Date: 02/06/06 |

| 26 | C.V., testimony list, publications, and fee schedule of Chris Martin | | |
|---|---|---|---|
| 27 | ServiceMaster journal entries | | |
| 28 | Contents Cleaning / Restoration estimate from ServiceMaster - $1,806.76 - rec'd 04/16/03 | | |
| 29 | Service Master Invoice / estimate dated 05/15/03 - $1,806.76; with SF Check attached | | |
| 30 | ServiceMaster Repair Estimate - $86,088.32 dated 06/09/03 | | |
| 31 | ServiceMaster invoice for storage of furniture dated 10/15/03 | | |
| 32 | Invoice from Service Master for storage of items - $810.58 - dated 02/18/04; State Farm check attached | | |
| 33 | ServiceMaster Invoice for storage dated 05/18/04 | | |
| 34 | Letter to Mr. & Mrs. Munoz from Tom Reed regarding ServiceMaster invoice - 05/25/04 | | |
| 35 | ServiceMaster invoice for storage $1,013.22 - 08/03/04 | | |
| 36 | ServiceMaster invoices pending - 01/31/05 | | |
| 37 | Letter to Aaron Womack of ServiceMaster sending payment for outstanding invoices - 01/31/05 | | |

| United States District Court | ** | Southern District of Texas |
|---|---|---|

| LUIS C. MUNOZ AND CARMELA S. MUNOZ<br><br>V.<br><br>STATE FARM LLOYDS | CASE NO. B-04-141 |
|---|---|
| | **Exhibit List -- PAGE 4** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter:  Heather Hall |
| List of<br>**DEFENDANT STATE FARM LLOYDS** | Proceeding:  Trial     Date: 02/06/06 |

| | | | |
|---|---|---|---|
| 38 | SF Check payable to ServiceMaster for $2,431.73 - 01/31/05 | | |
| 39 | Letter from ServiceMaster regarding pick-up of contents - 03/15/05 | | |
| 40 | Complete File of ServiceMaster | | |
| 41 | C.V. / Resume of Aaron David Womack | | |
| 42 | Copies of all checks paid by State Farm on Claim # 53-Q606-916 | | |
| 43 | Agent's File | | |
| 44 | Internal Revenue Service Tax Levy Documents | | |
| 45 | Letter from Internal Revenue Service regarding 1999 through 2002 tax returns, dated 04/05/04 | | |
| 46 | Financial documents provided by Mr. & Mrs. Munoz pre-suit | | |
| 47 | Financial documents provided by Mr. & Mrs. Munoz post-suit | | |
| 48 | Court documents involving Munoz Roofing and Harry & Minerva Cavazos | | |
| 49 | Court documents relating to Capetillo and Luis Munoz | | |
| 50 | Court documents / Public records regarding Luis Munoz and/or Munoz Roofing | | |

| United States District Court | ** | Southern District of Texas |
|---|---|---|

| LUIS C. MUNOZ AND CARMELA S. MUNOZ<br><br>V.<br><br>STATE FARM LLOYDS | CASE NO. B-04-141 |
|---|---|
| | **Exhibit List -- PAGE 5** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter:   Heather Hall |
| List of<br>**DEFENDANT STATE FARM LLOYDS** | Proceeding:  Trial      Date: 02/06/06 |

| | | | |
|---|---|---|---|
| 51 | Records and File from Texas Department of Insurance / State Fire Marshal's Office | | |
| 52 | Eric Michael Cavazos records / file | | |
| 53 | Harry Cavazos records / file | | |
| 54 | Minerva Cavazos records/ file | | |
| 55 | Records: Ford Motor Credit Company | | |
| 56 | Records: Jano's Superstore | | |
| 57 | Records: Watson's City Drugs | | |
| 58 | NFPA 921 Excerpt | | |
| 59 | Claim File for Claim # 53-Q527-969 | | |
| 60 | Claim File for Claim # 53-Q038-347 | | |
| 61 | Claim File for Claim # 53-Y331-232 | | |
| 62 | Appraisal and Delinquent Tax Information | | |
| 63 | Surveillance tapes and salvage tag | | |
| 64 | Personal Property Inventory Forms | | |

| United States District Court | ** | Southern District of Texas |
|---|---|---|

| LUIS C. MUNOZ AND CARMELA S. MUNOZ<br><br>V.<br><br>STATE FARM LLOYDS | CASE NO. B-04-141 |
|---|---|
| | **Exhibit List** -- PAGE 6 |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter:  Heather Hall |
| List of<br>**DEFENDANT STATE FARM LLOYDS** | Proceeding:  Trial      Date: 02/06/06 |

| 65 | Fee / Legal agreement between M/M Munoz and Gustavo Garza - 01/20/04 | | |
|---|---|---|---|
| 66 | Records from Sentry | | |
| 67 | Records from R. T. Tire Shop | | |
| 68 | Records from Rodriguez Ford Mercury | | |
| 69 | Records from Curtis Shed | | |
| 70 | ANR from Barnett's Bookkeeping | | |
| 71 | Records from Martha Galarza | | |
| 72 | Phone Records | | |

6