UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

*Luis C. Muñoz, et al* §

vs. §   Civil No: B- 04-141

*State Farm Lloyds* §

United States District Court
Southern District of Texas
FILED

FEB 22 2006

Michael N. Milby, Clerk of Court

### Certification of Trial Exhibits

We find the trial exhibits admitted into evidence for all parties to be accurate and ready for presentation to the jury for use during their deliberations.

Date: 2/22/06

_____
Attorney for Plaintiff

_____
Attorney for Defendant