UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

## JURY NOTE

Note Number: __1__    Case Number: __B-04cv141__

Dear Judge Tagle:

☒ We would like to take a break until __2:00 pm__

☐ We have reached a verdict.

☐ _____

United States District Court
Southern District of Texas
FILED

FEB 22 2006

Michael N. Milby, Clerk of Court

__2/22/06__
Date

_____
Presiding Juror

__12:30 pm__
Time

*If you need to communicate with the judge,
please complete this form and hand it to the marshal.*