UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

# JURY NOTE

Note Number: __2__   Case Number: __B.04CV141__

United States District Court
Southern District of Texas
FILED

FEB 22 2006 4:51p

Michael N. Milby, Clerk of Court

Dear Judge Tagle:

☐ We would like to take a break until ___:___.

☐ We have reached a verdict.

☒ We would like to recess at 5:00 pm today, and return at 9:00 am tomorrow.

_2/22/06_
Date

_4:50 pm_
Time

_[signature]_
Presiding Juror

*If you need to communicate with the judge,*
*please complete this form and hand it to the marshal.*