UNITED STATES DISTRICT COURT    ☆    SOUTHERN DISTRICT OF TEXAS

## JURY NOTE

*Note Number:* ___3___          *Case Number:* ___B.04CV141___

Dear Judge Tagle:

☐    We would like to take a break until ____:____.

☒    We have reached a verdict.

☐    _____

_____

_____

_____

_____

_____

United States District Court
Southern District of Texas
FILED

FEB 23 2006    11:05 A

Michael N. Milby, Clerk of Court

___2/23/06___
/ Date

___11:00 am___
Time

_____
Presiding Juror

*If you need to communicate with the judge,*
*please complete this form and hand it to the marshal.*