IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 24 2006
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Luis C. Munoz and Carmela Munoz, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-04-141 |
| State Farm Lloyds, | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on February 23, 2006, the Court considered the disposition of the courtesy copies of the exhibits in this case. The parties are hereby **ORDERED** that, if they wish to retain the courtesy copies of the exhibits they provided to the Court, they must pick up those copies by no later than 5:00 p.m. on March 17, 2006. Otherwise, the Court will have these copies destroyed.

DONE at Brownsville, Texas, this 23th day of February, 2006.

Hilda G. Tagle
United States District Judge