| UNITED STATES DISTRICT COURT | ** | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
FILED
FEB 28 2006
Michael N. Milby, Clerk of Court

| LUIS C. MUNOZ AND CARMELA S. MUNOZ | CASE NO. B-04-141 |
|---|---|
| V. STATE FARM LLOYDS | **Fifth Amended Exhibit List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Heather Hall |
| List of<br>**DEFENDANT STATE FARM LLOYDS** | Proceeding: Trial    Date: 02/06/06 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1a | All Recorded Interviews | ✓ | |
| 1b | Correspondence between State Farm and Mr. & Mrs. Munoz &/or Gus Garza | ✓ | |
| 1c | State Farm's internal notes and correspondence | ✓ | |
| 2 | Policy and Declarations Page | ✓ | |
| 3 | Activity Log | ✓ | |
| 4 | Raymondville Fire Department records | ✓ | |
| 5 | Raymondville Police Department call / dispatch information 01/01/03 | | |
| 6 | Raymondville Police Dept. Incident reports | ✓ | |
| 7 | Photographs taken by Lee Olivo - 01/03/03 | ✓ | |
| 8 | Photographs taken by Lee Olivo - 01/06/03 | ✓ | |
| 9 | Photographs taken by State Farm 01/08/03 | ✓ | |
| 10 | Photographs taken by State Farm on 02/11/03 | ✓ | |
| 11 | Additional Photos taken by State Farm on 02/11/03 | ✓ | |
| 12 | Photographs taken by Tom Reed on 06/23/03 | ✓ | |

1

| United States District Court | ** | Southern District of Texas |
|---|---|---|

| LUIS C. MUNOZ AND CARMELA S. MUNOZ | CASE NO. B-04-141 |
|---|---|
| V. STATE FARM LLOYDS | **Exhibit List -- PAGE 2** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Heather Hall |
| List of **DEFENDANT STATE FARM LLOYDS** | Proceeding: Trial    Date: 02/06/06 |

| | | | |
|---|---|---|---|
| 13 | Photographs taken by Tom Reed on 09/09/03 | ✓ | |
| 14 | Photographs of Munoz Roofing building | | |
| 15 | Photographs taken by Mack Fuller, National Loss Consultants | ✓ | |
| 16 | Armstrong Laboratories report dated 01/14/03 | ✓ | |
| 17 | C.V., testimony list, publications, and fee schedule of Andrew Armstrong, Ph.D. | | |
| 18 | Complete file of Andrew Armstrong | | |
| 19 | Report from Mack Fuller with National Loss Consultants dated 01/20/03 | ✓ | |
| 20 | C.V., testimony list, and fee schedule of Mack Fuller | | |
| 21 | Complete File of National Loss Consultants / Mack Fuller | | |
| 22 | Video taken by Mack Fuller on 01/06/03 | ✓ | |
| 23 | Report of Shannon Rusnak dated 08/27/04 | | |
| 24 | C.V., testimony list, publications, and fee schedule of Shannon Rusnak | ✓ | |
| 25 | C.V., testimony list and fee schedule of Cory Martin | | |

| United States District Court | ** | Southern District of Texas |
|---|---|---|

| LUIS C. MUNOZ AND CARMELA S. MUNOZ<br><br>V.<br><br>STATE FARM LLOYDS | CASE NO. B-04-141 |
|---|---|
| | **Exhibit List -- PAGE 3** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Heather Hall |
| List of<br>**DEFENDANT STATE FARM LLOYDS** | Proceeding: Trial    Date: 02/06/06 |

| 26 | C.V., testimony list, publications, and fee schedule of Chris Martin | | |
|---|---|---|---|
| 27 | ServiceMaster journal entries | | |
| 28 | Contents Cleaning / Restoration estimate from ServiceMaster - $1,806.76 - rec'd 04/16/03 | ✓ | |
| 29 | Service Master Invoice / estimate dated 05/15/03 - $1,806.76; with SF Check attached | ✓ | |
| 30 | ServiceMaster Repair Estimate - $86,088.32 dated 06/09/03 | ✓ | |
| 31 | ServiceMaster invoice for storage of furniture dated 10/15/03 | ✓ | |
| 32 | Invoice from Service Master for storage of items - $810.58 - dated 02/18/04; State Farm check attached | ✓ | |
| 33 | ServiceMaster Invoice for storage dated 05/18/04 | | |
| 34 | Letter to Mr. & Mrs. Munoz from Tom Reed regarding ServiceMaster invoice - 05/25/04 | | |
| 35 | ServiceMaster invoice for storage $1,013.22 - 08/03/04 | | |
| 36 | ServiceMaster invoices pending - 01/31/05 | | |
| 37 | Letter to Aaron Womack of ServiceMaster sending payment for outstanding invoices - 01/31/05 | ✓ | |

| United States District Court | ** | Southern District of Texas |
|---|---|---|

| LUIS C. MUNOZ AND CARMELA S. MUNOZ | CASE NO. B-04-141 |
|---|---|
| V. STATE FARM LLOYDS | **Exhibit List -- PAGE 4** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Heather Hall |
| List of **DEFENDANT STATE FARM LLOYDS** | Proceeding: Trial   Date: 02/06/06 |

| | | | |
|---|---|---|---|
| 38 | SF Check payable to ServiceMaster for $2,431.73 - 01/31/05 | ✓ | |
| 39 | Letter from ServiceMaster regarding pick-up of contents - 03/15/05 | ✓ | |
| 40 | Complete File of ServiceMaster | | |
| 41 | C.V. / Resume of Aaron David Womack | ✓ | |
| 42 | Copies of all checks paid by State Farm on Claim # 53-Q606-916 | ✓ | |
| 43 | Agent's File | | |
| 44 | Internal Revenue Service Tax Levy Documents | ✓ | |
| 44a | Federal Tax Lien Notice | ✓ | |
| 44b | TWC Liens / Abstract | ✓ | |
| 45 | Letter from Internal Revenue Service regarding 1999 through 2002 tax returns, dated 04/05/04 | ✓ | |
| 46 | Financial documents provided by Mr. & Mrs. Munoz pre-suit | ✓ | |
| 47 | Financial documents provided by Mr. & Mrs. Munoz post-suit | ✓ | |
| 48 | Court documents involving Munoz Roofing and Harry & Minerva Cavazos | ✓ | |
| 49 | Court documents relating to Capetillo and Luis Munoz | | |

| United States District Court | ** | Southern District of Texas |
|---|---|---|

| LUIS C. MUNOZ AND CARMELA S. MUNOZ | CASE NO. B-04-141 |
|---|---|
| V. STATE FARM LLOYDS | **Exhibit List -- PAGE 5** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Heather Hall |
| List of **DEFENDANT STATE FARM LLOYDS** | Proceeding: Trial    Date: 02/06/06 |

| | | | |
|---|---|---|---|
| 50 | Court documents / Public records regarding Luis Munoz and/or Munoz Roofing | ✓ | |
| 51 | Records and File from Texas Department of Insurance / State Fire Marshal's Office | | |
| 51a | Subpoena from State Fire Marshal dated January 7, 2002 | ✓ | |
| 51b | Correspondence between State Farm and Fire Marshal's Office | | |
| 52 | Eric Michael Cavazos records / file | ✓ | |
| 53 | Harry Cavazos records / file | ✓ | |
| 54 | Minerva Cavazos records/ file | ✓ | |
| 55 | Records: Ford Motor Credit Company | ✓ | |
| 56 | Records: Jano's Superstore | ✓ | |
| 57 | Records: Watson's City Drugs | ✓ | |
| 58 | NFPA 921 Excerpt | | |
| 59 | Claim File for Claim # 53-Q527-969 | ✓ | |
| 60 | Claim File for Claim # 53-Q038-347 | ✓ | |
| 61 | Claim File for Claim # 53-Y331-232 | ✓ | |

5

| United States District Court | ** | Southern District of Texas |
|---|---|---|

| LUIS C. MUNOZ AND CARMELA S. MUNOZ | CASE NO. B-04-141 |
|---|---|
| V. STATE FARM LLOYDS | **Exhibit List -- PAGE 6** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Heather Hall |
| List of **DEFENDANT STATE FARM LLOYDS** | Proceeding: Trial   Date: 02/06/06 |

| # | Description | | |
|---|---|---|---|
| 62 | Appraisal and Delinquent Tax Information | ✓ | |
| 63 | Surveillance tapes and salvage tag | ✓ | |
| 64 | Personal Property Inventory Forms | ✓ | |
| 65 | Fee / Legal agreement between M/M Munoz and Gustavo Garza - 01/20/04 | | |
| 66 | Records from Sentry | | |
| 67 | Records from R. T. Tire Shop | ✓ | |
| 68 | Records from Rodriguez Ford Mercury | | |
| 69 | Records from Curtis Shed | | |
| 70 | ANR from Barnett's Bookkeeping | | |
| 71 | Records from Martha Galarza | ✓ | |
| 72 | Phone Records | | |
| 73 | Record Interview of Luis Munoz dated 01/06/03 | ✓ | |
| 74 | Recorded Interview of Luis Munoz dated 02/25/03 | ✓ | |
| 75 | Recorded Interview of Luis Munoz taken by Mack Fuller | ✓ | |
| 76 | Recorded Interview of Luis Munoz dated 02/13/02 | ✓ | |

| United States District Court | ** | Southern District of Texas |
|---|---|---|

| LUIS C. MUNOZ AND CARMELA S. MUNOZ<br><br>V.<br><br>STATE FARM LLOYDS | CASE NO. B-04-141 |
|---|---|
| | **Exhibit List -- PAGE 7** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Heather Hall |
| List of<br>**DEFENDANT STATE FARM LLOYDS** | Proceeding: Trial    Date: 02/06/06 |

| 77 | Sworn Statement of Luis Munoz | ✓ | |
|---|---|---|---|
| 78 | Recorded Interview of Carmela Munoz dated 02/24/03 | ✓ | |
| 79 | Sworn Statement of Carmela Munoz | ✓ | |
| 80 | Lease agreement with Omel Munoz | ✓ | |
| 81 | Receipt from Omel Munoz | ✓ | |
| 82 | Summary Judgment; Case No. 03-46; *Benino Capetillo v. Luis Munoz and Munoz Roofing Company and Gustavo Garza;* In the 197th Judicial District Court of Willacy County, Texas | | |
| 83-1 thru 83-30 | Thirty Photographs taken by Raymondville Police | ✓ | |

# TAYLOR & TAYLOR

ATTORNEYS AT LAW
815 Walker, Suite 250
HOUSTON, TEXAS 77002
(713) 615-6060



United States District Court
Southern District of Texas
RECEIVED

FEB 28 2006

Michael N. Milby, Clerk

## TELECOPY TRANSMITTAL LETTER

**DATE:**  February 28, 2006

**TO:**  STELLA .................................. (956) 574-7416

**FROM:**  SHARRI WINN
Phone Number:          (713) 615-6060
Telecopier Number:     (713) 615-6070

**RE:**  Cause No. 04-141; Luis C. Munoz and Carmela Munoz v. State Farm Lloyds, Mark Brown, Tom Reed, Lee Olivo, Greg Drott and Brian Robinson, as Individuals and Agents of State Farm Lloyds; In the 357th Judicial District Court of Willacy County, Texas

Total number of pages, including this cover letter: __8__

If you do not receive all the pages, please contact Sender at (713) 615-6060

2670

**CONFIDENTIALITY NOTICE:** The information contained in this message and the accompanying documents is confidential information that is legally privileged and intended only for the use of the above-named recipient. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this telecopy to the named recipient, please notify us immediately to arrange for the return of the original documents to us. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**MESSAGE:**

Per your request!