IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 9 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Luis C. Munoz and Carmela Munoz, § § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. B-04-141 |
| State Farm Lloyds, § § § | |
| Defendant. § | |

## PLAINTIFFS' MOTION & NOTICE OF MOTION TO ENTER JUDGMENT

1. Plaintiffs Luis C. Munoz and Carmela Munoz move for an Order entering judgment against Defendant State farm Lloyds.

2. Plaintiffs sued Defendant for breach of contract, violation of the Deceptive Trade Practices Act section 17.50 and violation of the Insurance Code section 21.21. On February 6, 2006, the Court called this case for trial by jury. On February 22, 2006, the jury returned a verdict in favor of Plaintiffs against Defendant. Plaintiffs are entitled to an entry of judgment because they are the prevailing parties in this case.

3. This Motion is based on the pleadings and papers on file in this action and the attached Memorandum. *See Exhibit "A," attached hereto and incorporated herein the same as if fully set forth at length for all purposes.*

4. Please take notice that Plaintiffs will bring this Motion for hearing before this Court on the _____ day of March, 2006.

1

Respectfully submitted,

By: _____

Gustavo Ch. Garza
705 W. Hwy 100 Ste. A
Los Fresnos, Texas 78566
Tel. (956) 233-5614
Fax (956) 233-6596

**ATTORNEY IN CHARGE FOR**
**LUIS C. MUNOZ AND CARMELA MUNOZ**

2

CERTIFICATE OF CONFERENCE

    Plaintiff's attorney, Gustavo Ch. Garza has submitted a Proposed Final Judgment and a figure of attorney fees to Mr. Warren Taylor attorney for State Farm on 3/3/2006. Plaintiffs and defendants have not reached an agreement on the Proposed Final Judgment and the amount of attorney fees.

                                                                           Gustavo Ch. Garza

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the Plaintiffs' Motion & Notice of Motion to Enter Judgment upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

>Warren Taylor, Esq.
>Taylor & Taylor
>815 Walker Street
>Suite 250
>Houston, TX 77002-6707
>
>Rene O. Oliveira
>Roerig, Oliveira & Fisher, LLP
>855 West Price Road
>Suite 9
>Brownsville, TX 78250-8718

This 9th day of March, 2006.

>Gustavo Ch. Garza
>705 W. Hwy 100 Ste. A
>Los Fresnos, Texas 78566
>(956) 233-5614 Tel.
>(956) 233-6596 Fax.
>State Bar No. 07731700
>Federal Id No. 3946