# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Luis C. Munoz and Carmela Munoz, | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. B-04-141 |
| State Farm Lloyds, | § § | |
| Defendant. | § | |

**MEMORANDUM IN SUPPORT OF**
**<u>MOTION TO ENTER JUDGMENT</u>**

Luis C. Munoz and Carmela Munoz asks the Court to order the clerk to enter judgment against State Farm Lloyds based on the jury's findings.

**I.**

**INTRODUCTION**

1.  Plaintiffs are Luis C. Munoz and Carmela Munoz; Defendant is State Farm Lloyds.

2.  Plaintiffs sued Defendant for breach of contract, violation of the Deceptive Trade Practices Act section 17.50 and violation of the Insurance Code section 21.21.

3.  On February 6, 2006, the Court called this case for trial by jury. After the trial on the merits, the court submitted this case to the jury. Attached hereto as Exhibit "A," and incorporated herein for all purposes, are the questions the jury considered and the jury's answers. The findings of the jury entitle Plaintiffs to judgment against Defendant.

4.  Plaintiffs request that the judgment be set forth promptly on a separate document as required by Federal Rule of Civil Procedure 58(a)(1). Fed. R. Civ. P. 58(d).

1

## II.

## ARGUMENT

5. The court has agreed to permit Plaintiffs to prepare the judgment in this case on a separate document. Once presented, the clerk must promptly sign and enter judgment on the separate document when (1) the jury awards a general verdict; (2) the court awards costs or a sum certain, or (3) the court denies all relief requested. Fed. R. Civ. P. 58(a)(2)(A).

6. On February 22, 2006, the jury returned a verdict in favor of Plaintiffs and against Defendant that awards Plaintiffs direct and mental anguish damages in the amount of $250,700.00.

7. To date, the court has not approved the final form of the judgment.

8. Thus, the court should approve the final form of the judgment order the clerk to enter judgment for Plaintiffs against Defendant for direct damages in the amount of $230,700.00 and mental anguish damages in the amount of $20,000.00, along with attorney fees, costs of court, pre-judgment and post-judgment interest.

## III.

## CONCLUSION

Plaintiffs Luis C. Munoz and Carmela Munoz ask the Court after hearing, to approve the final judgment and order the clerk to enter final judgment in favor of Plaintiffs Luis C. Munoz and Carmela Munoz against Defendant State Farm Lloyds.

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the Plaintiffs' Memorandum in Support of Motion to Enter Judgment upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

        Warren Taylor, Esq.
        Taylor & Taylor
        815 Walker Street
        Suite 250
        Houston, TX 77002-6707

        Rene O. Oliveira
        Roerig, Oliveira & Fisher, LLP
        855 West Price Road
        Suite 9
        Brownsville, TX 78250-8718

This 9th day of March, 2006.

        _____
        Gustavo Ch. Garza
        705 W. Hwy 100 Ste. A
        Los Fresnos, Texas 78566
        (956) 233-5614 Tel.
        (956) 233-6596 Fax.
        State Bar No. 07731700
        Federal Id No. 3946

Respectfully submitted,

By: /s/ Gustavo Ch. Garza

Gustavo Ch. Garza
705 W. Hwy 100 Ste. A
Los Fresnos, Texas 78566
Tel. (956) 233-5614
Fax (956) 233-6596

**ATTORNEY IN CHARGE FOR
LUIS C. MUNOZ AND CARMELA MUNOZ**

3