United States District Court
Southern District of Texas
FILED

MAR 0 9 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Luis C. Munoz and Carmela Munoz, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-04-141 |
| State Farm Lloyds, | § § § | |
| Defendant. | § | |

## PLAINTIFFS' REQUEST FOR HEARING

PLAINTIFFS' Luis C. Munoz and Carmela Munoz's Motion for Attorney Fees and Motion to Enter Judgment is set for hearing on the _____ day of March, 2006.

Plaintiffs believe that a hearing on these Motions are necessary in order to present evidence on the issue of reasonable and necessary attorney fees, as well as issues pertaining to punitive damages. Plaintiffs' believe the issues are complex, and a hearing to allow the lawyers to argue their respective positions would be helpful to the court.

Plaintiffs' therefore asks the court to set these Motions for hearing so that evidence and oral argument maybe presented.

This request for a hearing complies with Local Rule 5.

1

Respectfully submitted,

By: /s/ Gustavo Ch. Garza

Gustavo Ch. Garza
705 W. Hwy 100 Ste. A
Los Fresnos, Texas 78566
Tel. (956) 233-5614
Fax (956) 233-6596

**ATTORNEY IN CHARGE FOR**
**LUIS C. MUNOZ AND CARMELA MUNOZ**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the Plaintiffs' Request for Hearing upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

>Warren Taylor, Esq.
>Taylor & Taylor
>815 Walker Street
>Suite 250
>Houston, TX 77002-6707
>
>Rene O. Oliveira
>Roerig, Oliveira & Fisher, LLP
>855 West Price Road
>Suite 9
>Brownsville, TX 78250-8718

This 9th day of March, 2006.

>*/s/ Gustavo Ch. Garza*
>Gustavo Ch. Garza
>705 W. Hwy 100 Ste. A
>Los Fresnos, Texas 78566
>(956) 233-5614 Tel.
>(956) 233-6596 Fax.
>State Bar No. 07731700
>Federal Id No. 3946