IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Luis C. Munoz and Carmela Munoz, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-04-141 |
| State Farm Lloyds, | § § § | |
| Defendant. | § | |

### ORDER GRANTING PLAINTIFFS' REQUEST FOR HEARING

After considering Plaintiffs Luis C. Munoz and Carmela Munoz's request for a hearing on Motion to Enter Judgment and Motion for Attorney Fees, the court GRANTS Plaintiffs' request for hearing and sets both motions for hearing on the _____ day of March, 2006.

SIGNED on this _____ day of March, 2006

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:


_____
By: Gustavo Ch. Garza
705 W. Hwy 100 Ste. A
Los Fresnos, Texas 78566
Tel. (956) 233-5614
Fax (956) 233-6596

ATTORNEY IN CHARGE FOR LUIS C. MUNOZ AND CARMELA MUNOZ