# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Luis C. Munoz and<br>Carmela Munoz,<br><br>　　　Plaintiffs,<br><br>v.<br><br>State Farm Lloyds,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>CIVIL ACTION NO. B-04-141 |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR ATTORNEY FEES

Luis C. Munoz and Carmela Munoz asks the Court to award attorney fees and other nontaxable expenses. Fed. R. Civ. P. 54(d)(2)(B).

### I.

### INTRODUCTION

1.　Plaintiffs are Luis C. Munoz and Carmela Munoz; Defendant is State Farm Lloyds.

2.　Plaintiffs sued Defendant for breach of contract, violation of the Deceptive Trade Practices Act section 17.50 and violation of the Insurance Code section 21.21.

3.　On February 6, 2006, the Court called this case for trial by jury. On February 22, 2006, the jury returned a verdict in favor of Plaintiffs against Defendant.

### II.

### ARGUMENT

4.　Plaintiffs are entitled to an award of attorney fees because they are the prevailing parties in this case and may recover reasonable attorney fees under their DTPA cause of

1

action pursuant to §17.50(g) of the Texas Business & Commerce Code, §38.001(8) of the Texas Civil Practice & Remedies Code, and article 21.21, section 16(b) of the Texas Insurance Code.

5.	Plaintiffs are entitled to $374,864.00 as attorney fees, which are submitted for the Court's consideration as Exhibit "A," attached hereto and incorporated herein for all purposes.

6.	Plaintiffs ask the Court to set this Motion for hearing because there exist contested issues.

## III.

## CONCLUSION

Plaintiffs Luis C. Munoz and Carmela Munoz ask the Court after hearing, to award attorney fees in the amount of $374,864.00 to Plaintiffs Luis C. Munoz and Carmela Munoz against Defendant State Farm Lloyds.

Respectfully submitted,

By: _____

Gustavo Ch. Garza
705 W. Hwy 100 Ste. A
Los Fresnos, Texas 78566
Tel. (956) 233-5614
Fax (956) 233-6596

ATTORNEY IN CHARGE FOR
LUIS C. MUNOZ AND CARMELA MUNOZ

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the Plaintiffs' Memorandum in Support of Attorney Fees upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Warren Taylor, Esq.
Taylor & Taylor
815 Walker Street
Suite 250
Houston, TX 77002-6707

Rene O. Oliveira
Roerig, Oliveira & Fisher, LLP
855 West Price Road
Suite 9
Brownsville, TX 78250-8718

This 9th day of March, 2006.

Gustavo Ch. Garza
705 W. Hwy 100 Ste. A
Los Fresnos, Texas 78566
(956) 233-5614 Tel.
(956) 233-6596 Fax.
State Bar No. 07731700
Federal Id No. 3946