# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Luis C. Munoz and <br> Carmela Munoz, <br><br> Plaintiffs, <br><br> v. <br><br> State Farm Lloyds, <br><br> Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. B-04-141 |

| | |
|---|---|
| STATE OF TEXAS <br><br> COUNTY OF CAMERON | § § § |

### AFFIDAVIT OF GUSTAVO CH. GARZA

On this day, Gustavo Ch. Garza, appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

1. "My name is Gustavo Ch. Garza. I am a competent to make this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

2. I am an attorney licensed to practice in the State of Texas and the Southern District of Texas, Brownsville Division.

3. Plaintiffs Luis C. Munoz and Carmela Munoz, retained me to represent them in this suit for breach of contract, violations of the DTPA, and violations of the insurance code.

4. The nature of the case required that I spend, along with my paralegal and two other attorneys, approximately 1742.05 hours prosecuting this case.

5. The charges for attorney fees ran between $190.00 and $300.00 dollars per hour. My paralegal was billed at $65.00 per hour. The present fee agreement with Plaintiffs is a contingency fee arrangement. These fees are reasonable for the services performed in prosecuting this case.

6. The fees that were charged are those customarily charged in this area for the same or similar services by an attorney of my experience or the experience of those I hired, and

1

that of a paralegal with same experience, reputation or ability, considering the nature of the controversy, the time limitations imposed, the results obtained compared with the results of similar cases, and the nature and length of my relationship with the Plaintiffs.

7.   Further Affiant sayeth not."

_____
Gustavo Ch. Garza

SWORN AND SUBSCRIBED before me by Gustavo Ch. Garza on the 9th day of March, 2006.



_____
Notary Public in and for the
State of Texas

2

**Gustavo Ch. Garza**
**Attorney At Law**
**705 W. Hwy. 100, Ste. A**
**Los Fresnos, Texas 78566**
**Phone (956)233-5614 Fax (956)233-6596 Email:Gustavo@justice.com**

**Professional Services Rendered:**
**Luis and Carmela Munoz v. State Farm Lloyd's**
**Ca No. B-04-141**                                                                  March 3, 2006

| DATE | SOURCE | DESCRIPTION | |
|---|---|---|---|
| 3/3/2006 | Legal Fees - | Lead Counsel- Gustavo Ch. Garza | 332,894.31 |
| | | Co- Counsel - David Rusnak | 37,506.94 |
| | | Co- Counsel - Hervey Levin | 4,462.75 |
| | | **TOTAL FEES DUE** | **$374,864.00** |