LAW OFFICES OF
**HERVEY P. LEVIN MBA, JD**
**6918 BLUE MESA DRIVE, SUITE 115**
**DALLAS, TEXAS 75252**
hervey@airmail.net

FAX (972) 733-3269            TELEPHONE (972) 733-3242

March 2, 2006

Luis C. Munoz & Carmela Munoz
c/o Gustavo Garza

**FOR PROFESSIONAL SERVICES RENDERED: FEBRUARY 2006**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | **State Farm Lloyds** |  |  |  |
| 4/6/05 | - | FAX from Gus Garza | 0.10 | 20.00 |
| 6/2/05 | - | Tel. Conf. with David Rusnak | 0.20 | 40.00 |
| 6/9/05 | - | Tel. Conf. with David Rusnak | 0.30 | 60.00 |
| 6/29/05 | - | Tel. Conf. with David Rusnak | 0.40 | 80.00 |
| 7/14/05 | - | Research e-mail to David Rusnak | 2.00 | 400.00 |
| 9/6/05 | - | Tel. Conf. with Gus Garza | 0.20 | 40.00 |
| 9/19/05 | - | Tel. Conf. with David Rusnak | 0.30 | 60.00 |
|  | - | Tel. Conf. with David Rusnak | 0.20 | 40.00 |
| 9/22/05 | - | Tel. Conf. with Gus Garza | 0.50 | 100.00 |
| 9/28/05 | - | Tel. Conf. with David Rusnak | 0.10 | 20.00 |
|  | - | Tel. Conf. with David Rusnak | 0.10 | 20.00 |
| 9/30/05 | - | Tel. Conf. with Gus Garza | 0.10 | 20.00 |
| 10/10/05 | - | Tel. Conf. with David Rusnak | 0.20 | 40.00 |
| 10/11/05 | - | Tel. Conf. with David Rusnak | 0.20 | 40.00 |
| 12/13/05 | - | Tel. Conf. with Gus Garza and client. | 0.50 | 112.50 |
|  | - | T/C w/Client and attorney Gus Garza. | 0.50 | 112.50 |

All Statements Are Payable Upon Receipt        Thank You        Tax payer ID: 36-2875793

Luis C. Munoz & Carmela Munoz                March 2, 2006                                          Page 2

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 12/15/05 | - | T/C w/D. Rusnak Fax from David Rusnak. | 0.20 | 45.00 |
| 12/19/05 | - | Corres. from Attorney Gus Garza. Telephone conference with David Rusnak. | 0.20 | 45.00 |
| 1/13/06 | - | E-mail from David Rusnak. Review Order. Telephone conference with Gus Garza. | 0.60 | 135.00 |
|  | - | Research State Farm. Multiple E-mail to Gus Garza and David Rusnak. | 2.00 | 450.00 |
| 1/15/06 | - | Organize documents | 0.30 | 67.50 |
| 1/19/06 | - | Review documents, Telephone conference with David Rusnak, Review documents, Telephone conference with LJ, Telephone conference with David Rusnak, e-mail from David Rusnak | 2.70 | 607.50 |
| 1/20/06 | - | Prepare documents for transmittal to SF | 0.30 | 67.50 |
| 1/21/06 | - | Prepare documents for SF, Correspondence to SF | 0.50 | 112.50 |
| 1/23/06 | - | Review & Revise Correspondence to SF, e-mail to David Rusnak & Gus Garza - draft letter | 0.20 | 45.00 |
|  | - | Correspond. to Buck Bragg re: trial setting. | 0.70 | 40.25 |
| 1/31/06 | - | Tel. Conf. with David Rusnak | 0.20 | 45.00 |
| 2/1/06 | - | Multi Tel.Conf. with David Rusnak & Gus Garza | 0.30 | 67.50 |
| 2/2/06 | - | Tel. Conf. with David Rusnak | 0.20 | 45.00 |
| 2/3/06 | - | Tel. Conf. with David Rusnak, Conference call with Court | 0.20 | 45.00 |
| 2/6/06 | - | Tel. Conf. with Gus Garza | 0.50 | 112.50 |
| 2/7/06 | - | Tel. Conf. with David Rusnak, Telephone conference with Gus Garza | 0.30 | 67.50 |
| 2/8/06 | - | Tel. Conf. with David Rusnak, Telephone conference with Gus Garza | 0.20 | 45.00 |
| 2/16/06 | - | Tel. Conf. with David Rusnak, Review charge | 0.40 | 90.00 |
| 2/17/06 | - | Review charge, Telephone conference with David Rusnak | 0.40 | 90.00 |
|  | - | Review charge, Telephone conference with David Rusnak, Telephone conference with Gus Garza, Fax to Gus Garza, research SF net worth, Fax to Gus Garza | 1.00 | 225.00 |
| 2/20/06 | - | Tel. Conf. with Gus Garza, Fax from Gus Garza, Telephone conference with David Rusnak, Review jury charge objections | 1.50 | 337.50 |
| 2/21/06 | - | Tel. Conf. with Gus Garza (2), Telephone conference with David Rusnak attempted - left voice mail messages (2) | 0.40 | 90.00 |

03/02/2005 10:34   9727333259                    HERVEY LEVIN DALLAS              PAGE 03
Case 1:04-cv-00141   Document 102-5   Filed in TXSD on 03/09/2006   Page 3 of 3

Luis C. Munoz & Carmela Munoz               March 2, 2006                              Page 3

|          |                                                                                                                              | **Hours** | **Amount**   |
|----------|------------------------------------------------------------------------------------------------------------------------------|-----------|--------------|
| 2/22/06  | - Tel. Conf. with Gus Garza, Telephone conference with David Rusnak attempted - left voice mail message, Telephone conference with David Rusnak | 0.10      | 22.50        |
|          | - Tel. Conf. with Gus Garza                                                                                                  | 0.40      | 90.00        |
| 2/24/06  | - Tel. Conf. with Gus Garza.                                                                                                 | 0.20      | 45.00        |
| 2/26/06  | - Prepare for conference call. Conference call with David Rusnak and Gus Garza.                                              | 0.40      | 90.00        |
| 3/2/06   | - FAX from Gus Garza, Review draft judgment, Review and Revise judgment, Telephone conference with Gus Garza                 | 0.60      | 135.00       |
|          | **FOR SERVICES RENDERED**                                                                                                    | **20.90** | **$4,462.75**|

*Thank you for the opportunity to be of service.*
*Your continued trust, confidence and referrals are always appreciated.*

*Statutory Notice to Clients: The State Bar of Texas investigates and prosecutes professional misconduct by Texas attorneys.*
*For more information call 1-800-932-1900 toll free.*

*Admitted to Bar: Illinois 1969, Texas 1979*
*Admitted to Federal Courts:*
  *U.S. Dist. Court Northern Dist. of Ill. 1970*
    *U.S. 7th Circuit Court of Appeals 1971*
    *U.S. Supreme Court 1972*
    *U.S. 5th Circuit Court of Appeals 1981*
*Bar Memberships: American, Illinois, Texas, Chicago and Dallas*

<u>Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.</u>

*Please note any adjustments to "amount due" is conditioned on prompt payment within 30 days.*

*In response to sharply increasing costs and adjustments responsive to market conditions, there was a 12.5% increase in billing rates on November 1, 2005.*

<u>All Statements Are Payable Upon Receipt</u>                 Thank You                          Tin: 36-2875793