IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Luis C. Munoz and<br>Carmela Munoz, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-04-141 |
| State Farm Lloyds, | § § | |
| Defendant. | § § | |

## ORDER ON PLAINTIFFS' MOTION FOR ATTORNEY FEES

After considering Plaintiffs Luis C. Munoz and Carmela Munoz's Motion for Attorney Fees and the Response, if any, and after hearing, the court:

FINDS that Plaintiffs' Motion is meritorious and therefore

GRANTS the Motion and Orders Defendant State Farm Lloyds to pay Plaintiffs $374,864.00 in attorney fees.

SIGNED on this _____ day of March, 2006

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
By: Gustavo Ch. Garza
705 W. Hwy 100 Ste. A
Los Fresnos, Texas 78566
Tel. (956) 233-5614
Fax (956) 233-6596

ATTORNEY IN CHARGE FOR LUIS C. MUNOZ AND CARMELA MUNOZ