IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | § | |
|---|---|---|
| LUIS C. MUNOZ AND | § | |
| CARMELA MUNOZ | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-141 |
| | § | |
| STATE FARM LLOYDS | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on March 13, 2006, the Court **GRANTED IN PART AND DENIED IN PART** Plaintiffs' Request for Hearing. Dkt. No. 101.

The Court finds that a hearing is necessary regarding the issue of Plaintiffs' attorneys' fees. Therefore, the Court **GRANTS** Plaintiffs' Request for Hearing insofar as it requests a hearing on the amount of "reasonable and necessary attorney fees." Dkt. No. 101.

The Court **DENIES** Plaintiffs' request insofar as it applies to punitive damages. Dkt No. 101. Defendant orally moved for a directed verdict on the issue of punitive damages at the conclusion of the evidence in the trial of this case, and that motion was granted. Thus, no issue regarding punitive damages remains in this case.[1]

---

[1] Plaintiffs appear to confuse "punitive" damages with the concept of "additional" damages under the Deceptive Trade Practices Act and the Texas Insurance Code. See Dkt. No. 101, TEX. BUS. & COM. CODE ANN. § 17.50(b)(1) (Vernon 2005); TEX. CIV. PRAC. & REM. CODE ANN. §§ 41.001(5), 41.003 (Vernon 2005); TEX. INS. CODE ANN. § 541.152(b) (Vernon 2005). However, even assuming that Plaintiffs are requesting a hearing on the issue of the proper amount of additional damages to be awarded based on the jury's finding that State Farm Lloyds acted "knowingly," the request must still be denied. Under Texas law, any additional damages must be awarded by the trier of fact.

Based on the foregoing, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiffs' Request for Hearing. Dkt. No. 101. Therefore, the Court **ORDERS** the parties to appear for this hearing on March 24, 2006, at 10:00 a.m.

DONE at Brownsville, Texas, this 12th day of March, 2006.

Hilda G. Tagle
United States District Judge

---

Tex. Bus. & Com. Code Ann. § 17.50(b)(1) (Vernon 2005); Tex. Ins. Code Ann. § 541.152(b) (Vernon 2005). In this case, the trier of fact was the jury, who made a special finding of $0.00 in damages based on the fact that State Farm Lloyds acted "knowingly."