IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO B-04-141 |
| VS. | §<br>§<br>§ | |
| STATE FARM LLOYDS | § | |

## EXHIBITS TO DEFENDANT STATE FARM LLOYDS' RESPONSE TO PLAINTIFFS' MOTION TO ENTER JUDGMENT

Exhibit A    Defendant State Farm Lloyds' First Amended Answer

Exhibit B    Joint Pretrial Order

8