IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO B-04-141 |
| VS. | §<br>§ | |
| STATE FARM LLOYDS | § | |

## ORDER DENYING
## PLAINTIFFS' MOTION TO ENTER JUDGMENT

On this day, the Court considered Plaintiffs Luis and Carmela Munoz's Motion to Enter Judgment, Defendant State Farm Lloyds' response, and the arguments of counsel. The Court finds Plaintiffs' are not entitled to entry of judgment as requested in their motion. The Court therefore **DENIES** Plaintiffs' Motion to Enter Judgment.

SIGNED _____, 2006.


_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

**TAYLOR & TAYLOR**

_Warren Taylor by LT_
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS