IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO B-04-141 |
| VS. | §<br>§<br>§ | |
| STATE FARM LLOYDS | § | |

## EXHIBITS TO
## DEFENDANT STATE FARM LLOYDS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

Exhibit A    Appendix to Defendant State Farm Lloyds' Memorandum in Opposition to Plaintiffs' Motion for Attorneys' Fees

    Exhibit 1    6/27/03 Letter from Larry Kurth to Gus Garza

    Exhibit 2    5/11/04 Plaintiffs' Original Petition

    Exhibit 3    7/13/04 Plaintiffs' First Amended Petition

    Exhibit 4    8/18/04 Order setting conference

    Exhibit 5    3/14/05 Agreed Motion to Withdraw Request for Sanctions

    Exhibit 6    5/11/05 Plaintiffs' Second Amended Complaint

    Exhibit 7    5/21/05 Defendant's First Amended Answer

    Exhibit 8    Recorded Statement of Pablo Sanchez

    Exhibit 9    Dictated Contents Inventory of Daniel Lerma

    Exhibit 10   1/17/06 Joint Pretrial Order

    Exhibit 11   1/17/06 Defendant's Trial Witness List

    Exhibit 12   1/17/06 Defendant's Proposed Voir Dire Questions

    Exhibit 13   1/17/06 Defendant's Proposed Jury Charge

    Exhibit 14   1/17/06 Defendant's Exhibit List

| | |
|---|---|
| Exhibit B | 9/29/05 Affidavit of Veronica Coronado |
| Exhibit C | Fee Agreement between Luis and Carmela Munoz and Gustavo Garza |