CAUSE NO. 04-164

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ<br>*Plaintiffs*<br><br>vs.<br><br>STATE FARM LLOYDS,<br>MARK BROWN<br>TOM REED, LEE OLIVO<br>AND BRIAN ROBINSON AS<br>INDIVIDUALS AND AGENTS OF<br>STATE FARM LLOYDS<br>*Defendants* | § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br>WILLACY COUNTY, TEXAS<br><br><br>357th JUDICIAL DISTRICT |



FILED MAY 11 2004
Gilbert Lozano, Dist. Clerk, Willacy Co.
By _____ Deputy

PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE COURT:

LUIS C. MUNOZ AND CARMELA MUNOZ, Plaintiffs complain of STATE FARM, MARK BROWN, AND TOM REED, Defendants and for cause of action shows:

I.

Plaintiffs are LUIS C. MUNOZ AND CARMELA MUNOZ, are individuals residing in Willacy County, Texas. Defendant is a general casualty company, organized under the laws of the State of Delaware, to engage in the insurance business in Texas, and having its principal place of business at Raymondville, Willacy County, Texas. Citation may be served on defendant by serving Fred J. Marsh, Attorney for Service at 17301 Preston Road, Dallas County, Texas 75252-5727. Plaintiff LUIS C. MUNOZ AND CARMELA MUNOZ pleads that they seek only monetary relief aggregating $250,000 or less, excluding costs, prejudgment interest, and attorney's fees under Civil Procedure Rule 190.2 or pleads that discovery should be conducted in accordance with a discovery control plan under Civil Procedure Rule 190.3 or pleads that discovery control plan under Civil Procedure Rule 190.4

II.

On or about 1992, defendant, through its local recording agent's office 389 West Hidalgo Avenue, Willacy County, Texas 78580; Leo Olivo P.O. Box 3278, 7801 Expressway 83, McAllen, Texas 78501; Tom Reed Park Greens CSO, 4444 Corona, Suite 140, Corpus Christi, Texas 78411, issued an insurance policy naming plaintiff as the insured and insuring the plaintiff's home and premises and contents therein located at 829 West White Ave. against loss by fire, among other things, for a period beginning on December 29, 2002, and ending on December 29, 2003. Pursuant to the terms of the policy, plaintiff had insurance protection up to $244,300.00 for any loss resulting from damage to the home. The insurance policy, being numbered by defendant as Exhibit A, a

Exhibit A

true and correct copy of which is attached as Exhibit A and incorporated by reference, was at all times material to this action in full force and effect.

### III.

On 1/1/03, the home and contents, insured by defendant pursuant to the insurance contract attached as Exhibit A, sustained damage as the result of a hostile fire. The actual loss sustained by the damage and destruction of the contents insured is $244,300.00. ~~as shown in detail in Exhibit B, which is attached to and incorporated in this pleading by reference~~. Therefore, plaintiff is entitled to recover $244,300.00 from defendant.

### IV.

Despite the fact that all conditions precedent to plaintiff's recovery have been performed or have occurred, defendant has failed and refused to pay plaintiff in accordance with its contract obligation. Furthermore, on 2004, defendant unjustifiably delayed liability under the policy of insurance attached as Exhibit A, compelling plaintiff to institute this litigation.

### V.

The defendant has delayed payment of plaintiff's claim for more than 60 days after it received all required and requested items, statements, and forms or has not provided the plaintiff with notice of defendant's reason for rejecting plaintiff's claim to benefits under the policy. Plaintiff has been compelled to engage the services of the attorney whose name is subscribed to this pleading for the prosecution and collection of the claim. Therefore, plaintiff is entitled to recover from defendant the additional sum of 18 percent per year of the amount payable under the policy, together with a reasonable sum for the necessary services of plaintiff's attorney n the preparation and trial of this action, including any appeals to the Court of Appeals or the Supreme Court of Texas.

WHEREFORE, plaintiff requests that defendant be cited to appear and answer, and that on final trial of this cause, plaintiff recover from defendant the following:

1. The sum of $244,300.00, as the benefits payable under the insurance policy made the basis of this suit, together with interest at the rate of 18 percent per annum from January 1, 2003, until date of judgment.

2. The sum of $43,974.°°, as the statutory penalty for defendant's failure to comply with the prompt payment provisions of Article 21.55 of the Insurance Code.

3. A reasonable sum for attorney's fees, as found by the trier of fact, with conditional sums for the services of plaintiff's attorney in the event of subsequent appeals.

4. Interest on the judgment at the rate provided by law from the date of judgment until paid.

5. Costs of suit.

6. Such other and further relief to which plaintiff may be justly entitled.

Respectfully submitted,

Gustavo Ch. Garza  SB #07731700
847 E. Harrison St.
Brownsville, Texas 78520
(956) 541-7333 Tel.
(956) 541-7313 Fax.