IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ | § § § | CAUSE NO. B-04-141 |
| VS. | § § § | |
| STATE FARM LLOYDS | § | JURY DEMANDED |

### DEFENDANT STATE FARM LLOYDS' AGREED MOTION TO WITHDRAW ALL PENDING REQUESTS FOR SANCTIONS AND/OR COSTS AS MOOT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant State Farm Lloyds files its Agreed Motion to Withdraw All Pending Requests for Sanctions and/or Costs as Moot as follows:

1. Counsel for State Farm has conferred with Counsel for Plaintiffs and reached the following agreements:

    a. The Munozes agree to dismiss the State Court action and that the dismissal is with prejudice as to the Munozes' claims against Mark Brown, Greg Drott, Tom Reed, Lee Olivo, and Brian Robinson;

    b. The Munozes agree to pursue claims against only State Farm Lloyds and to proceed in the Federal case; and

    c. In exchange, State Farm will file a Motion to Withdraw all pending requests for sanctions, attorneys' fees, costs, etc.

2. This agreement is satisfactory to State Farm Lloyds.

3. State Farm moves to withdraw all pending requests for sanctions and/or costs as moot.

WHEREFORE, Defendant State Farm Lloyds prays that all requests for sanctions and/or costs be withdrawn, or in the alternative, denied as moot.

Respectfully submitted,

**TAYLOR & TAYLOR**

By: *[signature: Warren Taylor]*
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar. No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira, & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF CONFERENCE

     I hereby certify that I conferred with Plaintiffs' counsel by telephone on March 10, 2004. I was able to reach any agreement with Plaintiffs' counsel on this matter. This Motion is therefore AGREED.

                                              Warren Taylor

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of Defendant State Farm Lloyds' Agreed Motion to Withdraw All Pending Requests for Sanctions and/or Costs as Moot has been forwarded to all counsel of record by certified mail, return receipt requested, on this 14th day of March, 2005.

     Gustavo Ch. Garza
     705 W. Highway 100, Suite A
     Los Fresnos, Texas 78566

                                              Warren Taylor