Page 1
INSURED: Munoz
CLAIM NUMBER: 53-Q606-916
RECORDED STATEMENT OF: Pablo Sanchez
916

This is Bryan Robinson. I'm interviewing Pablo Sanchez and it's concerning a fire loss, which occurred on or about the first day of January of the year 2003, regarding claim number 53-Q606-916. Location of fire, 829 West White Avenue in Raymondville, Texas. I'm conducting this interview at the Raymondville Fire Department. Ah the date of this statement is February 25, 2003, approximate time 8:32 p.m.

1. Q. Ah, Mr. ah Mr. Sanchez are you aware that this conversation is being recorded?
   A. Yes, I do.

2. Q. Is it ah is it being made with your full knowledge and consent?
   A. Yes, I do.

3. Q. All right. What is your ah, your age?
   A. 47.

4. Q. And your date of birth?
   A. 11/25, 11/27/55.

5. Q. What is your ah current home address?
   A. 1004 North Second, Raymondville, Texas.

6. Q. And how long have you resided there?
   A. I think it's about 26 years.

7. Q. Okay. You handed me commercial driver's license number 05362818. Is that correct?
   A. Yes, sir.

8. Q. Ah your social security number?
   A. 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.

9. Q. What is your ah rank here at the ah Raymondville Fire Department?
   A. We don't have rank. (inaudible) senior fireman. I got about 23 years in.

10. Q. 23 years?
    A. Yeah.

11. Q. So you're a senior fireman?
    A. More or less. Yeah.

12. Q. And ah what's the fire department number here? Phone number?
    A. 689, we our private number, 5888.

13. Q. 5888. Okay. And the address?
    A. That I don't know. (inaudible). I know it's (inaudible) but I'm not exactly

SF003993

Page 2
INSURED: Munoz
CLAIM NUMBER: 53-Q606-916
RECORDED STATEMENT OF: Pablo Sanchez
916

**(inaudible).**

14. Q. Okay. What's your home phone number?
    A. 689-5285. Area code 956.

15. Q. And your ah business number?
    A. 427-3330.

16. Q. And ah who's your employer?
    A. Harlingen Independent School District.

17. Q. What's your occupation there?
    A. Bus driver.

18. Q. And how long have you been so employed?
    A. About nine years.

19. Q. Okay. Do you remember the time of the alarm on this fire?
    A. It was at night. I was in the H-E-B when the call came in.

20. Q. Okay. Do you remember more or less what time it was?
    A. Ah **(inaudible).**

21. Q. Ah was it ah close to midnight or was it like . . .
    A. No, it was earlier. It would be around seven, eight o'clock at night.

22. Q. Seven, eight. Okay. And you said you were at the H-E-B?
    A. Yeah. The grocery store here next door.

23. Q. Okay. How did you ah how did you get the notification of . . .
    A. The siren.

24. Q. . . . the fire? The siren from where?
    A. Fire department.

25. Q. From here. Okay.
    A. From the fire department.

26. Q. Okay. So every time there's a fire there's a siren?
    A. Right.

27. Q. How else are you all advised of a fire?
    A. Scanners.

28. Q. Okay. Any any other way?
    A. No, scanners or **(inaudible).**

29. Q. Ah the date of this fire was when?
    A. It was somewhere in February. **(inaudible)** February the 8th or 9th **(inaudible).**

30. Q. Our records show it happened January 1st. Does . . .

SF003994

    A. **(inaudible)**

31. Q. Is that accurate?
    A. Yeah. **(inaudible)**

32. Q. Okay. You remember what day of the week it was?
    A. No, I don't.

33. Q. Okay. Do you know the ah um owners of the structure?
    A. No, sir.

34. Q. Who was at the scene when you arrived?
    A. Usually **(inaudible)** it was two, three guys. I drove a fire truck and we all parked in the alley. I really don't know who was there **(inaudible)** hose and get some water to our hoses.

35. Q. Where where did you connect at?
    A. I can't **(inaudible)**. We had a 1500 gallon tank so we.

36. Q. On on the fire truck?
    A. Yes.

37. Q. You drove the truck?
    A. I drove the truck.

38. Q. Were you the first one there?
    A. On the truck, yes.

39. Q. You were the first one?
    A. On truck, yes. We got three trucks and a **(inaudible)** two more trucks.

40. Q. So when you heard the fire alarm, you had to come over to the station first and then you got the truck and drove it over there?
    A. Yes, sir.

41. Q. Did you suit up here or over there?
    A. I didn't suit up.

42. Q. You didn't suit up?
    A. No.

43. Q. You just went in plain clothes?
    A. Yeah. Once once you drive a truck you have to stay by the truck.

44. Q. Oh, okay. So you don't go in.
    A. **(inaudible)** no.

45. Q. You sit outside the truck?
    A. Sit by the truck. Look at the gages. The water, it okay for them to go up or down or **(inaudible)** water to get some more.

Page 4
INSURED: Munoz
CLAIM NUMBER: 53-Q606-916
RECORDED STATEMENT OF: Pablo Sanchez
916

46. Q. Ah, do you usually suit up though or it varies?
    A. It varies. **(inaudible)** I usually drive all the time.

47. Q. Okay. So you normally don't wear the all the gear.
    A. No, I don't. I have it in my car, but I don't use it.

48. Q. Okay.
    A. **(inaudible)**

49. Q. Ah do you remember the names of the two or three firefighters that were there before you ah actually when you arrived?
    A. Ah no, sir.

50. Q. Did you say you pulled around to the back or the?
    A. Through the alley. The fire was in the back of the house.

51. Q. Did the truck fit back there easily enough to gain access?
    A. Yes.

52. Q. Ah can you tell me about the weather upon your arrival?
    A. No, I don't remember that far back.

53. Q. Any lightning before the fire? Do you remember?
    A. No, no sir, I don't know.

54. Q. Who reported the fire?
    A. I don't have any idea?

55. Q. Ah where was the smoke showing?
    A. Was in the back of the house when we got there. The smoke was in the back of the house.

56. Q. But you did say you were the first one there so no one was there before . . .
    A. With with a truck.

57. Q. With the truck.
    A. **(inaudible)** already at **(inaudible)** house.

58. Q. Oh, were were they doing anything?
    A. **(inaudible)** truck.

59. Q. Oh, there was another truck there?
    A. **(inaudible)** put the water.

60. Q. Okay. So they really couldn't do anything until you got there?
    A. Exactly.

61. Q. Okay.
    A. I was there minutes after that so as soon as I got there I put up the hose and by the time I pulled the gages off and everything got water working.

SF003996

Page 5
INSURED: Munoz
CLAIM NUMBER: 53-Q606-916
RECORDED STATEMENT OF: Pablo Sanchez
916

62.   Q. Oh okay. Were they were they suited up?
       A. Yes.

63.   Q. Okay. Ah what color was the smoke?
       A. **(inaudible)** smoke. I don't know sir.

64.   Q. Ah did you see any ah actual flames?
       A. On the back of the house, yeah. When we got there, yes. There was flame coming out.

65.   Q. What color were the flames?
       A. I can't, I don't recall that.

66.   Q. Um did you observe any odd colored flames?
       A. No, sir.

67.   Q. Um, did you observe any odd colored smoke?
       A. No, sir.

68.   Q. Um, I believe or I did ask you whether you know the owners, right?
       A. Yes, sir you did.

69.   Q. And you said no?
       A. Exactly.

70.   Q. Okay. I just wanted to make sure I covered that.
       A. **(inaudible)** sir.

71.   Q. And ah was was the fire at floor level? On the first story?
       A. Yes, sir on the bottom.

72.   Q. Okay. Did you observe um any flashback?
       A. No, sir. I never got close to the house until every everything was done so I was far away.

73.   Q. Okay. Did you have any ah or you were obviously didn't actually participate in the extinguishing but did you notice if your fellow firefighters were having any trouble extinguishing the fire?
       A. No, sir.

74.   Q. Um did you observe any separate fires?
       A. No.

75.   Q. Where was the fire burning?
       A. What you mean?

76.   Q. In other words, where where exactly was the fire burning?
       A. Ah, **(inaudible)** the middle of the house.

77.   Q. In the back?
       A. In the back, yeah at the middle of the house in the back.

SF003997

Page 6
INSURED: Munoz
CLAIM NUMBER: 53-Q606-916
RECORDED STATEMENT OF: Pablo Sanchez
916

78.    Q. So you actually saw the flames coming out?
       A. When I got there by the time I cleared the hose and everything **(inaudible)**. **(inaudible)**.

79.    Q. And you mentioned that you didn't enter the house at all?
       A. No.

80.    Q. And and you also mentioned that you normally don't do that cause you stay by the truck.
       A. We stay by the truck. Yeah. We dealing with all the hoses and then.

81.    Q. Sure. Okay. Um how long did it take to knock the flames down after after you arrived there with the truck?
       A. I say around 15-20 minutes.

82.    Q. So after about 15-20 minutes then you couldn't see the flames any more?
       A. Right.

83.    Q. Still plenty of smoke?
       A. A little smoke. Yeah. There was a lot of smoke.

84.    Q. Okay. Ah what sign fire lines or hoses did you use?
       A. We use a **(inaudible)** and an inch and a half.

85.    Q. Um did any civilian attempt to assist in fighting the fire?
       A. I don't recall that.

86.    Q. No.
       A. No.

87.    Q. Um have you ever responded to any fires at this particular location before? Before this fire?
       A. I **(inaudible)**.

88.    Q. No?
       A. No.

89.    Q. You know of anybody else that has?
       A. Ah I don't know **(inaudible)** fire there or not. I really don't.

90.    Q. Um can you describe any other fires in this neighborhood during the past 12 months?
       A. In that neighborhood?

91.    Q. None?
       A. No.

92.    Q. That you know of or or there hasn't been any?
       A. None that I know.

SF003998

93.   Q. Okay. There may have been but you don't know.
     A. **(inaudible)** early in the morning **(inaudible)** till midnight so. I don't know what is going on here some times.

94.   Q. Okay. Um how long do you think the fire burned before your arrival?
     A. I don't know.

95.   Q. Um did you hear any fire or burglar alarms upon your arrival?
     A. No.

96.   Q. Did you observe any animals upon your arrival?
     A. **(inaudible)** in the back.

97.   Q. Dogs?
     A. Yeah, there were a couple of dogs in the back.

98.   Q. Do you know how many?
     A. Probably around, it was around two.

99.   Q. Two dogs?
     A. Yeah.

100.   Q. And ah do you know who owned the dogs?
      A. Ah I suppose the owner of the house. They were in the backyard.

101.   Q. What did the dogs look like?
      A. I didn't pay attention to the dogs.

102.   Q. Okay.
      A. I know they were running around.

103.   Q. **(Inaudible)**
      A. That's it.

104.   Q. Did you all have to restrain them or anything?
      A. No, no, no, they were so scared they just went to a corner.

105.   Q. Is that right. Were they big dogs or little dogs?
      A. Medium size.

106.   Q. Medium size. Okay.
      A. Yeah.

107.   Q. Did you happen to notice the color or anything like that?
      A. No.

108.   Q. Um were there screens on the windows?
      A. I don't know sir. Like I say, I was far away that ah we didn't go to the house. I don't know what what was going on down there because we just there get the hoses, get the water.

SF003999

Page 8
INSURED: Munoz
CLAIM NUMBER: 53-Q606-916
RECORDED STATEMENT OF: Pablo Sanchez
916

109. Q. Right. Okay. Ah you know if the doors were locked upon arrival?
A. I don't know sir.

110. Q. So you the only place you saw the flames were then coming from the rear of the residence and they were about the center . . .
A. More or less.

111. Q. . . . on the first floor.
A. Yes. When I looked **(inaudible)** from the truck.

112. Q. Okay.
A. And after that I cut the hoses down and everything else and **(inaudible)**.

113. Q. Okay. Um did you smell anything odd?
A. No, sir.

114. Q. Did anyone say anything to you at the fire scene that seemed odd?
A. No, sir.

115. Q. Did you see anyone at this particular fire that you've seen in other fires? Somebody that likes to go to fires and just to keep, you seen them at different fire scenes and so forth?
A. No, sir.

116. Q. No?
A. No.

117. Q. Um did anyone act strange at the fire scene?
A. Not that I know. No.

118. Q. Was this an unusually fast, intense burning fire?
A. I **(inaudible)** wouldn't know how long it been burning by the time we got there.

119. Q. Okay. So by the time you got there, did it seem like it was um it was burning rather rapidly more so than usual? Any thing like that? No?
A. No, sir.

120. Q. Do you feel you know what started this fire?
A. No, sir.

121. Q. Has anyone else asked you questions about this fire?
A. No, sir.

122. Q. Do you suspect arson?
A. **(inaudible)** I don't know. I don't know. Not that **(inaudible)**. I really don't.

123. Q. Pardon me?
A. **(inaudible)**

124. Q. Okay. Um did you see anything that you feel would be important in determining the cause and origin of the fire?

SF004000

Page 9  
INSURED: Munoz  
CLAIM NUMBER: 53-Q606-916  
RECORDED STATEMENT OF: Pablo Sanchez  
916

        A. No, sir.

125. Q. Um are there any important questions that I forgot to ask you that come to mind?  
     A. No. **(inaudible)**

126. Q. Anything, anything else that you would care to add ah to this recording?  
     A. Not **(inaudible)**. No. When you drive a truck you end up staying behind . . .

127. Q. Right.  
     A. . . . get close to a fire. No. You're more concerned about the water and everything else.

128. Q. Exactly. Have you ever testified in court as a fire official before?  
     A. No, sir.

129. Q. No?  
     A. No, sir.

130. Q. Um are the remarks that you have made in this recording your true version to the best of your knowledge?  
     A. Yes, sir.

131. Q. Has this recording been made with your full knowledge and consent?  
     A. Yes, sir.

132. Q. Would you please state your full name and address to end this recording?  
     A. Sure. Pablo Sanchez. 1004 North Second, Raymondville, Texas 78582.

133. Q. This is Bryan Robinson and this will conclude our recorded interview.

This is a true version, to the best of my knowledge, of a statement between Bryon Robinson and Pablo Sanchez.

Bernadine Parker  
Word Processing Center

bp/026/0401018

SF004001