Page 1
INSURED: Luis and Carmela Munoz
CLAIM NUMBER: 53-Q606-916
HOUSE INSPECTION BY: Danny Lerma
DL/rlt/045/0220001

This is Danny Lerma and, ah, we're inspecting the, ah, residence, ah, that, ah, goes with Claim Number 53-Q606-916. The, ah, insured is Luis and Carmela Munoz. The, ah, residence, ah, address is 829 West White Avenue, Raymondville, Texas. Ah, the date of loss is January 1st, of 2003. And, today is, ah, February 11th, of 2003.

Okay, well, we're looking at a, ah, big screen TV, Hitachi brand, um, the, um, Serial Number on the, ah, television looks like V, as in Victor, 3, F, as in Frank, 000526. The, um, Model Number 46, E, as in Edward, X, like x-ray, 38. Manufacture date is shown as June 19, 1993.

Photo #84 is a photo of a, um, of a, um, VCR. The, um, VCR is made by Zenith. I don't, kay, the, um, Serial Number on the back is, D, as in David, 86053097. The, ah, Model Number, on the back, is shown as, ah, V, as in Victor, R, like Ray, A, as in Adam, 211.

Photo 8, 82 is a, ah, photo of a, ah, what looks to be a, ah, satellite receiver. The, ah, receiver is made by Hughes Network Systems. Can't really tell if it's working. The, ah, Model Number is H, like Henry, I, like Irene, R, like Richard, D, like Dog, dash, what looks like D, as in David, 0. Ah, there's also another number on the bottom, which I'm assuming is the Serial Number, D, like David, 01, E, like Edward, 45, C, like Charlie, D, like David, D, like David, 46, E, like Edward.

Photo 81 is a, ah, Phillips portable CD/Cassette/AM/FM, um, stereo player. Ah, there were no batteries in the back, it looks like the cover is missing. The, ah, Model Number is A, like Adam, Z, like Zebra, 1010, um, slash 17, yeah. Product Number is K, like Karen, T, like Thomas, 039918762383. Model Number, kay, looks like it was manufactured in May of 1999. Again, I can't tanot, I cannot tell if the, ah, boombox is working. Again, the batteries and the, ah, cover are missing.

We've got number 79 as a, ah, photograph of the, ah, window lock from the, ah, window pictured in, ah, picture number, ah, 84, photo 84. Um, that would be the right side, a lock on the right side. Um, photograph 78, again, is a cont, is a photo of the window lock of the window depicted in number 84. Ah, it's the left side.

Photograph number 77 is a photograph of the, ah, second window in the living room as you, ah, come into the house.

Photograph number 76 is a, ah, photo of the window lock on the right side with a window depicted in photo number 77.

Photo 75 is a photograph of the window lock on the left side for the, ah, window depicted in, ah, photo number 77.

Photograph number 74 is a photograph of a clock, ah, that's in the dining area next to the kitchen. The time noted on the clock is 6:30, ah, it is an electric clock.

Photograph number 73 is a photograph of a china cabinet, ah, there are a few items still left in it.

SF001590

Page 2
INSURED: Luis and Carmela Munoz
CLAIM NUMBER: 53-Q606-916
HOUSE INSPECTION BY: Danny Lerma
DL/rlt/045/0220001

Photo number 72 is a photograph of a Sound Design stereo that's, ah, located, ah, in the cabinet above the, ah, stove. It looks to be a rather old model. I'm not real sure if it's working or not. There are also, ah, various CDs, ah, in this cabinet. Ah, looks like, looks like he may have about five or six CDs that I can see. There are also several cassettes, about four or five cassettes that are visible.

Photograph number 71 is a photograph of various photos and items attached to the refrigerator.

Photograph number 70 is a photograph of a calendar showing the month of December. Um, there's a note on, ah, December 23, that says vacation. Also, the 26th of ss, um, December is circled, I'm not sure what the significance is.

Big screen TV is made by RCA. The Model Number T61960, Serial Number C, like Charlie, 32505, looks like 0, M, like Mary, Q, like Queen.

Photograph number 67 is a VCR that's mounted on top of the television. Serial Number is not visible. It looks like the, ah, it's actually a DVD player, not a VCR, made by, ah, RCA. Cannot read the model number. Cannot read the serial number.

Photograph number 67 is a photograph of an Xbox and it looks like a controller. Ah, that item is located next to the, ah, big screen TV and the, ah, living room, towards the back of the house.

The next photo is a, ah, photograph of a Maytag washer. The, ah, serial number for the Maytag washer is going to be, um, like an "S" in parenthesis, then it says 25022675WW, like Washington. Style is Y7909201, Model Number L, like Lawrence, A, like Adam, T, like Tom, 9206B, as in Boy, A, as in Adam, E, as in Edward.

Also have a photograph of a Maytag dryer. The, ah, serial number for the dryer is 26701855W, like Washington, U, like Umbrella. Model Number Mary, David, Edward 9206A, like Adam, Y, like Yellow, W, like Washington.

Next photograph is a photograph of the, ah, sofa in the living room, towards the south end of the house. Ah, there's also a matching loveseat.

Ah, next photo is a photograph of a, ah, dining room table. Six chairs.

Next photograph is a, ah, photograph of a, ah, dining room table located in the, ah, center dining room next to the kitchen. Um, the, ah, table and the, ah, chairs, ah, appear to have some, some carvings. Ah, the tag underneath one of the chairs notes that, um, cushion was made by Ashley Furniture Industries. Um…

Next photo is a photograph of the, ah, one of the legs of the chair showing the, ah, the markings on the chair. The same markings are on the, both of the legs on the front of each chair and also on each of the legs of the table.

Next photo is a, ah, console television in the upstairs bedroom, um, next to the stairwell. It is a Zenith brand television. The serial number and model number are on the back, but, ah, it is unreadable. Not sure if the television was working at the time of the loss.

SF001591

Page 3
INSURED: Luis and Carmela Munoz
CLAIM NUMBER: 53-Q606-916
HOUSE INSPECTION BY: Danny Lerma
DL/rlt/045/0220001

There's also an older model RCA VCR located next to the, ah, console TV in the upstairs bedroom. Um, there is a sign attached to it that says VR712H, like Henry, F, like Frank, 4-head HiFi VCR. Serial number on the VCR is C, like Charlie, 235M, like Mary, G, like George, 170. Again, that is the serial number.

Next photo is a, ah, photograph of a, ah, small, ah, cassette, um, cassette, ah, AM/FM stereo. Ah, the ma, the brand is Phillips, CD/CDR/CDRW compatible. Looks like it's one of, it's fairly new. Um, it's got the, ah, high performance amplifiers. Looks like it's got a total of 1, 2, ah, looks like 3 speakers. The, um, model number of the, ah, AM/FM/Cassette/CD play is F, like Frank, W, like Washington, C, like Charlie, 798/37. The, ah, serial number is unreadable.

Underneath the, um, AM/FM stereo, cassette, CD player made by Phillips is also the, ah, two accompanying, ah, two likes two matching, ah, speakers, WOOX to the second power is noted on one of the speakers. Again, it is a Phillips brand and, it looks like a, ah, ah, fairly, um, looks like the matching speakers to, um, the player I noted earlier...**DICTATION ABRUPTLY ENDS HERE...**

This is a true version, to the best of my knowledge, of a house inspection performed by Danny Lerma.

Roxanna Tellier
Word Processing Center

DL/rlt/045/0220001

SF001592