United States District Court
Southern District of Texas
FILED

JAN 1 9 2006

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND | § | C.A. NO B-04-141 |
| CARMELA MUNOZ | § | |
| | § | |
| VS. | § | |
| | § | |
| STATE FARM LLOYDS | § | |

| | |
|---|---|
| **Judge Hilda Tagle** | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |

### DEFENDANT STATE FARM LLOYDS' TRIAL WITNESS LIST

1.  Luis C. Munoz
    829 W. White Avenue
    Raymondville, TX 78580-2824
    (956) 232-0031
    *Plaintiff*

2.  Carmela Munoz
    845 N. 3rd
    Mountain Home, Idaho 83647
    (208) 590-0991
    *Plaintiff*

3.  Tom Reed
    4444 Corona, Suite 140
    Corpus Christi, TX 76411
    (361) 878-4429
    *Adjuster with knowledge of handling of Plaintiffs' claims on behalf of State Farm Lloyds.*

4.  Lee Olivo
    P.O. Box 2378
    701 Expressway 83
    McAllen, TX 78501
    (956) 632-6865
    *Adjuster with knowledge of handling of Plaintiffs' claims on behalf of State Farm Lloyds.*

5.     Bryan Robinson
       P.O. Box 2378
       701 Expressway 83
       McAllen, TX 78501
       (956) 632-6989
       *Adjuster with knowledge of handling of Plaintiffs' claims on behalf of State Farm Lloyds.*

6.     Danny Lerma
       4444 Corona, Suite 140
       Corpus Christi, TX 78411
       (361) 878-4414
       *Adjuster with knowledge of handling of Plaintiffs' claims on behalf of State Farm Lloyds.*

7.     Greg Drott
       7777 East Sonterra Blvd.
       San Antonio, TX 78258
       (210) 438-2528
       *Adjuster with knowledge of handling of Plaintiffs' claims on behalf of State Farm Lloyds.*

8.     Scott Kemp
       4444 Corona, Suite 140
       Corpus Christi, TX 78411
       (361) 878-4418
       *Adjuster with knowledge of handling of Plaintiffs' claims on behalf of State Farm Lloyds.*

9.     Carrie Tousant
       State Farm Lloyds
       P.O. Box 680127
       Houston, Texas 77268-0127
       *Corporate Representative of State Farm Lloyds; knowledge of handling of Plaintiffs' claims.*

10.    Mark Brown
       389 West Hidalgo Avenue
       Raymondville, TX 78580
       (956) 689-6463
       Terry Chavez
       957 East Hidalgo Suite A
       Raymondville, TX 78580
       (956) 689-6463
       *Plaintiffs' insurance agent and agent's secretary; Knowledge of conversations with Mr. Munoz.*

2

11.    Mack Fuller
       Joseph Valenzuela
       **National Loss Consultants**
       P.O. Box 65005
       San Antonio, TX 78265-5005
       (800) 621-5114
       (210) 308-0373
       (210) 308-0465 Fax
       *Mr. Fuller is the Cause and Origin expert retained by State Farm; knowledge of his observations at the scene of the fire, his investigation, the method and location of samples taken; the cause and origin of the fire, and rebuttal to all matters raised by Plaintiffs' experts.*

12.    Shannon Rusnak
       Matson, Driscoll & Damico, LLP
       815 Walker Street, Suite 1800
       Houston, TX 77002
       (713) 621-3010
       (713) 621-5635 (Fax)
       *Financial expert retained by State Farm; knowledge or her analysis of Plaintiffs' cash-flow/financial situation at the time of the loss, and for the period leading up to the loss, and in response to all matters raised by Plaintiffs' expert.*

13.    Aaron Womack
       1404 Cynthia
       Edinburg, TX 78539
       (956) 227-4337
       *Former employee of ServiceMaster; knowledge of inspection of Plaintiffs' residence, assistance with scoping, estimates prepared relating to repairs to and cleaning of Plaintiffs' residence following fire; and storage of contents.*

14.    Deputy Ramon Garcia, Jr.
       Deputy State Fire Marshal
       801 Nolana
       McAllen, TX 78504
       *Knowledge of State Fire Marshal's investigation of the fire at Plaintiffs' residence.*

15.    Jay Evans
       Deputy State Fire Marshal
       Supervisor- Fire / Arson Investigations
       333 Guadalupe
       Austin, TX 78701
       *Knowledge of investigation conducted by State Fire Marshal, evidence in the possession of the State Fire Marshal, the status of the State Fire Marshal's investigation, the primary*

*suspect(s) relating to the fire at 829 W. White Avenue, Raymondville, Texas, and any other matters raised by or pertaining to the subject matter of his affidavit.*

16.  Pedro Suarez
     Internal Revenue Service
     McAllen, TX
     (956) 632-3320, ext. 240
     *Knowledge of tax liens and/or levies against Mr. and Mrs. Munoz.*

17.  Sgt. Gilbert Capuchina
     1414 N. Bicentennial
     Anson, TX 79501
     (956) 984-5633
     *Knowledge of administration and results of polygraph examination of Mr. Munoz.*

18.  Karen Barnett
     Barnett's Bookkeeping Service
     P.O. Box 280
     Raymondville, TX 78580
     (956) 743-5588
     (956) 743-5591 (Fax)
     *Plaintiffs' bookkeeper; knowledge of financial records of Plaintiffs, as well as preparation of and filing of Plaintiffs' tax returns.*

19.  Ben Capetillo
     17085 Woodcourt Rd.
     Raymondville, TX 78580
     (956) 689-9565
     (956) 232-0016 (Cell)
     *Acquaintance of Plaintiffs; knowledge of Mrs. Munoz's whereabouts at time of fire, as well as conversations with Plaintiffs and financial, business, and/or legal disputes with Plaintiffs.*

20.  Harry & Minerva (Minnie) Cavazos
     847 West White
     Raymondville, TX
     956-690-0361 (Cell?)
     *Neighbors of Plaintiffs; knowledge of their observations on days prior to fire and on day of fire; knowledge of their conversations with Plaintiffs, their legal battles and ongoing conflicts with the Plaintiffs' family; and Mr. Cavazos called 911 to report the fire.*

4

21. Eric Michael Cavazos
847 West White
Raymondville, TX
*Neighbor of Plaintiffs; knowledge of his observations on days prior to fire and on day of fire; knowledge of his conversations with Plaintiffs and ongoing conflicts between his family and the Plaintiffs' family.*

22. Elroy Cavazos
P.O. Box 962
Raymondville, TX 78580
*Acquaintance of Plaintiffs; knowledge of his observations and actions on day of fire.*

23. Eziquel Cavazos
816 W. White Avenue
Raymondville, TX 78580
(956) 689-5284
*Neighbor of Plaintiffs; knowledge of observations and events on day of fire.*

24. Moises and Christina Torres
209 W. Edingburg Ave.
Elsa, TX 78543
(956) 262-6400
*Neighbors of Plaintiffs; knowledge of events and their observations on day of fire.*

25. Rene and Christi Hinojosa
846 Rocky Avenue
Raymondville, TX 78580
*Neighbors of Plaintiffs; knowledge of events and their observations on day of fire.*

26. Custodian of Records
Yolanda Perez
Jano's Superstore
350 W. Hidalgo
Raymondville, TX 78580
*Knowledge of purchases made by Plaintiffs through or from their store.*

27. Pena's Tire Shop
Raul Pena, Sr. or Custodian of Records
694 W. Hidalgo
Raymondville, TX 78580
(956) 689-3753
*Knowledge of purchases by and repairs services provided to Mr. Munoz and/or Munoz Roofing.*

5

28.    Homer Rodriguez and/ or
       Custodian of Records
       Rodriguez Ford
       P.O. Box 100
       Raymondville, TX 78580
       *Knowledge of Plaintiffs' lease or purchase of the building and land located at 363 W.*
       *Kimball in Raymondville, Texas.*

29.    Martha Galarza
       139 W. Calle Hermosa
       Bayview, TX 78566
       (956) 550-1368
       (956) 456-9868 (Mobile)
       *Knowledge of plaintiffs' income tax documents and financial condition prior to the fire.*

30.    Leonzo Cisneros
       781 N. 6th Street
       Raymondville, TX
       *Current or former employee of Munoz Roofing; knowledge of jobs for Munoz Roofing,*
       *conversations with Mr. Munoz; and may have knowledge of events on the day of fire.*

31.    Roberto Perez
       P.O. Box 285
       Sabastian, TX 78594
       (956) 347-5616
       (956) 454-2034 (cell)
       *Current or former employee of Munoz Roofing; knowledge of jobs for Munoz Roofing,*
       *conversations with Mr. Munoz; and may have knowledge of events on the day of fire.*

32.    Ruben L. Perez
       P.O. Box 285
       Sebastian, TX 78594
       (956) 347-5616
       *Current or former employee of Munoz Roofing; knowledge of jobs for Munoz Roofing,*
       *conversations with Mr. Munoz; and may have knowledge of events on the day of fire.*

33.    Jose J. Trevino
       P.O. Box 935
       Lyford, TX 78596
       (956) 689-1320
       *Current or former employee of Munoz Roofing; knowledge of jobs for Munoz Roofing,*
       *conversations with Mr. Munoz; and may have knowledge of events on the day of fire.*

34.    Omel Munoz
       188 Texas Drive
       Raymondville, TX 78580
       (956) 357-3731
       *Mr. Munoz's brother; knowledge of rental agreement reached* with *Plaintiffs, as well as*
       *his conversations and observations on the day of the fire.*

                                        Respectfully submitted,


OF COUNSEL:                    By:  *Warren Taylor* by LT
                                    Warren Taylor
TAYLOR & TAYLOR                     State Bar No. 19727200
                                    Federal I.D. No. 1354
                                    Beth M. Taylor
                                    State Bar No. 13336787
                                    Federal I.D. No. 14601
                                    815 Walker, Suite 250
                                    Houston, Texas 77002
                                    (713) 615-6060 Telephone
                                    (713) 615-6070 Facsimile

                                    Rene O. Oliveira
                                    State Bar No. 15254700
                                    Federal I.D. No. 4033
                                    Roerig, Oliveira & Fisher, L.L.P.
                                    855 West Price Road, Suite 9
                                    Brownsville, Texas 78520-8718
                                    (956) 542-5666 Telephone
                                    (956) 542-0016 Facsimile

                                    ATTORNEYS FOR DEFENDANT
                                    STATE FARM LLOYDS


                                        7

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Defendant State Farm Lloyds' Proposed Trial Witness List has been forwarded to all counsel of record by certified mail, return receipt requested, on this 17th day of January, 2006.

Gustavo Ch. Garza
705 W. Highway 100, Suite A
Los Fresnos, Texas 78566

David L. Rusnak
Scoggins & Goodman, P.C.
245 Peachtree Center Ave. NE, Suite 2800
Atlanta, GA 30303-1227

Warren Taylor by LT
Warren Taylor