

STATE OF TEXAS

WILLACY COUNTY

### AFFIDAVIT

My name is Veronica Ann Coronado. I am a U.S. citizen, sound of mind and I have never been convicted of a felony or misdemeanor offense. I am employed with attorney, Gustavo Ch. Garza as his secretary. I can be reached at 956-357-0425 and my address is 695 W. Rodriguez, Raymondville, Texas 78580.

I have read the affidavit of Tom Reed dated September 9, 2005, in his item 31 his assertion is untrue. Tom Reed did not suggest through me that an outside copy service would pick up, copy and return Mr. Munoz's records from and to the office of Mrs. Barnett.

In his item number 35, Mr. Reed asserts that he requested of a copy of some records. He further asserts that Mr. Garza refused to allow him a copy of the records requested. Mr. Reed reviewed Mr. Munoz's business receipts in Mr. Garza's office. I was present during the entire time. Mr. Garza was not present during the review of Mr. Munoz's business receipts by Tom Reed. When Mr. Reed completed his review and returned the boxes to me, Mr. Garza had returned to the office with Mr. Munoz. Mr. Garza asked Mr. Reed if there was anything else he needed at the same time Mr. Garza gave three affidavits to Mr. Reed. Mr. Reed responded that he wanted a copy of everything. It was clear that Mr. Reed wanted me or Mr. Garza at Mr. Garza's expense to copy the two boxes of receipts. Mr. Reed did not mention that State Farm would copy or pay to be copied the receipts.

This statement is true and correct to the best of my knowledge.

_Veronica A. Coronado_

SWORN TO AND SUBSCRIBED BEFORE ME by Veronica A. Coronado on this the 24th day of September, 2005.

Notary Public:
Commission Expires:

SEAN OSBORN
Notary Public
STATE OF TEXAS
My Comm. Exp. 05-06-2006

PL006897

EXHIBIT B

STATE OF TEXAS                              CONTRACT OF EMPLOYMENT

COUNTY OF WILLACY                           FOR LEGAL SERVICES

This is an Agreement between <u>LUIS MUNOZ AND CARMELA MUNOZ</u>

hereinafter collectively referred to as **"CLIENT(S)"**, and the Law Office of GUSTAVO CH. GARZA, hereinafter referred to as **"ATTORNEY"**.

1. SCOPE OF EMPLOYMENT: CLIENT(S) hereby retain and employ ATTORNEY, and ATTORNEY hereby agrees to represent CLIENT(S), and any members of CLIENT(S)' family in connection with any claims for damages, injury or loss arising out of the following described matter:

<u>FIRE INCIDENT AT ADDRESS 829 W. WHITE, RAYMONDVILLE, TEXAS WILLACY COUNTY.</u>

which occurred on or about <u>JANUARY 1ST, 2003</u>.

2. SERVICES TO BE PERFORMED BY ATTORNEY: ATTORNEY agrees to perform the following legal services, if necessary, in representing CLIENT(S) with respect to said claims: investigation of claim to determine the responsible parties; Preparation and filing of a lawsuit; and the prosecution of the lawsuit to judgment in the trail court level. Further, in the event a judgment is returned in CLIENT(S)' favor, ATTORNEY shall represent CLIENT(S) in any Appeal which may arise from said judgment.

3. CLIENT(S) hereby authorize and empower ATTORNEY to prosecute their lawsuit in their behalf for the recovery of such damages as may be appropriate and to prosecute the same to settlement of final judgment. Client(s) further hereby agree to assign to Attorney an interest which may arise from said judgment.

4. CONTINGENCY FEE: If Client(s) obtain any recovery of either cash or any recovery of value whether as a result of any judgment rendered and/or settlement made, Client(s) shall pay Attorney the following as the sole and exclusive consideration for Attorney's service:

   a. Forty (40%) percent of any collection of monies or settlement made on behalf of Client(s) as a result of the claims described in this Agreement, at any time prior to the filing of a lawsuit;
   b. Forty five (45%) percent of the total recovery of any monies of settlement made on behalf of Client(s) as a result of the claims described in this Agreement, after the filing of a lawsuit.
   c. If the case proceeds to trial and a judgment is entered by the trial court and Defendants perfect an appeal by filing a Notice of Appeal and posting an Appeal Bond, then Client(s) hereby agree to pay to Attorney an additional five (5%)

PL006346



percent (for a total recovery by Attorney of forty-five (45%) percent) of the total recovery that may be obtained at any time after an appeal has been perfected.

5. COSTS AND EXPENSES: All costs and expenses incurred by Attorney and reasonably required for the preparation and prosecution of any legal action on Client's claim will be deducted from Client's share of the proceeds recovered in said claim. Client(s) hereby authorize Attorney to make all such expenditures in their behalf by advancing such expenses as needed and Client(s) hereby authorize attorney to deduct all such expenses paid by Attorney and to pay all expenses that may be due and owing at time of settlement from Client(s)' share of the total recovery prior to disbursing any money to Client(s). If Attorney is unable to obtain recovery herein then in that event Client(s) will not owe any money to Attorney for either Attorney's fees or for any expenses advanced by Attorney in the handling of this claim. Such expenses include, but are not limited to filing fees, service fees, deposition fees, investigation fees, costs for copies, jury fees, witness fees, expert and consultant fees, any related travel expenses of Attorney and or expert witnesses, as well as any and all inspections and or testing which are deemed necessary by said experts and or Attorney for the development of this case.

6. WITHDRAWAL BY ATTORNEY: It is understood that Attorney shall be allowed to withdraw from his employment on Client(s) behalf if, in the opinion of Attorney, after investigation and research, Client(s)' case is not warranted under existing law and cannot be supported by good faith argument of an extension, modification or reversal of existing law or Attorney concludes that Client(s)' case is economically not feasible to pursue. In the event of such withdrawal, this contingent fee agreement will automatically terminate.

7. SETTLEMENT: No settlement of Client(s)' claim shall be made without Client(s) knowledge and approval.

8. NO GUARANTEES: Client(s) acknowledges that Attorney has made no guarantees regarding the successful outcome of the litigation and that all expressions about the outcome are only opinions.

SIGNED THIS 20 DAY OF January, 2004.

CLIENT(S):

*[signature: Luis C. mina]*
*[signature: Carmula Mina]*

ATTORNEY:

*[signature]*
GUSTAVO CH. GARZA
Attorney at Law
646 West Hidalgo St.
Raymondville, Texas 78580
(956) 689-9040

PL006347