IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO B-04-141 |
| VS. | §<br>§ | |
| STATE FARM LLOYDS | § | |

## ORDER DENYING
## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

On this day, the Court considered Plaintiffs Luis and Carmela Munoz's Motion for Attorneys' Fees, Defendant State Farm Lloyds' Memorandum Opposition, and the arguments of counsel. The Court finds Plaintiffs' are not entitled to attorneys' fees as requested in their motion. The Court therefore **DENIES** Plaintiffs' Motion for Attorneys' Fees.

It is therefore **ORDERED** that Plaintiffs Luis C. Munoz and Carmela Munoz may recover attorneys' fees in the amount of $_____.

SIGNED _____, 2006.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

**TAYLOR & TAYLOR**

_____
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS