IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 27 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| LUIS C. MUNOZ and | ) | |
| CARMELA MUNOZ | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. B-04-141 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM LLOYDS, | ) | |
| | ) | |
| Defendants, | ) | |

## SUPPLEMENTAL TO THE RECORD OF THE HEARING ON ATTORNEY FEES

Comes Now, LUIS C. MUNOZ AND CARMELA MUNOZ, Plaintiffs herein, by and through their attorney of record, Gustavo Ch. Garza, and hereby files the following Supplemental to the Record of the Hearing on Attorney fees.

I.

Plaintiffs, Luis C. Munoz and Carmela Munoz files this Supplement with the attached exhibits supporting the Supporting the request for attorney fees.

A1. Gustavo Ch. Garza Amended attorney fees.

II.

A. Affidavit of Horacio L. Barrera

B. Contemporaneous Bill of David Rusnak

C. Contemporaneous Bill of Hervey Levin

D. Phone records of Gustavo Ch. Garza

E. Notes of Gustavo Ch. Garza

F. Expenses of Gustavo Ch. Garza

WHEREFORE PREMISES CONSIDERED, Plaintiffs prays that the Plaintiffs Supplement to the Record of the Hearing on Attorney Fees be considered by the Court.

Respectfully submitted,

Gustavo Ch. Garza
Attorney for Defendant
State Bar No. 03997340
Fed Id No. 3946
705 W. Hwy 100, Suite A
Los Fresnos, Texas 78566
Telephone 956-233-5614
Facsimile 956-233-6596

CERTIFICATE OF SERVICE

I, Gustavo Ch. Garza, certify that on the 27 day of March, 2006, the foregoing Plaintiff's Supplemental to the Record of the Hearing on Attorney Fees was served by notification of via fax and the original was delivered U.S. Mail to Warren Taylor 815 Walker St, Ste 250, Houston, Texas.

Gustavo Ch. Garza