# EXHIBIT A1

**Gustavo Ch. Garza**
Attorney At Law
705 W. Hwy 100, Ste. A
Los Fresnos, Texas 78566
Phone (956)233-5614 fax (956)233-6596 Email:Gustavo@justice.com

**Professional Services Rendered:**
**Luis and Carmela Munoz v. State Farm Lloyd's**
**Ca No. B-04-141**

AMENDED

| DATE | SOURCE | DESCRIPTION | HRS. |
|---|---|---|---|
| 6/11/03 | GChG | Interviewed Mrs. Coronado about events and observations between myself and Tom Reed | 4 |
| 6/23/03 | GChG | Reviewed records and other documents provided to State Farm by Luis Munoz. | |
| | | Review letter by Tom Reed Re: Signatures on 4506 form. | |
| | | Facsimile sent to Laurence Kurth Re:Date of EUO of Luis and Carmela Munoz. | |
| | | Review letter by Laurence Kurth Re: Suggesting dates for EUO. | |
| | | Review of Facsimile from Laurence Kurth Re | |
| | | Review of letter by Laurence Kurth Re: Dates for the completion of EUO. | |
| | | Review of letter from Laurence Kurth Re: Retention by State Farm | 5 |
| 6/27/03 | GChG | Review of Facsimile from Laurence Kurth Re: Luis and Carmela Munoz not in agreement | 0.5 |
| | | to give another statement because they gave two. | |
| 7/7/03 | GChG | Facsimile sent to Laurence Kurth Re: Alternative dates of EUO of Luis and Carmela Munoz. | 0.5 |
| 7/12/03 | GChG | Review of letter by Laurence Kurth Re: Requested documents from Luis and Carmela Munoz. | 0.75 |
| 7/14/03 | GChG | Review of letter by Laurence Kurth Re: Not available for EUO, suggesting more dates for EUO. | 0.25 |
| 7/21/03 | GChG | Facsimile sent to Laurence Kurth Re: 3rd alternative dates of EUO of Luis and Carmela Munoz. | 0.25 |
| 7/28/03 | GChG | Review of Letter by Laurence Kurth Re: Available dates for EUO. | 0.25 |
| 8/5/03 | GChG | EUO of Luis and Carmela Munoz and preparation | 22.5 |
| 8/26/03 | GChG | Review of letter by Laurence Kurth Re: Requested documents from Luis and Carmela Munoz. | 0.5 |
| 9/10/03 | GChG | Review of letter by Laurence Kurth Re: Signatures of EUO, request of pertinent records, | 0.5 |
| | | request of copies and access to damaged property. | |
| 9/12/03 | GChG | Review of letter by Laurence Kurth Re: Two blanks left on EUO for Carmela Munoz. | 0.5 |
| 9/29/03 | GChG | Review of letter by Laurence Kurth Re: States State Farm did not receive documents requested. | 0.25 |
| 10/14/03 | GChG | Letter sent to Laurence Kurth Re: EUO signatures by Luis and Carmela Munoz. | 0.75 |
| 11/6/03 | GChG | Letter of Representation sent to Laurence Kurth. | 0.75 |
| 11/14/03 | GChG | Letter to Greg Drott Re: Requesting every interview provided by Luis and Carmela Munoz | 0.5 |
| | | to each investigator of State Farm. | |
| 11/14/03 | GChG | Letter to Tom Reed Re: Requesting every interview provided by Luis and Carmela Munoz | 0.5 |
| | | to each investigator of State Farm. | |
| 11/14/03 | GChG | Letter to Laurence Kurth Requesting every interview provided by Luis and Carmela Munoz | 0.5 |
| | | to each investigator of State Farm. | |
| 12/16/03 | GChG | Facsimile sent to Laurence Kurth Re: W-2 for year of 2002 from Carmela Munoz. | 0.25 |
| 1/13/04 | GChG | Letter to Laurence Kurth Re: tax release authorization form | 1 |
| | | and driving Tom Reed around Willacy County to review job contracts | |
| | | and question Mr. Munoz clients and bookkeeper. | |
| 1/20/04 | GChG | Review letter by Laurence Kurth Re: Signed tax authorizations and signed EUO. | 0.5 |
| 1/26/04 | GChG | Review of letter by Laurence Kurth Re: Transcript of tax form signature. | 0.25 |
| 2/2/04 | GChG | Facsimile sent to Laurence Kurth Re: Dates for Tom Reed to review bookkeeper's records. | 0.5 |
| 2/24/04 | GChG | Reviewed letter by Laurence Kurth Re: Bookkeeper not prepared and | 0.5 |
| | | and requesting date to provide financial documentation. | |
| 2/24/04 | GChG | Letter to Laurence Kurth Re: Bookkeeper not being prepared, records were recovered | 0.5 |
| | | and accountant was retained for Tom Reed to review records. | |
| 2/26/04 | GChG | Facsimile sent to Laurence Kurth Re: Letter dated 2/24/2004. | 0.25 |
| 3/1/04 | VC&JD | Prepared, categorized financial documents that were recovered from Karen Barnett. | 16 |
| 3/2/04 | VC&JD | Prepared, categorized financial documents that were recovered from Karen Barnett. | 16 |
| 3/3/04 | VC&JD | Prepared, categorized financial documents that were recovered from Karen Barnett. | 16 |
| 3/4/04 | VC&JD | Prepared, categorized financial documents that were recovered from Karen Barnett. | 16 |
| 3/5/04 | VC&JD | Prepared, categorized financial documents that were recovered from Karen Barnett. | 16 |
| 3/8/04 | VC&JD | Prepared, categorized financial documents that were recovered from Karen Barnett. | 16 |
| 3/9/04 | VC&JD | Prepared, categorized financial documents that were recovered from Karen Barnett. | 16 |
| 3/10/04 | VC&JD | Prepared, categorized financial documents that were recovered from Karen Barnett. | 16 |
| 3/11/04 | VC&JD | Prepared, categorized financial documents that were recovered from Karen Barnett. | 16 |
| 3/11/04 | GChG | Office visit by Yvette Hernandez, discussed days of work performed | |
| | | at her rental home by Munoz Roofing and prepared affidavit. | 1.5 |

**Gustavo Ch. Garza**
**Attorney At Law**
705 W. Hwy 100, Ste. A
Los Fresnos, Texas 78566
Phone (956)233-5614 fax (956)233-6596 Email:Gustavo@justice.com

**Professional Services Rendered:**
**Luis and Carmela Munoz v. State Farm Lloyd's**
**Ca No. B-04-141**

AMENDED

| DATE | SOURCE | DESCRIPTION | HRS. |
|---|---|---|---|
| 3/12/04 | GChG | Telephone meeting with Amador Quintanilla prepared affidavit and faxed affidavit for signature and discussed days of work performed at his rental home in in Willamar, Texas by Munoz Roofing. | 1 |
| 3/12/04 | VC&JD | Prepared and categorized financial documents that were recovered from Karen Barnett. | 16 |
| 3/16/04 | GChG | Facsimile sent to Laurence Kurth Re: Possession of financial records request made to schedule date for agent to review records. | 0.5 |
| 3/18/04 | GChG | Office visit by Israel Quintanilla, discussed days of work performed by Munoz Roofing in rental home in Willamar, TX and prepared affidavit. | 0.5 |
| 3/24/04 | GChG | Letter sent to Laurence Kurth Re: Date for agent to review records. | 0.25 |
| 4/28/04 | GChG | Reviewed letter by Laurence Kurth Re: Tom Reed's denial of characterization by Gustavo Garza and request of suggestion of who can generate copies of financial records. | 0.25 |
| 5/3/04 | GChG | Reviewed letter by Laurence Kurth Re: Relevance to Luis Munoz' business tax records. | 0.25 |
| 5/4/04 | GChG | Reviewed letter by Laurence Kurth Re: Tom Reed's trip to my office to review financial documents and request of copies of all IRS 1040's for years 1999, 2000, 2001, 2002 and 2003. | 0.25 |
| 5/5/04 | GChG | Letter to Laurence Kurth Re: Potential Lawsuit | 1.5 |
| 5/8 thru 5/11/0 | GChG | Research and Draft Original Petition agst. State Farm & agents filed in Willacy County | 30 |
| 6/1/04 | GChG | Facsimile sent to Laurence Kurth Re: Extension of time to respond to letter dated | 0.75 |
| 6/10/-6/11/04 | GChG | Office visit by Munoz family, Carmela, Luis and Carlos Munoz matters regarding the case. | 14 |
| 6/14/04 | GChG | Visited Munoz Roofing and met with employee, Santos Arroyo, Ruben Perez and Jose Trevino discussed background on Luis Munoz and practiced questions and answer sessions for trial. | 8 |
| 7/13/04 | GChG | Begin work on plaintiff's First Amended Petition-State Court | 10 |
| 8/17/04 | GChG | Reviewed Defendants Motion to Remove to Federal Court. | 1 |
| 8/18/04 | GchG | Reviewed Order Setting Conference. | 0.5 |
| 8/19/04 | GChG | Reviewed Defendants Original Answer. | 1 |
| 8/30/04 | GChG | Office visit by client, Carmela Munoz prepared affidavit. | 6 |
| 9/3/04 | GChG | Begin work and research, draft on Motion to Remand. | 10 |
| 9/26/04 | GchG | Reviewed Defendants response to Plaintiff's Motion to Remand. | 1 |
| 10/4/04 | GChG | Reviewed Case Management Plan. | 0.5 |
| 10/12/04 | GChG | Begin work on Plaintiff's Verified Plea to the Jurisdiction and Amended Motion to Remand (with authorities). | 3 |
| 10/12/04 | GChG | Reviewed Defendants Response to Plaintiff's Verified plea to Jurisdiction and Amended Motion to Remand. | 1 |
| 10/14/04 | GChG | Traveled to Raymondville and interviewed Chief, Uvaldo Zamora and prepared affidavit. | 4 |
| 10/15/04 | GChG | Begin work on Plaintiff's Motion for Continuance of Initial Pre-Trial Conference. | 3 |
| 10/22/04 | GChG | Office visit by Omel Munoz prepared affidavit and discussed events and observations on the day of the fire. | 6 |
| 10/25/04 | GChG | Pre-Trial Conference | 4 |
| 10/29/04 | GChG | Office visit by fireman, Mario Tijerina prepared affidavit and discussed events and observations on the day of the fire. | 2.5 |
| 11/1/04 | GChG | Reviewed Defendant's Initial Disclosures. | 4 |
| 11/8/04 | GChG | Begin work on Plaintiff's Response to Defendant's Motion to Dismiss Fraudulently Joined Nominal Defendants. | 3 |
| 11/12/04 | GChG | Begin work on Plaintiff's Initial Disclosures. | 3 |
| 11/18/04 | GChG | Reviewed Defendant's Reply to Plaintiff's Motion to dismiss Fraudulent Joinder. | 1 |
| 12/3/04 | GChG | Begin work on Plaintiff's 1st Interrogatories to all defendants. | 15 |
| 12/4/04 | GChG | Letter to Laurence Kurth Re: Tom Reed request of copies of all records by Gustavo Garza Personnel | 0.75 |
| 1/3/05 | GChG | Reviewed Defendant's, State Farm Lloyds objections and answers to plaintiff's 1st set of interrogatories. | 1 |
| 1/3/05 | GChG | Traveled to Weslaco and interviewed ex-chief, Alex Martinez about personal knowledge of Tom Reed visits to the Raymondville Police Department.. | 4 |
| 1/3/05 | GChG | Reviewed Defendant's Greg Drott's objections and answers to plaintiff's 1st set of interrogatories. | 1 |
| 1/3/05 | GChG | Reviewed Defendant's, Tom Reed objections and answers to plaintiffs 1st set of interrogatories. | 2 |

| | | Gustavo Ch. Garza | |
|---|---|---|---|
| | | Attorney At Law | |
| | | 705 W. Hwy 100, Ste. A | |
| | | Los Fresnos, Texas 78566 | |
| | | Phone (956)233-5614 fax (956)233-6596 Email:Gustavo@justice.com | |

**Professional Services Rendered:**
**Luis and Carmela Munoz v. State Farm Lloyd's**
**Ca No. B-04-141**

AMENDED

| DATE | SOURCE | DESCRIPTION | HRS. |
|---|---|---|---|
| 1/3/05 | GChG | Reviewed Defendant's, Mark Brown's objections and answers to plaintiff's 1st set of interrogatories | 1 |
| 4/1/05 | GChG | Telephone conference with co-counsel regarding Second Amended Complaint. and Draft Request for Production of Documents and Things. | 0.5 |
| 4/8/05 | GChG | Review defendants Answer to 2nd Amended Complaint. | 0.75 |
| 1/21/05 | GChG | Reviewed Defendant's Response to Plaintiff's Motion for Voluntary Dismissal | 1 |
| 1/31/05 | GChG | Review letter by Tom Reed to Service Master. | 0.5 |
| 2/2/05 | GchG | Reviewed and drafted Defendant's Supplemental Response to Plaintiff's Motion for Voluntary Dismissal and request for Hearing. | 1 |
| 8/2/05 | GChG | Telephone conference with David Rusnak Re: Responses and Objections to Interrogatories | 1 |
| 12/2/05 | GChG | Telephone conference with David Rusnak Re: Responses to Motions by State Farm . concerning summary judgment. | 1.5 |
| 5/3/05 | GChG | Telephone conference with co-counsel, David Rusnak regarding discovery request. | 1 |
| 3/7/05 | GChG | Telephone conference with co-counsel, David Rusnak Re: Background facts and discovery. | 0.5 |
| 3/8/05 | GChG | Reviewed Defendant's proposal dated 3/8/2005 and agreement to proposal. | 1 |
| 3/8/05 | GChG | Begin work on Plaintiff's Election to Withdraw for Voluntary Dismissal by Plaintiffs, Luis and Carmela Munoz. | 1 |
| 3/9/05 | VC&JD | Complete copy of legal file sent to Rusnak | 8 |
| 3/9/05 | G | Fax to Co-Counsel: RE proposal of 3/8/05, schedule order and other | 0.5 |
| 3/9/05 | GChG | Telephone conference with co-counsel, regarding offer from opposing counsel and background information. | 1 |
| 10/3/05 | GChG | Telephone conference with David Rusnak and Hervey Levin Re: Discovery and responses to Motions for Summary Judgment. | 1 |
| 3/14/05 | GChG | Reviewed Defendant's Agreed Motion to Withdraw all pending request for Sanction and or Cost as Moot. | 2 |
| 3/15/05 | GChG | Review letter by Service Master Re: Requesting payment for for the storage of Luis and Carmela's furniture. | 0.5 |
| 3/17/05 | GChG | Discovery plan discussions with co-counsel. | 1 |
| 3/21/05 | GChG | Telephone conference with co-counsel on discovery issues. | 2 |
| 3/23/05 | GChG | Review of David Rusnak draft of Plaintiff's First Amended Complaint. | 1 |
| 3/24/05 | GChG | Review of co-counsel's Second Amended Complaint draft. | 1 |
| 3/31/05 | GChG | Telephone conference with co-counsel regarding discovery. | 1.5 |
| 4/4/05 | GChG | Telephone conference with co-counsel regarding letter of understanding and review of completed Second Amended Complaint. | 1.5 |
| 4/5/05 | GChG | Review letter of Warren Taylor regarding Malicious prosecution action. | |
| 10/4/05 | GChG | Facsimile to Team Legal Re: waiver of Notice of Intention to take depositions by written request. | 0.5 |
| 10/4/05 | GChG | Telephone conference with David Rusnak and Luis Munoz Re: Depositions | 1.5 |
| 4/13/05 | GChG | Final review of Second Amended Complaint. | 0.75 |
| 4/15/05 | GChG | Reviewed David Rusnak's Motion and Order for Admission Pro Hac Vice. | 1 |
| 5/4/05 | GChG | Reviewed Defendant's attorney, Warren Taylor's letter in reference to Plaintiff's 2nd Amended Complaint. | 2 |
| 6/9/05 | GChG | Telephone conference with co-counsel on trial tactics to prove bad faith. | 1.5 |
| 10/5/05 | GChG | Telephone conference with Luis Munoz, Carmela Villarreal and David Rusnak Re: Deposition Preparation. | 2 |
| 10/5/05 | GChG | Facsimile to David Rusnak Re: Documents from Mr. Habermann assisting Luis Munoz on Cavazos bankruptcy. | 0.5 |
| 5/20/05 | GChG | Reviewed Defendant's 1st Amended Original Answer. | 2 |
| 5/31/05 | GChG | Review defendants Answer to 2nd Amended Complaint. | 1 |
| 6/2/05 | GChG | Telephone conference with co-counsel Re: Expert witness information. | 1.5 |
| 6/5/05 | GChG | Telephone conference with co-counsel Re: Malicious Prosecution action. | 1.5 |
| 10/6/05 | GChG | Telephone conference with David Rusnak Re: Prior fire claim files, Capetillo Lawsuit and settlement agreement. | 2 |
| 6/12/05 | GChG | Review of draft reply to response to objections to PMSJ evidence. | 1.5 |
| 6/13/05 | GChG | Telephone conference with co-counsel and Luis Munoz on background facts. | 1 |
| 6/23/05 | GChG | Reviewed Defendant's 1st Request for Production to Plaintiffs. | 3 |

**Gustavo Ch. Garza**
**Attorney At Law**
**705 W. Hwy 100, Ste. A**
**Los Fresnos, Texas 78566**
Phone (956)233-5614 fax (956)233-6596 Email:Gustavo@justice.com

**Professional Services Rendered:**
**Luis and Carmela Munoz v. State Farm Lloyd's**
**Ca No. B-04-141**

AMENDED

| DATE | SOURCE | DESCRIPTION | HRS. |
|---|---|---|---|
| 6/23/05 | GChG | Reviewed Defendant's 1st set of Interrogatories. | 1 |
| 6/28/05 | GChG | Telephone conference with co-counsel Re: Discovery Issues. | 1.5 |
| 6/28/05 | GChG | Begin work on Plaintiff's 2nd Request for Production and Things to Defendant. | 10 |
| 7/1/05 | GChG | Reviewed transcribed statement of fireman, Roland Longoria. | 1.5 |
| 7/1/05 | GChG | Reviewed transcribed statement of fireman, Robert Supulver. | 1.5 |
| 7/5/05 | GChG | Reviewed transcribed statement of fireman, Jim Kirman. | 1 |
| 7/5/05 | GChG | Reviewed transcribed statement of fireman, Fred Ramirez. | 2 |
| 7/7/05 | GChG | Reviewed memos and notes by Tom Reed for Jano's Superstore, R.T. Tires and Karen Barnett Bookeeping. | 2 |
| 7/8/05 | GChG | Reviewed memos and notes by Tom Reed for Detective, Armin Martinez, Samuel Adame . and notes he took of financial records. | 4.5 |
| 9/7/05 | GChG | Telephone conference with David Rusnak Re: Preparation for response to anticipate Motion for Summary Judgment on Bad Faith. | 0.75 |
| 7/11/05 | GChG | Reviewed transcribed statement of Luis Munoz's neighbor, Rene Hinojosa. | 1 |
| 7/11/05 | GChG | Reviewed transcribed statement of Luis Munoz' neighbor, Christina Hinojosa. | 1 |
| 12/7/05 | GChG | Telephone conference with David Rusnak Re: Trial continuance and mediation. | 0.75 |
| 7/13/05 | GChG | Reviewed sworn statement of Harry Cavazos. | 4 |
| 7/14/05 | GChG | Reviewed sworn statement of Minerva Cavazos. | 10 |
| 7/14/05 | GChG | Telephone conference with co-counsel Re: Timeline. | 1.5 |
| 7/15/05 | GChG | Reviewed sworn statement of Michael Eric Cavazos. | 2 |
| 7/18/05 | GChG | Telephone conference with David Rusnak Re: Responses to to Plaintiff's Discovery Requests. | 1.5 |
| 7/18/05 | GChG | Reviewed sworn statement of Elroy Cavazos. | 3 |
| 7/19/05 | GChG | Telephone conference with David Rusnak Re: Responses to interrogatories. | 7 |
| 7/21/05 | GChG | Reviewed transcribed statement of agent Mark Brown and Terry Chavez. | 1.5 |
| 7/21/05 | GChG | Begin work on Plaintiff's Responses and Objections to Defendant's 1st Request for Production of Documents to Plaintiffs. | 5 |
| 7/22/05 | GChG | Reviewed transcribed statement of Zeke Cavazos. | 0.5 |
| 7/26/05 | GChG | Begin work on Plaintiff's Responses to defendant's 1st set of interrogatories. | 10 |
| 7/27/05 | GChG | Reviewed Defendant's Objection and Answers to Plaintiff's 2nd set of of interrogatories to defendant. | 2 |
| 8/3/05 | GChG | Reviewed transcribed statement of fireman, Pablo Sanchez. | 1.5 |
| 8/4/05 | GChG | Reviewed transcribed statement of fireman, Daniel Lerma. | 2 |
| 8/4/05 | GChG | Review of Second Amended Complaint. | 0.75 |
| 8/10/05 | GChG | Reviewed transcribed statement of fireman, Ronnie Ramirez. | 1.5 |
| 8/10/05 | GChG | Reviewed file material provided by State Farm Lloyds. | 8 |
| 8/10/05 | GChG | Reviewed transcribed statement of fireman, Oscar Rodriguez. | 1.5 |
| 8/11/05 | GChG | Reviewed file material provided by State Farm Lloyds. | 8 |
| 8/17/05 | GChG | Telephone conference with David Rusnak Re: Documents produced by State Farm. | 1.5 |
| 8/22/05 | GChG | Telephone conference with David Rusnak Re: Documents not produced by State Farm and Expert witnesses. | 0.75 |
| 8/25/05 | GChG | Telephone conference with David Rusnak Re: Matter reflected in documents produced by State Farm. | 1 |
| 8/25/05 | GChG | Traveled to La Feria, TX and met with Juan Buendia discussed lawsuit of the Munoz against State Farm and their duties and obligations by both parties. | 5 |
| 8/30/05 | GChG | Telephone conference with David Rusnak Re: Extension of time issues. | 0.75 |
| 8/31/05 | GChG | Telephone conference with David Rusnak Re: Discovery and Expert issues. | 1 |
| 9/1/05 | GChG | Telephone conference with David Rusnak Re: Refusal of State Farm to extend time for expert witness report and use of former adjuster as fact witness. | 1 |
| 9/3/05 | GChG | Facsimile sent to David Rusnak Re: Warren Taylor's proposal dated 3/8/2005, complete copy of legal file of Luis and Carmela Munoz sent to David Rusnak. | 5 |
| 9/3/05 | GChG | Facsimile sent to David Rusnak Re: Affidavits, police reports, scheduling order and copy of letter to Judge Tagle requesting permission for David Rusnak participation. | 1.5 |
| 9/5/05 | GChG | Telephone conference with Juan Buendia discussed additional matters regarding lawsuit against State Farm. | 8 |

**Gustavo Ch. Garza**
**Attorney At Law**
**705 W. Hwy 100, Ste. A**
**Los Fresnos, Texas 78566**
**Phone (956)233-5614 fax (956)233-6596 Email:Gustavo@justice.com**

**Professional Services Rendered:**
**Luis and Carmela Munoz v. State Farm Lloyd's**
**Ca No. B-04-141**

AMENDED

| DATE | SOURCE | DESCRIPTION | HRS. |
|---|---|---|---|
| 9/6/05 | GChG | Telephone conference with Hervey Levin. | 0.25 |
| 9/6/05 | GChG | Reviewed transcribed statement of fireman, John Rodriguez. | 1.5 |
| 9/6/05 | GChG | Reviewed transcribed statement of fireman, Robert Hernandez. | 1 |
| 9/7/05 | GChG | Reviewed transcribed statement of fireman, Terry White. | 1 |
| 9/7/05 | GChG | Telephone conference with Juan Buendia discussed additional matters regarding lawsuit against State Farm. | 4 |
| 9/8/05 | GChG | Facsimile sent to Carmela Villarreal Re: Deposition to be taken by Warren Taylor. | 0.5 |
| 9/8/05 | GChG | Reviewed defendant's Motion for Partial Summary Judgment of Plaintiff's Extra-Contractual Claims and Supporting Brief. | 4 |
| 9/8/05 | GChG | Facsimile to Chris Bent Re: Carmela Villarreal required presence for her case in Brownsville, Texas and required presence for deposition. | 0.5 |
| 9/12/05 | GChG | Reviewed defendant's Motion for Summary Judgment and Supporting Brief. | 4 |
| 9/14/05 | GChG | Traveled to Raymondville and interviewed Raul Pena, prepared affidavit and practiced questions and answer sessions for trial. | 3 |
| 9/14/05 | GChG | Traveled to Raymondville and Interviewed Yolanda Perez, prepared affidavit and practiced questions and answer sessions for trial. | 2 |
| 9/14/05 | GChG | Telephone conference with David Rusnak Re: Motions for Summary Judgment. | 1.5 |
| 9/14/05 | GChG | Traveled to Raymondville and interviewed Homer Rodriguez, prepared affidavit and practiced questions and answer sessions for trial. | 3 |
| 9/15/05 | GChG | Traveled to Raymondville and interviewed Armin Martinez, prepared affidavit and practiced questions and answer sessions for trial. | 4 |
| 9/15/05 | GChG | Traveled to Harlingen and interviewed Samuel Adame. | 1.5 |
| 9/15/05 | GChG | Telephone conference with David Rusnak Re: Response to Motions for Summary Judgment and Review of PMSJ Bad Faith Claims. | 2 |
| 9/15/05 | GChG | Facsimile to David Rusnak Re: Raul Pena, Yolanda Perez and Homer Rodriguez affidavits. | 1 |
| 9/16/05 | GChG | Facsimile to David Rusnak Re: Karen Barnett's affidavit. | 0.5 |
| 9/16/05 | GChG | Facsimile to David Rusnak Re: Insurance policy. | 0.5 |
| 9/16/05 | GChG | Telephone conference with David Rusnak and Hervey Levin Re: Response to Motions for Summary Judgment and affidavits. | 1 |
| 9/16/05 | GChG | Traveled to Raymondville and interviewed Karen Barnett. | 4 |
| 9/16/05 | GChG | Facsimile to David Rusnak Re: Armin Martinez affidavit. | 1 |
| 9/19/05 | GChG | Review Motions for Summary Judgment, telephone conference with David Rusnak and Luis Munoz Re: Response to Motions for Summary Judgment. | 2.5 |
| 9/19/05 | GChG | Reviewed defendant's notice of intention to take deposition by written questions to (Watson City Drug, Ford Motor Credit, Sentry Claims Center, R.T. Tires, Rodriguez Ford, Curtis Shed, Jano's Superstore, Karen Barnett, Steamatic of Rio Grande Valley.) | 2 |
| 9/20/05 | GChG | Review draft objections to State Farm's PMSJ. | 1.5 |
| 9/21/05 | GChG | Review of complete motions to strike Summary Judgment Evidence | 1.5 |
| 9/21/05 | GChG | Traveled to Raymondville and interviewed District Attorney, Juan Guerra. | 3.5 |
| 9/22/05 | GChG | Telephone conference with Hervey Levin. | |
| 9/22/05 | GChG | Facsimile to David Rusnak Re: Willacy County District Attorney, Juan Guerra's affidavit and Luis Munoz No Billed by the Grand Jury. | 0.5 |
| 9/22/05 | GChG | Begin work on Plaintiff's 1st Amended Initial Disclosures. | 1 |
| 9/23/05 | GChG | Traveled to Raymondville and interviewed Mary Rubio discussed meetings between her and Tom Reed and prepared affidavit. | 3.5 |
| 9/23/05 | GChG | Telephone conference with David Rusnak and Hervey Levin Re: No Bill by Grand Jury and affidavit of Willacy County District Attorney, Juan Guerra. | 1.5 |
| 6/05 -9//2005 | GChG | Reviewed file material provided by State Farm Lloyds. | 65 |
| 9/26/05 | GChG | Facsimile to David Rusnak Re: Receipts of R.T. Tires for Munoz Roofing and repair of tire to four wheeler. | 0.5 |
| 9/26/05 | GChG | Telephone conference with David Rusnak Re: Raul Pena's testimony. | 1 |
| 9/27/05 | GChG | Telephone conference with David Rusnak Re: Motions for Summary Judgment response | 1 |

**Gustavo Ch. Garza**
**Attorney At Law**
**705 W. Hwy 100, Ste. A**
**Los Fresnos, Texas 78566**
Phone (956)233-5614 fax (956)233-6596 Email:Gustavo@justice.com

**Professional Services Rendered:**
**Luis and Carmela Munoz v. State Farm Lloyd's**
**Ca No. B-04-141**

AMENDED

| DATE | SOURCE | DESCRIPTION | HRS. |
|---|---|---|---|
| | | and deposition of Tom Reed. | |
| 9/27/05 | GChG | Reviewed file material provided by State Farm Lloyds. | 3 |
| 9/28/05 | GChG | Begin work on Plaintiff's Consent motion to Extend Time to Respond to defendant's for Summary Judgment. | 1 |
| 9/28/05 | GChG | Office visit by Martha Galarza, CPA for Luis Munoz, prepared affidavit and discussed O financial matters of Luis Munoz. | 1 |
| 9/28/05 | GChG | Preparation of Tom Reed's deposition and review of David Rusnak preparation for Mr. Reed's deposition | 4 |
| 9/29/05 | GChG | Begin work on Motion to Strike and Object to Defendant's Evidence for Partial Summary Judgment on Plaintiff's Extra-Contractual Claims. | 5 |
| 9/29/05 | GChG | Interviewed Mrs. Coronado about events and observations between myself and Tom Reed and practiced questions and answer sessions for trial and prepared affidavit. | 1 |
| 9/29/2005-10/3 | GChG | Begin work on Plaintiff's Response to Defendant's Partial Summary Judgment on Plaintiff's Extra-Contractual Claims Subject to Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment. | 20 |
| 9/29/05 | GChG | Begin work on Plaintiff's Motion to Extend Time to Respond to Defendant's motion for Summary Judgment. | 1 |
| 9/29/05 | GChG | Office visit by client, Luis Munoz discussed matters regarding research conducted and prepared affidavit. | 4 |
| 9/30/05 | GChG | Review of Complete draft of response to Motion for Summary Judgment. | 15 |
| 10/3/2005-10/6 | GChG | Begin work on Plaintiff's Response to Defendant's Summary Judgment Subject to Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment. | 15 |
| 3/10/05 | GChG | Prepare,review,fax sent to David Rusnak Re: Letter to Warren Taylor on Motion for Sanctions. | 1 |
| 10/5/05 | GChG | Reviewed defendant's 1st amended notice of oral deposition of Luis and Carmela Munoz. | 0.5 |
| 10/10/05 | GChG | Telephone conference with David Rusnak Re: Deposition of Tom Reed, review of draft notice of deposition of Tom Reed and Ben Capetillo interview and testimony. | 1 |
| 11/10/05 | GChG | Telephone conference with David Rusnak Re: Raul Pena, Karen Barnett, Yolanda Perez and new scheduling order and trial of case. | 1.5 |
| 10/11/05 | GChG | Begin work on Plaintiff's Notice to take Deposition on Tom Reed. | 1 |
| 10/12/05 | GChG | Telephone conference with David Rusnak Re: Tom Reed's deposition | 2 |
| 10/14/05 | GChG | Facsimile to David Rusnak Re: Samuel Adame statements and Tom Reed's statements. | 0.5 |
| 10/14/05 | GChG | Telephone conference with David Rusnak Re: Tom Reed deposition and comments and suggestions for the continuation of Tom Reed's deposition. | 1 |
| 10/18/05 | GChG | Telephone conference with David Rusnak Re: Exhibits for depositions for Tom Reed. | 4 |
| 10/19/05 | GChG | Begin work Plaintiff's 1st Amended Disclosure. | 2 |
| 10/19/05 | GChG | Review of final draft preparation for Tom Reed deposition | 3 |
| 10/18/-10/22/0 | GChG | Prepare,Travel, and Deposition of Tom Reed. | 45 |
| 10/21/05 | GChG | Facsimile to David Rusnak Re: Karen Barnett statements, Cavazos bankruptcy and detective Samuel Adame statements. | 1 |
| 10/25/05 | GChG | Review of draft responses to motions for summary judgment. | 3 |
| 10/26/05 | GChG | Begin work on Plaintiff's Amended response to Defendant's Motion for Summary Judgment. | 5 |
| 10/26/05 | GChG | Begin work on Plaintiff's Amended Response to defendant's partial summary judgment on plaintiff's extra-contractual claims. | 5 |
| 11/2/05 | GChG | Reviewed defendant's notice to take deposition of Karen Barnett, Raul Pena and Yolanda Perez. | 0.5 |
| 11/8/05 | GChG | Reviewed transcribed statement of fireman, Elroy Zamorano. | 1 |
| 11/8/05 | GChG | Reviewed defendant's notice to take deposition by written questions (Verizon). | 0.5 |
| 11/8/05 | GChG | Traveled to Rdville. to attend depositions of Yolanda Perez, Raul Pena and Karen Barnett. | 8 |
| 11/9/05 | GChG | Continuation of Deposition of Raul Pena. | 4 |
| 11/9/05 | GChG | Reviewed transcribed statement of fireman, Mario Tijerina. | 1 |
| 11/15/05 | GChG | Telephone conference with David Rusnak Re: Continuation of Raul Pena deposition. | 0.5 |
| 11/22/05 | GChG | Reviewed defendant's motion to exclude affidavit testimony. | 2 |
| 11/22/05 | GChG | Reviewed defendant's reply to plaintiff's amended response to defendant's motion for summary judgment. | 1 |
| 11/22/05 | GChG | Reviewed defendant's response to plaintiff's objections to summary judgment evidence (Motion for Summary Judgment) | 1 |
| 11/22/05 | GChG | Reviewed defendant's reply to plaintiff's amended response to defendant's partial summary | 1 |

**Gustavo Ch. Garza**
**Attorney At Law**
**705 W. Hwy 100, Ste. A**
**Los Fresnos, Texas 78566**
**Phone (956)233-5614 fax (956)233-6596 Email:Gustavo@justice.com**

**Professional Services Rendered:**
**Luis and Carmela Munoz v. State Farm Lloyd's**
**Ca No. B-04-141**

AMENDED

| DATE | SOURCE | DESCRIPTION | HRS. |
|---|---|---|---|
| | | judgment on plaintiff's extra-contractual claims. | |
| 11/22/05 | GChG | Reviewed defendant's Motion for Leave to Supplement Summary Judgment Record. | 1 |
| 11/22/05 | GChG | Reviewed defendant's response to plaintiff's objections to summary judgment evidence (Extra-contractual motion for Partial Summary Judgment.) | 1 |
| 11/28/05 | GChG | Prepared affidavit for Santos Munoz. | 1 |
| 11/28/05 | GChG | Telephone meeting and interview with Santos Munoz, practiced questions and answer sessions for trial. | 1 |
| 11/28/05 | GChG | Telephone conference with David Rusnak Re: Replies to Motions, replies and responses filed by State Farm. | 3 |
| 12/5/05 | GChG | Reviewed transcribed employee statements, Raul Gonzalez, Robert Perez. | 2 |
| 12/6/05 | GChG | Reviewed transcribed statements of employees, Ruben Perez, Eduardo Quintanilla. | 2 |
| 12/7/05 | GChG | Reviewed transcribed statements of employees, Hector Rodriguez, Jose Trevino. | 2 |
| 12/7/05 | GChG | Reviewed defendant's agreed motion to modify trial setting. | 0.5 |
| 12/5/2005-12/8 | GChG | Begin work on Plaintiff's reply to defendant's response to plaintiff's objections to summary judgment evidence (extra-contractual motion for partial summary judgment.) | 20 |
| 12/8/05 | GChG | Telephone conference with David Rusnak Re: Responses to Motions and and replies of State Farm. | 1 |
| 12/8/05 | GChG | Reviewed transcribed statement of Melissa Benavides. | 1 |
| 12/9/05 | GChG | Telephone conference with David Rusnak Re: Trial date set in response to Motion for Continuance and review of draft response to Motion to Exclude. | 1.5 |
| 12/12/05 | GChG | Begin work on Plaintiff's response to Defendant's Motion to Exclude Affidavit Testimony. | 3 |
| 12/12/05 | GChG | Telephone conference with David Rusnak Re: Response to Motion Exclude | 0.5 |
| 12/13/05 | GChG | Telephone conference with Hervey Levin. | 1 |
| 12/14/05 | GChG | Telephone conference with David Rusnak and Hervey Levin Re: Settlement discussions | 1 |
| 12/14/05 | GChG | Facsimile to Taylor Re: Luis Munoz security tape | 1 |
| 12/15/05 | GChG | Telephone conference with David Rusnak Re: Denial of Motion to Exclude. | 1 |
| 12/16/05 | GChG | Telephone conference with David Rusnak Re: Motion for Continuance. | 0.5 |
| 1/13/06 | GChG | Telephone conference with Hervey Levin. | 2 |
| 1/14-1/28/06 | VC | File Organization,Case Document........(Organize, Catorgorize and timeline creation) | 90 |
| 1/16/06 | GChG | Review of draft of Joint Pre-Trial Order | 4 |
| 1/17/06 | GChG | Review of final draft joint Pre-trial Order and Jury Instructions and Questions. | 2 |
| 1/17/06 | GChG | Reviewed Defendant's Trail Witness List. | 2 |
| 1/17/06 | GChG | Reviewed defendant's proposed questions for Voir Dire of the Jury Panel. | 4 |
| 1/17/06 | GChG | Reviewed Defendant's Proposed Jury Charge. | 1.5 |
| 1/18/06 | GChG | Reviewed Defendant's Exhibit List. | 3 |
| 1/18/06 | GChG | Begin work on Joint Pre-Trial Order | 4 |
| 1/18/06 | GChG | Telephone conference with David Rusnak and Hervey Levin Re: proposed jury Charges | 1 |
| 1/19/06 | GChG | Review of complete draft of Jury Questions. | 4 |
| 1/19/06 | GChG | Begin work on Plaintiff's Motion for Leave to File late on Jury Instructions. | 1 |
| 1/19-1/20/06 | GChG | Identification of Witness and witness preparation | 15 |
| 1/23/06 | GChG | Telephone conference with Hervey Levin. | 0.5 |
| 1/23/06 | GChG | Review draft letter by Hervey Levin to State Farm. | 0.5 |
| 1/26/06 | GChG | Review of E-mail message Re: 5th Circuit Pattern Jury Charges for damage standards applied by court. | 2 |
| 1/27/06 | GChG | Telephone conference with David Rusnak and Luis Munoz Re: Trial preparation and pretrial conference issues. | 1.5 |
| 1/30/06 | GChG | Exhibit Preparation | 10 |
| 1/31/06 | GChG | Telephone conference with David Rusnak and Hervey Levin Re: Pretrial conference and settlement. | 0.25 |
| 1/31/06 | GChG | Pre-Trial Conference | 5 |
| 2/1/06 | GChG | Telephone conference with Hervey Levin. | 0.5 |
| 2/3/06 | GChG | Reviewed Defendant's Motion in Limine. | 1 |
| 2/4/06 | GChG | Trial Preparation | 6 |
| 2/5/06 | GChG | Preparation for Jury Selection | 5 |
| 2/6/06 | GChG | Telephone conference with Hervey Levin. | 1 |
| 2/6/06 | GChG | Jury Selection | 10 |

**Gustavo Ch. Garza**
**Attorney At Law**
705 W. Hwy 100, Ste. A
Los Fresnos, Texas 78566
Phone (956)233-5614 fax (956)233-6596 Email:Gustavo@justice.com

**Professional Services Rendered:**
**Luis and Carmela Munoz v. State Farm Lloyd's**
**Ca No. B-04-141**

AMENDED

| DATE | SOURCE | DESCRIPTION | HRS. | | |
|---|---|---|---|---|---|
| 2/7/06 | GChG | Telephone conference with Hervey Levin. | 0.5 | | |
| 2/8/06 | GChG | Reviewed Defendant's Amended Proposed Jury Charge. | 1 | | |
| 2/8/06 | GChG | Telephone conference with Hervey Levin. | 0.25 | | |
| 2/8/06 | GChG | Pre-Trial Conference | 4 | | |
| 2/9/06 | GChG | Trial Began. (Plaintiffs' evidence) | 11 | | |
| 2/10/06 | GChG | Trial continued | 11 | | |
| 2/10/06 | GChG | Reviewed Defendant's Trail Brief on Inadmissibility of Evidence that Inured was not indicated, charged, or convicted of arson | 1 | | |
| 2/12/06 | GChG | Preparation | 8 | | |
| 2/14/06 | GChG | Trial continued | 12 | | |
| 2/15/06 | GChG | Trial continued | 12 | | |
| 2/16/06 | GChG | Trial continued | 11 | | |
| 2/16/06 | GChG | Facsimile to Chris Bent Re: Carmela Villarreal is still ongoing with her case in Brownsville, Texas. | 0.5 | | |
| 2/16/06 | GChG | Facsimile to David Rusnak Re: Jury Charge | 1 | | |
| 2/16/06 | GChG | Facsimile to Hervey Levin Re: Jury Charge. | 0.5 | | |
| 2/17/06 | GChG | Trial continued | 16 | | |
| 2/17/06 | GChG | Telephone conference with Hervey Levin, discussed State Farm's net worth. | 0.75 | | |
| 2/20/06 | GChG | Telephone conference with Hervey Levin, discussed Jury Charge. | 1.5 | | |
| 2/20/06 | GChG | Trial continued | 16 | | |
| 2/21/06 | GChG | Trial continued | 15 | | |
| 2/21/06 | GChG | Telephone conference with Hervey Levin. | 0.75 | | |
| 2/22/06 | GChG | Telephone conference with Hervey Levin. | 0.25 | | |
| 2/22/06 | GChG | Trial continued | 11 | | |
| 2/23/06 | GChG | Jury Verdict | 4 | | |
| 2/24/06 | GChG | Telephone conference with Hervey Levin. | 0.75 | | |
| 2/26/06 | GChG | Telephone conference with Hervey Levin. | 0.25 | | |
| 3/2/06 | GChG | Telephone conference with Hervey Levin. | 1 | | |
| 12/1/05 | GChG | Review of draft of Pre-trial Order | 1 | | |
| 2/9,2/10,2/14,2 | VC | Trial Assistance  2/15, 2/19 & 2/22  Set 3 | 54 | | |
| 6/11/04-2/2006 | VC | Case Assistance (Travel,Clerical,Document Prep.,File Organization, witness interviews) | 300 | | |
| | | | | | 1,541.25 |
| | GChG | Total Hours | 937.25 | 275.00 | 257,743.75 |
| | VC | Total Hours | 604.00 | 60.00 | 36,240.00 |
| | | **Professional Fees Due** | | | $ 293,983.75 |
| | | **Court Costs & Related** | | | |
| | | Photo Processing | 5.53 | | |
| | | Filing Fee | 722.00 | | |
| | | Mail Carrier | 376.28 | | |
| | | Lodging and related | 258.59 | | |
| | | Copies | 556.34 | | |
| | | Mail Carrier | 786.30 | | |
| | | Deposition | 2,600.00 | | |
| | | Material Expense | 59.27 | | |
| | | Expert Fee | 1,000.00 | | |
| | | Subpoena | 1,200.00 | | |
| | | Exhibit Preparation | 120.00 | | |
| | | Copy of Deposition | 725.00 | | |
| | | **Total Court Costs & Related** | | | $ 8,409.31 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| <td colspan="6" align="center">Gustavo Ch. Garza<br>Attorney At Law<br>705 W. Hwy 100, Ste. A<br>Los Fresnos, Texas 78566<br>Phone (956)233-5614 fax (956)233-6596 Email:Gustavo@justice.com</td> |
| Professional Services Rendered: | | | | | |
| Luis and Carmela Munoz v. State Farm Lloyd's | | | | | |
| Ca No. B-04-141 | | | | | |
| | | AMENDED | | | |
| DATE | SOURCE | DESCRIPTION | HRS. | | |
| | | Total Sum Due | | | $ 302,393.06 |