# EXHIBIT A

STATE OF TEXAS  §
CAMERON COUNTY §

### AFFIDAVIT

BEFORE ME the undersigned notary public personally appeared Horacio L. Barrera, known to me and upon his oath duly stated as follow:

"My name is Horacio L. Barrera. I am a practicing attorney in Brownsville, Cameron County Texas. I am admitted to practice in Texas in state courts and the United States District Courts for the Southern District of Texas. I have been a practicing attorney since 1978. My practice is limited to civil litigation and handle personal injury cases as well as commercial litigation. In this respect I continue to handle insurance litigation both for and against insurance companies. I have filed bad faith litigation against insurance companies in the past and currently have one such case pending in the office. I have litigated a bad faith claim against State Farm Insurance in the past to a jury verdict in state district court and know that they aggressively defend these types of actions. I have discussed the fire loss claim case filed by Mr. Gustavo Garza and reviewed a portion of his file.

In my experience most of the cases of this nature are done on a contingency fee basis with a fee of 40% being the most common for a case that has gone to trial. Because under Texas law a prevailing party is entitled to recover attorney's fees and because Texas Supreme Court precedent requires that the prevailing party produce some evidence of the time spent working on the case, as well as the expenses involved, I have also reviewed Mr. Garza's and his co-counsel's time records between June 2003 through the present time. Those time records indicate that approximately 1,500 hours total were spent by the all of the attorneys and their paralegals in all aspects of preparation and trial of the case. Of this amount of time 950 hours were attributed to the work done by Mr. Gustavo Garza. Given the nature of claim, the defendant that was involved and the fact that the case was required to be tried before a jury in my opinion the 950 hours claimed by Mr. Garza for his work in this case appears to me to be both reasonable and necessary over the course of the last 32 months. It is also my opinion that a reasonable hourly fee charged by most experienced lawyers for this type of litigation is between $250 to $300 per hour. Therefore, it would be my opinion that a reasonable attorney's fee for Mr. Garza's work in this case would be anywhere between $237,500 to $285,000 plus any out of pocket expenses that were incurred in prosecuting the case."

_____
Horacio L. Barrera

SWORN TO AND SUBSCRIBED TO BEFORE ME THE UNDERSIGNED NOTARY PUBLIC ON THIS THE 27th DAY OF MARCH, 2006.



*San Juanita Lopez*