# EXHIBIT B

# SCOGGINS GOODMAN
ATTORNEYS AT LAW

Scoggins & Goodman, P.C. | 2800 Marquis One Tower | 245 Peachtree Center Ave., NE | Atlanta, GA 30303-1227
Ph: 404.659.1000 | Fax: 404.659.3021 | www.sgpc.com

## March 24, 2006

### FAX COVER SHEET

Please deliver the following as soon as possible:

| To: | Firm: | Fax #: | Phone #: |
|---|---|---|---|
| Gustavo Garza | | 956-233-6596 | 956-233-6514 |

| From: | David L. Rusnak | Phone #: | 404.420.5713 |
|---|---|---|---|
| Client/Matter #: | 097-24101 | Pages, with cover sheet: | 19 |

**Comments / Special Instructions:**
Pre-Bill and Invoice No.201456

| Sent By: | C SOLA |
|---|---|
| Time Sent: | 2:31 (A.M.) (P.M.) |
| Date Sent: | 3/24/06 |

## ATTENTION!
If this fax did not transmit properly please notify us immediately at (404) 659-1000.

CONFIDENTIALITY NOTE: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

164072v.1 097/24101

02/27/2006
13:10:37

Page 1

# Prebill Control Report

___ Run Prebill                    Adjusted Fees Billed: ___

___ Run Final Invoice              Bill Time; Adjust Disb To 0.00 ___
                                   Adjust Time to 0.00; Bill Disb ___
___ Hold                           Time/Disb Transferred IN ___
___ Adjust to 0.00                 Time/Disb Transferred OUT ___

Bill Attn To: Gustavo Ch. Garza, Esq.

Client: 097         David L. Rusnak, Esq.                Client: 097
Primary Contact     Gustavo Ch. Garza, Esq.              Old Ref:     Opened: 03/17/2005
Matter: 24101                                            Old Ref:     Opened: 03/17/2005
State Farm Lloyds                                                     Matter: 24101

Bill Cycle: 01      Style: c1      Start: 03/17/2005    Last Billed:    Trans Date Range: 01/01/1980 to 01/31/2006

Client Deposits Available:    0.00    Committed to Invoices:           Remaining:
Client Credits Available:     0.00    Committed to Invoices:           Remaining:
Matter Deposits Available:    0.00    Committed to Invoices:           Remaining:
Matter Credits Available:     0.00    Committed to Invoices:           Remaining:

Budget Fees:                                              Billed Fees:          Resp Empl:  David L Rusnak
Budget Expenses:    *Budgets by Client/Matter are not yet* Billed Expenses:     Bill Empl:  David L Rusnak
Budget Total:       *available in PdPartner*              Billed Total:         Alt Empl:   David L Rusnak

| Empl | Initials | FullName       | T/E | Avg Rate | Hours  | Amount    | Avg Rate | Hours  | Amount    | Rate   | Hours | Amount   |
|------|----------|----------------|-----|----------|--------|-----------|----------|--------|-----------|--------|-------|----------|
|      |          |                |     | ----ACTUAL---- |        |           | ----ACTUAL---- |        |           | ----BILLING---- |       |          |
| 055  | DLR      | David L Rusnak |  T  | 223.86   | 166.60 | 37,341.50 | 223.86   | 166.60 | 37,341.50 | 190.00 | 2.30  | 437.00   |
| sig  | sig      | Firm Attorney  |  E  |          |        |   210.44  |          |        |    210.44 |        |       |          |
|      |          |                |     |          |        |           |          |        |           |        |       |          |
|      |          |                | Total Fees:       |        | 37,341.50 |          |        | 37,341.50 |        | 2.30  | 437.00   |
|      |          |                | Total Expenses:   |        |    210.44 |          |        |    210.44 |        |       |          |
|      |          |                | Total Fee + Exp:  |        | 37,551.94 |          |        | 37,551.94 |        |       |          |

|       |             |       | W/E  | Trans      | Work |                                                                    |       |      |        |        |                          |
|-------|-------------|-------|------|------------|------|--------------------------------------------------------------------|-------|------|--------|--------|--------------------------|
| Trans | Transaction Description | | Code | Date       | Empl |                                                                    | Rate  | Hours| Amount | Value At Calc Rate | Amount Cumulative |
| 649969 | Review Munoz file and Telephone conferences with Gus Garza Re: | | T | 25 03/07/2005 | 055  DLR |                                                         | 190.00| 2.30 | 437.00 | 437.00 | 437.00 |

Client: 097  Matter: 24101

| ID | | Date | | | Timekeeper | Rate | Hours | Amount | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 649970 | Background facts, procedural history, and discovery to be taken. | | | | | | | | | | | 703.00 |
| 649971 | Research additional causes of action against Munoz insurer; Telephone conferences with Gustavo Garza Re: Offer from Opposing Attorney and additional background information. | T | 25 03/09/2005 | 055 | DLR | 190.00 | 1.40 | 266.00 | 190.00 | 1.40 | 266.00 | 779.00 |
| 647261 | Review Munoz file for discovery plan discussions with co-counsel. | T | 25 03/17/2005 | 055 | DLR | 190.00 | 0.40 | 76.00 | 190.00 | 0.40 | 76.00 | 914.00 |
| | Telephone conference with Gustavo Garza Re: Discovery issues; Telephone conference with Warren Taylor Re: Introduction, Discovery Issues, Deposition Schedule, Inspection of Documents, Privilege log, Motion for Leave to Amend, and Motion for Admission Pro Hoc Vice. | T | 25 03/21/2005 | 055 | DLR | 225.00 | 0.60 | 135.00 | 225.00 | 0.60 | 135.00 | |
| 647529 | Draft Plaintiffs' First Amended Complaint. | T | 25 03/23/2005 | 055 | DLR | 225.00 | 2.70 | 607.50 | 225.00 | 2.70 | 607.50 | 1,521.50 |
| 647816 | Continue draft of Second Amended Complaint. | T | 25 03/24/2005 | 055 | DLR | 225.00 | 1.50 | 337.50 | 225.00 | 1.50 | 337.50 | 1,859.00 |
| 648709 | Review State Farm file on Munoz; Telephone conference with Gustavo Garza Re: Discovery; Continue revision of Amended Complaint. | T | 25 03/31/2005 | 055 | DLR | 225.00 | 2.80 | 630.00 | 225.00 | 2.80 | 630.00 | 2,489.00 |
| 648940 | Complete revision of 2nd Amended Complaint, Draft Request for Production of Documents and Things; Telephone conference with Opposing Attorney Re: Motion for Admissions Pro Hoc, amending Complaint, Privilege Log, Production of Documents, Mandatory Disclosures, Supplementation of Discovery Responses, and other logistical matters. | T | 25 04/01/2005 | 055 | DLR | 225.00 | 5.20 | 1,170.00 | 225.00 | 5.20 | 1,170.00 | 3,659.00 |
| 648929 | Telephone conference with Gustavo Garza Re: Letter of Understanding and review and approval of Second Amended Complaint. | T | 25 04/04/2005 | 055 | DLR | 225.00 | 0.30 | 67.50 | 225.00 | 0.30 | 67.50 | 3,726.50 |
| 649784 | Revise Second Amended Complaint and transmit to Opposing Counsel for review and approval for filing without Motion for Leave; Research on State Farm bad faith cases in Texas.. | T | 25 04/08/2005 | 055 | DLR | 225.00 | 2.40 | 540.00 | 225.00 | 2.40 | 540.00 | 4,266.50 |
| 650399 | Final revision to Amended Complaint. | T | 25 04/13/2005 | 055 | DLR | 225.00 | 0.80 | 180.00 | 225.00 | 0.80 | 180.00 | 4,446.50 |
| 652912 | Telephone conference with Leslie Tsai Re: | T | 25 05/03/2005 | 055 | DLR | 225.00 | 1.20 | 270.00 | 225.00 | 1.20 | 270.00 | 4,716.50 |

Page Number: 5

Client: 097    Matter: 24101

| ID | Description | Type | Date | Code | Atty | Rate | Hours | Amount | Cum. Hours | Cum. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 655632 | Written consent to file Amended Complaint, discovery issues, and Rule 11 issues; Telephone conference with Gustavo Garza Re: Consent to file Amended Complaint and discovery requests. | T | 05/04/2005 | 055 | DLR | 225.00 | | | 0.40 | 90.00 | 4,806.50 |
| 653405 | Review letter from Warren Taylor Re: Amended Complaint and law concerning malicious prosecution action; Review Complaint for possible revision per Rule 11 comments by Opposing Attorney. | T | 05/06/2005 | 055 | DLR | 225.00 | | | 2.40 | 540.00 | 5,346.50 |
| 655407 | Review Answer to 2nd Amended Complaint. | T | 05/31/2005 | 055 | DLR | 225.00 | | | 0.50 | 112.50 | 5,459.00 |
| 655717 | Review of Expert Witness Materials produced by State Farm; Telephone conference with Gustavo Garza Re: Expert Witness information. | T | 06/02/2005 | 055 | DLR | 225.00 | | | 1.30 | 292.50 | 5,751.50 |
| 656469 | Telephone conference with Gustavo Garza Re: Trial tactics to prove bad faith. | T | 06/09/2005 | 055 | DLR | 225.00 | | | 0.40 | 90.00 | 5,841.50 |
| 656721 | Telephone conference with Gustavo Garza and Luis Munoz Re: Background facts. | T | 06/13/2005 | 055 | DLR | 225.00 | | | 0.30 | 67.50 | 5,909.00 |
| 658257 | Revise RFP per discussions with Gustavo Garza; Begin review of discovery requests from Defendants to Plaintiffs. | T | 06/27/2005 | 055 | DLR | 225.00 | | | 2.60 | 585.00 | 6,494.00 |
| 658503 | Review past discovery answers for defective responses; Review Interrogatories propounded to Munoz; Draft contention interrogatories to State Farm; Telephone conferences with Gustavo Garza and Warren Taylor Re: Discovery Issues. | T | 06/28/2005 | 055 | DLR | 225.00 | | | 5.40 | 1,215.00 | 7,709.00 |
| 658768 | Review file materials and correspondence between Garza and State Farm attorneys and representatives. | T | 06/30/2005 | 055 | DLR | 225.00 | | | 1.50 | 337.50 | 8,046.50 |
| 660064 | Review timelines of events; Telephone conferences with Gustavo Garza and Hervey Levin Re: Indictment of Cavasos. | T | 07/14/2005 | 055 | DLR | 225.00 | | | 0.20 | 45.00 | 8,091.50 |
| 660412 | Review research provided by HPL; | T | 07/15/2005 | 055 | DLR | 225.00 | | | 0.30 | 67.50 | 8,159.00 |

Page Number: 4

Client: 097    Matter: 24101

| ID | Description | T | Date | Code | Atty | Rate | Hours | Rate | Amount | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 3.60 | 810.00 8,969.00 |
| 660555 | Telephone conferences with Gustavo Garza Re: Responses to Discovery requests to Plaintiffs; Draft responses and objections to RFP's to Luis Munoz and Carmela Munoz; Communication with Warren Taylor Re: Time for responses -- extension due to adverse weather. | T | 25 07/18/2005 | 055 | DLR | 225.00 | 3.60 | 225.00 | 810.00 | | |
| 660687 | Telephone conference with Gustavo Garza Re: Responses to Interrogatories. | T | 25 07/19/2005 | 055 | DLR | 225.00 | 1.50 | 225.00 | 337.50 | 1.50 | 337.50 9,306.50 |
| 661002 | Telephone conference with Opposing Attorney Re: Logistics for production of documents. | T | 25 07/22/2005 | 055 | DLR | 225.00 | 0.20 | 225.00 | 45.00 | 0.20 | 45.00 9,351.50 |
| 662135 | Telephone conference with Gus Garza and Luis Munoz Re: Responses to Interrogatories; Review of responses to interrogatories from State Farm. | T | 25 08/01/2005 | 055 | DLR | 225.00 | 1.90 | 225.00 | 427.50 | 1.90 | 427.50 9,779.00 |
| 662296 | Telephone conferences with Gustavo Garza Re: Responses and objections to interrogatories; Revise answers and objections to Interrogatories. | T | 25 08/02/2005 | 055 | DLR | 225.00 | 1.10 | 225.00 | 247.50 | 1.10 | 247.50 10,026.50 |
| 663943 | Telephone conference with Gus Garza Re: Documents produced by State Farm. | T | 25 08/17/2005 | 055 | DLR | 225.00 | 0.40 | 225.00 | 90.00 | 0.40 | 90.00 10,116.50 |
| 664297 | Telephone conference with Gustavo Garza Re: Expert witness and documents not produced by State Farm. | T | 25 08/22/2005 | 055 | DLR | 225.00 | 0.30 | 225.00 | 67.50 | 0.30 | 67.50 10,184.00 |
| 664611 | Telephone conference with Opposing Attorney Re: Document production and Consent Motion to extend time for discovery. | T | 25 08/24/2005 | 055 | DLR | 225.00 | 0.20 | 225.00 | 45.00 | 0.20 | 45.00 10,229.00 |
| 664644 | Telephone conferences with Gustavo Garza and expert witness Re: Matter reflected in documents produced by State Farm. | T | 25 08/25/2005 | 055 | DLR | 225.00 | 1.30 | 225.00 | 292.50 | 1.30 | 292.50 10,521.50 |
| 665066 | Review correspondence from Opposing Attorney Re: Privilege claims; Telephone conferences with Opposing Attorney Re: Deposition dates and discovery. | T | 25 08/29/2005 | 055 | DLR | 225.00 | 0.50 | 225.00 | 112.50 | 0.50 | 112.50 10,634.00 |
| 665480 | Review Scheduling Order; Telephone conferences with Opposing Attorney and Gus Garza Re: Extension of time issues. | T | 25 08/30/2005 | 055 | DLR | 225.00 | 0.80 | 225.00 | 180.00 | 0.80 | 180.00 10,814.00 |
| 665525 | Telephone conferences with Gustavo Garza and Opposing Attorney Re: Discovery and expert witness issues. | T | 25 08/31/2005 | 055 | DLR | 225.00 | 1.30 | 225.00 | 292.50 | 1.30 | 292.50 11,106.50 |
| 666051 | Telephone conferences with Warren Taylor, | T | 25 09/01/2005 | 055 | DLR | 225.00 | 1.20 | 225.00 | 270.00 | 1.20 | 270.00 11,376.50 |

Page Number: 5                                  Client: 097    Matter: 24101

Leslie Tan, Hervey Levin and Gus Garza Re: Refusal of State Farm to extend time for expert witness report and use of former adjuster as fact witness.

| ID | Description | T | Date | Code | Init | Rate | Hours | Amount | Rate | Cum |
|---|---|---|---|---|---|---|---|---|---|---|
| 666118 | Telephone conference with Gus Garza Re: Preparation for response to anticipated Motion for Summary Judgment on Bad Faith. | T | 25 09/07/2005 | 055 | DLR | 225.00 | 1.00 | 225.00 | 225.00 | 11,601.50 |
| 666818 | Begin review of Partial Motions for Summary Judgment. | T | 25 09/13/2005 | 055 | DLR | 225.00 | 0.40 | 90.00 | 225.00 | 11,691.50 |
| 667032 | Telephone conference with Gus Garza Re: Motions for Summary Judgment. | T | 25 09/14/2005 | 055 | DLR | 225.00 | 0.20 | 45.00 | 225.00 | 11,736.50 |
| 667077 | Telephone conferences with Gus Garza Re: Response to Motions for Summary Judgment; Review of PMSJ Bad Faith Claims. | T | 25 09/15/2005 | 055 | DLR | 225.00 | 4.20 | 945.00 | 225.00 | 12,681.50 |
| 667500 | Telephone conferences with Gus Garza and Hervey Levin Re: Response to Motions for Summary Judgment, Affidavit of Karen Burnett and Affidavit of Tom Reed. | T | 25 09/16/2005 | 055 | DLR | 225.00 | 1.10 | 247.50 | 225.00 | 12,929.00 |
| 667384 | Review Motions for Summary Judgment -- Entire Claim; Telephone conference with Gus Garza and Luis Munoz Re: Response to Motions for Summary Judgment. | T | 25 09/19/2005 | 055 | DLR | 225.00 | 1.50 | 337.50 | 225.00 | 13,266.50 |
| 667615 | Draft objections to State Farm's PMSJ. | T | 25 09/20/2005 | 055 | DLR | 225.00 | 2.70 | 607.50 | 225.00 | 13,874.00 |
| 667633 | Complete Motion to Strike Summary Judgment Evidence; Telephone conferences with Gus Garza Re: Motions for Summary Judgment and Munoz summary judgment evidence; Telephone conference with Leslie Tan Re: Agreement to extend time to respond to motion. | T | 25 09/21/2005 | 055 | DLR | 225.00 | 3.80 | 855.00 | 225.00 | 14,729.00 |
| 667964 | Telephone conferences with Hervey Levin and Gus Garza Re: Affidavit of District Attorney and proof of no-bill at trial. | T | 25 09/23/2005 | 055 | DLR | 225.00 | 0.20 | 45.00 | 225.00 | 14,774.00 |
| 668245 | Telephone conference with Gus Garza Re: Pena testimony; Telephone conference | T | 25 09/26/2005 | 055 | DLR | 225.00 | 0.40 | 90.00 | 225.00 | 14,864.00 |
| 668367 | Telephone conferences with Leslie Tan and Gus Garza Re: Motions for Summary Judgment response and deposition of Tom Reed. | T | 25 09/27/2005 | 055 | DLR | 225.00 | 0.50 | 112.50 | 225.00 | 14,976.50 |
| 668531 | Begin preparation for Tom Reed deposition; Draft Consent Motion and Order to extend | T | 25 09/28/2005 | 055 | DLR | 225.00 | 8.70 | 1,957.50 | 225.00 | 16,934.00 |

Client: 09/    Matter: 24101

| ID | Description | | Date | | Atty | Rate | Hours | Amount | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | time to respond to Motions for Summary Judgment; Telephone conference with Opposing Attorney Re: Refusal to consent without condition of new trial; Draft motion to extend time, Order to extend time, Responses to partial and full motions for summary judgment; Order denying motions; Revise affidavit of Luis Munoz; Telephone conferences with Gus Garza Re: Responses to motions for summary judgment. | | | | | | | | | | |
| 668807 | Review correspondence to and from State Farm for response to motion for summary judgment; continue draft of response to motion for summary judgment. | T | 25 09/29/2005 | 055 | DLR | 225.00 | 3.60 | 810.00 | 225.00 | 3.60 | 810.00 17,744.00 |
| 669038 | Complete draft of response to motion for summary judgment. | T | 25 09/30/2005 | 055 | DLR | 225.00 | 3.80 | 855.00 | 225.00 | 3.80 | 855.00 18,599.00 |
| 669276 | Telephone conferences with Warren Taylor, Gus Garza, and Hervey Levin Re: Discovery and resposnes to motions for summary judgment. | T | 25 10/03/2005 | 055 | DLR | 225.00 | 0.60 | 135.00 | 225.00 | 0.60 | 135.00 18,734.00 |
| 669208 | Telephone conference with Luis Munoz and Gus Garza Re: Depositions; Revise memorandum regarding Tom Reed Deposition. | T | 25 10/04/2005 | 055 | DLR | 225.00 | 0.90 | 202.50 | 225.00 | 0.90 | 202.50 18,936.50 |
| 669477 | Telephone conference with Gus Garza and Luis and Carmela Munoz Re: Deposition preparation. | T | 25 10/05/2005 | 055 | DLR | 225.00 | 0.90 | 202.50 | 225.00 | 0.90 | 202.50 19,139.00 |
| 669544 | Review prior fire claim files, Capetillo lawsuit and settlement agreement for Reed Deposition; Telephone conference with Gus Garza Re: Clients' depositions. | T | 25 10/06/2005 | 055 | DLR | 225.00 | 2.20 | 495.00 | 225.00 | 2.20 | 495.00 19,634.00 |
| 669832 | Telephone conferences with Opposing Attorney and Gus Garza Re: Deposition of Tom Reed; Draft Notice of Deposition of Tom Reed; Telephone conference with Gus Garza Re: Ben Capetillo interview and testimony. | T | 25 10/10/2005 | 055 | DLR | 225.00 | 1.20 | 270.00 | 225.00 | 1.20 | 270.00 19,904.00 |
| 670145 | Review investigation file, interviews and police records gathered by State Farm. | T | 25 10/11/2005 | 055 | DLR | 225.00 | 5.90 | 1,327.50 | 225.00 | 5.90 | 1,327.50 21,231.50 |
| 670426 | Review remainder of documents produced by State Farm; Telephone conference with Leslie Tan and Gus Garza Re: Reed deposition. | T | 25 10/12/2005 | 055 | DLR | 225.00 | 4.20 | 945.00 | 225.00 | 4.20 | 945.00 22,176.50 |

Client: U97    Matter: 24101

| ID | | Date | | | Description | Tkpr | Rate | Hours | Rate | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 670757 | T | 25 | 10/14/2005 | 055 | Telephone conference with Gus Garza Re: Tom Reed deposition; Continue preparation for deposition of Tom Reed. | DLR | 225.00 | 1.80 | 225.00 | 405.00 | 22,581.50 |
| 670970 | T | 25 | 10/18/2005 | 055 | Telephone conference with Gus Garza Re: Exhibits for Deposition of Tom Reed. | DLR | 225.00 | 1.00 | 225.00 | 225.00 | 22,806.50 |
| 671366 | T | 25 | 10/19/2005 | 055 | Final preparation for Reed Deposition | DLR | 225.00 | 4.30 | 225.00 | 967.50 | 23,774.00 |
| 671418 | T | 25 | 10/21/2005 | 055 | Deposition of Tom Reed. | DLR | 225.00 | 8.50 | 225.00 | 1,912.50 | 25,686.50 |
| 671419 | T | 25 | 10/21/2005 | 055 | Continuation of deposition of Tom Reed | DLR | 225.00 | 3.90 | 225.00 | 877.50 | 26,564.00 |
| 671435 | T | 25 | 10/23/2005 | 055 | Work on amended briefs responding to State Farm motions for summary judgment. | DLR | 225.00 | 5.70 | 225.00 | 1,282.50 | 27,846.50 |
| 671483 | T | 25 | 10/24/2005 | 055 | Compete draft of amended responses to motions for summary judgment. | DLR | 225.00 | 4.50 | 225.00 | 1,012.50 | 28,859.00 |
| 671888 | T | 25 | 10/25/2005 | 055 | Revise responses to motions for summary judgment. | DLR | 225.00 | 5.00 | 225.00 | 1,125.00 | 29,984.00 |
| 671916 | T | 25 | 10/26/2005 | 055 | Telephone conferences with Gus Garza Re: Responses to Motions for Summary Judgment. | DLR | 225.00 | 0.40 | 225.00 | 90.00 | 30,074.00 |
| 672351 | T | 25 | 10/28/2005 | 055 | Review Motion for additional discovery. | DLR | 225.00 | 0.20 | 225.00 | 45.00 | 30,119.00 |
| 673883 | T | 25 | 11/10/2005 | 055 | Telephone conferences with Gus Garza Re: Depositions of Pena, Barnett and Perez, and new scheduling order and trial of case. | DLR | 225.00 | 0.50 | 225.00 | 112.50 | 30,231.50 |
| 674378 | T | 25 | 11/15/2005 | 055 | Telephone conference with Gus Garza Re: Continuation of Pena deposition. | DLR | 225.00 | 0.20 | 225.00 | 45.00 | 30,276.50 |
| 674614 | T | 25 | 11/16/2005 | 055 | Begin work on Pretrial Order. | DLR | 225.00 | 0.40 | 225.00 | 90.00 | 30,366.50 |
| 675441 | T | 25 | 11/28/2005 | 055 | Begin review of Motions, Replies and Responses to Summary Judgment Motions filed by State Farm; Telephone conference with Gustavo Garza Re: Replies to Motions, Replies and Responses filed by State Farm. | DLR | 225.00 | 0.60 | 225.00 | 135.00 | 30,501.50 |
| 675940 | T | 25 | 12/01/2005 | 055 | Telephone conference with Opposing Attorney Re: Motion for Continuance. | DLR | 225.00 | 0.20 | 225.00 | 45.00 | 30,546.50 |
| 676066 | T | 25 | 12/02/2005 | 055 | Telephone conference with Gus Garza Re: Responses to Motions by State Farm concerning summary judgment. | DLR | 225.00 | 0.50 | 225.00 | 112.50 | 30,659.00 |
| 676515 | T | 25 | 12/06/2005 | 055 | Draft reply to Response to Objections to PMSJ evidence; Draft memo on evidence supporting responses to motions for summary judgment. | DLR | 225.00 | 4.80 | 225.00 | 1,080.00 | 31,739.00 |
| 676954 | T | 25 | 12/07/2005 | 055 | Review Motion to Exclude; Revise and complete draft of reply to response to | DLR | 225.00 | 3.90 | 225.00 | 877.50 | 32,616.50 |

Page Number: 8                                                                 Client: 097                    Matter: 24101

| ID | | Date | Code | Atty | Rate | Hours | Amount | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | objections to partial summary judgment evidence; Review reply's to msj responses; Telephone conferences with Gus Garza and Warren Taylor Re: Trial continuance and mediation. | | | | | | | | | |
| 676677 | Telephone conferences with Gus Garza Re: Responses to motions and replies of State Farm. | T | 25 12/08/2005 055 | DLR | 225.00 | 225.00 | 0.40 | 0.40 | 225.00 | 90.00 32,706.50 |
| 676698 | Review deposition testimony and Motion to Exclude for response; Telephone conference with Gus Garza Re: Motion to Exclude; Telephone conferences with Gus Garza and Leslie Tan Re: Trial date set in response to motion for continuance; Draft response to Motion to Exclude. | T | 25 12/09/2005 055 | DLR | 225.00 | 225.00 | 5.20 | 5.20 | 225.00 | 1,170.00 33,876.50 |
| 677072 | Telephone conference with Gus Garza Re: Response to Motion to Exclude. | T | 25 12/12/2005 055 | DLR | 225.00 | 225.00 | 0.30 | 0.30 | 225.00 | 67.50 33,944.00 |
| 677418 | Telephone conferences with Gus Garza and Hervey Levin Re: Settlement discussions. | T | 25 12/14/2005 055 | DLR | 225.00 | 225.00 | 0.40 | 0.40 | 225.00 | 90.00 34,034.00 |
| 677539 | Review Orders from Court and telephone conferences with Gus Garza and Hervey Levin Re: Denial of Motion to Exclude. | T | 25 12/15/2005 055 | DLR | 225.00 | 225.00 | 0.30 | 0.30 | 225.00 | 67.50 34,101.50 |
| 677666 | Telephone conferences with Hervey Levin and Gus Garza Re: Motion for Continuance. | T | 25 12/16/2005 055 | DLR | 225.00 | 225.00 | 0.80 | 0.80 | 225.00 | 180.00 34,281.50 |
| 680196 | Telephone conference with Opposing Attorney Re: Pretrial Order, Begin draft of Pretrial Order. | T | 25 01/12/2006 055 | DLR | 225.00 | 225.00 | 0.50 | 0.50 | 225.00 | 112.50 34,394.00 |
| 680524 | Analysis of Order denying State Farm Motions for Summary Judgment. | T | 25 01/13/2006 055 | DLR | 225.00 | 225.00 | 0.40 | 0.40 | 225.00 | 90.00 34,484.00 |
| 680334 | Draft of Joint Pretrial Order | T | 25 01/16/2006 055 | DLR | 225.00 | 225.00 | 1.50 | 1.50 | 225.00 | 337.50 34,821.50 |
| 680532 | Draft Joint Pretrial Order and jury instructions and questions. | T | 25 01/17/2006 055 | DLR | 225.00 | 225.00 | 7.50 | 7.50 | 225.00 | 1,687.50 36,509.00 |
| 680650 | Telephone conferences with Gus Garza and Gary Toman Re: Proposed jury charges; Continue work on Jury Charge. | T | 25 01/18/2006 055 | DLR | 225.00 | 225.00 | 0.90 | 0.90 | 225.00 | 202.50 36,711.50 |
| 680790 | Complete draft of Jury Questions. | T | 25 01/19/2006 055 | DLR | 225.00 | 225.00 | 0.50 | 0.50 | 225.00 | 112.50 36,824.00 |
| 681167 | Review draft letter by Hervey Levin to State Farm. | T | 25 01/23/2006 055 | DLR | 225.00 | 225.00 | 0.20 | 0.20 | 225.00 | 45.00 36,869.00 |
| 681571 | Review of 5th Circuit Pattern Jury Charges for damage standards applied by court. | T | 25 01/26/2006 055 | DLR | 225.00 | 225.00 | 0.40 | 0.40 | 225.00 | 90.00 36,959.00 |
| 681649 | Telephone conference with Gus Garza and | T | 25 01/27/2006 055 | DLR | 225.00 | 225.00 | 0.90 | 0.90 | 225.00 | 202.50 37,161.50 |

Page Number: 5

**Client: 097**     **Matter: 24101**

Luis Munoz Re: Trial Preparation and pretrial conference issues.

| ID | Description | Type | Code | Date | Ref | Category | Rate | Amount | Hours | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 683991 | Telephone conference with Gus Garza Re: Evidentiary issues for admission of repair reports. | T | 25 | 01/30/2006 | 055 | | DLR | 225.00 | 0.20 | 45.00 |
| 682140 | Telephone conferences with Gus Garza and Hervey Levin Re: Pretrial conference and settlement. | T | 25 | 01/31/2006 | 055 | | DLR | 225.00 | 0.60 | 135.00 |
| | Total Time Cards | | | | | | | | 166.60 | 37,341.50 |
| 649343 | Telecopy expense | E | 06 | 04/06/2005 | | sig | | | 0.60 | 0.60 |
| 649349 | Telecopy expense | E | 06 | 04/06/2005 | | sig | | | 0.60 | 0.60 |
| 650168 | Copying Expense | E | 01 | 04/12/2005 | | sig | | | 0.77 | 1.20 |
| 650321 | Postage | E | 02 | 04/12/2005 | | sig | | | 0.37 | 1.97 |
| 650322 | Postage | E | 02 | 04/12/2005 | | sig | | | 0.37 | 2.34 |
| 650323 | Postage | E | 02 | 04/12/2005 | | sig | | | 0.37 | 2.71 |
| 650324 | Postage | E | 02 | 04/12/2005 | | sig | | | 0.37 | 3.08 |
| 650336 | Air Courier | E | 12 | 04/12/2005 | | sig | | | 0.37 | 3.45 |
| 652987 | Telecopy expense | E | 06 | 05/04/2005 | | sig | | | 15.99 | 19.44 |
| 652990 | Telecopy expense | E | 06 | 05/04/2005 | | sig | | | 0.60 | 20.04 |
| 653504 | Telecopy expense | E | 06 | 05/09/2005 | | sig | | | 0.60 | 20.64 |
| 653506 | Telecopy expense | E | 06 | 05/09/2005 | | sig | | | 0.40 | 21.04 |
| 654554 | Telecopy expense | E | 06 | 05/20/2005 | | sig | | | 0.40 | 21.44 |
| 655499 | Long Distance telephone charges | E | 03 | 05/31/2005 | | sig | | | 2.40 | 23.84 |
| 655559 | Telecopy expense | E | 06 | 06/01/2005 | | sig | | | 1.14 | 24.98 |
| 656194 | Long Distance telephone charges | E | 03 | 06/08/2005 | | sig | | | 1.80 | 26.78 |
| 660268 | Long Distance telephone charges | E | 03 | 07/15/2005 | | sig | | | 1.74 | 28.52 |
| 661012 | Telecopy expense | E | 06 | 07/22/2005 | | sig | | | 4.80 | 33.32 |
| 662208 | Telecopy expense | E | 06 | 08/02/2005 | | sig | | | 0.40 | 33.72 |
| 665474 | Long Distance telephone charges | E | 03 | 08/30/2005 | | sig | | | 0.80 | 34.52 |
| 666155 | Telecopy expense | E | 06 | 09/07/2005 | | sig | | | 6.18 | 40.70 |
| 666366 | Telecopy expense | E | 06 | 09/09/2005 | | sig | | | 2.80 | 43.50 |
| 666971 | Telecopy expense | E | 06 | 09/14/2005 | | sig | | | 0.40 | 43.90 |
| 667111 | Telecopy expense | E | 06 | 09/15/2005 | | sig | | | 4.60 | 48.50 |
| 667112 | Telecopy expense | E | 06 | 09/15/2005 | | sig | | | 1.80 | 50.30 |
| 667116 | Telecopy expense | E | 06 | 09/15/2005 | | sig | | | 2.00 | 52.30 |
| 667770 | Telecopy expense | E | 06 | 09/21/2005 | | sig | | | 0.40 | 52.70 |
| 667775 | Telecopy expense | E | 06 | 09/21/2005 | | sig | | | 0.40 | 53.10 |
| 667780 | Telecopy expense | E | 06 | 09/21/2005 | | sig | | | 0.40 | 53.50 |
| 667782 | Telecopy expense | E | 06 | 09/21/2005 | | sig | | | 7.00 | 60.50 |
| 667786 | Telecopy expense | E | 06 | 09/21/2005 | | sig | | | 7.40 | 67.90 |
| 667803 | Telecopy expense | E | 06 | 09/21/2005 | | sig | | | 3.40 | 71.30 |
| 667811 | Telecopy expense | E | 06 | 09/21/2005 | | sig | | | 0.80 | 72.10 |
| 667813 | Telecopy expense | E | 06 | 09/21/2005 | | sig | | | 0.80 | 72.90 |
| 668001 | Telecopy expense | E | 06 | 09/22/2005 | | sig | | | 0.60 | 73.50 |
| 668010 | Telecopy expense | E | 06 | 09/22/2005 | | sig | | | 0.80 | 74.30 |
| | Telecopy expense | E | 06 | 09/22/2005 | | sig | | | 2.60 | 76.90 |

Client: 097                                                                 Matter: 24101

| ID | Type | Date | Code1 | Code2 | Description | Amount | Total |
|---|---|---|---|---|---|---|---|
| 668157 | E | 09/26/2006 | sig | sig | Telecopy expense | 0.60 | 77.50 |
| 669139 | E | 10/03/2006 | sig | sig | Telecopy expense | 2.80 | 80.30 |
| 669449 | E | 10/05/2006 | sig | sig | Telecopy expense | 1.40 | 81.70 |
| 669874 | E | 10/10/2006 | sig | sig | Telecopy expense | 1.20 | 82.90 |
| 670249 | E | 10/12/2006 | sig | sig | Telecopy expense | 2.00 | 84.90 |
| 670420 | E | 10/13/2006 | sig | sig | Telecopy expense | 0.80 | 85.70 |
| 670508 | E | 10/14/2006 | sig | sig | Long Distance telephone charges | 14.82 | 100.52 |
| 670610 | E | 10/14/2006 | sig | sig | Telecopy expense | 1.07 | 101.59 |
| 670624 | E | 10/14/2006 | sig | sig | Telecopy expense | 1.20 | 102.79 |
| 671099 | E | 10/19/2006 | sig | sig | Copying Expense | 7.70 | 110.49 |
| 671113 | E | 10/19/2006 | sig | sig | Copying Expense | 30.38 | 140.87 |
| 671445 | E | 10/21/2006 | sig | sig | Telecopy expense | 1.00 | 141.87 |
| 671447 | E | 10/21/2006 | sig | sig | Telecopy expense | 0.80 | 142.67 |
| 671531 | E | 10/24/2006 | sig | sig | Telecopy expense | 2.80 | 145.47 |
| 671709 | E | 10/25/2006 | sig | sig | Telecopy expense | 0.60 | 146.07 |
| 672461 | E | 10/31/2006 | sig | sig | Long Distance telephone charges | 12.30 | 158.37 |
| 673859 | E | 11/10/2006 | sig | sig | Telecopy expense | 1.20 | 159.57 |
| 675579 | E | 11/30/2006 | sig | sig | Long Distance telephone charges | 1.80 | 161.37 |
| 676041 | E | 12/02/2006 | sig | sig | Telecopy expense | 5.60 | 166.97 |
| 676045 | E | 12/02/2006 | sig | sig | Telecopy expense | 11.00 | 177.97 |
| 676782 | E | 12/09/2006 | sig | sig | Telecopy expense | 1.80 | 179.77 |
| 676794 | E | 12/09/2006 | sig | sig | Telecopy expense | 0.60 | 180.37 |
| 676924 | E | 12/12/2006 | sig | sig | Telecopy expense | 0.80 | 181.17 |
| 677339 | E | 12/14/2006 | sig | sig | Telecopy expense | 0.80 | 181.97 |
| 677484 | E | 12/15/2006 | sig | sig | Telecopy expense | 0.60 | 182.57 |
| 677486 | E | 12/15/2006 | sig | sig | Telecopy expense | 1.20 | 183.77 |
| 677494 | E | 12/15/2006 | sig | sig | Telecopy expense | 4.80 | 188.57 |
| 679005 | E | 12/31/2006 | sig | sig | Long Distance telephone charges | 10.38 | 198.95 |
| 679486 | E | 01/06/2006 | sig | sig | Telecopy expense | 0.60 | 199.55 |
| 680227 | E | 01/13/2006 | sig | sig | Copying Expense | 0.84 | 200.39 |
| 680271 | E | 01/13/2006 | sig | sig | Telecopy expense | 2.40 | 202.79 |
| 680273 | E | 01/13/2006 | sig | sig | Telecopy expense | 0.60 | 203.39 |
| 680438 | E | 01/17/2006 | sig | sig | Telecopy expense | 1.40 | 204.79 |
| 681223 | E | 01/24/2006 | sig | sig | Telecopy expense | 0.60 | 205.39 |
| 681936 | E | 01/31/2006 | sig | sig | Long Distance telephone charges | 5.05 | 210.44 |

Total Expense Cards                                   210.44             210.44

Matter Total Fee                            166.60          37,341.50
Matter Total Expense                          0.00             210.44
Matter Total                                166.60          37,551.94

Prebill Total Fee                           166.60          37,341.50
Prebill Total Exp                             0.00             210.44
Prebill Total                               166.60          37,551.94



# SCOGGINS GOODMAN
ATTORNEYS AT LAW

Luis and Carmela Munoz  
c/o Gustavo Ch. Garza, Esq.  
705 West Highway 100, Suite A  
Los Fresno, Texas 78566  

Gustavo Ch. Garza, Esq.

Client: 097   Matter: 24101  
Invoice: 201456   Page: 1  

February 01, 2006  

Fed. Tax ID # 58-1417299

For Professional Services Rendered in Connection With:

Matter: 24101

Munoz, et ux v. State Farm Lloyds

| | | |
|---|---|---|
| 03/07/2005 | DLR | Review Munoz file and Telephone conferences with Gus Garza Re: Background facts, procedural history, and discovery to be taken. |
| 03/09/2005 | DLR | Research additional causes of action against Munoz insurer; Telephone conferences with Gustavo Garza Re: Offer from Opposing Attorney and additional background information. |
| 03/17/2005 | DLR | Review Munoz file for discovery plan discussions with co-counsel. |
| 03/21/2005 | DLR | Telephone conference with Gustavo Garza Re: Discovery issues; Telephone conference with Warren Taylor Re: Introduction, Discovery Issues, Deposition Schedule, Inspection of Documents, Privilege log, Motion for Leave to Amend, and Motion for Admission Pro Hoc Vice. |
| 03/23/2005 | DLR | Draft Plaintiffs' First Amended Complaint. |
| 03/24/2005 | DLR | Continue draft of Second Amended Complaint. |
| 03/31/2005 | DLR | Review State Farm file on Munoz; Telephone conference with Gustavo Garza Re: Discovery; Continue revision of Amended Complaint. |
| 04/01/2005 | DLR | Complete revision of 2nd Amended Complaint, Draft Request for Production of Documents and Things; Telephone conference with Opposing Attorney Re: Motion for Admissions Pro Hoc, amending Complaint, Privilege Log, Production of Documents, Mandatory Disclosures, Supplementation of Discovery Responses, and other logistical matters. |
| 04/04/2005 | DLR | Telephone conference with Gustavo Garza Re: Letter of Understanding and review and approval of Second Amended Complaint. |



# SCOGGINS GOODMAN
ATTORNEYS AT LAW

Client: 097  Matter: 24101
Invoice: 201456  Page: 2
February 01, 2006

| Date | Atty | Description |
|---|---|---|
| 04/08/2005 | DLR | Revise Second Amended Complaint and transmit to Opposing Counsel for review and approval for filing without Motion for Leave; Research on State Farm bad faith cases in Texas.. |
| 04/13/2005 | DLR | Final revision to Amended Complaint. |
| 05/03/2005 | DLR | Telephone conference with Leslie Tsai Re: Written consent to file Amended Complaint, discovery issues, and Rule 11 issues; Telephone conference with Gustavo Garza Re: Consent to file Amended Complaint and discovery requests. |
| 05/04/2005 | DLR | Review letter from Warren Taylor Re: Amended Complaint and law concerning malicious prosecution action; Review Complaint for possible revision per Rule 11 comments by Opposing Attorney. |
| 05/06/2005 | DLR | Review case law from Warren Taylor Re: Malicious prosecution; Telephone conference with Gustavo Garza Re: Malicious prosecution action; Telephone conference with Opposing Attorney Re: Malicious prosecution action; Revise 2nd Amended Complaint. |
| 05/31/2005 | DLR | Review Answer to 2nd Amended Complaint. |
| 06/02/2005 | DLR | Review of Expert Witness Materials produced by State Farm; Telephone conference with Gustavo Garza Re: Expert Witness information. |
| 06/09/2005 | DLR | Telephone conference with Gustavo Garza Re: Trial tactics to prove bad faith. |
| 06/13/2005 | DLR | Telephone conference with Gustavo Garza and Luis Munoz Re: Background facts. |
| 06/27/2005 | DLR | Revise RFP per discussions with Gustavo Garza; Begin review of discovery requests from Defendants to Plaintiffs. |
| 06/28/2005 | DLR | Review past discovery answers for defective responses; Review Interrogatories propounded to Munoz; Draft contention interrogatories to State Farm; Telephone conferences with Gustavo Garza and Warren Taylor Re: Discovery Issues. |
| 06/30/2005 | DLR | Review file materials and correspondence between Garza and State Farm attorneys and representatives. |
| 07/14/2005 | DLR | Review timelines of events; Telephone conferences with Gustavo Garza and Hervey Levin Re: Indictment of Cavasos. |
| 07/15/2005 | DLR | Review research provided by HPL; |



Client: 097  Matter: 24101
Invoice: 201456  Page: 3
February 01, 2006

| Date | | Description |
|---|---|---|
| 07/18/2005 | DLR | Telephone conferences with Gustavo Garza Re: Responses to Discovery requests to Plaintiffs; Draft responses and objections to RFP's to Luis Munoz and Carmela Munoz; Communication with Warren Taylor Re: Time for responses -- extension due to adverse weather. |
| 07/19/2005 | DLR | Telephone conference with Gustavo Garza Re: Responses to Interrogatories. |
| 07/22/2005 | DLR | Telephone conference with Opposing Attorney Re: Logistics for production of documents. |
| 08/01/2005 | DLR | Telephone conference with Gus Garza and Luis Munoz Re: Responses to Interrogatories; Review of responses to interrogatories from State Farm. |
| 08/02/2005 | DLR | Telephone conferences with Gustavo Garza Re: Responses and objections to interrogatories; Revise answers and objections to Interrogatories. |
| 08/17/2005 | DLR | Telephone conference with Gus Garza Re: Documents produced by State Farm. |
| 08/22/2005 | DLR | Telephone conference with Gustavo Garza Re: Expert witness and documents not produced by State Farm. |
| 08/24/2005 | DLR | Telephone conference with Opposing Attorney Re: Document production and Consent Motion to extend time for discovery. |
| 08/25/2005 | DLR | Telephone conference with Gustavo Garza and expert witness Re: Matter reflected in documents produced by State Farm. |
| 08/29/2005 | DLR | Review correspondence from Opposing Attorney Re: Privilege claims; Telephone conferences with Opposing Attorney Re: Deposition dates and discovery. |
| 08/30/2005 | DLR | Review Scheduling Order; Telephone conferences with Opposing Attorney and Gus Garza Re: Extension of time issues. |
| 08/31/2005 | DLR | Telephone conferences with Gustavo Garza and Opposing Attorney Re: Discovery and expert witness issues. |
| 09/01/2005 | DLR | Telephone conferences with Warren Taylor, Leslie Tan, Hervey Levin and Gus Garza Re: Refusal of State Farm to extend time for expert witness report and use of former adjuster as fact witness. |
| 09/07/2005 | DLR | Telephone conference with Gus Garza Re: Preparation for response to anticipated Motion for Summary Judgment on Bad Faith. |
| 09/13/2005 | DLR | Begin review of Partial Motions for Summary Judgment. |



# SCOGGINS GOODMAN
ATTORNEYS AT LAW

Client: 097  Matter: 24101
Invoice: 201456  Page: 4
February 01, 2006

| Date | | Description |
|---|---|---|
| 09/14/2005 | DLR | Telephone conference with Gus Garza Re: Motions for Summary Judgment. |
| 09/15/2005 | DLR | Telephone conferences with Gus Garza Re: Response to Motions for Summary Judgment; Review of PMSJ Bad Faith Claims. |
| 09/16/2005 | DLR | Telephone conferences with Gus Garza and Hervey Levin Re: Response to Motions for Summary Judgment, Affidavit of Karen Burnett and Affidavit of Tom Reed.. |
| 09/19/2005 | DLR | Review Motions for Summary Judgment -- Entire Claim; Telephone conference with Gus Garza and Luis Munoz Re: Response to Motions for Summary Judgment. |
| 09/20/2005 | DLR | Draft objections to State Farm's PMSJ. |
| 09/21/2005 | DLR | Complete Motion to Strike Summary Judgment Evidence; Telephone conferences with Gus Garza Re: Motions for Summary Judgment and Munoz summary judgment evidence; Telephone conference with Leslie Tan Re: Agreement to extend time to respond to motion. |
| 09/23/2005 | DLR | Telephone conferences with Hervey Levin and Gus Garza Re: Affidavit of District Attorney and proof of no-bill at trial. |
| 09/26/2005 | DLR | Telephone conference with Gus Garza Re: Pena testimony; Telephone conference |
| 09/27/2005 | DLR | Telephone conferences with Leslie Tan and Gus Garza Re: Motions for Summary Judgment response and deposition of Tom Reed. |
| 09/28/2005 | DLR | Begin preparation for Tom Reed deposition; Draft Consent Motion and Order to extend time to respond to Motions for Summary Judgment; Telephone conference with Opposing Attorney Re: Refusal to consent without condition of new trial; Draft motion to extend time, Order to extend time, Responses to partial and full motions for summary judgment; Order denying motions; Revise affidavit of Luis Munoz; Telephone conferences with Gus Garza Re: Responses to motions for summary judgment. |
| 09/29/2005 | DLR | Review correspondence to and from State Farm for response to motion for summary judgment; continue draft of response to motion for summary judgment. |
| 09/30/2005 | DLR | Compete draft of response to motion for summary judgment. |



# SCOGGINS GOODMAN
ATTORNEYS AT LAW

Client: 097         Matter: 24101
Invoice: 201456     Page: 5
February 01, 2006

| Date | Atty | Description |
|---|---|---|
| 10/03/2005 | DLR | Telephone conferences with Warren Taylor, Gus Garza, and Hervey Levin Re: Discovery and resposnes to motions for summary judgment. |
| 10/04/2005 | DLR | Telephone conference with Luis Munoz and Gus Garza Re: Depositions; Revise memorandum regarding Tom Reed Deposition. |
| 10/05/2005 | DLR | Telephone conference with Gus Garza and Luis and Carmela Munoz Re: Deposition preparation. |
| 10/06/2005 | DLR | Review prior fire claim files, Capetillo lawsuit and settlement agreement for Reed Deposition; Telephone conference with Gus Garza Re: Clients' depositions. |
| 10/10/2005 | DLR | Telephone conferences with Opposing Attorney and Gus Garza Re: Deposition of Tom Reed; Draft Notice of Deposition of Tom Reed; Telephone conference with Gus Garza Re: Ben Capetillo interview and testimony. |
| 10/11/2005 | DLR | Review investigation file, interviews and police records gathered by State Farm. |
| 10/12/2005 | DLR | Review remainder of documents produced by State Farm; Telephone conference with Leslie Tan and Gus Garza Re: Reed deposition. |
| 10/14/2005 | DLR | Telephone conference with Gus Garza Re: Tom Reed deposition; Continue preparation for deposition of Tom Reed. |
| 10/18/2005 | DLR | Telephone conference with Gus Garza Re: Exhibits for Deposition of Tom Reed. |
| 10/19/2005 | DLR | Final preparation for Reed Deposition |
| 10/21/2005 | DLR | Deposition of Tom Reed. |
| 10/21/2005 | DLR | Continuation of deposition of Tom Reed |
| 10/23/2005 | DLR | Work on amended briefs responding to State Farm motions for summary judgment. |
| 10/24/2005 | DLR | Compete draft of amended responses to motions for summary judgment. |
| 10/25/2005 | DLR | Revise responses to motions for summary judgment. |
| 10/26/2005 | DLR | Telephone conferences with Gus Garza Re: Responses to Motions for Summary Judgment. |
| 10/28/2005 | DLR | Review Motion for additional discovery. |
| 11/10/2005 | DLR | Telephone conferences with Gus Garza Re: Depositions of Pena, Barnett and Perez, and new scheduling order and trial of case. |


# SCOGGINS GOODMAN
ATTORNEYS AT LAW

Client: 097              Matter: 24101
Invoice: 201456          Page:  6
February 01, 2006

| Date | | Description |
|---|---|---|
| 11/15/2005 | DLR | Telephone conference with Gus Garza Re: Continuation of Pena deposition. |
| 11/16/2005 | DLR | Begin work on Pretrial Order. |
| 11/28/2005 | DLR | Begin review of Motions, Replies and Responses to Summary Judgment Motions filed by State Farm; Telephone conference with Gustavo Garza Re: Replies to Motions, Replies and Responses filed by State Farm. |
| 12/01/2005 | DLR | Telephone conference with Opposing Attorney Re: Motion for Continuance. |
| 12/02/2005 | DLR | Telephone conference with Gus Garza Re: Responses to Motions by State Farm concerning summary judgment. |
| 12/06/2005 | DLR | Draft reply to Response to Objections to PMSJ evidence; Draft memo on evidence supporting responses to motions for summary judgment. |
| 12/07/2005 | DLR | Review Motion to Exclude; Revise and complete draft of reply to response to objections to partial summary judgment evidence; Review reply's to msj responses; Telephone conferences with Gus Garza and Warren Taylor Re: Trial continuance and mediation. |
| 12/08/2005 | DLR | Telephone conferences with Gus Garza Re: Responses to motions and replies of State Farm. |
| 12/09/2005 | DLR | Review deposition testimony and Motion to Exclude for response; Telephone conference with Gus Garza Re: Motion to Exclude; Telephone conferences with Gus Garza and Leslie Tan Re: Trial date set in response to motion for continuance; Draft response to Motion to Exclude. |
| 12/12/2005 | DLR | Telephone conference with Gus Garza Re: Response to Motion to Exclude. |
| 12/14/2005 | DLR | Telephone conferences with Gus Garza and Hervey Levin Re: Settlement discussions. |
| 12/15/2005 | DLR | Review Orders from Court and telephone conferences with Gus Garza and Hervey Levin Re: Denial of Motion to Exclude. |
| 12/16/2005 | DLR | Telephone conferences with Hervey Levin and Gus Garza Re: Motion for Continuance. |
| 01/12/2006 | DLR | Telephone conference with Opposing Attorney Re: Pretrial Order; Begin draft of Pretrial Order. |
| 01/13/2006 | DLR | Analysis of Order denying State Farm Motions for Summary Judgment. |

# SCOGGINS GOODMAN
ATTORNEYS AT LAW

Client: 097            Matter: 24101
Invoice: 201456        Page: 7
February 01, 2006

| Date | | Description |
|---|---|---|
| 01/16/2006 | DLR | Draft of Joint Pretrial Order |
| 01/17/2006 | DLR | Draft Joint Pretrial Order and jury instructions and questions. |
| 01/18/2006 | DLR | Telephone conferences with Gus Garza and Gary Toman Re: Proposed jury charges; Continue work on Jury Charge. |
| 01/19/2006 | DLR | Complete draft of Jury Questions. |
| 01/23/2006 | DLR | Review draft letter by Hervey Levin to State Farm. |
| 01/26/2006 | DLR | Review of 5th Circuit Pattern Jury Charges for damage standards applied by court. |
| 01/27/2006 | DLR | Telephone conference with Gus Garza and Luis Munoz Re: Trial Preparation and pretrial conference issues. |
| 01/30/2006 | DLR | Telephone conference with Gus Garza Re: Evidentiary issues for admission of repair reports. |
| 01/31/2006 | DLR | Telephone conferences with Gus Garza and Hervey Levin Re: Pretrial conference and settlement. |

Matter Fees:            37,341.50

Reimbursable Expenses:

| | |
|---|---|
| Air Courier | 15.99 |
| Copying Expense | 39.69 |
| Long Distance telephone charges | 58.21 |
| Postage | 1.48 |
| Telecopy expense | 95.07 |

Matter Expenses:        210.44



# SCOGGINS GOODMAN
ATTORNEYS AT LAW

Client: 097           Matter: 24101
Invoice: 201456       Page: 8
February 01, 2006

```
----------SUMMARY----------
       Empl    Billing     Bill      Billing
       Init    Hours       Rate      Amount
       DLR     162.50      225.00    36,562.50
       DLR       4.10      190.00       779.00
```

| | |
|---|---|
| Previous Balance: | 0.00 |
| Invoice Balance: | 37,551.94 |
| Total Balance Due | 37,551.94 |