# EXHIBIT C

LAW OFFICES OF
**HERVEY P. LEVIN MBA, JD**
**6918 BLUE MESA DRIVE, SUITE 115**
**DALLAS, TEXAS 75252**
hervey@airmail.net

FAX (972) 733-3269                                    TELEPHONE (972) 733-3242

March 2, 2006

Luis C. Munoz & Carmela Munoz
c/o Gustavo Garza

**FOR PROFESSIONAL SERVICES RENDERED: FEBRUARY 2006**

|          |   |                                      | Hours | Amount |
|----------|---|--------------------------------------|-------|--------|
|          |   | **State Farm Lloyds**                |       |        |
| 4/6/05   | - | FAX from Gus Garza                   | 0.10  | 20.00  |
| 6/2/05   | - | Tel. Conf. with David Rusnak         | 0.20  | 40.00  |
| 6/9/05   | - | Tel. Conf. with David Rusnak         | 0.30  | 60.00  |
| 6/29/05  | - | Tel. Conf. with David Rusnak         | 0.40  | 80.00  |
| 7/14/05  | - | Research e-mail to David Rusnak      | 2.00  | 400.00 |
| 9/6/05   | - | Tel. Conf. with Gus Garza            | 0.20  | 40.00  |
| 9/19/05  | - | Tel. Conf. with David Rusnak         | 0.30  | 60.00  |
|          | - | Tel. Conf. with David Rusnak         | 0.20  | 40.00  |
| 9/22/05  | - | Tel. Conf. with Gus Garza            | 0.50  | 100.00 |
| 9/28/05  | - | Tel. Conf. with David Rusnak         | 0.10  | 20.00  |
|          | - | Tel. Conf. with David Rusnak         | 0.10  | 20.00  |
| 9/30/05  | - | Tel. Conf. with Gus Garza            | 0.10  | 20.00  |
| 10/10/05 | - | Tel. Conf. with David Rusnak         | 0.20  | 40.00  |
| 10/11/05 | - | Tel. Conf. with David Rusnak         | 0.20  | 40.00  |
| 12/13/05 | - | Tel. Conf. with Gus Garza and client.| 0.50  | 112.50 |
|          | - | T/C w/Client and attorney Gus Garza. | 0.50  | 112.50 |

All Statements Are Payable Upon Receipt          Thank You          Tax payer ID: 36-2875793

Luis C. Munoz & Carmela Munoz      March 2, 2006

Page 2

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/15/05 - | T/C w/D. Rusnak<br>Fax from David Rusnak. | 0.20 | 45.00 |
| 12/19/05 - | Corres. from<br>Attorney Gus Garza. Telephone conference with David Rusnak. | 0.20 | 45.00 |
| 1/13/06 - | E-mail from<br>David Rusnak. Review Order. Telephone conference with Gus Garza. | 0.60 | 135.00 |
| - | Research<br>State Farm. Multiple E-mail to Gus Garza and David Rusnak. | 2.00 | 450.00 |
| 1/15/06 - | Organize<br>documents | 0.30 | 67.50 |
| 1/19/06 - | Review<br>documents, Telephone conference with David Rusnak, Review documents, Telephone conference with LJ, Telephone conference with David Rusnak, e-mail from David Rusnak | 2.70 | 607.50 |
| 1/20/06 - | Prepare<br>documents for transmittal to SF | 0.30 | 67.50 |
| 1/21/06 - | Prepare<br>documents for SF, Correspondence to SF | 0.50 | 112.50 |
| 1/23/06 - | Review & Revise<br>Correspondence to SF, e-mail to David Rusnak & Gus Garza - draft letter | 0.20 | 45.00 |
| - | Correspond. to<br>Buck Bragg re: trial setting. | 0.70 | 40.25 |
| 1/31/06 - | Tel. Conf. with<br>David Rusnak | 0.20 | 45.00 |
| 2/1/06 - | Multi Tel.Conf.<br>with David Rusnak & Gus Garza | 0.30 | 67.50 |
| 2/2/06 - | Tel. Conf. with<br>David Rusnak | 0.20 | 45.00 |
| 2/3/06 - | Tel. Conf. with<br>David Rusnak, Conference call with Court | 0.20 | 45.00 |
| 2/6/06 - | Tel. Conf. with<br>Gus Garza | 0.50 | 112.50 |
| 2/7/06 - | Tel. Conf. with<br>David Rusnak, Telephone conference with Gus Garza | 0.30 | 67.50 |
| 2/8/06 - | Tel. Conf. with<br>David Rusnak, Telephone conference with Gus Garza | 0.20 | 45.00 |
| 2/16/06 - | Tel. Conf with<br>David Rusnak, Review charge | 0.40 | 90.00 |
| 2/17/06 - | Review<br>charge, Telephone conference with David Rusnak | 0.40 | 90.00 |
| - | Review<br>charge, Telephone conference with David Rusnak, Telephone conference with Gus Garza, Fax to Gus Garza, research SF net worth, Fax to Gus Garza | 1.00 | 225.00 |
| 2/20/06 - | Tel. Conf. with<br>Gus Garza, Fax from Gus Garza, Telephone conference with David Rusnak, Review jury charge objections | 1.50 | 337.50 |
| 2/21/06 - | Tel. Conf. with<br>Gus Garza (2), Telephone conference with David Rusnak attempted - left voice mail messages (2) | 0.40 | 90.00 |

Luis C. Munoz & Carmela Munoz    March 2, 2006    Page 3

|  |  | **Hours** | **Amount** |
|---|---|---|---|
| 2/22/06 | - Tel. Conf. with<br>Gus Garza, Telephone conference with David Rusnak attempted - left voice<br>mail message, Telephone conference with David Rusnak | 0.10 | 22.50 |
|  | - Tel. Conf. with<br>Gus Garza | 0.40 | 90.00 |
| 2/24/06 | - Tel. Conf. with<br>Gus Garza | 0.20 | 45.00 |
| 2/26/06 | - Prepare<br>for conference call. Conference call with David Rusnak and Gus Garza. | 0.40 | 90.00 |
| 3/2/06 | - FAX from<br>Gus Garza, Review draft judgment, Review and Revise judgment,<br>Telephone conference with Gus Garza | 0.60 | 135.00 |

**FOR SERVICES RENDERED**    **20.90  $4,462.75**

*Thank you for the opportunity to be of service.*
*Your continued trust, confidence and referrals are always appreciated.*

*Statutory Notice to Clients: The State Bar of Texas investigates and prosecutes professional misconduct by Texas attorneys.*
*For more information call 1-800-932-1900 toll free.*

*Admitted to Bar: Illinois 1969, Texas 1979*
*Admitted to Federal Courts:*
  *U.S. Dist. Court Northern Dist. of Ill. 1970*
    *U.S. 7th Circuit Court of Appeals 1971*
    *U.S. Supreme Court 1972*
    *U.S. 5th Circuit Court of Appeals 1981*
*Bar Memberships: American, Illinois, Texas, Chicago and Dallas*

*Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.*

*Please note any adjustments to "amount due" is conditioned on prompt payment within 30 days.*

*In response to sharply increasing costs and adjustments responsive to market conditions, there was a 12.5% increase in billing rates on November 1, 2005.*

All Statements Are Payable Upon Receipt    Thank You    Tin: 36-2875793