# EXHIBIT E

02  29
      27
      ──
      54

I   Munoz compliance w/ Policy

II   Sf. Form Non Compliance w/ Policy

III   2/12/03 Int. q M. Contros

      detail all her statements

IV   2/12/03 Convers q Neigh.

      No TP / No LM / CM.

      only person at scene 8:a - 847

      Contros

V   False Affidavits   Exk q

      Deposition Test. / Ct Test.

Joe Ybarra 873-0861

#3- On 4/22/03 Munoz
provided info. you
requested on 3/18/03

#4 Didn't LM tell
you tax returns
were not available?

PPLF
#1- Did you tally the
pp'ty loss sheets of the
Munoz Family?!
What was total?
#2- Did Mr. Munoz drive
to C.C. to deliver
documents you requested

## Tom Reed

Invoked attorney client privilege when asked about communication with Luis C. Munoz.

Claimed not to have met with Munoz Roofing and Const. employees.

Admitted to meeting with Raymondville Fire Dept.

Provided copies of records and documents to State Fire Marshall's Office.

Had multiple assistants in investigating claim.


## Mark Brown

Has no documents in his possession other than his agency file.


## Gregg Drott

Has no documents in his possession related to the claim.

Knew of meetings between Tom Reed, Lee Olivo, and/or Brian Robinson with the Raymondville PD.

Claims Tome Reed never met with Pedro Suarez, however he did communicate via telephone. Def. Drott approved of these meetings.

Invoked attorney-client privilege when asked about a file including notes, memos, letters, phone messages, and other communication related to this claim.

12/06/05

Depo of Karen Barnett            11/9/05

Recant No          P. 86   L. 11 - 20

No errors          P. 86   L 21 - thru P 87 L 5

W read T Reeds Affidavit   P 57 L. 18 to P 88 L 8

Crux of Matter     P. 88 L 23   P. 89 - L 17

Depo of Raul Pena Sr.            cont Nov- 18, 2005

Munez did Not ask R Pena to lie    P 66 L. 14-16
                                    P. 66 L. 20- 23

P. 68 L 6 thru 9    - 4 wheeler
P. 68 L. 10 thru 15    did Not Look For Receipts
P. 69 L. 21 thru P. 71 line 2

Not a true Statement    P. 71 L. 3 to line 9

12/07/05

Depo. of Yolanda Perez
    X-exam by G. Garza     P. 68 L. 11

Regarding W₅ Affidavit date 9/14/05 P. 69 L 2
    ¶ 1     P. 69 L. 18        True
    ¶ 2     P 69 L 23          True     P. 70 L 2
    ¶ 3     P 70 L 3           True
    ¶ 4     P 70 L. 7          True

    No one asked w to lie
    P. 74     L 20     thru P 76 line 10

Q   Did anyone mislead you by mistake or by intent,
    to sign an affidavit that had an error?
A   No.              P. 76 L. 11 - 14

        P. 77     Ls 21 - 23

    Did not tell T. Reed Munoz behind
P. 80     L. 18 - 25
P 81     L 9 - 15

11/09/205

Deposition of Yolanda Perez

Act Cards
Contracts

Business Card — Tom Reed
Ricardo Morado

Does Not reco. Tom Reed

Letter From State Farm — (Copy)
8/7/2003   Janice Sepustra

I remember he was there
I do not Remember
Discussed File of Muñoz
Do Not rem. giving TR documents

SF 003641   Muñoz        Y.P. signature    — who
SF 003640   My Cards     Yol. Hand writing
   003634   Bi Card

Depo Exh #1        Yolanda Perez, Affidavit
          — Contacted         2 visits
          Π 1  True
          Π 2  True      [Manager of Raymondville Store]
          Π 3  True

R 4        Yes   Record Speaks for itself.
Act    10/27/03

Act   302055      LRset VCR Table   $3905.⁰¹  325.⁴³  11/10/02
      302265
      302 579           $
      304151


✳ May 2003    behind 1 mo
   July       1½ payments behind
   Aug.            2½
   Sept            3½
   Oct.        1½  /2½ mo. behind
          K expired  11/10/03              Not Paid

   Spoke
      9/29/03    C Arcmela
      10/6/03    Luis
      12/19/03   Carmela
      1/9/04   Trouble w/ INS

202265    11/30/02

New Dining Rm Table                    3114.⁷⁰
                                       2814.⁷⁸   12   2.

1ˢᵗ Payment due  1/20/03      /    1/30/05
                 3/ /63       2 p.
                 May          1 Pay              1 mo behind
                 June
                 July 16      2 pay.
                 8            No P
                 9            No P
                 10/27        2 pay.

                 10/03        No Pay          1042.³⁸
                                              3 l.

302578    2/17/03

Furniture for Rental
Dining Rm Tabl : Box                   3407.⁰⁸
                                       3167.⁸ Fin
                 4/20/03

✗    Sold her more merchandize   5/04
         $1424.³⁰          5/04    3622.²³   24/ 1×.⁹⁷
         10/5  2 mo behind $1840.³⁴ bal.

Her words
Excellent         Amt still owing

P 5                                    9/14/2005

Were        12/02 - 1/03

* Not a Superbad Act

still Approved (New Act)

[ 10/03    816.⁵⁵ owed ]         1/9/04 still having Trouble
[ 10/03    1047.³² owed ]        1/9/04  w/ INS.

P 6        still paying
2ⁿᵈ Page        — I Recognized
                — In Accurate
                Business Card.
        at Store / Mentor
        I made a mistake
    still dont recognize

* Records?            V. Coronado   2ⁿᵈ visit.

Cards are Noted        - [ 04 ]

IGNACIO CAVAZOS

12 / 02

Records

FAX

✳ Ahead

Marin etc    Perez Ex.

Calls        9 / 29 / 03        Not at time of Fire
             10 / 14 / 03
             1 / 9 / 04

             8 / 6 / 04
             8 / 13 / 04                    1 / 29 / 03
             2 / 05
P. # 3  302265   4/05
P # 4   302055   4/21/05
                              Ad 7275        97 / 99
                              #  62182       96

* Were Mung. Ant Pd.    on 10/9/03

Eh #2

11/08/2005    Karen Barnett

Rt Box 129 Lyford

Motor Carrier          Bookkeeper

Barnett Trucking       Barnett Baking

30 plus                20 plus

Educated : on Job    other comp.

Reserve life Ins  . . .

Nursing home      employee

6 yrs at Rt 1 Bx 129

7 ym Raymondville

Before San Antonio    85-92

Munoz Roofing    work for

last time   2003  I believe

end of year    1099

at least Payroll records

for years   [Qtly, W-2 Payroll reports]

go to gov't.

Gen. Acct'g

Income & expenses

— Cash basis

in = expenses

$ = Income

Sole proprietorship

Tax Returns prepared for
Year does not recall 01 or
02
More than 1 yr or more 5
does not remember

Sp. Wage
LCM Income from M Rofr?

KB pd. by ck monthly
Pd. generally monthly Staked
$75.⁰⁰ - $100.⁰⁰ per Mo. KB=fee
→ He Bks & fee deposit bk yes
KB would send bills

Does not recall LM delinquent
always pretty good - send me a
bill. Mr Muñoz               Total Amount $ Pd by LCM

2004 - Recced to Muñoz & Garz   2/ 12 / 2004 documents

Bk St , ck Stub, [payroll
Records] Not recall
Inc. Tax Ret - No Copies kept

Vol. of Records - 1/2 boxes
does not remember

Tax Return   More than 1 account

2003 - No

01 or 02 may have been

Records needed

Gas Ledger

W-2

Int Income   1099

Mtg. Int   etc.

Does not recall deductions

Tax Return = reports Income

Sch C Proprietors q Business

Shortly w/ GTE Tax Statement

does not recall

7 - 10 employees   Sub-
Contractor

Tx Emp Comm

Work force GTE Report

gross earnings q employees

Possible K B has some
Records   Qtly yr

W-3 Social Security Adm

1 yr

Does Not know if she has heard

He did Calculations
He handled the 941 submission
Would be part of QTly

940 Fed unempl. Tax
File yrly    — I don't run

I prepare give to Client
I don't file
K B did Not File for LCM

Occasions when LM was late
getting information

[ State Farm : Gonzo came at
[ to K Bs

Theard : Gonza went to K B    *
        03 or 04

Copies of Tax Ret
[ I printed one while they were    2/05/04
[ Other I had already printed    2/12/04

Ricardo Morado

I believe so    Tom Reed

YRS 00 01 - 02

✳ Phone logs    hand copy

Prepared every Tax Return except
last year.

Never asked KB to file Tax Ret

No check given to KB to pay
Inc. TAX

No Notice of late & No bill to
filed — I do not believe so
- not amounts    W-2

More than 1 yr late - does Not Recall

IRS lien                          Before 1/1/03 ?
My Po. Pay
Payroll Taxes
   2 Notices
   Could not get hold of him
   KB opened documents
   Yr - No idea

I would try to get in touch with him | Notice of Tax liens

- Payroll Tax Notice
  $ is owed

&ast; I don't believe we ever went
over them
- don't recall when.

I do not Believe so - LCM
disass IRS Tax (Payroll) Notice

Meet / Speak
twice at office w/ Mr Garza
2004 TR & Garza visit KB

8/03 TR called office

[Phone log] Time TR - St Farm - Munoz
I believe I spoke to the man
- St Farm
- he wanted Info Not Privileged
to give
- St Farm Info - 5 min
KB short
Remember Nothing else &ast; Affidavit of T Reed

99 00 01 02

Shown an Authorization — D N Recall

Mr Read's Records    8/12/03

INCORRECT
— Discussion w/ Tom Read

Liens Filed : public knowledge

T Read at Home
T Read could Assume fact
from you.

[ 1999 may have been last one
[ I prepared

8/2003 — T/F L M          ⟩ I did Not know
behind on his Payroll Taxes

8/2003    T/F   L M had Not ⟩ I do Not know
File Tax Return

No Knowledge is LCM had File #
by 8/2003

SUNH    8/2003    [ I did Not tell him that Payroll
                   [ IRS after him
                   [ 2002 T Returns Not Filed

( Sugarcane Truck    Money Accident ) 2/04

\* No records destroyed by k-B

No explanation why T lien sent to
k B at her P.O. Box

KB #1    k Bi Affidavit
Garza showed w Fred's Affidavit
k B typed it up
Her wording   Her Statements
Not controlled by G Garza
Notary came out & Notarized

KB still has copy of Tax liens
on her drawer
attached in Exh #2

11/09/005
1:40    Mr. Raul Pena Sr

Raul T. Pena      Sr   yes

571 w. Riggs
Raymondville Tx    3 yrs
C/L wife   Juana Vogues 5 pri
334 E y Harris, Raymondville
About 30 yrs
69 yrs old
Owner of Tire Shop  RT Tire
W Main   964 W M
Owner 1980 - 05   25 yrs
Raul Pena Jr    }   RT Tire
Reynaldo Garcia  }   employees
Bruce Pena

Knows  Luis C Munez
4 - 5 yrs    Tire Shop

daughters - temporally worked
Cornelia Pena  38-39
who temporarily  HR Block
This wk last worked
— Bookkeeper  does Computer
Not in 2003

Cornelia looked for Records made Copies

96 -97

almost all are kept in my office

9/car

SX Perez #1
   Not in 2003  Camelia not here

   Terry Torrez sec. 2003
   Casart    30 hrs
   Open  M - Sat  6 day/wk
      7:00 Am - 6:00 Pm
      Sat 7:00 Am - 3:50 Pm

   Ticket Blu made by Raul Cantu
      White
      Pink      4 copies 4 ea.
      orange       Receipt
      Yellow

SX #2 Perez Raul    Affidavit
            9/14/2005
      He asked that I tell the Truth
      I understand every thing
      on the affidavit                33 yrs / 25 yrs

   John Healy Tire Service
                        ✳ Nothing Found
                        — None given ✳
                            Truth

Muñoz told Peña that
Muñoz took ATU to be
Repaired.

11/18/2003

9:03

✱ All receipts already produced

2002 - 2004 Open Acf by LM

4 TR    Employee not known

Maybe TR went ? W does
Not remember

Do Not Recall — If Many Pd, Cash

File  00 3670
2 business Cards   — RT card
Some or used 2003

Office  —  Top q Counter
Probably

Truck bed / Trailer

One q his worker  Raul — gone

John Henly   30   /79

---

✱ Dice L. un tell you what
to say about the flat
tire q the 4 wheeler

Time in Business.

Admissions - Add - ~~that~~ the memo's had a contract with STATE Farm Iyoalds on the date of the Fire.

Request Copies of ~~All~~ Tom Reed ~~&~~ Lee Olivo's performance, personal Files.

* Request copy of the claims files and the SIU file not limited only to claims, but also any inter adjuster memo, log entries/ documentation dealing with the handling of the Munoz claim

{ * Request copy of ~~a~~ all claims manuals dealing with the handling of 1st property (Home Owners) claims                                    dealing with 1st party
{ * Request copies of any ~~Fall~~ documents & intr office correspondence & memos
* Request copies of claims procedures & documents dealing with the handling of the munoz's fireloss.                                         (Pa for any investig
* Request list of any independent investigators used in the Invest
* Request copies of any ~~outst~~ outside Investigations ~~done~~ Investors analysis / reports ~~and~~ pertaining to the handling of ~~home~~ State Farm ~~Home~~ Home owners claims & the Munoz's Fireloss

Request a copy of the
Adjust/agents       Performance Personnel
File, Claims File
SI () File (Tom Reed)
Claims + procedure documents /manuals
dealing with 1st party property (Home
Owners) claims. All documents, proce
procedures, manuals, dealings with SIU
investigation + claims Investigation



**ABC**
*Supply Co. inc.*

AMERICA'S LARGEST ROOFING & SIDING WHOLESALER

1998 — L. M i H C Friends
Contract to Remodel H Canaros
Home.

3/1999    Signed Contract & lieu
on Canaros Property
Money begins Construction

12/99    Work Stops

Oct/Nov.    Canaros Terminate, mtg.
1999    Application

Personal Problem i conflic
accusations, threat, e
begon ofte work stop.

99
2000
2001
2002
2003

401-C North 'T' St. • P.O. Box 2373 (78551) • Harlingen, TX 78550 • 210/425-6631 • Fax: 21(



AMERICA'S LARGEST ROOFING & SIDING WHOLESALER

Muñoz Shed burned on
2/2002

Muñoz Stove burned
11/2000
Cristy Hernandez ⟩ guest
Noe Hernandez

Muñoz House burned
1/1/2003

401-C North "T" St. • P.O. Box 2373 (78551) • Harlingen, TX 78550 • 210/425-6631 • Fax: 2

Juan
Silva



## Supply Co. inc.

AMERICA'S LARGEST ROOFING & SIDING WHOLESALER

361-6100
361-6500

248-5959        Jun 9 -11

3900.

1000.
341
1534.
250
7818

401-C North "T" St. • P.O. Box 2373 (78551) • Harlingen, TX 78550 • 210/425-6631 • Fax:

5/29/2004

Nov. 2002    12:52 PM    Ph # 690-0361
Mrs Harry Cavazos called Luis Muñoz
And told him that she was going to burn
his house down

Luis Muñoz called the police
Luis Muñoz showed the officer the phone with
the fire

Slim RPD

Luis Muñoz called State Farm And told
them about it.

Haloween night : Paint Remover on M. Cavazos
Car

2 windows on Roofing Co. Broken by
Minnie Cavazos's Sisters "Alicia Say or Lopez
Police Report    Luis has Photos of Broken windows

Minnie Cavazos harrassed Luis Muñoz

* Tape of Threats to Carmela Muñoz

Broke Prb to Carmela Car

Letter from Atty to Harry Cavazos — must pay

David
Rusnak

2/1/64 –

36

7/26/2005

Phone Conv. w/ David Aregnah — Left Message

7/27/2005

8:30

Answered Interrogatories

Called D Result

Called Carmela    (208) 590 - 0991

(208) 587 - 7419

10:00

R HS

1) San Miguel Enriquez Enriquero    Guto

U.S Citizen 1955

2)

Mountain Idaho    Roy

829 w White    Carlitos

772 w Chihuahua    Mother Andalio Sols

Alfonso Sols

Shed rental    2/1/2003

Luis

Carlitos

Motel Executive L, C. C.    ≈ - 3 weeks

Daniel Muñoz    L, C, Carmel    2 wks

Carmela

4/19/2004   Divorce

#5  1)

Manager of Apt
Monthly
Chris Bent      0
As Resident Manager

#6   Tom Reed      interro. < for claim.
Mark Brown

#7   Luis
Chris Torres

#12     Wells Fargo        checking   Act #
        { Raymondville, Tx              124 10 33 7 9 9 3 9 5 2
        { Idaho                        5 3 3 8 6  2
        Tx. St Bank       checking/Savings

        Alamo Bank        checking.

        American Nation Bank   checking & Savings

13)     Shell Cred. Card

        New York learners

        Visa

        Master card

        JANIC

        Kerls


14      1/1/2003                    "1,500."      CArmela "1,400
                                                  "1,300"

        Expedition          "563."
        Ford 250

        Elect            150."
        Water            60."
        Phone            120."
        Insurance        121."  the
        Food             250."
        Gasolin          .30." CM "250."
        De               30." 56," wk Fais
        Furn.            150."
        Card Cred.       150."

19 | Hice                    Capetillo
   | Florida                 Bibi      #
   |                         ⟶
   |                         Family Picture


21. | Tom Reed 1ˢᵗ Int. 2 - 3 hr Interview | Witness
    |        Mar / April 2003
    |        363 w. Kimb ≡ ll

    what
    Tom's Counsel
    Tom wanted him to leave his office
    They never worked on together

8/22/2005

30 b 6 comp.

Phone call to ~~David~~ Ruznah

1) Review File

Where did St Farm step on itself

Biased investigation

2) Cooperating w/ Police

3) What documents does St. Farm need
to provide Luis Manng.

Claim Cum Reports               When we left out

(Assieved): Activity Claim log

Internal Reports, States

TT Credit Report

C I O Report

All ~~subpoena~~ request for info ~~found~~ on St't oil

Received by St Farm

3/23/2005

Reserves Hit Exposure to St

# Notes/ Interviews/ Phone Calls

6/25/2003

2/ /2003    Interview

Carmela        39        8/1/63
                        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

True, St Farm car Relg
                    .

2/10/1990    Married

2/ /1992    Home  Bought  W. white
$24,000.$ A $251.$ down 5/7 thus.
No Mortgage on house
Watson City Drugs  1986  employer
250.$/wk
House pd. off last year. 2002

Her checking Act      TSB    $300.$
Her Savings Act      TSB    250.$
            Mathew Keifer
His Muñoz  B. Act

No Prob  w/ AC. elect etc.

Never Put it up for sale
Tax Appraised Value of House
Gas service - was gas - converted to electric

| Luis | Carmela |
|------|---------|
| I Where were your witnesses | I Where were your witness |
| II Interest | II Interest |
| Pd. off | |
| No deed for $ | |
| Hse undersigned | |
| Good Business | |
| No debt | |
| III House | |
| IV Convert? | |
| V | |

541-0527

Carmela Muñoz

Leave 7/5/2003
Return 7/12/2003

Agree 7/15/2003    2:00 pm

3/11/2004

(505)
649 9571

Luis Muñoz
Job at Willamar wae for
Amador Quintanilla    2000.⁰⁰
6855 Villa Emma, Las Cruz, N.M. 88007.

(505) 527- 4459
~~9904~~
9704
Las Cruzes

(505) 526 ~~2522~~ 9390 FAX

Joe Quintonilla ~~500.⁰⁰~~
Owner
San Perlita, Tx

X-Mas Holidays
12/20 Arrive

⟵  Israel Quintanilla

1/4/ 2003 return

La Sara School.

Reutor
~~Smiley~~ Hernandez
Sonny & Yuette
Same as 12/2002

505·527-
4459

Rt 1 Box 237
Raymondville, Tx 78580

Amador
Quintanilla