6/2/2004                          Muñoz

3/1999   Muñoz is contracted by Harry Cavazos to
         ~~remodel~~ remodel the cavazos home at
         347 W. white, Raymondville, Tx


1999 -   Muñoz Roofing & Const ~~remodel~~ Cavazos
         home.


2000.    Harry Cavazos & Maria Cavazos file for
         Bankruptcy.
         Muñoz is not paid   $32,518.⁵⁰


         Threat to kill Muñoz by H Cavazos — several time
         at Muñoz's office          2001
         Muñoz called the RPD — Sam Adame,
         John Cisneros & Juan Silva, Juan
         Silva called H Cavazos and advised him
         to stay away from L. Muñoz

# HOMEOWNERS/CONDOMINIUM UNITOWNERS BINDER-RECEIPT

☐ State Farm Fire and Casualty Company
☐ State Farm General Insurance Company
State Farm Lloyds

OFFICE USE ONLY

| New | Rew | E of I | Country Home | of Policy Number | | Effective Date | | Term | |
|-----|-----|--------|------|------|------|------|------|------|------|

**APPLICANT**

NAME Please print — Last Name / First Name / Middle Name or Initial / Co-applicant (if applicable)

Mailing address — Number and Street or Location/Legal Description / Unit and Street / City or Town / TEXAS / State / Zip

Location of premises (if different from mailing address) — ZIP Code / County

Township / Applicant's Birthdate / Social Security Number / Co-applicant's Birthdate / Social Security Number / Telephone Number ( ) / ☐ H ☐ B

---

Until a policy is issued, State Farm will provide coverage to the applicant and his or her legal representative on the property described for up to ninety (90) days. This Binder provides only the coverage contained in the policy applied for and will be void when the policy is issued.

If a loss occurs before this Binder expires, the premium due State Farm will be the full annual premium for the amount insured.

This Binder is not valid unless signed by a State Farm agent.

Dated at _____ 19652 _____, 19__

_____ Agent

RECEIPT IS HEREBY ACKNOWLEDGED BY

**STATE FARM** _____ $_____

DOLLARS

Mark Brown 6935

President

APPLICANT OR INSURED _____

*new homeowners*

THANK YOU

POL. NO. _____

---

| | Form: | A | B | Tenant B | Condominium Unit | | | | Total Amt of Coverage | Premium | BILLING |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Deductibles: | $ | (1) Wind-Hail | (2) All Other Perils $ | (3) Tenant-Condo All Peril $ | ☐ | Increased Limits - Jewelry, Watches, Furs | $ | $ | | **Renewal Bills:** |
| **SEC. I** | A. Dwelling Townhouse | | $ | Limits of Insurance | Base Premium | ☐ | Personal Injury Endorsement | | $ | | Original - ☐ Insured ☐ Mortgagee |
| | B. Personal Property | | $ | | $ | ☐ | Business Pursuits Endorsement | | $ | | Copy - ☐ Insured ☐ Mortgagee |
| **SEC. II** | C. Personal Liability (each occurrence) | $100,000 | $ | Other | | ☐ | Replacement Cost - Personal Property | | $ | | **Endorsement Bills:** |
| | D. Med. Pay. to Others (each person) | $1,000 | $ | | | ☐ | Wind and Hail Exclusion Endorsement (attached signed Endorsement) | | $ | | Original - ☐ Insured ☐ Mortgagee |
| | TOTAL PREMIUM $ | | | Amount paid $ | | ☐ | Residence Glass Coverage | | | | Copy - ☐ Insured ☐ Mortgagee |
| | MPP Account Number | | | | | ☐ | TV & Radio Antenna End. | $ | $ | | |
| | | | | | | ☐ | Other: | | $ | | |

**OTHER INTEREST**

☐ Mtg. ☐ Loss payee ☐ Named add'l insured (explain interest in Remarks) (Give Name and address) RF 3DMC3199 BOERNE, TX 78006 / Zip Code / Loan Number / Mortgagee subset code

2nd ☐ mtg. ☐ Loss payee ☐ Named add'l insured (explain interest in Remarks) / Svc. agt. / ZIP 7Code / Loan number / Mortgagee subset code

---

I understand that coverage is: ☐ provided by this application. ☐ not provided until this application is approved by State Farm's Underwriting Department.
I am applying for the insurance indicated, and the statements on this application are correct. I understand that the premium shown above must comply with State Farm's rules and rates and may be revised.

Applicant's Signature X _____

Agent's Code Stamp 6935

Date and Time of Application MO. DAY Yr.

Hour _____ ☐ a.m. ☐ p.m.

6/2/2004

## Santos Munoz - Luis's father

after 8:00 on 1/1/2003, Mr. Munoz went to 889 W. white

Humberto Rodriguez - Saw Luis munoz @ ~~Luis~~ munoz roofing at the time when the siren's went off

Joe Trevino & wife. Joe Barbqued w/ munoz. 363 W. ~~Rince~~ Kimball on 1/1/2003. his wife Saw that munoz and Trevino and other's Barb-que ing.

Omee munoz - Brother the Offic... was in the Office watching movies in + Barb-que ing at the same time.

LARRY Rodgers   LOAN OFFICER
502 E HARRISON. St A
Harlingen, Tx 78550   (956) 440-7800

Mrs.        White
Rio Grande Abstract
418 Woodland Dr.        428-0951
Harlingen, Tx

History of Mr. Munoz

Place of Birth: matamoros., Clinic.

resided at: matamoros.

Attended elementry school: California
grades: Passing A+B.

Attended middle school: California
grades: A+B

High school: lyford school
grades: A+B, graduated w/ scholar of construction.

Tstc: Building Construction tech.
3 years. 93, 94 & 95
(started working since he was in 7th grade)

1st employer: farm in California.
—2nd employer: dont remember.

Before munoz was a business owner he was
employed w/ B & A block contractor
as a machine operator, (skytrack operator). employee
about a year.

met wife in 1988, married in 1990.
had a son in year 1990. oct. 5.
living w/ Luis munoz parents for about.
1½ then they bought on white. started
remodelin home in 1992 & finished remodeling
02002.

Before b2A Block Continued
↓

employed in N. Carolina. as a foreman.
w/ hog slat employee w/ hog stat about
4 to 5 years. Started working with them
on or about 1986.

ASL Brown
proper insurance
read him the policy #

[illegible]
Statement of [illegible]
(Hortencia)
Oriel

* [illegible] they [illegible] Statement they [illegible]
[illegible]

[illegible] the documents [illegible]

Robingson picked up every employee + would t
them for a driv
asking: does he pay you?
         every week?
            do you think he would burn his hine?
Question one of the guys in jail in
     Olmito.

One of the employees was hurt badly.
w/ a broken foot. Robingson demanded ne
talk to him. Munoz had him picked up
@ his home w/ crutches. to meet w/ Robingson.

347-3440. Encinder Keys.    John Cain
              337-10845 mobile.

Fire
1/1/2003

T Read
Letter
3/2003

Savy
No Tax
Liens

5/10/2004
Tax Lien
St Farm Rent ch

Investigation of Fire

1/1/2003

Lee Olivo
P.D.

T Read
P.D.

V = Fire ;  St Farm Pays Mo
M = Fire    St Farm Does Not Pa

50
55

$10,000,000.

$500,000.00    9.5    5 mil
45.

Lawsuit.

Claim to Ins. Company

Carrier Investigates

Carrier denys or pays the Claim

5/14/2004

1) IRS cont. to levy on Carmelas wages until Munoz Tax Doc. & Filings are up to date.

No Agreement w/ IRS b/c Cl. is in Noncompliance.

2) IRS levied on St Farm living exp & will continue to levy until Munoz acts on Tax prob.

Poss.   30 days

Munoz met w/ Saurez Each in 2002.

5/14/2004               Outline

1.  1st Qt. a 2004              $550.00        on 941

    Bank Statements     + S B           Mirta Salinas

    File   1040   1999   & Pay $
                  5/15/2004
    Payment  schedule For 941 Liability.

    File 1040    For yr 2000 thru 2003

    Work on payment
    File  940  Tax Returns     Fed Ann. Unempl. Tax Return

LC Muñoz vs
6/9/2005    St. SFarm


1) Phone conversation by Minnie Cavazos
   A) Discrepancy Re: Harry Cavazos &
      Minnie Cavazos.


                                        Officer M. Castillo

2) Police Investigation:         APD  JJ. Garcia
   A)  Finger Prints on E. Side windows
   B)  Off Report #1  ca # 03-006
       M.O.  use of hands to enter Residence
                          set Fire.    open window
       by  M.A. Castillo


3)  Call to 911 by Harry Cavazos.
    - Arson  reported by H Cavazos
      on 1/1/2003 at 8:47 pm


4)  lighter fluid HEB brand in HEB bag.
_____

Depos: Ramon Garcia          Harry Cavazos
       Sam Adame             Minnie Cavazos
       Armin Martinez
       Uvaldo Zamora

6/9/2005

Uvalda ZAMORA    Police Chief         1199

1) Prints      ?

2) Fluid.

3) -911 call   (ARSON)

201 Albert Olveda / Mike Sanchez

Both Henry & Minnie refused Polygraph

6/13/2005  Chief ZAMORA      689-2441      689-1199

6/27/2005  Review A req for Inter. & Req For Prod. & Document
Phone conference - D. Punmh
(3) firm
Review & Prepare & Review Ti. 2nd req for P Document

7/18/2005

Jaime Gonzales Jr

1) Simon Rocha

2) John Buendia : Supervisor St Farm

3) Mario Martinez : Supervisor St. Farm

7/21/2005

Ph # for Carmela Munoz

7/21/2005

1 hr    Carmela S. Villarreal          Married  6/3/2005
        845 N. 3rd E                   Roy P. Villarreal
        Mountain Home, Idaho  83647
        Ph # (208) 590-0991
        Tomlinson ; Asso. Inc.
        Fax #
        (208)  587-7419
        Sunset Manor          Salary :
        Employed.

        Luis C. Muñoz        ~~FFL~~    ~~#~~941  623 - 5997
        Carlos Munoz         415    525 - 9698

7/21/2005    Girlsscout Calender.

① Calender    Room    Big Master Room
Conlistoc    has    key.

② No    illNess                    36    8/1/68
        disease
        Health Condition

③ No    Conv.   or   Arrest   for   Felony
    No    Misd    arrest  a  Conv   or   M Trap

Twice { Arrested  for   S. Ass    on    Minerva (Adazos
       { arrested

Discussed  law suit  ė  discovery  process
Very  cooperative


7/22/2005    Spoke  to  L. Munos
    No   arrest.   No   illness.

7/22/2005

Luis Munoz

- Cavazos house - eviction he is Renter

- Real Property
    829 w White      92
    363 W. Kimball      98
    5½ lots  Next      99 - 2000

- No Leased Vehicle

- No illness, No diabetes No HR Pressure
  No concer.

- IRS      $28,000 owed

- Ben Capetillo      A couple of thousand $
  David Joe
  Need Capetillo File

- Luis Munoz Advises St Farm "Gloria"
  about the house being burned
  - Called Gloria over phone
  - .

7/29/2005

John Buendia          793 - 7312          knows Tom Reed

15055 la Cantera, Harlingen Tx          Bon Blue Skp Lft

Adan Lopez          Mesquital Fishing Camp          toward B 83 (S)
                                                     la Cantera (E)
                    399 - 0034 Hom          NE Corner          9.00
                    346 - 0035

8/18/2005    Call to John Buendia

10:00 t      Custard Insurance Adjusters          contact

11:00 Am

             Residential & Commercial Claim

                Viol.          Prop

                               Financial

             Fiduciary Resp. to protect Ins Records

                5.46  Ins Code

                1) owners permission

                2) Form Request under statute

    *    Records made Available          one time

                Reasonable Grou to deny the claim

St Farm    9 yr.    BBA
Ins Claim    AIC
SIU    4 yr.
Tom Reed    ~~some~~
    Ex Fire Marshal
    Ex Co Sheriff

Reservation g Rts.

Insured : No wrong by Insured


8/19/2005    Met with Juan Bandia Jr "John"
    - likes case
    - St Farm has problem
    - Agreed ≤ 1% cont    (70.00/hr)
    - { Malicious Prosecution
      { unfair settlement & Bad Faith


— Tom Reed    — 30 day Status Report
            — discoverable

# 2004 Property Fee Schedule (Preferred Client Rates)
### Effective 1/1/04

**Full Adjustment** includes:
- 24 hour contact.
- Cause of loss/claim determined.
- Full investigation and settlement including subrogation potential.
- Proof of Loss as required by customer.
- Diagrams with measurements.
- Detailed estimate with application of depreciation, policy limits and deductible.
- Coverage review.
- Statement of Loss if gross damages exceed $20,000.00.
- First status report within 15 days of assignment.
- Full captioned typed report.

**Agreed Appraisal** includes:
- 24 hour contact.
- Cause of loss/claim reviewed.
- Depreciation applied, as applicable.
- Coverage applied as supplied by detailed estimate.
- Settlement of loss with adjusters customer.
- Detailed estimate with application explanatory report.
- PILR reports on request.
- Proof of Loss waived.
- Customer notified if adjuster fees a full investigation and conversion to full adjustment is required.
- Short form transmittal or first status report within 15 days from assignment.
- 4 Photographs.

**Wind / Hail** includes:
- Prompt contacts (phone or letter).
- Property and damage inspected.
- Scope of damage with adjuster's detailed estimate.
- Depreciation applied.
- Short form transmittal.
- Brief comment on cause of loss.
- Brief comment on salvage where applicable.
- Brief comment on subrogation where applicable.
- 3 Photographs.
- Limited to exterior only claims.
- Light interior damages – add to appraisal fee - $15.00 per room.
- Structural Damages automatically converts assignment to Agreed Appraisal service and fees.

| Gross Loss / Repair Cost | Full | Agreed Appraisal |
|---|---|---|
| $ 0.00 - $ 1,000.00 | $ 225.00 | $ 145.00 |
| $ 1,000.01 - $ 2,000.00 | $ 295.00 | $ 195.00 |
| $ 2,000.01 - $ 2,500.00 | $ 395.00 | $ 225.00 |
| $ 2,500.01 - $ 5,000.00 | $ 495.00 | $ 245.00 |
| $ 5,000.01 - $ 7,500.00 | $ 650.00 | $ 285.00 |
| $ 7,500.01 - $ 10,000.00 | $ 785.00 | $ 325.00 |
| $ 10,000.01 - $ 15,000.00 | T&E | $ 375.00 |
| $ 15,000.01 - $ 20,000.00 | T&E | $ 425.00 |
| $ 20,000.01 - $ 30,000.00 | T&E | $ 475.00 |
| $ 30,000.01 - $ 40,000.00 | T&E | $ 525.00 |
| $ 40,000.01 - $ 50,000.00 | T&E | $ 575.00 |
| $ 50,000.01 - $ 75,000.00 | T&E | $ 995.00 |
| $ 75,000.01 - $ 100,000.00 | T&E | $ 1,100.00 |
| $ 100,000.01 - $ 125,000.00 | T&E | $ 1,400.00 |
| $ 125,000.01 - $ 150,000.00 | T&E | See Agreed Appraisal |
| $ 150,000.01 - $ 175,000.00 | T&E | See Agreed Appraisal |
| $ 175,000.01 - $ 200,000.00 | T&E | See Agreed Appraisal |
| $ 200,000.01 - AND UP | T&E | See Agreed Appraisal |

## GENERAL TERMS

- All duplicate and cancelled assignments will be charged at $30.00.
- Activities charged at Time & Expense will be billed at a service rate of $70 per hour (includes office and file creation), plus expenses.
- Area mileage (max 25 miles) included in appraisal fees. Mileage beyond 25 miles will be billed at $1.00 per mile (includes travel time).
- Long distance, cellular, and incoming & outgoing fax telephone will be charged at $ .15 per minute.
- Photographs not included in flat fees will be billed at $ 1.25 each.
- Cassette tapes will be charged at $ 1.25 each.

## AUTO & TRUCK APPRAISALS

| Gross Damages | |
|---|---|
| $ 0.00 - $ 5,000.00 | $ 150.00 |
| $ 5,000.01 - $ 7,500.00 | $ 185.00 |
| $ 7,500.01 - $ 10,000.00 | $ 225.00 |
| $ 10,000.01 - AND UP | T & E (minimum $250.00) |
| Total Loss Evaluation | $ 95.00 |
| Salvage Bids & Disposition | $ 150.00 |
| Heavy Equipment – Per Unit | T & E (minimum $425.00) |

8/24/2005

Samson          186

Buffo i Berkman


2/3 yrs before Fire - LCM gave RBarnett authorize
to an P.O.   280 Raymondvill, TX


                                              R13684
Property Tax   Carlier ck   05/31/05    $4000 cc    cc#
               6 Receipts    11/30/ 04

                                    3/         $6,800.00

Carmen


Mary Carrillos    -   Lend #
Alamo Bank


8/24/2005  Phone conv. w/ Carmela S. Villarreal
1:30       Never had P.O. # L LM Ramirez ne?

           99. 99   IRS letters L 829w unit
           Letter Stopped
           k Barnetts  P. O. Box
           C. S. Villarreal  Never had a P.O. Box in Raymond..

No P.O. Box Address in Raymondville

- Delia Muniz    used P.O. Box for
              Learners
              Texaco
              Visa

Taxes For Volanda Loya          2500 - 2600
Keri's Fur                      "385"

Furniture that burned was bought on/about
11/2002              [Capetillos Thanksgiving]10/5 Bills
     Dining  Set

9/2003    living room  furniture

Property Taxes     - $5,000 - 6000 PD  (5400 owed)

8/24/2005

8:30 Am | Alex Martinez          901 N Airport

11:00 | P.O. Box 1077

Traveled | Raymondville, Tx 78580       642-6177

to weslaco

| Needs copy of letter to T. Read re. Police file.

Weslaco PD

dispatcher:
   948-8591

Communications Cntr

      948-

Alex Martinez Inlv.

7/13/2005    Munoz v. St Farm

Time line

I    Fire at 829 W. White, Raymondville, Tx
        1/1/2003

II    Claim by L. Munoz for Fire loss
        * No copy to Luis Munoz.

III    Letter of Representation of Luis C. Munoz by Go Cl Garz
        6/11/2003

IV    Sworn Statement under Oath by Luis C. Munoz
        & Carmela Munoz to Lawrence Huxtl on
        8/5/2003

V    Personal Property Inventory Form    dated 1/13/2003
        Provided to St Farm

VI    Signed Authorization                 to Tom Reed by LC Munoz
        list of Witness employees        4/22/2003
        Phone records
        Explanation on Tax Returns

VII | Demand letter w/ Orig Pet. Filed in State Ct
May 11, 2005

VIII | Feb. 12, 2004  Tom Reed & Cl Garza visited
house Barnett to get 1040s for LCM.
Mrs. Barnett was not prepared & Tax
Returns not filed.

IX | Jan 11, 2005  State Farm denies LCM fire claim.

Mr Tom Reed
I would want you to mail me all the this papers back nuxe Copes L.C.M  Claim # 53-Q606-9Ke

Documents

\# 1. Signed Authorization        Yes it's Signed ✓
                                         Enclose

\# 2  Don't have one

                                    Yes it's inside ✓
\# 3.  Don't have one                  Enclose

\# 4. Tele 956-232-0029   Nextel ✓ Enclose
      Tele 956-232-0031

**STATE FARM INSURANCE COMPANIES**

APR 2 2 2003

\# 5  Okay inside the ✓ Enclose    PARK GREEN CSO
                                    CORPUS CHRISTI, TX.

\# 6 Luis C. Muñoz      956-689-6663 ✓
    Carmela S. Muñoz              Enclose
    Okay inside Tv
    Verizon

                        Verizon Long Distance
\# 7. 956 689-6663      AT&T Enclose  ✓

Munoz 53-Q606-916
SF 114

STATE FARM INSURANCE
COMPANIES

APR 2 2 2003

PARK GREEN CSO
CORPUS CHRISTI, TX.

#8  Munoz Roofing Co  363 W. Kimball Av
    Tele 956 684-3591      Raymondville TX 78580
    Tele 956. 689-1335.
    Telephone  Servic  Provider  Verizon    EnClose

#9. Munoz Roofing Co.
    long Distance Provider  Verizon  long  AT&T.

#10. Inside the In          EnClose

#11. Inside the In          EnClose

#12. Inside the In          EnClose

#13. Inside the In          EnClose

Munoz 53-Q606-916
SF 115

STATE FARM INSURANCE
COMPANIES

APR 22 2003

PARK GREEN CSO
CORPUS CHRISTI, TX.

14. Barnett's BookKeeping

15. Barnetts BookKeeping

16. This Tax return Forms
    will be provide to you when my
    BookKeeper providem to me as
    soon as she I will providem to you Thank you

17. This Tax return Forms
    will be provide to you when my
    Bookkeeper provide to me thank you

18. 1. Ruben Perez        Carpenter this person is my Foreman
    Sebastian TX          Pay $10 per Hr
    454-2034 Cell

2. Robert Perez
   Sebastian TX          Roofer and Framer an Install sheetRock an paint
   454-2034 Cell             $5.80 per Hr

3. Raul Gonzalez         Roofer Install sheetRock an painter
   Lyford TX             all Type of Construction work
                            $6.00 per Hr

4. Jose Treviño          Roofer all Type of Construction work
   Raymondville TX          $5.50 per Hr

Munoz 53-Q606-916
SF 107

STATE FARM INSURANCE
COMPANIES

APR 2 2 2003

PARK GREEN CSO
CORPUS CHRISTI, TX.

5. Santos Araya    Roofer an Helper
   LASARA TX        # 5.⁵⁰ per Hr

6. Hector Rodriguez   Helper
   Raymondville TX    # 5.⁵⁰ per Hr

7. Leon Cisneros   Roofer an Helper
   Raymondville TX      # 5.⁵⁰ per Hr

8. Juan Cisneros      Roofer an Painter an all Type
   Raymondville TX      of Construction work.
                        # 5.⁵⁰ per Hr

9. Juaquin R.
   Lyford TX  ⟩  Construction Framer / an Cabinents Maker
                Contrac work Built Stair

10. Hilario Tomez
    Harlingen TX   Tape Float an Textur an paint
                   # 10.⁰⁰ per Hr

11. Eduardo Quintanilla   Tape Float an Texture an paint
                          # 7.⁰⁰ per Hr

Munoz 53-Q606-916
SF 108

STATE FARM INSURANCE
COMPANIES

APR 2 2 2003

PARK GREEN CSO
CORPUS CHRISTI, TX.

19d. Ruban Perez          ( Foreman )
    Sebastian TX          Pax 10.00 per Hr


2. Robart Perez    Roofer all Type of Construction Work
   Sebastian TX        pay 5.50 per Hr


3. Raul Gonzalez    Roofer all Type of Construction Work
   LyFord TX          pay 6.00 per Hr


4. Santos Arroyo    Roofer
   LaSara TX          5.50 PR Hr

6. Juan Cisneros    Roofer on Hilper
   Raymondville TX    $ 5.50 per Hr

(7. Jose Trevino    Roofer all Type of Construction Work )
   Raymondville TX    pay 5.50 per Hr

(8. Eduardo Quintanilla    Roofer on Tape Float or Texture on paint
   Raymondville TX pay $ 7.00 per Hr

(9. Juan Cisneros    Roofer all Type of )
   Raymondville Tl    Construction work )
       pay $ 5.50 per Hr → No longer working

Munoz 53-Q606-916
SF 109

STATE FARM INSURANCE
COMPANIES

APR 2 2 2003

PARK GREEN CSO
CORPUS CHRISTI, TX.

20, Ruben Perez GirlFriend

name  Melissa Benavides

Address 223 South German

Raymondville  TX

Cell 956-9606-9606  No Home phone

this Cell Phone is under Her sister name

Michell Benavides

21. Juaquina Flores on Her daughter Orlanda Flores

Address 494 E wood Av

Raymondville  Tx 78580

no Home phone

22. Hector Rodrigue

7100 old Alice Rd

Olmito  TX

County Jail

Munoz 53-Q606-916
SF 110

2002  Nov. 1,    MINERVA CAVAZOS calls Munoz at his
                 office and threatens to burn his
                 house.
                 ( Police Report  02 - 1813)


2002  Nov. 4    Carmela's car has damage &
                broke his. Carmela received a
                threatening phone call.
                (Police Report 02 - 1832)


2002  Oct. 31   Munoz Roofing & Const. has 2 broken
                windows at 363 w. Kimball.
                (PD Report 02 - 1807)



2003  Jan. 1    Muntor home @ 829 in White Raymondville
                burned.

1992   Munoz Buys Home @ 829 W. White St. Raymondville Tx
       From Mr./Mrs Grotzinger

1998 , Jan. 1,   Munoz Const. Roofing i contract to repair i
                 Remodel Cavazos home @ 847 W.
                 White St. Raymondville.

1999 Mar. 10   Cavazos sign Mechanic's lien in Favor
               of Munoz Roofing i Construction

       3/16/99  Construction begins
       9/1999   Construction Stops because the Cavazos
                terminated the Mortgage Application and
                refused to pay Munoz.

2000 Jan. 28   Cavazos Harry i Minerva file Bankruptcy

2002  Feb. 11   Munoz Shed Burns

L M                    H C. & M. Cavazos

CiRCuMSTaNtial Evica

1) Availability    ✓              ╱
2) Motive          ✓              ╰
3) Intent                         ✓
4) Present                        ╰
5) History                        ✓

                    Murder: Juan Silvas
                    answ   :

                    Alley

[diagram of a box with a smaller box inside containing an X mark]

Txico

Mr. Munoz was threaten by harry
Cavozos.
   Mr. Munoz wen to P.D. é spoke with
Officer Martinez. Police of Raymondville.

Mr. Munoz told him that Cavazos threaten
to kill him because he was taking his
name away.

Martinez told Mr. Munoz he was going to
talk to him.

4-13-04

Tex Ins Code 21.21 § 4(10)

Unfair Settlement Practices
1) Begins when Insured makes a claim.
2) Insurer must not
   A) Misrepresent a material fact or policy provision
   B) Fail w/in reasonable time to affirm/deny coverage under the policy.
   C) Refuse to pay a claim w/o conducting a reasonable investigation

   d) Fail to provide promptly a reasonable explanation of the basis in the policy in relation to the facts or applicable law, for the insurer's denial of a claim.

Standard: Reasonably Clear liability.
          Universal Life Ins Co v. Giles
          950 SW 2d 48


Proper Settlement demand w/in Policy limits

Rocar Intern. v. National Union Fire Ins
77 SW 3d 253


Crown Life Ins. Co. v. Casteel
22 SW 3d 378

4-13-04    $100.^{00}$    $150,000.^{00}$

Atty Fees    Ins Code Art. 21.55

Unfair Practices    Ins Code Art 21.21 § 4

       Treble damages

       98 SW 3d 227

DTPA    Viol Art 21.21    Bus i Com Code § 17.50(b)

Prompt Requirements & Penalties

       Ins Code Art. 21.55 § 1 (3)

Greenfield v. San Jacinto Ins Co. 319 SW 2d. 134

Reasonably Clear

# Discovery

10/11/2004

My Name is MARIO Tijerina I am over the age of twenty one having been born on ___ ___ 195_. I reside at 450 E VAN Eaton St. Raymondville, Tx 78580. I am married and have one child in high school. I am currently employed at the Willacy County Regional Detention Center. Prior to this employment, I was the branch Manager For Alamo Lumber Co. in Raymondville, Tx. for I have lived in Willacy County all of my life and I also serve on a volunteer fire fighter

This statement is regarding Luis C Muñoz and the house fire of Jan 1, 2003 at 829 W white St. Raymondville, Tx. I responded to the fire call and recall that Mr Muñoz was summoned to the location. Mr. Muñoz had been cooking-out with his employees at 363 W. Kimball St. I remember when Mr Muñoz arrived at the scene of the fire, he & was very surprised and was asking the firefighters what had happened.

As branch Manager for Alamo lumber Co I was aware of a large job that Muñoz Roofing and Construction did for Mr. Harry Cavazos on white Street. Mr. Muñoz completely remodeled the Cavazos house, his neighbor. The Account for all the material was more the Twenty thousand $20,000°° and after unknown circumstances between Mr Muñoz and Mr. Cavazos developed Mr Luis Muñoz still paid off the entire account,

And Mr. Cavazos did not pay Muñoz Roofing and Construction for the labor and Material,

I was impressed that Mr. Muñoz never attempted to Avoid his obligation even after he suffered a big loss.

If you have any question, you can reach me at 642-6556

Mario Tijerina

Trust.

642-6000

My Name is Ubaldo Zamora. I am the Police Chief for the City of Raymondville, Tx. My office is located at ___ W. Hidalgo St, Raymondville, Tx 78580 My office number is (956) 689-2441. I am married and have three school age children. I have lived and worked most of my adult life in Raymondville Tx. I have been a peace officer for 20 years.

This statement is regarding the fire ~~and investigation~~ at 829 W. White St. on Jan. 1, 2003 and the subsequent investigation. After reviewing the criminal investigation and interviewing my investigators I can relate the following:

1.) on several occasion our department was visited by different personnel from the insurance co.

2) These agents provided information, photos, lab reports and brought a canine to the scene of the fire.

3) The information that Mr. Luis Muñoz had established a pattern of filing insurance claim arose from the insurance company ~~have~~ through its agents. The agents also injected the idea that Mr. Muñoz had a monetary motive to burn his house.

This criminal investigation was presented to the Willacy County District Attorney, Mr. Juan Angel Guerra and he presented the arson investigation to a Willacy County Grand Jury. Mr. Muñoz was no billed, that is the Grand Jury decided that no probable cause existed that Mr. Muñoz set his home on fire.

After eliminating the allegations of motive and pattern which were provided by the insurance co., there is no evidence that Mr. Muñoz was involved in any way in the arson of his home. The evidence showed that Mr. Muñoz was away from the house barbequing with his brother and employees at his shop.

Ubaldo Zamora

Juat