STATE OF TEXAS

WILLACY COUNTY

## AFFIDAVIT

My name is Omel Munoz, I am 34 years old with a date of birth of 11/30/1969. My social security number is 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 and my address is 188 Texas Drive, Raymondville, Texas 78580, cell phone number is (956) 357-3731. I am employed with Pool Oil Well Service at 438 Flournoy Rd., Alice, Texas 78333.

To the best of my knowledge on January 1st, 2003, I met with my brother Luis Munoz on or about 12:00 p.m. I met with him at his shop, he had just returned back from a job site. I mentioned to Luis that I was going to Edinburg to make a payment on my car at Bargain Car mart. I asked Luis if he would like bar-b-que that night and that I could stop by Vela's Meat market in Edinburg and buy the meat. Luis agreed. Before I left his shop I let Luis borrow a movie

I recall that the Bargain Car Mart was closed because it was New Years Day. Bargain Car Mart is where I make my car payments. After this I headed to Vela's Meat Market and bought the meat, I bought beef ribs and beef fajitas and chicken. After I bought the meat I came back to Raymondville and went home. At about 5:00 p.m. I came back to Luis's shop, Munoz Roofing and Construction. Luis was at the shop, I started to gather everything I was going to need for the bar-b-que and I also told Luis that I needed seasoning for the ribs.

I started the fire about 5:30 p.m. and about 6:00 p.m. Luis left to his house to bring the seasoning and he also mentioned that he needed to feed the dogs and turn on the outside lights. About 20 minutes later Luis arrived with his wife's expedition and seasoning, Luis mentioned that his dogs got loose. I kept on cooking and Luis went inside his office. At about 6.35 p.m. I remember Luis was outside calling Joe, which is one of his employees. Joe and his wife were at HEB shopping and Joe was walking over to the shop to speak with Luis but for some reason Joe turned back to HEB, at that time Luis saw him and went outside calling him back. Later on I saw Joe's wife pull up to pick up Joe, I remember Joe telling his wife that he was going to stay because he was going to help Luis catch and tie up the dogs. During the time I was grilling, Joe and Luis would come in and out to check how I was doing. We ate about 8:00 p.m., also about the same time one of Luis's ex-employees (Bert) stopped by the shop to say hi and mentioned that he was going to Dallas and move in with his ex-wife and daughters. I remember Bert was walking, I also recall watching him walk to HEB. Once the ex-employee left we were all looking for ropes to tie up the dogs. We found ropes and me and Joe closed the back garage and Luis went to lock the front door to the shop and at the same time we all heard sirens from the fire trucks. When Luis was walking to the back of the garage where Joe and I were at, someone called Luis's cell phone. I believe it was Ruben, one of Luis's employees and told him his home was on fire.



Luis got on his expedition and took off toward his home. Me and Joe took off in my car also heading toward his home. Me and Luis arrived at his home at the same time. We got off our vehicles and a fire fighter told us we could not get near the house. So we went around to the back of the house and I remember seeing several fire fighters around the electric box one of the fire fighters detached the eclectic box from the house. However, we still could not get near the house. Once the fire was under control we started getting closer to the house, we went around to the front of the house, we were trying to get in through the front door. I remember looking over to Luis's neighbors "Harry Cavazos, Minerva Cavazos, Harry's brother, Harry's son and a little girl" were all laughing including Harry's son and the little girl. I then looked at my brother and I saw a face that I had never seen on him before. My brother was about to cry.

I also remember that Minerva Cavazos was talking to one of the fire fighters; I don't know what they were talking about. About 45 minutes later the fire was put out, I remember seeing a lot of smoke. At this time one of the fire fighters was considering whether Luis should go in his home. Luis was asking one of the fire fighters to give him permission to board up the window and door the fire fighters had broken to get in the home. However, another fire fighter warned us again that we were to close and we needed to get away from the house. The firefighter Luis was talking to about boarding his home confronted Luis and told him he needed to talk to the chief of fire fighters. We waited about 10 to 15 minutes and Chief Ramirez came to talk to Luis and gave him permission to board up the house, after that we all came in the Expedition to the shop and gathered plywood and panels and loaded them up in one of Luis's company trucks and returned to the house. When we arrived at Luis's home everyone was gone, other than a police officer that was going to have to stay at the scene all night.

We started to board up the back door and window where the fire fighters had broken to get in the home. We finished boarding up and left to my house and my brother stayed at my home.

I cannot remember if Luis called his wife or how she found out their house had caught on fire, but I do clearly remember seeing my brother with a face I had never seen on him before, he looked like he wanted to cry.

This is my recollection to the best of my knowledge.

Omel Munoz

SWORN TO AND SUBSCRIBED BEFORE ME by *Omel Munoz* on this the 22 day of October, 2004.

Notary Public:
Commission Expires:
9-2-2007



VERONICA ANN CORONADO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 2, 2007

STATE OF TEXAS

WILLACY COUNTY

AFFIDAVIT

My name is Carmela S. Munoz. I am 36 years of age and presently reside at 772 W. Chihuahua Street in Raymondville, Willacy County, Texas 78580. I have been living at this address since March of 2004.

Prior to this I lived at 829 W. White Ave. in Raymondville, Texas. On January 1, 2003 my home at 829 W. White was damaged by fire. When this happened I was on vacation with my son in Florida. After being notified of my home I immediately returned back to Raymondville, I saw the damages done to the house due to the fire. I was in shock and have been since then. Mr. Lee Olivio from the insurance company gave Luis Munoz, my ex-husband a check so we could stay at a motel. We ended staying at a motel in Raymondville for about 2 ½ weeks. Before the motel, we lived with my brother-in-law for approximately 2 to 3 weeks. After that we rented a house west of Raymondville on County Rd. 156. I moved out in March, but my son and ex-husband still reside there. My son, Carlos Munoz was really having a hard time dealing with all that was happening so he ended up having to see a counselor for about six months. It has been very hard for me to accept what happened to my house. I go check on my house every other day and I still feel a lot of pain inside for what happened. I feel that I have proven to my insurance company that I (we) are not responsible for any damages resulting from the fire.

I thought that our insurance company was going to treat us better than what they have. As far as I'm concerned, we have done everything we've been asked to do in order to prove our innocence. I would also like to mention that Tom Reed was trying to convince or brainwash me that my ex-husband, Luis Munoz was guilty of the fire. He asked me several times, "what makes you so sure that your husband did not burn your house". Because of this accusations against my husband, I began to doubt him. My doubt eventually led to anger and the longer that I was out of my house the angrier I became. I took out my anger on my husband and ten or eleven months after the fire, I filed for divorce. Because I trusted my Insurance Company and Mr. Tom Reed, I allowed his statement to influence my thinking that he must know something that I don't know. I now feel that Tom Reed made this accusation just to avoid paying for the fire damages to my home.

We are now divorced, things went different directions, our lives will never be the same again. On august 2004, I was given a copy of State Farm "Original Answer" which is accusing Luis C. Munoz and Carmela S. Munoz of causing/setting our house on fire. I feel offended and embarrassed being falsely accused of a crime I never committed. Just for the record, we slowly remodeled our home since 1992 little by little paying as we went. Our home was everything in the world to us and nothing will ever change things to the way they were. All I am asking is for what is fair. It has been almost two years now and

nothing has been settled. Mark would always tell Luis that everything would be ok. Everything is not ok because I am still homeless. I want things to be normal again. This statement is true and correct to the best of my knowledge.

_Carmela S. Munoz_
Carmela S. Munoz

SWORN TO AND SUBSCRIBED BEFORE ME by Carmela S. Munoz on this the 30 day of August 30, 2004.

Notary Public:
Commission Expires:
9/2/2007

VERONICA ANN CORONADO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES
SEPTEMBER 2, 2007

**AFFIDAVIT**

STATE OF NEW MEXICO

COUNTY OF DONA ANA                    §
                                      §
                                      §

    My name is Amador Quintanilla . I am over the age of 18 years old and reside at 6855 Villa Emma, Las Cruces, New Mexico 88007. My phone number is (505)527-4459.

    I am the owner of a home located at Rt. 1 Box 237, Raymondville, TX 78580. This home is rented to Mr. and Mrs. Sonny and Yvette Hernandez. The location of the home is in Willamar, Willacy County, Texas.

    On or about December 21, 2002, I contracted Mr. Luis. Munoz of Munoz Roofing and Construction to repair the roof of my rental home located in Willamar. Mr. Munoz repaired this roof during the last days of December 2002 and the beginning of January 2003. I belief that Mr. Munoz Construction worked on January 1, 2003  My brother Israel Quintanilla paid Mr. Munoz Two thousand dollars ($2000 00) which I gave my brother for the job.


_____
Amador Quintanilla


    Subscribed and Sworn before me by Amador Quintanilla on this 12 day of March, 2004, to certify which witness my hand and seal


_____
Notary Public in and for the State of Texas
Notary Public's Printed Name: _____
D'Anna M Benavidez
My Commission Expires. 3-11-07

## AFFIDAVIT

**STATE OF TEXAS**

**COUNTY OF WILLACY**                    §
                                         §
                                         §

My name is Yvette Hernandez I am over the age of 18 years old.  My husband name is
Sonny Hernandez.  Our address is Rt. 1 Box 237, Raymondville TX 78580.  We rent from Mr.
Amador Quintanilla.

We rented a house located in Willamar, Willacy County, Texas from Mr. Quintanilla on
November 2002.  Because the roof had some leaks, Mr. Luis Munoz of Roofing and Construction
was brought to repair the roof, I recall that during the last days of December 2002 and the
beginning of January 2003, Mr. Munoz repaired the roof.  I do not remember the exact date just
that the roof was repaired rather quickly.

Yvette Hernandez

Subscribed and Sworn before me by <u>Yvette Hernandez</u> on this <u>11</u> day of March, 2004, to
certify which witness my hand and seal.

VERONICA ANN CORONADO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 2, 2007

Notary Public in and for the State of Texas
Notary Public's Printed Name:

My Commission Expires: _9-2-07_

# AFFIDAVIT

**STATE OF TEXAS**

**COUNTY OF WILLACY**                    §
                                         §
                                         §


My name is Israel Quintanilla I am over the age of 18 years old and reside at 328 E. Main Raymondville, TX 78580.  My phone number is 956-689-5414.  I am a school teacher at Lasara school district.

I paid Mr. Munoz of Munoz Roofing and Construction for a roofing repair job that he did at my brother's house located in Willamar.  I received the money from my brother to pay for the roofing job.  I met Mr. Munoz at his office the day after the fire loss of his home that happened January 1st 2003.




Israel Quintanilla


Subscribed and Sworn before me by <u>Israel Quintanilla</u> on this 1B day of March, 2004, to certify which witness my hand and seal.


Notary Public in and for the State of Texas
Notary Public's Printed Name:

My Commission Expires: 9-2-2007

VERONICA ANN CORONADO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 2, 2007

STATE OF TEXAS

WILLACY COUNTY

## AFFIDAVIT

My name is Mary Rubio. I am 47 years old. I am a U.S. citizen. I have never been convicted of a felony or moral turpitude. I am employed by the city of Raymondville in the Police Department at 523 W. Hidalgo, Raymondville, Texas. My duties are custodian of records and record clerk.

I have provided twenty-one (21) Raymondville Police Department offense reports to Mr. Gustavo Garza. These same reports I have provided to Mr. Tom Reed on 5/16/2003. Each report is an exact true and correct copy of the original. Each report is kept in the normal course of business and each is under my control and custody. Each of these reports were made and written or recorded by officers of the Raymondville Police Department with knowledge of the acts, events or conditions contained in the individual reports. The officer compiling the information acts, events or conditions contained in the particular report, did it at or shortly after the time of the occurrence in a reliable written form.

The reports that I have identified are identified by date, file number and offense. A list is attached along with the true and correct copies of each report.

This statement is true and correct to the best of my knowledge.

_Mary Rubio_
Mary Rubio

SWORN TO AND SUBSCRIBED BEFORE ME by Mary Rubio
on this the _23rd_ day of September, 2005.

Notary Public:
Commission Expires:

STATE OF TEXAS

WILLACY COUNTY

## AFFIDAVIT

My name is Veronica Ann Coronado. I am a U.S. citizen, sound of mind and I have never been convicted of a felony or misdemeanor offense. I am employed with attorney, Gustavo Ch. Garza as his secretary. I can be reached at 956-357-0425 and my address is 695 W. Rodriguez, Raymondville, Texas 78580.

I have read the affidavit of Tom Reed dated September 9, 2005, in his item 31 his assertion is untrue. Tom Reed did not suggest through me that an outside copy service would pick up, copy and return Mr. Munoz's records from and to the office of Mrs. Barnett.

In his item number 35, Mr. Reed asserts that he requested of a copy of some records. He further asserts that Mr. Garza refused to allow him a copy of the records requested. Mr. Reed reviewed Mr. Munoz's business receipts in Mr. Garza's office. I was present during the entire time. Mr. Garza was not present during the review of Mr. Munoz's business receipts by Tom Reed. When Mr. Reed completed his review and returned the boxes to me, Mr. Garza had returned to the office with Mr. Munoz. Mr. Garza asked Mr. Reed if there was anything else he needed at the same time Mr. Garza gave three affidavits to Mr. Reed. Mr. Reed responded that he wanted a copy of everything. It was clear that Mr. Reed wanted me or Mr. Garza at Mr. Garza's expense to copy the two boxes of receipts. Mr. Reed did not mention that State Farm would copy or pay to be copied the receipts.

This statement is true and correct to the best of my knowledge.

_____
Veronica A. Coronado

SWORN TO AND SUBSCRIBED BEFORE ME by Veronica A. Coronado on this the ___24___ day of September, 2005.

_____
Notary Public:
Commission Expires:

SEAN OSBORN
Notary Public
STATE OF TEXAS
My Comm. Exp. 05-06-2008

3/7/2005

45' ph    David Rusnak

Conv. w D.R.

Election to Withdraw Motion For Vol. Nonsuit

Copy to Ct
Copy to Counsel

David Rusnak          Admitted Northern Dist Tx.
17404500    ST BAR Tx    5th 11th  US Supreme

Conflict letter :
[ Contract b/w Muñoz
Scheduling Conf i Order

Motion t Amend Pleading          30 66
                                 depo

3/9/2015

30 min    541    Unfair settlement practice         501.004

Cons in DR 542    Unfair settlement practice    542.005

Records of Complaint & settlement offer

701.52    immunity to provide Police (Fraud)

Letter of to J. Tagle
Aff of S. Adame

3/9/255

15

Cour DR

( Tucker v St Farm

↑ Peace Officer

8/25/2005

2:30    Juan Buendia Jr

6:00 Pm    Phone Conf w/ D. Reynah

1st conv.  b/w Olivo ? Reed :  Arson : Insured involved.

3/23/2003   Reservation q Lt.
            15 days therefrom to request doc.
            that St Farm may/will need t
            evaluate the claim.

            30 days from th 15 day pe

            45 (Arson)

Authorization by Munoz :  ~~insura~~ Ins company
                           Wrong  form used

※ St Farm Llyods   v.  St. Farm Auto.

[ 1/3/2003    Malitious Proseartion ]

Ruling on Bankruptcy before File

3/10/2005

15 MIN  Conv. w  W Taylor

No separate doc. For sanctions

✓  Nonsuit State claim

✓  Proceed Against St. Farm only

St Farm will  —  no sanctions
will file a withdrawal on agreement of
No Sanctions.

---

3/10/2005  Mar. 15

10 min  0  404 420 5708  TORRA

= (678) 777 6952  David Rusnak's cell #

Spoke t D. Rusnak — explained J. Tagle's order
& offer by W. Taylor. Agreed to dismiss the
State Ct. lawsuit, Stay in Federal Court
Proceed Against State Farm only and
State farm will withdraw its request for
Sanctions.

11/8/2004

| | | | |
|---|---|---|---|
| 5/7/2004 | Notice of Levy | Total Amt | 68,135.97 |
| | 941 | | |
| | Keifer Inc | | |
| 5/13/2004 | | | 65,779.36 |
| | Keifer Inc | | (2356.3 |
| 5/17/2004 | Notice Levy | | |
| | St Farm | | |
| | Attached Claim # 53-Q606-9/6 | | 65811.74 |
| 5/25/2004 | | | 65559.62 |
| | Kiefer Inc | | |
| 6/04/2004 | Kiefer Inc | | 64746.07 |
| 6/17/2004 | | | 61,200.99 |
| | St. Farm | | |
| 6/17/2004 | Keifer Inc | | 61,200.99 |
| 7/21/2004 | St. Farm | | 55,653.20 |
| 7/21/2004 | Keifer Inc. | | 55,653.20 |
| 7/30/2004 | Keifer Inc. | | 55590.98 |
| 8/6/2004 | Keifer Inc. | | 55709.88 |
| 8/17/2004 | St. Farm | | 53,368.82 |

10/21/2005

Cont of Depo Thomas Lee Reed   by D. Rusnak

S+-6        8/12/04   Memo   conv. Armin Martinez

No Facts / No Witnesses that L. Muñoz   Set Fire
No Facts                    C. Muñoz   Set Fire
No Facts                    Carlos (Sr.) Set Fire
No Facts                    Employee / other person  Set Fire


Neighbors, Police official, other witness
Torres, Cavazos,        Torres - reported    { dogs before fire
                                             { 6:00 - 6:30 PM
                        Stood (pd)
                  Previous Fire , oven Fire (Pd)


Other witnesses :   { 1 of her employees   closed window
Leon Cisneros      { Mr. Muñoz locked the window

            ( IRS , City Raymondville Sch Dist, Tx Emp Comm
            K. Bennett  R. Pena Sr, Yolanda Perez,
Police Official ,  Det Adame, Det A Mtz  Ramon Garcia
            M.A Carrillo,  J.J. Garcia.
        Simple Subpeona , 5.66 -  Ramon Garcia


Evid. That Cavazos  set Fire to Muñoz lease
 - only Muñoz

Arson Triangle   Motive   opportunity   Incidiary

CAVAZOS :   ongoing dispute   Bankruptcy
Motive        death threats,  threat of arson
              Police reports,  Neighbors knew of problem

CAVAZOS
Opportunity   at   home   at time of fire

Incendiary    CAVAZOS   went to   H.E.B   cook burgers
              No video.  No cash register.
              No recepts from CAVAZOS,  CAVAZOS have
              a BBQ pit

Spoke to  H.E.B mgr.  checked into video.
    I don't see it
    Find  No entry  in Activity log

— Written documents  re:  Partnership b/w Manoz - Castillo
    — his agreement  did not exist
    — No letters requesting drafts, memos
        — My Assumption

Karen

K. Barnett        4 8 425        Muñoz Roofing

Raul Peña

Yolanda Perez                                  Gabriel communicat.
                                               Sonnie communicat.
                                               w/ Garcia

567  - 2/12/03 - Theo's reply.
568    2/  /03   Agreement   cc Tom Reed

587  ⟩ Subpoena from Fire Marshal
588  ⟩    Ins Records, payments

SF00333        Barbara Keifer   Int Notes,

Sometimes I keep Field Note's Sometime I
       don't.              SF00993
Privilege?

Converse Neighborhood SF 00 1596
                 SF00 1597

Minnie's   $80,000 Ins Policy by C. Muñoz to Cavazos  ⎧ 2/12/03 ⎫

P    SF-3261   Motion lights

SF03816        Wrecker driver
SF003120       Hole in window (Near Fire)  6/22/03 Cavazos Henry
               Want to HEB

H Cavazos    Cooking burgers —

SF02675    Int LE Munoz              1/23/03

— H Cavazos dad called Mr Munoz
~~to~~ be careful, Don't answer door. watch son

SF002677    Zeke Cavazos

Rumor q Michael Cavazos Setting Fire

1/28/03       8 mo. Waited     9/9/03  Flores

1 yr 7 mo. waited    8/12/04  Det Aranzu Mtz

12/08/05

Ubaldo Zamora          689-1199

Alex  Mtz              { 642- 6177  cell
                       { 968 - 8591

David 233 9740 Chtchabeto

DIANA        Bob Gamage  5:30
             515 E St Charles

$5.00 + 25.00        [ 4 attempts ]

$90.00

Sham Investigation by Bad Neighbor

I.    What Did T. Reed Do.

II.   What did Tom Reed Not Do

III.  Who did Tom Reed cooperate with

IV.   What have you said under oath?

9/6/2005

SHANNON RUSNAK          33,381.64 GAS
                        23,850.~  Asset
                        _____
                        9,531.64   (Owed)


Mach Fuller          Assignment   1/2/2003

Comm. Peace OFFICER   1st visit to 829 W. White
                         on   1/6/2003
                      Lee Olivo, M Fuller, Cory Martin
                      interview Munoz's  dog

     No Particular Party involved        ⟩  Mack Fuller
     Nor does it suggest a motive

     Interviewed  Luis Muñoz on 1/6/2003

     Photo  SF001545

     No Evid. of Force Entry   SF001492

     No Forced Entry "No evidence"   SF001567
        MARCO A. Castillo RPD  Broken windows
           J.J. Garcia RPD
                        Open Window
                        Finger Prints & Path

Tex. Dept of Ins.          WWW. TDI. State. Tx. US

Linda

Ous Duties after Loss

Standard
Policy :        15 days                        15

                Acknowledge

                                               30

        More info.

                                               45

             45 days                    3 mo.

| Fire | Reported | | 15 day | |
|---|---|---|---|---|
| 1/1/2003 | 1/2/2003 | 1/6/ M. Fuller | 1/17/2003 | 1/28 |
| | Lee Olivo | CóNO | Request information needed to Finish | Recd |

Lee Olivo

Town head

[ Personal Property Inventory Form ]
[ McAllen Office     2/14/ ]

Luis & Carmela went to McAllen looking for Lee Olivo
Pers Prop Inv.   1/10/2003 or 1/12/2003

10/5/2005

Carmela Villarreal

Idaho      6/4/2005

Carlos (son) stayed

Nothing to change on EEO

Vacations as a Family before for
    San Antonio, Houston   a lot end
California }   mom & son
Arizona   }   not his     the family
    Took her money

Marriage  2000  good    6/2000
Household bills   we both did   checking act
    Pay with cash
Carmela had her own Checking act
    Texaco       Cred Cards
    Lessner      2000
    Visa
    Master card

ATM / Debit Card  Texas State Bank
Watson  40 - 45/50 hrs
    8:30 - 5:00 Pm   5 days/week

Xmas at Carmela's Home ext. family
Xmas 2002 yes

Luis + Family  X-Mas  2002

Normal Deco. o/s Lights colored & white
                    Signs, St Cl. Snowman
Inside : garland, Figurine, picture
Tree : poinsette figurine flower lights

Open presents    Her Fam    12/25
                 Their Fam  12/24
                 X-mas Dinner    12:00

idea to Florida    X day
Son - told Friend invited Mom & Dad
to be in Florida    1 week
Castillo Family
No X-mas deco off before Florida
- Son & mom could go - not Luis
1 wks clothes
Purse w/ cred cards all available
No disagreement w/ Luis about Trip
Camera had 1 ch somethin
12/26/02
Expedition   Week before fire
Husband to pay
- Brothers excursion        7 people
- Stopped at Motel

Stayed at Condo
B Capetillo pd. all expenses
of me in Fla

Jon 1, 2003 fine Rent Night    9/10 pm
— called Capetillo
Consuella has cell phone
Chevy Constante called Capetillo

After Rent late spoke to Luis M cell
— could not talk at the time

Luis called back at 2:3 Am
— He was crying

Returned sooner than expected
Drove straight there

n/s        "800." /mo. as long Son lived w/ Mom
$563.²³    3 yrs to go
F250   not sure    No lease

Dinning Rm Set    6 chair Cabinet    two Jawor
                $2300.—
Living Rm            1000 Plus
No Mtge on House
Property Tax

Tax bill on the int paid / 2 yrs of unpaid tax

I don't know

Income tax

40,000 - Carl had

30,000 cout to Carol at Divorce

13 - 15 th / yr

10/5/2005

Luis Munoz

Water light the Ins phone cable
- give her Money

Property Tax bills    829 w White
  5/6 blocks         No lights  Stop sign

2000 / 2001   Property Taxes Not paid

K Barnett Bookkeeper since 94 - 95   both
prepared taxes     95  96  97  98
  99 ensure - No
Found out on 2003    Needed documents for
State Forms   - Tom Reed
  99  2000  2001,

She had document all Bk Statement
                    Payroll info
                    Cash receipt
                    Deposits
Sole Proprietorship
Ad expense - Check        SS   0.76%
Hand written

941 - by K Barnett   ch to IRS

Mr. Sanney 1st Station spoke to IRS
2002 before fire

Taxes needed to file    get w/ bookkeeper
Owe some money
No idea
Writer. No.
She was going to check

T/s B g Proof

Condemproncon report.

lien - Monng → Cavarcs

Claim :   Rewrite Rules g Evid
              Hearsay

22

2/6/06                                                           8 Jurors 2 Alter.
                                                                6 strike 5/1


   ?   # 5        R O rep Ju # 5        [23 yrs Ago]

c/c. # 24        R.O. rep Ju #24         Ins. Business

ind. v/a   34    ks St. Rep R. O.

        #50      ks  R M & Sist. & R Moradi Mayor, SB

        #47      ks  R.O. friends on kids


        #34   ks  Homer Rodriguez
        #10   ks  Homer Rodriguez
c/c     #64
c/c     #63


        Facts
        Policy            829 w white Ave
                          Raym.
        1/1/03    Fire
        1/2/03    claim

        State Farm

State Farm Coverage

| | | |
|---|---|---|
| # 2 | H ; Auto | No Claim |
| | | 20 yrs Ago Claim Ag. St Farm |
| # 18 | Auto | No claim minor claim |
| #16 | H ; Auto | Claim |
| #28 | H ; Auto | Claim 3yrs Ago |
| | | Car Fixed |
| → #29 | Auto | No claim   All clear |
| 39 | Auto | No Claim |
| #49 | H ; A | Claim total loss |
| #61 | H | May Have Claim |
| #59 | H 2 A | Claimc |
| # 63 | H A Boat | Many claim |
| # 8 | H | Claim |
| ✗ #44 | Auto clout | Never Pd. |
| | | $50.00 |

## Bad Experience w/ Ins

Ind VD #56                    2 yrs.

## Worked For Ins. Industry

#11 Sells Property Ins.
         Commission

    #55 Worked for Prudential life ins. Audit

## Fire at Home

#19    Home Fire        20 yrs. Ago
         lost everything

#49    Apart. Complex Fire    No claim
         — Shocking

## W/ Law Enforcement

c/c #6    Son is in L.E. Tend & Rel. office
    #15    Nephew PD pins belief
         Could not follow Law

Conflict                                                5/7

#6  Surgery    Follow up 2/15              Ev. Thar.
                                                Ticoh.

# 20      Cameron Cty employer

No # #16    Travel to San Antonio
ck          Certification

#24      B Meeting SD Cal.
              Frish. i Sat.

st #67    Ultra sound   2/9/06
gk. #63    Sugar mill    24/7


            I R S  Relative work for
None.


| ✓ | #13 — Back Pain | 15 | 15 C/c |
|---|---|---|---|
|   | 37 ✓  exc. | 24 | 26 excused |
|   | 42 — exc. | 5 No Prob. | 14 C/c |
|   | 49 ✓ |  | 16 excused |
|   | 34 — No Prob |  |  |
|   |  |  | 37 |

            8   2   10
            5   1   12    26
                    4

Ps Strikes

| 1 ✓ | Struck # 1 | # 3 H | age / inexp |
| 2 ✓ | | 2 | # 5 A | Rel. Rep O. |
| | | 3 | # 7 A | Pwr Jury Servic |
| | | 4 | # 9 H | age / inexp |
| | | 5 | # 17 A | Prior Jury Servic |
| | | 6 | # 25 A | |

8

w John
   S Aguila
   F
   Carlo Gra
   S B JA
   Cm S. Pedro
   El. out
w Kim kay dr
   J Garz
   Dura Garcia

12/02
No expectation of
poisning the #

/ Castillo

(1)   David L. Rusnak                                  362-2497

2800 Marquis One Tower
245 Peach Tree Center Ave N.E.              792-1158
Atlanta, GA. 30303-1227                     633-1559

(404) 659-1000   Main
(404) 659-3021   Fax        (678) 777-6952
(404) 420-5713   direct
Hervey P Levin          (972) 733-3242      (972) 896-4312 cell

(2)   Juan L. Buendia Jr   "John"   (956) 775-7312
15055 La Cantera
Harlingen Tx    78552  )

(3)   Luis C. Munoz                     (956) 689-3591
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
(956) 266-0787

(4)   Carmel S. Villarreal             (208) 590-0991
845 N. 3rd E                    Fax (208) 587-7419
Mountain Home, Idaho  83647

Cell  572 3333    Rene Oliviera

Valdo Zamora  642-6000 / 689-7441

Roy

8/29/2005

0: to 11:14  Ph. Call to Carmela S. Villarreal    Tues 12/5
1 hr                                              Disc. 11/4

     Last week    Sept
     First Week    Oct.

    Called Lori for Possible date.


8/30/2005

   Call to John Buendia


8/31/2005

    - Mary Canales
    - Policies
    - Armin Mtz    - conv. w/ Tom Reed
                  after el Petition

Gabe Guzman                                    Camry 28/34
420-5075

Homer Rodriguez                    689-2452
P.O. Box 100
Raymondville, Tx  78580

— 2003  No pub
— Rep.    SK Farm  Messing w/ Money
         Tale of Focus
         Bad Reputation
    —— Tomlinson    Sal
    1 Associ No.         208-338-1700
                    Att  Myris Barr
                       205 & 10th  2 Flr.
                       P.0 Box 108.
                       Boise  Idaho  '83'

                                    0108

## Bad Nieghbors

I    Policy Compliance / Non Compliance

Ins Cod   21.21 : 21.22 ; 21.55

II   Munoz Finances

    A) Doc.          K₹ i copies of ck

    b) Employees statement re. Payment

    c) Munoz statement :

        i) He Pd.

        2) Remodel

        3) Furnished

        4) "40,000" Cash

        5) New Expedition

III  Investigate

    Cavazos :

        Ins Policy

        Truck lease

        Won lawsuit

IV   Statement : T. Reed lied,