(Camera Alarm Lights)

10/18/2005

| | | | |
|---|---|---|---|
| 1. | Clean Copy of Policy — D R | | |
| 2 | Operations Guide   SIU   (5327 - 5311) SF | GG | |
| 3 | Operations M. sect   (SF 52 91/50 - 5322) | GG | DT Malic |
| 4 | Consent for Entry   137 ✓ (400 after) | | |
| 5 | Reg Tax Form   130 ✓ | | |
| 6 | Authorization   129 ✓ | | |
| 7 | Edelsteins Acct   1629 - 1638 ✓ | | |
| 8 | Letter & light Use  & Authorization   (639 - 1641 ✓ | | |
| 9 | Watson City Dwg   438 - 440 ✓ | | |
| 10 | Janos Super   432 - 434 ✓ | | |
| 11 | St Fire Marshall   567 - 568 / 587 - 588  help 1171 | | |
| 12 | Recipts   Florida   387 - 388 ✓ | | |
| 13 | Carmelo  W-2   12/03   (2815 - 2816   Have it but ... | | |
| 14 | SIU Referral Rep.   583 ✓ | | |
| 15 | Letter Lee Oliva   UPS Tape 1/17/03  584 ✓ | | |
| 16 | Letter Lee Oliva   586 ✓ | | |
| 17 | Janoi Superstore File   3313 - 3332 ✓ | | |
| ✱ 18. | Manar St. Summaries   D. Lerma 2/11/ 2/12/   1597 5167 - 1602 ✓ | | |
| 19 | Carpetille   Background ck 11/20/03   1608 - 1624 ✓ | | |
| 20 | Records   1626 - 1628 ✓ | | |
| 21 | K Barnett File   2910 6210 - 2918 ✓ | | |
| 22 | Pena   RT Time 6/23/03   3358 - 3358 | | |
| 23 | Time line   1/28/03   119 - 126 ✓ | | |
| → 24. | Recieled SF by Terry Chavez | | |
| 25 | Barbara Keifer   - (Leave out) | | |
| 26 | Rene Hinojosa   "Spotlight Notson"   Leave out | | |
| 27 | T. Reeds Memo dealings w/ G. Garza   3287 - 3290 ✓ | | |

Mara Olvera :

| 28 | Cristina Torres | | |
|---|---|---|---|
| 29 | Activity log | 0001 - 0088 | D. Ruznak |
| 30 | RPD File | 3385 - 3512 (Missing) | |
| 31 | RPD off Reports | 3366-~~3367~~ & 3371 (Missing) | |
| 32 | Notes T. Reed | 996 - 998 (993) ✓ | |
| 33 | Note Police Officer T. Reed | 1007, 1008, 973 ✓ | |
| 34 | Note Fire Chief | 2/19/03 3816 (Missing) Photos of Booth | |
| # 35 | Copy of Restraining Order M - Cavazos | | |
| # 36 | T. Reed Notes items Removed | 2674, 2675 ~~2777~~ 2677 | |
| | Cavazos says - Burn down the house | 2676 | |
| | Notation Init. g. L.M (liens) | 2668 | Missing |

37  Copy of Receipt of 4-wheeler ✓

Camera : Front

[Alarm : Not on]  Hse had No Alarm

lights   Need Ladder    Some lights still blink

Yesterday - changed 1 light

Pg # 9 Bank

Any Hotel            Janice    800 · 453 · 5714

~~Comfort Inn~~
~~12701 N Freeway~~

Comfort Inn          ste                         $79 ⁸
Deer Park        Non smoki    ~~100⁰⁰~~  128·³³
1501 Center St.        10 mile from Hobby
Deer Park Tx
Ck in  10/19/2005    Ck out  10/20/2005

956 · 233 · 5614                    211

Confirmation #  7083 3719
~~Confirmation #~~
          281  930  8888

Econo Lodge                    75 ²¹
823 W. Pasadena Fwy    5 mile    55.⁸ ⁸
Down Town Houston
Milum ) Travis        1
Milly As person Bldg
815 Walker St    ste 250

10/20/2005    Tom Reed (Lee) Thomas                    KAREN M KANE
Depo.                                                  ct Reporter

                                                       Kyle Hambright
6/8 deposition.                                        St. Farm Rep
Rules of Rd.  1 pers speaks at time                    Warren Taylor
                                                       St Farm Atty


T Reed as a Δ
Fed. Ct Lawsuits    B'ville & San Antonio i Nueces
                        Cameron    Bexar
1 to & Tried B'ville    π Brenda Hamilton  int Set Fire God Fith
   '90-93   π's dismissed   Ellis & Ash
1 to & tried  Corpus Christi π Delma Donovan
   depo by W.  2004  withdrew Lawsuit
i to & tried  San Antonio  π  sheryl Sparks  1992-93
   depo  Negotiated Settlement


State cases where wcm a Δ


D testified in Ct    kingsville  (St Farm Not a party)
Reconstruction of Home  Test a Expert        86-88

Length of exp        1986
                     1996  Bloomington
                1989   2000   SIU   Special Inv. Unit
✗ guide line?
 at SIU        C:O    incendiary / fraud goes to SIU


College Graduate    1.   Luby's MANAGERS - Lifestyle
                    2.   Stock Broker  Beeville  82-83
                              Edward Jones
                    3.   Cantwell's Grocery   Okla   Lan lyn
                    4.   Circle K Groceries      84-86
                    5.   St. Farm            1986
                         Corpus Christi   claims        ✗
                         1989 - from Gen Inv to SIU
                         1996  Bloomington  Gen Claims
                         - Computer Sys / email Syst
                         - discovery / claim Rev. Committee
                         2000  ret to Tx   SIU CCTX

Law enf Training   Reserve Nueces Cty 50
yrs as Peace officer 4-5 yrs   Sheriff' Posse    (Mountai)
                    San Antonio Constable
✗ you a
  peel offer?      Leon Valley Police Dept (retil.)
✗                  Bill Standart

2/03            5/05

Jan 24, 03  W  met w/ T/s.

Initial Acknowledgment  1/2/2003

W investigated Renovations, Added, Not Complete

LM saved mtg Paid off  — TR Believed LCM

✱ — 3/18/2003   First list   Letter from T Reed
              Specifically requested information/Doc  3/18/2003

1/24/2003   Letter

Sxt
policy

3/11/2003   loss of use  [orig receipt]

St &
& Affidavit

✱  List of 22  written documents   None before 3/18/03

Records Submitted by L. Muñoz      [21.55 Not known
Ex. #1     SF001013 - 1056
        Page 15

Specifically spoke t Mr Muñoz & Orally requested
        # 5

[ SF 107 ]

2/12/2004  T Read SAW K Barnett.

✱ Copy of Records

4506  1st Req   7/1/03

3/29/2004      No letter   [Ph. call. neg copies]
               No entry Log.

2/16/04      Ph call w/ Veronica Coronadi
             ordered for Kinkos.

Exh #3      SF 00 3284
      ✳ No Refusal to Copy Records by Garza

12/2003   interview q Ben Capitillo

Exh #4   Ben Capitillo
         SF 002945  —  2760

  ✳ Lawsuit Record   Capitill. vs Munoz   w/ [B Capitill.
     Others: Who — Cavazos Hong; Minnie   [L.Munoz

  Activity Log. — "Not every thing"

  Raul Pena        No Notes    No discarding
                   No Habit
  Karen Barnett    No HW Notes
  Yolanda Perez    No HW Notes

SF 001279  Not
SF 001317  Record
of fan

Det Martiser       No HW Notes

Det Adam         No HW Notes

No recorded Statements w/ R.P., A Ruth, Yolanda Reyes
                              KB, S. Adam

Financial Conditions (Look)
   - T Reed does not know if Muños knew of IRS levy at time
     fire.
✳         T Reed did not know of Tax levy until IRS levy

Tax levy not a motive if Muños did not know about it
Why not interview K Barnett

No request for document b/w C: Muños.

   TAX      99 - 2002    unknown
   Property Tax
   941

Sent letters to business:
   Edelstein, Tanos

SF 0041068 — SF 004135    — No Juds Bkrg CL

St-5    Sx #2 Item 7    [ Meeting by Phone call ]

2907 — 2909    Memo: S. Adam
                2/19/03    5/8/03

St-6    Memo of Det Martinez

Threat to kill Luis by 4 Cavazos
Threat to burn the Muniz house by M. Cavazos

EUO — Muniz denied showing the "40,000"

Delayed   167 - 17

Device   167 - 17

Credible   136 : 21  ✓
          141 : 3, 7

Loans       168

Creditors   123 : 21

T Read   order   w Taylor to Represent him   P 18 L 1)

T Ream   became involved   2/03          VI P. 35 L 2

3/18/2003  Letter asking for Specific info   VI p. 39 L 11 - 25
                                              p. 40 L 24 - P
Delivered 2 letters to Murray  Ed G's owaher    41 Line 33
with request for Fire information  Vol. I p. 49 P. 15    P. 42 L 2 & 23

Suspected Arson by St Farm   1/28/03, request info
  3/18/03   VI P 51 L.20 thru P 52 L.5

Reviewed records  3/29/03 @ Garza's office  157 L 20 - 25
Never refused copy of records   VI P 64 L. 17 thru 25

Embellish  VI P 78 L. 11-13
Hand notes  VI P. 80       Recordings  VI P 83

P Sauers
632-33 20
ext 246

Not Jorgensen
(979) 865
8113

IRS levy known by L Munoz — VI P 85 L 5

Did Not Ask  knowledge of levy   VI P 88 L. 19

Tax levy not a motivation   VI P 90 L. 19 - 20

Tax liability   93 L. 9 - 10

Copart 1% $  1/1/2003 —   98 L. 5
   " Money to repay   99 L. 15 - 25

C - M law suit good term   103 L. 4
5000.⁰⁰ Judg   104 L 105

Couple of thousand $   106 - 25
— Total 3000 - 3500.⁰⁰   ~~106~~ 107 L. 17

Bankrupty   3/30/04   109
CAVAZOS loaning hse to Munoz No Inv. 115

Taxes $10,000.⁰⁰   P 121

Other Creditors   P 123

Cavazos Bkrty Record   P 130

Fact Money set fire        184  L  21
    Cannel-                 184  L  25
    Carlos                  185  L  5
    Third Person            185  L  9


CARAZOS arson't           194  —
— HEB                     197
   Cash register Receipts  197
   at Store                195
   No record   HEB/CARAZOS  198


Assets vs liab.            201


Did Not ask Barnett        205


T Reads  Aff. ExhA  P. 39     209
   "Goods & Agreements"

   Waiting L S agreement y P/Agreem  212

Rec'd L S        199 - 2002        P 217

Everything rec'd for Barnett       P 218

Told All doc. provided                223

Authorization by C.M.                231

No Reason to believe CM Not in Fl.   233

Volume y loss doc. Provided          236

Notes discarded                      244

Cooking Burger H C                   261

M. C. bragging about fire            264
    1/02 - 9/03    Flora

            8/12/04   1 yr 7m          265

Cavazos
Foreclosure
Mael live
p 411 l 17
p 112 l 1

2/13/06

Bre   Brad          St Farm
                        Gen Corp Counsel


Actual Damage

$149,000.          K  = 300,000
108,000.                 Atty
_____                        35,800
257,000.                       75,000

73,000
$300,000.


    × 3                    D₮D   $1,800,800
$900,000      No
     Atty                      2.5
$1,000,000                     3.5
                               5.8
   Punitive
                        Bad Faith
                    No  Perjury
$10,800,800

                            $100,800,800
                              10,800,800



SC

Estela Canazos        548 - 2510        600 - 1000.

548-2628.

Motion                                    200 FFee

$3000.

Clarissa Garza  Cell ph. #
(319) 210 1084

Aly

Luis Gabriel Garza

6/6/2005

9:15 ~   Luis C. Muñoz      (941) 623-5997

45"     Finger ~~prints~~ prints
- Never been arrested
Never been finger prints
Police did not finger print L.C. Muñoz
Ramon Garcia did not ask LCM for Prints

★ L.C. Muñoz did not insure the Cavazos home.
No ~~hired~~ Ins

3/27/2005

3 hrs   Conf ~ D. Rosinish
~~Review~~ Review : Preparation , RFP
Review n A. Reg for Dead & Tankers.

139.600    $133,560    House
13,960
104.700    $104,700    Personal

2/5/06

Exam of Tom Reed                 pretextual invest
                                  sham Invest
                                  Perjured testimony

I Introduction

   A) Name
      Profession
      Employment          Yes St. Farm   Yes SIU
      Education     university
      Certifications    Tx Peace officer
      Prior Testimony in Court
      Previous testimony in deposition

                                              * under direction
                                            → & Supervision.
II Investigation of the ins claim for fire loss    St Farm lloyds
    at 829 W. White St Raymondville Tx 1/1/03
 *  Denial 1/11/05 consent & Approval of State Farm lloyds?
 1) First involvement in this fire invest by
    St Farm        1/02/03 conf w/ Lee Oliva

 2) First trip to Raymondville
                  Visit PD

 3) First visit to Muñoz house?

 4) First time you met w/ Luis Muñoz?

 3) When did State Farm Ins take LM 1st Statement?
                  Mark Fuller

6. 1⁵ᵗ Request For information For St Farm
   Investigation   (4/24/03) 3/18/03

7) Did St Farm Req that Munoz complete
   the Personal Inv. Forms?
   What is the total of the damages
   to the household Contents belonging to
   Luis & Carmela?
   When did you total the PIF?

8.) When did you Interview Luis & Carmela?
   How many interviews had L M provided
   by this time?  2/25/03   M. Fuller, Lee Olivo
                              & Tom Reed.

          Munoz's Interview
          FActs              Lies
1) L M owner q Hso
2) Hso Pd. off
3) Munoz at 363 whm
4) Munoz working on jobs
5) Cavazos had a grudge
6) Carmela in Florida @ 1/1/03
7) Munoz not at 829 w. white St
   at or before (1 hr) q Fire.
8) No arrests, No convictions
9) Minnie had threatened to burn house
10) Harry Cavazos had threatened to kill L M

q)    What did you belief about Carmela's interview?
      Facts                        lies
1) Cavazos long grudge
2) Carmela employed @ Watson
3) Carmela at Disney World Florida
      on 1/1/03 w/ friends
4) Munoz house pd off
5) No Crim Record No Conviction.
6) CAVAZOS owed Munoz lots g Money
      - Mechanics lien Foreclosure


Δ̄    Series of Letters

Δ̄    Series g Bank Statements

Red Flags

- What did you Report that
    ~~Sgt~~ Armin Mtz    saord ?            8/12/0·
    A. Barnett       Said ?            8/12/03
    Yolanda Perez    Saw              10/29/03
    Raul Peña        Said              6/25/03
    ~~Sam Adam~~    Said
- Affidavit g 9/5/05        9/2/05
      Compare to letter g 1/24/03

Tom Reed

- Credit report for Mr & Mrs Munoz?

- Did Mr Munoz own his house? did you inquire of the value? Did Mr Munoz own his business? Did you inquire about its value?