# EXHIBIT F

8/5/05

check #1085 Files to Rusnik    28.12
      #1086    ✓    ✓        28.12
      #1087  Duplication of
             Munoz File  co    542.00
      #1091  Kinkos              92.41
       1092  USPO               43.75
      #1108  USPO                7.70
      #1143  USPO               19.80
      #1165  Depositions       601.35
      #1183  USPO-Levine        14.75

*Move bill to Munoz w/ 1087*

**Francescon Reporting Service**
1506 East Broadway, Suite 200
Pearland, TX 77581

| Date | Invoice # |
|------|-----------|
| 10/24/2005 | 05-084A |

Bill To

Mr. Gustavo Ch. Garza
Attorney at Law
705 W. Highway 100, Suite A
Los Fresnos, Texas  78566

| Description | Tax ID 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 |
|-------------|--------------------|
| Re:  Cause No. B-04-141; Luis C. Munoz and Carmela Munoz vs. State Farm Lloyds; In the United States District Court for the Southern District of Texas, Brownsville Division<br><br>(EXPEDITED DELIVERY, STATE FARM RATES)<br><br>ORIGINAL AND ONE COPY OF THE DEPOSITION OF:<br>** THOMAS LEE REED, VOLUME 1 **<br>(Taken on 10/20/2005) | |

| | **Total** | $1,499.41 |
|---|-----------|-----------|

*Thank you for using Francescon Reporting Service.*
*It's been a pleasure working with you.*





```
***** WELCOME TO *****
          LOS FRESNOS
   LOS FRESNOS, TX  78566-9996
        08/16/05 04.11PM

Store  USPS         Trans   105
Wkstn  sys5003      Cashier DT20N0
Cashier's Name      RAMON
Stock Unit Id       R4v
PO Phone Number     956-233-5522
USPS #              43?9830080

 1. Exp. Mail PO-ADD          43.75
    Destination:      ,7002
    Weight:           ?2 lb. 2.60 oz.
    Postage Type:     VI
    Total Cost:       3.75
    Base Rate:        3.75
    Label#:
    EV651513059US

Subtotal                     43.75
Total                        43.75


Personal/ Business Check     43.75


Number of Items Sold: 1

           Thank you
         Happy Holidays
```

Check no 1086



Office and Print Center

1100 N EXPRESSWAY #7783
BROWNSVILLE, TX 78521

Location:        HRLK
Device ID:       HRLK-POS2
Employee:        547260
Transaction:     2500185689G2

**GROUND**
468824957490520    6.00 lb (S)      $4.61
GROUND
468824957495568   32.00 lb (M)     $12.43
468824957490575   28.00 lb (S)     $11.11

          Shipment subtotal:       $28.15

              Total Due:           $28.15

                 Check:            $28.15
                 1086

M - Weight entered manually
S - Weight read from scale
T - Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

August 5, 2005 6:23:37 PM

FedEx

1 of 1

| | SpH | OS | AddH | Resi | Wgt (lbs) | DV | Total Chg |
|---|---|---|---|---|---|---|---|
| 468824957493520 | | | | | 6.00 | $0 | $4.61 |
| 468824957493568 | | | | | 32.00 | $0 | $12.43 |
| 468824957493575 | | | | | 28.00 | $0 | $11.11 |

Part # 156297-435 RIT 08/05

**Total Charges**
Check 1086
Emp # 547260

$28.15

SHIPPER AGREES NOT TO TENDER DANGEROUS GOODS, AND
TO PROVIDE AN ACCURATE MERCHANDISE DESCRIPTION

05/03



1. Unless shipper has a written agreement with FedEx Ground stating otherwise, shipper agrees to be bound by this tariff, the terms, conditions, and rates set forth in this tariff, and FedEx Ground's Tariff and Service Guide, the current editions of which are incorporated herein by reference. All services are subject to the terms and conditions of this tariff which are in effect on the date this FedEx Ground tariff is in the 200 series tariff in effect on the date this FedEx Ground

Shipper further agrees that the terms and conditions set forth in the current FedEx Ground rules and rules set forth in the current FedEx Ground be altered by any agent or employee of shipper by any agent or employee of shipper or on shipper's behalf.

**Part # 160297-435 Rit 06/05**

2. Residential deliveries include deliveries to the same location and in the same residences, or a rectory, convent, not delivered by the Home Delivery for the FedEx Ground money-back g

3. Shipper warrants that the packages to protect the enclosed goods and to handling, and that each package is r for transportation as needed

4. **THE LIABILITY OF FEDEX G** **$100.00 PER PACKAGE,** unless a higher charge is paid at the rate set forth in the $100.00 of additional value or fraction there is $25,000.00. The liability of FedEx Grou or the amount of any loss or damage, or the declaration of value by shipper may Ground's Tariff and Service Guide.

**FEDEX GROUND DOES NOT PROVIDE** FedEx Ground is not liable for loss, dama by:

a. Any act or failure to act of the shipper, c claims on interest in the shipment.
b. The nature of the shipment or any defect, the shipment, or

**FedEx**

1 of 1

| | | | SpH | OS | AddH | Resi | Wgt (lbs) | DV | Total Chg |
|---|---|---|---|---|---|---|---|---|---|
| 468824957493520 | | | | | | | 6.00 | $0 | $4 61 |
| 468824957493568 | | | | | | | 32.00 | $0 | $12.43 |
| 168824957493575 | | | | | | | 28.00 | $0 | $11 11 |

Total Charges
Check 1096
Shp # 547260

$28.15

FedEx Ground
following items:
uorescent tubes.
Regardless of
um liability of
following items:
ware, jewelry,
his list is not
or limitations

ed by shipper
. If concealed
'edEx Ground
in the same
packing, and
ound Service

include the

L, INCIDENTAL,
ION, LOSS OF
KNOWLEDGE

Copies on all relevant shipping documents showing the package's consignee customer, description, and other relevant data will be retained on file until the shipment is delivered. Other government regulations, SHIPPER AGREES NOT TO TENDER DANGEROUS GOODS, AND TO SEGREGATE ANY ACCEPTABLE MERCHANDISE DESCRIPTION

3/29/2005   ck # 5477
$56.75

1800 2472676

PLEASE TYPE OR PRINT

**FOR SHIPMENTS WITHIN U.S. ONLY**
(9/02) S-10   USE THE INTERNATIONAL AIR WAYBILL FOR SHIPMENTS TO PUERTO RICO

**1** Sender Account Number   22675188O

Preprint Format No.   11803144L

**FROM (Company)**   LOS FRESNOS PHARMACY

Street Address   810 W OCEAN BLVD

City   LOS FRESNOS

State   TX

ZIP CODE (Required)   78566

Phone (Required)   956-233-3400

Sent by (Name/Dept)

**2** PLEASE PRINT NEATLY
TO (Company)   David L. Kishak
Street Address   Scopelas & Goodman PC
              2059 Peach tree center Ave NE
City   Atlanta
State   GA
ZIP CODE (Required)   30303-1229
Phone (Required)
Recipient (Name/Dept)   David L. Kishak
Description

Sender's Signature

Date   3-29-05

Airborne Signature

Date

**3** Payment
Sender will be billed unless marked otherwise.
Bill to:   [ ] Receiver [ ] 3rd Party
Origin   HRL

[ ] Paid in Advance   [ ] Check   Amount
Billing Reference (will appear on invoice)   MC0731

Account No. (Required if bill to:)

Airbill Number   2130141941

**4** Service
[ ] Express
Type   Noon   10:30
[ ] Next Afternoon
[ ] Second Day (Letter - 150 lbs)

*Service may vary by destination.
For details visit www.airborne.com

**5** # of Pcs   **6** Weight(LBS)   **7** Packaging
[ ] Letter [ ] Express [ ] Pak [ ] Other

**8** Declared Value
[ ] or $   .00

Special Instructions
[ ] Saturday Delivery Extra charge
[ ] Hold at Airborne
[ ] Lab Pack Service   Not available to all locations

Shipment Valuation
Asset Protection

**Thank You for Shipping with Airborne!**

**AIRBORNE EXPRESS**
PO BOX 662, SEATTLE, WA 98111-0662

# GIDDY-UP DELIVERY SERVICE, INC.
28844 Norma Linda Rd.
San Benito, TX 78586
**"VALLEYWIDE DELIVERY SERVICE"**
Telephone: (956) 361 - 3699 or (866) 371 - 3699
Fax: (956) 361 - 4746 or (866) 361 - 4746

DATE: 11/30/05

DELIVERY TICKET NUMBER: **217656**

| | | | |
|---|---|---|---|
| ☒ BILL SHIPPER | ☐ CASH IN ADVANCE | ☐ COLLECT C.O.D. ONLY | ☐ THIRD PARTY | ☐ RUSH |
| ☐ BILL RECIPIENT | ☐ COLLECT | ☐ SCHEDULED | ☒ REGULAR | ☐ PRIORITY |

**FROM (COMPANY NAME)** BRYANT & STINGLEY INC.

**ADDRESS**

**CITY** HARLINGEN, TEXAS

**SHIP TO (COMPANY NAME)** LAW OFFICE OF GUSTAVO GARZA

**ADDRESS** 705 WEST HIGHWAY 100, SUITE A

**CITY** LOS FRESNOS, TEXAS

| PCS. | PACKAGING | DESCRIPTION AND MARKS | WEIGHT | | AMOUNT |
|---|---|---|---|---|---|
| | CARTON | KAREN BARNETT, YOLANDA PEREZ & RAUL PENA, SR. | | DELIVERY CHARGE | |
| | BUNDLE | NOVEMBER 9 & 13, 2005 | | DETENTION CHARGE | |
| | BAG | | | C.O.D. CHARGE | Waived |
| | LOOSE | | | 50 PER 100 INS. | |
| | ENVELOPE | | | | |

Not Responsible For Freight Claims after 72 hrs.
Not Responsible For Concealed Damage

$ 50.00 Declared Value Unless Specified Here $

**C.O.D. AMOUNT** 601. 35

**TOTAL CHARGES** 7. 25

DRIVER:

DRIVER:

SHIPPER - WEIGHT AND CONSENT

RECEIVED BY (in good condition except as noted)

White : Original  /  Yellow : Billing Copy  /  Pink : Consignee Copy  /  Gold : Shipping Copy

Thu Jan 19 14:39:51 2006

UNITED STATES DISTRICT COURT

HOUSTON        , TX

Receipt No. 1 150905
Cashier        robault

Tender Type  Cash

Transaction Type  FE

DU Code    Div No     Receipt
4679                  325350)

Amount                1.00

3.5"Drive 480 CD Disc Lip - Index 1.1. ST
MOT FILING FEE AFFE

11 350 83 1-24-2005.



FedEx Kinko's

August 05 2005 17:51                                             Page 1
Receipt # 141412
VISA # XXXXXXXXXXXX0463

Qty                              White 8.5 x11               Amount
2000                             White 8.5 x11               184.64
1          B&W       White 8.5 x11                             0.08

                              Total

                              Total:

The Card holder agrees to pay the issuer of the
charge card in accordance with the agreement
between the issuer and the Cardholder.

1100 W. EXPRESSWAY      (956) 504-0002
BROWNSVILLE, TX  78521
www.fedexkinkos.com
Please recycle this receipt

FedEx Kinko's

August 05 2005 15:17                                             Page 1
Receipt # 141510
VISA # XXXXXXXXXXXX0264

Qty                                                          Amount

The Card holder agrees to pay the issuer of the
charge card in accordance with the agreement
between the issuer and the Cardholder.

1100 W. EXPRESSWAY      (956) 504-0002
BROWNSVILLE, TX  78521
www.fedexkinkos.com
Please recycle this receipt



FedExKinko's.
Office and Print Center

August 05, 2005 17:51                          Page: 1
Receipt # 141422
VISA #: XXXX      XXX0383
2005/08/05 16:?

| Qty | Description | Amount |
|-----|-------------|--------|
| 1641 | ES B&W S/S White 8.5 x11 | 131.28 |
| 229 | ES B&W   White 8.5 x11 | 18.32 |
| ??? | ES B&W   White 8.5 x11 | 18.96 |
| 217 | ES B&W S/S White 8.5 x11 | 17.36 |

SubTotal               ?.?2
Taxes                  ?.?4
Total                  201.26

The Card holder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder.

1100 W. EXPRESSWAY     (956) 504 6002
BROWNSVILLE TX 78521
www.fedexkinkos.com
Please recycle this receipt



FedExKinko's.
Office and Print Center

August 05, 2005 17:51                          Page: 1
Receipt # 141430
VISA #: XXXXXXXXXXXX0383
2005/08/05 17:46

| Qty | Description | Amount |
|-----|-------------|--------|
| 79 | ES B&W S/S White 8.5 x11 | 6.32 |

SubTotal               6.32
Taxes                  0.52
Total                  6.84

The Card holder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder.

1100 W. EXPRESSWAY     (956) 504 6002
BROWNSVILLE TX 78521
www.fedexkinkos.com
Please recycle this receipt



FedEx Kinko's
1100 US-77 N
Brownsville, TX 78521-1407
(956) 504-6002

2/16/2005                    1:38:14 PM CST
Trans.: 0498               Branch: 4404
Register: 003              Till:ag10556
Team Member: Aracely G.

                    SALE

        * 4 4 0 4 0 0 3 0 4 9 8 *

ES B&W S.. White Standar        85.36 T
  0159        1,067.00 @ 0.0800

Sub-Total:                       85.36

Deposit                           0.00

  Tax                             7.05

Total                            92.41

    Check  (M)                   92.41

Total Tender                     92.41

Change Due                        0.00

        Thank you for visiting

            FedEx Kinko's
    Make It. Print It. Pack It. Snip It.
            www.fedexkinkos.com

            Customer Copy

-------------------------------------------

Check # 108



FedEx Kinko's
1100 US-77 N
Brownsville, TX 78521-1407
(956) 504-6002

8/5/2005                     6:31:21 PM CST
Trans.: 0176               Register: 4404
Register: 002              Till in16125
Team Member: Linda N.

                    SALE

        * 4 4 0 4 0 0 2 0 1 7 6 *

Standard- Large, 20x11..        25.98 T
  4513             2.00 @ 12.9900

Sub-Total                        25.98

Deposit                           0.00

  Tax                             2.14

Total                            28.12

    Check  (                     28.12

Total Tender                     28.12

Change Due                        0.00

        Thank you for visiting

            FedEx Kinko's
    Make It. Print It. Pack It. Ship It.
            www.fedexkinkos.com

            Customer Copy

-------------------------------------------

# CAMERON COUNTY LAW LIBRARY
974 E. HARRISON ST.
BROWNSVILLE, TEXAS 78520
(956)544-0824 Fax (956)544-0892

**Law Office:** Gustavo Garza 705 W. Hwy 100 Ste. A Los Fresnos Texas 78566

| DATE | NO. OF PAGES: | COPIED BY: | AMOUNT DUE |
|------|---------------|------------|------------|
| 10/3/05 | 69 | | 17.25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | CHK. 1167 | |
| | | 11.29 | |
| | | | |
| | | | |
| | | | |
| | | | 17.25 |

STATEMENT MAILED 11/7/05

TOTAL AMOUNT DUE:
17.25



# CAMERON COUNTY LAW LIBRARY
974 E. HARRISON ST.
BROWNSVILLE, TEXAS 78520
(956)544-0824 Fax (956)544-0892

credit q $5.00
705 W. Hwy. 100 Ste A  L.F 78666  7/15/04

**Law Office:**    **Gustavo Ch. Garza**  303 West Kimball St. Paymentville TX 7858

| DATE | NO. OF PAGES: | COPIED BY: | AMOUNT DUE |
|------|---------------|------------|------------|
| 9/1/04 | 29 | | 7.00 |
| | | credit of $5.00 | |
| | | new balance | 2.00 |
| 10/25/04 | 20 | | $5.00 |
| | | cr. – | 2.00 |
| | | bal. | 3.00 |
| | | | |
| | | | |
| | | for Martha | |
| | | P.b. 9/4/04 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | M.r. Garza | |
| | | please call the library & make | |
| | | arrangments to pay on your acct. | |
| | | Thank you | |

STATEMENT MAILED  6/1/05   7/5/05

TOTAL AMOUNT DUE: 8/3/05
3.00       9/6/05

# County Clerk
# Willacy County }

Receipt No. **A** 79680

Received of _Gustavo Garza_   Date _10-2-04_

$ _10.00_

| Instrument No. _297304_ | Cash | | 1100.2 |
| | Charge | | 1200.2 |

| | | | | |
|---|---|---|---|---|
| Official Record (Real Property) | 2401.2 | | 5 | 3 |
| Official Miscellaneous Record | 2401.2 | | | |
| Financing Statement | 2400.2 | | | |
| F.S. Termination | 2407.2 | | | |
| Brand | 2406.2 | | | |
| Certified Copies | 2402.2 | | | |
| Marriage License | 2403.2 / 2404.2 | | | |
| Certificate & Report | 2401.2 | | | |
| SB 770 | 2409.2 | | 5 | 3 |
| Beer License | 2405.2 | | | |
| Wills on Deposit | 2408.2 | | | |
| Refund | 2500.2 | | | |
| Other / Service Charge | 2410.2 | | | |
| Remarks: | | | | |
| | | | | |
| Total Cost | | | 10 | 00 |

TERRY FLORES, County Clerk

By_____Deputy

**WCDC FEE**

# Receipt

**Gilbert Lozano, District Clerk**
**546 West Hidalgo Ave.**
**Raymondville, Tx. 78580**
**PH (956) 689-2532 Fax (956) 689-5713**

| Date | No. |
|------|-----|
| 1/14/2005 | 3351 |

| Received From: |
|---|
| Gustavo Ch. Garza |
| Check# 1776 |

| Cause Number: | 2005-CV-0020-B |
|---|---|
| Kind | Civil |
| Payment | Check |

| Styled: |
|---|
| Luis C. Munoz and Carmela Munoz vs. |
| State Farm Lloyds, Mark Brown, Toom Reed, |
| Lee Olivo et al |

| Description | Amount |
|---|---|
| Filing Cause | 50.00 |
| Final Judgment | 3.00 |
| Court of Appeal | 5.00 |
| Citation Served by Certified Mail | 58.00 |
| Library Fee | 35.00 |
| State Court | 40.00 |
| Record Management | 5.00 |
| Records Preservations Fund | 5.00 |
| Jury Fee | 10.00 |
| **Total** | $211.00 |

Signature X

WCDC FEE

# Receipt

**Gilbert Lozano, District Clerk**
**546 West Hidalgo Ave.**
**Raymondville, Tx. 78580**
**PH (956) 689-2532 Fax (956) 689-5713**

| Date | No. |
|---|---|
| 5/11/2004 | 2926 |

| Received From: |
|---|
| Gustavo Garza<br>464 W. Hidalgo<br>Raymondville, Texas 78580-3529 |

| Cause Number: | 04-164 |
|---|---|
| Kind | Civil |
| Payment | Check |

| Styled: |
|---|
| Luis C. Munoz and Carmela Munoz vs.<br>State Farm Lloyds, Mark Brown, Tom Reed<br>et al |

| Description | Amount |
|---|---|
| Final Judgment | 3.00 |
| Filing Cause | 50.00 |
| Court of Appeal | 5.00 |
| Jury Fee | 10.00 |
| Library Fee | 35.00 |
| State Court | 40.00 |
| Record Management | 5.00 |
| Records Preservations Fund | 5.00 |

| **Total** | $153.00 |
|---|---|

Signature X _Ruben Carrozo_

**WCDC FEE**

**Gilbert Lozano, District Clerk**
**546 West Hidalgo Ave.**
**Raymondville, Tx. 78580**
**PH (956) 689-2532 Fax (956) 689-5713**

# Receipt

| Date | No. |
|------|-----|
| 8/6/2004 | 3077 |

| Received From: |
|----------------|
| Gustavo Ch. Garza |

| Cause Number: | 04-164 |
|---------------|--------|
| Kind | Civil |
| Payment | Check |

| Styled: |
|---------|
| Luis C. Munoz et al vs. State Farm Lloyds<br>Mark Brown, Tom Reed, Lee Olivo et al |

| Description | Amount |
|------------|--------|
| Citation Served by Certified Mail | 58.00 |
| **Total** | **$58.00** |

Signature X

**WCDC FEE**

**Gilbert Lozano, District Clerk**
**546 West Hidalgo Ave.**
**Raymondville, Tx. 78580**
**PH (956) 689-2532 Fax (956) 689-5713**

# Receipt

| Date | No. |
|------|-----|
| 5/25/2004 | 2953 |

| Received From: |
|----------------|
| Gustavo Garza |

| Cause Number: | 04-164 |
|---------------|--------|
| Kind | Civil |
| Payment | Check |

| Styled: |
|---------|
| |

| Description | Amount |
|-------------|--------|
| Citation served by Sheriff x 5 | 290.00 |

| | Total | |
|---|-------|---|
| | | $290.00 |

Signature X

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

HOUSTON, TX 77002

| | | |
|---|---|---|
| Postage | $ | 2.21 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.26 |

UNIT ID: 0085

Postmark YES, Here

Clerk: KQY970

12/03/04

Sent To  Warren / Beth Taylor
Street, Apt. No., or PO Box No.  815 Walker, Ste 250
City, State, ZIP+4  Houston Tx 77002

PS Form 3800, June 2002    See Reverse for Instructions

7002 2030 0002 0930 9930

☑ Express Mail
☐ Return Receipt for Merc'
☐ C.O.D.

ivery? (Extra Fee)  ☐ Y

5572 2941

---

PS Form 3811, February 2004    Domestic Return Receipt    102595-C

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 2.90 |

UNIT ID: 0080

Postmark Here

Clerk: BXWJDO

11/15/05

Sent To  Team Legal
Street, Apt. No., or PO Box No.  19840 Cypress Church Rd.
City, State, ZIP+4  Cypress, TX 77433-1478

PS Form 3800, June 2002    See Reverse for Instructions

7004 0750 0002 5572 3092

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

BROWNSVILLE, TX 78520

| | | |
|---|---|---|
| Postage | $ | 1.98 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.03 |

UNIT ID: 0085

Postmark Here

Clerk: KQY970

12/03/04

Sent To  Rene O. Oliveira
Street, Apt. No., or PO Box No.  855 W. Price Rd. Ste ?
City, State, ZIP+4  Brownsville TX 78520

PS Form 3800, June 2002    See Reverse for Instruc

7002 2030 0002 0930 9145

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

SAN ANTONIO, TX

| | | |
|---|---|---|
| Postage | $ | 1.52 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.57 |

UNIT ID: 0080

Postmark Here

Clerk: BXWJDO

11/04/05

Sent To  Esquire Deposition Service
Street, Apt. No., or PO Box No.  2415 Datapoint Dr. Ste. 120
City, State, ZIP+4  San Antonio, Texas 78229

PS Form 3800, June 2002    See Reverse for Instruc

7004 0750 0002 5572 3078

AAAE Sent Sworn Statement/Depo. to Carmela



```
            UNITED STATES
            POSTAL SERVICE
         ***** WELCOME TO *****
              LOS FRESNOS
       LOS FRESNOS, TX  78566-9998
            09/08/05 09:13AM

   Store  USPS         Trans   37
   Wkstn  sys5002      Cashier BXWJD0
   Cashier's Name      David
   Stock Unit Id       DAVE
   PO Phone Number     956-233-5522
   USPS #              4879830080

   1. Priority - FR Box            7.70
      Destination:     83647
      Weight:          3 lb. 14.60 oz.
      Postage Type:    PVI
      Total Cost:      7.70
      Base Rate:       7.70

   Subtotal                        7.70
   Total                           7.70


   Personal/ Business Check        7.70


   Number of Items Sold: 1

            Thank You
            Happy Holidays
```

Sent Plaintiffs' Response to Defendant State Farm Lloyds' Summary Judgement Subject to Motion to Extend Time to Respond to Defendant State Farm Lloyds' Motion for Summary Judgment to both Rene D. Oliveira and Warren Taylor.

**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
         LOS FRESNOS
 LOS FRESNOS, TX  78566-9998
     10/03/05 04:51PM

Store USPS          Trans    114
Wkstn sys5002       Cashier  FBN2GC
Cashier's Name      ADOLFO
Stock Unit Id       ADOLFO
PO Phone Number     956-233-5522
USPS #              4879830080

 1. Priority Mail               7.90
    Destination:      77002
    Weight:           13.50 oz.
    Postage Type:     PVI
    Total Cost:       7.90
    Base Rate:        3.85
              SERVICES
    Certified Mail              2.30
     70040750000255722965
    Rtn Recpt (Green Card)      1.75
 2. Priority Mail               7.90
    Destination:      78520
    Weight:           13.50 oz.
    Postage Type:     PVI
    Total Cost:       7.90
    Base Rate:        3.85
              SERVICES
    Certified Mail              2.30
     70040750000255722972
    Rtn Recpt (Green Card)      1.75

Subtotal                       15.80
Total                          15.80

Cash                           16.00
Change Due
    Cash                        0.20

Number of Items Sold: 2

            Thank You
          Happy Holidays
```

**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
        LOS FRESNOS
   LOS FRESNOS, TX  78566-9998
       10/11/05 04:46PM

Store  USPS          Trans    160
Wkstn  sys5003       Cashier  DT20N0
Cashier's Name       RAMON
Stock Unit Id        RAY
PO Phone Number      956-233-5522
USPS #               4379830080

 1. First Class                    4.42
    Destination:     78520
    Weight:          1.00 oz.
    Postage Type:    PVI
    Total Cost:      4.42
    Base Rate:       0.37
         SERVICES
    Certified Mail               2.30
    70040750000255723009
    Rtn Recpt (Green Card)  1.75
 2. First Class                    4.42
    Destination:     77002
    Weight:          1.00 oz.
    Postage Type:    PVI
    Total Cost:      4.42
    Base Rate:       0.37
         SERVICES
    Certified Mail               2.30
    70040750000255722996
    Rtn Recpt (Green Card)  1.75

Subtotal                           8.84
Total                              8.84


Cash                              20.00
Change Due
    Cash                          11.16


Number of Items Sold: 2

          Thank You
        Happy Holidays
```

```
        605 S. EXPRESSWAY
       HARLINGEN, TX  78550
         956-421-2900
SALE        05260120675 EMP 203356
10/04/05      14:54      POS 4.19


696400 SS CLR FS 1-100
 8 @ 0.890              7.12
 CPN #28644611 15%     -1.07
          You Pay       6.05
163061 SSCOPY 8 5X11 WHIT
 1 @ 0.060              0.06
 CPN #28644611 15%     -0.01
          You Pay       0.05
696400 SS CLR FS 1-100
 4 @ 0.890              3.56
 CPN #28644611 15%     -0.53
          You Pay       3.03
          SUBTOTAL      9.13
 TX 8.25% SALES TAX     0.75
          TOTAL         9.88
          CASH         20.00
          CHANGE      -10.12
************************************
     For a chance to Win
  One of 40-$100 or 1-$1000
   Quarterly Shopping Sprees,
   visit www.od.bizrate.com
        En Espanol
   ID.  LNG 7WYZ FX9M1
```



```
       L2TI3Q9PY3QMYBR
```

**UNITED STATES**
**POSTAL SERVICE**

```
***** WELCOME TO *****
          LOS FRESNOS
LOS FRESNOS, TX  78566-9998
       10/27/05 12:36PM

Store USPS        Trans     15
Wkstn Sys5002     Cashier BXWJD0
Cashier's Name    David
Stock Unit Id     DAVE
PO Phone Number   956-233-5522
                  4879830080
USPS #
                           9.90

1. Priority Mail      77002
   Destination:       4 lb. 14.00 oz.
   Weight:            PVI
   Postage Type:
   Total Cost:        9.90
   Base Rate:         5.85
            SERVICES
                           2.30
   Certified Mail
   7004075000255723061
   Rtn Recpt (Green Card)  1.75
                           9.90
2. Priority Mail      78520
   Destination:       4 lb. 14.10 oz.
   Weight:            PVI
   Postage Type:
   Total Cost:        9.90
   Base Rate:         5.85
            SERVICES
                           2.30
   Certified Mail
   7004075000255723054
   Rtn Recpt (Green Card)  1.75
                          19.80
Subtotal                  19.80
Total

Personal/ Business Check   19.80


Number of Items Sold: 2

           Thank You
          Happy Holidays
```





**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
           LOS FRESNOS
   LOS FRESNOS, TX 78566-9998
       11/15/05 04:50PM

Store  USPS        Trans    151
Wkstn  sys5002     Cashier  BXWJD0
Cashier's Name     David
Stock Unit Id      DAVE
PO Phone Number    956-233-5522
USPS #             4879830080

 1. First Class                    2.90
    Destination:     77433
    Weight:          1.80 oz.
    Postage Type:    PVI
    Total Cost:      2.90
    Base Rate:       0.60
            SERVICES
    Certified Mail                 2.30
    7004075000255723092

Subtotal                           2.90
Total                              2.90


Cash                               5.00
Change Due
    Cash                           2.10


Number of Items Sold: 1

              Thank You
            Happy Holidays
```

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

CYPRESS, TX 77433

| | | |
|---|---|---|
| Postage | $ 0.60 | UNIT ID: 0080 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: BXWJD0 |
| Total Postage & Fees | $ 2.90 | 11/15/05 |

7004 0750 0002 5572 3092

Sent To _Texas Legal_
Street, Apt. No.; or PO Box No. _19840 Cypress Church Rd._
City, State, ZIP+4 _Cypress, Tx 77433-1478_

PS Form 3800, June 2002                    See Reverse for Instructions



```
***** WELCOME TO *****
          LOS FRESNOS
   LOS FRESNOS, TX  78566-9998
        11/14/05 12.47PM

Store  USPS         Trans   33
Wkstn  sys5003      Cashier DT20NO
Cashier's Name      RAMON
Stock Unit Id       RAY
PO Phone Number     956-233-5522
USPS #              4379830080

  1. First Class                5.34
     Destination:     78229
     Weight:          4.40 oz.
     Postage Type:    PVI
     Total Cost:      5.34
     Base Rate:       1.29
              SERVICES
     Certified Mail                2.30
       70040750000255713085
     Rtn Recpt (Green Card) 1.75

Subtotal                       5.34
Total                          5.34


Cash                          21.00
Change Due
     Cash                     15.66

Number of Items Sold: 1

        Thank You
      Happy Holidays
```



*Taylor & Oliveira*
*1st Amended Initial*
*Disclosure*



**UNITED STATES**
**POSTAL SERVICE**

```
***** WELCOME TO *****
         LOS FRESNOS
LOS FRESNOS, TX  78566-9998
      10/19/05 02:05PM

Store  USPS          Trans    13
Wksth  sys5002       Cashier  FBN2GC
Cashier's Name       ADOLFO
Stock Unit Id        ADOLFO
PO Phone Number      956-233-5522
USPS #               4879830080

 1. Priority Mail                  7.90
    Destination:     77002
    Weight:          14.70 oz.
    Postage Type:    PVI
    Total Cost:      7.90
    Base Rate:       3.85
          SERVICES
    Certified Mail                 2.30
    70040750000255723023
    Rtn Recpt (Green Card)  1.75
 2. Priority Mail                  7.90
    Destination:     78520
    Weight:          14.50 oz.
    Postage Type:    PVI
    Total Cost:      7.90
    Base Rate:       3.85
          SERVICES
    Certified Mail                 2.30
    70040750000255723030
    Rtn Recpt (Green Card)  1.75

Subtotal                         15.80
Total                            15.80


Cash                             20.00
Change Due
    Cash                          4.20


  Number of Items Sold: 2

         Thank You
       Happy Holidays
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

BROWNSVILLE TX 78520

| | | |
|---|---|---|
| Postage | $ | 5.85 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 9.90 |

UNIT ID: 0080
Postmark Here
Clerk: BXWJDO
10/27/05

Sent To Rene O. Oliveira
Street, Apt. No.; or PO Box No. 855 W. Price Rd Ste. 9
City, State, ZIP+4 Brownsville Tx 78520

PS Form 3800, June 2002          See Reverse for Instructions

7004 0750 0002 5572 3031

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WESLACO TX 78596

| | | |
|---|---|---|
| Postage | $ | 0.83 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.88 |

UNIT ID: 0085
Postmark Here
Clerk: KQY970
02/15/05

Sent To Rudy Salinas
Street, Apt. No.; or PO Box No. 2300 W. Pike Blvd. Ste 300, P
City, State, ZIP+4 Weslaco Tx 78596

PS Form 3800, June 2002          See Reverse for Instr

7004 0750 0002 5572 3044

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

HOUSTON TX

| | | |
|---|---|---|
| Postage | $ | 5.85 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 9.90 |

UNIT ID: 0080
Postmark Here
Clerk: BXWJDO
10/27/05

Sent To Warren Taylor Esq
Street, Apt. No.; or PO Box No. 815 Walker St. St 250
City, State, ZIP+4 Houston, Texas 77002-6707

PS Form 3800, June 2002          See Reverse for Instructions

7004 0750 0002 5572 3061

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

BROWNSVILLE TX 78520

| | | |
|---|---|---|
| Postage | $ | 3.85 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.90 |

UNIT ID: 0080
Postmark Here
Clerk: FBNCGC
10/19/05

Sent To Rene O. Oliveira
Street, Apt. No.; or PO Box No. 855 W. Price Rd Ste
City, State, ZIP+4 Brownsville, Texas 78520

PS Form 3800, June 2002          See Reverse for Instruc

7004 0750 0002 5572 3030

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

SAN ANTONIO TX

| | | |
|---|---|---|
| Postage | $ | 1.22 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.34 |

UNIT ID: 0080
Postmark Here
Clerk: DT2GNC
11/14/05

Sent To Esquire Deposition Services
Street, Apt. No.; or PO Box No. 8415 Datapoint Dr, Ste120
City, State, ZIP+4 San Antonio, Texas 78229

PS Form 3800, June 2002          See Reverse for Instructions

7004 0750 0002 5572 3085

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

HOUSTON TX 77002

| | | |
|---|---|---|
| Postage | $ | 3.95 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.90 |

UNIT ID: 0080
Postmark Here
Clerk: FBN2GC
10/19/05

Sent To Warren Taylor Esq
Street, Apt. No.; or PO Box No. 815 Walker St Ste. A
City, State, ZIP+4 Houston Texas 77002-6707

PS Form 3800, June 2002          See Reverse for Instructions

7004 0750 0002 5572 3023



**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
        LOS FRESNOS
  LOS FRESNOS, TX  78566-9998
      11/04/05 12:29PM

Store  USPS        Trans   26
Wkstn  sys5002     Cashier  BXWJD0
Cashier's Name     David
Stock Unit Id      DAVE
PO Phone Number    956-233-5522
USPS #             4879830080

1. First Class                    5.57
   Destination:      78229
   Weight:           5.10 oz.
   Postage Type:     PVI
   Total Cost:       5.57
   Base Rate:        1.52
        SERVICES
   Certified Mail
   70040750000255723078   2.30
   Rtn Recpt (Green Card)  1.75

Subtotal                          5.57
Total                             5.57

Cash                             20.00
Change Due
   Cash                          14.43

Number of Items Sold: 1

       Thank You
     Happy Holidays
```

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
SAN ANTONIO, TX 78229

| | | |
|---|---|---|
| Postage | $ 1.52 | UNIT ID: 0080 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: BXWJD0 |
| Total Postage & Fees | $ 5.57 | 11/04/05 |

Sent To _Esquire Deposition Service_
Street, Apt No.; or PO Box No. _8415 Datapoint Dr. Ste. 120_
City, State, ZIP+4 _San Antonio Texas 78229_

PS Form 3800, June 2002          See Reverse for Instructions

7004 0750 0002 5572 3078







##### ***** WELCOME TO *****
##### BROWNSVILLE MPO
BROWNSVILLE, TX  78520-8601
12/17/05 12:18PM

```
Store  USPS            Trans   72
Wkstn  sys5003         Cashier Y5WT00
Cashier's Name         Enrique
Stock Unit Id          RICKY
PO Phone Number        956-546-2411
USPS #                 4879830056

 1. Priority Mail                    15.20
    Destination:       75252
    Weight:            12 lb. 15.20 oz.
    Postage Type:      PVI
    Total Cost:        15.20
    Base Rate:         14.75
              SERVICES
    Delivery Conf (retail)  0.45
       03050830000249636379
 2. Box 12x10x8 - RP                  1.98

Subtotal                             17.18
Total                                17.18

Personal/ Business Check             17.18
```

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 2

We APPRECIATE Your  Business
THANK YOU - PLEASE COME AGAIN



**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
       RAYMONDVILLE
RAYMONDVILLE, TX  78580-2633
      09/30/05 11:06AM

Store  USPS          Trans    57
Wkstn sys5004        Cashier  KQY970
Cashier's Name       TOMAS
Stock Unit Id        TOM
PO Phone Number      956-689-2636
USPS #               4879830085

 1. Other Mail Pickup          0.00
    Event Code: Delivered
 2. Priority Mail              7.90
    Destination:     77002
    Weight:          15.10 oz.
    Postage Type:    PVI
    Total Cost:      7.90
    Base Rate:       3.85
           SERVICES
    Certified Mail             2.30
      70040750000255722941
    Rtn Recpt (Green Card)     1.75
 3. Priority Mail              7.90
    Destination:     78250
    Weight:          15.10 oz.
    Postage Type:    PVI
    Total Cost:      7.90
    Base Rate:       3.85
           SERVICES
    Certified Mail             2.30
      70040750000255722958
    Rtn Recpt (Green Card)     1 75

Subtotal                      15.80
Total                         15.80


Cash                          20.00
Change Due
    Cash                       4.20

Pickup Date/Time:  09/30/05 11:06AM
Number of Mailpieces Processed: 1


Number of Items Sold: 3

    UNITED STATES POSTAL SERVICE
```



**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
        LOS FRESNOS
  LOS FRESNOS, TX  78566-9998
      10/03/05 04:51PM

Store  USPS          Trans    114
Wkstn sys5002        Cashier  FBN2GC
Cashier's Name       ADOLFO
Stock Unit Id        ADOLFO
PO Phone Number      956-233-5522
USPS #               4879830080

 1. Priority Mail              7.90
    Destination:     77002
    Weight:          13.50 oz.
    Postage Type:    PVI
    Total Cost:      7.90
    Base Rate:       3.85
           SERVICES
    Certified Mail             2.30
      70040750000255722965
    Rtn Recpt (Green Card)     1.75
 2. Priority Mail              7.90
    Destination:     78520
    Weight:          13.50 oz.
    Postage Type:    PVI
    Total Cost:      7.90
    Base Rate:       3.85
           SERVICES
    Certified Mail             2.30
      70040750000255722972
    Rtn Recpt (Green Card)     1.75

Subtotal                      15.80
Total                         15.80


Cash                          16.00
Change Due
    Cash                       0.20

Number of Items Sold: 2

        Thank You
     Happy Holidays
```



**7099 3220 0002 2239 3603**

Article Sent To:

Laurence S. Kurth

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees | $

Name (Please Print Clearly) (To be completed by mailer)
Laurence S. Kurth
Street, Apt. No., or PO Box No.
10100 Reunion Place, Ste. 600
City, State, ZIP+4
San Antonio, Texas 78216

PS Form 3800, April 1997





**SENDER:** *COMPLETE THIS SEC*

- Complete items 1, 2, and 3. Als<
  item 4 if Restricted Delivery is d<
- Print your name and address on
  so that we can return the card t<
- Attach this card to the back of ti
  or on the front if space permits.

1. Article Addressed to:

LAURENCE S. KURTH

10100 REUNIOIN PLAC

SAN ANTONIO, TEXAS

2. Article Number
   *(Transfer from service label)*    7099

PS Form 3811, August 2001

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

SAN ANTONIO, TX  78216

| | | UNIT ID: 0085 |
|---|---|---|
| Postage | $  0.37 | |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KQY970 |
| Total Postage & Fees | $  4.42 | 01/15/04 |

Name (Please Print Clearly) (To be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, July 1999          See Reverse for Ins
Domestic Return Receipt                    102595



**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LAURENCE KURTH

10100 REUNION PLACE, STE

SAN ANTONIO, TX 78216

2. Article Number
   *(Transfer from service label)*    7099 32

PS Form 3811, August 2001

---

7099 3220 0002 2239 3733

**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

SAN ANTONIO, TX 78216

UNIT ID: 0085

| | |
|---|---|
| Postage | $ 0.37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Clerk: KGY970

Postmark Here

02/02/04

Name (Please Print Clearly) (To be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

See Reverse for Instructions

.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**Article Sent To:**

SAN ANTONIO, TX 78212

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0085 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KQY970 |
| Total Postage & Fees | $ 4.42 | 02/26/04 |

*Name (Please Print Clearly) (To be completed by mailer)*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+ 4*

PS Form 3800, July 1999 — See Reverse for Instructions

**SENDER: COMPLETE THIS SEC…**

- Complete items 1, 2, and 3. Also … item 4 if Restricted Delivery is d…
- Print your name and address on … so that we can return the card t…
- Attach this card to the back of t… or on the front if space permits.

1. Article Addressed to:

LAURENCE KURTH
JONES KURTH, ANDREW
ATTORNEYS AT LAW
10100 REUNION PLAC…
SAN ANTONIO, TEXAS

2. Article Number (Transfer from service label) 70…

PS Form 3811, August 2001 — Domestic Return Receipt