

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also comple[te]
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reve[rse]
  so that we can return the card to you.
- Attach this card to the back of the mailp[iece,]
  or on the front if space permits.

1. Article Addressed to:

LAURENCE KURTH
JONES KURTH, ANDREWS &
ATTORNEY'S AT LAW
10100 REUNION PLACE, S[uite]
SAN ANTONIO, TX 78216

2. Article Number
   *(Transfer from service label)*    7099

PS Form 3811, August 2001

7099 3220 0002 2239 3757

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

HOUSTON, TX 7002

| | | |
|---|---|---|
| Postage | $ | 2.21 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.36 |

UNIT ID: 0085

Postmark YES, Here

Clerk: KGY970

12/03/04

Sent To Warren / Beth Taylor
Street, Apt. No.; or PO Box No. 815 Walker Ste 250
City, State, ZIP+4 Houston TX 71002

PS Form 3800, June 2002          See Reverse for Instructions

5572 2941

---

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-...

☐ Agent
☐ Addr...
[Printed Name]     C. Date of D...
DOE...                    7/93
...ress different from item 1?  ☐ Yes
...delivery address below:  ☐ No

...ail  ☐ Express Mail
       ☐ Return Receipt for Merch...
...il  ☐ C.O.D.

...ivery? (Extra Fee)  ☐ Yes

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
CYPRESS, TX 774...

| | | |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 2.90 |

UNIT ID: 0080

Postmark Here

Clerk: BXWJDO

11/15/05

Sent To Team Legal
Street, Apt. No.; or PO Box No. 19840 Cypress Church Rd
City, State, ZIP+4 Cypress, TX 77433-1478

PS Form 3800, June 2002          See Reverse for Instructions

7004 0750 0002 5572 3092

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

BROWNSVILLE, TX 78520     ... USE

| | | |
|---|---|---|
| Postage | $ | 1.75 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.35 |

UNIT ID: 0085

Postmark Here

Clerk: KGY970

12/03/04

Sent To Rene O. Oliveira
Street, Apt. No.; or PO Box No. 855 W. Price Rd. Ste ...
City, State, ZIP+4 Brownsville TX 78520

PS Form 3800, June 2002          See Reverse for Instruction...

2003 0030 9430 9145

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

SAN ANTONIO, TX 76239     ... USE

| | | |
|---|---|---|
| Postage | $ | 1.52 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.57 |

UNIT ID: 0080

Postmark Here

Clerk: BXWJDO

11/04 05

Sent To Esquire Deposition Service
Street, Apt. No.; or PO Box No. 8415 Datapoint Dr. Ste. 120
City, State, ZIP+4 San Antonio Texas 76239

PS Form 3800, June 2002          See Reverse for Instruction...

7004 0750 0002 5572 3078

~~All~~ Sent  Sworn Statement/Depo. to Carmela



```
        UNITED STATES
        POSTAL SERVICE
      ***** WELCOME TO *****
           LOS FRESNOS
    LOS FRESNOS, TX  78566-9998
         09/08/05 09:13AM

Store  USPS          Trans    37
Wkst   sys5002       Cashier  BXWJD0
Cashier's Name       David
Stock Unit Id        DAVE
PO Phone Number      956-233-5522
USPS #               4879830080

1. Priority - FR Box            7.70
   Destination:     83647
   Weight:          3 lb. 14.60 oz.
   Postage Type:    PVI
   Total Cost:      7.70
   Base Rate:       7.70

Subtotal                        7.70
Total                           7.70


Personal/ Business Check        7.70

Number of Items Sold: 1

            Thank You
          Happy Holidays
```

Sent Plaintiffs' Response to Defendant State Farm LLoyds'
Summary Judgement Subject to Motion to Extend Time to
Respond to Defendant State Farm Lloyds' Motion for
Summary Judgment to both Rene D. Oliveira and
Waren Taylor.

```
          UNITED STATES
          POSTAL SERVICE
      ***** WELCOME TO *****
            LOS FRESNOS
      LOS FRESNOS, TX  78566-9998
          10/03/05 04:51PM

Store  USPS          Trans    114
Wksta  sys5002       Cashier  FBN2GC
Cashier's Name       ADOLFO
Stock Unit Id        ADOLFO
PO Phone Number      956-233-5522
USPS #               4879830080

 1. Priority Mail                    7.90
    Destination:       77002
    Weight:            13.50 oz.
    Postage Type:      PVI
    Total Cost:        7.90
    Base Rate:         3.85
              SERVICES
    Certified Mail                   2.30
      70040750000255722965
    Rtn Recpt (Green Card)   1.75
 2. Priority Mail                    7.90
    Destination:       78520
    Weight:            13.50 oz.
    Postage Type:      PVI
    Total Cost:        7.90
    Base Rate:         3.85
              SERVICES
    Certified Mail                   2.30
      70040750000255722972
    Rtn Recpt (Green Card)   1.75

Subtotal                            15.80
Total                               15.80


Cash                                16.00
Change Due
    Cash                             0.20

Number of Items Sold: 2

            Thank You
          Happy Holidays
```



**UNITED STATES POSTAL SERVICE**

***** WELCOME TO *****
LOS FRESNOS
LOS FRESNOS, TX  78566-9998
10/11/05 04:46PM

Store  USPS          Trans    160
Wkstn  sys5003       Cashier  DT20NO
Cashier's Name       RAMON
Stock Unit Id        R4Y
PO Phone Number      956-233-5522
USPS #               4379830080

 1. First Class                    4.42
    Destination:       78520
    Weight:            1.00 oz.
    Postage Type:      PVI
    Total Cost:        4.42
    Base Rate:         0.37
            SERVICES
    Certified Mail                 2.30
       70040750000255723009
    Rtn Recpt (Green Card)  1.75
 2. First Class                    4.42
    Destination:       77002
    Weight:            1.00 oz.
    Postage Type:      PVI
    Total Cost:        4.42
    Base Rate:         0.37
            SERVICES
    Certified Mail                 2.30
       70040750000255722996
    Rtn Recpt (Green Card)  1.75

Subtotal                           8.84
Total                              8.84

Cash                              20.00
Change Due
   Cash                           11.16

Number of Items Sold: 2

           Thank You
           Happy Holidays

---

              605 S. EXPRESSWAY
            HARLINGEN, TX  78550
               956-421-2900
SALE          05260120675 EMP 203356
10/04/05      14:54        POS 4.19

696400 SS CLR FS 1-100
 8 @ 0 890                         7.12
 CPN #28644611 15%               -1.07
              You Pay              6.05
163061 SSCOPY 8 5X11 WHIT
 1 @ 0 060                         0.06
 CPN #28644611 15%               -0.01
              You Pay              0.05
696400 SS CLR FS 1-100
 4 @ 0.890                         3.56
 CPN #28644611 15%               -0 53
              You Pay              3.03
           SUBTOTAL                9.13
TX 8.25% SALES TAX                 0.75
              TOTAL                9.88
               cASH               20.00
              CHANGE             -10.12
**************************************
          For a chance to Win
       One of 40-$100 or 1-$1000
        Quarterly Shopping Sprees,
        visit www.od.bizrate.com
             En Espanol
          ID   LNG 7WYZ FX9M1

          L2TI3Q9PY3QMYBR



```
          UNITED STATES
          POSTAL SERVICE
     ***** WELCOME TO *****
            LOS FRESNOS
        LOS FRESNOS   TX   78566-9998
        10/27/05 12:36PM

Store USFS          Trans    15
Wkstn Sys:0002      Cashier  BXWJDO
Cashier's Name      David
Stock Unit Id       DAVE
PO Phone Number     956-233-5522
USPS #              4879830080

1. Priority Mail                    9.90
   Destination:       77002
   Weight:            4 lb. 14.00 oz.
   Postage Type:      PVI
   Total Cost:        9.90
   Base Rate:         5.85
          SERVICES
      Certified Mail                2.30
      70040750000255723061
      Rtn Recpt (Green Card)        1.75
2. Priority Mail                    9.90
   Destination:       78520
   Weight:            4 lb. 14.10 oz.
   Postage Type:      PVI
   Total Cost:        9.90
   Base Rate:         5.85
          SERVICES
      Certified Mail                2.30
      70040750000255723054
      Rtn Recpt (Green Card)        1.75

Subtotal                           19.80
Total                              19.80

Personal/ Business Check           19.80

Number of Items Sold: 2

          Thank You
          Happy Holidays
```





**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
          LOS FRESNOS
   LOS FRESNOS, TX  78566-9998
        11/15/05 04:50PM

Store  USPS              Trans    151
Wkst 1  sys5002          Cashier  BXWJDO
Cashier's Name           David
Stock Unit Id            DAVE
PO Phone Number          956-233-5522
USPS #                   4879830080

 1. First Class                      2.90
    Destination:  77433
    Weight:       1.80 oz.
    Postage Type: PVI
    Total Cost:   2.90
    Base Rate:    0.60
              SERVICES
    Certified Mail                   2.30
       70040750000255723092

Subtotal                             2.90
Total                                2.90


Cash                                 5.00
Change Due
    Cash                             2.10


Number of Items Sold: 1

          Thank You
       Happy Holidays
```



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
CYPRESS TX 77433

| | | |
|---|---|---|
| Postage | $ 0.60 | UNIT ID: 0080 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: BXWJDO |
| Total Postage & Fees | $ 2.90 | 11/15/05 |

Sent To  Team Legal
Street, Apt. No.;
or PO Box No.  19840 Cypress Church Rd.
City, State, ZIP+4  Cypress, TX 77433-1478

PS Form 3800, June 2002                See Reverse for Instructions

7004 0750 0002 5572 3092



**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
          LOS FRESNOS
     LOS FRESNOS, TX  78566-9998
         11/14/05 12.47PM

Store  USPS          Trans    33
Wkstn  sys5003       Cashier  DT20NO
Cashier's Name       RAMON
Stock Unit Id        RAY
PO Phone Number      956-233-5522
USPS #               4879830080

 1. First Class                    5.34
    Destination:    79229
    Weight:         4.40 oz.
    Postage Type:   FVI
    Total Cost:     5.34
    Base Rate:      1.29
             SERVICES
    Certified Mail               2.30
     70040750000255713085
    Rtn Recpt (Green Card)       1.75

Subtotal                         5.34
Total                            5.34


Cash                            21.00
Change Due
    Cash                        15.66


Number of Items Sold: 1


        Thank You
        Happy Holidays
```



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $   1.29 | UNIT ID: 0080 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: DT20NO |
| Total Postage & Fees | $   5.34 | 11/14/05 |

7004 0750 0002 5572 3085

Sent To _Esquire Deposition Services_
Street, Apt. No.; or PO Box No. _8415 Datapoint Dr, Ste120_
City, State, ZIP+4 _San Antonio, Texas 78229_

PS Form 3800, June 2002        See Reverse for Instructions

*Taylor & Oliveira*
*1st Amended Initial*
*Disclosure*

**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
         LOS FRESNOS
   LOS FRESNOS, TX  78566-9998
        10/19/05 02:05PM

Store: USPS           Trans   13
Wkstn: sys5002        Cashier FBN2GC
Cashier's Name        ADOLFO
Stock Unit Id         ADOLFO
Pd Phone Number       956-233-5522
USPS #                4879830080

 1. Priority Mail                 7.90
    Destination:      77002
    Weight:           14.70 oz.
    Postage Type:     PVI
    Total Cost:       7.90
    Base Rate:        3.85
           SERVICES
    Certified Mail                2.30
      70040750000255723023
    Rtn Recpt (Green Card) 1.75
 2. Priority Mail                 7.90
    Destination:      78520
    Weight:           14.50 oz.
    Postage Type:     PVI
    Total Cost:       7.90
    Base Rate:        3.85
           SERVICES
    Certified Mail                2.30
      70040750000255723030
    Rtn Recpt (Green Card) 1.75

Subtotal                         15.80
Total                            15.80


Cash                             20.00
Change Due
   Cash                           4.20


Number of Items Sold: 2

            Thank You
         Happy Holidays
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
BROWNSVILLE, TX 78520

| Postage | $ | 5.85 | UNIT ID: 0080 |
|---|---|---|---|
| Certified Fee | | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: BXWJDO |
| Total Postage & Fees | $ | 9.90 | 10/27/05 |

Sent To Rene O. Oliveira
Street, Apt. No.; or PO Box No. 855 W. Price Rd Ste. 9
City, State, ZIP+4 Brownsville Tx 78520
PS Form 3800, June 2002          See Reverse for Instructions

7004 3050 5572 0002 0750

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WESLACO, TX 78596

| Postage | $ | 0.83 | UNIT ID: 0085 |
|---|---|---|---|
| Certified Fee | | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: KQY970 |
| Total Postage & Fees | $ | 4.88 | 02/15/05 |

Sent To Rudy Salinas
Street, Apt. No.; or PO Box No. 2300 W. Pike Blvd. Ste. 300, P
City, State, ZIP+4 Weslaco Tx 78596
PS Form 3800, June 2002          See Reverse for Instruc...

7004 4041 5572 0002 0750

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
HOUSTON, TX 77002

| Postage | $ | 5.85 | UNIT ID: 0080 |
|---|---|---|---|
| Certified Fee | | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: |
| Total Postage & Fees | $ | | |

Sent To Warren Taylor Esq.
Street, Apt. No.; or PO Box No. 815 Walker St. St. 250
City, State, ZIP+4 Houston Texas 77002-6707
PS Form 3800, June 2002          See Reverse for Instructions

7004 3061 5572 0002 0750

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
BROWNSVILLE, TX 78520

| Postage | $ | 3.85 | UNIT ID: 0080 |
|---|---|---|---|
| Certified Fee | | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: FBNCGO |
| Total Postage & Fees | $ | 7.90 | 10/19/05 |

Sent To Rene O. Oliveira
Street, Apt. No.; or PO Box No. 855 W. Price Rd Ste. 9
City, State, ZIP+4 Brownsville, Texas 78520
PS Form 3800, June 2002          See Reverse for Instruc...

7004 3030 5572 0002 0750

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
SAN ANTONIO, TX 78229

| Postage | $ | 1.17 | UNIT ID: 0081 |
|---|---|---|---|
| Certified Fee | | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: GTD940 |
| Total Postage & Fees | $ | 5.34 | 11/14/05 |

Sent To Esquire Deposition Services
Street, Apt. No.; or PO Box No. 8415 Datapoint Dr., Ste120
City, State, ZIP+4 San Antonio, Texas 78229
PS Form 3800, June 2002          See Reverse for Instructions

7004 3085 5572 0002 0750

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
HOUSTON, TX 77002

| Postage | $ | 3.85 | UNIT ID: 0080 |
|---|---|---|---|
| Certified Fee | | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: FBNCGO |
| Total Postage & Fees | $ | 7.90 | 10/19/05 |

Sent To Warren Taylor Esq.
Street, Apt. No.; or PO Box No. 815 Walker St. St. A
City, State, ZIP+4 Houston Texas 77002-6707
PS Form 3800, June 2002          See Reverse for Instructions

7004 3023 5572 0002 0750



**U.S. Postal Service**

**CERTIFIED MAIL-- RECEIPT**

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com₀

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | 1.52 | UNIT ID: 0080 |
| Certified Fee | | 2.30 | |
| Return Reciept Fee (Endorsement Required) | | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: BXWJDO |
| Total Postage & Fees | $ | 5.57 | 11/04/05 |

Sent To
Esquire Deposition Service
Street, Apt. No.; or PO Box No. 2415 Datapoint Dr, Ste. 120
City, State, ZIP+4 San Antonio Texas 76229.

PS Form 3800, June 2002    See Reverse for Instructions

7004 0750 0002 5572 3078

---

UNITED STATES
POSTAL SERVICE
***** WELCOME TO *****
LOS FRESNOS
LOS FRESNOS, TX 78566-9998
11/04/05 12:29PM

| | | |
|---|---|---|
| Store USPS | Trans | 26 |
| Wkstn sys5002 | Cashier | BXWJDO |
| Cashier's Name | David | |
| Stock Unit Id | DAVE | |
| PO Phone Number | 956-233-5522 | |
| USPS # | 4879830080 | |

1. First Class                      5.57
   Destination:     78229
   Weight:          5.10 oz.
   Postage Type:    PVI
   Total Cost:      5.57
   Base Rate:       1.52
            SERVICES
   Certified Mail             2.30
   70040750000255723078
   Rtn Recpt (Green Card)     1.75

Subtotal                       5.57
Total                          5.57

Cash
Change Due              20.00
Cash
                        14.43

Number of Items Sold: 1

Thank You
Happy Holidays



7004 0750 0002 5572 3139

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

HOUSTON, TX 77002

|  |  | UNIT ID: 0080 |
|---|---|---|
| Postage | $ | 0.83 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: BXWJD0 |
| Total Postage & Fees | $ | 4.88 |

12/14/05

Sent To  Taylor Esq.
Street, Apt No; 815 Walker St Ste 250
or PO Box No.
City, State, ZIP+4  Houston Texas 77002-6707

PS Form 3800, June 2002    See Reverse for Instructions



7004 0750 0002 5572 3122

CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BROWNSVILLE, TX 78520

|  |  | UNIT ID: 0080 |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: BXWJD0 |
| Total Postage & Fees | $ | 4.65 |

12/14/05

Sent To  Rene O. Olvina
Street, Apt No; 855 W. Price Rd. Ste 9
or PO Box No.
City, State, ZIP+4  Brownsville TX 78520

PS Form 3800, June 2002    See Reverse for Instructions



**UNITED STATES**
**POSTAL SERVICE**
***** WELCOME TO *****
BROWNSVILLE MPO
BROWNSVILLE, TX 78520-8601
12/17/05 12:18PM

Store USPS        Trans    72
Wkstn sys5003    Cashier  Y5WT00
Cashier's Name    Enrique
Stock Unit Id     RICKY
PO Phone Number   956-546-2411
USPS #            4879830056

1. Priority Mail                  15.20
   Destination:       75252
   Weight:            12 lb. 15.20 oz.
   Postage Type:      PVI
   Total Cost:        15.20
   Base Rate:         14.75
        SERVICES
   Delivery Conf (retail)  0.45
      0305083000249636379
2. Box 12x10x8 - RP               1.98

Subtotal                          17.18
Total                             17.18

Personal/ Business Check          17.18

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to
USPS.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

Number of Items Sold: 2

    We APPRECIATE Your Business
    THANK YOU - PLEASE COME AGAIN



```
***** WELCOME TO *****
          RAYMONDVILLE
RAYMONDVILLE, TX  78580-2633
     09/30/05 11:06AM

Store  USPS        Trans    57
Wkstn  sys5004     Cashier  KQY970
Cashier's Name     TOMAS
Stock Unit Id      TOM
PO Phone Number    956-689-2636
USPS #             4879930085

 1. Other Mail Pickup          0.00
    Event Code: Delivered
 2. Priority Mail              7.90
    Destination:     77002
    Weight:          15.10 oz.
    Postage Type:    PVI
    Total Cost:      7.90
    Base Rate:       3.85
         SERVICES
    Certified Mail             2.30
      70040750000255722941
    Rtn Recpt (Green Card)     1.75
 3. Priority Mail              7.90
    Destination:     78250
    Weight:          15.10 oz.
    Postage Type:    PVI
    Total Cost:      7.90
    Base Rate:       3.85
         SERVICES
    Certified Mail             2.30
      70040750000255722958
    Rtn Recpt (Green Card)     1.75

Subtotal                      15.80
Total                         15.80

Cash                          20.00
Change Due
    Cash                       4.20

Pickup Date/Time:  09/30/05 11:06AM
Number of Mailpieces Processed: 1

Number of Items Sold: 3

     UNITED STATES POSTAL SERVICE
```



```
***** WELCOME TO *****
          LOS FRESNOS
 LOS FRESNOS, TX  78566-9998
     10/03/05 04:51PM

Store  USPS        Trans    114
Wkstn  sys5002     Cashier  FBN2GC
Cashier's Name     ADOLFO
Stock Unit Id      ADOLFO
PO Phone Number    956-233-5522
USPS #             4879830080

 1. Priority Mail              7.90
    Destination:     77002
    Weight:          13.50 oz.
    Postage Type:    PVI
    Total Cost:      7.90
    Base Rate:       3.85
         SERVICES
    Certified Mail             2.30
      70040750000255722965
    Rtn Recpt (Green Card)     1.75
 2. Priority Mail              7.90
    Destination:     78520
    Weight:          13.50 oz.
    Postage Type:    PVI
    Total Cost:      7.90
    Base Rate:       3.85
         SERVICES
    Certified Mail             2.30
      70040750000255722972
    Rtn Recpt (Green Card)     1.75

Subtotal                      15.80
Total                         15.80

Cash                          16.00
Change Due
    Cash                       0.20

Number of Items Sold: 2

        Thank You
      Happy Holidays
```

**Receipt 1 (top left)** — 7004 0750 0002 5572 2882

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

HOUSTON, TX 77002  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 3.85 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.90 |

UNIT ID: 0085

Postmark Here

Clerk: KQY970

09/30/05

Sent To Warren Taylor Esq.
Street, Apt. No.; or PO Box No. 815 Walker St. Ste. 250
City, State, ZIP+4 Houston TX 77002-1707

PS Form 3800, June 2002  See Reverse for Instructions

---

**Receipt 2 (top right)** — 7004 0750 0002 5572 2882

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

HOUSTON, TX 77005  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 3.13 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.18 |

UNIT ID: 0080

Postmark Here

Clerk: DT20N0

07/21/05

Sent To Warren Taylor
Street, Apt. No.; or PO Box No. 815 Walker Suite 250
City, State, ZIP+4 Houston, TX 77005

PS Form 3800, June 2002  See Reverse for Instruc...

---

**Receipt 3 (middle left)** — 7004 0750 0002 5572 2965

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

HOUSTON, TX 77002

| | | |
|---|---|---|
| Postage | $ | 3.85 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.90 |

UNIT ID: 0080

Postmark Here

Clerk: FBN2GC

10/03/05

Sent To Warren Taylor Esq.
Street, Apt. No.; or PO Box No. 815 Walker St. Ste. 250
City, State, ZIP+4 Houston, TX 77002-6707

PS Form 3800, June 2002  See Reverse for Instructions

---

**Receipt 4 (middle right)** — 7004 0750 0002 5572 2934

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

HOUSTON, TX 77002  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.52 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.57 |

UNIT ID: 0080

Postmark Here

Clerk: DT20N0

08/02/05

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002  See Reverse for Instruc...

---

**Receipt 5 (bottom left)** — 7004 0750 0002 5572 2972

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

BROWNSVILLE, TX 78520

| | | |
|---|---|---|
| Postage | $ | 3.85 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.90 |

UNIT ID: 0080

Postmark Here

Clerk: FBN2GC

10/03/05

Sent To Rene O. Oliveira
Street, Apt. No.; or PO Box No. 855 W. Price Rd. Ste. 9
City, State, ZIP+4 Brownsville TX 78520

PS Form 3800, June 2002  See Reverse for Instructions

---

**Receipt 6 (bottom right)** — 7004 0750 0002 5572 2958

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN ANTONIO, TX 78250  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 3.85 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.90 |

UNIT ID: 0085

Postmark Here

Clerk: KQY970

09/30/05

Sent To Rene O. Oliveira
Street, Apt. No.; or PO Box No. 855 W. Price Rd. Ste. 9
City, State, ZIP+4 Brownsville TX 78250

PS Form 3800, June 2002  See Reverse for Instruc...

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
Warren Taylor

| | | |
|---|---|---|
| Postage | $ | 1.06 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.11 |

UNIT ID: 0080

Postmark Here

Clerk: BXWJD0

06/28/05

Name (Please Print Clearly) (To be completed by mailer)
Warren Taylor
Street, Apt. No.; or PO Box No.
815 Walker St. Suite 250
City, State, ZIP+4
Houston Texas 77002-6707

PS Form 3800, July 1999     See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
Warren Taylor

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Postma Here

Name (Please Print Clearly) (To be completed by mailer)
Warren Taylor
Street, Apt. No.; or PO Box No.
815 Walker St. Suite 250
City, State, ZIP+4
Houston TX 77002-6707

PS Form 3800, July 1999     See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
Rene O. Oliveira

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Postma Here

Name (Please Print Clearly) (To be completed by mailer)
Rene O. Oliveira
Street, Apt. No.; or PO Box No.
855 W. Price Rd. Ste. 9
City, State, ZIP+4
Brownsville, Texas 78520

PS Form 3800, July 1999     See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

HOUSTON, TX 77002

| | | |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

UNIT ID: 0085

Postmark Here

Clerk: KBQ32X

01/27/05

Sent To
Warren & Beth Taylor
Street, Apt. No.; or PO Box No.
815 Walker Ste. 250
City, State, ZIP+4
Houston TX 77002

PS Form 3800, June 2002     See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

BROWNSVILLE, TX 78520

| | | |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

UNIT ID: 0085

Postmark Here

Clerk: KBQ32X

01/27/05

Sent To
Rene Oliveira
Street, Apt. No.; or PO Box No.
855 W. Price Rd.
City, State, ZIP+4
Brownsville, TX 78520

PS Form 3800, June 2002     See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
R. BROWNSVILLE, TX 78520

| | | |
|---|---|---|
| Postage | $ | 1.29 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.34 |

UNIT ID: 0080

Postmark Here

Clerk: BXWJD0

06/28/05

Name (Please Print Clearly) (To be completed by mailer)
Rene O. Oliveira
Street, Apt. No.; or PO Box No.
855 W. Price Rd. Suite 9
City, State, ZIP+4
Brownsville, TX 78520-8718

PS Form 3800, July 1999     See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

HOUSTON, TX 77002

| | | |
|---|---|---|
| Postage | $ | 1.52 | UNIT ID: 0085 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: VSYPJO |
| Total Postage & Fees | $ | 5.57 | 11/12/04 |

Sent To Warren + Beth Taylor
Street, Apt. No.; or PO Box No. 815 Walker St. ste 250
City, State, ZIP+4 Houston, TX 77002
PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

HOUSTON, TX 77002

| | | |
|---|---|---|
| Postage | $ | 2.90 | UNIT ID: 0085 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: VSYPJO |
| Total Postage & Fees | $ | 6.95 | 11/12/04 |

Sent To Warren + Beth Taylor
Street, Apt. No.; or PO Box No. 815 Walker St. ste 250
City, State, ZIP+4 Houston, TX 77002
PS Form 3800, June 2002    See Reverse for Inst

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

HOUSTON, TX 77002

| | | |
|---|---|---|
| Postage | $ | 0.60 | UNIT ID: 0085 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KBO32X |
| Total Postage & Fees | $ | 4.65 | 01/10/05 |

Sent To Warren & Beth Taylor
Street, Apt. No.; or PO Box No. 815 Walker, ste 250
City, State, ZIP+4 Houston TX 77002
PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

BROWNSVILLE, TX 78520

| | | |
|---|---|---|
| Postage | $ | 2.90 | UNIT ID: 0085 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: VSYPJO |
| Total Postage & Fees | $ | 6.95 | 11/12/04 |

Sent To Rene Oliveira
Street, Apt. No.; or PO Box No. 855 W. Price Rd. Suite 9
City, State, ZIP+4 Brownsville TX 78520
PS Form 3800, June 2002    See Reverse for Instr

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

BROWNSVILLE, TX 78520

| | | |
|---|---|---|
| Postage | $ | 0.60 | UNIT ID: 0085 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KBO32X |
| Total Postage & Fees | $ | 4.65 | 01/10/05 |

Sent To Rene Oliveira
Street, Apt. No.; or PO Box No. 855 W. Price Rd. ste 9
City, State, ZIP+4 Brownsville TX 78520
PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

BROWNSVILLE, TX 78520

| | | |
|---|---|---|
| Postage | $ | 1.52 | UNIT ID: 0085 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: VSYPJO |
| Total Postage & Fees | $ | 5.57 | 11/12/04 |

Sent To Rene Oliveira
Street, Apt. No.; or PO Box No. 855 W. Price Rd. Suite 9
City, State, ZIP+4 Brownsville TX 78520
PS Form 3800, June 2002    See Reverse for Instruc



**UNITED STATES**
**POSTAL SERVICE**
***** WELCOME TO *****
RAYMONDVILLE
RAYMONDVILLE, TX 78580-2633
09/07/04 11:03AM

```
Store  US       Trans     80
Wkst   Sys5004  Cashier  KQY970
       's Name   TOMAS
       Unit Id   TOM
P     ne Number  956-689-2636
USPS #            4879830085

1. First Class                   6.95
   Destination:      77002
   Weight:           11.90 oz.
   Postage Type:     PVI
   Total Cost:       6.95
   Base Rate:        2.90
        SERVICES
   Certified Mail              2.30
     70993220000222394358
   Rtn Recpt (Green Card) 1.75
2. First Class                   1.06
   Destination:      78575
   Weight:           3.70 oz
   Postage Type:     PVI
   Total Cost:       1.06
   Base Rate:        1.06
3. First Class                   6.95
   Destination:      77002
   Weight:           11.50 oz.
   Postage Type:     PVI
   Total Cost:       6.95
   Base Rate:        2.90
        SERVICES
   Certified Mail              2.30
     70993220000222394365
   Rtn Recpt (Green Card) 1.75
4. 7.40 Flag DblS Bk           7.40
5. 7.40 Flag DblS Bk           7.40
6. 7.40 Flag DblS Bk           7.40
7. 7.40 Flag DblS Bk           7.40

Subtotal                      44.56
Total                         44.56

Personal/ Business Check      44.56

Order stamps at USPS.com/shop or call
 -800-Stamp24. Go to
 PS.com/clicknship to print shipping
  els with postage. For other
   ormation call 1-800-ASK-USPS.

     of Items Sold: 7

       ITED STATES POSTAL SERVICE
```



**UNITED STATES**
**POSTAL SERVICE**
***** WELCOME TO *****
RAYMONDVILLE
RAYMONDVILLE, TX  78580-2633
10/12/04 03:17PM

```
Store  USPS          Trans    47
Wkstn  sys5002       Cashier  KBQ32X
Cashier's Name       RAMIRO
Stock Unit Id        RAMIRO
PO Phone Number      956-689-2636
USPS #               4879830085

  1. Other Mail Pickup            0.00
     Event Code: Delivered
  2. First Class                  1.29
     Destination:     78520
     Weight:          4.60 oz.
     Postage Type:    PVI
     Total Cost:      1.29
     Base Rate:       1.29

Subtotal                          1.29
Total                             1.29


Cash                              2.00
Change Due
  Cash                            0.71

Pickup Date/Time:  10/12/04 03:17PM
Number of Mailpieces Processed: 1


Number of Items Sold: 2
```

UNITED STATES POSTAL SERVICE

```
          ... CITY DRUG
              7TH STREET
         ..LE, TX   78580
          ..-689-2161

PHOTO PROCESSING           5.11 T
                        ----------
          SUB-TOTAL         5.11
    SALES TAX                .42
        TOTAL               5.53
CASH                       20.55
       CASH CHNG           15.02
```

```
+--------------------------------+
|         THANK YOU!             |
|     PLEASE COME AGAIN          |
+--------------------------------+
```



```
11/10/04 12:04 PM CM   51      677539
```

```
              OFFICE DEPOT
            2944 Boca Chica Blvd
          Brownsville, TX  78520
             (956) 504-0900
SALE        STR0372  REG001  TRN4428
02/07/06 11:07  EMP 470743   POS 5 00


735854110505 BNDR,CLIP,MED,24PK
  1 @ 3.99                      3 99
042491102009 PIN,PUSH,200BX,ASI
  1 @ 2.29                      2 29
012502534365 CART,PC301,2/PK
  1 @ 37 49                    37,49
  CPN #67172172 $OFF           -5 01
            You Pay            32 48
079946115772 FOAM BOARD 3 PK
  1 @ 7 99                      7 99
916993 INK AND TONER
  1 @ 0.01                      0 01
460821 BOARD,20X30,2PK,BL
  1 @ 7.99                      7.99
            SUBTOTAL           54 75
    TX 8 25% SALES TAX          4 52
            TOTAL              59.27
            CASH               60.00
            CHANGE             -0.73
*****************************************
        For a chance to Win
     One of $0-$100 or 1-$1000
     Quarterly Shopping Sprees.
      visit www od bizrate com
          En Espanol
        ID  34ZL9 29MX9 H9TM1
```

L2V79AA31104048





**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E
HOUSTON. TX 77002

| | | |
|---|---|---|
| Postage | $ | 2.79 |
| Certified Fee | | 2.40 |
| Return Reciept Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.04 |

UNIT ID: 0080

Postmark
Here

Clerk: BXWJDO

03/09/06

Sent To  *Warren Taylor*
Street, Apt. No.; or PO Box No.  *1015 Walker St. Ste. 250*
City, State, ZIP+4  *Houston, TX 77002*

PS Form 3800; June 2002    See Reverse for Instructions

7004 0750 0002 5572 3153



**UNITED STATES POSTAL SERVICE**
***** WELCOME TO *****
LOS FRESNOS
LOS FRESNOS, TX  78566-9998
03/09/06 03:03PM

Store  USPS          Trans  104
Wkstn  sys5002       Cashier  BXWJDO
Cashier's Name    David
Stock Unit Id     DAVE
PO Phone Number   956-233-5522
USPS #            4879830080

1. First Class                    2.79
   Destination:      78250
   Weight:           10.90 oz.
   Postage Type:     PVI
   Total Cost:       2.79
   Base Rate:        2.79
2. First Class                    7.04
   Destination:      77002
   Weight:           11.00 oz.
   Postage Type:     PVI
   Total Cost:       7.04
   Base Rate:        2.79
        SERVICES
   Certified Mail               2.40
     70040750000255723153
   Rtn Recpt (Green Card)       1.85

Subtotal                         9.83
Total                            9.83

Cash                            20.00
Change Due
  Cash                          10.17

Number of Items Sold: 2

        Thank You
      Happy Holidays



**COMFORT SUITES**

1501 CENTER

DEER PARK, TX  77536 USA

(281) 930-8888

manager@csdeerpark.com

Account: 115711
Date: 10/20/05
Page:  1  of  1
Room:  214     LNET
Arrival Date: 10/19/05  20:58
Departure Date: 10/20/05  08:23
Frequent Traveler ID:
You were checked out by: MARIE
You were checked in by: BHARTI

GARZA, GUSTAVO

POB 305 FM

WILLAMAR, TX 78580 US

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 10/20/05 | AMERICAN EXPRESS | AMERICAN EXPRESS<br>Acct: xxxxxxxxxxxx2003 | -93.59 |

Balance Due:     -93.59

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

x _____

---

**COMFORT SUITES**

1501 CENTER

DEER PARK, TX  77536 USA

(281) 930-8888

manager@csdeerpark.com

Room: 214
Arrival Date: 10/19/05
Departure Date: 10/20/05
Account: 115711
Frequent Traveler ID:

Merchant Number: 1422682104
Approval Number: 500746
Card Type: AX
Date: 10/20/2005
Card Number: xxxxxxxxxxxx2003
Total: 93.59

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

GUSTAVO GARZA

POB 305 FM

WILLAMAR, TX 78580 US

x _____

$ 50.00 Meals
$ 100.00 Gasoline
$ 15.00 Parking.



**COMFORT SUITES**

1501 CENTER

DEER PARK, TX  77536 USA

(281) 930-8888

manager@csdeerpark.com

Account: 115711
Date: 10/20/05
Page:  1  of  1
Room:  214       LNET
Arrival Date: 10/19/05  20:58
Departure Date: 10/20/05  08:23
Frequent Traveler ID:
You were checked out by: MARIE
You were checked in by: BHARTI

GARZA, GUSTAVO

POB 305 FM

WILLAMAR,  TX 78580 US

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 10/19/05 | ROOM CHARGE | #214 GARZA, GUSTAVO | 79.99 |
| 10/19/05 | STATE TAX | STATE TAX | 4.80 |
| 10/19/05 | COUNTY TAX | COUNTY TAX | 3.20 |
| 10/19/05 | CITY TAX | CITY TAX | 5.60 |
| | | Balance Due: | 93.59 |

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

x _____



**COMFORT SUITES**

1501 CENTER

DEER PARK, TX  77536 USA

(281) 930-8888

manager@csdeerpark.com

Room: 214
Arrival Date: 10/19/05
Departure Date: 10/20/05
Account: 115711
Frequent Traveler ID:

Merchant Number:
Approval Number:
Card Type:
Date: 10/20/2005
Card Number:
Total:

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

GUSTAVO GARZA

POB 305 FM

WILLAMAR,  TX 78580 US

x _____