United States District Court
Southern District of Texas
ENTERED

APR 0 4 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ § § § § Plaintiffs, § § v. § STATE FARM LLOYDS § § Defendant. § § § | CIVIL ACTION NO. B-04-141 |

## FINAL JUDGMENT

BE IT REMEMBERED that on April 4, 2006, the Court issued its final judgment in this case.

On February 6, 2006, the Court called this case for trial by jury. On February 22, 2006, the jury returned a verdict in favor of Plaintiffs Luis C. Munoz and Carmela Villarreal against Defendant State Farm Lloyds, as set forth below. There are no claims still pending.

Therefore, the Court **ORDERS** that State Farm Lloyds pay the following:

1. damages in the amount of $148,000.00 for repairs to the home at 829 West White Avenue, Raymondville, Texas;
2. damages in the amount of $80,200.00 for contents to the home at 829 West White Avenue, Raymondville, Texas;
3. damages in the amount of $10,000.00 for mental anguish sustained in the past by Luis C. Munoz;
4. damages in the amount of $10,000.00 for mental anguish sustained in the past by Carmela Villarreal;
5. additional damages for knowingly engaging in deceptive or unfair practices in the amount of $0.00;

6. additional damages under Texas Insurance Code § 542.060 of $79,451.11;[1] and

7. pre-judgment interest in the amount of $26,976.96.[2]

Furthermore, the Court awards post-judgment interest on the amount of $354,628.07, at a rate of 7.50% per annum,[3] to be compounded annually. TEX. FIN. CODE ANN. § 304.006 (Vernon 2005). This interest shall be computed daily to the date of payment and shall accrue from the date of this judgment until the date the judgment is paid. *See id.* § 304.005(a).

Finally, the Court awards $130,860.17 in costs and reasonable attorneys' fees to Plaintiffs. *See* TEX. BUS. & COM. CODE ANN. § 17.50(d) (Vernon 2005); TEX. INS. CODE ANN. § 541.152 (Vernon 2005).

Any relief not granted in this judgment is hereby **DENIED**. The Clerk of Court is hereby directed to enter final judgment and to close this case.

DONE at Brownsville, Texas, this 4th day of April, 2006.

Hilda G. Tagle
United States District Judge

---

[1]This amount was determined by the following calculation: $228,200 for Plaintiffs' claim, multiplied by 18% interest per annum, divided by 365 days per year, multiplied by 706 days by which payment of the claim was delayed. The length of the delay was determined by counting the number of days following April 28, 2004 — 30 days after Defendant received all requested material — until the date of judgment. *See* Dkt. No. 60, Ex. A, at 57–58; TEX. INS. CODE ANN. § 542.056(b), (d) (Vernon 2005).

[2]Calculated by: 0.057/365*696*$248,200. The interest rate was determined by adding 3% to the average rate for 3-month T-bills while this case was pending. *See* FEDERAL RESERVE, *U.S. Government Securities/Treasury Bills (Secondary Market)*, at http://www.federalreserve.gov/releases/h15/data/Monthly/H15_TB_M3.txt.

[3]This rate is statutorily mandated. *See* TEX. FIN. CODE ANN. § 304.003(b), (c)(1) (Vernon 2005); FEDERAL RESERVE STATISTICAL RELEASE, *Selected Interest Rates* (Feb. 21, 2006), *at* http://www.federalreserve.gov/releases/h15/20060221/.