## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **LUIS C. MUNOZ AND** | § | **CAUSE NO B-04-141** |
| **CARMELA MUNOZ** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **STATE FARM LLOYDS** | § | |

### ORDER GRANTING DEFENDANT STATE FARM LLOYDS'
### MOTION TO ALTER OR AMEND THE JUDGMENT

On this day, the Court considered Defendant State Farm Lloyds' Motion to Alter or Amend the Judgment and Memorandum in Support. The Court finds Defendant is entitled to amendment of the Court's April 4, 2006, Final Judgment, as requested in its motion. The Court therefore **GRANTS** Defendant's Motion to Alter or Amend the Judgment.

Therefore, the Court **ORDERS** that its Final Judgment be amended as follows:

a) The award for damage to the contents be reduced by an additional $4,238.49, for a final judgment of $75,961.51 on the contents claim.

b) The award of $79,451.11 for damages under Texas Insurance Code Section 542.060 be vacated in its entirety.

SIGNED _____, 2006.

_____
U.S. DISTRICT JUDGE

10

APPROVED AND ENTRY REQUESTED:

**TAYLOR & TAYLOR**

*Warren Taylor by LT*

Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

11