**STATE FARM INSURANCE COMPANIES**
State Farm Lloyds
A LLOYDS COMPANY IN DALLAS, TEXAS
8900 Amberglen Boulevard
Austin, Tx 78729-1110

**DECLARATION PAGE**

| POLICY NUMBER | 83-J4-5565-2 |
|---|---|
| HOMEOWNERS POLICY DEC 29 2002 TO DEC 29 2003 | The policy period begins and ends at 12.01 am standard time at the residence premises. |

6935-F116 S

MUNOZ, LUIS C & CARMELA S
829 W WHITE AVE
RAYMONDVILLE TX    78580-2824

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| | BILLED THROUGH SFPP |

**Coverages and Limits**
Section I
| | | |
|---|---|---|
| A Dwelling | | $139,600 |
|   Dwelling Extension | Up To | 13,960 |
| B Personal Property | | 104,700 |
| C Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**
| | |
|---|---|
| Other Losses | 1,500 |
| Wind or Hail   1% | 1,396 |

**Section II**
| | |
|---|---|
| L Personal Liability | $100,000 |
|   Damage to Property of Others | 500 |
| M Medical Payments to Others (Each Person) | $1,000 |

Annual Premium    $   1,005.00

Location:   Same as Mailing Address

SFPP NO:   0384918425

**Loss Settlement Provisions (See Policy)**
A1: Replacement Cost - Similar Construction
B1: Limited Replacement Cost - Coverage B

**Premium Reductions**
Your premium has already been reduced by the following:
| | |
|---|---|
| Renewal Discount | 221.00 |
| Utility Rating Cr | 251.00 |

**Forms, Options, and Endorsements**
| | |
|---|---|
| Homeowners Policy | FP-7955.TX |
| Fungus (Including Mold) Excl | FE-5398 |
| Ordinance/Law 10%/$13,960 | OPT  OL |
| Dwelling Foundation Endorsement | FE-5368 |
| Water Damage Endorsement | FE-5369 |
| Increase Dwelling up to $27,920 | OPT  ID |
| Special Limits Endorsement | FE-5258 |

Inflation Coverage Index: 150.2

* Effective: DEC 29 2002

NOTICE: Information concerning changes in your coverage is included.  Please call your agent if you have any questions.

Please read the enclosed Policy Booklet and inserts.

*Thanks for letting us serve you...*
Agent   MARK BROWN
Telephone 956-689-6463

Prepared FEB 24 2003

See reverse side for important information
Please keep this part for your record.

------- Cut on this line and mail the portion below with your payment -------

IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.    6935-F116  S

| INSURED | MUNOZ, LUIS C & CARMELA S |
|---|---|
| POLICY NUMBER | 83-J4-5565-2    HOMEOWNERS |

**NOTE: DO NOT PAY - PREMIUM BILLED THROUGH STATE FARM PAYMENT PLAN.**

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| | |

Please contact your State Farm Agent to make any policy changes.

250224
State Farm Insurance Companies

SF000187

| OFFICE USE ONLY Prepared FEB 24 2003 | FIRE REN | |
|---|---|---|

**COVERAGE B - PERSONAL PROPERTY**

1. **B1 - Limited Replacement Cost Loss Settlement.**

    a. We will pay the cost to repair or replace property covered under SECTION I - COVERAGES, COVERAGE B - PERSONAL PROPERTY, except for property listed in item b. below, subject to the following:

    (1) until repair or replacement is completed, we will pay only the cost to repair or replace less depreciation;

    (2) after repair or replacement is completed, we will pay the difference between the cost to repair or replace less depreciation and the cost you have actually and necessarily spent to repair or replace the property; and

    (3) if property is not repaired or replaced within two years after the date of loss, we will pay only the cost to repair or replace less depreciation.

    b. We will pay market value at the time of loss for:

    (1) antiques, fine arts, paintings, statuary and similar articles which by their inherent nature cannot be replaced with new articles;

    (2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs and collectors items; and

    (3) property not useful for its intended purpose.

    However, we will not pay an amount exceeding the smallest of the following for items a. and b. above:

    (1) our cost to replace at the time of loss;

    (2) the full cost of repair;

    (3) any special limit of liability described in the policy; or

    (4) any applicable Coverage B limit of liability.

2. **B2 - Depreciated Loss Settlement.**

    a. We will pay the cost to repair or replace less depreciation at the time of loss for property covered under SECTION I - COVERAGES, COVERAGE B - PERSONAL PROPERTY, except for property listed in item b. below.

    b. We will pay market value at the time of loss for:

    (1) antiques, fine arts, paintings, statuary and similar articles which by their inherent nature cannot be replaced with new articles;

    (2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs and collectors items; and

    (3) property not useful for its intended purpose.

    However, we will not pay an amount exceeding the smallest of the following for items a. and b. above:

    (1) our cost to replace at the time of loss;

    (2) the full cost of repair;

    (3) any special limit of liability described in the policy; or

    (4) any applicable Coverage B limit of liability.

## SECTION I - CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we shall not be liable:

    a. to the insured for an amount greater than the **insured's** interest; or

    b. for more than the applicable limit of liability.

    Article 6.13. Policy A Liquidated Demand. A fire insurance policy, in case of a total loss by fire of property insured, shall be held and considered to be a liquidated demand against the company for the full amount of such policy. The provisions of this article shall not apply to personal property.

2. **Your Duties After Loss.** After a loss to which this insurance may apply, you shall see that the following duties are performed:

12                                                                FP-7955 TX

SF000213

a. give immediate notice to us or our agent. Also notify the police if the loss is caused by theft. Also notify the credit card company or bank if the loss involves a credit card or bank fund transfer card;

b. protect the property from further damage or loss, make reasonable and necessary temporary repairs required to protect the property, keep an accurate record of repair expenditures;

c. prepare an inventory of damaged or stolen personal property. Show in detail the quantity, description, age, replacement cost and amount of loss. Attach to the inventory all bills, receipts and related documents that substantiate the figures in the inventory;

d. as often as we reasonably require:

   (1) exhibit the damaged property;

   (2) provide us with records and documents we request and permit us to make copies;

   (3) submit to and subscribe, while not in the presence of any other **insured**:

      (a) statements; and

      (b) examinations under oath; and

   (4) produce employees, members of the **insured's** household or others for examination under oath to the extent it is within the **insured's** power to do so; and

e. submit to us, within 91 days after the loss, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

   (1) the time and cause of loss;

   (2) interest of the **insured** and all others in the property involved and all encumbrances on the property;

   (3) other insurance which may cover the loss;

   (4) changes in title or occupancy of the property during the term of this policy;

   (5) specifications of any damaged building and detailed estimates for repair of the damage;

   (6) an inventory of damaged or stolen personal property described in 2.c.;

   (7) receipts for additional living expenses incurred and records supporting the fair rental value loss; and

   (8) evidence or affidavit supporting a claim under the Credit Card, Bank Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

3. **Loss to a Pair or Set.** In case of loss to a pair or set, we may elect to:

   a. repair or replace any part to restore the pair or set to its value before the loss; or

   b. pay the difference between the depreciated value of the property before and after the loss.

4. **Appraisal.** If you and we fail to agree on the amount of loss, either one can demand that the amount of the loss be set by appraisal. If either makes a written demand for appraisal, each shall select a competent, disinterested appraiser. Each shall notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers shall then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire. The appraisers shall then set the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon shall be the amount of the loss. If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire. Written agreement signed by any two of these three shall set the amount of the loss. Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire shall be paid equally by you and us.

5. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only our share of the loss. Our share is the proportion of the loss that the applicable limit under this policy bears to the total amount of insurance covering the loss.

- 13                                                                 FP-7955 TX

SF000214