IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO B-04-141 |
| VS. | §<br>§<br>§ | |
| STATE FARM LLOYDS | § | |

<u>**ORDER GRANTING**</u>
<u>**DEFENDANT STATE FARM LLOYDS'**</u>
<u>**MOTION FOR JUDGMENT AS A MATTER OF LAW**</u>

On this day, the Court considered Defendant State Farm Lloyds' Motion for Judgment as a Matter of Law and Memorandum in Support. The Court finds Defendant is entitled to judgment as a matter of law, as requested in its motion. The Court therefore **GRANTS** Defendant's Motion for Judgment as a Matter of Law, sets aside its Final Judgment entered on April 4, 2006, and **ORDERS** judgment be rendered in favor of Defendant State Farm Lloyds that Plaintiffs Luis and Carmela Munoz take nothing in the above-captioned suit. All costs are assessed against Plaintiffs.

SIGNED _____, 2006.

_____
U.S. DISTRICT JUDGE

9

APPROVED AND ENTRY REQUESTED:

**TAYLOR & TAYLOR**

_____
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

10