IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND | § | CAUSE NO B-04-141 |
| CARMELA MUNOZ | § | |
| | § | |
| VS. | § | |
| | § | |
| STATE FARM LLOYDS | § | |

## ORDER GRANTING
## DEFENDANT STATE FARM LLOYDS' MOTION FOR NEW TRIAL

On this day, the Court considered Defendant State Farm Lloyds' Motion for New Trial and Memorandum in Support. The Court finds Defendant is entitled to a new trial as requested in its motion. The Court therefore **GRANTS** Defendant's Motion for New Trial and **ORDERS** a new trial in the above-captioned suit.

SIGNED _____, 2006.

_____<br>U.S. DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

**TAYLOR & TAYLOR**

_Warren Taylor by LT_
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS