United States District Court
Southern District of Texas
ENTERED

APR 27 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS | § § § | |
| Defendant. | § | |

## OPINION & ORDER

BE IT REMEMBERED that on April 26, 2006, the Court considered Defendant State Farm Lloyds' Renewed Motion for Judgment as a Matter of Law and Memorandum in Support, Dkt. No. 113, and Defendant State Farm Lloyds' Motion for New Trial and Memorandum in Support, Dkt. No. 114.

After reviewing these motions, the evidence, and the record, the Court finds that these motions are devoid of merit.

Based on the foregoing, the Court **DENIES** both motions. Dkt. Nos. 113, 114.

DONE at Brownsville, Texas, this 26th day of April, 2006.

Hilda G. Tagle
United States District Judge

1