

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAY - 4 2006

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS | §<br>§<br>§ | |
| Defendant. | § | |

## NOTICE OF APPEAL

Notice is hereby given that State Farm Lloyds, the defendant in the above-named case, hereby appeals to the United States Court Of Appeals for the Fifth Circuit from (1) the Opinion and Order (on attorney's fees) entered on April 4, 2006; (2) the Final Judgment entered on April 4, 2006; (3) the Opinion and Order (denying Defendant State Farm Lloyds' Renewed Motion for Judgment as a Matter of Law and Defendant State Farm Lloyds' Motion for New Trial) entered on April 27, 2006; and (4) the Opinion and Order (denying Defendant State Farm Lloyds' Motion to Alter or Amend the Judgment) entered on May 2, 2006.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: _____
Levon G. Hovnatanian
State Bar No. 10059825
Christopher W. Martin
State Bar No. 13057620
Bruce E. Ramage
State Bar No. 16492500
808 Travis Street, Suite 1800
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Taylor & Taylor
Warren Taylor
State Bar No. 19727200
Beth M. Taylor
State Bar No. 13336787
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 – Telephone
(713) 615-6070 – Facsimile

Roerig, Oliveira & Fisher, L.L.P.
Rene O. Oliveira
State Bar No. 15254700
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 – Telephone
(956) 542-0016 – Facsimile

ATTORNEYS FOR
DEFENDANT/APPELLANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the above Notice of Appeal has been served on the following individuals by Federal Express, Overnight Delivery, on this the 3rd day of May, 2006, as follows:

  Gustavo Ch. Garza
  705 W. Highway 100, Suite A
  Los Fresnos, Texas 78566
  *(attorneys for plaintiffs/appellees Luis C. Munoz and Carmela Munoz)*

  David L. Rusnak
  Scoggins & Goodman, P.C.
  245 Peachtree Center Avenue NE, Suite 2800
  Atlanta, Georgia 30303-1227
  *(attorneys for plaintiffs/appellees Luis C. Munoz and Carmela Munoz)*

_____
Levon G. Hovnatanian