**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

# TRANSCRIPT ORDER

| ct Court | District Court Docket Number |
|---|---|
| District Court - Southern District - Brownsville | 1:04-cv-00141 |

Short Case Title: Luis Nunez, et al v. State Farm Lloyds    Court Reporter: Heather Hall

Date Notice of Appeal Filed by Clerk of District Court: et al    5/4/06    Court of Appeals # _____

**MAY 1 2 2006**

---

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
    Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
    Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
    Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 10/25/2004 | Initial Pretrial Conference | Hilda G. Tagle |
| 01/31/2006 | Final Pretrial Conference | Hilda G. Tagle |
| 02/06/2006 | Jury Selection | Hilda G. Tagle |
| Jury Trial 02/09/2006, 2/10, 2/14, 2/15, 2/16, 2/17, 2/21, 2/22, & 2/23/06 | | Hilda G. Tagle |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☒ Other: Check No. 18734 (Estimated Total)

Signature: _____    Date Transcript Ordered: 5/11/2006
Print Name: Bruce E. Ramage    Counsel for: State Farm Lloyds
Address: 808 Travis, Suite 1800, Houston, TX 77002    Telephone: (713) 632-1700

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____    _____    _____
Date    Signature of Court Reporter    Telephone

Address of Court Reporter: _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____    _____
Date    Signature of Court Reporter

DKT-13 (5/96)

**Copy 6 – Appellant's Copy to be sent to the District Court upon completion of Part I**