IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ,<br>            Plaintiffs | §<br>§<br>§<br>§ | |
| vs. | §<br>§<br>§ | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS,<br>            Defendant | §<br>§ | |

United States District Court
Southern District of Texas
FILED

JUN 01 2006

Michael N. Milby
Clerk of Court

### NOTICE OF CROSS-APPEAL

COME NOW, LUIS C. MUNOZ and CARMELA MUNOZ, Appellees and now Cross-Appellants herein, and gives notice of their cross-appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on April 4, 2006, and the Opinion and Order (on attorney's fees) entered on April 4, 2006.

Respectfully submitted,

_Gustavo Ch. Garza_ /with permission
                                    _Ric B. [illegible]_
**Gustavo Ch. Garza**
Attorney at Law
705 West Highway 100, Suite A
Los Fresnos, Texas 78566
Phone: 956-233-5614
Fax: 956-233-6596
State Bar No. 07731700

*[signature: Rene B. Gonzalez]*

**Rene B. Gonzalez**
Attorney at Law
Post Office Box 5134
Brownsville, Texas 78523-5134
Phone: 956-371-9966
Fax: 956-541-9444
State Bar No. 08131380

Attorneys for Plaintiffs/Appellee/
Cross-Appellants

## CERTIFICATE OF SERVICE

Pursuant to Rule 25(c) of the Federal Rules of Appellate Procedure, I certify that a true copy of this Notice of Cross-Appeal has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 1st day of June, 2006.

Mr. Levon Hovnatanian
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002

Mr. Warren Taylor
TAYLOR & TAYLOR
815 Walker, Suite 250
Houston, Texas 77002

Mr. Rene O. Oliveira
ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718

*[signature]*
René B. González