IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ,<br>　　　　Plaintiffs<br><br>vs.<br><br><br>STATE FARM LLOYDS,<br>　　　　Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CIVIL ACTION NO. B-04-141 |

## ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL

1. Plaintiffs, Luis C. Munoz and Carmela Munoz, designate Rene B. Gonzalez as additional counsel on appeal, in accordance with local rules.

2. Rene B. Gonzalez is a member in good standing with the State Bar of Texas and is admitted to practice before this Court.

3. Rene B. Gonzalez's Texas Bar Number is 08131380, his Federal Number is 8649, and his mailing address, telephone, and fax number are as shown below, above his signature.

4. Gustavo Ch. Garza will remain the attorney-in-charge for the Plaintiffs in this lawsuit, and on appeal, and he will be the attorney to receive all communications from the Court and from other parties.

5. This entry of appearance of additional counsel is at the direction and with the consent of the Plaintiffs, Luis C. Munoz and Carmela Munoz.

Respectfully submitted,

**Rene B. Gonzalez**
Attorney at Law
Post Office Box 5134
Brownsville, Texas 78523-5134
Phone: 956-371-9966
Fax: 956-541-9444
State Bar No. 08131380
Southern District I.D. No. 8649

Attorney for Plaintiffs/Appellee/
Cross-Appellants

## CERTIFICATE OF SERVICE

Pursuant to Rule 25(c) of the Federal Rules of Appellate Procedure, I certify that a true copy of this Entry of Appearance of Additional Counsel has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 1st day of June, 2006.

Mr. Levon Hovnatanian
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002

Mr. Warren Taylor
TAYLOR & TAYLOR
815 Walker, Suite 250
Houston, Texas 77002

Mr. Rene O. Oliveira
ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718

_____
René B. González