# United States District Court

## Southern District of Texas

### Office of the Clerk

600 E. Harrison #101
Brownsville, Texas 78520
(956) 548-2500

*06-40827*

Michael N. Milby, Clerk

May 10, 2006



United States District Court
Southern District of Texas
FILED

JUN 2 0 2006

Michael N. Milby
Clerk of Court

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

Re: Civil Action B-04-CV-141; Luis C. Munoz, et al vs. State Farm Lloyds, et al

Dear Mr. Fulbruge:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ]    Certified Copy of Notice of Appeal and docket entries.

[ ]    Certified copy of the notice of cross-appeal and docket entries.

[ ]    Record of appeal consisting of _____ Volume(s) of the record; _____ volume(s) of the Transcript ___ Sealed PSI Report; _____ Sealed Sentencing Recommendation;

[ ]    OTHER _____

In regard to the notice of appeal, the following information is furnished:

[ ]    The Court of Appeals docket fee ___ HAS / ___ HAS NOT been paid.

[ ]    This case is proceeding in forma pauperis.

[✓]    **Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: May 5, 2006**

U.S. COURT OF APPEALS
RECEIVED
MAY 17 2006
NEW ORLEANS, LA.

[ ]    District Judge Entering final order is _____

[ ]    Court reporter assigned to this case is_____

[ ]    This case was decided without a hearing, and, therefore, there will be no transcript.

Mr. Charles R. Fulbruge, III, Clerk
Re: Civil Action B-04-CV-141; Luis C. Munoz, et al vs. State Farm Lloyds, et al
May 10, 2006
Page 2

Very truly yours,

By: Balvina Campos, Deputy Clerk

/bc

Copies to:

**David L Rusnak**
Scoggins & Goodman, P.C.
245 Peachtree Center, Ave. NE, Ste 2800
Atlanta, GA 30303-1227

**Gustavo Ch Garza**
Attorney at Law
705 W. Hwy. 100, Suite A
Los Fresnos, TX 78566

**Levon G Hovnatanian**
Martin Disiere et al
808 Travis, Ste 1800
Houston, TX 77002

**Rene O Oliveira**
Roerig Oliveira & Fisher
855 W Price Rd, Ste 9
Brownsville, TX 78520

**Warren Royal Taylor**
Taylor and Taylor
815 Walker, Ste 250
Houston, TX 77002

File