IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ,<br><br>　　　　Plaintiffs<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>　　　　Defendant | §<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO. B-04-141<br>§<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR COURT TO ACCEPT SUPERSEDEAS BOND

The Court hereby GRANTS Defendant's Unopposed Motion for Court to Accept Supersedeas Bond. The Defendant's Supersedeas Bond, submitted to the Court along with Defendant's Unopposed Motion for Court to Accept Supersedeas Bond, is hereby APPROVED by the Court and the Court ORDERS that it be filed.

**IT IS SO ORDERED.**

SIGNED this _____ day of June, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE HILDA G. TAGLE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE