IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ, | §<br>§<br>§ | BOND # 90 LE 9969 7 |
| Plaintiffs | §<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS, | §<br>§ | |
| Defendant | §<br>§ | |

## SUPERSEDEAS BOND

WHEREAS, on April 4, 2006, Final Judgment was entered in this case in favor of Plaintiffs Luis C. Munoz and Carmela Munoz, and against Defendant State Farm Lloyds, as follows: $148,000 in damages for repairs to the home at 829 West White Avenue, Raymondville, Texas; $80,200 in damages for the contents of the home at 829 West White Avenue, Raymondville, Texas; $10,000 in damages for mental anguish sustained in the past by Luis C. Munoz; $10,000 in damages for mental anguish sustained in the past by Carmela Villarreal; $79,451.11 in additional damages under section 542.060 of the Texas Insurance Code; pre-judgment interest of $26,976.96; post-judgment interest on $354,628.07 at 7.50 percent per annum to be compounded annually; and $130,860.17 in costs and attorney's fees; and

WHEREAS, Defendant State Farm Lloyds has appealed and desires to suspend enforcement of the Final Judgment pending determination of the appeal;

NOW, THEREFORE, we, Defendant State Farm Lloyds, as principal, and State Farm Fire & Casualty Company (One State Farm Plaza D-1, Bloomington, Illinois

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ,<br><br>Plaintiffs<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>Defendant | § § § § § § § § § § | BOND # 90 LE 9969 7<br><br><br><br>CIVIL ACTION NO. B-04-141 |

## SUPERSEDEAS BOND

WHEREAS, on April 4, 2006, Final Judgment was entered in this case in favor of Plaintiffs Luis C. Munoz and Carmela Munoz, and against Defendant State Farm Lloyds, as follows: $148,000 in damages for repairs to the home at 829 West White Avenue, Raymondville, Texas; $80,200 in damages for the contents of the home at 829 West White Avenue, Raymondville, Texas; $10,000 in damages for mental anguish sustained in the past by Luis C. Munoz; $10,000 in damages for mental anguish sustained in the past by Carmela Villarreal; $79,451.11 in additional damages under section 542.060 of the Texas Insurance Code; pre-judgment interest of $26,976.96; post-judgment interest on $354,628.07 at 7.50 percent per annum to be compounded annually; and $130,860.17 in costs and attorney's fees; and

WHEREAS, Defendant State Farm Lloyds has appealed and desires to suspend enforcement of the Final Judgment pending determination of the appeal;

NOW, THEREFORE, we, Defendant State Farm Lloyds, as principal, and State Farm Fire & Casualty Company (One State Farm Plaza D-1, Bloomington, Illinois

1

# Power of Attorney

## STATE FARM FIRE AND CASUALTY COMPANY

KNOW ALL PERSONS BY THESE PRESENTS: That STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation, with its principal office in Bloomington, Illinois, does hereby constitute and appoint: Mary Allen, Christine Cameron, Ceola Campbell, Pamela Chancellor, Leon C. Cook, Teresa Fewkes, Mark Fink, Julie Freed, John Gibson, Christine M. Goben, John R. Horton, Cynthia Johnson, Susan K. Johnson, Amanda Kaufman, Mary K. Kerfoot, Julia Klinzing, Connie S. Knox, G.F. Krawcyk, Christine Macdonnell, Lori McDowell, Melissa L. Morris, Donna K. O'Crowly, James Platt, Vicki Redman, Linda Rieck, Suzanne M. Robertson, Rebecca F. Robison, Lucinda K. Samford, Alice Schuler, Mary Sieg, Trudy Spence, Mary A. Spotts, Heidi Stevens, Cindy R. Swick, Sara L. Tackett, Perry Tracy, Susan M. Wagoner, Diana L. Watt, Karen Weber, of Bloomington, Illinois its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver for, and on its behalf as surety, any and all bonds, undertakings or other writings obligatory in the nature of a bond as follows:          Any such obligation in any amount

This appointment is made under and by the authority of a resolution which was passed by the Executive Committee of the Board of Directors of State Farm Fire and Casualty Company on the 24th day of July, 1974, as is duly authorized by the Board of Directors in Article II, Section 6 of the By-Laws of the Company, which resolution is:

Resolved, that the Executive Vice-President or a Vice-President of the Company is hereby authorized to appoint and empower any representative of the Company or other person or persons as Attorney-in-Fact to execute on behalf of the Company any bonds, undertakings, policies, contracts of indemnity or other writings obligatory in the nature of a bond, which the Company might execute through its duly elected officers, and affix the seal of the Company thereto. Any said execution of such documents by an Attorney-in-Fact shall be as binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company. Any Attorney-in-Fact, so appointed, may be removed for good cause and the authority so granted may be revoked as specified in the Power of Attorney.

Resolved, that the signature of the Executive Vice-President or any Vice-President and the seal of the Company may be affixed by facsimile on any power of attorney granted, and the signature of the Secretary, Vice-President or Assistant Secretary, and the seal of the Company may be affixed by facsimile to any certificate of any such power and any such power or certificate bearing such facsimile signature and seal shall be valid and binding on the Company. Any such power so executed and sealed and certificate so executed and sealed shall, with respect to any bond or undertaking to which it is attached, continue to be valid and binding on the Company.

IN WITNESS THEREOF, STATE FARM FIRE AND CASUALTY COMPANY has caused this instrument to be signed by its Vice-President, and its Corporate Seal to be affixed this 14th day of September, 2004.

This APPOINTMENT SHALL CEASE AND TERMINATE AUTOMATICALLY AS OF DECEMBER 31, 2007, UNLESS SOONER REVOKED AS PROVIDED.

STATE FARM FIRE AND CASUALTY COMPANY

By: _____
    Vice President

STATE OF ILLINOIS
COUNTY OF McLEAN

On this 14th day of September 2004, before me personally came William K. King to me known, who being duly sworn, did depose and say that he is Vice-President of STATE FARM FIRE AND CASUALTY COMPANY, the corporation described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such Corporate Seal; and that he executed said instrument on behalf of the corporation by authority of his office under the By-Laws of said corporation.

"OFFICIAL SEAL"
Trudy A. Spence
Notary Public, State Of Illinois
My Commission Expires 07/29/08

_____
Notary Public
My commission expires July 29, 2008

## CERTIFICATE

I, the undersigned Vice-President of STATE FARM FIRE AND CASUALTY COMPANY, do hereby certify that the original Power of Attorney of which the foregoing is a true and correct copy, is in full force and effect and has not been revoked and the resolutions as set forth are now in force.

Signed and sealed at Bloomington, Illinois. Dated this _24th_ day of _May_ 2006.

_____
Vice-President

If you have a question concerning the validity of this Power of Attorney, call (309) 766-2090.
FB6-9043A.36
(11/04)                                                                                                                    Printed in U.S.A.