IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 2 6 2006
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ, § § § | |
| Plaintiffs § § | |
| v. § | CIVIL ACTION NO. B-04-141 |
| § § | |
| STATE FARM LLOYDS, § § | |
| Defendant § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR COURT TO ACCEPT SUPERSEDEAS BOND

The Court hereby GRANTS Defendant's Unopposed Motion for Court to Accept Supersedeas Bond. The Defendant's Supersedeas Bond, submitted to the Court along with Defendant's Unopposed Motion for Court to Accept Supersedeas Bond, is hereby APPROVED by the Court and the Court ORDERS that it be filed.

**IT IS SO ORDERED.**

SIGNED this _26_ day of June, 2006.

HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE