IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 6 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ, | §<br>§<br>§ | BOND # 90 LE 9969 7 |
| Plaintiffs | §<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS, | §<br>§<br>§ | |
| Defendant | § | |

### SUPERSEDEAS BOND

WHEREAS, on April 4, 2006, Final Judgment was entered in this case in favor of Plaintiffs Luis C. Munoz and Carmela Munoz, and against Defendant State Farm Lloyds, as follows: $148,000 in damages for repairs to the home at 829 West White Avenue, Raymondville, Texas; $80,200 in damages for the contents of the home at 829 West White Avenue, Raymondville, Texas; $10,000 in damages for mental anguish sustained in the past by Luis C. Munoz; $10,000 in damages for mental anguish sustained in the past by Carmela Villarreal; $79,451.11 in additional damages under section 542.060 of the Texas Insurance Code; pre-judgment interest of $26,976.96; post-judgment interest on $354,628.07 at 7.50 percent per annum to be compounded annually; and $130,860.17 in costs and attorney's fees; and

WHEREAS, Defendant State Farm Lloyds has appealed and desires to suspend enforcement of the Final Judgment pending determination of the appeal;

NOW, THEREFORE, we, Defendant State Farm Lloyds, as principal, and State Farm Fire & Casualty Company (One State Farm Plaza D-1, Bloomington, Illinois

1

61710, a corporate surety company), duly qualified and authorized to do business in Texas, as surety, acknowledge ourselves bound to pay Luis C. Munoz and Carmela Munoz, collectively, the sum of $543,177.22 (which is $354,628.07 plus two years of post-judgment interest ($26,597.10 plus $28,591.88) plus $130,860.17 plus estimated court costs of $2,500), conditioned that the surety on this Bond is bound to pay all damages and costs that may be awarded against State Farm Lloyds up to the amount of this Bond if: (1) State Farm Lloyds' appeal is dismissed, and State Farm Lloyds does not perform the trial court's Final Judgment; or (2) State Farm Lloyds does not perform an adverse judgment final on appeal.

PRINCIPAL: STATE FARM LLOYDS

By: _____   Date: 6/13/2006
State Farm Lloyds, By Kristy Stapleton,
Assistant Secretary, State Farm Lloyds, Inc.
Attorney-In-Fact for State Farm Lloyds


SURETY: STATE FARM FIRE & CASUALTY COMPANY

By: _____   Date: 5/24/06
Suzanne M. Robinson, Attorney-In-Fact


I have approved the Supersedeas Bond on this 26 day of June, 2006.

_____
Clerk, Deputy

Bertha A Vasquez
Clerk, Printed Name, Deputy


Southern District of Texas, Brownsville Division