IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 0 6 2006
Michael N. Milby
Clerk of Court

LUIS C. MUNOZ AND CARMELA MUNOZ )
    Plaintiffs, )
)
VS. ) CIVIL ACTION NO.
) B-04-141
STATE FARM LLOYDS )
    Defendant. )

PRETRIAL CONFERENCE
BEFORE THE HONORABLE HILDA G. TAGLE
OCTOBER 25, 2004

APPEARANCES:

For the Plaintiffs:    MR. GUSTAVO CH GARZA
    Attorney at Law
    705 West Hwy. 100
    Los Fresnos, Texas  78566
    (956)233-5614

For the Defendant:    MR. WARREN ROYAL TAYLOR
    Taylor and Taylor
    815 Walker, Suite 250
    Houston, Texas  77002
    (713)615-6060
    - AND -
    MR. RENE O. OLIVEIRA
    Roerig Oliveira & Fisher
    855 West Price Road, Suite 9
    Brownsville, Texas  78520
    (956)631-8049

Transcribed by:    HEATHER HALL
    Official Court Reporter
    600 East Harrison, Box 16
    Brownsville, Texas  78520
    (956)548-2510

Proceedings recorded by mechanical stenography, transcript produced by computer.

ORIGINAL