United States District Court
Southern District of Texas
Office of the Clerk
600 E. Harrison #101
Brownsville, Texas 78520
(956) 548-2500

Michael N. Milby, Clerk

July 26, 2006

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

Re:   USCA No. 06-40827 / B-04-CV-141; Luis C. Munoz, et al vs. State Farm Lloyds, et al

Dear Mr. Fulbruge:

In connection with this appeal, the following documents are being transmitted (electronically). You have been notified via e-mail.

[ ]   Certified Copy of Notice of Appeal and docket entries.
[ ]   Certified copy of the notice of cross-appeal and docket entries.

[√]   Record of appeal consisting of __1__ Volume(s) of digital media; __13__ volume(s) of the Transcript; and __2__ Boxes of Trial Exhibits.

[ ]   OTHER _____

In regard to the notice of appeal, the following information is furnished:

[ ]   The Court of Appeals docket fee ____ HAS / ____ HAS NOT been paid.
[ ]   This case is proceeding in forma pauperis.
[ ]   Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:
[ ]   District Judge Entering final order is _____
[ ]   Court reporter assigned to this case is_____
[ ]   This case was decided without a hearing, and, therefore, there will be no transcript.

Very truly yours,

By: _____
Balvina Campos, Deputy Clerk

/bc

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
Re:     USCA No. 06-40827 / B-04-CV-141; Luis C. Munoz, et al vs. State Farm Lloyds, et al
July 26, 2006
Page 2

Copies to:

**David L Rusnak**
Scoggins & Goodman, P.C.
245 Peachtree Center, Ave. NE, Ste 2800
Atlanta, GA 30303-1227

**Gustavo Garza**
Attorney at Law
705 W. Hwy. 100, Suite A
Los Fresnos, TX 78566

**Rene B. Gonzalez**
P.O. Box 5134
Brownsville, Texas 78523-5134

**Levon G. Hovnatanian**
Martin Disiere et al
808 Travis, Ste 1800
Houston, TX 77002

**Rene O. Oliveira**
Roerig Oliveira & Fisher
855 W Price Rd, Ste 9
Brownsville, TX 78520

**Warren Royal Taylor**
Taylor and Taylor
815 Walker, Ste 250
Houston, TX 77002

File