# Martin, Disiere, Jefferson & Wisdom, L.L.P.
─────────── ATTORNEYS AT LAW ───────────

808 Travis • Suite 1800 • Houston, Texas 77002 • Phone 713-632-1700 • Fax 713-222-0101 • www.mdjwlaw.com

August 7, 2006

LEVON G. HOVNATANIAN
PARTNER
Direct 713-632-1740
e-mail: hovnatanian@mdjwlaw.com

Board Certified • Civil Appellate Law
Texas Board of Legal Specialization

Mr. Juan "Butch" Barbosa, Deputy-in-Charge
United States District Court
Southern District of Texas, Brownsville Division
101 Federal Building
600 East Harrison Street, Suite 101
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

AUG 0 8 2006

Michael N. Milby
Clerk of Court

*Via Federal Express*

**Attention: Ms. Balvina Campos, Deputy Clerk**

Re:   Civil Action No. B-04-141; *Luis C. Munoz and Carmela Munoz v. State Farm Lloyds;* in the United States District Court for the Southern District of Texas, Brownsville Division

Dear Ms. Campos:

Please consider this a request for you to provide me an electronic copy of the "Certified Clerk's Record," the original reporter's transcript, and the original trial exhibits in the above case. Please send these items to the undersigned at 808 Travis, Suite 1800, Houston, Texas 77002 via Federal Express Account No. 2479-3947-4 (my firm's account number).

Thank you for your attention to this matter. If you have any questions, please give me a call.

Very truly yours,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

Levon G. Hovnatanian

LGH:ckk

cc:   Mr. Gustavo Garza
      Mr. David L. Rusnak
      *(Both via facsimile)*