GUSTAVO CH. GARZA
ATTORNEY AT LAW
705 W. HWY 100 STE. A
LOS FRESNOS, TEXAS 78566
PHONE (956)233-5614 FAX (956)233-6596
EMAIL:GUSTAVO@JUSTICE.COM

October 17, 2006

Mr. Michael N. Milby
United States District Clerk
600 Harrison Street, Room 101
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

OCT 2 6 2006

Michael N. Milby
Clerk of Court

Re:   Civil Action No. B-04-141
      *Luis C. Munoz and Carmela Munoz v. State Farm Lloyds*; In the United States District Court for the Southern District of Texas, Brownsville Division

      Cause No. 06-40827; *State Farm Lloyds v. Luis and Carmela Munoz*; In the United States Court of Appeals for the Fifth Circuit

Dear Mr. Milby,

    Please be advised that I am the lead attorney for the case referenced above, and Mr. Rene Gonzalez is the appellant attorney assisting me. I kindly request that when the appellant record is returned by opposing counsel that I may be able to pick up the entire record including exhibits. I am aware that the customary requires a Fed Ex or UPS delivery; however I ask that I may be allowed to pick up the records since I am a local attorney.

    If you shall have any questions regarding this matter, please feel free to contact me. Thank you very much for your professional and courteous attention to this matter.

Respectfully,

*[signature]*
Gustavo Ch. Garza