# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

**MICHAEL N. MILBY**                                    **600 E Harrison, #101**
**CLERK**                                               **Brownsville, Texas 78520**


January 12, 2007


Mr. Gustavo Garza
Attorney at Law
705 W. Hwy. 100, Suite A
Los Fresnos, TX 78566


In Re:                  Luis C. Munoz, et al vs. State Farms Lloyds of Texas
District Court Case No.: 1:04-cv-141
Circuit Court Case No:   06-40827

Dear Mr Garza:

        Enclosed is one CD containing the electronic record, one CD containing 13 volumes of transcripts; and two boxes of exhibits for the above Notice of Appeal.  Prepare your brief regarding this appeal using this copy of the paginated record.

                        Very Truly Yours,

                        Michael N. Milby, Clerk



                        By: Balvina Campos
                            Deputy Clerk