# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

MICHAEL N. MILBY                                           600 E. HARRISON STREET - #101
CLERK                                                                  BROWNSVILLE, TEXAS 78521

August 13, 2007

Attn:  Jm DeMontluzin
Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

IN RE:                                 Luis C. Munoz, et al vs. State Farm Lloyds, et al
District Court Case No.:     1:04CV141
Circuit Court Case No:       06-40827

Dear Mr. Fulbruge:

    Enclosed is a printed copy of the electronic record on appeal in the above referenced matter. This record contains 21 volumes of the printed record on appeal.

-     Copies of transcript(s) (13 Volumes) are enclosed; and
-     **Original** Trial Exhibits (2 boxes) are enclosed.

    Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.  However, the original trial exhibits need to be returned after a judgment has been entered.

Very truly yours,

Michael N. Milby, Clerk


By:  /s/   Balvina Campos
       Deputy Clerk

/bc
Enclosure