IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MUNOZ, et al., | § | |
|       Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil No. 1:04-CV-0014 |
| STATE FARM LLOYDS, et al., | § | |
| | § | |
| | § | |
| | § | |
|       Defendants. | § | |

RULE 24 MOTION TO INTERVENE BY BENINO CAPETILLO,
MOTION TO RECOGNIZE TURNOVER ORDER, AND
MOTION PAY POTENTIAL PROCEEDS INTO REGISTRY OF COURT
FOR SATISFACTION OF TURNOVER ORDER

**TO THE HONORABLE JUDGE OF SAID COURT:**

    COMES NOW BENINO CAPETILLO, Intervener in the above-entitled and numbered cause, and files this his Motion to Intervene seeking relief from the Court as follows:

I.
PROCEDURAL HISTORY

1.     The Plaintiffs in this cause of action, including Luis C. Munoz, have previously obtained a verdict and judgment against the Defendants after a jury trial which was conducted before this Court. Defendants appealed that verdict to the Fifth Circuit Court of Appeals, where the matter remains pending. Defendants may at some point in time become fully and finally liable for the judgment, or may possibly attempt to satisfy the judgment even

    before such time.

2.     The Intervener, Benino Capetillo, was awarded judgment in an unrelated matter by State District Judge Migdalia Lopez, signed May 11, 2006, for an amount that is a minor portion of Munoz' judgment against State Farm Lloyds. The Intervener's judgment was not satisfied. Subsequently, the Intervener was granted an interest in the potential recovery of Munoz in the instant case, along with various enumerated orders against Munoz' unilateral receipt of potential payment, as evidenced by Exhibit "A" Amended Turnover Order signed April 16, 2007, a Certified Copy of which is attached and incorporated by reference as if fully set forth herein. This Exhibit reflects the amount of the underlying Final Judgment. Intervener believes that both his Final Judgment and Amended Turnover Order are final, for which no appeal is pending or can be taken.

## II.
## MOTION TO RECOGNIZE AMENDED TURNOVER ORDER

3.     The Amended Turnover Order was procured to help prevent the distinct possibility that Luis C. Munoz will shirk his judgment liability to Benino Capetillo, even in the event that he receives a substantial sum from State Farm Lloyds. State District Judge Migdalia Lopez not only proscribed Luis C. Munoz' receipt or alienation of the funds apart from the Intervener, she also turned over an interest in favor of the Intervener equal to the Final Judgment. Luis C. Munoz has offered absolutely no assurance that he will comply with the Amended Turnover Order. His several counsel have all been written to and have chosen not to respond to requests for cooperation in the discharge of the Amended Turnover Order. Unless this Court recognizes the Amended Turnover Order, there is not

and can be no reasonable assurance whatsoever to the Intervener that Luis C. Munoz will comply. Intervener Moves for Recognition of his Turnover Order, including but not limited to the recognition of his interest in a potential recovery. Because Intervener has been granted an interest in the potential recovery, (the property or transaction which is the subject of the action), Intervener believes that his intervention is proper under F.R.C.P. 24(a) or at a minimum, (b).

### III.
### MOTION TO PAY POTENTIAL PROCEEDS INTO THE REGISTRY OF THE COURT

4. In furtherance of the requested recognition of the Amended Turnover Order, Intervener Moves for an Order from this Court requiring that any proceeds that may be disbursed in this action by State Farm Lloyds, be disbursed into the Registry of this Court, or some other like repository of this Court's selection, for further hearing and consideration into the proper disbursement to satisfy Intervener's judgment interest, that accumulates interest over time. Intervener further Moves that if and when State Farm Lloyds pays any such amounts into the registry, that it receive full credit for such deposit in satisfaction of its own liability or potential liability, as State Farm Lloyds is not responsible for the fact that Luis C. Munoz has made it necessary to seek this recourse. Intervener finally Moves for an Order from this Court that State Farm Lloyds use the Registry of this Court or other appointed repository, in the same manner regardless of whether it is pays under judgment obligation or voluntarily settles with its opposing pasties.

### PRAYER

Intervener prays for this and other such relief as he may be justly entitled and that this

Court enter, either with or without further hearing, the attached Orders based upon the submissions of the Intervener and any Responses received.

Dated and Signed electronically this day, November 27, 2007,

        Respectfully submitted,

        ANTHONY & MIDDLEBROOK, P.C.
        **By:/s/***David R. Joe*
        David R. Joe
        Texas Bar No. 24003872
        Federal ID No.34002
        1702 E. Tyler Street, Suite 1
        Harlingen, TX, 78550
        Office: (956) 428-5500
        Fax: (956) 428-5518
        ATTORNEY FOR BENINO CAPETILLO

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of Record of all parties to the above cause in accordance with the Federal Rules of Civil Procedure, on the 27th day of November, 2007, as follows:

**VIA CM/ECF (Anticipated included Counsel of the Parties)**

Gustavo Garza;
Rene B. Gonzalez;
David Rusnak;
**Plaintiffs' Counsel**

Levon G. Hovnataian;
Rene O. Oliveira;
Warren Royal Taylor
**Defendant's Counsel**

        **By:/s/***David R. Joe*
        **DAVID R. JOE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MUNOZ, et al., | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil No. 1:04-CV-0014 |
| STATE FARM LLOYDS, et al., | § | |
| | § | |
| | § | |
| | § | |
|     Defendants. | § | |

## ORDER ON

## RULE 24 MOTION TO INTERVENE BY BENINO CAPETILLO,

## MOTION TO RECOGNIZE TURNOVER ORDER,

## MOTION PAY POTENTIAL PROCEEDS INTO REGISTRY OF COURT FOR SATISFACTION OF TURNOVER ORDER

On the _____ day of _____ this Court considered the Motions of the Intervener, Benino Capetillo, in the above-entitled and numbered cause, and having considered the motions, attachments, and pleadings of the Parties, finds and hereby Orders as follows::

Grants _____ / Denies _____ the Motion to Intervene;

Grants _____ / Denies _____ the Motion to Recognize the Amended Turnover Order;

Grants _____ / Denies _____ the Motion to Order State Farm Lloyds to pay any potential proceeds, settlement or obligatory, into the Court's Registry and receive full credit.

Signed on the _____ day of _____, 200\_\_.

_____
JUDGE PRESIDING