CAUSE NO. 03-346

| | | |
|---|---|---|
| BENINO CAPETILLO, an Individual, | § | IN THE DISTRICT COURT |
| Plaintiff, | § § § | |
| Vs. | § § | WILLACY COUNTY, TEXAS |
| LUIS C. MUNOZ, Individually, And MUNOZ ROOFING COMPANY, | § § § § § | |
| Defendants. | § | 197th JUDICIAL DISTRICT |

**PLAINTIFF'S AMENDED TURNOVER ORDER PURSUANT TO CHAPTER 31.002 ET SEQ. CIVIL PRACTICE & REMEDIES CODE**

On this ___ day of April, 2007, this Court, having already considered the Plaintiff's Post-Judgment Motion And Application Turnover Order, and having considered the Plaintiff's Motion to Modify the Turnover Order, as well as the pleadings, arguments and evidence presented, is of the opinion that said Motion to Modify should be GRANTED.

1. IT IS THEREFORE, ORDERED that this Order supersedes the prior Turnover Order of February 20, 2007, and that with respect to all monies due or arising from *Luis C. Munoz And Carmela Munoz v. State Farm Lloyds*, Cause B-04-141, Luis C. Munoz: a) shall and hereby does turnover an interest in his award in the preceding referenced Cause equal to the Final Judgment's sum of $61,689.00, plus interest on that sum at the annual rate of ten percent, from May 11, 2006, which State Farm Lloyds shall receive Notice of, b) do nothing to alienate or jeopardize his interest, c) shall not negotiate or approve the negotiation of any monetary instruments he may receive from that Cause, before first contacting and reaching agreement with David R. Joe, counsel for plaintiff, on the manner of negotiation to assure payment to Capetillo, d) that failing to reach such an agreement for any reason, Munoz shall seek this Court's approval prior to any negotiation, e) shall refuse to utilize, transfer or convey any sums prior to the satisfaction of Capetillo's Final Judgment, f) do nothing to

Amended Turnover Order                                Page 1 of 2

FILED APR 2 3 2007

CERTIFIED COPY

APR-16-2007 MON 12:04 PM   WILLACY CTY DIST CLERK   9568695713   P. 02

impair Plaintiff Capetillo's ability to recover on his Final Judgment, with respect to sums that may come due under *Luis C. Munoz And Carmela Munoz v. State Farm Lloyds*, Cause B-04-141.

2. IT IS FURTHER ORDERED that STATE FARM LLOYDS shall be duly credited with respect to its said legal proceeding, in the event of a payment it may make, if any, to Plaintiff.

Singed on the 16th date April of 2007.

Migdalia Lopez
JUDGE PRESIDING

A TRUE COPY OF THE ORIGINAL
I CERTIFY, THIS 23rd DAY OF April, 20 07
GILBERT LOZANO, DISTRICT CLERK
WILLACY COUNTY TEXAS
BY _____ DEPUTY

Amended Turnover Order
Page 2 of 2

CERTIFIED COPY