# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| **LUIS C. MUNOZ, et al.,** § | |
| **Plaintiff,** § | |
| § | |
| **vs.** § | |
| § | **Civil No. 1:04-CV-0014** |
| **STATE FARM LLOYDS, et al.,** § | |
| § | |
| § | |
| § | |
| § | |
| **Defendants.** § | |

## ADDITIONAL EXHIBITS IN SUPPORT OF RULE 24 MOTION TO INTERVENE BY BENINO CAPETILLO, MOTION TO RECOGNIZE TURNOVER ORDER, AND MOTION TO PAY POTENTIAL PROCEEDS INTO REGISTRY OF COURT FOR SATISFACTION OF TURNOVER ORDER

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW BENINO CAPETILLO, Intervener in the above-entitled and numbered cause, and files these additional Exhibits in support of his Motion showing unto the Court as follows:

1. The Intervener has previously filed Exhibit A, his Amended Turnover Order from State District Judge Migdalia Lopez, ordering among other things the turnover of an specific interest in the judgment of this case to Benino Capetillo;

2. Now filed are Exhibit B – Final Judgment against Luis C. Munoz; Exhibit C – Abstract of Judgment; Exhibit D – Writ of Execution.

Dated and Signed electronically this day, December 5, 2007,

        Respectfully submitted,

        ANTHONY & MIDDLEBROOK, P.C.

**By:/s/** *David R. Joe*
David R. Joe
Texas Bar No. 24003872
Federal ID No.34002
1702 E. Tyler Street, Suite 1
Harlingen, TX, 78550
Office: (956) 428-5500
Fax: (956) 428-5518
ATTORNEY FOR BENINO CAPETILLO

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of Record of all parties to the above cause in accordance with the Federal Rules of Civil Procedure, on the 5th day of December, 2007, as follows:

**VIA CM/ECF (or via confirmed Facsimile)**

Gustavo Garza;
Rene B. Gonzalez;
David Rusnak;
**Plaintiffs' Counsel**

Levon G. Hovnataian;
Rene O. Oliveira;
Warren Royal Taylor
**Defendant's Counsel**

        **By:/s/** *David R. Joe*
        **DAVID R. JOE**