CAUSE NO. 03-346

| | | |
|---|---|---|
| BENINO CAPETILLO, an Individual, | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § § | |
| Vs. | § § | WILLACY COUNTY, TEXAS |
| LUIS C. MUNOZ, Individually, And MUNOZ ROOFING COMPANY, And GUSTAVO GARZA, ESQ. | § § § § § § | |
| Defendants. | § § | 197th JUDICIAL DISTRICT |

## FINAL JUDGMENT

On October 17, 2005, this Court signed for entry Summary Judgment for Plaintiff against DEFENDANTS LUIS C. MUNOZ AND MUNOZ ROOFING COMPANY for the amount of $46,480.00 plus the amount of $15,000.00 for attorney fees. The Plaintiff nonsuited remaining claims against Defendant Gustavo Garza, Esq.

1. Therefore, this Court Orders that Plaintiff Benino Capetillo recover jointly and severally from Defendants LUIS C. MUNOZ AND MUNOZ ROOFING COMPANY, the sum of $61,480.00, plus interest on that sum at the annual rate of ten percent, and that Plaintiff recover from Defendants the Plaintiff's court costs.

2. The Court orders execution to issue for this judgment.

3. The Court denies all relief not granted in this judgment.

Singed on the 11 date May of 2006.

*Migdalia Lopez*
JUDGE PRESIDING

FILED
MAY 26 2006

VC's 8-31-06
L. Munoz
G. Garza
B. Capetillo

Final Judgment                                         Solo Page

A TRUE COPY OF THE ORIGINAL
I CERTIFY, THIS _____ DAY OF _____, 20 __
GILBERT LOZANO, DISTRICT CLERK
WILLACY COUNTY TEXAS
BY_____ DEPUTY