ABSTRACT OF JUDGMENT

Cause No. 03-346

THE STATE OF TEXAS

In the 197th District Court of Willacy County, Regular term, 2006

| BENINO CAPETILLO | VS | LUIS C. MUNOZ, |
| Plaintiff | | Individually, and |
| | | MUNOZ ROOFING |
| | | COMPANY and |
| | | GUSTAVO GARZA, ESQ |
| | | Defendants |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Date of Judgment: May 11th, 2006 | | |
| Judgment: | | $ 46,480.00 |
| Prejudgment Int.: | | $ |
| Post Judgment Int. | At 10 % per annum from date of Judgment date until paid. | |
| Credit: | | $ -0- |
| Attorney's Fees: | | $ 15,000.00 |
| Court Costs: | Plaintiff is entitled to all cost of court. | $ 201.00 |
| Exemplary Damages: | | $ -0- |
| Misc. Cost: | Abstract of Judgment | $ 8.00 |
| | TOTAL................. | $ 61,689.00 |

Birth Date and driver's license number of Defendant, if available to the Clerk of the Court ___ not available ___.
Defendant's address if shown in the suit; if not shown, the nature of citation and the date and place citation was served: 829 W. White St., Raymondville, Texas 78580 and/or 363 W. Kimbal Ave., Raymondville, Texas.

I, Gilbert Lozano, Clerk of the District Courts of Willacy County, Texas, do hereby certify that the above and foregoing is a true and correct Abstract of the Judgment rendered in said Court, at the Regular Term, 2006, in Case No. 03-346, as appears from the minutes of the Court, in electronic image # 7914 tif.

WITNESS my hand and the seal of the said Court, at Raymondville, Texas this the 31st day of August A.D. 2006.

303982

FILED FOR RECORD
AT 8:03 O'CLOCK A M

SEP 1 2 2006

TERRY FLORES, CLERK
COUNTY COURT, WILLACY COUNTY
TEXAS, BY _____ DEPUTY

Gilbert Lozano
District Clerk
Willacy County, Texas