.EXECUTION (With Bill of Costs)

Cause No. __03-346__

THE STATE OF TEXAS

To the Sheriff or any Constable of any County of the State of Texas,
GREETING;

WHEREAS, at the regular term of the Honorable 197th District Court of Willacy County, Texas May 11, 2006, in a certain cause styled:

Benino Capetillo, Plaintiff, and numbered 03-346, on the Civil Docket of said Court, Plaintiff recovered a judgment against Luis C. Munoz, and Munoz Roofing Company, for $46, 480.00, plus $15, 000.00 for attorney's fee, plus interest on that sum at the annual rate of ten percent and that the plaintiff recover from the defendant the plaintiff's court costs.

NOW, THEREFORE, you are hereby commanded that of the goods and chattels, lands and tenements of the said Luis C. Munoz and Munoz Roofing Company, Defendant you cause to be made the sum of $46, 480.00 and the further sum of $15, 000.00 and the further sum of $217.00 dollars court costs, together with your legal fees, and commissions for collecting the same, and the officer executing this writ shall execute the same according to the law and the mandates hereof, until judgment is paid.

HEREIN FAIL NOT, and have you this writ showing how you have executed the same, together with said monies collected as herein directed, before the above Court at the Courthouse thereof in Raymondville, Texas, showing how you have executed the same within 90 days from the date thereof.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Raymondville, Texas, this the 14th day of September, 2006.

ATTEST: _____Gilbert Lozano_____        DISTRICT CLERK
         _____197th District_____        Court, Willacy County, Texas
BY: _____[signature]_____, ~~Deputy~~

The rules of civil procedure do not an execution to show upon its face the number of previous executions which have been issued on a judgment. This form can, therefore, be used for the original execution or an alias execution.

------------ * * * RECAP OF FEES * * * -------------

| | | | |
|---|---|---|---|
| State Court Fee | $ { 40.00 } | Clerk | $ { 56.00 } |
| Law Library | { 35.00 } | Stenographer | { } |
| Sheriff | { $50.00 } | Constable | { } |
| Jury Fee | { 10.00 } | TDHS; C.A.R Fund | { } |
| Statement of Facts | { } | Publication Fee | { } |
| Court of Appeals | { 5.00 } | Attorney's Fee | { 15,000.00 } |
| Records Management | { 5.00 } | Abstract of Judgment | { 8.00 } |
| Sheriff Out County | { } | Civil Processor | { } |
| Service by Other | { } | Depositions | { } |
| Citations 2 Precept | { } | Final Judgment | { 46,480.00 } |
| Writ/Execution | { 8.00 } | | { } |

Fee Sheet [01] of [01]            TOTAL Court Cost {$217.00}

                                  Credits            { -0- }
                                  Total Balance due  { $61,697.00 }

I certify that the above and foregoing Bill of Costs, amounting to $61, 697.00 is a true bill of the costs adjudged against the defendant in the above numbered and entitled cause, wherein this writ of execution is issued.

_____[signature]_____, District Clerk, 197th Court, Willacy County, Texas
  Gilbert Lozano               By _____ Deputy

Attorney: David R. Joe
1702 E. Tyler Suite 1
Harlingen, Texas 78550