IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MUNOZ, et al., | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil No. 1:04-CV-00141 |
| STATE FARM LLOYDS, et al., | § | |
| | § | |
| | § | |
| | § | |
|     Defendants. | § | |

**INTERVENER BENINO CAPETILLO'S NOTICE TO COURT THAT APPELLATE PROCEEDINGS ARE SET FOR ORAL ARGUMENT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW BENINO CAPETILLO, Intervener in the above-entitled and numbered cause, and files this Notice of Setting with regard to relief he is seeking from the Court as follows:

**I.
INTERVENER'S MOTION IS PENDING**

1. The moving Intervener, Benino Capetillo has previously filed his Motion for recognition of his Amended Turnover Order and attachments requesting specific enumerated forms of relief, so as to prevent Plaintiff Munoz in this underlying case from disregarding a separate State District Court's Order granting of a fractional interest in the Plaintiff's judgment in this case, currently on appeal, among other orders.

## II.
## ORAL ARGUMENT IS SET FOR JANUARY, 2008

2.   The moving Intervener, Benino Capetillo, would inform this Court that oral argument in the appeal of this case is apparently set in January, 2008. Intervener believes that with a near-term setting for oral argument, it is likely that Plaintiff Munoz may be in a position very soon to directly receive the same payments that Intervener is requesting to be placed into the registry of this Court, at which point it may be too late, and therefore Intervener respectfully requests that a final, *or at least* temporary, conditional or interim Order issue.

## PRAYER

Intervener prays such relief as he may be justly entitled and that this Court enter, either with or without further hearing, the previously attached Orders based upon the submissions of the Intervener and any Responses received.

Dated and Signed electronically this day, December 19, 2007,

>Respectfully submitted,
>
>ANTHONY & MIDDLEBROOK, P.C.
>**By:/s/*David R. Joe***
>David R. Joe
>Texas Bar No. 24003872
>Federal ID No.34002
>1702 E. Tyler Street, Suite 1
>Harlingen, TX, 78550
>Office: (956) 428-5500
>Fax: (956) 428-5518
>ATTORNEY FOR BENINO CAPETILLO

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of Record of all parties to the above cause in accordance with the Federal Rules of Civil Procedure, on the 19th day of December, 2007, as follows:

**VIA CM/ECF OR FACSIMILE**

Gustavo Garza;
Rene B. Gonzalez;
David Rusnak;
**Plaintiffs' Counsel**

Levon G. Hovnataian;
Rene O. Oliveira;
Warren Royal Taylor
**Defendant's Counsel**

                                              **By:/s/** *David R. Joe*
                                              **DAVID R. JOE**