# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS C. MUNOZ, et al., § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | Civil No. B-04-141 |
| STATE FARM LLOYDS, et al., § | |
| § | |
| § | |
| § | |
| Defendants. § | |

## BENINO CAPETILLO'S REQUEST TO PERPETUATE AND CONDITIONALLY RECONSIDER HIS PRIOR MOTIONS, IN EVENT JURISDICTION REPOSES IN TRIAL COURT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW BENINO CAPETILLO, Intended Intervener in the above-entitled and numbered cause, and files this his Request to Perpetuate and Conditionally Reconsider his Motion to Intervene, et al., showing unto the Court as follows:

### I.
### THIS COURT MAY AGAIN HAVE JURISDICTION OVER SAID PROCEEDING

1. On January 18, 2008, this Court issued its Opinion and Order denying Benino Capetillo's Motion to Intervene, et al., (seeking relief in the enforcement of his independent judgment against Plaintiff Munoz) for the reason that this Court lacked jurisdiction over the Motion, following an effective Notice of Appeal.

2. The Intended Intervener could not discern from the Opinion and Order that said Motions would be deniable on any other grounds, and therefore the Intervener would request herein that his prior Motions be reconsidered by this Court in the event that jurisdiction is again reposed in this Court, over any aspect of this proceeding.

3. The Intended Intervener is aware that Fifth Circuit Court of Appeals entertained oral argument yesterday, January 28, 2008, on the Appeal. The Intended Intervener will attempt to follow progress of the Appeal and re-file his Motions if necessary at the appropriate time.

4. In the alternative, although the Court did not grant the Intervener's Motions due to lack of jurisdiction, this Court did not apparently rule against the appropriateness of the substance of the requested relief, either, and therefore the Intended Intervener would contend that his Motions could simply be deemed by this Court as filed and perpetuated until such time as this Court may have jurisdiction to reconsider them.

## **PRAYER**

Intervener prays for this and other such relief as he may be justly entitled.

Dated and Signed electronically this day, January 29, 2008,

Respectfully submitted,

ANTHONY & MIDDLEBROOK, P.C.
**By:/s/** *David R. Joe*
David R. Joe
Texas Bar No. 24003872
Federal ID No.34002
1702 E. Tyler Street, Suite 1
Harlingen, TX, 78550
Office: (956) 428-5500
Fax: (956) 428-5518
ATTORNEY FOR BENINO CAPETILLO

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of Record of all parties to the above cause in accordance with the Federal Rules of Civil Procedure, on the 29th day of January, 2008, as follows:

**VIA CM/ECF (or via confirmed Facsimile)**

Gustavo Garza;
Rene B. Gonzalez;
David Rusnak;
**Plaintiffs' Counsel**

Levon G. Hovnataian;
Rene O. Oliveira;
Warren Royal Taylor
**Defendant's Counsel**

**By:/s/** *David R. Joe*
**DAVID R. JOE**