United States Court of Appeals
Fifth Circuit

**FILED**
March 28, 2008

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

United States District Court
Southern District of Texas
FILED

APR 2 8 2008

Michael N. Milby
Clerk of Court

No. 06-40827

D.C. Docket No. 1:04-CV-141

LUIS C MUNOZ; CARMELA MUNOZ

    Plaintiffs - Appellee-Cross-Appellants

v.

STATE FARM LLOYDS OF TEXAS

    Defendant - Appellant-Cross-Appellee

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before REAVLEY, BENAVIDES, and ELROD, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellees pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: APR 2 1 2008

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
                Deputy APR 2 1 2008
New Orleans, Louisiana