# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 21, 2008

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 06-40827   Munoz v. State Farm Lloyds TX
    USDC No.   1:04-CV-141

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

By: _____
    James deMontluzin, Deputy Clerk
    504-310-7679

cc: (letter only)
    Honorable Hilda G Tagle
    Mr Levon G Hovnatanian
    Mr Gustavo Ch Garza

P.S. to Judge Tagle:   A copy of the opinion was sent to your office via email the day it was filed.

MDT-1