# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 23, 2008

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED

APR 2 8 2008

Michael N. Milby
Clerk of Court

      No. 06-40827 Munoz v. State Farm Lloyds TX
      USDC No. 1:04-CV-141

The following is (are) returned:

Original Exhibits, ( 2 ) Boxes

The electronic copy of the record has been recycled.

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

By: _Sabrina B. Short_
      Sabrina B. Short, Deputy Clerk
      504-310-7817

REC-3