IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 3 0 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ, | § § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS, | § § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on April 29, 2008, the Court **SET** the case for Final PreTrial Conference on May 28, 2008 at 1:30 p.m. and Jury Selection on June 2, 2008 at 9:00 a.m. The parties shall file any pretrial motions no later than May 12, 2008. Any responses to those pretrial motions shall be filed no later than May 19, 2008. To the extent a new Joint PreTrial Order would deviate from the Order filed on January 17, 2006, the parties shall file their Joint Order no later than May 16, 2008.

DONE at Brownsville, Texas, on April 29, 2008.

Hilda G. Tagle
United States District Judge

1