IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ,<br><br>    Plaintiffs<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>    Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-141 |

**ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION
FOR RETURN OF SUPERSEDEAS BOND**

On this day came to be heard Defendant's Unopposed Motion for Return of Supersedeas Bond. Having considered the Motion, the Court has determined that the Motion is meritorious and should be GRANTED. It is therefore ORDERED that the Motion is granted; the Defendant's supersedeas bond is released and the Clerk shall return the supersedeas bond to the Defendant through the Defendant's counsel; and all sureties and principals on the supersedeas bond are released and discharged.

It is so ORDERED.

Signed this _____ day of _____, 2008.


_____
HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE