IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Luis C. Munoz and<br>Carmela Munoz,<br><br>      Plaintiffs,<br><br>v.<br><br>State Farm Lloyds,<br><br>      Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-141 |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE COURT:

COME NOW Plaintiffs Luis C. Munoz and Carmela Munoz and file this their Notice of Appearance of Additional Counsel.

Plaintiffs request that the following attorneys be added as counsel of record and attorney in charge, as so designated:

> Mitchell C. Chaney, Attorney in Charge
> State Bar No. 04107500
> Southern District No. No. 1918
> Joseph Anthony Rodriguez
> State Bar No. 17146600
> Southern District No. 10107
> Sarah A. Nicolas
> State Bar No. 24013543
> Southern District No. 32122
> RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
> 1201 East Van Buren
> P. O. Box 2155
> Brownsville, Texas 78522
> (956) 542-7441
> (956) 541-2170 (fax)

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.


By ____*Mitchell C. Chaney*___ (w/permission by Sarah A. Nicolas)
Mitchell C. Chaney
State Bar No. 04107500
Southern District No. 1918
Joseph Anthony Rodriguez
State Bar No. 17146600
Southern District No. 10107
Sarah A. Nicolas
State Bar No. 24013543
Southern District No. 32122
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 (fax)

Gustavo Ch. Garza
State Bar No. 07731700
Southern District No. 3946
324 W. Ocean Plaza
Los Fresnos, Texas  78566
(956) 233-5614
(956) 233-6596 (fax)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on this the 1st day of May, 2008, a true and correct copy of the foregoing Notice of Appearance of Additional Counsel was delivered to all counsel of record, either via electronic transmission by CM/ECF, certified mail, facsimile or hand delivery, as hereinbelow noted:

Levon G. Hovnatanian
Martin, Disiere, Jefferson & Wisdom LLP
808 Travis
Suite 1800
Houston, Texas  77002

Warren Royal Taylor
Taylor & Taylor
815 Walker
Suite 250
Houston, TX  77002

Rene O. Oliveira
Roerig, Oliveira & Fisher
855 W. Price Road
Suite 9
Brownsville, TX  78520


_____
Sarah A. Nicolas