IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Luis C. Munoz and<br>Carmela Munoz, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-04-141 |
| State Farm Lloyds, | §<br>§<br>§ | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE COURT:

COME NOW Plaintiffs Luis C. Munoz and Carmela Munoz and, after conferring with counsel for Defendant State Farm Lloyds, file this their Unopposed Motion for Continuance, and in support thereof state as follows:

### I.   INTRODUCTION AND SUMMARY

This case is currently pending before the Court after a jury trial, appeal to the Fifth Circuit, and remand for a new trial. This Court issued an Order setting the case for a Final Pretrial Conference on May 28, 2008 and Jury Selection on June 2, 2008. Related deadlines were also issued.

The parties have conferred and now Plaintiffs, without opposition, come before the Court and ask the Court to reset this case for trial at a later date. The parties have agreed to conduct additional discovery that will require additional time. In addition, counsel and witnesses have scheduling conflicts with the deadlines provided by the Court.

Accordingly, all parties request that this case be reset for trial at a later date.

## II.   MOTION FOR CONTINUANCE

Plaintiffs come before the Court and ask that this case be reset for trial in October or November, 2008.  The parties have agreed to conduct additional discovery, which will require additional time before trial.

In addition, the October and November 2008 time frame is the most available and reasonable time frame for trial of this case given the schedules of counsel and witnesses. Counsel for Plaintiffs are scheduled to be in trial in June and July in Cause No. DC-05-43, *Arnoldo Casas, et al. v. McGinnis, Lochridge & Kilgore, LLP, et al.*, in the 229th Judicial District Court (Duval County).  Defendant also finds the proposed time frame acceptable due to scheduling conflicts of witnesses in August and September.

Moreover, the parties are currently considering what, if any, alternative dispute resolution proceedings may be appropriate in this case.  The parties and counsel have discussed scheduling a mediation or informal settlement conference, and additional time will allow these efforts to proceed.

A trial in October or November 2008 will ensure that all necessary counsel, parties and witnesses are available for trial without conflict.  In addition, the continuance of the trial date will allow all parties to conduct additional discovery and will also provide time for the parties and counsel to explore settlement options.

Based on the foregoing, Plaintiffs ask the Court to reset this case for jury selection and trial in October or November 2008.  In addition, for the convenience of the Court and parties, counsel are also willing to file a proposed scheduling order with the Court, based on the new Jury Selection date, within fourteen days of an Order granting this Motion.

### III.   CONCLUSION AND PRAYER

Plaintiffs come before the Court and, for the reasons stated herein, request that the Court grant this Unopposed Motion for Continuance and reset this case for trial in October or November 2008. In addition, Plaintiffs request that they be given fourteen days in which to agree upon necessary deadlines and to submit a scheduling order to the Court, based upon a jury selection date in October or November 2008.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Court grant this Joint Motion for Continuance, and for any and all such other relief to which they may be entitled.

        Respectfully submitted,

        By  *Mitchell C. Chaney*  (w/permission by Sarah A. Nicolas)
        Mitchell C. Chaney
        State Bar No. 04107500
        Southern District No. 1918
        Joseph Anthony Rodriguez
        State Bar No. 17146600
        Southern District No. 10107
        Sarah A. Nicolas
        State Bar No. 24013543
        Southern District No. 32122
        RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
        1201 East Van Buren
        P. O. Box 2155
        Brownsville, Texas 78522
        (956) 542-7441
        (956) 541-2170 (fax)

        Gustavo Ch. Garza
        State Bar No. 07731700
        Southern District No. 3946
        324 W. Ocean Plaza
        Los Fresnos, Texas 78566
        (956) 233-5614
        (956) 233-6596 (fax)

        ATTORNEYS FOR PLAINTIFFS

## **CERTIFIATE OF CONFERENCE**

I, Sarah A. Nicolas, do hereby certify that I conferred with counsel for Defendant, Mr. Warren Taylor, who advised me that Defendant does not oppose this Motion.

*Sarah A. Nicolas*
Sarah A. Nicolas

## **CERTIFIATE OF SERVICE**

I certify that on this the 7th day of May, 2008, a true and correct copy of the foregoing Unopposed Motion for Continuance was delivered to all counsel of record, either via electronic transmission by CM/ECF, certified mail, facsimile or hand delivery, as hereinbelow noted:

> Warren Royal Taylor
> State Bar No. 19727200
> Southern District No. 1354
> TAYLOR & TAYLOR
> 815 Walker
> Suite 250
> Houston, TX  77002
>
> Levon G. Hovnatanian
> State Bar No. 10059825
> MARTIN, DISIERE, JEFFERSON & WISDOM LLP
> 808 Travis
> Suite 1800
> Houston, Texas  77002
>
> Rene O. Oliveira
> State Bar No. 15254700
> Southern District No. 4033
> ROERIG, OLIVEIRA & FISHER
> 855 W. Price Road
> Suite 9
> Brownsville, TX  78520

*Sarah A. Nicolas*
Sarah A. Nicolas
