IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Luis C. Munoz and Carmela Munoz, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-04-141 |
| State Farm Lloyds, | § § § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE**

ON THIS DAY came before the Court Plaintiffs' Unopposed Motion for Continuance, and the Court, having reviewed the Motion is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Unopposed Motion for Continuance is hereby GRANTED. This cause is removed for the Court's jury selection docket on June 2, 2008.

IT IS FURTHER ORDERED that this case is set for Final Pretrial Conference on _____ at _____ and Jury Selection on _____ _____ at _____.

IT IS FURTHER ORDERED that Plaintiffs shall submit to the Court a Scheduling Order with all further requested deadlines on or before the 14th day after entry of this Order.

DONE at Brownsville, Texas on May _____, 2008.

_____
Hilda G. Tagle
United States District Judge