United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS, | § § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on May 8, 2008, the Court **GRANTED** the Plaintiffs' Unopposed Motion for Continuance, Dkt, No. 164. Counsel for Plaintiffs have scheduling conflicts in June and July because of a trial in state court. *Id.* at 2. Counsel for Defendant asserts that there are scheduling conflicts with witnesses in August in September. *Id.* Moreover, the parties request time to conduct additional discovery and consider if an alternative dispute resolution proceeding would be appropriate. *Id.* The parties request that this case be reset for Jury Selection in October or November 2008.

For the aforementioned reasons, this Court **GRANTS** the Plaintiffs' Unopposed Motion for Continuance, Dkt, No. 164, and **ORDERS** the parties to submit to the Court a Joint Scheduling Order within fourteen (14) days of this Order.

DONE at Brownsville, Texas, on May 8, 2008.

_____
Hilda G. Tagle
United States District Judge

1