IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 9 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ | § § § § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS | § § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on May 9, 2008, based on the representation that the parties "have discussed scheduling a mediation," the Court provides the following mediators as options if the parties cannot otherwise agree on a mediator:

    Andrew J. Lehrman, Corpus Christi,

    Elia Cornejo Lopez, Brownsville.

DONE at Brownsville, Texas, on May 9, 2008.

_____
Hilda G. Tagle
United States District Judge

1