IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | |
| VS. | §<br>§<br>§ | CAUSE NO. B-04-141<br>JURY DEMANDED |
| STATE FARM LLOYDS | §<br>§ | |

## DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, STATE FARM LLOYDS, Defendant in the above entitled cause of action and files this its Unopposed Motion to Substitute Additional Counsel, and in support thereof would respectfully show unto the Court as follows:

**I.**

Defendant, STATE FARM LLOYDS, requests that the court substitute Ricardo Morado of Roerig, Oliveira & Fisher, L.L.P., as additional counsel of record in place of Rene O. Oliveira, Roerig, Oliveira & Fisher, L.L.P., 855 W. Price Road, Suite 9, Brownsville, TX 78520.

**II.**

Defendant has informed the Plaintiffs' lead attorney of the filing of this motion for substitution and he has agreed to the same.

### III.

This substitution is not being filed for purposes of delay but so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests the Court allow Rene O. Oliveira to withdraw and Ricardo Morado of Roerig, Oliveira & Fisher, L.L.P., to substitute as additional counsel for Defendant. Defendant further prays for general relief to which it may be justly entitled.

**TAYLOR & TAYLOR**
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060
(713) 615-6070 (Fax)

By: /s/Warren Taylor
　　/s/Warren Taylor
　　State Bar No. 19727200
　　Federal I.D. No. 1354
　　Beth M. Taylor
　　State Bar No. 13336787
　　Federal I.D. No. 14601

**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

By: /s/ Rene O. Oliveira
　　/s/Rene O. Oliveira
　　State Bar No. 15254700
　　Federal I.D. No. 4033

        **ROERIG, OLIVEIRA, & FISHER, L.L.P.**
        855 W. Price Road, Suite 9
        Brownsville, Texas  78520
        (956) 542-5666
        (956) 542-0016 (Fax)

By:   /s/ Ricardo Morado
       /s/Ricardo Morado
       State Bar No. 14417250
       Federal I.D. No. 1213

### CERTIFICATE OF CONFERENCE

I hereby certify that a conference was held on the 20th day of May, 2008, on the merits of this Motion. Opposing counsel is unopposed to Movant's request in this Motion.

        /s/ Ricardo Morado
        /s/Ricardo Morado

### CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of May, 2008, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record by Defendant's submission of this document to the U.S. District Court electronically to the DCECF system.

Mitchell Chaney
RODRIGUEZ, COLVIN, CHANEY
& SAENZ, LLP
1201 E. Van Buren
Brownsville, Texas 78520

        /s/ Ricardo Morado
        /s/Ricardo Morado