IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | § § § | |
| VS. | § § | CAUSE NO. B-04-141<br>JURY DEMANDED |
| STATE FARM LLOYDS | § § § | |

## ORDER GRANTING SUBSTITUTION OF ADDITIONAL COUNSEL

On this day, came on to be considered, Defendant's Unopposed Motion to Substitute Additional Counsel. The Court having considered said motion together with the papers on file, is of the opinion that said motion is meritorious and same should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that attorney Ricardo Morado, of the law offices of Roerig, Oliveira & Fisher, L.L.P., 855 W. Price Road, Suite 9, Brownsville, Texas 78520, Telephone No. (956) 542-5666, Facsimile No. (956) 542-0016 be placed as additional counsel of record in place of Rene O. Oliveira, of the law offices of Roerig, Oliveira & Fisher, L.L.P., 855 W. Price Road, Suite 9, Brownsville, Texas 78520, Telephone No. (956) 542-5666, Facsimile No. (956) 542-0016, for Defendant STATE FARM LLOYDS.

SIGNED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Mitchell Chaney, Rodriguez, Colvin, Chaney & Saenz, LLP, 1201 E. Van Buren, Brownsville, Texas 78520
Warren Taylor, Taylor & Taylor, 815 Walker Street, Suite 250, Houston, Texas 77002
Rene O. Oliveira, Roerig, Oliveira & Fisher, L.L.P., 855 W. Price Road, Suite 9, Brownsville, Texas 78520
Ricardo Morado, Roerig, Oliveira & Fisher, L.L.P., 855 W. Price Road, Suite 9, Brownsville, Texas 78520