**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **Luis C. Munoz and** | § | |
| **Carmela Munoz,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. B-04-141** |
| | § | |
| **State Farm Lloyds,** | § | |
| | § | |
| **Defendant.** | § | |

## AGREED SCHEDULING ORDER

BE IT REMEMBERED that on May _____, 2008, with all parties in agreement, the Court SET the following:

**Final Pre Trial Conference** _____ **October 28, 2008 at 1:30 p.m.**

**Jury Selection** _____ **November 3, 2008 at 9:00 a.m.**

**Plaintiffs' experts will be named with reports furnished by:** _____ **August 15, 2008**

**Defendant's experts will be named with reports furnished by:** __**September 15, 2008**

**Dispositive motions will be filed by:** __**September 15, 2008**

**Non-dispositive motions will be filed by:** _____ **October 1, 2008**

**Discovery must be completed by:** __**September 30, 2008**

DONE at Brownsville, Texas, on May _____, 2008

_____
Hilda G. Tagle
United States District Judge

**AGREED:**

By _____*Mitchell C. Chaney*___ (w/permission by Sarah A. Nicolas)
Mitchell C. Chaney
State Bar No. 04107500
Southern District No. 1918
Joseph Anthony Rodriguez
State Bar No. 17146600
Southern District No. 10107
Sarah A. Nicolas
State Bar No. 24013543
Southern District No. 32122
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 (fax)

Gustavo Ch. Garza
State Bar No. 07731700
Southern District No. 3946
324 W. Ocean Plaza
Los Fresnos, Texas  78566
(956) 233-5614
(956) 233-6596 (fax)
ATTORNEYS FOR PLAINTIFFS


By: _____*Warren Royal Taylor*___ (w/permission by Sarah A. Nicolas)
Warren Royal Taylor
State Bar No. 19727200
Southern District No. 1354
TAYLOR & TAYLOR
815 Walker
Suite 250
Houston, TX  77002

Ricardo Morado
State Bar No. 14417250
Southern District No. 1213
ROERIG, OLIVEIRA & FISHER
855 W. Price Road
Suite 9
Brownsville, TX  78520
ATTORNEYS FOR DEFENDANT