# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-589-6514
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 12, 2008

United States District Court
Southern District of Texas
FILED

JUN 10 2008

Michael N. Milby, Clerk of Court

Levon G. Hovnatanian
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis, Suite 1800
Houston, TX 77002

Re:   Bill of Cost
      Case # 06-40827

CA B 04-141

Dear Mr. Hovnatanian:

In response to your letter of May 6th I have reviewed the Bill of Cost that was filed in the above mentioned case. I appologize for the clerical error and have corrected the amount requested for reimbursement to the amount originally submitted.

If you have any questions please contact me.

Sincerely,

Kathrin Fowler
Deputy Clerk
(504) 310-7621

/kf

cc:   Michael Milby
      Gustavo Ch. Garza

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BILL OF COSTS

U.S. COURT OF APPEALS
FILED
APR 10 2008
CHARLES R. FULBRUGE III
CLERK

Luis C. Munoz and Carmela Munoz v. State Farm Lloyds   No. 06-40827

NOTE: The Bill of Costs is due in this office within 14 days from the date of the opinion, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

The Clerk is requested to tax the following costs against: Luis C. Munoz and Carmela Munoz

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | |
|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | 450.00 | | | | 450.00 |
| Appendix or Record Excepts | 10 | 143 | .15 | 214.50 | 10 | 143 | .15 | 214.50 |
| Appellant's Brief | 14 | 74 | .15 | 155.40 | 14 | 74 | .15 | 155.40 |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 14 | 47 | .15 | 98.70 | 14 | 47 | .15 | 98.70 |
| Other: binding (briefs) | 28 | | .75 per binding | 21.00 | 28 | | .75 | 21.00 |
| binding (record excerpts) | 10 | | 1.00 per binding | 10.00 | 10 | | 1.00 | 10.00 |
| | | | Total $ | 949.60 | | | | 949.60 |

Costs are hereby taxed in the amount of $ 949.60 this ____ day of ____,

CHARLES R. FULBRUGE III, CLERK

By _[signature]_
Deputy Clerk

Costs are taxed in the amount of $ 949.60

State of Texas
County of Harris

I, Leon G. Hovnatanian, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 9th day of April, 2008.

_[signature]_ Leon G. Hovnatanian
(Signature)
Attorney for State Farm Lloyds

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS