IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND | § | CAUSE NO B-04-141 |
| CARMELA MUNOZ | § | |
| | § | |
| VS. | § | |
| | § | |
| STATE FARM LLOYDS | § | JURY DEMANDED |

### DEFENDANT STATE FARM LLOYDS' UNOPPOSED
### MOTION TO RETURN EXHIBITS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant State Farm Lloyds ("State Farm") asks the Court to return exhibits as follows:

**I.**

On February 6, 2006, this case was called for trial on the merits. The jury returned a verdict on February 22, 2006. After the Court entered judgment, State Farm appealed the matter to the Fifth Circuit. On March 28, 2008, the United States' Fifth Circuit Court of Appeals reversed the judgment and remanded the case for a new trial. This case is now set for trial on November 3, 2008.

**II.**

This Court admitted trial exhibits during the course of the February 2006 trial. Those exhibits have been maintained by this Court since that time. State Farm requests that this Court return those trial exhibits to the respective parties so that those exhibits may be re-used (and, potentially, renumbered) when this matter is re-tried later this year.

**III.**

Defendant State Farm Lloyds respectfully asks the Court to grant its Unopposed Motion to Return Exhibits, and return all trial exhibits previously introduced in the February 2006 trial for use in the new trial.

                                                      Respectfully submitted,

**OF COUNSEL:**   By: ____/S/_____
                                              Warren Taylor
**TAYLOR, TAYLOR & RUSSELL**     State Bar No. 19727200
                                              Federal I.D. No. 1354
                                              Beth M. Taylor
                                              State Bar No. 13336787
                                              Federal I.D. No. 14601
                                              815 Walker, Suite 250
                                              Houston, Texas 77002
                                              (713) 615-6060 Telephone
                                              (713) 615-6070 Facsimile

                                              ATTORNEYS FOR DEFENDANT
                                              STATE FARM LLOYDS

## **CERTIFICATE OF CONFERENCE**

     I hereby certify that my office has conferred with Sarah Nicholas, counsel for Plaintiffs Luis and Carmela Munoz, regarding the substance of this motion. Ms. Nicholas advised that Plaintiffs are unopposed to the relief sought.

                                              ____/S/_____
                                              Warren Taylor

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing Unopposed Motion to Return Exhibits has been filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all CM/ECF participants. I also certify that the above and foregoing Unopposed Motion to Return Exhibits has been forwarded by facsimile on this 24th day of June, 2008, to the non-CM/ECF participants.

                                              ____/S/_____
                                              Warren Taylor