IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **LUIS C. MUNOZ AND** | § | **CAUSE NO B-04-141** |
| **CARMELA MUNOZ** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **STATE FARM LLOYDS** | § | |

### ORDER GRANTING DEFENDANT STATE FARM LLOYDS' UNOPPOSED MOTION TO RETURN EXHIBITS

On this day, the Court considered Defendant State Farm Lloyds' Unopposed Motion to Return Exhibits. The Court finds that State Farm Lloyds has established good cause to return the exhibits. Therefore, the Court **GRANTS** Defendant State Farm Lloyds' Unopposed Motion to Return Exhibits.

It is therefore **ORDERED** that the Clerk of Court return the February 2006 trial exhibits to the respective parties.

SIGNED _____, 2008.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

**TAYLOR, TAYLOR & RUSSELL**

_____/S/_____
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker Street, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS