IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ | §<br>§<br>§ | CAUSE NO B-04-141 |
| VS. | §<br>§ | |
| STATE FARM LLOYDS | §<br>§ | |

United States District Court
Southern District of Texas
ENTERED

JUL 0 1 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER GRANTING DEFENDANT STATE FARM LLOYDS' UNOPPOSED MOTION TO RETURN EXHIBITS

On this day, the Court considered Defendant State Farm Lloyds' Unopposed Motion to Return Exhibits. The Court finds that State Farm Lloyds has established good cause to return the exhibits. Therefore, the Court **GRANTS** Defendant State Farm Lloyds' Unopposed Motion to Return Exhibits.

It is therefore **ORDERED** that the Clerk of Court return the February 2006 trial exhibits to the respective parties.

SIGNED June 30, 2008.

_____
JUDGE PRESIDING