UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*Luis C. Muñoz, et al* §
§
§  CIVIL ACTION B-04-141
versus §
§  CRIMINAL
§
*State Farm Lloyds* §

United States District Court
Southern District of Texas
FILED

JUL 16 2008

Michael N. Milby, Clerk of Court

### RECEIPT FOR WITHDRAWAL OF EXHIBITS

*Proceeding:*    ☑Trial  ☐Hearing    held 2/28/06

*Exhibits of:*    ☐Govt.  ☐Pltf.  ☑Deft.

*Exhibit Number*                    *Description*

Refer to Fifth Amended
Exhibit List (#99)

(2 BOXES)

The above exhibits were received by Freddy Garcia, COURIER FOR ROERIG, OLIVEIRA ~~attorney/case agent for~~ & FISHER
(_) Govt.  (_) Pltf.  (✓) Deft.

Freddy Garcia
(signature)

7/16/08        10:11 AM
Date            Time