UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*Luis C. Muñoz, etal*

§
§
§
§
§
§
§

versus

*State Farm Lloyds*

CIVIL ACTION _B-04-141_

CRIMINAL _____

United States District Court

JUL 1 6 2008

Michael N. Milby, Clerk of Court

### RECEIPT FOR WITHDRAWAL OF EXHIBITS

*Proceeding:*    ☑Trial  ☐Hearing    held _2/21/06_

*Exhibits of:*    ☐Govt.  ☑Pltf.  ☐Deft.

| Exhibit Number | Description |
|---|---|
| | *Refer to Fourth* |
| | *Amended Exhibit List* |
| | *(#91)    (1 FOLDER)* |

The above exhibits were received by _Antonio Pagoaga_, COURIER FOR RODRIGUEZ,
(_) Govt.  (✓) Pltf.  (_) Deft.    ~~attorney/case agent for~~ COLVIN;
CHANEY

_Pagoaga_
(signature)

_7/16/08_          _9:36_
Date              Time