IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ | )<br>) | |
| Plaintiffs, | )<br>) | CIVIL ACTION NO. B-04-141 |
| v. | )<br>) | |
| STATE FARM LLOYDS, | )<br>) | JURY DEMANDED |
| Defendants, | )<br>) | |

# PLAINTIFFS' EXPERT DESIGNATION

      Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Agreed Scheduling Order entered in this cause, LUIS C. MUNOZ and CARMELA MUNOZ (hereinafter referred to as "Plaintiffs"), Plaintiffs herein, submit their Disclosure of Expert Testimony. Plaintiffs makes the following disclosure subject to, and without waiving their right to protect from disclosure any privileged material and work product of Plaintiffs' attorneys, including the mental impressions, conclusions, opinions, or legal theories of Plaintiffs' attorneys or other representatives concerning the litigation.

      Plaintiffs make this disclosure without waiving any right or opportunity to assert, at any time in this lawsuit, information contained in any and all documents, addressing facts and issues other than those identified in the pleadings filed to date herein. Plaintiffs reserve the right, at any time in this litigation, to identify additional witnesses or documents, if any. Further, Plaintiffs incorporate any designation of expert witnesses filed by Defendant and reserves the right to call expert witnesses designated therein or witnesses to be used for rebuttal or impeachment, which cannot be presently anticipated.

### *Disclosure of Expert Testimony*

A.     Gary Beck
       The Beck Company
       893 North IH-35, Suite 120
       Round Rock, Texas 78664
       Telephone: (512) 244-1779

Mr. Beck may testify regarding facts and/or liability issues, including but not limited to the actions of State Farm Lloyds' (hereinafter referred to as "Defendant") investigation and handling of the claim made the basis of this lawsuit and other relevant issues. In part, Mr. Beck is expected to testify about Plaintiffs' contentions relating to their causes of action against Defendant, including but not limited to the Defendant's violations of the duties of good faith and fair dealing and/or violations of DTPA and Insurance Code violations, and generally all the causes of action that Plaintiffs are alleging against Defendant. Mr. Beck may opine about the actions and/or omissions of State Farm and/or their adjusters, employees and/or representatives and how those actions and/or omissions were negligent and/or grossly negligent and/or did not meet the standard of care they owed to the insured. Additionally, and without limitation, Mr. Beck's opinions and their basis are included in his report attached hereto. The details of Mr. Beck's opinions and/or their basis can be expounded upon at his deposition if Defendant chooses to take it.

Mr. Beck's opinions are based in part on his knowledge, training, experience, education, and work experience, including his number of years in the insurance industry, etc., as well as the materials provided in discovery, which may include but are not limited to discovery responses, materials in his files, depositions of all witnesses, information from Defendant's experts and other experts, including information from their files, pleadings in the case, and depositions taken in this litigation. Materials will be made available at the deposition of Mr. Beck upon

proper notice and request by Defendant's counsel and subsequent to the taking of the depositions of Defendant's experts. A copy of Mr. Beck's Curriculum Vitae and report are being filed and served on all parties herewith.

Plaintiffs reserve the right to supplement or otherwise alter this response as discovery progresses. This witness may also rebut opinions of Defendant's expert witnesses, if any.

B.  Mitchell C. Chaney
    Joseph A. ("Tony") Rodriguez
    Rodriguez, Colvin, Chaney & Saenz, L.L.P.
    1201 East Van Buren
    PO Box 2155
    Brownsville, Texas 78522-2155
    (956) 542-7441

    Gustavo Ch. Garza
    324 W. Ocean Plaza
    Los Fresnos, Texas  78566
    (956) 233-5614

Mssrs. Chaney, Rodriguez and/or Garza's testimony will involve the reasonableness of attorney's fees incurred in the prosecution of this matter and will be based on their respective years of practice as an attorney.

Plaintiffs reserve the right to cross-examine Defendant's designated expert witnesses and to elicit opinions from them during same without agreeing with or vouching for the qualifications or any or all opinions such persons may have.

Plaintiffs reserve the right to later designate additional experts and/or provide reports, if necessary, in accordance with this Court's Orders on docket control and/or in response to any later designation of expert witnesses by Defendant and/or upon receiving more detail as to the experts' opinions and testimony Defendant intends to offer at trial.

Plaintiffs may call as witness(es) at trial any or all persons who have been deposed in this case and offer at trial any and all deposition testimony taken in this case regardless of whether such deposition testimony may constitute knowledge of facts or expert testimony.

Plaintiffs reserve the right to withdraw the designation of any experts and to aver positively that any such previously designated experts will not be called as an expert witness pursuant to Texas case law.

                                Respectfully submitted,

                                Rodriguez, Colvin, Chaney & Saenz, L.L.P.

By: /s/ Joseph A. "Tony' Rodriguez
    Mitchell C. Chaney
    State Bar No. 04107500
    Southern District No. 1918
    Joseph A. "Tony" Rodriguez
    State Bar No. 17146600
    Southern District No. 10107
    Sarah A. Nicolas
    State Bar No. 24013543
    Southern District No. 32122
    1201 East Van Buren
    P. O. Box 2155
    Brownsville, Texas 78522
    (956) 542-7441
    (956) 541-2170 (fax)

    Gustavo Ch. Garza
    State Bar No. 07731700
    Southern District No. 3946
    324 W. Ocean Plaza
    Los Fresnos, Texas 78566
    (956) 233-5614
    (956) 233-6596 (fax)

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that on this the 15th day of August, 2008, a true and correct copy of the foregoing Plaintiffs' Expert Designation was delivered to all counsel of record, either via certified mail, facsimile or hand delivery, as noted below:

> Warren Royal Taylor
> Taylor & Taylor
> 815 Walker
> Suite 250
> Houston, TX  77002
>
> Levon G. Hovnatanian
> Martin, Disiere, Jefferson & Wisdom LLP
> 808 Travis
> Suite 1800
> Houston, Texas  77002
>
> Ricardo Morado
> Roerig, Oliveira & Fisher
> 855 W. Price Road
> Suite 9
> Brownsville, TX  78520

   /s/  Joseph A. "Tony' Rodriguez
Joseph A. "Tony" Rodriguez