*curriculum vitae*

# Gary G. Beck

893 N. I-35, Suite 120
Round Rock, TX 78664

**Telephone:** (512) 244-1779
**Fax:** (866) 644-5528

**Email:** garygbeck@msn.com

PERSONAL: Born 3/4/50 in Marlin, TX
Ran and completed first marathon at age 47

EDUCATION: BBA/Finance – The University of Texas at Austin

Numerous Insurance Industry Schools and Seminars for Continuing Education

PROFESSIONAL MEMBERSHIPS/CERTIFICATIONS:

Licensed Local Recording Agent, Group I, Surplus Lines (inactive) and Type VII Claims Adjuster (1st and 3rd Party)
Certified Marine Adjuster & Surveyor
State Bar of Texas, Insurance Section
Accredited Advisor in Insurance
Member, Committee on Disciplinary Rules of Professional Conduct; State Bar of Texas (2000 – 2004)
Board Certified – Insurance Forensics
Faculty, State Bar of Texas – CLE Program
Special Consultant for Insurance and Surety Litigation, The Attorney General, STATE OF TEXAS
Special Litigation Consultant – Independent Insurance Agents of Texas Professional Liability Program
Special Litigation Consultant – Office of Public Insurance Counsel, STATE OF TEXAS
Independent Insurance Agents of America
Tribunalized at Lloyd's, London
Fellow and Diplomat of the American College of Forensic Examiners

EXPERT WITNESS TESTIMONY AND LITIGATION SUPPORT AREAS:

Industry Practices and Standards, Agency Operations
Coverage Issues on all Property and Casualty Lines
Bad Faith Claims Handling (TX Art. 21.21)
London/International Market Practices and Operations
Facultative and Treaty Reinsurance (Intermediation as Original or as Retrocessionaire)

*curriculum vitae*
Gary G. Beck
Page 2

## EXPERT WITNESS TESTIMONY AND LITIGATION SUPPORT AREAS: (continued)

>Large Case Employee Benefits, including Section 125, Cafeteria, ERISA, 401(k), Self Funding, Stop Loss Protections and 501© 9 Trusts
>Insurance Matters peculiar to proceedings in U.S. Bankruptcy Court (Chapter 11)
>Insurance Coverage issues relating to Intellectual Property/Infringement/Theft of Trade Dress/Unfair Trade Practices
>"Claims Made" Policy Form
>Insurance Archaeology
>Pollution, Environmental Impairment/Remediation Coverage Issues
>Risk Management
>Arbitration/ADR

## PROFESSIONAL:

| | |
|---|---|
| 1980 – Present | The Beck Company, Austin, TX |
| | President of this general insurance brokerage and consulting firm handling all lines of property, casualty, surety, employee benefits and risk management services. |
| 1979 – 1980 | Reed Stenhouse, Inc., division of Alexander & Alexander, Houston, TX |
| | Vice President/National Aviation Practice Director |
| | Producer and Account Executive for commercial aviation/aerospace clients. |
| 1978 – 1979 | Management Insurance Systems, Division of Alexander & Alexander, Houston, TX |
| | Vice President/Risk Management Services |
| | Producer, Account Executive and Consultant on large commercial accounts. |
| | Brokerage, service, feasibility analysis, captive management and reinsurance intermediation. |
| | Supervisor of Claims and Safety Departments. |
| 1975 – 1978 | Texas Air Corporation, Houston, TX |
| | Senior Financial Analyst and Risk Manager |
| | Responsible for property, casualty, surety and employee benefits program of the parent and its subsidiaries. Claims Administration and Safety. |
| REFERENCES: | Top References from both the Plaintiff and Defense Bars available on request. |

## Publications

Buyer Beware: Evaluating Environmental Liabilities in Oil & Gas Transactions
    Penwell Publishing, 1995

The Mold Crisis: A Broker's Perspective, October 1, 2001
    Mealy's Lexis/Nexis Mold Litigation, Houston, TX

Copyright @ 1995 by
Penn Well Publishing Company
1421 South Sheridan/P.O. Box 1260
Tulsa, Oklahoma 74101

Library of Congress Cataloging-in-Publication Data

Buyer beware: evaluating environmental liabilities in oil and gas transactions / by Geo. L. Robertson, editor.
   p. om.
   Includes index.
   ISBN 0-87814-453-6
   1. Petroleum industry and trade--United States--Costs. 2. Gas industry--United States--Costs.
   3. Liability for environmental damages--United States. I. Robertson, Geo. L. (George L.)
   HD9565.B89 1995
   338.21328IO973-dc20                             95-37191
                                                                                    CIP

All rights reserved. No part of this book may be reproduced, stored in a retrieval system, or transcribed ill any form or by any means, electronic or mechanical, including photocopying and recording, without the prior written permission of the publisher.

Printed in the United States of America

123 45 9998979695

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| D. Grigg<br>Spivey, Grigg, Kelly & Knisely<br>Austin | El Paso County | *Stinson Ins. v. USF&G* | Breach of Contract & Industry Practices |
| John Gettie<br>Kroll & Tract<br>Houston | Jefferson County | *Western Lloyd's v. UW @ Lloyd's* | Reinsurance Coverage & Bad Faith |
| Jim Rusher<br>Gable & Gotwals<br>Tulsa | US District Court<br>Austin | *FDIC v. American Casualty* | Coverage & Bad Faith |
| Frank Hill<br>Hill, Heard *et al*<br>Arlington | Tarrant County | *CINA v. HOW* | Coverage & Bad Faith |
| Larry Carlson<br>Baker & Botts<br>Dallas | Wichita County | *Panell v. Benefit Life* | Coverage & Bad Faith |
| Tom Lockhart<br>Adams & Graham<br>Harlingen | Tarrant County | *Economy v. Stonewall* | Umbrella Coverage & Bad Faith |
| Marshall Ray<br>Ransome & Ray<br>Brownsville | Cameron County | *T. Ray Construction v. Kemper* | W/C Bad Faith |
| Tom Lockhart<br>Adams & Graham<br>Harlingen | Cameron County | *CAT Contractors v. Kemper* | Surety Bad Faith |
| Anthony Constant<br>McMains & Constant<br>Corpus Christi | US District Court<br>Brownsville | *Confederate Air Force v. US Fire* | Coverage |
| Bill Miller<br>Andrews & Kurth<br>Houston | Harris County | *Pioneer v. Royal* | Coverage – Boiler & Machinery |

Page 1 of 16

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| Don Stecker<br>Putman & Putman<br>San Antonio | Bexar County | *Gilmore v. Union Bankers* | Contract Rescission |
| Rob Taylor<br>Taylor & Cire<br>Houston | Brazoria County | *Guaranty Savings v. Delta Lloyd's* | Umbrella Coverage & Bad Faith |
| Norman Reidmuller<br>Houston | US District Court<br>Houston | *Vacuum Tank v. Bituminous* | Coverage |
| Robert D. Miller<br>Big Spring | Howard County | *Charles Douglass v. Provident American Insurance Co.* | Coverage |
| Bob Gibbins<br>Gibbins, Winckler & Harvey<br>Austin | Bell County | *K. B. Griffith v. National Life Insurance Co.* | Coverage and Agency |
| Mike Jacobellis<br>Tonahill, Hill, Leister & Jacobellis<br>Beaumont | Jefferson County | *George Nichols v. Presidential Life Insurance Co.* | Coverage |
| Sylvia M. Egner<br>Baker & Botts<br>Houston | US District Court<br>Houston | *Standard T Chemical Co. v. Sterns Chemical Corp. & American Casualty* | Coverage |
| W. Royal Furgerson<br>Kemp, Smith *et al*<br>El Paso | El Paso County | *W. Silver Inc. v. Corroon & Black* | Agents E&O/Fraud |
| Winslow Drummond<br>Little Rock | Pulaski County | *Norma Garrett v. Insurance Agency* | Agents E&O |
| Broadus Spivey<br>Spivey, Grigg *et al*<br>Austin | Travis County | *AG v. National Union Fire Ins. & American General & Maryland Insurance Co.* | Bad Faith |

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| Jim Cole<br>Cole, McManus, et al<br>Victoria | Nueces County | Sierra v. Chilton Ins. | Workers Compensation |
| G. David Smith<br>Dallas | Dallas County | Tucker & Mollenhauer v. Worldwide Insurance | Premises Liability, Agency and Bad Faith |
| Robert D. Rapp<br>Mandell & Wright<br>Houston | Harris County | Albert Heaton v. S.E.J Fulton & UW @ Lloyd's | Coverage, Agents E&O, Binders |
| Jon M. Smith<br>Gary F. DeShazo Assts.<br>Austin | Travis County | Joel Sidelnik v. American States Inc. | UIM and Umbrella |
| Suzanne Goss<br>Andrews & Kurth<br>Houston | Harris County | Pecan Grove Assts., American General Realty Investment Corp. and J.B. Land Inc. v. The St. Paul Insurance Co. | Coverage Part Classifications and Coverage |
| Joe Longley<br>Longley & Maxwell<br>Austin | Travis County | Spencer v. Eagle Star Ins. Co. of America | Fire Insurance and Claims Handling |
| Thomas Harkness<br>Harkness, Whitehurst, Watson, et al<br>Austin | DeKalb County, Georgia | National Union & AIG Aviation v. Prestige Helicopters | Aviation Coverage |
| Stephen Gibson<br>Cooper & Huddleston<br>Dallas | Fannin County | Voluntary Purchasing Group v. Houston General | Coverage |
| Richard Coffman<br>Provost & Umphrey<br>Beaumont | Jefferson County | Tx Drydock v. Liberty Mutual | Coverage, Bad Faith, Stowers, Agents E&O |
| Barry Cannady<br>Jenkens & Gilchrist<br>Dallas | Dallas County | Mesa v. California Union Ins. Co. | Coverage, Bad Faith |

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| Alex Cosculluela<br>Adams & Reese<br>Houston | US District Court | *Bustamente v. National Western* | Coverage, Bad Faith |
| G. David Smith<br>Dallas | Dallas County | *HRM v. Zurich* | Coverage, Bad Faith, XS v. Primary |
| J. Don Bowen<br>Helm Pletcher<br>Houston | Harris County | *Exxon v. UW @ Lloyd's* | Coverage, Bad Faith, *In Rem*/ Exxon Valdez |
| J. Christopher Diamont<br>Houssier & Durant<br>Houston | Harris County | *Longoria v. Dallas Fire* | Coverage/Binder |
| William J. Bux<br>Locke Purnell Rain Harrell<br>Dallas | US District Court | *Donnis Cowan v. Met Life Ins.* | Disability Claims Handling |
| Guy Choate<br>Webb, Stokes & Sparks | Tom Green County | *TX Farmers Ins. v. Charles Miller et al* | Family Member Exclusion, Bad Faith |
| Bob Grove<br>Grove & Ehlinger<br>Austin | Travis County | *Freeman v. Farmers TX County Mutual Insurance Co.* | Binder, Bad Faith |
| David D. Williams<br>Williams, Williams & LaGarde<br>Houston | Harris County | *Building Construction Systems, Inc. Gallagher Braniff, Inc. d/b/a Henley Williams* | Surety Bond |
| Randy McClanahan<br>Houston | Harris County | *Buckingham Gate & Ferromet Resources v. Lexington* | Coverage, Bad Faith |
| Chris Kilgore<br>Dallas | US District Court | *Lubbock Hospital v. National Union* | Aviation Insurance, Pollution |
| Chris Kilgore<br>Dallas | Dallas County | *Ins. Co. of the State of PA v. Ranger* | Aviation Insurance |

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| George Nicholas<br>Dallas | Dallas County | State & County Mutual v. <u>Alves</u>, et al | Coverage, Claims Handling |
| Jim McLendon<br>Austin | Travis County | <u>TX WC Insurance Facility</u> v. Town & Country; et al | WC Rating/Fraud |
| Barry Bishop<br>Austin | Nueces County | <u>Living Centers/ARA</u> v. Reliance National | Claims/Stowers/Duty to Defend |
| Dennis Weitzel<br>Dallas | Travis County | First General Realty & River Plantation v. <u>Maryland Casualty</u> | Coverage, Claims Handling |
| Richard Armstrong<br>Plano | Johnson County | Talley v. <u>First American Title Insurance Company</u> | Title Insurance, Claims |
| Gail Dorn<br>Corpus Christi | Nueces County | Garcia v. <u>Brandt</u> | ERISA-Health Insurance |
| Rod Heggy<br>Oklahoma City | Pottawatomie County (Oklahoma) | LeMars Mutual v. <u>MultiCo. Insurance</u> | Agents E&O, Coverage, Claims |
| Mike Doyle<br>Cook, Doyle & Bradshaw | Harris County | <u>Lopez</u> v. TWCIF | Workers Compensation |
| Nelson Heggin<br>Charles Jordan<br>Barlow Todd & Jordan | Galveston County | <u>Sanchez</u> v. Farm Bureau | Automobile Insurance |
| Milton Colia<br>Kemp Smith et al<br>El Paso | El Paso County | Rodriguez v. <u>Old Republic</u> | Workers Compensation |
| Jon Hanna<br>Hanna & Reyes<br>Abilene | Taylor County | <u>Arrow Ford</u> v. Clarendon Ins. | Auto Insurance |
| Mark Golman<br>Hutcheson & Grundy<br>Dallas | US District Court | <u>Silliman</u> v. The US Life Ins. Co. | Disability Income |

Page 5 of 16

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| Michael Phillips<br>Phillips & Akers<br>Houston | US District Court | Tour 18 et al v. Zurich Ins. Co. | Intellectual Property |
| Jim Arnold, Jr.<br>Arnold & Associates<br>Austin | Travis County | Farsi v. Nationwide | Fire/Property Insurance |
| Todd Welty<br>Meadows Owens et al<br>Fort Worth | US District Court<br>Sherman, Texas | US v. Loe's | Property Loss, Flood, and Wind |
| Hart Green<br>Weller Green & Toups<br>Beaumont | Gregg County | Maxwell v. American National Life Insurance Co. | Health Insurance |
| James K. LaRoe<br>Dallas | Harris County | Chubb & St. Paul: Galena Park ISD v. Tellepsen Construction Co. | Coverage, Insurance Certificates |
| Joe Longley & Jim Mallios<br>Austin | Travis County | Simpson, M.D. v. Provident Life | Disability Income |
| William Gault<br>Brin & Brin<br>Brownsville | Cameron County | Metex & Tex-Steel v. Hartford | W/C Retro & Report System |
| Jimmy Goodman<br>Crowe & Dunleavy<br>Oklahoma City | US District Court<br>Western District of<br>Oklahoma | Bullard v. American Travellers | Nursing Home Coverage |
| Patrick Zummo<br>Houston | Harris County | American Paging Co. v. Vesta Fire Insurance | Coverage, Agents E&O, Claims Handling |
| Phil Watkins | Bexar County | TX Safeway MGA v. Alvarado v. Ledesma | Agents E&O/MGA's |
| Baldemar Gutierrez<br>Alice | Jim Wells County | Garcia & Perez v. Acuna | Agents Fraud, E&O |
| Steve Bailey & George Chandler<br>Houston | Harris County | Anderson v. Schindler Elevator | Risk Management |

Page 6 of 16

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| Steve Cavanaugh<br>Houston | Harris County | _Vianet v. Ranger_ | Coverage |
| Brad Bingham<br>Houston | Galveston County | _Crisley v. Bailey Insurance_ | Agents E&O |
| Jack Urquhart<br>Beirne, Maynard & Parsons<br>Houston | Harris County | _Control Specialties v. Warren/Craven_ | Agents E&O |
| Mark Wolfe<br>Bollinger Ruberry & Garvey<br>Chicago | | _Westchester Fire v. Admiral Ins. Co._ | Excess Carriers |
| Vince Nowak<br>Mullin Hoard & Brown | Amarillo County | _Hughes v. Federated Ins. Co._ | Automobile Insurance |
| Don Wheeler<br>Center | Angelina County | _Fondren v. Bartlett, Baggett & Shands_ | Workers Compensation |
| Cindy Goosen<br>Charla Aldous<br>Cooper & Scully<br>Sherman | US District Court<br>Sherman, Texas | _US v. Loe's_ | Fraud, Appraisal and Claims Handling |
| Tim Labadie<br>Austin | Dallas County | _Dickenson v. Paul Revere Ins. Co._ | Disability Income |
| Karl Stern<br>Vinson & Elkins<br>Houston | Harris County | _AutoBond v. Progressive Ins._ | Vendor's Single Interest |
| Martin Schexnyder<br>Wilson Edelman _et al_<br>Houston | Harris County | _Dietrich v. Tapick Holdings_ | Life Insurance/Disability Coverage |
| Chris Pappas<br>Dunn Kacal _et al_<br>Houston | Travis County | _Main St. Homes v. Great American_ | Bad Faith |

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| David Edwards<br>Phillips & Akers<br>Houston | Jasper County | Stark v. *Withers* | Agents E&O |
| Rusty Tucker<br>Dallas | Medina County | *National Foam* v. USF&G, et al | Bad Faith |
| Chris Elliott<br>Austin | Travis County | *Pitts* v. Prince | Builders Risk Fire Loss |
| Wes Harris<br>Kelly Hart & Hallman<br>Fort Worth | Tarrant County | *Snyder Oil* v. UW @ Lloyd's | Agents E&O, Pollution Coverage |
| John Stover<br>Lufkin | Travis County | *McElroy* v. Ronck | Disability Fraud |
| Todd Hunter<br>Hunter & Handel<br>Corpus Christi | Travis County | Ballard v. *Farmers* | Homeowners/Stachybotrous |
| Bill Maines<br>McDade & Fogler<br>Houston | US District Court<br>Southern District of<br>Houston | *Parkans* v. Zurich | Crime Coverage, Bad Faith |
| C.C. Keeble<br>Haynes & Boone<br>Houston | Dallas County | *Canadian Olympic Committee* v. The McCrum Companies | Insurance Fraud, London Market Operations |
| Fred Dreiling<br>Corpus Christi | Nueces County | Shambo v. *Guerra-Pratts* | Agents E&O |
| William Conley<br>LeBouef Lamb<br>Pittsburgh, Pennsylvania | US District Court<br>Western District<br>Austin | Jack Webb v. *Alcoa* | Workers Compensation Premium Dispute |
| Dulce Stenglein<br>Cook Roach & Lawless<br>Houston | Harris County | *Volvo* v. Republic | Products Liability, Bad Faith and Fraud Global/London Insurance Programs |

Page 8 of 16

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| Robert Bauroth<br>Wicker Smith Tuten *et al*<br>Fort Lauderdale, Florida | US District Court<br>Orlando Division<br>Florida | *Trustmark v. ESLU* | MGA Contracts |
| Dan Jordan<br>Austin | Travis County | *TWCIF v. So. Mechanical* | Workers Compensation |
| Deborah Deitsch-Perez<br>Dallas | US District Court<br>Dallas | *International Insurance Company v. RSR Corporation, et al.* | EIL Policy |
| Ted Mishtal<br>Clark, Thomas & Winters, P.C.<br>Austin | 126th District Court<br>Travis County | *Flynn v. Hartford* | Builders Risk Coverage and Claim Handling |
| Paul Van Osselaer<br>Hughes & Luce, L.L.P.<br>Austin | State Court<br>Alabama | *Fidelity and Casualty Company of New York (CNA) v. National Union et al* | Excess Insurance |
| T. John Ward, Jr.<br>Perry, Womack & Ward, L.L.P.<br>Longview | 71st Judicial District Court in Harrison County | *Inzer Advance Designs, Inc. v. Cheryl Greco, Haywood Insurance Agency & Scottsdale Insurance Company* | Coverage and Claims Handling |
| H. Mark Burck<br>Burck, Lapidus & Lanza, P.C.<br>Houston | 126th Judicial District of Travis County | *RSI, Inc. v. Balcones-Southwest, Inc. d/b/a Balcones-Southwest Insurance and Michael J. Hermes, Individually* | Agent's E&O in Workers Compensation Matter |
| Stephen G. Nagle<br>Attorney At Law<br>Austin | | *Gregorio Garza v. Blue Cross/Blue Shield of Texas, Inc, and Group Life and Health* | ADD/Group Insurance |
| Phillips & Akers<br>Houston | 11th Judicial District of Harris County | *Vanguard Underwriters Insurance Company v. Vecellio Insurance Agency, Inc. and Coregis Insurance Company* | Agent's E&O |

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| Robert F. Stein<br>Robert F. Stein & Associates, PLLC<br>Houston | Harris County, Texas | <u>Kevin Shay Heuermann</u>, Debtor; Bob Anderson, Trustee for the Chapter 7 Bankruptcy Estate of Kevin Heuermann v. Farmers Insurance Exchange | Automobile Insurance and Bad Faith |
| David Dunham<br>Taylor & Dunham, L.L.P.<br>Austin | 261st Judicial District Court of Travis County, Texas | <u>Leo J. Foster, et al.</u> v. Empire General Life Assurance Corporation, et al. | Life Insurance, Underwriting and Claims |
| Kemp Gorthey<br>Law Office Of<br>Austin | 250th Judicial District Court of Travis County, Texas | <u>Charles Mac Spellmann, Jr. and Melissa Spellmann</u> v. State Farm Lloyds and Nancy Britain | Homeowners, Builders Risk and Agent E&O |
| R. Scott Placek<br>Bickerstaff, Heath, Smiley, Pollen, Kever & McDaniel, L.L.P.<br>Austin | 353rd Judicial District Court of Travis County, Texas | <u>Texas Workers' Compensation Insurance Fund</u> v. Tarry Transfer Company, Inc. et al. | Owner/Operators As Insureds Under WC Policies. Unauthorized Insurance. |
| C. Jared Knight<br>Whittenberg Whittenberg & Schachter, P.C.<br>Amarillo | Dallas County, Texas | <u>Gary Ben Stephens, et al.</u> v. Federal Insurance Company, et al. | Agent Standard of Care, E&O |
| Walter G. Pettey, III<br>Little Pedersen Fankhauser, L.L.P.<br>Dallas | 134th Judicial District Court of Dallas County, Texas | Deep South v. <u>Ohio Casualty</u> | Reinsurance, Agency, sale of book of business |
| Kelly M. Kowis<br>Burck, Lapidus & Lanza, P.C.<br>Houston | 200th Judicial District Court of Travis County, Texas | <u>Texas Worker's Compensation Insurance Fund</u> v. Border Maintenance Service, Inc., Miguel Delgado and Linda Delgado, Individually and D/B/A Del-Kleen, Inc., Clayburne Agency, Inc., and Louis Gonzales | Fraud, Agent E&O, Workers Compensation |

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| Kathleen B. Colt<br>Stumpf Craddock Massey & Pulman, P.C.<br>Houston | Hidalgo County, Texas | *World Clothing Corporation v. Chris Hughston and Hughston Insurance Agency, Inc.* | Agent E&O, Coverage, Business Interruption |
| John P. Venzke<br>The Venzke Law Firm, L.L.P.<br>Houston | Nueces County, Texas | *York et al. v. J. C. Penney Life Insurance Company, et al.* | AD&D |
| Joe Nixon<br>Phillips & Akers<br>Houston | 114th Judicial District Court of Smith County, Texas | *Teletouch Communications, Inc. v. Philadelphia Indemnity Insurance Company, Ron T. Hallmark, An Individual, and Hibbs Hallmark & Company* | D&O Liability |
| Andrew Sommerman<br>Sommerman, Moore, Mitchell & Quesada, L.L.P.<br>Dallas | 14th Judicial District Court of Dallas County, Texas | *Intermark II, Inc. v. Travelers Property and Casualty* | Hail/Property Claims Handling |
| Randy Howry<br>Herman, Howry & Breen, L.L.P.<br>Austin | Travis County District Court | *Scheidler & Pearl's Oyster Bar v. Ohio Casualty, et al* | Fire Coverage Claims Handling |
| Amanda G. Snowden<br>Chamberlain, Hrdlicka, White, Williams & Martin<br>Houston | United States District Court for the Southern District of Texas, Houston Division | *New Era of Networks, Inc. v. Great Northern Insurance Company, Federal Insurance Company and Hartford Fire Insurance Corporation* | Advertising Injury/Trademark Infringement/Intellectual Property |
| Thomas Corea<br>Bickel & Brewer<br>Dallas | 71st Judicial District Court of Harrison County, Texas | *RSR Corporation, et al v. AIU Insurance Company, et al* | Claims Handling Coverage/ Excess Insurance Pollution Coverage |
| Ron Adkison<br>Wellborn, Houston, Adkison, Mann, Sadler & Hill, L.L.P.<br>Henderson | United States Eastern District of Texas, Marshall Division | *Gregg Industrial Insulators, Inc. v. Benesight, Inc.* | Group Insurance Stop Loss and TPA's |

Page 11 of 16

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| Reynaldo Ortiz<br>Law Office of Reynaldo Ortiz, L.P.<br>McAllen | United States District Court, Southern District of Texas, McAllen Division | *Daniel Reyna and Rose G. Reyna v. State Farm Lloyds* | Homeowners<br>Mold – ALE |
| Russell T. Adney<br>Watts Law Firm LLP<br>Corpus Christi | | *Ace Global Markets Limited, et al. v. James Stevenson and Regina Stevenson v. Island Insurance Group, Inc., et al* | |
| John Paul Hopkins<br>Attorney At Law<br>Conroe | Jefferson County, Texas | *Guynes v. Mutual of Omaha* | Life Insurance<br>Bad Faith Claims<br>Agent E&O |
| Ron Adkison<br>Wellborn, Houston, Adkison, Mann, Sadler & Hill, L.L.P.<br>Henderson | Arbitration in Minneapolis | *Gregg Industrial Insulators, Inc. v. Benesight, Inc.* | Health<br>Stop Loss |
| Robert Brennan<br>Porzio, Bromberg & Newman, P.C.<br>Morristown, NJ | 105th Judicial District Court, Nueces County, Texas | *ASARCO, Inc. v. American Home Assurance Company* | EIL/Pollution Coverage |
| Sam Lively<br>MacInnes, Whigham, Lively & Siefken, LLP<br>Austin | 53rd Judicial District Court of Travis County, Texas | *David Villarreal and Rita Villarreal v. Nationwide Lloyds Insurance Company and Allen Green* | Homeowners<br>Mold |
| Ron Adkison<br>Wellborn, Houston, Adkison, Mann, Sadler & Hill, LLP<br>Henderson | District Court of Rusk County, Texas | *Ronnie Harper, Individually and dba H&L Automotive v. National Lloyds Insurance Company, et al* | Agent E&O<br>Property Claims |

Page 12 of 16

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| William Allred<br>Cooper & Scully<br>Dallas | 162nd District Court of Dallas County, Texas | *Magnum Hunter Resources, Inc. v. McGriff, Seibels & Williams of Texas, Inc.; McGriff, Sebels, Barbara & Colvin, Inc. and McGriff, Seibels & Williams, Inc.* | Agent E&O<br>Energy Package<br>Oil & Gas |
| John H. Dies<br>Oldenettel & Associates, P.C.<br>Houston | 198th Judicial District Court of Kerr County, Texas | *S.W.I., Inc. v. Henry Justice d/b/a Justice Insurance, First Insurance Agency of the Hill Country, Inc. and Texas Workers' Compensation Insurance Fund* | Agent E&O |
| Daniel W. Burrows<br>Burck, Lapidus & Lanza, P.C.<br>Houston | 157th Judicial District Court of Harris County, Texas | *Banner Life Insurance Company v. Jesse M. Pacheco* | Life Insurance<br>Agent's E&O |
| Ron Adkison<br>Wellborn, Houston, Adkison, Mann, Sadler & Hill, L.L.P.<br>Henderson | In the United States District Court Eastern District of Texas Marshall Division | *Gregg Industrial Insulators, Inc. v. Gerber Life Insurance Company* | Stop Loss, TPA's<br>Bad Faith<br>Notice |
| David J. Stout<br>Carpenter & Stout, Ltd.<br>Albuquerque, NM | In the United States District Court for the District of New Mexico | *Nieto, et al. v. Oralia B. Franco, Trustee for the Estate of Qudrat Kapoor v. ACIC, et al.* | Bankruptcy issues as Insurance coverage.<br>Med malpractice, Libel, Slander, Emp Practices Liab. |
| Melanie Cogburn<br>Taylor & Dunham, LLP<br>Austin, TX | In the District Court Travis County, Texas 98th Judicial District | *Larry Whitley v. Certain Underwriter's at Lloyd's of London and Gulf Coast Claims Service* | WC and Occ Accident<br>Claims handling; E&O |
| Thomas B. Alleman<br>Winstead Sechrest & Minick<br>Dallas, TX | In the District Court Uvalde County, Texas 38th Judicial District | *Holt Helicopters, Inc. v. AIG Aviation (Texas) Inc., and National Union Fire Insurance Company of Pittsburgh, Pennsylvania* | Aviation Insurance<br>Claims handling |

Page 13 of 16

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| Melanie Cogburn<br>Taylor & Dunham, L.L.P.<br>Austin, TX | In the District Court of Travis County, Texas 53rd Judicial District | *Dr. Stephen R. Neece v. Texas Medical Association Insurance Trust, Pruco Life Insurance Company of Texas and Prudential Insurance Company of America* | Disability<br>Bad Faith<br>Claims Handling |
| Elliott S. Cappuccio<br>Stumpf Craddock Massey & Pulman, P.C.<br>San Antonio, TX | In the District Court 224th Judicial District Bexar County, Texas | *Sue K. Majure v. Charles E. Ledbetter, III; First Penn Life Insurance Company; Lincoln National Corporation d/b/a Lincoln Financial Group; Lincoln Life Insurance Company; and Provident Mutual Life Insurance Company* | Fraud<br>Agent E&O<br>Bad Faith in a Life Ins. Claim |
| Chris Pappas<br>Dunn, Kacal<br>Houston, TX | Gregg County | *American National Fire v. Birmingham Fire Insurance Company* | XS v. Primary insurers<br>Hammer letters. Stowers. |
| Amanda Snowden<br>Chamberlain, Hrdlicka, White, Williams & Martin<br>Houston, TX | In the United States District Court for the Southern District of Texas Houston Division | *Royal Surplus Lines Insurance Company v. Kenneth B. Quenneville, M.D. and Brazos Emergency Physicians Association, P.A. v. Swantner & Gordon Insurance Agency, L.L.P., Healthcare Plus Insurance Agency* | Agent E&O<br>Medical Malpractice<br>Professional Liability Ins. |
| Mary F. Keller<br>York, Keller & Field<br>Austin, TX | In the 201st Judicial District Court of Travis County, Texas | *Michael D. Bell d/b/a MG Investments v. Environ-Clean Technology, Inc.* | Fire Claims<br>Debris Removal<br>Co-Insurance |
| George Chandler<br>Chandler Law Offices<br>Lufkin, TX | In the United states District Court for the Eastern District of Texas Marshall Division | *James L. Garrett, III v. UnumProvident Corporation and The Paul Revere Life Insurance Company* | Disability Claim Denial<br>Bad Faith |

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| Gil Piette<br>Pérez & Piette, P.C.<br>Brownsville, TX | In the 107th Judicial District County of Cameron County, Texas | _Vera Webster and Charles Webster v. Association of Professional Truck Drivers of America, Inc. and Transportation Association Solutions, Inc._ | Unauthorized WC / Agency |
| Chris Pappas<br>Godwin Gruber<br>Houston, TX | In Jefferson County Texas | _Trans Global v. Liberty_ | Builders Risk, Agent E&O |
| Clayton Cannon<br>Stumpf, Craddock, Massey & Farrimond<br>Houston, TX | In the District Court of Jefferson County, Texas, 172nd Judicial District | _Deborah L. Staley, Philip B. Jones, Daniel M. Staley and Melissa E. Staley v. Texas Farm Bureau Mutual Insurance Company and Michael S. Dugger_ | Agent E&O |
| Dan Burrows<br>Burck Lapid and Lanza<br>Houston, TX | Lavaca County, Texas | _Harvey & Diana Kloesel, et al. v. Insurance Network of Texas, et. al._ | Agent E&O |
| David Schubert<br>Schubert & Evans, P.C.<br>Dallas, TX | United States District Court Northern Texas, Fort Worth Division | _GE Reinsurance v. Associated General Agency_ | Agent E&O Reinsurance |
| M. Papadakis<br>Law Offices of Price Ainsworth<br>Austin, TX | In the District Court of Travis County, Texas 126th Judicial District | _Texas Workers Compensation Insurance Fund v. Delores Montrose, Individually and d/b/a DGM Concrete Construction, Montrose Concrete, Inc. and Larry Montrose v. Hibbs-Hallmark & Company and Robert Monaghan_ | WC / Premium Audits Fraud |
| George E. Chandler<br>Chandler Law Offices<br>Lufkin, TX | In the District Court of Hardin County, Texas 88th Judicial District | _Carl A. Langley, Individually and Carl A. Langley Wells Services, Inc. v. United National Insurance Company and Paul Holland_ | Agent E&O Claims Handling |

Page 15 of 16

## TESTIMONY BY DEPOSITION OR TRIAL
(Beck Client is underscored)

| ATTORNEY | SITUS | STYLE | ISSUE(S) |
|---|---|---|---|
| Don Taylor and Joe Longley<br>Taylor & Dunham<br>Austin, TX | In the District Court of Travis County, Texas 250th Judicial District | *Bradley Dixon and Curtis Rothe v. American National Property, Thomas Pitchford, Individually and D/B/A The Pitchford Agency, and Gil Lillard, Individually amd D/B/A The Lillard Agency and Guy Jones* | Agency Contract<br>Agent Performance Evaluation<br>Discrimination |
| Stephanie E. Kaiser<br>McGinnis, Lockridge & Kilgore, LLP<br>Austin, TX | In the District Court of Travis County, Texas | *Roman Catholic Diocese of Austin, Texas v. Crum & Forster Indemnity Company et al* | Coverage<br>Insurance Archeology<br>Personal Injury & Sexual Abuse |
| David W. Peterson<br>Keleher & McLeod, P.A.<br>Albuquerque, NM | U.S. District Court Albuquerque, NM | *Melendrez v. Public Service Corporation of New Mexico* | Bad Faith |
| Tom N. Kiehnhoff<br>Reaud, Morgan & Quinn, LLP<br>Beaumont, TX | 128th District Court of Orange County, Texas | *Patrick R. Hudson v. Farmers Insurance Exchange, et al.* | Agency Contract |
| Paul J. Van Osselaer<br>Van Osselaer, Cronin & Buchanan LLP<br>Austin, TX | In the District Court Tarrant County, Texas 48th Judicial District | *Zurich American Insurance Company v. Sabre, Inc., Sabre Holdings Corporation, and Sabre Travel International Ltd. d/b/a Sabre Travel Network v. National Union Fire Insurance Co. of Pittsburg, PA* | Retro Spetive<br>Rating on Combined Lines Retro Loss Sensitive "Plans."<br>Duty to Defend Under A Resv. Of Rights |
| Scott Wheatley<br>Jackson Walker L.L.P.<br>Dallas, TX | In the District Court of Dallas County, Texas | *Leo Priolo, As Guardian of the Person and Estate of Susan M. Rauscher v. American Investors Life Insurance Company, Oxford Life Insurance Company, Williams Financial Group, Ronald Glenn Heatherly, Rick Johnson, Jimmy Lee Garvin, and Sidney Mondschein* | Life Insurance and Annuity Issues for NCM's. |
| Paul J. Van Osselaer<br>Van Osselaer, Cronin & Buchanan LLP<br>Austin, TX | In the United States Disctrict Court for the Northern District of Texas Dallas Division | *Continental Casualty Company v. St. Paul Fire & Marine Insurance Company v. First Specialty Insurance Corporation* | Stowers / Excess Coverage |