# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **LUIS C. MUNOZ AND** | § | **C.A. NO. B-04-141** |
| **CARMELA MUNOZ** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **STATE FARM LLOYDS** | § | **JURY DEMANDED** |

## DEFENDANT STATE FARM LLOYDS'
## FIRST REQUEST FOR PRODUCTION TO PLAINTIFF LUIS C. MUNOZ

TO:    Plaintiff Luis C. Munoz, by and through his attorney of record, Gustavo Ch. Garza, 705 West Highway 100, Suite A, Los Fresnos, Texas 78566.

Defendant State Farm Lloyds ("State Farm") propounds the attached First Request for Production to Plaintiff Luis C. Munoz. Pursuant to Federal Rule of Civil Procedure 34, you are to make written response to the following Requests for Production.

You are reminded that your written response to each Request for Production shall state, with respect to each category of items, that inspection and other requested action will be permitted as requested, except only to the extent that you make objections in writing to particular items or categories thereof; that your written responses and/or objections, if any, shall be served on the undersigned within thirty (30) days as provided by the **Federal Rules of Civil Procedure**. You are requested to attach copies of all items that are subject to the Request for Production to your written responses to Requests, or in lieu thereof, make such items available for inspection and copying in the offices of the undersigned at the expiration of thirty (30) days from your receipt of these Requests for Production.



EXHIBIT
2

Respectfully submitted,

TAYLOR & TAYLOR

By: *[signature]*

Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth McCahill Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas  77002
(713) 615-6060  Telephone
(713) 615-6070  Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's First Request for Production to Plaintiff Luis C. Munoz has been forwarded to all counsel of record at the address shown below by certified mail, return receipt requested on this 23rd day of June, 2005.

Gustavo Ch. Garza
705 West Highway 100, Suite A
Los Fresnos, Texas 78566

David L. Rusnak
Scoggins & Goodman, P.C.
2800 Marquis One Tower
245 Peachtree Center Ave., N.E.
Atlanta, GA 30303-1227

*[signature]*

Warren Taylor

2

## DEFINITIONS

The following definitions shall apply to the terms used in these requests:

A.     The term "DOCUMENTS" includes, but is not limited to, the original and all copies (regardless of origin and whether or not including additional writing thereon or attached thereto) of agreements, memoranda, reports, books, manuals, instructions, financial reports, working papers, records, notes, letters, notices, confirmation, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospects, interoffice and intraoffice communications, contracts, cables, notations or memoranda of any sort of conversation, telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, files, accounts, estimates projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions and surveys, work sheets (including all drafts, preliminary versions, alterations, modifications, revisions, changes and amendments of any of the foregoing), graphic or oral records or representations of any kind (including, but not limited to, photographs, charts, graphs, microfiche, microfilm, videotape, recordings, and motion pictures), electronic, mechanical and electric records or representations of any kind (including, but not limited to, tapes, cassettes, discs and recordings) and other written, printed, typed or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, phonorecord, film, tape or videotape.

B.     "THE HOUSE" or "HOUSE" means the house located at **829 W. White, Raymondville, Texas 78580,** the residence insured by you through State Farm Lloyds.

3

C.    "DEFENDANT" or "STATE FARM" shall mean State Farm Lloyds, its agents, employees, and representatives.

D.    "PLAINTIFFS" or "YOU" shall mean **Luis C. Munoz, Carmela Munoz,** their agents, representatives, and attorney(s).

E.    "IDENTIFY" (with respect to persons). When referring to a person, "identify" means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

F.    "IDENTIFY" (with respect to documents). When referring to documents, "identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s), and recipient(s).

G.    "IDENTIFY" (with respect to statements or representations). When referring to statements or representations, "identify" means to state with particularity the substance of the statement, state who made the statement and to whom it was made, the date the statement was made, and the form in which the statement was transmitted.

H    "COMMUNICATION." The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

I.    "POLICY". The term "policy" means the homeowners' insurance policy State Farm Lloyds issued to Plaintiffs that is referenced in Plaintiffs' Original Petition.

4

J.    This "Lawsuit" refers to **Civil Action No. B-04-141;** *Luis C. Munoz and Carmela Munoz v. State Farm Lloyds;* **In the United States District Court for the Southern District of Texas, Brownsville Division.**

K.    If any information called for in these Requests for Production is withheld because the information is privileged, constitutes attorney work product or trial preparation materials, or is exempt from discovery for any other reason, set forth the ground or grounds for withholding the information, explain what type of information is being withheld, and furnish such other information as may be required under Federal Rule of Civil Procedure 26(b)(5) to enable the court to adjudicate the propriety of the refusal to furnish the information.

## **DOCUMENTS TO BE PRODUCED**

**REQUEST FOR PRODUCTION NO. 1**: Produce all documents contained in the file (including, but not limited to, reports, notes, memos, correspondence, etc.) or in the possession or constructive possession of all witnesses identified as expert witnesses who may testify at the time of trial, including experts who have been consulted in this cause and whose impressions and opinions have been reviewed by an expert who may testify at trial.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 2**: Produce all written agreements or contracts, including but not limited to, guaranty agreements, loan receipts, Mary Carter agreements, releases, quasi-releases, compromise settlement agreements, hold harmless agreements, covenants not to sue, indemnity or contribution agreements, agreements to cooperate in jury selection of discovery or trial strategy, and the like, between you and your attorneys, or any other person or entity with regard to any potential liability, directly or indirectly, any person or entity that might have had or might in the future have, which liability is based in whole or in part, directly or indirectly, on the transactions or occurrences made the basis of this lawsuit.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 3**: If you claim you have sustained any mental or physical injury or disability as a result of the incident which is the basis of this lawsuit, produce all documents regarding such injury or disability.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 4:** Produce any and all photographs, videotape or other tangible evidence which you may have in your possession or constructive possession which would in any way depict, reflect, or relate to any matter which may be at issue in this lawsuit.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 5**: Produce all tax returns for the last five (5) years, or in the alternative, execute and produce the two IRS Form 4506 Request for Copy or Transcript of Tax Form **attached hereto**.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 6**: Produce any and all statements made by State Farm Lloyds or its agents or employees concerning the subject matter of this lawsuit, including any written statement signed or otherwise adopted or approved by State Farm Lloyds or its agents or employees and any stenographic, mechanical, electrical or other type of recording or any transcription thereof made by State Farm Lloyds or its agents or employees and contemporaneously recorded.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 7**: Produce any and all documents which relate to any claims you or any member of your family or household have made under an insurance policy or any other type claim and/or lawsuit involving personal injury or property damage.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 8**: Produce any and all documents which relate to any criminal complaints you have ever been charged with and/or convicted of involving moral turpitude.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 9**: Produce the executed employment records authorization form **attached hereto**.

**RESPONSE**:

7

**REQUEST FOR PRODUCTION NO. 10**:  Produce any diaries, calendars, journals or other documents in which you have kept a chronicle of events surrounding the incident made the basis of this suit.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 11**:  Produce any diaries, calendars, journals or other documents in which you have kept a chronicle of dates of treatment or service for injuries you claim to have received as a result of the incident made the basis of this suit.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 12**:  Produce any and all documents in the possession of you or your attorney generated by State Farm Lloyds or its agents or employees, or used by State Farm or its agents or employees in the handling of claims.  (This request is not a waiver of any protective order or agreement and specifically excludes any documents in your possession pursuant to a non-dissemination agreement or protective order.)

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 13**:  Produce any and all documents which relate to or evidence any claim you have filed for benefits under Medicare, unemployment compensation, disability, or any other governmental entitlement program.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 14**:  Produce any documents, photographs, videotapes, models or any other tangible evidence you intend to use as exhibits at trial.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 15**: Produce any and all bank statements for the past five (5) years.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 16**: Produce any and all loan/creditor statements for the past five (5) years.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 17**: Produce all policies of insurance which you had in effect at the time of this loss, including but not limited to:

        a.      automobile insurance of any type;
        b.      homeowners or renters insurance of any type;
        c.      medical or health insurance;
        d.      disability or lost income insurance.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 18**: Produce any and all documents which evidence your ownership or partial ownership in any piece of real property.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 19**: Produce any and all real estate purchase contracts you have executed and/or been a party to within the last five (5) years.

**RESPONSE**:

9

**REQUEST FOR PRODUCTION NO. 20**: Produce any and all documents evidencing any out of pocket expenses you are claiming as a result of any alleged conduct of State Farm Lloyds or its agents or employees.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 21**: Produce all home and cellular (personal and business) telephone bills from six months before the fire through one year after the fire.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 22**: Produce all documents relating to your ownership or purchase of the home at 829 W. White, Raymondville, Texas 78580.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 23**: Produce all documents relating to your claim for insurance benefits for the fire in question under an insurance policy with any other insurance company.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 24**: If you seek to recover attorney's fees from State Farm in this lawsuit, produce all documents relating to your claim for attorney's fees, including but not limited to your attorney fee agreement, your attorney fee statements and invoices, and your checks for payment of attorney's fees.

**RESPONSE**:

10