**REQUEST FOR PRODUCTION NO. 25**: Produce all written agreements between you and any realtor, appraiser, construction contractor, engineer, remediation contractor, or design professional which relate to property damage at your house, the Policy, or your insurance claims that are the subject of this lawsuit.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 26**: Produce all communications between you and any realtor, appraiser, construction contractor, engineer, remediation contractor, or design professional which relate to property damage at your house, the Policy, or your insurance claims that are the subject of this lawsuit.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 27**: Produce all invoices, billing statements, and payment records (including canceled checks), relating to the construction, repair, replacement, tear-down, or maintenance of your house.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 28**: Produce all contract documents, estimates and bid proposals, plans and specifications, and change orders, relating to the construction, repair, replacement or maintenance of the house.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 29**: Produce all documents which identify or describe repairs, maintenance, or replacement of the damaged property relating to your insurance claims that are the subject of this lawsuit.

**RESPONSE**:

11

**REQUEST FOR PRODUCTION NO. 30**: Produce any and all floor plans, blueprints, or layout sketches in your possession of the house.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 31**: Produce all correspondence, notes, memoranda, reports, and opinions you have received from any person other than your attorneys relating to coverage for your insurance claims that are the subject of this lawsuit.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 32**: Produce all documentation (including diaries, notebooks, and memos) of conversations you or your representatives have had with Defendant or any of Defendant's agents, representatives, or employees.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 33**: If you claim you have sustained any mental or physical injury or disability as a result of the incident which is the basis of this lawsuit, please sign and produce the attached SSA-3288 form, requesting Consent for Release of Information from the Social Security Administration.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 34**: Produce all documents concerning communications you have had with State Farm concerning your house or homeowners insurance from the time you purchased your first homeowner's insurance policy from State Farm to the present.

**RESPONSE**:

12

**REQUEST FOR PRODUCTION NO. 35**: Produce all written communications, notes of oral communications, videos or audio recordings of conversations or communications between you and the following: State Farm Lloyds, Mark Brown, Greg Drott, Carrie Tousant, Lee Olivo, Tom Reed, Bryan Robinson, Armstrong Forensic Laboratories, National Loss Consultants, Cory Martin, and/or ServiceMaster Quality Restoration.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 36**: Produce all documents concerning communications you have had with engineers or other property analysts, adjusters, appraisers, inspectors, remediators, or attorneys other than your attorneys in this case, regarding the damages you claim exist at your house.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 37**: Produce all documents given by you, your agents, or representatives to any expert(s) whom you may call to testify in this case.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 38**: Produce all documents reviewed or prepared by any expert, including but not limited to reports, drafts, tangible things, field notes, physical models, compilations of data, Powerpoint presentations, or other documents prepared by or for an expert in anticipation of or in connection with this lawsuit.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 39**: Produce all documents and tangible things showing or supporting the facts and opinions about which your expert witnesses may testify, including, but not limited to the grounds of any opinions or conclusions.

**RESPONSE**:

13

**REQUEST FOR PRODUCTION NO. 40**: Produce all documents concerning the personal diaries, calendars, journals, logs, or other materials that you or your representatives may have kept concerning fire damages at your house, this lawsuit, or the claim made the basis of this lawsuit.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 41**: Produce all documents allegedly showing that State Farm wrongfully denied coverage for your claim.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 42**: Produce all documents concerning electrical, gas, air conditioning, heating, or ventilation problems with your house at any time.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 43**: Produce all documents concerning any sources which you contend caused or may have caused the fire which is the subject matter of this lawsuit.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 44**: Produce all photographs, slides, or videotapes of or including your house since you purchased the house.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 45**: Produce all appraisals of your house, including but not limited to property tax appraisals, since it was built.

**RESPONSE**:

14

**REQUEST FOR PRODUCTION NO. 46**: Produce all documents that criticize, question, disparage, or make reference to any investigative tool or technique used by State Farm or anyone or any entity who participated in the investigation of your claims that are the basis of this lawsuit.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 47**: Produce all documents concerning insurance claims you have made for damages incurred to your house since it was built.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 48**: Produce all written statements concerning your house or the policy that you attribute to State Farm.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 49**: Produce all documents concerning estimates for the cost to repair the damage to your house.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 50**: Produce all documents concerning proof of loss for the damages to your house.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 51**: Produce all studies or reports prepared by engineers, scientists, contractors, inspectors, or insurers on your house and/or the surrounding property.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 52**: Produce all agreements: 1) between you and Gustavo Ch. Garza, and 2) between you and David L. Rusnak and/or Scoggins & Goodman, P.C.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 53**: Produce all documents your expert witnesses have relied upon or will rely on for their testimony at trial.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 54**: Produce all documents that you attribute to State Farm that relate to your claims in this case.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 55**: Produce all documents of expenses or damages you claim were not reimbursed by State Farm. This includes, but is not limited to, structure, contents, and additional living expenses.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 56**: Produce all documents relating to any prior listing for sale or pending sale of the house in question, if any.

**RESPONSE**:


**REQUEST FOR PRODUCTION NO. 57**: Produce all communications to or from anyone other than your attorney concerning fire damage.

**RESPONSE**:

16

**REQUEST FOR PRODUCTION NO. 58:** Produce all information received from anyone concerning fires.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 59:** Produce proofs of purchase for all items paid for by State Farm on a replacement cost basis.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 60:** Produce any and all documents in the possession of you or your attorney that were generated by State Farm Lloyds which you contend is evidence of State Farm Lloyds' practice of handling claims. (This request is not a waiver of any protective order or agreement and specifically excludes any documents in your possession pursuant to a non-dissemination agreement or protective order.)

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 61:** Produce tax returns for Munoz Roofing & Construction for the last five (5) years.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 62:** Produce all documents regarding any grand jury proceedings against Luis C. Munoz in the last five (5) years.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 63:** Produce all documents evidencing that Carmela Munoz was in Florida at the time of the fire.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 64:** Produce all documents relating to any legal disputes between you and Harry and Minerva Cavazos.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 65:** Produce all documents relating to any legal disputes between you and Ben Capetillo.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 66:** Produce the employment records of Carmela Munoz from Watson's City Drug for one year before and one year after the fire.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 67:** Produce all documents, including video recordings, tape recordings, photographs, that support your contention that another person or persons intentionally set fire to the home at 829 West White.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 68:** Produce all documents regarding any vehicles being leased by you at the time of the fire, including, but not limited to, the lease agreement, maintenance and service records, correspondence regarding billing and payments, mileage statements, and all documents you received from the party leasing you the vehicle(s).

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 69:** Produce all documents regarding any tax levy or lien against Luis C. Munoz, Carmela Munoz, or Munoz Roofing & Construction.

**RESPONSE:**

18

**TAYLOR & TAYLOR**
ATTORNEYS AT LAW

MELLIE ESPERSON BUILDING
815 WALKER, SUITE 250
HOUSTON, TEXAS 77002
TELEPHONE (713) 615-6060
FACSIMILE (713) 615-6070

www.taylaw.com

June 23, 2005

WARREN TAYLOR*
BETH McCAHILL TAYLOR
ALLEN D. RUSSELL

*BOARD CERTIFIED-CIVIL TRIAL LAW
AND PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

OF COUNSEL
SARAH KERRIGAN

KRISTIE E. JOHNSON†
LESLIE TSAI
HUNTER HAMMILL
†LICENSED IN TEXAS AND LOUISIANA

Gustavo Ch. Garza　　　　　　　　　　　　　　　　　　　　　*Certified Mail, R.R.R.*
705 W. Highway 100, Suite A
Los Fresnos, Texas 78566

David L. Rusnak　　　　　　　　　　　　　　　　　　　　　　*Certified Mail, R.R.R.*
Scoggins & Goodman, P.C.
245 Peachtree Center Ave. NE, Suite 2800
Atlanta, GA 30303-1227

    Re: Cause No. B-04-141; *Luis C. Munoz and Carmela Munoz v. State Farm Lloyds*; In United States District Court for the Southern District of Texas, Brownsville Division

Dear Sirs:

Enclosed are the following:

1. **Defendant State Farm Lloyds' First Request for Production to Plaintiff Luis C. Munoz;**
2. **Defendant State Farm Lloyds' First Request for Production to Plaintiff Carmela Munoz;**
3. **Defendant State Farm Lloyds' First Set of Interrogatories to Plaintiff Luis C. Munoz; and**
4. **Defendant State Farm Lloyds' First Set of Interrogatories to Plaintiff Carmela Munoz.**

If you have any questions, please to not hesitate to call.

            Very truly yours,

            *Warren Taylor* /s/
            Warren Taylor

WT/tg
Enclosures

AUSTIN OFFICE 701 BRAZOS STREET, SUITE 500, AUSTIN, TEXAS 78701-3232, TELEPHONE (512) 320-9115, FACSIMILE (512) 334-6934

bcc: clients

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Vinna Cunado_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>_Jennice Coronado_  6-27-5<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Gustavo Ch. Garza<br>705 W. Highway 100, Suite A<br>Los Fresnos, Texas 78566<br><br>WT - Munoz, L. | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from serv... | 7004 1350 0000 7318 6438 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
6/23/05

Sent To: Garza Munoz
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7004 1350 0000 7318 6438

PS Form 3800, June 2002  See Reverse for Instructions