# TAYLOR, TAYLOR & RUSSELL

### ATTORNEYS AT LAW

MELLIE ESPERSON BUILDING
815 WALKER, SUITE 250
HOUSTON, TEXAS 77002
TELEPHONE (713) 615-6060
FACSIMILE (713) 615-6070

WARREN TAYLOR*
BETH McCAHILL TAYLOR
ALLEN D. RUSSELL

*BOARD CERTIFIED-CIVIL TRIAL LAW
AND PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

www.taylaw.com

KRISTIE E. JOHNSON†

†LICENSED IN TEXAS AND LOUISIANA

May 6, 2008

Mitchell C. Chaney                                              *Via facsimile 956-541-2170*
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
121 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522

Re:    Cause No. B-04-141; *Luis C. Munoz and Carmela Munoz v. State Farm Lloyds*; In
       United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Chaney:

This letter will confirm our conversation in which you were advised that State Farm will not oppose Plaintiffs' request for continuance, provided the case is not set for trial in August or September, as we have significant client and witness conflicts.

As we discussed, there are two discovery issues which I intend to raise with the Court. First, I would like to reopen the deposition of Luis Munoz to cover financial information that became available post-trial, and that appears to contradict his sworn trial testimony. Second, I would like a copy of the information provided by Mr. Garza to his wife, Ms. Galarza, that she used to prepare the Munozes' 2002 tax return. That information would be included within our prior request for production for bank records of Munoz Roofing and Luis Munoz, but we request that as a separate item, since Mr. Munoz has testified in great detail about his efforts to provide this information to Ms. Galarza.

Since our motion deadline is next Monday, May 12, 2008, I would like to confer later this week to see if these matters can be resolved by agreement.

Thank you for your attention to this matter.

Very truly yours,

TAYLOR, TAYLOR & RUSSELL

Warren Taylor



EXHIBIT
3

cc:    Gustavo Ch. Garza                                        *Via facsimile 956-233-6596*
        705 W. Highway 100, Suite A
        Los Fresnos, Texas 78566

```
        ***********************
        ***  TX REPORT  ***
        ***********************


TRANSMISSION OK

TX/RX NO              4452
DESTINATION TEL #     919565412170p267000
DESTINATION ID
ST. TIME              05/06 15:48
TIME USE              01'08
PAGES SENT            3
RESULT               OK
```

# TAYLOR, TAYLOR & RUSSELL

### ATTORNEYS AT LAW
### 815 WALKER STREET, SUITE 250
### HOUSTON, TEXAS 77002
### (713) 615-6060

## TELECOPY TRANSMITTAL LETTER

DATE:                 May 6, 2008

FROM:                 Warren Taylor — Beth M. Taylor
FAX NO.:              (713) 615-6070

TO:                   Mitchell Chaney
FAX NO.:              (956) 541-2170

TO:                   Gustavo Ch. Garza
FAX NO.:              (956) 233-6596

RE:                   *Munoz v. State Farm*

Total number of pages, including this cover letter:  _3_

## TO FOLLOW:

- **Correspondence regarding continuance and additional discovery**

```
*******************************
***   MULTI TX/RX REPORT   ***
*******************************
TX/RX NO           4448
PGS.                  3
TX/RX INCOMPLETE
                   (1)   919565412170p2670
TRANSACTION OK
                   (2)   919562336596p267000
ERROR INFORMATION
                   -----
```

# TAYLOR, TAYLOR & RUSSELL

### ATTORNEYS AT LAW
### 815 WALKER STREET, SUITE 250
### HOUSTON, TEXAS  77002
### (713) 615-6060

## TELECOPY TRANSMITTAL LETTER

DATE:              May 6, 2008

FROM:              Warren Taylor — Beth M. Taylor
FAX NO.:           (713) 615-6070

TO:                Mitchell Chaney
FAX NO.:           (956) 541-2170

TO:                Gustavo Ch. Garza
FAX NO.:           (956) 233-6596

RE:                *Munoz v. State Farm*

Total number of pages, including this cover letter:  _3_

## TO FOLLOW:

• **Correspondence regarding continuance and additional discovery**

CONFIDENTIALITY NOTICE: The information contained in this message and the accompanying documents is confidential information that is legally privileged and intended only for the use of the above-named recipient. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this telecopy to the named recipient, please notify us immediately to arrange for the return of the original documents to us. You are hereby notified that any review, disclo-



RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
LECIA L. CHANEY
TERI L. DANISH†
ROSAMARIA VILLAGÓMEZ-VELA

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J. URBIS
SARAH A. NICOLAS
NORTON A. (TREY) COLVIN III
DEREK T. ROLLINS

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
AARON PEÑA, JR.†

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

†BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

August 14, 2008

**_VIA FACSIMILE: (713) 615-6060_**
Warren Taylor
Taylor, Taylor & Russell
815 Walker Street, Suite 250
Houston, Texas 77002

Re:   Cause No. B-04-141; In the United States District Court for Southern
      District of Texas – Brownsville Division
      _Luis C. Munoz and Carmela Munoz v. State Farm Lloyds_

Dear Mr. Taylor:

I have your letter of August 13, 2008. I thought we discussed these matters following your May 6, 2008 letter.

We will not agree to re-opening the deposition of Mr. Munoz. I am unclear about what financial information you are referencing that became available post trial. Maybe you could email it to me and I would be in a better position to discuss this with you.

As to the information you referred to for the tax return, it is my understanding that the information was previously provided and, was indeed, a part of one of the Defendants' exhibits admitted at trial. I understand that at some point in the past your office had subpoenaed Mr. Garza for a deposition but for some reason you decided to call off that deposition. I am unsure why. I believe the bank records have already been provided.

Could you give us an answer to the matters raised by Tony Rodriguez in his earlier letter to you?

EDINBURG, TEXAS OFFICE: 323 W. CANO, SUITE 100, 78539, TELEPHONE (956) 380-0213 TELECOPIER (956) 380-0254
HARLINGEN, TEXAS OFFICE: 402 EAST VAN BUREN STREET, 78550, TELEPHONE (956) 423-0213 TELECOPIER (956) 423-2035



EXHIBIT
4

Mr. Taylor
August 14, 2008
Page 2

Please give me a call if you would like to discuss this matter further.

Yours very truly,

RODRIGUEZ, COLVIN, CHANEY
& SAENZ, LLP

Mitchell C. Chaney

MCC:lcs

cc: Gus Ch. Garza
705 W. Highway 100, Suite A
Los Fresnos, Texsa 78566

*VIA FACSIMILE: (956) 233-6596*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LUIS C. MUNOZ AND | § | CAUSE NO B-04-141 |
| CARMELA MUNOZ | § | |
| | § | |
| VS. | § | |
| | § | |
| STATE FARM LLOYDS | § | |

## AFFIDAVIT ALICIA HANEY

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

On this day, Alicia Haney appeared before me, the undersigned notary public, and after I administered an oath to her, upon her oath, she said:

1.  "My name is Alicia Haney. I am over the age of eighteen, I have never been convicted of a felony or crime involving moral turpitude, and I am otherwise competent to make this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.  I am Vice President of Operations at Team Legal.

3.  Team Legal is a litigation support firm hired by Taylor, Taylor & Russell to assist in obtaining admissible copies of records in the case styled *Luic C. Munoz and Carmela Munz v. State Farm Lloyds*, Cause No. B-04-141, In the United States District Court for the Southern District of Texas, Brownsville Division.

4.  On July 30, 2008, Team Legal issued a Deposition on Written Questions and a Subpoena to Martha Galarza, 139 Calle Hermosa, Los Fresnos Texas 78556. Ms. Galarza was commanded to produce bank and tax records pertaining to Luis Munoz and Munoz Roofing. A true and correct copy of this document is attached as Exhibit A.

5.  Ms. Galarza received Exhibit A via UPS on August 1, 2008.

6.  After leaving numerous messages for Ms. Galarza on August 14 and August 15, 2008, we were finally able to get in touch with her on August 15, 2008.

7.  We informed Ms. Galarza that Taylor, Taylor & Russell needed to obtain the records mentioned in the subpoena as quickly as possible, as the case was set to go to trial on November 3, 2008.

1



8. Ms. Galarza stated that she would only produce the 2,375 pages of records for a fee of $2,256.25. She further stated, however, that she will require one to two months to compile the records and cannot expedite getting the records to us.

FURTHER AFFIANT SAYETH NOT.

_____
Alicia Haney

SUBSCRIBED AND SWORN TO BEFORE ME by Alicia Haney on this 19 day of

August, 2008 to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

My Commission Expires:

V ESTRADA
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
OCT. 20, 2011

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

LUIS C. MUNOZ and CARMELA MUNOZ      :
      :
vs.          :
STATE FARM LLOYDS, MARK BROWN,      :    CIVIL ACTION NO. B-04-141
TOM REED, LEE OLIVO, GREG DROTT,      :
and BRIAN ROBINSON, as Individuals and      :
Agents of State Farm Lloyds      :

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Plaintiff by and through their attorney(s) of record: Gustavo Ch. Garza
To other party/parties by and through their attorney(s) of record:

You will please take notice that fourteen (14) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

(1)   Martha Galarza (Any & All Records)
      139 Calle Hermosa, Los Fresnos, TX 78566

before a Notary Public for **TEAM LEGAL**
        19840 Cypress Church Road, Cypress, TX 77433-1478
        713-937-4242,  Fax 713-937-9995,  www.teamlegal.net
or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court.  Notice is further given that request is hereby made as authorized under Rule 45, Federal Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

Luis Munoz, Carmela Munoz (Villarreal) and/or Gustavo Ch. Garza

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.



TEAM LEGAL

Powered by VERDICUS

*Warren Taylor* / KD
Warren Taylor
Taylor, Taylor & Russell
815 Walker, Suite 250
Houston, TX 77002
713-615-6060    Fax 713-615-6070
Attorney for Defendant
SBA # 19727200

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated: July 30, 2008              by *Rebecca Dickson*

Order No. 17134

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

LUIS C. MUNOZ and CARMELA MUNOZ          :
                                          :
vs.                                       :
STATE FARM LLOYDS, MARK BROWN,           :     CIVIL ACTION NO. **B-04-141**
TOM REED, LEE OLIVO, GREG DROTT,         :
and BRIAN ROBINSON, as Individuals and   :
Agents of State Farm Lloyds              :

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: **Martha Galarza**
Records Pertaining To: **Luis Munoz, Carmela Munoz (Villarreal) and/or Gustavo Ch. Garza**
Type of Records: **1. any and all records provided to you by Luis Munoz, Carmela Munoz (Villarreal) and/or Gustavo Ch. Garza used in the preparation of the 2002 and 2003 tax returns for Munoz Roofing and Luis Munoz; 2. any and all bank statements that were provided to you by Luis Munoz, Carmela Munoz (Villarreal) and/or Gustavo Ch. Garza for November and December 2002, whether used by you for preparation of the tax returns or not**

1. Please state your full name.

   Answer: _____

2. Please state by whom you are employed and the business address.

   Answer: _____

3. What is the title of your position or job?

   Answer: _____

4. Are these memoranda, reports, records, or data compilations, outlined in the subpoena duces tecum, pertaining to the above-named person, in your custody or subject to your control, supervision or direction?

   Answer: _____

5. Are you able to identify these aforementioned records as the originals or true and correct copies of the originals?

   Answer: _____

6. Please hand to the Notary Public taking this deposition copies of the memoranda, reports, records, or data compilations, mentioned in Question No. 4. Have you complied? If not, why?

   Answer: _____

Order No. 17134.001                          Team Legal

7. Are the copies which you have handed to the Notary Public taking this deposition true and correct copies of such memoranda, reports, records, or data compilations.

Answer: _____

8. Were such memoranda, reports, records, or data compilations kept in the regular course of business of this facility?

Answer: _____

9. Was it in the regular course of business of this facility for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record?

Answer: _____

10. Were the entries on these records made at or shortly after the time of the transaction recorded?

Answer: _____

11. Was the method of preparation of these records trustworthy?

Answer: _____


_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.


_____
NOTARY PUBLIC

My Commission Expires: _____



TEAM LEGAL

Powered by VERDICUS

Order No. **17134.001**                                     **Team Legal**

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

LUIS C. MUNOZ and CARMELA MUNOZ

**SUBPOENA IN A CIVIL CASE**

vs.

STATE FARM LLOYDS, MARK BROWN,
TOM REED, LEE OLIVO, GREG DROTT,
and BRIAN ROBINSON, as Individuals and     CASE NUMBER:  B-04-141
Agents of State Farm Lloyds

TO:    Custodian of Records for:       Martha Galarza
                                        139 Calle Hermosa
                                        Los Fresnos, TX 78566 956-544-0822

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time  specified below to testify at the taking of deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| The office of the custodian:     139 Calle Hermosa<br>Los Fresnos, TX 78566 | Instanter |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

1. any and all records provided to you by Luis Munoz, Carmela Munoz (Villarreal) and/or Gustavo Ch. Garza used in the preparation of the 2002 and 2003 tax returns for Munoz Roofing and Luis Munoz;
2. any and all bank statements that were provided to you by Luis Munoz, Carmela Munoz (Villarreal) and/or Gustavo Ch. Garza for November and December 2002, whether used by you for preparation of the tax returns or not

Pertaining To: Luis Munoz, Carmela Munoz (Villarreal) and/or Gustavo Ch. Garza

| PLACE | DATE AND TIME |
|---|---|
| The office of the custodian:     139 Calle Hermosa<br>Los Fresnos, TX 78566 | Instanter |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Warren Taylor* /RD             Attorney for Defendant | July 30, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Warren Taylor
Taylor, Taylor & Russell
815 Walker, Suite 250, Houston, TX 77002  713-615-6060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

Order No.  17134.001

AO 88 (Rev. 11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| **SERVED** | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel the production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person,

except that, subject to the provisions of clauses (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.