Resp Exh 1.



**Rodriguez Ford-Mercury, Inc.**
P.O. Box 100 • N.W. CRNR. HWY 77 & SPUR 56
Phone (956) 689-2452
RAYMONDVILLE, TEXAS 78580

November 6, 2006

To Whom It May Concern:

Mr. Luis Munoz is currently 22 monthly payments in arrears on the contract for the building he is currently leasing from Homero F. Rodriguez. These payments total $13,650.12 plus late fees in the amount of $1,100.00 for a total of $14750.12. The total payoff for this lease would be as follows:

| | |
|---|---|
| Principal | $44,050.68 |
| Interest in arrears | 6,330.94 |
| Late fees | 1,100.00 |
| Total | $51,481.62 |

Mr. Munoz has a history of being late with his payments as evidenced by the demand letters included in this package, and has given us several checks that have been returned as insufficient by his banks.

Julio Rocha, Comptroller

1) Luis Munoz Agrees to pay $44,050.68
2) w/in 7 days of today.
3) If $44,050.68 not paid w/in 7 days, Luis Agrees N.L. take jud. of $51,481.62

7 days
622-9152



11/6/06

[signature] for L. Munoz
[signature] for H. Rodriguez

**EXHIBIT "B"**

EXHIBIT 7

CAUSE NO. 03-346

| | | |
|---|---|---|
| BENINO CAPETILLO, an Individual, | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| Vs. | § § | WILLACY COUNTY, TEXAS |
| LUIS C. MUNOZ, Individually, And MUNOZ ROOFING COMPANY, And GUSTAVO GARZA, ESQ. | § § § § § § | |
| Defendants. | § § | 197th JUDICIAL DISTRICT |

## FINAL JUDGMENT

On October 17, 2005, this Court signed for entry Summary Judgment for Plaintiff against DEFENDANTS LUIS C. MUNOZ AND MUNOZ ROOFING COMPANY for the amount of $46,480.00 plus the amount of $15,000.00 for attorney fees. The Plaintiff nonsuited remaining claims against Defendant Gustavo Garza, Esq.

1. Therefore, this Court Orders that Plaintiff Benino Capetillo recover jointly and severally from Defendants LUIS C. MUNOZ AND MUNOZ ROOFING COMPANY, the sum of $61,480.00, plus interest on that sum at the annual rate of ten percent, and that Plaintiff recover from Defendants the Plaintiff's court costs.

2. The Court orders execution to issue for this judgment.

3. The Court denies all relief not granted in this judgment.

Singed on the  11  date  May  of 2006.

_Magdalia Lopez_
JUDGE PRESIDING

FILED
MAY 26 2006
Gilbert Lozano, Dist. Clerk, Willacy Co.
By _Ruby_ Deputy

VC's 8-31-06
L. Munoz
G. Garza
B. Capetillo

**Final Judgment**                    EXHIBIT 8            Solo Page

A TRUE COPY OF THE ORIGINAL
I CERTIFY THIS  31st  DAY OF
 AUGUST     20 06
_Gilbert Lozano_
GILBERT LOZANO, DISTRICT CLERK
WILLACY COUNTY, TEXAS
BY _____ DEPUTY

## ABSTRACT OF JUDGMENT

Cause No. __03-346__

### THE STATE OF TEXAS

In the 197th District Court of Willacy County, Regular term, 2006

**BENINO CAPETILLO**  VS  **LUIS C. MUNOZ,**
Plaintiff       Individually, and
         MUNOZ ROOFING
         COMPANY and
         GUSTAVO GARZA, ESQ
         Defendants

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Date of Judgment: May 11th, 2006 | | |
| Judgment: | | $ 46,480.00 |
| Prejudgment Int.: | | $ |
| Post Judgment Int. | At .10 % per annum from date of Judgment date until paid. | |
| Credit: | | $ -0- |
| Attorney's Fees: | | $ 15,000.00 |
| Court Costs: | Plaintiff is entitled to all cost of court. | $ 201.00 |
| Exemplary Damages: | | $ -0- |
| Misc. Cost: | Abstract of Judgment | $ 8.00 |
| | TOTAL | $ 61,689.00 |

Birth Date and driver's license number of Defendant, if available to the Clerk of the Court __not available__.
Defendant's address if shown in the suit; if not shown, the nature of citation and the date and place citation was served; __829 W. White St., Raymondville, Texas 78580 and/or 363 W. Kimbal Ave., Raymondville, Texas__.

I, __Gilbert Lozano__, Clerk of the District Courts of Willacy County, Texas, do hereby certify that the above and foregoing is a true and correct Abstract of the Judgment rendered in said Court, at the Regular Term, 2006, in Case No. __03-346__, as appears from the minutes of the Court, in electronic image # 7914 tif.

WITNESS my hand and the seal of the said Court, at Raymondville, Texas this the __31st__ day of __August__ A.D. 2006.

303982

FILED FOR RECORD
AT 8:03 O'CLOCK A M

SEP 1 2 2006

TERRY FLORES, CLERK
COUNTY COURT, WILLACY COUNTY
TEXAS, BY _____ DEPUTY

Gilbert Lozano
District Clerk
Willacy County, Texas

Case 06-10772  Document 1  Filed in TXSB on 11/13/2006  Page 1 of 7

(Official Form 1) (10/06)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>BROWNSVILLE DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MUNOZ, LUIS CARLOS** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba MUNOZ ROOFING CO.; aka LUIS C. MUNOZ** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): **xxx-xx-2084** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**16521 WELLS ST.**<br>**LA SARA, TX**  ZIP CODE **7856** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**WILLACY** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. BOX 165**<br>**LA SARA, TX**  ZIP CODE **78561** | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts
| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2006 (Build 8.0.0.201, ID 3813501966)*



EXHIBIT 9
Blumberg No. 5208

(Official Form 1) (10/06)                                                                                           FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **LUIS CARLOS MUNOZ** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  /s/ EDUARDO V. RODRIGUEZ       11/13/2006<br>    EDUARDO V. RODRIGUEZ              Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/06)     FORM B1, Page 3

| **Voluntary Petition** <br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **LUIS CARLOS MUNOZ** |
|---|---|
| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br>X **/s/ LUIS CARLOS MUNOZ** <br>   **LUIS CARLOS MUNOZ** <br>X _____ <br><br>_____ <br>Telephone Number (If not represented by an attorney) <br>**11/13/2006** <br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br>(Check only one box.) <br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br>☐ Pursuant to 11 U.S.C. § 1511, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br>X _____ <br>(Signature of Foreign Representative) <br><br>_____ <br>(Printed Name of Foreign Representative) <br><br>_____ <br>(Date) |

| **Signature of Attorney** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ EDUARDO V. RODRIGUEZ** <br>   **EDUARDO V. RODRIGUEZ**   Bar No. **00795621** <br><br>**Eduardo V. Rodriguez, P.C.** <br>**1265 N. Expressway 83** <br>**Brownsville, TX 78520** <br><br>Phone No.**(956) 547-9638**   Fax No.**(956) 547-9630** <br>**11/13/2006** <br>Date | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. <br><br>_____ <br>Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br>_____ <br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br>X _____ <br><br>_____ <br>Printed Name of Authorized Individual <br>_____ <br>Title of Authorized Individual <br>_____ <br>Date | Address <br>X _____ <br><br>_____ <br>Date <br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B201 (04/09/06)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE: LUIS CARLOS MUNOZ

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days BEFORE the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:   Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income**
**($235 filing fee, $39 administrative fee: Total fee $274)**
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

B201 (04/09/06)                                                                                                        Page 2

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:   LUIS CARLOS MUNOZ

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization   ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman   ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____EDUARDO V. RODRIGUEZ_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ EDUARDO V. RODRIGUEZ**
EDUARDO V. RODRIGUEZ, Attorney for Debtor(s)
Bar No.: 00795621
Eduardo V. Rodriguez, P.C.
1265 N. Expressway 83
Brownsville, TX 78520
Phone: (956) 547-9638
Fax: (956) 547-9630

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| LUIS CARLOS MUNOZ | X  /s/ LUIS CARLOS MUNOZ | 11/13/2006 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

ANNETTE C. HINOJOSA
ATTORNEY AT LAW
482 W. HIDALGO AVE.
RAYMONDVILLE, TX  78580

KIVETT-RODRIGUEZ FORD MERCURY, INC.
HOMERO F. RODRIGUEZ
P.O. BOX 100
N.W. CRNR. HWY 77 & SPUR 56
RAYMONDVILLE, TX  78580

Law Offices of Eduardo V. Rodriguez, P.C
1265 N. Expressway 83
Brownsville, TX  78520