IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ AND<br>CARMELA MUNOZ<br>    Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-141<br>(JURY REQUESTED) |

### PLAINTIFFS' THIRD REQUESTS FOR PRODUCTION TO DEFENDANT, STATE FARM LLOYDS

TO:   State Farm Lloyds, Defendant, by and through its attorneys of record,

       Warren Royal Taylor
       Beth M. Taylor
       Taylor & Taylor
       815 Walker, Suite 250
       Houston, TX 77002

    COME NOW LUIS C. MUNOZ and CARMELA MUNOZ, Plaintiffs in the above entitled and numbered cause, and serve the following Third Set of Requests for Production to Defendant State Farm Lloyds under the provisions of Fed.R.Civ.P. 26 and 34. Each of the items labeled "Request for Production" is a request for production propounded pursuant to the provisions of Rule 34, Federal Rules of Civil Procedure, and Plaintiffs request that a written response to each such item, along with copies of documents, be served on their attorneys no later than 30 days from the time of service on Defendant as provided by said Rule, and as requested.

### I.
### INSTRUCTIONS

    A.    The Requests for Production consist of requests to permit Plaintiffs to receive copies of, inspect, sample, test, photograph and/or copy documents and other tangible things (including papers, books, accounts, drawings, graphs, charts, photographs, electronic or videotape recordings, data, and data compilations) as defined by Fed.R.Civ.P. 34(a). Plaintiffs request that Defendant prepare an accurate response



indicating that the inspection shall be permitted as to the designated items, and when and where said items will be produced for inspection, or attaching legible copies of those items which are reproducible, as stated in Fed.R.Civ.P. 34(2)(b).

B. If you object to, or otherwise decline to respond to any portion of a Request for Production, provide all information called for in that portion of the Request to which you do not object or which you do not decline to respond to. If you object to a Request for Production on the grounds that it is too broad (i.e., that it calls for information which is relevant to the subject matter of the action and information which is not), provide such information as is concededly relevant. If you object to a Request for Production on the ground that to provide an response would constitute an undue burden, provide such requested information as can be supplied without undertaking an undue burden. For those portions of any Request for Production, to which you object or otherwise decline to answer, state the reason for such objection or declination.

C. Every discovery request herein shall be deemed a continuing request, and you are to supplement your responses promptly if and when you learn that your response to this written discovery was incomplete or incorrect when made, or, although complete and correct when made, is no longer complete and correct, in accordance with Fed.R.Civ.P. 26(e)(1).

D. These requests shall concern the time period January 1, 2000 through the present.

## II.

## DEFINITIONS

As used herein:

A. "Person" or "persons" means any natural person, corporation, partnership, unincorporated association, or any other form of business, governmental, public or charitable entity.

B. When appropriate in the context of a request, the singular shall mean the plural and vice versa.

C. "Document" means any electronically, digitally, magnetically, photographically and/or mechanically stored matter of any kind or description, that has

been recorded, written, printed, produced or reproduced, including but not limited to: correspondence, letters, facsimiles, e-mails, telegrams, cables, and telex messages, memoranda, notes or notations; work papers, interoffice and interdepartmental communications transcripts, checks and cancelled checks, invoices, notes and minutes of conversations, conferences or meetings, books, pamphlets and periodicals, requisitions, resolutions, certificates, opinions, reports, studies, analyses, evaluations, contracts, agreements, ledgers books or records of account, statistical records, calendars, appointment books, diaries, lists, tabulations, summaries, charts, graphs, maps, surveys, audio and visual recordings by any electronic, digital, analog or mechanical means, photographs, negatives and/or microfilms, computer, personal digital assistant and cell phone memory devices or other storage media; and, all originals, marked or non-identical copies and drafts of the document.

D. "Communication" means any contact, correspondence, discussion, exchange or conversation (whether face-to-face, by telephone, electronic mail or other medium), or any other transfer, receipt or exchange of message(s), document(s), and/or information.

E. "Complaint" means the live pleading in this civil action.

F. "Plaintiffs" means Plaintiffs Luis C. Munoz and Carmela Munoz, and any present and/or former agents or other persons or entities acting or purporting to act for or on behalf of Plaintiffs, individually or collectively.

G. "You", "your" and "Defendant" mean Defendant STATE FARM LLOYDS, and any present and/or former agents or other persons or entities acting or purporting to act for or on behalf of Plaintiffs,.

H. "Insured premises" means the residence located at 829 West White Avenue, Raymondville, Willacy County, Texas, and the contents thereof.

I. "Policy" means the insurance policy insuring the Insured Premises issued by Defendant whose term began on December 29, 2002 and ended on December 29, 2003.

## PLAINTIFFS' THIRD REQUESTS FOR PRODUCTION TO DEFENDANT, STATE FARM LLOYDS

REQUEST FOR PRODUCTION NO. 1:.

Please provide information, documents or other data that substantiates the gross revenue and net profit that the Defendant derived from their operations in the State of Texas, for each year, 2000 to the present.

RESPONSE:


REQUEST FOR PRODUCTION NO. 2:

Please produce all documents which would show the Defendant's total Texas budget for the years 2000 through the present for the investigation of arson claims.

RESPONSE:


REQUEST FOR PRODUCTION NO. 3:

Please produce all documents which would show the Defendant's total Willacy County budget for the years 2000 through the present for the investigation of arson claims.

RESPONSE:


REQUEST FOR PRODUCTION NO. 4:

Please produce all documents which would show all claims that State Farm claims investigator Thomas Reed has handled while employed by Defendant that resulted in no payment to the insured.

RESPONSE:

REQUEST FOR PRODUCTION NO. 5:

Please produce all documents which would show all of Defendant's documents, manuals or guidelines that determine which claims fall under the heading of "Claims Without Payment".

RESPONSE:

REQUEST FOR PRODUCTION NO. 6:

Please produce all documents which would show all of Defendant's documents, manuals or guidelines which reflect whether "Claims Without Payment" is a department or division of Defendant's organizational structure.

RESPONSE:

REQUEST FOR PRODUCTION NO. 7:

Please produce all documents which would show all of Defendant's documents, manuals or guidelines which reflect whether bonuses are paid to its employees relating to certain scores of "Claims Without Payment", including but not limited to: when this division or strategy was implemented; who implemented it; and, what it is generally.

RESPONSE:

REQUEST FOR PRODUCTION NO. 8:

Please produce all documents which would show how scores are tabulated or how Defendant's employees are evaluated relating to "Claims Without Payment".

RESPONSE:

REQUEST FOR PRODUCTION NO. 9:

Please produce all documents which would show Thomas Reed's scores, bonuses, and length of time that he participated in "Claims Without Payment."

RESPONSE:

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By /s/ Joseph A. Rodriguez (w/perm.)
Mitchell C. Chaney
State Bar No. 04107500
Southern District No. 1918
Joseph A. "Tony" Rodriguez
State Bar No. 17146600
Southern District No. 10107
Sarah A. Nicolas
State Bar No. 24013543
Southern District No. 32122
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 (fax)

Gustavo Ch. Garza
State Bar No. 07731700
Southern District No. 3946
324 W. Ocean Plaza
Los Fresnos, Texas 78566
(956) 233-5614
(956) 233-6596 (fax)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on this the __31st__ day of __July__, 2008, a true and correct copy of the foregoing Third Requests for Production to Defendant State Farm Lloyds was delivered to all counsel of record, either via certified mail, facsimile or hand delivery, as noted below:

Warren Royal Taylor
Taylor & Taylor
815 Walker
Suite 250
Houston, TX 77002

Levon G. Hovnatanian
Martin, Disiere, Jefferson & Wisdom LLP
808 Travis
Suite 1800
Houston, Texas 77002

Ricardo Morado
Roerig, Oliveira & Fisher
855 W. Price Road
Suite 9
Brownsville, TX 78520

Joseph A. "Tony" Rodriguez