IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **LUIS C. MUNOZ AND** | § | **CAUSE NO B-04-141** |
| **CARMELA MUNOZ** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **STATE FARM LLOYDS** | § | **JURY DEMANDED** |

### ORDER ON DEFENDANT STATE FARM LLOYDS' MOTION FOR PROTECTION

On this day, the Court having heard Defendant State Farm Lloyds' Motion for Protection from Punitive Damages Discovery, hereby **GRANTS** Defendant's motion.

Accordingly,

It is **ORDERED** that Defendant State Farm Lloyds' Objections to Plaintiffs' Third Request for Production are sustained. Plaintiffs' Third Request for Production is Quashed. The Court finds the supervisor deposition addresses the "closed without payment" designation.

SIGNED _____, 2008.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND ENTRY REQUESTED:

**TAYLOR, TAYLOR & RUSSELL**

    /S/Warren Taylor (by permission)
Warren Taylor
State Bar No. 19727200
Federal I.D. No. 1354
Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

and

Ricardo Morado
State Bar No. 14417250
Federal I.D. No. 1213
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS