IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ | §<br>§<br>§ | **CAUSE NO. B-04-141** |
| VS. | §<br>§<br>§<br>§ | |
| STATE FARM LLOYDS | § | **JURY DEMANDED** |

**ORDER SETTING HEARING**

**ON THIS DAY** came Plaintiffs' Motion to Compel, and having reviewed the motion, the Court is of the opinion that same should be set for hearing;

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Compel be, and it is hereby, set for hearing on the _____ day of _____, 2008 at _____ o'clock __.m.

SIGNED FOR ENTRY on this the _____ day of _____, 2008.

_____

UNITED STATE DISTRICT JUDGE