IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS C. MUNOZ and<br>CARMELA MUNOZ | §<br>§<br>§ | **CAUSE NO. B-04-141** |
| VS. | §<br>§<br>§<br>§ | |
| STATE FARM LLOYDS | § | **JURY DEMANDED** |

## ORDER GRANTING MOTION

On this day, the Court considered Plaintiffs' Motion to Compel Reponses to Plaintiffs' Third Set of Requests for Production to Defendant and the Court, after considering said motion and the responses, and hearing the arguments of counsel, determined that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Defendant's objections to Plaintiffs' Third Set of Requests for Production are overruled; IT IS FURTHER ORDERED that Defendant shall provide complete responses and responsive documents to Plaintiffs' Third Set of Requests for Production within 20 days of this Order.

SIGNED FOR ENTRY ON _____, 2008.

_____
UNITED STATE DISTRICT JUDGE