IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 1 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| LUIS C. MUNOZ AND CARMELA MUNOZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-04-141 |
| STATE FARM LLOYDS, | § § | |
| Defendant. | § | |

## OPINION & ORDER

BE IT REMEMBERED that on October 21, 2008, the Court **GRANTED** Benino Capetillo's Request for Reconsideration of his Prior Motions for Third Party Relief in View of Jurisdiction Reposed by Remand to Trial Court, or Alternatively, New Motion for Recognition of Amended Turnover Order and Motion to Pay Proceeds into the Registry of the Court for Satisfaction of Turnover Order, Dkt. No. 165.

Intervenor Benino Capetillo holds a final judgment against Plaintiff Luis C. Munoz in another case and therefore requests to intervene to have this Court enforce the Amended Turnover Order. Dkt. No. 165, at 2. Plaintiff did not respond to the motion.

This Court **GRANTS** Benino Capetillo's Request to Intervene, Dkt. No. 165. If the settlement amount attributed to Plaintiff Luis C. Munoz exceeds the amount awarded to Intervenor Benino Capetillo, Plaintiff Luis C. Munoz is **ORDERED** to deposit "$65,689.00, plus interest on that sum at the annual rate of ten percent, from May 11, 2006" into the Court's Registry. To the extent that the settlement amount attributed to Plaintiff Luis C. Munoz is less than the amount set in the Amended Turnover Order, the entire amount of the settlement amount attributed to Plaintiff Luis C. Munoz is to be deposited in the Court's Registry.

DONE at Brownsville, Texas, on October 21, 2008.

Hilda G. Tagle
United States District Judge